## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LAMONTE MCINTYRE,** *et al.,* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 2:18-cv-02545-JAR-KGG |
| | ) |
| **UNIFIED GOVERNMENT OF** | ) |
| **WYANDOTTE COUNTY AND** | ) |
| **KANSAS CITY, KANSAS,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

### JOINT MOTION FOR RECUSAL

**COME NOW**, all Defendants, jointly and collectively, and move this Court for an Order of Recusal pursuant to 28 U.S.C. § 455(a). In support, the Defendants offer the Court the accompanying memorandum.

**WHEREFORE**, all Defendants request the Court to enter an Order of Recusal and for such other relief as the Court deems just and proper.

Respectfully Submitted,

**McCauley & Roach, LLC**

By: /s/ Morgan L. Roach
Morgan L. Roach, #23060
Sean P. McCauley #20174
527 W. 39th St., Suite 200
Kansas City, MO 64111
Telephone: (816) 523-1700
Facsimile: (816) 523-1708
E-mail:morgan@mccauleyroach.com
E-mail: sean@mccauleyroach.com

1

Attorneys for Defendant Roger Golubski

**Fisher, Patterson, Sayler & Smith, LLP**

By: s/David R. Cooper
David R. Cooper   #16690
Lauren E. Laushman   #25776
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fisherpatterson.com
llaushman@fisherpatterson.com
Attorneys for Defendant Unified Government of Wyandotte County and Kansas City, Kansas

**Sanders Warren Russell & Scheer, LLP**

By:  /s/Tracy M. Hayes
Sean M. Sturdivan   #21286
Tracy M. Hayes   #23119
Elizabeth A. Evers   #22580
9401 Indian Creek Pkwy, Ste 1250
Overland Park, KS 66210
Office: (913) 234-6100 | Fax: (913) 234-6199
s.sturdivan@swrsllp.com
t.hayes@swrsllp.com
e.evers@swrsllp.com
Attorneys for The Estate of Detective James Michael Krstolich,
Detective Dennis Ware,
Officer James L. Brown,
The Estate of Lieutenant Dennis Otto Barber,
Detective Clyde Blood,
Detective W.K. Smith,
Detective Michael Shomin,
and The Estate of Lieutenant Steve Culp

**Certificate of Service**

The undersigned certifies that on the 29th day of March, 2019, the foregoing was electronically filed with the clerk of the court using the CM/ECF system which will provide notice and service to all counsel of record.

                                                        **/s/ Morgan L. Roach**