ELECTRONICALLY FILED
2018 Mar 20 PM 2:36
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-CV-000508

| | |
|---|---|
| 1 | IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS |
| 2 | |
| 3 | LAMONTE MCINTYRE,       ) |
| | ) |
| | Petitioner,   ) |
| 4 | ) |
| | vs.                    )   Case No. 16 CV 508 |
| 5 | ) |
| | STATE OF KANSAS,       ) |
| 6 | ) |
| | Respondent.   ) |
| 7 | |
| 8 | TRANSCRIPT OF EVIDENTIARY HEARING |
| 9 | (Volume I) |
| 10 | PROCEEDINGS had before the Honorable Edward Bouker, |
| 11 | Senior Judge, at Kansas City, Kansas, on the 12th day of |
| 12 | October, 2017. |
| 13 | APPEARANCES: |
| 14 | The petitioner, LAMONTE MCINTYRE, appeared in person |
| 15 | and by Cheryl A. Pilate, Attorney at Law, 926 Cherry |
| 16 | Street, Kansas City, Missouri 64106; Tricia Bushnell and |
| 17 | Lindsay Runnels, Midwest Innocence Project, 369 Broadway |
| 18 | Boulevard, Suite 2, Kansas City, Missouri 64111. |
| 19 | The respondent, STATE OF KANSAS, appeared by Jennifer |
| 20 | Tatum and Francis Gipson, Assistant District Attorneys, |
| 21 | Wyandotte County Courthouse, 710 North 7th Street Kansas |
| 22 | City, Kansas 66101. |
| 23 | |
| 24 | |
| 25 | |

TINA R. ST. JOHN, RPR, CRR

EXHIBIT A

FPSS 042965

```
 1                           INDEX
                                                        Page
 2      Petitioner's opening statement                    7

 3
        PETITIONER'S WITNESSES    DIRECT   CROSS  REDIRECT  RECROSS
 4      Gloria Labat                 9
        Ronald Singer               49      65       77
 5      James McCloskey             81     153      191
        Saundra Newsom             216
 6      Lawrence Fox               253     303      311
        Rose McIntyre              314
 7

 8      State's motion for new trial                    335
        State's motion to dismiss                       336
 9      Certificate of certified court reporter         337

10                           EXHIBITS

11      Petitioner's Exhibits                Offered      Received
        1   (police reports)                 203,333      203,333
12      2-4                                      333          333
        5-7 (trial transcripts)              203,333      203,333
13      8-119                                    333          333
        120 (Mr. Fox's report)               258,333      258,333
14      121-130                                  333          333
        131 (handwritten notes)              197,333      197,333
15      132-133                                  333          333
        134 (Cecil Brooks' draft affidavit)  142,333      142,333
16      135 (photos)                         113,333      113,333
        136 (transcript of audio tape)           333          333
17      137-149                                  333          333
        150 (Mr. Fox's CV)                   256,333      256,333
18      151 (Mr. Singer's resumé)             53,333       53,333
        152-160                                  333          333
19      161 (audio tape)                     234,333      234,333
        162 (letter)                          96,333       96,333
20      163                                      333          333
        164 (6/21/10 letter)                 140,333      140,333
21      165 (stipulation)                    211,333      211,333
        166 (Ms. Newsom's corrected
22          affidavit)                       240,333      240,333
        167-168                                  333          333
23
        Respondent's Exhibits
24      1 (DNA report)                            73           73

25


                        TINA R. ST. JOHN, RPR, CRR
```

| | |
|---|---|
| 1 | C E R T I F I C A T E |
| 2 | STATE OF KANSAS |
| |            ss: |
| 3 | COUNTY OF WYANDOTTE |

    4      I, Tina R. St. John, a Certified Shorthand

    5  Reporter, and the regularly appointed, qualified and

    6  acting official reporter of Division 16 of the 29th

    7  Judicial District of the State of Kansas, do hereby

    8  certify that as such official reporter, I was present at

    9  and reported in stenotype shorthand the above and

10  foregoing proceedings **LAMONTE MCINTYRE vs. STATE OF**

11  **KANSAS, Case No. 16 CV 508**, heard on October 12 and 13,

12  2017, before the Honorable Edward Bouker, Senior Judge.

13      I further certify that a transcript of my shorthand

14  notes was prepared; and that the complete transcript,

15  consisting of 336 pages in two volumes, is a true copy of

16  all of the proceedings.

17      **SIGNED AND ELECTRONICALLY FILED WITH THE DISTRICT**

18  **COURT OF WYANDOTTE COUNTY, KANSAS this 20th day of March,**

19  **2018.**

20

21                              /s/  Tina St. John
                                       Tina R. St. John, RMR, CRR
22                              Supreme Court #1097

23

24

25

ELECTRONICALLY FILED
2018 Mar 20 PM 2:36
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-CV-000508

1   IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

2

3   LAMONTE MCINTYRE,            )
                                 )
            Petitioner,          )
4                                )
       vs.                       )   Case No. 16 CV 508
5                                )
    STATE OF KANSAS,             )
6                                )
            Respondent.          )
7

8           TRANSCRIPT OF EVIDENTIARY HEARING

9                     (Volume II)

10       PROCEEDINGS had before the Honorable Edward Bouker,

11  Senior Judge, at Kansas City, Kansas, on the 13th day of

12  October, 2017.

13       APPEARANCES:

14       The petitioner, LAMONTE MCINTYRE, appeared in person

15  and by Cheryl A. Pilate, Attorney at Law, 926 Cherry

16  Street, Kansas City, Missouri 64106; Tricia Bushnell and

17  Lindsay Runnels, Midwest Innocence Project, 369 Broadway

18  Boulevard, Suite 2, Kansas City, Missouri 64111.

19       The respondent, STATE OF KANSAS, appeared by Jennifer

20  Tatum and Francis Gipson, Assistant District Attorneys,

21  Wyandotte County Courthouse, 710 North 7th Street Kansas

22  City, Kansas 66101.

23

24

25

TINA R. ST. JOHN, RPR, CRR

FPSS 043210

```
 1                            INDEX
                                                          Page
 2    Petitioner's opening statement                         7

 3
      PETITIONER'S WITNESSES     DIRECT   CROSS   REDIRECT   RECROSS
 4    Gloria Labat                  9
      Ronald Singer                49      65       77
 5    James McCloskey              81     153      191
      Saundra Newsom              216
 6    Lawrence Fox                253     303      311
      Rose McIntyre               314
 7

 8    State's motion for new trial                          335
      State's motion to dismiss                             336
 9    Certificate of certified court reporter               337

10                            EXHIBITS

11    Petitioner's Exhibits                   Offered      Received
      1    (police reports)                   203,333      203,333
12    2-4                                         333          333
      5-7 (trial transcripts)                 203,333      203,333
13    8-119                                       333          333
      120 (Mr. Fox's report)                  258,333      258,333
14    121-130                                     333          333
      131 (handwritten notes)                 197,333      197,333
15    132-133                                     333          333
      134 (Cecil Brooks' draft affidavit)     142,333      142,333
16    135 (photos)                            113,333      113,333
      136 (transcript of audio tape)              333          333
17    137-149                                     333          333
      150 (Mr. Fox's CV)                      256,333      256,333
18    151 (Mr. Singer's resumé)                53,333       53,333
      152-160                                     333          333
19    161 (audio tape)                        234,333      234,333
      162 (letter)                             96,333       96,333
20    163                                         333          333
      164 (6/21/10 letter)                    140,333      140,333
21    165 (stipulation)                       211,333      211,333
      166 (Ms. Newsom's corrected
22        affidavit)                          240,333      240,333
      167-168                                     333          333
23
      Respondent's Exhibits
24    1 (DNA report)                               73           73

25
```

TINA R. ST. JOHN, RPR, CRR

FPSS 043211

1        and make a motion and he's going to respond.  Is that
2        okay with the court?
3                THE COURT:  It is.
4                MS. PILATE:  Okay.  Your Honor, at this time I
5        would like to move for the admission of all of
6        Petitioner's Exhibits 1 through 168.  Some have
7        already been admitted, but rather than identifying,
8        you know, which ones are admitted and those that
9        haven't yet been admitted, I'm asking the court
10       comprehensively to admit 1 through 168.  And I
11       understand Mr. Dupree is going to respond to that.
12               MR. DUPREE:  And, Judge, State has no objection
13       to admitting all of those.
14               THE COURT:  All right.  Petitioner's Exhibits 1
15       through 168 are admitted as has been pointed out,
16       some have already been admitted, but that's the
17       easiest way to say it.
18               Do you have anything further, Mr. Dupree?
19               MR. DUPREE:  I do, Judge.  As a prosecutor, our
20       job is certified by the United States Supreme Court,
21       *Berger v. United States,* in 1935 which states we are
22       in a peculiar and very definite sense the servants of
23       the law and our job is to pursue justice, not simply
24       convictions.
25               Information has been presented over the last few

1               weeks leading up to this case in the media by Mr.
2               McIntyre's defense team and by individuals in this
3               community alleging misconduct on the part of the
4               Kansas City, Kansas Police Department, then Wyandotte
5               County Assistant District Attorney Terra Morehead,
6               former Detective Roger Golubski.  Let it be clear, my
7               office is not endorsing, certifying, agreeing, nor
8               stipulating that any of those individuals or entities
9               committed any wrongdoing.  Furthermore, any
10              accusations of misconduct toward Judge Burdette we
11              unequivocally deny.  That is simply not the question
12              for this court or for my office in a proceeding on
13              Mr. McIntyre's case.
14                   Our focus is not to entertain, but to seek
15              justice.  The question is merely whether the
16              unanimous verdict in 1994 might have been different
17              if the information presented to my office was
18              available for consideration during their
19              deliberation.  It is incumbent upon my office, as
20              ministers of justice to this community, to ensure
21              that the process would employ to bring about that
22              justice is done in such a way that due process is
23              provided to all accused no matter how many years have
24              passed.
25                   In light of this information learned by my

1   office since I began in January and including the
2   investigation that my office did independently
3   concerning this case since January as well as
4   thorough conversations with opposing counsel and many
5   of the proposed witnesses set to testify over the
6   next week, I have been presented with information
7   regarding identification of Mr. McIntyre in 1994 as
8   the killer of Doniel Quinn and Donny Ewing.  That
9   information I believe was not available during the
10  trial is of a nature that I believe that had it been
11  presented to the jury in the 1994 trial that
12  convicted Mr. McIntyre, it may certainly have caused
13  those jurors to have reasonable doubt as to Mr.
14  McIntyre's guilt.
15          It is because of this information and only this
16  information that my office is requesting the court
17  find that manifest injustice exists, that Mr.
18  McIntyre should be granted an opportunity for a new
19  trial.
20          THE COURT:  All right, folks.  Thank you.
21          Do you have anything further?
22          MR. DUPREE:  Judge, if the court is willing to
23  grant him a new trial, I will then have another
24  statement.
25          THE COURT:  All right.  The court makes the

Case 2:18-cv-02545-KHV   Document 31-1   Filed 03/29/19   Page 9 of 10

336

1  findings suggested by Mr. Dupree and grants a new
2  trial.
3       MR. DUPREE:  Judge, on behalf of the State of
4  Kansas and as a minister of justice and the chief law
5  enforcement officer of this county, based off my
6  investigation in this case, this office moves to
7  dismiss this case.
8       THE COURT:  Your motion is granted.
9       MR. DUPREE:  Thank you, Judge.
10           (Court adjourned.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

TINA R. ST. JOHN, RPR, CRR

FPSS 043303

```
1                    C E R T I F I C A T E
2    STATE OF KANSAS
                            ss:
3    COUNTY OF WYANDOTTE

4         I, Tina R. St. John, a Certified Shorthand
5    Reporter, and the regularly appointed, qualified and
6    acting official reporter of Division 16 of the 29th
7    Judicial District of the State of Kansas, do hereby
8    certify that as such official reporter, I was present at
9    and reported in stenotype shorthand the above and
10   foregoing proceedings LAMONTE MCINTYRE vs. STATE OF
11   KANSAS, Case No. 16 CV 508, heard on October 12 and 13,
12   2017, before the Honorable Edward Bouker, Senior Judge.
13        I further certify that a transcript of my shorthand
14   notes was prepared; and that the complete transcript,
15   consisting of 336 pages in two volumes, is a true copy of
16   all of the proceedings.
17        SIGNED AND ELECTRONICALLY FILED WITH THE DISTRICT
18   COURT OF WYANDOTTE COUNTY, KANSAS this 20th day of March,
19   2018.
20
21                            /s/  Tina St. John
                              Tina R. St. John, RMR, CRR
22                            Supreme Court #1097
23
24
25
```