# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LAMONTE MCINTYRE,** *et al.,* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 2:18-cv-02545-JAR-KGG |
| | ) |
| **UNIFIED GOVERNMENT OF** | ) |
| **WYANDOTTE COUNTY AND** | ) |
| **KANSAS CITY, KANSAS,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT GOLUBSKI'S MOTION TO DISMISS
## FIRST AMENDED COMPLAINT

**COMES NOW**, Defendant Roger Golubski, and hereby moves the Court for an Order dismissing this action pursuant to Fed. R. Civ. P. 12(b)(6). As support, Defendant Golubski offers the Court the accompanying memorandum.

**WHEREFORE**, Defendant Golubski requests the Court to enter an Order dismissing this action and for such other relief as the Court deems just and proper.

Respectfully Submitted,

**McCauley & Roach, LLC**

By: /s/ Morgan L. Roach
Morgan L. Roach, #23060
Sean P. McCauley #20174
527 W. 39th St., Suite 200
Kansas City, MO 64111
Telephone: (816) 523-1700
Facsimile: (816) 523-1708
E-mail:morgan@mccauleyroach.com
E-mail: sean@mccauleyroach.com

## Certificate of Service

The undersigned certifies that on the 29th day of March, 2019, the foregoing was electronically filed with the clerk of the court using the CM/ECF system which will provide notice and service to all counsel of record.

<b>/s/ Morgan L. Roach</b>