## SHERIFF'S RETURN

_June 28, 1994_, received this warrant and executed the same by arresting the said defendant _Lamont McIntyre_ and bringing him or her in to this court this _June 29_, 19_94_

_Bill Dillon_, Sheriff
_Judy Warner_, Deputy

FILED
94 JUN 30 PM 4:22
KMB

RECEIVED
SHERIFF'S OFFICE
WYANDOTTE COUNTY
JUN 28 1994
AM 7,8,9,10,11,12,1,2,3,4,5,6 PM

ENTERED:
SHEILD:
A:ERT:
NCIC:

Bond $ 100,000.00

KCKPD#: 0415006081

**WARRANT**

In Custody

LAMONTE MCINTYRE
1929 North 6th Street
Kansas City, Kansas
B/M, DOB: 07-28-76

THE STATE OF KANSAS
vs.

No. 94CR1213

## FIRST APPEARANCE

Defendant _Lamonte McIntyre_   Date _June 29_, 19_94_, appears personally. Warrant read to defendant.
Defendant _____ enters a plea of not guilty _____ Preliminary hearing is hereby set for _7-7_, 19_94_, _8:30_ .M. Defendant's bond fixed at $ _100,000_

_____
Judge District Court
_19_ Division

FPSS 045455

EXHIBIT A

94 JUN 30 P 3: 41

Barnhart

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

**WARRANT**

**STATE OF KANSAS, COUNTY OF WYANDOTTE, ss.**

# The State of Kansas to Any Sheriff of the State of Kansas:

WHEREAS, complaint under oath, or a verified information in writing has been made to me, and it appearing that there are reasonable grounds for believing that at the County of Wyandotte, State of Kansas, and on or about the **15th** day of **April**, 19 **94**, one **LAMONTE MCINTYRE**, did unlawfully, feloniously, intentionally and with premeditation, to-wit: Kill a human being, to-wit: Doniel Quinn, in violation of K.S.A. 21-3401. (First Degree Murder, Off-Grid Person Felony).

### COUNT II

At the County of Wyandotte, State of Kansas, for a further, different and second count herein; Information reads that on or about the 15th day of April, 1994, one, Lamonte McIntyre did unlawfully, feloniously, intentionally and with premeditation, to-wit: Kill a human being, to-wit: Donald Ewing, in violation of K.S.A. 21-3401. (First Degree Murder, Off-Grid Person Felony).

You are therefore commanded forthwith to arrest said **LAMONTE MCINTYRE** and bring **him** before some magistrate of said Wyandotte County, to be dealt with according to law, and then return this warrant.

Witness my hand this **28th** day of **June**, A.D. 19 **94**.

*Thomas L. Boeding*
Judge of the District Court of Wyandotte County, Kansas

HELEN TAGAR
Clerk of the District Court

By: *Mary Barnhart*
Deputy Clerk

BRENNAN PRINTING CO

Form #28 (12/89)

5

FPSS 045456