ELECTRONICALLY FILED
2018 Mar 20 PM 2:36
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-CV-000508

```
 1        IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

 2
     LAMONTE MCINTYRE,            )
 3                                )
              Petitioner,         )
 4                                )
       vs.                        )   Case No. 16 CV 508
 5                                )
     STATE OF KANSAS,             )
 6                                )
              Respondent.         )
 7

 8              TRANSCRIPT OF EVIDENTIARY HEARING

 9                        (Volume I)

10        PROCEEDINGS had before the Honorable Edward Bouker,

11   Senior Judge, at Kansas City, Kansas, on the 12th day of

12   October, 2017.

13        APPEARANCES:

14        The petitioner, LAMONTE MCINTYRE, appeared in person

15   and by Cheryl A. Pilate, Attorney at Law, 926 Cherry

16   Street, Kansas City, Missouri 64106; Tricia Bushnell and

17   Lindsay Runnels, Midwest Innocence Project, 369 Broadway

18   Boulevard, Suite 2, Kansas City, Missouri 64111.

19        The respondent, STATE OF KANSAS, appeared by Jennifer

20   Tatum and Francis Gipson, Assistant District Attorneys,

21   Wyandotte County Courthouse, 710 North 7th Street Kansas

22   City, Kansas 66101.

23

24

25
```

TINA R. ST. JOHN, RPR, CRR

FPSS 042965


EXHIBIT B

```
 1                              INDEX
                                                          Page
 2    Petitioner's opening statement                        7

 3
      PETITIONER'S WITNESSES   DIRECT   CROSS   REDIRECT   RECROSS
 4    Gloria Labat                9
      Ronald Singer              49      65        77
 5    James McCloskey            81     153       191
      Saundra Newsom            216
 6    Lawrence Fox              253     303       311
      Rose McIntyre             314
 7

 8    State's motion for new trial                         335
      State's motion to dismiss                            336
 9    Certificate of certified court reporter              337

10                            EXHIBITS

11    Petitioner's Exhibits                  Offered     Received
      1   (police reports)                   203,333     203,333
12    2-4                                        333         333
      5-7 (trial transcripts)                203,333     203,333
13    8-119                                      333         333
      120 (Mr. Fox's report)                 258,333     258,333
14    121-130                                    333         333
      131 (handwritten notes)                197,333     197,333
15    132-133                                    333         333
      134 (Cecil Brooks' draft affidavit)   142,333     142,333
16    135 (photos)                           113,333     113,333
      136 (transcript of audio tape)             333         333
17    137-149                                    333         333
      150 (Mr. Fox's CV)                     256,333     256,333
18    151 (Mr. Singer's resumé)               53,333      53,333
      152-160                                    333         333
19    161 (audio tape)                       234,333     234,333
      162 (letter)                            96,333      96,333
20    163                                        333         333
      164 (6/21/10 letter)                   140,333     140,333
21    165 (stipulation)                      211,333     211,333
      166 (Ms. Newsom's corrected
22        affidavit)                         240,333     240,333
      167-168                                    333         333
23
      Respondent's Exhibits
24    1 (DNA report)                             73          73

25


                          TINA R. ST. JOHN, RPR, CRR
```

FPSS 042966

```
 1                    C E R T I F I C A T E
 2    STATE OF KANSAS
                            ss:
 3    COUNTY OF WYANDOTTE
 4         I, Tina R. St. John, a Certified Shorthand
 5    Reporter, and the regularly appointed, qualified and
 6    acting official reporter of Division 16 of the 29th
 7    Judicial District of the State of Kansas, do hereby
 8    certify that as such official reporter, I was present at
 9    and reported in stenotype shorthand the above and
10    foregoing proceedings LAMONTE MCINTYRE vs. STATE OF
11    KANSAS, Case No. 16 CV 508, heard on October 12 and 13,
12    2017, before the Honorable Edward Bouker, Senior Judge.
13         I further certify that a transcript of my shorthand
14    notes was prepared; and that the complete transcript,
15    consisting of 336 pages in two volumes, is a true copy of
16    all of the proceedings.
17         SIGNED AND ELECTRONICALLY FILED WITH THE DISTRICT
18    COURT OF WYANDOTTE COUNTY, KANSAS this 20th day of March,
19    2018.
20
21                              /s/  Tina St. John
                                Tina R. St. John, RMR, CRR
22                              Supreme Court #1097
23
24
25
```

ELECTRONICALLY FILED
2018 Mar 20 PM 2:36
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-CV-000508

```
 1            IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

 2
      LAMONTE MCINTYRE,           )
 3                                )
                 Petitioner,      )
 4                                )
         vs.                      )    Case No. 16 CV 508
 5                                )
      STATE OF KANSAS,            )
 6                                )
                 Respondent.      )
 7

 8                 TRANSCRIPT OF EVIDENTIARY HEARING

 9                           (Volume II)

10         PROCEEDINGS had before the Honorable Edward Bouker,

11   Senior Judge, at Kansas City, Kansas, on the 13th day of

12   October, 2017.

13         APPEARANCES:

14         The petitioner, LAMONTE MCINTYRE, appeared in person

15   and by Cheryl A. Pilate, Attorney at Law, 926 Cherry

16   Street, Kansas City, Missouri 64106; Tricia Bushnell and

17   Lindsay Runnels, Midwest Innocence Project, 369 Broadway

18   Boulevard, Suite 2, Kansas City, Missouri 64111.

19         The respondent, STATE OF KANSAS, appeared by Jennifer

20   Tatum and Francis Gipson, Assistant District Attorneys,

21   Wyandotte County Courthouse, 710 North 7th Street Kansas

22   City, Kansas 66101.

23

24

25
```

TINA R. ST. JOHN, RPR, CRR

```
 1                              INDEX
                                                              Page
 2      Petitioner's opening statement                          7

 3
        PETITIONER'S WITNESSES    DIRECT   CROSS   REDIRECT   RECROSS
 4      Gloria Labat                 9
        Ronald Singer               49      65       77
 5      James McCloskey             81     153      191
        Saundra Newsom             216
 6      Lawrence Fox               253     303      311
        Rose McIntyre              314
 7


 8      State's motion for new trial                          335
        State's motion to dismiss                             336
 9      Certificate of certified court reporter               337


10                              EXHIBITS

11      Petitioner's Exhibits                  Offered     Received
        1   (police reports)                   203,333     203,333
12      2-4                                        333         333
        5-7 (trial transcripts)                203,333     203,333
13      8-119                                      333         333
        120 (Mr. Fox's report)                 258,333     258,333
14      121-130                                    333         333
        131 (handwritten notes)                197,333     197,333
15      132-133                                    333         333
        134 (Cecil Brooks' draft affidavit)    142,333     142,333
16      135 (photos)                           113,333     113,333
        136 (transcript of audio tape)             333         333
17      137-149                                    333         333
        150 (Mr. Fox's CV)                     256,333     256,333
18      151 (Mr. Singer's resumé)               53,333      53,333
        152-160                                    333         333
19      161 (audio tape)                       234,333     234,333
        162 (letter)                            96,333      96,333
20      163                                        333         333
        164 (6/21/10 letter)                   140,333     140,333
21      165 (stipulation)                      211,333     211,333
        166 (Ms. Newsom's corrected
22           affidavit)                        240,333     240,333
        167-168                                    333         333
23
        Respondent's Exhibits
24      1 (DNA report)                              73          73

25
```

1   and make a motion and he's going to respond.  Is that
2   okay with the court?
3       THE COURT:  It is.
4       MS. PILATE:  Okay.  Your Honor, at this time I
5   would like to move for the admission of all of
6   Petitioner's Exhibits 1 through 168.  Some have
7   already been admitted, but rather than identifying,
8   you know, which ones are admitted and those that
9   haven't yet been admitted, I'm asking the court
10  comprehensively to admit 1 through 168.  And I
11  understand Mr. Dupree is going to respond to that.
12      MR. DUPREE:  And, Judge, State has no objection
13  to admitting all of those.
14      THE COURT:  All right.  Petitioner's Exhibits 1
15  through 168 are admitted as has been pointed out,
16  some have already been admitted, but that's the
17  easiest way to say it.
18      Do you have anything further, Mr. Dupree?
19      MR. DUPREE:  I do, Judge.  As a prosecutor, our
20  job is certified by the United States Supreme Court,
21  *Berger v. United States,* in 1935 which states we are
22  in a peculiar and very definite sense the servants of
23  the law and our job is to pursue justice, not simply
24  convictions.
25      Information has been presented over the last few

| | |
|---|---|
| 1 | weeks leading up to this case in the media by Mr. |
| 2 | McIntyre's defense team and by individuals in this |
| 3 | community alleging misconduct on the part of the |
| 4 | Kansas City, Kansas Police Department, then Wyandotte |
| 5 | County Assistant District Attorney Terra Morehead, |
| 6 | former Detective Roger Golubski.  Let it be clear, my |
| 7 | office is not endorsing, certifying, agreeing, nor |
| 8 | stipulating that any of those individuals or entities |
| 9 | committed any wrongdoing.  Furthermore, any |
| 10 | accusations of misconduct toward Judge Burdette we |
| 11 | unequivocally deny.  That is simply not the question |
| 12 | for this court or for my office in a proceeding on |
| 13 | Mr. McIntyre's case. |
| 14 | Our focus is not to entertain, but to seek |
| 15 | justice.  The question is merely whether the |
| 16 | unanimous verdict in 1994 might have been different |
| 17 | if the information presented to my office was |
| 18 | available for consideration during their |
| 19 | deliberation.  It is incumbent upon my office, as |
| 20 | ministers of justice to this community, to ensure |
| 21 | that the process would employ to bring about that |
| 22 | justice is done in such a way that due process is |
| 23 | provided to all accused no matter how many years have |
| 24 | passed. |
| 25 | In light of this information learned by my |

1  office since I began in January and including the
2  investigation that my office did independently
3  concerning this case since January as well as
4  thorough conversations with opposing counsel and many
5  of the proposed witnesses set to testify over the
6  next week, I have been presented with information
7  regarding identification of Mr. McIntyre in 1994 as
8  the killer of Doniel Quinn and Donny Ewing.  That
9  information I believe was not available during the
10 trial is of a nature that I believe that had it been
11 presented to the jury in the 1994 trial that
12 convicted Mr. McIntyre, it may certainly have caused
13 those jurors to have reasonable doubt as to Mr.
14 McIntyre's guilt.
15       It is because of this information and only this
16 information that my office is requesting the court
17 find that manifest injustice exists, that Mr.
18 McIntyre should be granted an opportunity for a new
19 trial.
20       THE COURT:  All right, folks.  Thank you.
21       Do you have anything further?
22       MR. DUPREE:  Judge, if the court is willing to
23 grant him a new trial, I will then have another
24 statement.
25       THE COURT:  All right.  The court makes the

```
1      findings suggested by Mr. Dupree and grants a new
2      trial.
3           MR. DUPREE:  Judge, on behalf of the State of
4      Kansas and as a minister of justice and the chief law
5      enforcement officer of this county, based off my
6      investigation in this case, this office moves to
7      dismiss this case.
8           THE COURT:  Your motion is granted.
9           MR. DUPREE:  Thank you, Judge.
10              (Court adjourned.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E
 2    STATE OF KANSAS
                              ss:
 3    COUNTY OF WYANDOTTE
 4            I, Tina R. St. John, a Certified Shorthand
 5    Reporter, and the regularly appointed, qualified and
 6    acting official reporter of Division 16 of the 29th
 7    Judicial District of the State of Kansas, do hereby
 8    certify that as such official reporter, I was present at
 9    and reported in stenotype shorthand the above and
10    foregoing proceedings LAMONTE MCINTYRE vs. STATE OF
11    KANSAS, Case No. 16 CV 508, heard on October 12 and 13,
12    2017, before the Honorable Edward Bouker, Senior Judge.
13            I further certify that a transcript of my shorthand
14    notes was prepared; and that the complete transcript,
15    consisting of 336 pages in two volumes, is a true copy of
16    all of the proceedings.
17            SIGNED AND ELECTRONICALLY FILED WITH THE DISTRICT
18    COURT OF WYANDOTTE COUNTY, KANSAS this 20th day of March,
19    2018.
20
21                              /s/   Tina St. John
                                Tina R. St. John, RMR, CRR
22                              Supreme Court #1097
23
24
25
```