IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
CRIMINAL DEPARTMENT

STATE OF KANSAS, )
       Plaintiff, )
vs. ) Case No. 94 CR 1213
LAMONTE MCINTYRE, ) VOLUME I
       Defendant. ) (of three volumes)

PARTIAL TRANSCRIPT
JURY TRIAL

ORIGINAL

PROCEEDINGS had before the Honorable J. Dexter Burdette, District Judge of the District Court of Wyandotte County Kansas, Division 9, at Kansas City, Kansas, on the 26th day of September, 1994.

A P P E A R A N C E S

The plaintiff, STATE OF KANSAS, appeared by MS. TERRA MOREHEAD, Assistant Wyandotte County District Attorney, 710 North 7th, Kansas City, Kansas.

The defendant, LAMONTE MCINTYRE, appeared in person and by MR. GARY LONG, Attorney at Law, 400 North 6th Street, Kansas City, Kansas.

KIMBERLY R. GREINER
Registered Professional Reporter
Certified Shorthand Reporter
Wyandotte County Courthouse
Kansas City, KS  66101

FILED 95 FEB 21 P 2:32

ii

I N D E X

VOLUME I

(Volumes I through III inclusive)

Voir Dire by Ms. Morehead . . . . Page 8

Voir Dire by Mr. Long . . . . . . Page 104

WITNESSES

STATE'S WITNESSES:

Niko Quinn
    Direct by Ms. Morehead . . . . Page 122
    Cross by Mr. Long . . . . . . . Page 145
    Redirect by Ms. Morehead . . . Page 155
    Recross by Mr. Long . . . . . . Page 156

Ruby Mitchell
    Direct by Ms. Morehead . . . . Page 157
    Cross by Mr. Long . . . . . . . Page 177
    Redirect by Ms. Morehead . . . Page 202
    Recross by Mr. Long . . . . . . Page 208

Dr. Eric K. Mitchell
    Direct by Ms. Morehead . . . . Page 212
    Cross by Mr. Long . . . . . . . Page 223

Burnett Ambler
    Direct by Ms. Morehead . . . . Page 224
    Cross by Mr. Long . . . . . . . Page 230
    Redirect by Ms. Morehead . . . Page 231

Gary Wansley
    Direct by Ms. Morehead . . . . Page 232
    Cross by Mr. Long . . . . . . . Page 241

Breon Shelton
    Direct by Ms. Morehead . . . . Page 244
    Cross by Mr. Long . . . . . . . Page 251

Bill Howard, Sr.
    Direct by Ms. Morehead . . . . Page 252
    Cross by Mr. Long . . . . . . . Page 263

Frank Clair
    Direct by Ms. Morehead . . . . Page 264
    Cross by Mr. Long . . . . . . . Page 270
    Redirect by Ms. Morehead . . . Page 272
    Recross by Mr. Long . . . . . . Page 274

I N D E X

(continued)

James M. Krstolich
    Direct by Ms. Morehead . . . . . Page 275
    Cross by Mr. Long . . . . . . . Page 291
    Redirect by Ms. Morehead . . . Page 293
    Recross by Mr. Long . . . . . . Page 293

Roger Golubski
    Direct by Ms. Morehead . . . . Page 294
    Further Direct by Ms. Morehead   Page 309
    Cross by Mr. Long . . . . . . . Page 320
    Redirect by Ms. Morehead . . . Page 323
    Recross by Mr. Long . . . . . . Page 330
    Redirect by Ms. Morehead . . . Page 332
    Recross by Mr. Long . . . . . . Page 333

Dr. Harrison C. Anderson
    Direct by Ms. Morehead . . . . . Page 340

Dennis Barber
    Direct by Ms. Morehead . . . . . Page 352
    Cross by Mr. Long . . . . . . . Page 362

James L. Brown
    Direct by Ms. Morehead . . . . Page 365
    Cross by Mr. Long . . . . . . . Page 370
    Redirect by Ms. Morehead . . . Page 371


Motion for Judgment of Acquittal    Page 374


DEFENDANT'S WITNESSES:

Peggy Crowder
    Direct by Mr. Long . . . . . . . Page 377
    Cross by Ms. Morehead . . . . . Page 382
    Redirect by Mr. Long . . . . . . Page 389
    Recross by Ms. Morehead . . . . Page 389

Felicia Williams
    Direct by Mr. Long . . . . . . . Page 390
    Cross by Ms. Morehead . . . . . Page 394
    Redirect by Mr. Long . . . . . . Page 400
    Recross by Ms. Morehead . . . . Page 402

Yolanda Johnson
    Direct by Mr. Long . . . . . . . Page 402
    Cross by Ms. Morehead . . . . . Page 410
    Redirect by Mr. Long . . . . . . Page 424

# I N D E X

(continued)

M'sheria Johnson
Direct by Mr. Long . . . . . . . Page 426
Cross by Ms. Morehead . . . . . . Page 429
Redirect by Mr. Long . . . . . . . Page 436

Maxine Crowder
Direct by Mr. Long . . . . . . . Page 437
Cross by Ms. Morehead . . . . . . Page 440
Redirect by Mr. Long . . . . . . . Page 441

Lamonte McIntyre
Direct by Mr. Long . . . . . . . Page 447
Cross by Ms. Morehead . . . . . . Page 456
Redirect by Mr. Long . . . . . . . Page 464

Instructions Conference . . . . . . Page 467

Closing by Ms. Morehead . . . . . Page 473

Closing by Mr. Long . . . . . . . . Page 481

Closing by Ms. Morehead . . . . . . . Page 491

Verdict of the Jury . . . . . . . . Page 500

Jury Polled . . . . . . . . . . . . Page 501

8511-20-LAZOR PENGAD/INDY MUNCIE IN 47302

v

# I N D E X

(continued)

## E X H I B I T S

| State's Exhibits | Offered | Recieved |
|---|---|---|
| 1 | 238 | 238 |
| 2 | 237 | 237 |
| 3 | 126 | 126 |
| 4 | 236 | 236 |
| 5 | 234 | 235 |
| 6 | 227 | 227 |
| 7 | 257 | 257 |
| 8 | 257 | 257 |
| 9 | 257 | 257 |
| 10 | 216 | 216 |
| 11 | 216 | 216 |
| 12 | 216 | 216 |
| 13 | 221 | 221 |
| 14 | 349 | 349 |
| 15 | 260 | 261 |
| 16 | 260 | 260 |
| 17 | 260 | 260 |
| 18 | 260 | 260 |
| 19 | 260 | 260 |
| 20 (Marked) | | |
| 21/21-A | 443 | 443 |
| 22 | 344 | 344 |
| 23 | 344 | 344 |
| 24 | 346 | 346 |
| 25 | 346 | 346 |
| 26 | 346 | 346 |
| 27 | 346 | 346 |
| 28 | 283 | 283 |
| 29 | 283 | 283 |
| 30 | 283 | 283 |
| 31 | 283 | 283 |
| 32 | 283 | 283 |
| 33 (Marked) | | |
| 34 | 349 | 349 |
| 35 | 296 | 296 |
| 36 | 173 | 174 |
| 37-A | 336 | 336 |
| 37-A | 443 | 443 |
| 38 | 339 | 340 |
| 39 (Marked) | | |
| 40 (Marked) | | |

**Defendant's Exhibits**
A   (Marked)

# C E R T I F I C A T E

STATE OF KANSAS       )
                      )  SS:
COUNTY OF WYANDOTTE)

    I, Kimberly R. Greiner, a Certified Shorthand Reporter and the regularly appointed, qualified and acting Official Reporter of the Twenty-Ninth Judicial District of the State of Kansas, do hereby certify that as such Official Reporter, I was present at and reported in Stenotype shorthand the above and foregoing proceedings in Case No. 94 CR 1213, <u>State of Kansas</u>, Plaintiff, vs. <u>Lamonte McIntyre</u>, Defendant, heard on September 26, 1994, by Honorable J. Dexter Berdette, District Court of Wyandotte County.

    I further certify that pursuant to the Order for Transcript from Mr. Carl Cornwell, attorney for the defendant, Lamonte McIntyre, a partial transcript of my shorthand notes was typed by me and that the foregoing transcript, Volume I, consisting of two hundred fifteen (215) typewritten pages, is a true copy of all the testimony and proceedings as reflected by this transcript.

    SIGNED, OFFICIALLY SEALED, AND FILED WITH THE CLERK OF THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS, this 21st day of February, 1995.

                                                                */s/ Kimberly R. Greiner*
                                                                Kimberly R. Greiner
                                                                Certified Shorthand Reporter

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
CRIMINAL DEPARTMENT

STATE OF KANSAS, )
)
    Plaintiff, )
)
vs. ) Case No. 94 CR 1213
)
LAMONTE MCINTYRE, ) VOLUME II
) (of three volumes)
    Defendant. )

PARTIAL TRANSCRIPT
JURY TRIAL

ORIGINAL

PROCEEDINGS had before the Honorable J. Dexter Burdette, District Judge of the District Court of Wyandotte County Kansas, Division 9, at Kansas City, Kansas, on the 27th day of September, 1994.

## A P P E A R A N C E S

The plaintiff, STATE OF KANSAS, appeared by MS. TERRA MOREHEAD, Assistant Wyandotte County District Attorney, 710 North 7th, Kansas City, Kansas.

The defendant, LAMONTE MCINTYRE, appeared in person and by MR. GARY LONG, Attorney at Law, 400 North 6th Street, Kansas City, Kansas.

KIMBERLY R. GREINER
Registered Professional Reporter
Certified Shorthand Reporter
Wyandotte County Courthouse
Kansas City, KS  66101

95 FEB 21 P 2:33 FILED

ii

I N D E X

VOLUME II

WITNESSES

**STATE'S WITNESSES:**

Dr. Eric K. Mitchell
    Direct by Ms. Morehead . . . . . Page 212
    Cross by Mr. Long . . . . . . . Page 223

Burnett Ambler
    Direct by Ms. Morehead . . . . Page 224
    Cross by Mr. Long . . . . . . . Page 230
    Redirect by Ms. Morehead . . . . Page 231

Gary Wansley
    Direct by Ms. Morehead . . . . . Page 232
    Cross by Mr. Long . . . . . . . Page 241

Breon Shelton
    Direct by Ms. Morehead . . . . Page 244
    Cross by Mr. Long . . . . . . . Page 251

Bill Howard, Sr.
    Direct by Ms. Morehead . . . . Page 252
    Cross by Mr. Long . . . . . . . Page 263

Frank Clair
    Direct by Ms. Morehead . . . . Page 264
    Cross by Mr. Long . . . . . . . Page 270
    Redirect by Ms. Morehead . . . Page 272
    Recross by Mr. Long . . . . . . Page 274

James M. Krstolich
    Direct by Ms. Morehead . . . . . Page 275
    Cross by Mr. Long . . . . . . . Page 291
    Redirect by Ms. Morehead . . . Page 293
    Recross by Mr. Long . . . . . . Page 293

Roger Golubski
    Direct by Ms. Morehead . . . . Page 294
    Further Direct by Ms. Morehead   Page 309
    Cross by Mr. Long . . . . . . . Page 320
    Redirect by Ms. Morehead . . . Page 323
    Recross by Mr. Long . . . . . . Page 330
    Redirect by Ms. Morehead . . . Page 332
    Recross by Mr. Long . . . . . . Page 333

I N D E X

(continued)

<u>Dr. Harrison C. Anderson</u>
    Direct by Ms. Morehead . . . . . Page 340

<u>Dennis Barber</u>
    Direct by Ms. Morehead . . . . . Page 352
    Cross by Mr. Long . . . . . . . Page 362

<u>James L. Brown</u>
    Direct by Ms. Morehead . . . . Page 365
    Cross by Mr. Long . . . . . . . Page 370
    Redirect by Ms. Morehead . . . Page 371

Motion for Judgment of Acquittal     Page 374

iii

# I N D E X

(continued)

## E X H I B I T S

| State's Exhibits | Offered | Recieved |
|---|---|---|
| 1 | 238 | 238 |
| 2 | 237 | 237 |
| 4 | 236 | 236 |
| 5 | 234 | 235 |
| 6 | 227 | 227 |
| 7 | 257 | 257 |
| 8 | 257 | 257 |
| 9 | 257 | 257 |
| 10 | 216 | 216 |
| 11 | 216 | 216 |
| 12 | 216 | 216 |
| 13 | 221 | 221 |
| 14 | 349 | 349 |
| 15 | 260 | 261 |
| 16 | 260 | 260 |
| 17 | 260 | 260 |
| 18 | 260 | 260 |
| 19 | 260 | 260 |
| 20 (Marked) | | |
| 22 | 344 | 344 |
| 23 | 344 | 344 |
| 24 | 346 | 346 |
| 25 | 346 | 346 |
| 26 | 346 | 346 |
| 27 | 346 | 346 |
| 28 | 283 | 283 |
| 29 | 283 | 283 |
| 30 | 283 | 283 |
| 31 | 283 | 283 |
| 32 | 283 | 283 |
| 33 (Marked) | | |
| 34 | 349 | 349 |
| 35 | 296 | 296 |
| 37-A | 336 | 336 |
| 38 | 339 | 340 |
| 39 (Marked) | | |
| 40 (Marked) | | |

Defendant's Exhibits
    A   (Marked)

C E R T I F I C A T E

STATE OF KANSAS    )
                   )  SS:
COUNTY OF WYANDOTTE)

I, Kimberly R. Greiner, a Certified Shorthand Reporter and the regularly appointed, qualified and acting Official Reporter of the Twenty-Ninth Judicial District of the State of Kansas, do hereby certify that as such Official Reporter, I was present at and reported in Stenotype shorthand the above and foregoing proceedings in Case No. 94 CR 1213, State of Kansas, Plaintiff, vs. Lamonte McIntyre, Defendant, heard on September 27, 1994, by Honorable J. Dexter Berdette, District Court of Wyandotte County.

I further certify that pursuant to the Order for Transcript from Mr. Carl Cornwell, attorney for the defendant, Lamonte McIntyre, a partial transcript of my shorthand notes was typed by me and that the foregoing transcript, Volume II, consisting of one hundred sixty-nine (169) typewritten pages, is a true copy of all the testimony and proceedings as reflected by this transcript.

SIGNED, OFFICIALLY SEALED, AND FILED WITH THE CLERK OF THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS, this 31st day of February, 1995.

Kimberly R. Greiner
Certified Shorthand Reporter

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
CRIMINAL DEPARTMENT

STATE OF KANSAS,            )
                            )
        Plaintiff,          )
                            )
vs.                         )   Case No. 94 CR 1213
                            )
LAMONTE MCINTYRE,           )       VOLUME III
                            )    (of three volumes)
        Defendant.          )
----------------------------

PARTIAL TRANSCRIPT **ORIGINAL**
JURY TRIAL

PROCEEDINGS had before the Honorable Muriel Yates Harris, District Judge of the District Court of Wyandotte County Kansas, Division 2, at Kansas City, Kansas, on the 28th and 29th days of September, 1994.

### A P P E A R A N C E S

The plaintiff, STATE OF KANSAS, appeared by MS. TERRA MOREHEAD, Assistant Wyandotte County District Attorney, 710 North 7th, Kansas City, Kansas.

The defendant, LAMONTE MCINTYRE, appeared in person and by MR. GARY LONG, Attorney at Law, 400 North 6th Street, Kansas City, Kansas.

KIMBERLY R. GREINER
Registered Professional Reporter
Certified Shorthand Reporter
Wyandotte County Courthouse
Kansas City, KS  66101

95 FEB 21 P2:33 FILED

ii

# I N D E X

## VOLUME III

## WITNESSES

**DEFENDANT'S WITNESSES:**

Peggy Crowder
    Direct by Mr. Long . . . . . . . . Page 377
    Cross by Ms. Morehead . . . . . Page 382
    Redirect by Mr. Long . . . . . . Page 389
    Recross by Ms. Morehead . . . . Page 389

Felicia Williams
    Direct by Mr. Long . . . . . . . . Page 390
    Cross by Ms. Morehead . . . . . Page 394
    Redirect by Mr. Long . . . . . . Page 400
    Recross by Ms. Morehead . . . . Page 402

Yolanda Johnson
    Direct by Mr. Long . . . . . . . . Page 402
    Cross by Ms. Morehead . . . . . Page 410
    Redirect by Mr. Long . . . . . . Page 424

M'sheria Johnson
    Direct by Mr. Long . . . . . . . . Page 426
    Cross by Ms. Morehead . . . . . Page 429
    Redirect by Mr. Long . . . . . . Page 436

Maxine Crowder
    Direct by Mr. Long . . . . . . . . Page 437
    Cross by Ms. Morehead . . . . . Page 440
    Redirect by Mr. Long . . . . . . Page 441

Lamonte McIntyre
    Direct by Mr. Long . . . . . . . . Page 447
    Cross by Ms. Morehead . . . . . Page 456
    Redirect by Mr. Long . . . . . . Page 464

Instructions Conference . . . . . Page 467

Closing by Ms. Morehead . . . . . Page 473

Closing by Mr. Long . . . . . . . . Page 481

Closing by Ms. Morehead . . . . . . Page 491

Verdict of the Jury . . . . . . . . Page 500

Jury Polled . . . . . . . . . . . . Page 501

I N D E X

(continued)

E X H I B I T S

| State's Exhibits | Offered | Recieved |
|---|---|---|
| 20 (Marked) | | |
| 21/21-A | 443 | 443 |
| 33 (Marked) | | |
| 37-A | 443 | 443 |
| 39 (Marked) | | |
| 40 (Marked) | | |

Defendant's Exhibits
   A (Marked)

```
 1    be present when I answered that question with one
 2    word, no.  And both counsel indicated that that was
 3    satisfactory and no objection was made at the time.
 4    And that question and answer was sent back to the
 5    jury and no further response from that issue has
 6    been heard from them period.  Anything else?
 7              MR. LONG:  No, Your Honor, that's all I have.
 8              THE COURT:  Need to clear the courtroom.
 9              (A recess was taken, after which
10              the following proceedings were had
11              with court, counsel for both parties,
12              defendant and the jurors.)
13              THE COURT:  Please be seated, ladies and
14    gentlemen.  Let the record reflect the jury
15    including the alternate is present as well as the
16    defendant and counsel.
17              Mr. [REDACTED] it's my understanding that you have
18    reached a verdict?
19              JUROR [REDACTED]:  Yes, sir, Your Honor, we have.
20              THE COURT:  Would you please pass that
21    information to the bailiff?
22              Would the bailiff please read the verdict into
23    the record?
24              MS. WILLIAMS:  In the matter of the State of
25    Kansas versus Lamonte McIntyre on Count I, we, the
```

1   jury, find the defendant, Lamonte McIntyre, guilty
2   of the crime of murder in the first degree
3   pertaining to Doniel Quinn.
4       On Count II, we, the jury, find the defendant,
5   Lamonte McIntyre, guilty of the crime of murder in
6   the first degree pertaining to Donald Ewing.
7       THE COURT: Either of the parties wish to have
8   the jury polled?
9       MR. LONG: Yes, Your Honor.
10      MS. MOREHEAD: The state does not, Your Honor.
11      THE COURT: Ladies and gentlemen, what I have
12  to do is ask you one question and you have to
13  respond to me verbally. I will ask you was this and
14  is this your verdict you tell me yes or no.
15      MR. MCINTYRE: I don't believe -- I don't
16  believe this, man.
17      THE COURT: Mr. McIntyre.
18      MR. MCINTYRE: I don't believe this, man.
19      THE COURT: If you wish to remain here while we
20  poll the jury you must be quiet.
21      THE COURT: Mr. - REDACTED - was this and is
22  this your verdict?
23      JUROR - REDACTED -: Yes, Your Honor.
24      THE COURT: - REDACTED - was this and is this
25  your verdict?

C E R T I F I C A T E

STATE OF KANSAS      )
                     )   SS:
COUNTY OF WYANDOTTE  )

I, Kimberly R. Greiner, a Certified Shorthand Reporter and the regularly appointed, qualified and acting Official Reporter of the Twenty-Ninth Judicial District of the State of Kansas, do hereby certify that as such Official Reporter, I was present at and reported in Stenotype shorthand the above and foregoing proceedings in Case No. 94 CR 1213, State of Kansas, Plaintiff, vs. Lamonte McIntyre, Defendant, heard on September 28 and 29, 1994, by Honorable J. Dexter Berdette, District Court of Wyandotte County.

I further certify that pursuant to the Order for Transcript from Mr. Carl Cornwell, attorney for the defendant, Lamonte McIntyre, a partial transcript of my shorthand notes was typed by me and that the foregoing transcript, Volume III, consisting of one hundred thirty-two (132) typewritten pages, is a true copy of all the testimony and proceedings as reflected by this transcript.

SIGNED, OFFICIALLY SEALED, AND FILED WITH THE CLERK OF THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS, this 21st day of February, 1995.

Kimberly R. Greiner
CERTIFIED SHORTHAND REPORTER