### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE & <br> ROSE LEE MCINTYRE, <br><br> Plaintiffs, <br><br> v. <br><br> UNIFIED GOVERNMENT OF <br> WYANDOTTE COUNTY AND KANSAS <br> CITY, KANSAS, ET AL. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:18-cv-02545 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFFS' MOTION TO FILE CONSOLIDATED RESPONSE

Plaintiffs Lamonte and Rose McIntyre, by and through their attorneys, respectfully request an Order from this Court pursuant to Local Rule 7.1(e) for leave to file a single, consolidated response to Defendant Officers' Motion to Dismiss (D.E. 30), Defendant Golubski's Motion to Dismiss First Amended Complaint (D.E. 32), and Motion to Dismiss by the Unified Government of Wyandotte County and Kansas City, Kansas (D.E. 34) (collectively, the "Motions to Dismiss") that will exceed the 30-page limitation on the arguments and authorities for briefs.  In support of this motion, Plaintiffs state as follows:

1. Plaintiffs' Responses to the Motions to Dismiss are due on Monday, May 20, 2019. (D.E. 40).

2. The Motions to Dismiss are related and intertwined in that they each seek dismissal of the First Amended Complaint under Fed. R. Civ. P. 12(b)(6), they make similar or identical arguments for dismissal, they rely on the same case law, and each Defendant adopts and incorporates by reference the Memorandums in Support of Motions to Dismiss filed by the other Defendants pursuant to Fed. R. Civ. P. 10(c).

3. For purposes of efficiency and judicial economy, Plaintiffs have prepared—and request permission to file—a single, consolidated Response to Defendants' Motions to Dismiss.

4. Local Rule 7.1(e) provides that the arguments and authorities sections of briefs or memorandums must not exceed 30 pages absent a court order.

5. Given the length and the complex legal nature of the arguments set forth in the Motions to Dismiss, Plaintiffs anticipate that the arguments and authorities section of its consolidated Response will exceed 30 pages.

6. Accordingly, Plaintiffs request this Court for leave to file a single, consolidated Response where the arguments and authorities will not exceed 45 pages in length in addition to the pages required for the other necessary sections pursuant to Local Rule 7.6(a).  This request is commensurate with the Court's Order granting Defendants' Motion to File Excess Pages, D.E.

WHEREFORE, Plaintiffs respectfully request this Court for leave to file a single, consolidated Response to the Motions to Dismiss (D.E. 30, 32, and 34) that will exceed the 30-page limitation on arguments and authorities in briefs and memorandums, not counting the pages necessary for the sections outlined in Local Rule 7.6(a).

Dated:   May 17, 2019

 Respectfully submitted,

LATHROP GAGE LLP

/s/ *Michael J. Abrams*
Michael J. Abrams #15407
William G. Beck #77974
Alexander T. Brown (admitted *pro hac vice*)
Alana McMullin (admitted *pro hac vice*)
2345 Grand Boulevard, Ste. 2200
Kansas City, MO 64108
T: (816) 292-2000
F: (816) 292-2001
mabrams@lathropgage.com
wbeck@lathropgage.com
abrown@lathropgage.com

Cheryl A. Pilate #14601
Morgan Pilate, LLC
926 Cherry Street
Kansas City, MO 64106
T: (816) 471-6694
F: (816) 472-3516
cpilate@morganpilate.com

Barry Scheck (admitted *pro hac vice*)
Emma Freudenberger (admitted *pro hac vice*)
Amelia Green (admitted *pro hac vice*)
Richard Sawyer (admitted *pro hac vice*)
Neufeld Scheck & Brustin, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
T: (212) 965-9081
F: (212) 965-9084
barry@nsbcivilrights.com
emma@nsbcivilrights.com
amelia@nsbcivilrights.com
rick@nsbcivilrights.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed with the Clerk of Court through the CM//ECF system and served upon all counsel of record via the Court's notice of electronic filing on May 17, 2019.

                                    */s/ Michael J. Abrams*
                                    An Attorney for Plaintiffs