ELECTRONICALLY FILED
2018 Mar 20 PM 2:36
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-CV-000508

1       IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

2

LAMONTE MCINTYRE,          )
3                            )
           Petitioner,   )
4                            )
     vs.               )   Case No. 16 CV 508
5                            )
STATE OF KANSAS,           )
6                            )
           Respondent.   )
7

8             TRANSCRIPT OF EVIDENTIARY HEARING

9                    (Volume I)

10      PROCEEDINGS had before the Honorable Edward Bouker,

11   Senior Judge, at Kansas City, Kansas, on the 12th day of

12   October, 2017.

13      APPEARANCES:

14      The petitioner, LAMONTE MCINTYRE, appeared in person

15   and by Cheryl A. Pilate, Attorney at Law, 926 Cherry

16   Street, Kansas City, Missouri 64106; Tricia Bushnell and

17   Lindsay Runnels, Midwest Innocence Project, 369 Broadway

18   Boulevard, Suite 2, Kansas City, Missouri 64111.

19      The respondent, STATE OF KANSAS, appeared by Jennifer

20   Tatum and Francis Gipson, Assistant District Attorneys,

21   Wyandotte County Courthouse, 710 North 7th Street Kansas

22   City, Kansas 66101.

23

24

25

EXHIBIT

A

TINA R. ST. JOHN, RPF, CRR

FPSS 042965

1                              INDEX

                                                    Page
2        Petitioner's opening statement               7

3

         PETITIONER'S WITNESSES      DIRECT  CROSS  REDIRECT  RECROSS
4        Gloria Labat                  9
         Ronald Singer                49     65       77
5        James McCloskey              81    153      191
         Saundra Newsom              216
6        Lawrence Fox                253    303      311
         Rose McIntyre               314
7

8        State's motion for new trial                         335
         State's motion to dismiss                            336
9        Certificate of certified court reporter              337

10                            EXHIBITS

11       Petitioner's Exhibits                  Offered    Received
         1   (police reports)                  203,333     203,333
12       2-4                                        333         333
         5-7 (trial transcripts)               203,333     203,333
13       8-119                                      333         333
         120 (Mr. Fox's report)                258,333     258,333
14       121-130                                    333         333
         131 (handwritten notes)               197,333     197,333
15       132-133                                    333         333
         134 (Cecil Brooks' draft affidavit)   142,333     142,333
16       135 (photos)                           113,333     113,333
         136 (transcript of audio tape)            333         333
17       137-149                                    333         333
         150 (Mr. Fox's CV)                    256,333     256,333
18       151 (Mr. Singer's resumé)              53,333      53,333
         152-160                                    333         333
19       161 (audio tape)                       234,333     234,333
         162 (letter)                            96,333      96,333
20       163                                        333         333
         164 (6/21/10 letter)                   140,333     140,333
21       165 (stipulation)                      211,333     211,333
         166 (Ms. Newsom's corrected
22          affidavit)                          240,333     240,333
         167-168                                    333         333
23

         Respondent's Exhibits
24       1 (DNA report)                              73          73

25

```
 1                    C E R T I F I C A T E

 2    STATE OF KANSAS
                               ss:
 3    COUNTY OF WYANDOTTE

 4           I, Tina R. St. John, a Certified Shorthand

 5    Reporter, and the regularly appointed, qualified and

 6    acting official reporter of Division 16 of the 29th

 7    Judicial District of the State of Kansas, do hereby

 8    certify that as such official reporter, I was present at

 9    and reported in stenotype shorthand the above and

10    foregoing proceedings LAMONTE MCINTYRE vs. STATE OF

11    KANSAS, Case No. 16 CV 508, heard on October 12 and 13,

12    2017, before the Honorable Edward Bouker, Senior Judge.

13           I further certify that a transcript of my shorthand

14    notes was prepared; and that the complete transcript,

15    consisting of 336 pages in two volumes, is a true copy of

16    all of the proceedings.

17           SIGNED AND ELECTRONICALLY FILED WITH THE DISTRICT

18    COURT OF WYANDOTTE COUNTY, KANSAS this 20th day of March,

19    2018.

20

21                              /s/  Tina St. John
                                Tina R. St. John, RMR, CRR
22                              Supreme Court #1097

23

24

25
```

TINA R. ST. JOHN, RPF, CRR

FPSS 043209

ELECTRONICALLY FILED
2018 Mar 20 PM 2:36
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-CV-000508

1          IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

2

LAMONTE MCINTYRE,                    )
3                                     )
                Petitioner,           )
4                                     )
     vs.                              )     Case No. 16 CV 508
5                                     )
STATE OF KANSAS,                      )
6                                     )
                Respondent.           )
7

8                TRANSCRIPT OF EVIDENTIARY HEARING

9                         (Volume II)

10         PROCEEDINGS had before the Honorable Edward Bouker,

11    Senior Judge, at Kansas City, Kansas, on the 13th day of

12    October, 2017.

13         APPEARANCES:

14         The petitioner, LAMONTE MCINTYRE, appeared in person

15    and by Cheryl A. Pilate, Attorney at Law, 926 Cherry

16    Street, Kansas City, Missouri 64106; Tricia Bushnell and

17    Lindsay Runnels, Midwest Innocence Project, 369 Broadway

18    Boulevard, Suite 2, Kansas City, Missouri 64111.

19         The respondent, STATE OF KANSAS, appeared by Jennifer

20    Tatum and Francis Gipson, Assistant District Attorneys,

21    Wyandotte County Courthouse, 710 North 7th Street Kansas

22    City, Kansas 66101.

23

24

25

                    TINA R. ST. JOHN, RPF, CRR

1                              <u>INDEX</u>
                                                      <u>Page</u>
2      Petitioner's opening statement                   7

3
       <u>PETITIONER'S WITNESSES</u>   <u>DIRECT</u>  <u>CROSS</u>  <u>REDIRECT</u>  <u>RECROSS</u>
4      Gloria Labat                 9
       Ronald Singer               49     65      77
5      James McCloskey             81    153     191
       Saundra Newsom             216
6      Lawrence Fox               253    303     311
       Rose McIntyre              314
7

8      State's motion for new trial                    335
       State's motion to dismiss                       336
9      Certificate of certified court reporter         337

10                            <u>EXHIBITS</u>

11     <u>Petitioner's Exhibits</u>            <u>Offered</u>   <u>Received</u>
       1   (police reports)            203,333    203,333
12     2-4                                 333        333
       5-7 (trial transcripts)         203,333    203,333
13     8-119                               333        333
       120 (Mr. Fox's report)          258,333    258,333
14     121-130                             333        333
       131 (handwritten notes)         197,333    197,333
15     132-133                             333        333
       134 (Cecil Brooks' draft affidavit) 142,333  142,333
16     135 (photos)                    113,333    113,333
       136 (transcript of audio tape)      333        333
17     137-149                             333        333
       150 (Mr. Fox's CV)              256,333    256,333
18     151 (Mr. Singer's resumé)        53,333     53,333
       152-160                             333        333
19     161 (audio tape)                234,333    234,333
       162 (letter)                     96,333     96,333
20     163                                 333        333
       164 (6/21/10 letter)            140,333    140,333
21     165 (stipulation)               211,333    211,333
       166 (Ms. Newsom's corrected
22        affidavit)                   240,333    240,333
       167-168                             333        333
23
       <u>Respondent's Exhibits</u>
24     1 (DNA report)                       73         73

25

1    and make a motion and he's going to respond.  Is that

2    okay with the court?

3         THE COURT:  It is.

4         MS. PILATE:  Okay.  Your Honor, at this time I

5    would like to move for the admission of all of

6    Petitioner's Exhibits 1 through 168.  Some have

7    already been admitted, but rather than identifying,

8    you know, which ones are admitted and those that

9    haven't yet been admitted, I'm asking the court

10   comprehensively to admit 1 through 168.  And I

11   understand Mr. Dupree is going to respond to that.

12        MR. DUPREE:  And, Judge, State has no objection

13   to admitting all of those.

14        THE COURT:  All right.  Petitioner's Exhibits 1

15   through 168 are admitted as has been pointed out,

16   some have already been admitted, but that's the

17   easiest way to say it.

18        Do you have anything further, Mr. Dupree?

19        MR. DUPREE:  I do, Judge.  As a prosecutor, our

20   job is certified by the United States Supreme Court,

21   *Berger v. United States,* in 1935 which states we are

22   in a peculiar and very definite sense the servants of

23   the law and our job is to pursue justice, not simply

24   convictions.

25        Information has been presented over the last few

1    weeks leading up to this case in the media by Mr.

2    McIntyre's defense team and by individuals in this

3    community alleging misconduct on the part of the

4    Kansas City, Kansas Police Department, then Wyandotte

5    County Assistant District Attorney Terra Morehead,

6    former Detective Roger Golubski.  Let it be clear, my

7    office is not endorsing, certifying, agreeing, nor

8    stipulating that any of those individuals or entities

9    committed any wrongdoing.  Furthermore, any

10   accusations of misconduct toward Judge Burdette we

11   unequivocally deny.  That is simply not the question

12   for this court or for my office in a proceeding on

13   Mr. McIntyre's case.

14        Our focus is not to entertain, but to seek

15   justice.  The question is merely whether the

16   unanimous verdict in 1994 might have been different

17   if the information presented to my office was

18   available for consideration during their

19   deliberation.  It is incumbent upon my office, as

20   ministers of justice to this community, to ensure

21   that the process would employ to bring about that

22   justice is done in such a way that due process is

23   provided to all accused no matter how many years have

24   passed.

25        In light of this information learned by my

1          office since I began in January and including the

2          investigation that my office did independently

3          concerning this case since January as well as

4          thorough conversations with opposing counsel and many

5          of the proposed witnesses set to testify over the

6          next week, I have been presented with information

7          regarding identification of Mr. McIntyre in 1994 as

8          the killer of Doniel Quinn and Donny Ewing.  That

9          information I believe was not available during the

10         trial is of a nature that I believe that had it been

11         presented to the jury in the 1994 trial that

12         convicted Mr. McIntyre, it may certainly have caused

13         those jurors to have reasonable doubt as to Mr.

14         McIntyre's guilt.

15              It is because of this information and only this

16         information that my office is requesting the court

17         find that manifest injustice exists, that Mr.

18         McIntyre should be granted an opportunity for a new

19         trial.

20              THE COURT:  All right, folks.  Thank you.

21              Do you have anything further?

22              MR. DUPREE:  Judge, if the court is willing to

23         grant him a new trial, I will then have another

24         statement.

25              THE COURT:  All right.  The court makes the

1       findings suggested by Mr. Dupree and grants a new

2       trial.

3            MR. DUPREE:   Judge, on behalf of the State of

4       Kansas and as a minister of justice and the chief law

5       enforcement officer of this county, based off my

6       investigation in this case, this office moves to

7       dismiss this case.

8            THE COURT:   Your motion is granted.

9            MR. DUPREE:   Thank you, Judge.

10                 (Court adjourned.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                     C E R T I F I C A T E

2    STATE OF KANSAS
                              ss:
3    COUNTY OF WYANDOTTE

4         I, Tina R. St. John, a Certified Shorthand

5    Reporter, and the regularly appointed, qualified and

6    acting official reporter of Division 16 of the 29th

7    Judicial District of the State of Kansas, do hereby

8    certify that as such official reporter, I was present at

9    and reported in stenotype shorthand the above and

10   foregoing proceedings **LAMONTE MCINTYRE vs. STATE OF**

11   **KANSAS, Case No. 16 CV 508**, heard on October 12 and 13,

12   2017, before the Honorable Edward Bouker, Senior Judge.

13        I further certify that a transcript of my shorthand

14   notes was prepared; and that the complete transcript,

15   consisting of 336 pages in two volumes, is a true copy of

16   all of the proceedings.

17        **SIGNED AND ELECTRONICALLY FILED WITH THE DISTRICT**

18   **COURT OF WYANDOTTE COUNTY, KANSAS this 20th day of March,**

19   **2018.**

20

21                          /s/  Tina St. John
                            Tina R. St. John, RMR, CRR
22                          Supreme Court #1097

23

24

25

TINA R. ST. JOHN, RPF, CRR

FPSS 043304