ELECTRONICALLY FILED
2018 Mar 20 PM 2:36
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-CV-000508

```
 1           IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

 2
     LAMONTE MCINTYRE,              )
 3                                  )
              Petitioner,           )
 4                                  )
         vs.                        )   Case No. 16 CV 508
 5                                  )
     STATE OF KANSAS,               )
 6                                  )
              Respondent.           )
 7

 8                    TRANSCRIPT OF EVIDENTIARY HEARING

 9                              (Volume I)

10        PROCEEDINGS had before the Honorable Edward Bouker,

11   Senior Judge, at Kansas City, Kansas, on the 12th day of

12   October, 2017.

13        APPEARANCES:

14        The petitioner, LAMONTE MCINTYRE, appeared in person

15   and by Cheryl A. Pilate, Attorney at Law, 926 Cherry

16   Street, Kansas City, Missouri 64106; Tricia Bushnell and

17   Lindsay Runnels, Midwest Innocence Project, 369 Broadway

18   Boulevard, Suite 2, Kansas City, Missouri 64111.

19        The respondent, STATE OF KANSAS, appeared by Jennifer

20   Tatum and Francis Gipson, Assistant District Attorneys,

21   Wyandotte County Courthouse, 710 North 7th Street Kansas

22   City, Kansas 66101.

23

24

25
```

TINA R. ST. JOHN, RPR, CRR

FPSS 042965


EXHIBIT A

```
 1                           INDEX
                                                        Page
 2    Petitioner's opening statement                      7

 3
      PETITIONER'S WITNESSES    DIRECT   CROSS   REDIRECT   RECROSS
 4    Gloria Labat                 9
      Ronald Singer               49      65        77
 5    James McCloskey             81     153       191
      Saundra Newsom             216
 6    Lawrence Fox               253     303       311
      Rose McIntyre              314
 7

 8    State's motion for new trial                        335
      State's motion to dismiss                           336
 9    Certificate of certified court reporter             337

10                          EXHIBITS

11    Petitioner's Exhibits              Offered    Received
      1   (police reports)               203,333    203,333
12    2-4                                    333        333
      5-7 (trial transcripts)            203,333    203,333
13    8-119                                  333        333
      120 (Mr. Fox's report)             258,333    258,333
14    121-130                                333        333
      131 (handwritten notes)            197,333    197,333
15    132-133                                333        333
      134 (Cecil Brooks' draft affidavit) 142,333    142,333
16    135 (photos)                       113,333    113,333
      136 (transcript of audio tape)         333        333
17    137-149                                333        333
      150 (Mr. Fox's CV)                 256,333    256,333
18    151 (Mr. Singer's resumé)           53,333     53,333
      152-160                                333        333
19    161 (audio tape)                   234,333    234,333
      162 (letter)                        96,333     96,333
20    163                                    333        333
      164 (6/21/10 letter)               140,333    140,333
21    165 (stipulation)                  211,333    211,333
      166 (Ms. Newsom's corrected
22        affidavit)                     240,333    240,333
      167-168                                333        333
23
      Respondent's Exhibits
24    1 (DNA report)                          73         73

25
```

TINA R. ST. JOHN, RPR, CRR

FPSS 042966

```
 1                   C E R T I F I C A T E
 2      STATE OF KANSAS
                              ss:
 3      COUNTY OF WYANDOTTE
 4              I, Tina R. St. John, a Certified Shorthand
 5      Reporter, and the regularly appointed, qualified and
 6      acting official reporter of Division 16 of the 29th
 7      Judicial District of the State of Kansas, do hereby
 8      certify that as such official reporter, I was present at
 9      and reported in stenotype shorthand the above and
10      foregoing proceedings LAMONTE MCINTYRE vs. STATE OF
11      KANSAS, Case No. 16 CV 508, heard on October 12 and 13,
12      2017, before the Honorable Edward Bouker, Senior Judge.
13              I further certify that a transcript of my shorthand
14      notes was prepared; and that the complete transcript,
15      consisting of 336 pages in two volumes, is a true copy of
16      all of the proceedings.
17              SIGNED AND ELECTRONICALLY FILED WITH THE DISTRICT
18      COURT OF WYANDOTTE COUNTY, KANSAS this 20th day of March,
19      2018.
20
21                              /s/ Tina St. John
                                Tina R. St. John, RMR, CRR
22                              Supreme Court #1097
23
24
25
```

TINA R. ST. JOHN, RPR, CRR

ELECTRONICALLY FILED
2018 Mar 20 PM 2:36
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-CV-000508

```
 1         IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

 2
     LAMONTE MCINTYRE,           )
 3                               )
                 Petitioner,     )
 4                               )
          vs.                    )   Case No. 16 CV 508
 5                               )
     STATE OF KANSAS,            )
 6                               )
                 Respondent.     )
 7

 8                 TRANSCRIPT OF EVIDENTIARY HEARING

 9                          (Volume II)

10         PROCEEDINGS had before the Honorable Edward Bouker,

11   Senior Judge, at Kansas City, Kansas, on the 13th day of

12   October, 2017.

13         APPEARANCES:

14         The petitioner, LAMONTE MCINTYRE, appeared in person

15   and by Cheryl A. Pilate, Attorney at Law, 926 Cherry

16   Street, Kansas City, Missouri 64106; Tricia Bushnell and

17   Lindsay Runnels, Midwest Innocence Project, 369 Broadway

18   Boulevard, Suite 2, Kansas City, Missouri 64111.

19         The respondent, STATE OF KANSAS, appeared by Jennifer

20   Tatum and Francis Gipson, Assistant District Attorneys,

21   Wyandotte County Courthouse, 710 North 7th Street Kansas

22   City, Kansas 66101.

23

24

25
```

TINA R. ST. JOHN, RPR, CRR

FPSS 043210

```
 1                            INDEX
                                                        Page
 2    Petitioner's opening statement                      7

 3
      PETITIONER'S WITNESSES    DIRECT   CROSS   REDIRECT   RECROSS
 4    Gloria Labat                 9
      Ronald Singer               49      65        77
 5    James McCloskey             81     153       191
      Saundra Newsom             216
 6    Lawrence Fox               253     303       311
      Rose McIntyre              314
 7

 8    State's motion for new trial                        335
      State's motion to dismiss                           336
 9    Certificate of certified court reporter             337

10                             EXHIBITS

11    Petitioner's Exhibits                   Offered    Received
      1    (police reports)                   203,333    203,333
12    2-4                                         333        333
      5-7 (trial transcripts)                 203,333    203,333
13    8-119                                       333        333
      120 (Mr. Fox's report)                  258,333    258,333
14    121-130                                     333        333
      131 (handwritten notes)                 197,333    197,333
15    132-133                                     333        333
      134 (Cecil Brooks' draft affidavit)     142,333    142,333
16    135 (photos)                            113,333    113,333
      136 (transcript of audio tape)              333        333
17    137-149                                     333        333
      150 (Mr. Fox's CV)                      256,333    256,333
18    151 (Mr. Singer's resumé)                53,333     53,333
      152-160                                     333        333
19    161 (audio tape)                        234,333    234,333
      162 (letter)                             96,333     96,333
20    163                                         333        333
      164 (6/21/10 letter)                    140,333    140,333
21    165 (stipulation)                       211,333    211,333
      166 (Ms. Newsom's corrected
22          affidavit)                        240,333    240,333
      167-168                                     333        333
23
      Respondent's Exhibits
24    1 (DNA report)                              73         73

25
```

TINA R. ST. JOHN, RPR, CRR

```
 1           and make a motion and he's going to respond.  Is that
 2           okay with the court?
 3                THE COURT:  It is.
 4                MS. PILATE:  Okay.  Your Honor, at this time I
 5           would like to move for the admission of all of
 6           Petitioner's Exhibits 1 through 168.  Some have
 7           already been admitted, but rather than identifying,
 8           you know, which ones are admitted and those that
 9           haven't yet been admitted, I'm asking the court
10           comprehensively to admit 1 through 168.  And I
11           understand Mr. Dupree is going to respond to that.
12                MR. DUPREE:  And, Judge, State has no objection
13           to admitting all of those.
14                THE COURT:  All right.  Petitioner's Exhibits 1
15           through 168 are admitted as has been pointed out,
16           some have already been admitted, but that's the
17           easiest way to say it.
18                Do you have anything further, Mr. Dupree?
19                MR. DUPREE:  I do, Judge.  As a prosecutor, our
20           job is certified by the United States Supreme Court,
21           *Berger v. United States,* in 1935 which states we are
22           in a peculiar and very definite sense the servants of
23           the law and our job is to pursue justice, not simply
24           convictions.
25                Information has been presented over the last few
```

334

1     weeks leading up to this case in the media by Mr.
2     McIntyre's defense team and by individuals in this
3     community alleging misconduct on the part of the
4     Kansas City, Kansas Police Department, then Wyandotte
5     County Assistant District Attorney Terra Morehead,
6     former Detective Roger Golubski.  Let it be clear, my
7     office is not endorsing, certifying, agreeing, nor
8     stipulating that any of those individuals or entities
9     committed any wrongdoing.  Furthermore, any
10    accusations of misconduct toward Judge Burdette we
11    unequivocally deny.  That is simply not the question
12    for this court or for my office in a proceeding on
13    Mr. McIntyre's case.
14        Our focus is not to entertain, but to seek
15    justice.  The question is merely whether the
16    unanimous verdict in 1994 might have been different
17    if the information presented to my office was
18    available for consideration during their
19    deliberation.  It is incumbent upon my office, as
20    ministers of justice to this community, to ensure
21    that the process would employ to bring about that
22    justice is done in such a way that due process is
23    provided to all accused no matter how many years have
24    passed.
25        In light of this information learned by my

```
1    office since I began in January and including the
2    investigation that my office did independently
3    concerning this case since January as well as
4    thorough conversations with opposing counsel and many
5    of the proposed witnesses set to testify over the
6    next week, I have been presented with information
7    regarding identification of Mr. McIntyre in 1994 as
8    the killer of Doniel Quinn and Donny Ewing. That
9    information I believe was not available during the
10   trial is of a nature that I believe that had it been
11   presented to the jury in the 1994 trial that
12   convicted Mr. McIntyre, it may certainly have caused
13   those jurors to have reasonable doubt as to Mr.
14   McIntyre's guilt.
15        It is because of this information and only this
16   information that my office is requesting the court
17   find that manifest injustice exists, that Mr.
18   McIntyre should be granted an opportunity for a new
19   trial.
20        THE COURT: All right, folks. Thank you.
21        Do you have anything further?
22        MR. DUPREE: Judge, if the court is willing to
23   grant him a new trial, I will then have another
24   statement.
25        THE COURT: All right. The court makes the
```

```
 1      findings suggested by Mr. Dupree and grants a new
 2      trial.
 3              MR. DUPREE:  Judge, on behalf of the State of
 4      Kansas and as a minister of justice and the chief law
 5      enforcement officer of this county, based off my
 6      investigation in this case, this office moves to
 7      dismiss this case.
 8              THE COURT:  Your motion is granted.
 9              MR. DUPREE:  Thank you, Judge.
10                  (Court adjourned.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

TINA R. ST. JOHN, RPR, CRR

FPSS 043303

```
1                    C E R T I F I C A T E
2    STATE OF KANSAS
                           ss:
3    COUNTY OF WYANDOTTE

4         I, Tina R. St. John, a Certified Shorthand
5    Reporter, and the regularly appointed, qualified and
6    acting official reporter of Division 16 of the 29th
7    Judicial District of the State of Kansas, do hereby
8    certify that as such official reporter, I was present at
9    and reported in stenotype shorthand the above and
10   foregoing proceedings LAMONTE MCINTYRE vs. STATE OF
11   KANSAS, Case No. 16 CV 508, heard on October 12 and 13,
12   2017, before the Honorable Edward Bouker, Senior Judge.
13        I further certify that a transcript of my shorthand
14   notes was prepared; and that the complete transcript,
15   consisting of 336 pages in two volumes, is a true copy of
16   all of the proceedings.
17        SIGNED AND ELECTRONICALLY FILED WITH THE DISTRICT
18   COURT OF WYANDOTTE COUNTY, KANSAS this 20th day of March,
19   2018.
20
21                           /s/  Tina St. John
                             Tina R. St. John, RMR, CRR
22                           Supreme Court #1097
23
24
25
```

TINA R. ST. JOHN, RPF, CRR

FPSS 043304