ELECTRONICALLY FILED
2018 Mar 20 PM 2:36
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-CV-000508

1  IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

2
   LAMONTE MCINTYRE,                )
3                                   )
              Petitioner,           )
4                                   )
       vs.                          )   Case No. 16 CV 508
5                                   )
   STATE OF KANSAS,                 )
6                                   )
              Respondent.           )
7

8             TRANSCRIPT OF EVIDENTIARY HEARING

9                        (Volume I)

10        PROCEEDINGS had before the Honorable Edward Bouker,

11   Senior Judge, at Kansas City, Kansas, on the 12th day of

12   October, 2017.

13        APPEARANCES:

14        The petitioner, LAMONTE MCINTYRE, appeared in person

15   and by Cheryl A. Pilate, Attorney at Law, 926 Cherry

16   Street, Kansas City, Missouri 64106; Tricia Bushnell and

17   Lindsay Runnels, Midwest Innocence Project, 369 Broadway

18   Boulevard, Suite 2, Kansas City, Missouri 64111.

19        The respondent, STATE OF KANSAS, appeared by Jennifer

20   Tatum and Francis Gipson, Assistant District Attorneys,

21   Wyandotte County Courthouse, 710 North 7th Street Kansas

22   City, Kansas 66101.

23

24

25

                    TINA R. ST. JOHN, RPR, CRR

FPSS 042965


EXHIBIT A


```
 1                           INDEX
                                                        Page
 2   Petitioner's opening statement                        7

 3
     PETITIONER'S WITNESSES    DIRECT   CROSS   REDIRECT   RECROSS
 4   Gloria Labat                 9
     Ronald Singer               49      65        77
 5   James McCloskey             81     153       191
     Saundra Newsom             216
 6   Lawrence Fox               253     303       311
     Rose McIntyre              314
 7

 8   State's motion for new trial                         335
     State's motion to dismiss                            336
 9   Certificate of certified court reporter              337

10                           EXHIBITS

11   Petitioner's Exhibits                    Offered    Received
     1   (police reports)                     203,333    203,333
12   2-4                                          333        333
     5-7 (trial transcripts)                  203,333    203,333
13   8-119                                        333        333
     120 (Mr. Fox's report)                   258,333    258,333
14   121-130                                      333        333
     131 (handwritten notes)                  197,333    197,333
15   132-133                                      333        333
     134 (Cecil Brooks' draft affidavit)      142,333    142,333
16   135 (photos)                             113,333    113,333
     136 (transcript of audio tape)               333        333
17   137-149                                      333        333
     150 (Mr. Fox's CV)                       256,333    256,333
18   151 (Mr. Singer's resumé)                 53,333     53,333
     152-160                                      333        333
19   161 (audio tape)                         234,333    234,333
     162 (letter)                              96,333     96,333
20   163                                          333        333
     164 (6/21/10 letter)                     140,333    140,333
21   165 (stipulation)                        211,333    211,333
     166 (Ms. Newsom's corrected
22       affidavit)                           240,333    240,333
     167-168                                      333        333
23
     Respondent's Exhibits
24   1 (DNA report)                                73         73

25
```

```
 1                    C E R T I F I C A T E
 2     STATE OF KANSAS
                             ss:
 3     COUNTY OF WYANDOTTE
 4          I, Tina R. St. John, a Certified Shorthand
 5     Reporter, and the regularly appointed, qualified and
 6     acting official reporter of Division 16 of the 29th
 7     Judicial District of the State of Kansas, do hereby
 8     certify that as such official reporter, I was present at
 9     and reported in stenotype shorthand the above and
10     foregoing proceedings **LAMONTE MCINTYRE vs. STATE OF
11     KANSAS, Case No. 16 CV 508**, heard on October 12 and 13,
12     2017, before the Honorable Edward Bouker, Senior Judge.
13          I further certify that a transcript of my shorthand
14     notes was prepared; and that the complete transcript,
15     consisting of 336 pages in two volumes, is a true copy of
16     all of the proceedings.
17          **SIGNED AND ELECTRONICALLY FILED WITH THE DISTRICT
18     COURT OF WYANDOTTE COUNTY, KANSAS** this 20th day of March,
19     2018.
20
21                              /s/  Tina St. John
                                Tina R. St. John, RMR, CRR
22                              Supreme Court #1097
23
24
25

                              TINA R. ST. JOHN, RPR, CRR
```

FPSS 043209

ELECTRONICALLY FILED
2018 Mar 20 PM 2:36
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-CV-000508

```
 1              IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
 2
       LAMONTE MCINTYRE,           )
 3                                 )
                    Petitioner,    )
 4                                 )
       vs.                         )    Case No. 16 CV 508
 5                                 )
       STATE OF KANSAS,            )
 6                                 )
                    Respondent.    )
 7
 8                    TRANSCRIPT OF EVIDENTIARY HEARING
 9                               (Volume II)
10         PROCEEDINGS had before the Honorable Edward Bouker,
11    Senior Judge, at Kansas City, Kansas, on the 13th day of
12    October, 2017.
13         APPEARANCES:
14         The petitioner, LAMONTE MCINTYRE, appeared in person
15    and by Cheryl A. Pilate, Attorney at Law, 926 Cherry
16    Street, Kansas City, Missouri 64106; Tricia Bushnell and
17    Lindsay Runnels, Midwest Innocence Project, 369 Broadway
18    Boulevard, Suite 2, Kansas City, Missouri 64111.
19         The respondent, STATE OF KANSAS, appeared by Jennifer
20    Tatum and Francis Gipson, Assistant District Attorneys,
21    Wyandotte County Courthouse, 710 North 7th Street Kansas
22    City, Kansas 66101.
23
24
25
```

```
 1                              INDEX
                                                              Page
 2      Petitioner's opening statement                          7

 3
        PETITIONER'S WITNESSES    DIRECT    CROSS   REDIRECT   RECROSS
 4      Gloria Labat                9
        Ronald Singer              49        65        77
 5      James McCloskey            81       153       191
        Saundra Newsom            216
 6      Lawrence Fox              253       303       311
        Rose McIntyre             314
 7

 8      State's motion for new trial                            335
        State's motion to dismiss                               336
 9      Certificate of certified court reporter                 337

10                             EXHIBITS

11      Petitioner's Exhibits                    Offered    Received
        1    (police reports)                    203,333    203,333
12      2-4                                          333        333
        5-7 (trial transcripts)                  203,333    203,333
13      8-119                                        333        333
        120 (Mr. Fox's report)                   258,333    258,333
14      121-130                                      333        333
        131 (handwritten notes)                  197,333    197,333
15      132-133                                      333        333
        134 (Cecil Brooks' draft affidavit)      142,333    142,333
16      135 (photos)                             113,333    113,333
        136 (transcript of audio tape)               333        333
17      137-149                                      333        333
        150 (Mr. Fox's CV)                       256,333    256,333
18      151 (Mr. Singer's resumé)                 53,333     53,333
        152-160                                      333        333
19      161 (audio tape)                         234,333    234,333
        162 (letter)                              96,333     96,333
20      163                                          333        333
        164 (6/21/10 letter)                     140,333    140,333
21      165 (stipulation)                        211,333    211,333
        166 (Ms. Newsom's corrected
22            affidavit)                         240,333    240,333
        167-168                                      333        333
23
        Respondent's Exhibits
24      1 (DNA report)                                73         73

25
```

TINA R. ST. JOHN, RPR, CRR

FPSS 043211

| | |
|---|---|
| 1 | and make a motion and he's going to respond.  Is that |
| 2 | okay with the court? |
| 3 | THE COURT:  It is. |
| 4 | MS. PILATE:  Okay.  Your Honor, at this time I |
| 5 | would like to move for the admission of all of |
| 6 | Petitioner's Exhibits 1 through 168.  Some have |
| 7 | already been admitted, but rather than identifying, |
| 8 | you know, which ones are admitted and those that |
| 9 | haven't yet been admitted, I'm asking the court |
| 10 | comprehensively to admit 1 through 168.  And I |
| 11 | understand Mr. Dupree is going to respond to that. |
| 12 | MR. DUPREE:  And, Judge, State has no objection |
| 13 | to admitting all of those. |
| 14 | THE COURT:  All right.  Petitioner's Exhibits 1 |
| 15 | through 168 are admitted as has been pointed out, |
| 16 | some have already been admitted, but that's the |
| 17 | easiest way to say it. |
| 18 | Do you have anything further, Mr. Dupree? |
| 19 | MR. DUPREE:  I do, Judge.  As a prosecutor, our |
| 20 | job is certified by the United States Supreme Court, |
| 21 | *Berger v. United States,* in 1935 which states we are |
| 22 | in a peculiar and very definite sense the servants of |
| 23 | the law and our job is to pursue justice, not simply |
| 24 | convictions. |
| 25 | Information has been presented over the last few |

1    weeks leading up to this case in the media by Mr.
2    McIntyre's defense team and by individuals in this
3    community alleging misconduct on the part of the
4    Kansas City, Kansas Police Department, then Wyandotte
5    County Assistant District Attorney Terra Morehead,
6    former Detective Roger Golubski.  Let it be clear, my
7    office is not endorsing, certifying, agreeing, nor
8    stipulating that any of those individuals or entities
9    committed any wrongdoing.  Furthermore, any
10   accusations of misconduct toward Judge Burdette we
11   unequivocally deny.  That is simply not the question
12   for this court or for my office in a proceeding on
13   Mr. McIntyre's case.
14        Our focus is not to entertain, but to seek
15   justice.  The question is merely whether the
16   unanimous verdict in 1994 might have been different
17   if the information presented to my office was
18   available for consideration during their
19   deliberation.  It is incumbent upon my office, as
20   ministers of justice to this community, to ensure
21   that the process would employ to bring about that
22   justice is done in such a way that due process is
23   provided to all accused no matter how many years have
24   passed.
25        In light of this information learned by my

```
 1      office since I began in January and including the
 2      investigation that my office did independently
 3      concerning this case since January as well as
 4      thorough conversations with opposing counsel and many
 5      of the proposed witnesses set to testify over the
 6      next week, I have been presented with information
 7      regarding identification of Mr. McIntyre in 1994 as
 8      the killer of Doniel Quinn and Donny Ewing.  That
 9      information I believe was not available during the
10      trial is of a nature that I believe that had it been
11      presented to the jury in the 1994 trial that
12      convicted Mr. McIntyre, it may certainly have caused
13      those jurors to have reasonable doubt as to Mr.
14      McIntyre's guilt.
15           It is because of this information and only this
16      information that my office is requesting the court
17      find that manifest injustice exists, that Mr.
18      McIntyre should be granted an opportunity for a new
19      trial.
20           THE COURT:  All right, folks.  Thank you.
21           Do you have anything further?
22           MR. DUPREE:  Judge, if the court is willing to
23      grant him a new trial, I will then have another
24      statement.
25           THE COURT:  All right.  The court makes the
```

336

1  findings suggested by Mr. Dupree and grants a new
2  trial.
3       MR. DUPREE:  Judge, on behalf of the State of
4  Kansas and as a minister of justice and the chief law
5  enforcement officer of this county, based off my
6  investigation in this case, this office moves to
7  dismiss this case.
8       THE COURT:  Your motion is granted.
9       MR. DUPREE:  Thank you, Judge.
10          (Court adjourned.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    C E R T I F I C A T E
 2   STATE OF KANSAS
                              ss:
 3   COUNTY OF WYANDOTTE

 4          I, Tina R. St. John, a Certified Shorthand
 5   Reporter, and the regularly appointed, qualified and
 6   acting official reporter of Division 16 of the 29th
 7   Judicial District of the State of Kansas, do hereby
 8   certify that as such official reporter, I was present at
 9   and reported in stenotype shorthand the above and
10   foregoing proceedings LAMONTE MCINTYRE vs. STATE OF
11   KANSAS, Case No. 16 CV 508, heard on October 12 and 13,
12   2017, before the Honorable Edward Bouker, Senior Judge.
13          I further certify that a transcript of my shorthand
14   notes was prepared; and that the complete transcript,
15   consisting of 336 pages in two volumes, is a true copy of
16   all of the proceedings.
17          SIGNED AND ELECTRONICALLY FILED WITH THE DISTRICT
18   COURT OF WYANDOTTE COUNTY, KANSAS this 20th day of March,
19   2018.
20
21                             /s/  Tina St. John
                               Tina R. St. John, RMR, CRR
22                             Supreme Court #1097
23
24
25
```