FILED
2017 OCT 13 PM 3: 12
CLERK OF DISTRICT COURT
WYANDOTTE COUNTY, KANSAS
BY _____ DEPUTY

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
CRIMINAL DEPARTMENT

| STATE OF KANSAS | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 94CR1213/16CV508 |
| | ) | |
| LAMONTE MCINTYRE | ) | |
| Defendant. | ) | |

### ORDER RELEASING DEFENDANT FROM CUSTODY AND DISMISSAL OF 94CR1213

COMES NOW, the State of Kansas, by and through District Attorney Mark Dupree Sr., and the defendant, by and through Cheryl Pilate.

WHEREAS, the Court has found that manifest justice exists to believe the defendant should be granted the opportunity for a new trial in 94CR1213. The State requests the case be dismissed following this ruling. The Court grants this request, and 94CR1213 is dismissed.

WHEREAS, all matters before the Court involving the defendant have ceased, and the 29th Judicial District has no jurisdiction to hold the defendant in custody, this Court orders the defendant be released.

IT IS SO ORDERED, this 13th day of October, 2017.

_____
Honorable Wesley Griffin
District Judge

SUBMITTED BY:

_____
Mark A. Dupree, Sr.
Wyandotte County District Attorney

_____
Cheryl Pilate
Attorney for Defendant

FPSS 042963

