## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LAMONTE MCINTYRE, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )    **Case No. 2:18-cv-02545-KHV-KGG** |
| | ) |
| **UNIFIED GOVERNMENT OF** | ) |
| **WYANDOTTE COUNTY AND** | ) |
| **KANSAS CITY, KS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION OF ROGER GOLUBSKI

Plaintiffs Lamonte and Rose Lee McIntyre, by and through their counsel of record, hereby give notice that the videotaped deposition of Roger Golubski will be taken on Thursday, November 19, 2020, beginning at 9:30 a.m. CST at the offices of Lathrop GPM LLP, 2345 Grand Boulevard, Suite 2200, Kansas City, Missouri 64108, before a court reporter authorized to administer oaths. The deposition will be taken by stenographic record and will continue from day to day until completion. The deposition will also be videotaped. Remote attendance will be available.

Date: November 9, 2020                    Respectfully submitted,

                                          LATHROP GPM LLP


                                          By:  /s/ *Michael J. Abrams*
                                               Michael J. Abrams #15407
                                               William G. Beck #77974
                                               Alexander T. Brown (admitted *pro hac vice*)
                                               2345 Grand Boulevard, Suite 2200
                                               Kansas City, MO 64108
                                               (816) 292-2000
                                               (816) 292-2001 Facsimile
                                               Email:   michael.abrams@lathropgpm.com

33340534v.1

2

Cheryl A. Pilate #14601
Lindsay Runnels #78822
Morgan Pilate, LLC
926 Cherry Street
Kansas City, MO 64106
Telephone: (816) 471-6694
Facsimile: (816) 472-3516
cpilate@morganpilate.com

Barry Scheck (admitted *pro hac vice*)
Emma Freudenberger (admitted *pro hac vice*)
Rick Sawyer (admitted *pro hac vice*)
Neufeld Scheck & Brustin, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
Telephone: (212) 965-9081
Facsimile: (212) 965-9084
emma@nsbcivilrights.com

*Attorneys for Plaintiffs*

33340534v.1