## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **LAMONTE MCINTYRE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:18-cv-02545-KHV-KGG** |
| | ) | |
| **UNIFIED GOVERNMENT OF** | ) | |
| **WYANDOTTE COUNTY AND** | ) | |
| **KANSAS CITY, KS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION OF OPHELIA WILLIAMS

Plaintiffs Lamonte and Rose Lee McIntyre, by and through their counsel of record, hereby give notice that the videotaped deposition of Ophelia Williams will be taken on Wednesday, November 18, 2020, beginning at 11:00 a.m. CST at the offices of Lathrop GPM LLP, 2345 Grand Boulevard, Suite 2200, Kansas City, Missouri 64108, before a court reporter authorized to administer oaths.  The deposition will be taken by stenographic record and will continue from day to day until completion.  The deposition will also be videotaped.  Remote attendance will be available.

Date:  November 11, 2020

Respectfully submitted,

LATHROP GPM LLP


By:  /s/ *Michael J. Abrams*
      Michael J. Abrams #15407
      William G. Beck #77974
      Alexander T. Brown (admitted *pro hac vice*)
      2345 Grand Boulevard, Suite 2200
      Kansas City, MO 64108
      (816) 292-2000
      (816) 292-2001 Facsimile
      Email:   michael.abrams@lathropgpm.com

33367628v.1

2

Cheryl A. Pilate #14601
Lindsay Runnels #78822
Morgan Pilate, LLC
926 Cherry Street
Kansas City, MO 64106
Telephone: (816) 471-6694
Facsimile: (816) 472-3516
cpilate@morganpilate.com

Barry Scheck (admitted *pro hac vice*)
Emma Freudenberger (admitted *pro hac vice*)
Rick Sawyer (admitted *pro hac vice*)
Neufeld Scheck & Brustin, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
Telephone: (212) 965-9081
Facsimile: (212) 965-9084
emma@nsbcivilrights.com

*Attorneys for Plaintiffs*

2