# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:18-cv-02545-KHV-KGG |
| UNIFIED GOVERNMENT OF ) | |
| WYANDOTTE COUNTY AND ) | |
| KANSAS CITY, KANSAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### CERTIFICATE OF SERVICE OF PLAINTIFFS' SECOND AMENDED RULE 26 DISCLOSURES TO ALL DEFENDANTS

Plaintiffs Lamonte McIntyre and Rose McIntyre, by and through their counsel of record, hereby certify that their Second Amended Rule 26 Disclosures were served on defendants' counsel via email this 7th day of December 2020.

Date: December 7, 2020        Respectfully submitted,

MORGAN PILATE LLC

*/s/ Cheryl A. Pilate*
Cheryl A. Pilate, #14601
Lindsay Runnels #78822
926 Cherry Street
Kansas City, MO 64106
816-471-6694 (Tel.)
816-472-3516 (Fax)
cpilate@morganpilate.com

Michael J. Abrams #15407
Williams G. Beck #77974
Alexander T. Brown (admitted *pro hac vice*)
Lathrop GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
(816) 292-2000 (Tel.)
(816) 292-2001 (Fax)
michael.abrams@lathropgpm.com

                                        Barry Scheck (admitted *pro hac vice*)
                                        Emma Freudenberger (admitted *pro hac vice*)
                                        Rick Sawyer (admitted *pro hac vice*)
                                        Neufeld Scheck & Brustin, LLP
                                        99 Hudson Street, Eighth Floor
                                        New York, NY 10013
                                        (212) 965-9081 (Tel.)
                                        (212) 965-9084 (Fax)
                                        emma@nsbcivilrights.com

                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I certify that on December 7, 2020, a copy of this notice was electronically filed using the CM/ECF system, which will send notice to all parties.

                                                            */s/ Cheryl A. Pilate*