## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **LAMONTE MCINTYRE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:18-cv-02545-KHV-KGG** |
| | ) | |
| **UNIFIED GOVERNMENT OF** | ) | |
| **WYANDOTTE COUNTY AND** | ) | |
| **KANSAS CITY, KS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## PLAINTIFFS' RULE 45 NOTICE

Please take notice that, pursuant to Fed. R. Civ. P. 45(a)(4), Plaintiffs Lamonte McIntyre

and Rose McIntyre, by and through their counsel of record, intend to serve the subpoena *duces*

*tecum* attached hereto as Exhibit 1 upon the United States Attorney for the District of Kansas.

1

Date:  December 23, 2020      Respectfully submitted,


             MORGAN PILATE LLC

           By: /s/ Lindsay J. Runnels
             Lindsay Runnels #78822
             Cheryl A. Pilate #14601
             926 Cherry Street
             Kansas City, MO 64106
             Telephone: (816) 471-6694
             Facsimile: (816) 472-3516
             cpilate@morganpilate.com

             Michael J. Abrams #15407
             William G. Beck #77974
             Alexander T. Brown (admitted *pro hac vice*)
             LATHROP GPM LLP
             2345 Grand Boulevard, Suite 2200
             Kansas City, MO 64108
             (816) 292-2000
             (816) 292-2001 Facsimile
             Email: michael.abrams@lathropgpm.com

             Barry Scheck (admitted *pro hac vice*)
             Emma Freudenberger (admitted *pro hac vice*)
             Rick Sawyer (admitted *pro hac vice*)
             Amelia Green (admitted *pro hac vice*)
             NEUFELD SCHECK & BRUSTIN, LLP
             99 Hudson Street, Eighth Floor
             New York, NY 10013
             Telephone: (212) 965-9081
             Facsimile: (212) 965-9084
             emma@nsbcivilrights.com

             *Attorneys for Plaintiffs*