## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Kansas

Case Number: 2:18-CV-02545-KHV-KGG

Plaintiff/Petitioner:
**LAMONTE MCINTYRE, et al.**

vs.

Defendant/Respondent:
**UNIFIED GOVERNMENT OF WYANDOTTE COUNTY, et al.**

Received by HPS Process Service & Investigations to be served on **Federal Bureau of Investigation, Robert Stuart, Chief Divisional Counsel, 1300 Summit Street, Kansas City, MO 64105.**

I, NATHANIEL SCOTT, do hereby affirm that on the **3rd day of March, 2021** at **2:40 pm**, I:

Served the within named establishment by delivering a true copy of **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Subpoena Rider to the Federal Bureau of Investigations; Letter; and Exhibit 1** to **Robert Stuart, Chief Division Counsel** at the address of **1300 Summit Street, Kansas City, MO 64105.**

I am over the age of eighteen, and have no interest in the above action.

_____
**NATHANIEL SCOTT**
Process Server

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: HAT-2021005041
Ref: 596653

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| Lamonte McIntyre and Rose Lee McIntyre ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 2:18-cv-02545-KHV-KGG |
| Unified Government of Wyandotte County and ) | |
| Kansas City, Kansas; et al. ) | |
| _Defendant_ ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Robert Stuart, Chief Divisional Counsel, Federal Bureau of Investigation
1300 Summit Street, Kansas City, MO 64105

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Rider and Letter

| Place: Lathrop GPM LLP<br>2345 Grand Blvd., Ste. 2200<br>Kansas City, MO 64108-2618 | Date and Time:<br><br>03/23/2021 10:00 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/02/2021

_CLERK OF COURT_

OR

_Signature of Clerk or Deputy Clerk_        /s/ Cheryl Pilate
                                             _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ Lamonte McIntyre and Rose Lee McIntyre, Plaintiffs                        , who issues or requests this subpoena, are:

Cheryl Pilate, Morgan Pilate LLC, 926 Cherry St., Kansas City, MO 64106, CPilate@morganpilate.com, 816.471.6694

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:18-cv-02545-KHV-KGG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Federal Bureau of Investigation - Robert L. Stuart as Chief Division Counsel
on *(date)* 3/3/2021.

☑ I served the subpoena by delivering a copy to the named person as follows: Robert L. Stuart as Chief Division Counsel
on *(date)* 3/3/2021 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ —

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/3/2021

Server's signature

Nathaniel Scott, Private Process Server
Printed name and title

Server's address

Additional information regarding attempted service, etc.: