**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **LAMONTE MCINTYRE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:18-cv-02545-KHV-KGG** |
| | ) | |
| **UNIFIED GOVERNMENT OF** | ) | |
| **WYANDOTTE COUNTY AND** | ) | |
| **KANSAS CITY, KS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE TO TAKE VIDEOTAPED DEPOSITION OF ROGER GOLUBSKI**

Plaintiffs Lamonte and Rose Lee McIntyre, by and through their counsel of record, hereby give notice that the continued deposition of Roger Golubski will be taken on Tuesday, April 20, 2021, beginning at 9:00 a.m. CDT at the law offices of Lathrop GPM LLP, 2345 Grand Boulevard, Suite 2200, Kansas City, Missouri 64108, before a court reporter authorized to administer oaths.  The deposition will be taken by stenographic record and will continue from day to day until completion.  The deposition will also be videotaped.  Remote attendance will be available.

Date:  April 13, 2021

Respectfully submitted,

LATHROP GPM LLP

By:  /s/ *Michael J. Abrams*
      Michael J. Abrams #15407
      William G. Beck #77974
      Alexander T. Brown #78891
      Alana M. McMullin #78948
      2345 Grand Boulevard, Suite 2200
      Kansas City, MO 64108
      (816) 292-2000
      (816) 292-2001 Facsimile
      Email:   michael.abrams@lathropgpm.com

46731939v.1

Cheryl A. Pilate #14601
Lindsay Runnels #78822
Morgan Pilate, LLC
926 Cherry Street
Kansas City, MO 64106
Telephone: (816) 471-6694
Facsimile: (816) 472-3516
cpilate@morganpilate.com

Barry Scheck (admitted *pro hac vice*)
Emma Freudenberger (admitted *pro hac vice*)
Yasmin Dagne (admitted *pro hac vice*)
Neufeld Scheck & Brustin, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
Telephone: (212) 965-9081
Facsimile: (212) 965-9084
emma@nsbcivilrights.com

*Attorneys for Plaintiffs*

46731939v.1