## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:18-cv-02545-KHV-KGG |
| ) | |
| UNIFIED GOVERNMENT OF ) | |
| WYANDOTTE COUNTY AND ) | |
| KANSAS CITY, KS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANT UNIFIED GOVERNMENT

Pursuant to Fed. R. Civ. P. 37(a)(2)(B) and D. Kan. Rule 37.1 and 37.2, Plaintiffs Lamonte McIntyre and Rose McIntyre ("Plaintiffs"), by and through their counsel, respectfully move the Court for an Order compelling Defendant Unified Government of Wyandotte County and Kansas City, Kansas ("Defendant") to produce or allow for the inspection and copying of certain documents responsive to Plaintiffs' Third Requests for Production of Documents and Things, served upon Defendant on February 18, 2021.

In support of this motion, Plaintiffs simultaneously file a Memorandum in Support, in which Plaintiffs certify compliance with Fed. R. Civ. P. 37(a)(2)(B) and D. Kan Rule 37.2.

Respectfully submitted,

LATHROP GPM LLP

By: /s/ *Alana McMullin*
Michael J. Abrams #15407
Alexander T. Brown #78891
Alana McMullin #78948
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
(816) 292-2000
(816) 292-2001 Facsimile
michael.abrams@lathropgpm.com

Cheryl A. Pilate #14601
Lindsay Runnels #78822
Morgan Pilate, LLC
926 Cherry Street
Kansas City, MO 64106
Telephone: (816) 471-6694
Facsimile: (816) 472-3516
cpilate@morganpilate.com

Barry Scheck (admitted *pro hac vice*)
Emma Freudenberger (admitted *pro hac vice*)
Yasmin Dagne (admitted *pro hac vice*)
Neufeld Scheck & Brustin, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
Telephone: (212) 965-9081
Facsimile: (212) 965-9084
emma@nsbcivilrights.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Alana M. McMullin, hereby certify that on June 4, 2021, true and correct copies of the foregoing document was electronically filed and served via the Court's electronic filing system on the following counsel of record:

David R. Cooper
dcooper@fpsslaw.com

Charles E. Branson
cbranson@fpsslaw.com

Henry E. Couchman, Jr.
hcouchman@wycokck.org

Edward James Bain, III
jbain@wycokck.org

Morgan L. Roach
morgan@mccauleyroach.com

Sean P. McCauley
sean@mccauleyroach.com

Jeffrey S. Kratofil
jeff@mccauleyroach.com

Matthew J. Gist
mgist@enszjester.com

Christopher M. Napolitano
cnapolitano@enszjester.com

Sean M. Sturdivan
s.sturdivan@swrsllp.com

Tracy M. Hayes
t.hayes@swrsllp.com

Elizabeth Ann Evers Guerra
e.evers@swrsllp.com

                                              /s/ *Alana McMullin*
                                              An Attorney for Plaintiffs