# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

LAMONTE MCINTYRE and )
ROSE LEE MCINTYRE, )
     )
             Plaintiffs, )
     )
             v. )     Case No. 2:18-CV-02545-KHV-KGG
     )
UNIFIED GOVERNMENT OF )
WYANDOTTE COUNTY, *et al.*, )
     )
             Defendants. )

## DEFENDANT GOLUBSKI'S RULE 45 NOTICE

COMES NOW Defendant Roger Golubski, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 45(a)(4) hereby gives notice that Defendant Golubski intends to serve the subpoena duces tecum attached hereto as Exhibit A on Kansas Department for Children and Families. The subpoena duces tecum marked as Exhibit A has been redacted for filing, however, an unredacted version will be sent via email to all below-listed counsel of record.

Respectfully submitted,

**ENSZ & JESTER, P.C.**


/s/ Christopher M. Napolitano
---
MATTHEW J. GIST                         KS #20829
CHRISTOPHER M. NAPOLITANO  KS #25499
1100 Main Street, Suite 2121
Kansas City, Missouri  64105
Telephone:  816-474-8010
Facsimile:  816-471-7910
E-mails:     mgist@enszjester.com
                    cnapolitano@enszjester.com

**and**

MORGAN L. ROACH              KS #23060
SEAN P. McCAULEY              KS #20174
NICHOLAS S. RUBLE              KS #25636
JEFFREY S. KRATOFIL           KS #23983
McCauley & Roach, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri  64111
Telephone:  816-523-1700
Facsimile:  816-523-1708
E-mails:     morgan@mccauleyroach.com
                    sean@mccauleyroach.com
                    nick@mccauleyroach.com
                    jeff@mccauleyroach.com
**ATTORNEYS FOR DEFENDANT
DETECTIVE ROGER GOLUBSKI**

## CERTIFICATE OF SERVICE

I hereby certify that, on June 29, 2021, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

MICHAEL J. ABRAMS       KS #15407
WILLIAM G. BECK       KS #77974
ALEXANDER T. BROWN       KS #78891
ALANA M. McMULLIN       KS #78948
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108
Telephone:  816-292-2000
Facsimile:  816-292-2001
E-mail(s):  michael.abrams@lathropgmp.com
            william.beck@lathropgpm.com
            alexander.brown@lathropgpm.com
            alana.mcmullin@lathropgpm.com
**and**

CHERYL A. PILATE       KS #14601
LINDSAY RUNNELS       KS #78822
MORGAN PILATE, LLC
926 Cherry Street
Kansas City, Missouri  64106
Telephone:  816-471-6694
Facsimile:  816-472-3516
E-mail(s):  cpilate@morganpilate.com
            lrunnels@morganpilate.com
**and**

BARRY SCHECK       *Pro Hac Vice*
EMMA FREUDENBERGER       *Pro Hac Vice*
YASMIN DAGNE       *Pro Hac Vice*
AMELIA GREEN       *Pro Hac Vice*
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, New York  10013
Telephone:  212-965-9081
Facsimile:  212-965-9084
E-mail(s):  barry@nsbcivilrights.com
            emma@nsbcivilrights.com
            yasmin@nsbcivilrights.com
            amelia@nsbcivilrights.com
**ATTORNEYS FOR PLAINTIFFS**

DAVID R. COOPER           KS #16690
CHARLES E. BRANSON        KS #17376
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 SW 5th Street
Topeka, Kansas  66606
Telephone:  785-232-7761
Facsimile:  785-286-6609
E-mail(s):  dcooper@fpsslaw.com
            cbranson@fpsslaw.com
**and**

HENRY E. COUCHMAN, JR.    KS #12842
EDWARD JAMES BAIN         KS #26442
UNIFIED  GOVERNMENT  OF  WYANDOTTE
COUNTY
KANSAS CITY, KANSAS LEGAL DEPARTMENT
701 North 7th Street, Suite 961
Kansas City, Kansas  66101
Telephone:  913-573-5060
Facsimile:  913-573-5243
E-mail(s):  hcouchman@wycokck.org
            jbain@wycokck.org
**ATTORNEYS      FOR      DEFENDANT
UNIFIED       GOVERNMENT        OF
WYANDOTTE  COUNTY  AND  KANSAS
CITY, KANSAS**


SEAN M. STURDIVAN         KS #21286
ELIZABETH A. EVERS        KS #22580
TRACY M. HAYES            KS #23119
SANDERS WARREN RUSSELL & SCHEER LLP
11225 College Boulevard, Suite 450
Overland Park, Kansas  66210
Telephone:  913-234-6100
Facsimile:  913-234-6199
E-mail(s):  s.sturdivan@swrsllp.com
            e.evers@swrsllp.com
            t.hayes@swrsllp.com
**ATTORNEYS  FOR  THE  ESTATE  OF
DETECTIVE      JAMES      MICHAEL
KRSTOLICH,    DETECTIVE    DENNIS
WARE,  OFFICER  JAMES  L.  BROWN,
THE ESTATE OF LIEUTENANT DENNIS
OTTO  BARBER,  DETECTIVE  CYLDE
BLOOD, DETECTIVE WK SMITH, AND**

4

**THE ESTATE OF LIEUTENANT STEVE CULP**

      I hereby certify that, on June 29, 2021, a true and correct copy of the above and foregoing was sent via email transmission to the following:

ROBER J. HOFFMAN
BRYAN CAVE LEIGHTON PAISNER
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri  64105
Telephone:  816-668-3229
E-mail(s):    rjhoffman@bclplaw.com
**ATTORNEYS FOR NON-PARTY WITNESS SHANAYA KANE**

/s/ Christopher M. Napolitano
**ATTORNEYS FOR DEFENDANT DETECTIVE ROGER GOLUBSKI**