IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LAMONTE MCINTYRE &,
ROSE LEE MCINTYRE,

                Plaintiffs,

v.                                 Case No. 2:18-cv-02545-KHV-KGG

UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY AND KANSAS CITY, KS, et al.,

                Defendants.

### Correction to Defendants' Joint Motion to Modify Scheduling Order

Defendants jointly move the Court to Modify the Scheduling Order which extends unexpired deadlines by three months. Counsel for plaintiffs consents to the request to extend Defendants expert designation deadline to October 19, 2021, Plaintiffs' counsel is amenable to the following extensions to the current case deadlines, Plaintiffs expert rebuttal deadline to November 16, 2021, and the completion of all discovery to November 29, 2021. Plaintiffs oppose, however, the extension of the other remaining deadlines.

The unexpired deadlines in the Third Revised Scheduling Order, ECF 284, and the modifications requested by defendants are set forth below:

|  | Current | Requested |
|---|---|---|
| Supplementation of initial disclosures 40 days before completion of discovery |  | **Same** |
| All discovery completed | 9/24/2021 | **12/23/2021[1]** |
| Experts disclosed by defendant | 7/19/2021 | **10/25/2021[2]** |

---

[1] Plaintiffs' counsel consents to an extension to November 29, but not to December 23.
[2] Plaintiffs' counsel consents to an extension to October 19, but not to October 25.

{T0472085}                1

| | | |
|---|---|---|
| Rebuttal experts disclosed | 8/19/2021 | **11/21/2021**[3] |
| Dispositive motions & *Daubert* motions | 12/3/2021 | **3/3/2022** |
| Comparative fault identification | n/a | n/a |
| Proposed pretrial order due | 10/15/2021 | **1 week before PTC** |
| Pretrial conference | | 10/26/2021 at 2:00 p.m. **Set by court** |
| Trial | | 8/1/2022 at 9:00 a.m. **Set by court** |

Good cause exists for extending all remaining discovery deadlines, F.R.Civ.P. 16(b)(4), in that the current deadlines cannot be met despite diligent efforts by the parties. A motion to compel is pending, ECF 308. Fact depositions are ongoing. *See, e.g.*, ECF 318, 333, 338, 339. Defendants require depositions of plaintiffs' experts before disclosing defendants' expert witnesses. Some are scheduled and noticed (ECF 318, 336), others are in the process of being scheduled (one on August 19, 2021). Currently a proposal for one of the experts is August 31, 2021, with alternate dates being requested due to the deposition noticed in ECF 338

Plaintiffs have recently notified the parties of their intent to take an additional 6 fact witness depositions and have requested a second day of depositions of 3 deponents, at least one of which is out of state. It is not possible to accomplish these depositions in time remaining for discovery when taking into account all counsels' schedules plus the witnesses, a majority of which will need to be subpoenaed to appear for the depositions. This also does not give adequate time for any additional discovery that will be necessary after these depositions are obtained.

Further, by moving only the Defendants' expert deadline and not all the subsequent deadlines, this would put the close of discovery and the pretrial order deadline *before* the Defendants' experts are due. It would also require the dispositive motions, and *Daubert* motions to be filed less than 2 months after the experts are disclosed, giving insufficient time for Plaintiffs to obtain Defendants' experts depositions. Further, presumably, Plaintiffs will want to extend the

---

[3] Plaintiffs' counsel consents to an extension to November 16, rather than the 21st.

deadline for the disclosure of rebuttal experts to correspond to Defendants' new deadline, which would make these additional experts less than 2 weeks before dispositive and *Daubert* motions due, which does not give sufficient time to depose these experts or take into account their opinions or disclosures for these motions.

With the extending of Defendants' experts' designations, which Plaintiffs' have consented to, it is necessary to extend all the remaining deadlines by a similar amount of time.

Defendants therefore jointly move to modify the scheduling order as reflected herein.

Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 286-6609
dcooper@fpsslaw.com | cbranson@fpsslaw.com

s/David R. Cooper
David R. Cooper                    #16690
Charles E. Branson                 #17376

*-and-*

Henry E. Couchman Jr., #12842
Edward James Bain, #26442
Unified Government of Wyandotte
County/Kansas City, Kansas
Legal Department
701 N. 7th Street, Suite 961
Kansas City, Kansas 66101
Tel: (913) 573-5060 | Fax: (913) 573-5243
hcouchman@wycokck.org
jbain@wycokck.org

Attorneys for Defendant Unified Government of Wyandotte County and Kansas City, Kansas

ENSZ & JESTER, P.C.
/s/ Matthew J. Gist
MATTHEW J. GIST KS #20829
CHRISTOPHER M. NAPOLITANO KS #25499
Kansas City, Missouri 64105
Telephone: 816-474-8010
Facsimile: 816-471-7910
E-mails: mgist@enszjester.com
cnapolitano@enszjester.com
and
MORGAN L. ROACH KS #23060
SEAN P. McCAULEY KS #20174
NICHOLAS S. RUBLE KS #25636
JEFFREY S. KRATOFIL KS #23983
MCCAULEY & ROACH, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri 64111
Telephone: 816-523-1700
Facsimile: 816-523-1708
E-mails: morgan@mccauleyroach.com
sean@mccauleyroach.com
nick@mccauleyroach.com
jeff@mccauleyroach.com
ATTORNEYS FOR DEFENDANT
DETECTIVE ROGER GOLUBSKI

s/Tracy M. Hayes
Sean M. Sturdivan KS #21286
Tracy M. Hayes KS #23119
Elizabeth A. Evers KS #22580
SANDERSWARREN RUSSELL & SCHEER LLP
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, KS 66210
Phone: 913-234-6100
Fax: 913-234-6199
s.sturdivan@swrsllp.com
e.evers@swrsllp.com
t.hayes@swrsllp.com
Attorneys for The Estate of Detective James Michael Krstolich, Detective Dennis Ware, Officer James L. Brown, The Estate of Lieutenant Dennis Otto Barber, Detective Clyde Blood, Detective W.K. Smith, and The Estate of Lieutenant Steve Culp

**Certificate of Service**

I hereby certify on the 16th day of July, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record:

Michael J. Abrams – Michael.Abrams@LathropGPM.com
William G. Beck – William.Beck@LathropGPM.com
Alexander T. Brown – Alexander.Brown@LathropGPM.com
Cheryl A. Pilate – cpilate@morganpilate.com
Lindsay J. Runnels – lrunnels@morganpilate.com
Barry Scheck – barry@nsbcivilrights.com
Emma Freudenberger – emma@nsbcivilrights.com
Amelia Green – amelia@nsbcivilrights.com
Alana M. McMullin – Alana.McMullin@LathropGPM.com
Yasmin Dagne – yasmin@nsbcivilrights.com
**Attorneys for Plaintiffs**

Sean M. Sturdivan – s.sturdivan@swrsllp.com
Elizabeth A. Evers – e.evers@swrsllp.com
Tracy M. Hayes – t.hayes@swrsllp.com
**Attorneys for The Estate of Detective James Michael Krstolich, Detective Dennis Ware, Officer James L. Brown, The Estate of Lieutenant Dennis Otto Barber, Detective Clyde Blood, Detective W.K. Smith, and The Estate of Lieutenant Steve Culp**

Morgan L. Roach – morgan@mccauleyroach.com
Sean P. McCauley – sean@mccauleyroach.com
Jeffrey S. Kratofil – jeff@mccauleyroach.com
Matthew J. Gist – mgist@enszjester.com
Christopher M. Napolitano – cnapolitano@enszjester.com
**Attorneys for Defendant Roger Golubski**

s/@ _____