IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No. 2:18-cv-02545-KHV-KGG |
| | ) |
| UNIFIED GOVERNMENT OF | ) |
| WYANDOTTE COUNTY AND | ) |
| KANSAS CITY, KS, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**COME NOW** Plaintiffs Lamonte McIntyre and Rose Lee McIntyre, by and through counsel, and respectfully petition this Court to grant a petition for Writ of Habeas Corpus Ad Testificandum to Neil Edgar, Jr., for the purpose of transporting Mr. Edgar to the federal courthouse in the District of Kansas for the purpose of permitting the parties to obtain deposition testimony of Mr. Edgar in this action.[1] This petition is made because of the logistical difficulties of obtaining a deposition at Mr. Edgar's current location in a prison in Missouri, where the COVID-19 case count is very high, there is not a sufficiently large conference room to safely accommodate all counsel, and the ability to set up a dependable wireless "hot spot" to accommodate Zoom access is doubtful. Defense counsel for the individual defendants have indicated that they concur in this request. In further support of this Petition, Plaintiffs state as follows:

1. That there is presently pending in the District Court for the District of Kansas, the case of *Lamonte McIntyre, et al., v. Unified Government of Wyandotte County and Kansas City, Kansas,* et al., case number 2:18-cv-02545-KHV-KGG;

---

[1] In the alternative, the Court could order that Neil Edgar, Jr. be transported to the federal courthouse in St. Louis if that jurisdiction is agreeable to such arrangements. Use of the St. Louis Courthouse would reduce travel time and remove the need for an overnight stay.

2. That Neil E. Edgar, Jr., #516493, is presently incarcerated at the Eastern Reception Diagnostic Corrections Center ("ERDCC") at 2727 Highway K, Bonne Terre, Missouri, in the custody of the St. Francois County Sheriff Deputies for the 16th Circuit of Jackson County, Missouri;

3. That Neil E. Edgar Jr., #516493, is a material witness in the above-captioned matter;

4. That a deposition of Neil E. Edgar Jr., #516493, is currently scheduled for Monday, September 13, 2021 at 9:00 a.m. and that the presence of Neil E. Edgar Jr., #516493, is necessary for the deposition;

5. That the COVID-19 pandemic creates health and safety concerns for all involved parties requiring the deposition to be conducted outside of ERDCC. ERDCC has recently reported high numbers of COVID-19 cases, raising concerns about requiring counsel and support staff to enter the facility.

   a. As of August 16, the Missouri Department of Corrections reported 13 active offender cases and four active staff cases of COVID.[2] Recently, a newspaper article raised even greater concern, stating that the number of cases reported at ERDCC was 42 earlier this month.[3] Given that universal testing has not taken place within the facility since August 2020, the number of cases is likely much higher than the reported numbers.[4]

   b. The limited space in the available conference room increases the risk posed to the deponent, corrections staff, other inmates, and the parties and their counsel by

---

[2] COVID-19 Cases in State Adult Institutions, https://doc.mo.gov/media-center/newsroom/covid-19/data (last visited Aug. 16, 2021).
[3] Jamie Jiang, *If Missouri Fails to Contain COVID-19 Outbreaks in Prisons, Outside Communities Will Be At Risk*, KCUR (Aug. 4, 2021, 5:52 PM), https://www.kcur.org/news/2021-08-11/covid-in-mo-prisons.
[4] *Id.*

      providing no ability to social distance as recommended by the Centers for Disease Control and Prevention ("CDC");

c. Although 10 persons could be packed into the conference room, that could be accomplished only under circumstances where current social distancing protocols recommended by the CDC were *not* followed.

d. The public health challenge has been exacerbated by the recent spike in Covid cases in Missouri. "The Delta Variant causes more infections and spreads faster than earlier forms of the virus that causes COVID-19."[5] The variant has been cited as a cause of the recent surge of COVID-19 cases and hospitalizations throughout Missouri.[6] With less than one-third of the population of St. Francois County having received the vaccine, traveling to the area would be especially dangerous.[7]

e. Potential exposure to the virus is especially concerning for all persons who would be involved with the deposition, including Mr. Edgar, the court reporter and counsel for the parties. It also is concerning for staff and inmates in the facility, as holding a deposition in crowded and unsafe conditions would place further strain on the facility as it attempts to deal with the COVID-19 outbreak.

f. These risks would be considerably diminished by holding the deposition at the Robert J. Dole Federal Courthouse, which has the resources and space to follow the recommendations of the CDC.

6. In addition to the fact that ERDCC presents no viable option for conducting the necessary deposition at the facility while minimizing COVID-19 risks, counsel has also discovered

---

[5] *What You Need to Know about Variants*, CENTERS FOR DISEASE CONTROL AND PREVENTION, (Aug. 6, 2021) https://www.cdc.gov/coronavirus/2019-ncov/variants/variant.html#print
[6] Jiang, *supra* note 2.
[7] *See* COVID-19 Vaccinations in Missouri, MISSOURI DEPT. OF HEALTH AND SENIOR SERVICES, (Aug. 16, 2021) https://covidvaccine.mo.gov/data/.

      that the ability for some or all counsel to take the deposition through remote means is highly doubtful. Issues that cannot be resolved include:

    a. The facility has no available wireless network to support Zoom, which would allow Counsel for all parties to be present and participate in the deposition. A wireless hotspot is not a feasible solution given the number of devices that would need to be supported, the steel and concrete walls, and the remote location of the facility.

    b. Counsel also explored the possibility of using cell phones to permit remote access. However, facility visitors are not allowed to bring in cellphones, further eliminating Counsel's ability to communicate with each other during and throughout the deposition, severely limiting the ability to effectively represent their client's interests.

7. Counsel for Plaintiffs has conferred with Counsel for Defendants, who support the present petition (with the exception of David Cooper, counsel for the Unified Government, who has not yet responded).

8. A Writ similar to the one requested here was ordered by the Wyandotte County District Court in Plaintiff Lamonte McIntyre's hearing in his K.S.A. 60-1507 case (No. 16-CV-508) (*See* Ex. 1). The state court issued a Writ directing the person of Cecil Brooks, a material witness, be removed from a federal prison in Missouri and produced before the Wyandotte County District Court to testify.[8] Mr. Brooks was duly transferred as ordered by the Court and was held in the Wyandotte County jail throughout the duration of the hearing. (*See* Ex. 1; Petition, Writ and Order regarding Mr. Brooks).

---

[8] The Petition for Writ of Habeas Corpus Ad Testificandum, Writ of Habeas Corpus Ad Testificandum, and Order Granting Writ of Habeas Corpus Ad Testificandum are attached as Ex. 1.

4

By reason of the above and foregoing facts, Petitioner respectfully requests that this Court authorize the issuance of a Writ of Habeas Corpus Ad Testificandum for the purpose of removing Neil E. Edgar, Jr., #516493, from the ERDCC at 2727 Highway K, Bonne Terre, Missouri, and producing him for a deposition on September 13, 2021 at 9:00 a.m., and assuring the safe conduct and custody of the said Neil E. Edgar Jr., #516493, and after said proceedings, to safely return Neil E. Edgar Jr., #516493, to the custody of the St. Francois County Sheriff Deputies.

Respectfully submitted,

/s/Cheryl A. Pilate
Cheryl A. Pilate #14601
Lindsay J. Runnels #78822
Morgan Pilate, LLC
926 Cherry Street
Kansas City, MO 64106
Telephone: (816) 471-6694
Facsimile: (816) 472-3516
cpilate@morganpilate.com

Michael J. Abrams #15407
Alexander T. Brown #78891
Alana McMullin #78948
LATHROP GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Telephone: (816) 292-2000
Facsimile (816) 292-2001
mabrams@lathropgage.com

Barry Scheck (*pro hac vice*)
Emma Freudenberger (*pro hac vice*)
Yasmin Dagne (*pro hac vice*)
Neufeld Scheck & Brustin, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
Telephone: (212) 965-9081
Facsimile: (212) 965-9084
emma@nsbcivilrights.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on all counsel of record on August 19, 2021.

                                              */s/ Cheryl A. Pilate*
                                              An Attorney for Plaintiffs