`IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
CRIMINAL DEPARTMENT

STATE OF KANSAS          )
            Plaintiff     )
                         )
                         )
    vs.                          )          Court Case Number: 2016CV0508 (1994CR1213)
                         )
LAMONTE MCINTYRE         )
           Defendant     )

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO:** Warden, and Wyandotte County Sheriff Deputies for the District of Kansas.

**WHEREAS,** the Warden of the MCFP Springfield at 1900 W. Sunshine Street, Springfield, MO, has custody of the body of Cecil A. Brooks, #11781-031, by virtue of a conviction of a crime against the laws of the United States; and

**WHEREAS,** an Information has been filed in the District Court of Wyandotte County, Kansas, in the case of State of Kansas vs. Lamonte McIntyre, Case Number 2016CV0508 (1994CR1213); and

**WHEREAS,** Cecil A. Brooks, #11781-031, is considered a material and essential witness on behalf of Lamonte McIntyre in the above-mentioned case, now pending in the District Court of Wyandotte County, Kansas.

**THEREFORE,** the Warden of the MCFP Springfield at 1900 W. Sunshine Street, Springfield, MO, is hereby ordered to surrender and release the body of Cecil A. Brooks, #11781-031, to the Wyandotte County Sheriff Deputies for the District of Kansas, or any of his duly authorized deputies, and said Wyandotte County Sheriff Deputies for the District of Kansas or his deputies are hereby commanded to have and produce the body of Cecil A. Brooks, #1178-031, before this Court at the City of Kansas City, Kansas, at Wyandotte County Jail, on October



12, 2017, then and there or as soon thereafter as said case may be heard, to testify on behalf of

Lamonte McIntyre in the above-captioned case.

The Wyandotte County Sheriff Deputies are further commanded to assure the safe

conduct and custody of the said Cecil A. Brooks, #11781-031, from the MCFP Springfield at

1900 Sunshine Street, Springfield, Mo, to the place directed by this Writ and during the

proceedings respecting this action, and, as soon as said proceedings have been concluded, to

safely return the said Cecil A. Brooks, #11781-031, and deliver Cecil A. Brooks, #11781-031, to

MCFP Springfield at 1900 Sunshine Street, Springfield, MO, from whence Cecil A. Brooks,

#11781-031, came.

_Edward B Bouker_
JUDGE BOUKER
Judge of the District Court


**WITNESS:** The Honorable Judge, and the Seal of said Court of this _____ day of _____

2017.


_____
Clerk of the District Court

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
## CRIMINAL DEPARTMENT

STATE OF KANSAS           )
            Plaintiff      )
                       )
vs.                     )       Court Case Number: 2016CV0508 (1994CR1213)
                       )
LAMONTE MCINTYRE      )
            Defendant    )

## ORDER GRANTING WRIT OF HABEAS CORPUS AD TESTIFICANDUM

A petition, duly signed and certified by the affiant, Cheryl A. Pilate, counsel for Lamonte

McIntyre, having been this day presented to me, Judge Bouker, whereby it appears that Cecil A.

Brooks, #11781-031, is imprisoned and restrained of his liberty by the Wyandotte County Sheriff

Deputies at the MCFP Springfield at 1900 Sunshine Street, Springfield, MO, and setting forth

wherein the imprisonment consists, from which it appears to me that a Writ of Habeas Corpus

Ad Testificandum ought to issue:

**IT IS THEREFORE CONSIDERED AND ORDERED** that a Writ of Habeas Corpus

Ad Testificandum issue out of and under the Seal of the District Court of Wyandotte County,

Kansas, directed to the Wyandotte County Sheriff Deputies, to release the body of said Cecil A.

Brooks, #11781-031, from the MCFP Springfield, at 1900 Sunshine Street, Springfield, MO, to

agents of the Wyandotte County Sheriff Deputies, commanding them to produce the body of said

Cecil A. Brooks, #11781-031, before me or some other judge of this court at the Courthouse of

the City of Kansas City in Wyandotte County, Kansas on the 12th day of October, 2017, to make

a statement on behalf of Lamonte McIntyre in the matter of State of Kansas v. Lamonte

McIntyre, case number 2016CV0502 (1994CR1213).

**IN WITNESS THEREOF**, I hereunto set my hand this 15th day of Sept. , 2017.

_Edward B. Bouker_

JUDGE BOUKER

B.J.A.

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
### CRIMINAL DEPARTMENT

STATE OF KANSAS        )
           Plaintiff     )
                     )
    vs.                )      Court Case Number: 2016CV0508 (1994CR1213)
                     )
LAMONTE MCINTYRE     )
           Defendant   )

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**COMES NOW** Cheryl A. Pilate, counsel for Lamonte McIntyre, and respectfully

petitions and informs the court as follows:

1. That there is presently pending in the District Court of Wyandotte, County, Kansas, the case of State of Kansas v. Lamonte McIntyre, case number 2016CV0508 (1994CR1213);

2. That Cecil A. Brooks, #11781-031, is presently incarcerated at the MCFP Springfield at 1900 Sunshine Street, Springfield, MO, and in the custody of the Wyandotte County Sheriff Deputies for the District of Kansas, at Wyandotte County Jail, 710 North 7th Street, Kansas City, Kansas;

3. That the said Cecil A. Brooks, #11781-031 is a material witness for Lamonte McIntyre in the above-captioned matter;

4. That the above-captioned matter is currently pending in the District Court of Wyandotte County, Kansas, at Wyandotte County Jail, 710 N. 7th Street, KCK;

5. That the presence of Cecil A. Brooks, #11781-031, is necessary in said case at the above-stated time for the purpose of giving a statement;

6. That petitioner states to the court that by reason of the above and foregoing facts, it is requested that this court authorize the issuance of a Writ of Habeas Corpus Ad Testificandum for the purpose of removing the person of the witness, Cecil A. Brooks, #11781-031, from the MCFP Springfield, at 1900 Sunshine Street, Springfield, MO, and producing before this court on October 12, 2017, and assuring the safe conduct and custody of the said Cecil A. Brooks, #11781-031, and after said proceedings, to safely return the said Cecil A. Brooks, #11781-031, to the custody of the Wyandotte County Sheriff Deputies at the MCFP Springfield at 1900 Sunshine Street, Springfield, MO.

Cheryl A. Pilate, #14601
MORGAN PILATE, LLC
926 Cherry Street
Kansas City, Missouri 64106
Telephone (816) 471-6694
Facsimile (816) 472-3516
Email: cpilate@morganpilate.com


**STATE OF KANSAS**           )
                              )     SS:
**COUNTY OF WYANDOTTE**       )

Cheryl A. Pilate, being first duly sworn, upon her oath states, that she is counsel for

Lamonte McIntyre, that she has read the above and foregoing petition, and knows the contents

thereof, and that the same are true in substance and fact to the best of her belief.

Cheryl A. Pilate, #14601

Subscribed and sworn to before me this 27th day of September, 2017.

NOTARY PUBLIC

My Commission Expires:

12/20/20

B.J.A.

PAMELA EVELAND
Notary Public - Notary Seal
STATE OF MISSOURI
JACKSON County
My Commission Expires: Dec. 20, 2020
Commission # 12426323