UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE and ROSE LEE MCINTYRE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  Case No. 2:18-CV-02545-KHV-KGG ) |
| UNIFIED GOVERNMENT OF WYANDOTTE COUNTY, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## MOTION TO SEAL DOCUMENT NO. 409

COMES NOW Defendant Roger Golubski, by and through undersigned counsel, and for his Motion to Seal Document No. 409, states as follows:

1. Mr. Brooks is in custody of the Bureau of Prisons, but is currently living in the community.

2. The Bureau of Prisons protects Mr. Brooks' address from public disclosure, which necessitated the United States Marshals Service to serve Mr. Brooks because the Bureau of Prisons would only release his address to another law enforcement agency.

3. Counsel for Defendant Golubski requested that the United States Marshals Service provide the return of service back to undersigned counsel so it could be filed under seal. However, the United States Marshals filed the return of service.

4. As a result, Defendant Golubski now requests that Document 409, the return of service be sealed.

**WHEREFORE**, Defendant Golubski requests that the Court seal Document 409 and for all other relief this Court deems just and proper.

Respectfully submitted,

**ENSZ & JESTER, P.C.**


/s/ Christopher M. Napolitano
MATTHEW J. GIST                KS #20829
CHRISTOPHER M. NAPOLITANO  KS #25499
1100 Main Street, Suite 2121
Kansas City, Missouri  64105
Telephone:   816-474-8010
Facsimile:    816-471-7910
E-mails:       mgist@enszjester.com
                    cnapolitano@enszjester.com

**and**

MORGAN L. ROACH            KS #23060
SEAN P. McCAULEY              KS #20174
NICHOLAS S. RUBLE             KS #25636
JEFFREY S. KRATOFIL           KS #23983
MCCAULEY & ROACH, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri  64111
Telephone:   816-523-1700
Facsimile:    816-523-1708
E-mails:       morgan@mccauleyroach.com
                    sean@mccauleyroach.com
                    nick@mccauleyroach.com
                    jeff@mccauleyroach.com
**ATTORNEYS FOR DEFENDANT
DETECTIVE ROGER GOLUBSKI**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 27, 2021, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

MICHAEL J. ABRAMS          KS #15407
WILLIAM G. BECK            KS #77974
ALEXANDER T. BROWN         KS #78891
ALANA M. McMULLIN          KS #78948
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108
Telephone:   816-292-2000
Facsimile:   816-292-2001
E-mail(s):   michael.abrams@lathropgmp.com
             william.beck@lathropgpm.com
             alexander.brown@lathropgpm.com
             alana.mcmullin@lathropgpm.com

**and**

CHERYL A. PILATE          KS #14601
LINDSAY RUNNELS           KS #78822
MORGAN PILATE, LLC
926 Cherry Street
Kansas City, Missouri  64106
Telephone:   816-471-6694
Facsimile:   816-472-3516
E-mail(s):   cpilate@morganpilate.com
             lrunnels@morganpilate.com

**and**

BARRY SCHECK              *Pro Hac Vice*
EMMA FREUDENBERGER        *Pro Hac Vice*
YASMIN DAGNE              *Pro Hac Vice*
AMELIA GREEN              *Pro Hac Vice*
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, New York  10013
Telephone:   212-965-9081
Facsimile:   212-965-9084
E-mail(s):   barry@nsbcivilrights.com
             emma@nsbcivilrights.com
             yasmin@nsbcivilrights.com
             amelia@nsbcivilrights.com
**ATTORNEYS FOR PLAINTIFFS**

DAVID R. COOPER KS #16690
CHARLES E. BRANSON KS #17376
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 SW 5th Street
Topeka, Kansas  66606
Telephone:   785-232-7761
Facsimile:   785-286-6609
E-mail(s):   dcooper@fpsslaw.com
             cbranson@fpsslaw.com
**and**

HENRY E. COUCHMAN, JR. KS #12842
EDWARD JAMES BAIN KS #26442
UNIFIED GOVERNMENT OF WYANDOTTE COUNTY
KANSAS CITY, KANSAS LEGAL DEPARTMENT
701 North 7th Street, Suite 961
Kansas City, Kansas  66101
Telephone:   913-573-5060
Facsimile:   913-573-5243
E-mail(s):   hcouchman@wycokck.org
             jbain@wycokck.org
**ATTORNEYS FOR DEFENDANT UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS**


SEAN M. STURDIVAN KS #21286
ELIZABETH A. EVERS KS #22580
TRACY M. HAYES KS #23119
SANDERS WARREN RUSSELL & SCHEER LLP
11225 College Boulevard, Suite 450
Overland Park, Kansas  66210
Telephone:   913-234-6100
Facsimile:   913-234-6199
E-mail(s):   s.sturdivan@swrsllp.com
             e.evers@swrsllp.com
             t.hayes@swrsllp.com
**ATTORNEYS FOR THE ESTATE OF DETECTIVE JAMES MICHAEL KRSTOLICH, DETECTIVE DENNIS WARE, OFFICER JAMES L. BROWN, THE ESTATE OF LIEUTENANT DENNIS OTTO BARBER, DETECTIVE CYLDE BLOOD, DETECTIVE WK SMITH, AND**

**THE ESTATE OF LIEUTENANT STEVE CULP**

/s/ Christopher M. Napolitano
**ATTORNEYS FOR DEFENDANT
DETECTIVE ROGER GOLUBSKI**