IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNIFIED GOVERNMENT OF )<br>WYANDOTTE COUNTY AND )<br>KANSAS CITY, KS, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. 2:18-cv-02545-KHV-KGG |

## PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS FROM DEFENDANT ROGER GOLUBSKI

Pursuant to Fed. R. Civ. P. 37(a)(2)(B) and D. Kan. Rule 37.1 and 37.2, Plaintiffs Lamonte McIntyre and Rose McIntyre ("Plaintiffs"), by and through their counsel, respectfully move the Court for an Order compelling Defendant Roger Golubski ("Defendant") to produce or allow for the inspection and copying of certain documents responsive to Plaintiffs' Third Requests for Production of Documents and Things to All Defendants, and to produce substantive answers or documents in response to Plaintiffs' Second Set of Interrogatories to Defendant Golubski, both of which were served upon Defendant on February 18, 2021.

In support of this motion, Plaintiffs simultaneously file a Memorandum in Support, in which Plaintiffs certify compliance with Fed. R. Civ. P. 37(a)(2)(B) and D. Kan. Rule 37.2.

Dated: September 13, 2021            Respectfully submitted,

LATHROP GPM LLP

By:  /s/ *Alana McMullin*
    Michael J. Abrams #15407
    Alexander T. Brown #78891
    Alana McMullin #78948
    2345 Grand Boulevard, Suite 2200
    Kansas City, MO 64108
    (816) 292-2000
    (816) 292-2001 Facsimile
    michael.abrams@lathropgpm.com


    Cheryl A. Pilate #14601
    Lindsay Runnels #78822
    Morgan Pilate, LLC
    926 Cherry Street
    Kansas City, MO 64106
    Telephone: (816) 471-6694
    Facsimile: (816) 472-3516
    cpilate@morganpilate.com

    Barry Scheck (admitted *pro hac vice*)
    Emma Freudenberger (admitted *pro hac vice*)
    Yasmin Dagne (admitted *pro hac vice*)
    Neufeld Scheck & Brustin, LLP
    99 Hudson Street, Eighth Floor
    New York, NY 10013
    Telephone: (212) 965-9081
    Facsimile: (212) 965-9084
    emma@nsbcivilrights.com

    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 13th day of September, 2021, the foregoing was electronically filed with the clerk of the court using the CM/ECF system which will provide notice and service to all counsel of record.

/s/ *Alana McMullin*
*An Attorney for Plaintiffs*