# **EXHIBIT 2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **LAMONTE MCINTYRE &
ROSE LEE MCINTYRE**,<br><br>              Plaintiffs,<br><br>v.<br><br>**UNIFIED GOVERNMENT OF
WYANDOTTE COUNTY AND
KANSAS CITY, KANSAS, ET AL.**<br><br><br><br>              Defendants. | Case No. 2:18-cv-02545 |

**PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANT GOLUBSKI**

Plaintiffs Lamonte McIntyre and Rose Lee McIntyre, by and through their attorneys, pursuant to Federal Rules of Civil Procedure 26 and 33, propound the following interrogatories to Defendant Roger Golubski.

Defendant Golubski shall respond to the following interrogatories separately and fully in writing and under oath in accordance with Rule 33, within thirty days of service of this demand. As required by Rule 26(e), Defendant Golubski must promptly amend or supplement answers or disclosures within thirty days after additional information or material is acquired, and in no event later than thirty days before trial.

Interrogatories or subparts thereof shall not be combined for purpose of supplying a common answer. The answer to an interrogatory or subpart thereof must not be supplied by

1

referring to the answer to another interrogatory unless the interrogatory or subpart referred to supplies a complete and accurate answer to the interrogatory or subpart being answered.

In the case of any interrogatory to which a claim of privilege will be asserted, the word "identify" is additionally intended to call for a summary of the basis on which the claim of privilege is founded. The claim should be described with particularity the factual and legal basis for the claim of privilege. Produce any documents or testimony supporting an answer to any interrogatory referred to herein.

If you object to or otherwise do not respond to any interrogatory, in whole or in part, set forth the nature and basis for the objection or other failure or refusal to respond in sufficient detail so that the Court can determine the propriety of such objection or failure or other refusal to respond, and state whether any information is being withheld on the basis of the objection.

## DEFINITIONS

The following definitions and principles shall be deemed to have the meaning set forth herein, and are incorporated herein and throughout this and each succeeding set of discovery requests, if any, as though fully set forth at length, unless expressly stated to the contrary.

a. **Communication**. The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

b. **Document**. The term "document" is defined to be synonymous in meaning equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term.

c. **Person**. The term "person" is defined as any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

d. **Address**. The term "address" means the street address, including the city, state, and zip code when applicable, and when not applicable, the last known physical location.

e. **Identify** (with respect to property or things). When referring to a property or other thing, "to identify" means to describe the property or thing with particularity, including the date of acquisition, the nature of your interest therein, its current or last known physical address, the current fair market value of the same, the legal description (if real property), and the year, model, vehicle identification number and names of mortgagor(s) (if vehicles).

f. **Identify** (with respect to documents). When referring to documents, "to identify" means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s) and recipient(s). In the alternative, the responding party may produce the documents, together with identifying information sufficient to satisfy Fed. R. Civ. P. 33(d).

g. **Interest.** The term "interest" with respect to property, means a claim by you of any right, title, or other interest, whether legal, equitable, or beneficial, including both present or future interests and full or partial interests, to real, personal, intangible, or other property of whatsoever nature, including property that you assert is owned by you, or by you and any other legal persons, as community property, tenants in common, joint tenants, or is otherwise jointly owned with another person or persons.

h. **Security**. The term "security," or "securities" means stocks, bonds, municipal bonds, notes, United States Treasury Notes, convertible debentures, warrants or any other documents

that represent a share or other ownership interest in a corporation or other for profit entity, or debt owed by a corporation, such other for profit entity, or any other legal entity, including but not limited to federal, state, and local governmental or quasi-governmental entities.

i. **Concerning**. The term "concerning" means relating to, referring to, describing, evidencing or constituting.

j. **All/Any/Each**. The terms "all," "any," and "each" shall each be construed as encompassing any and all.

k. **And/Or.** The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

l. **You**. The term "you" refers to the party to whom these requests to admit are propounded: Defendant Roger Golubski, his agents, employees, representatives, attorneys, those employed by its attorneys, or anyone else acting on your behalf.

## INTERROGATORIES

1. Other than present employment or employment with the Kansas City, Kansas or Edwardsville Police Departments, the Kansas City, Kansas Housing Authority, Providence Medical Center, and Walgreens, list all other contracts, employment, or other means of income, including "self-employment," proceeds from criminal activity, cash that is not income, gifts, money, non-taxable income or assets from your business or employment or any other source since 1976. With regard to each, state:

4

    a. The name, address, and telephone number of the other parties to the contract, if applicable, or your employer;

    b. The inclusive dates of employment;

    c. A description of the type of work performed, services delivered, or goods provided;

    d. Your gross annual income from such employment, contracts, or other source of income, and any gifts, money, non-taxable income or assets you received, in each of the years you received that income.

2. Identify if you have any outstanding debts, including but not limited to income taxes, mortgages, contract obligations, or promissory notes, whether the debt is owed by you solely or owed jointly and, if so, with whom and in what proportion. For each obligation also state:

    a. the name of the creditor,

    b. the terms of any promissory notes,

    c. the value or any security,

    d. the rate of interest,

    e. the present unpaid balance, and

    f. the payment due dates and amounts

3. Identify all real property you own or have any interest in, including any leasehold interest, whether individually, jointly, or by any partnership, corporation, or other business entity, whether of record or not, giving land description, street address, the location of any deed

or other document of title, the amount of taxes paid, if any, the owner(s) of record, whether any liens exist against the property, and the present fair market value of such property. Include in your answer any leasehold interest or any interest whatsoever in any income producing property since 1976, including the nature of such interest(s).

4. Identify if you participate in any pension, profit sharing or other retirement plan, individual retirement accounts, employee stock option or ownership plans or deferred compensation plans, either personally or through a company, state for each:

   a. The name and type of plan;
   b. The amount contributed by you to date and the amount and frequency of your contributions;
   c. The vested amount;
   d. The earliest retirement date with full benefits or actual retirement date;
   e. The expected amount, whether lump sum or monthly payments, at earliest retirement date with full benefits, or actual retirement date, if earlier;
   f. The name and address of the trustee or custodian of such plan;
   g. The name, address and telephone number of the plan administrator;
   h. Your account number, if any;
   i. If you are entitled to be paid for unused benefits for what you have accrued, how such benefits could result in payment to you, and at what rate.

5. Identify if you have any property with a value of $100 or more, including without limitation, stocks, bonds, debentures, mutual fund, marketable or non-marketable securities, money market funds, collectibles, collections, rents, royalties, leases, or any other investment or similar items in the last ten (10) years, whether in your name or not, and for each item state:

   a. A description of the property, including name, physical location, and amount;
   b. The name and address of the bank or financial institutional where held, if applicable;
   c. The date acquired and/or disposed of;
   d. The name(s) on the accounts;
   e. The amount received by you or amount that you own;
   f. The name and address of each person authorized to draw on the account, if applicable;
   g. The purchase price, date of purchase, and tax basis on the date of purchase; and
   h. The current fair market value.

6. If during the last five years you have had any interest in any bank account, including savings, checking, credit union, or money market management account with any bank or other financial institution, whether in your name or not, and state for each account:

   a. The name and address of the bank or financial institution;
   b. The account number;
   c. The type of account;

  d. The name(s) on the account;

  e. The name and address of each person authorized to draw on the account;

  f. The date the account was opened; and

  g. The date the account was closed

7. Identify whether during the last ten (10) years there have been any assets on which your name does not appear but from which you have received money, for each asset state the asset's name and location, the name(s) under which the asset is held, the date and amount of funds received by you and the reason for the receipt of funds.

8. Identify if you are a currently involved in any business, enterprise, joint venture, or investment with others, and for such state:

  a. A description of the business, enterprise, or investment;

  b. The name and address of the other parties involved;

  c. The purpose;

  d. Your contribution

  e. The tax basis of your contribution

  f. Your percentage of ownership

  g. The fair market value of your share;

  h. Any agreement among the involved parties for ownership, management, and sale

  i. The amount of money or value of the asset received and date of receipt

  j. The consideration given by you or other reason for payment to you

      k. Your present gross monthly income or other compensation arrangement from each such business, enterprise or investment;

      l. The date of such contract or investment.

9. State the amount and location of cash that you have on hand or if there are, or were during the last ten (10) year period, any safe deposit boxes, vaults, safes or other places of deposit and safe keeping in which you deposited or kept any money or other items of personal property exceeding $100, for each please state the name and address of the depository, the number or other means of identification, the name and address of each person authorized to enter the safe deposit, the date the deposit was commenced and terminated, the dates on which you have accessed the box within the last five (5) years, and the present contents of each said place of deposit.

10. Identify if any person or entity that holds any property (real or personal) for your benefit including, but not limited to bank accounts, cash, stocks, securities, or investments or property of any kind, state the name and address of such person, firm, or entity, a description of the item held for your benefit, the conditions under which the item is held for your benefit, and the fair market value of the property.

11. List and describe with particularity all automobiles, boats, motors, trailers, or other vehicles owned by you or in which you claim an interest in since 1976, and for each vehicle state the make, model and year, the purchase price and date of purchase, the present fair market

value, where, by street or address, it is currently located, and all mortgages, liens, or encumbrances on such vehicles, the names of the owners of such vehicles.

12. Identify if you presently own or have an interest in any liability insurance coverage of any kind to pay any judgment awarded in this action, and include the name or names of each insurance company, the policy number and type of policy, the applicable limits of liability insurance any annual premiums, the name and address of each owner of the policy, any beneficiaries named on the policy, and the present cash surrender value of each such policy.

13. Identify if you provide or have provided financial or in-kind support to any person other than yourself or your spouse, state the name of each person and the monthly support or expenses attributable to such person since 1976.

Dated: February 18, 2021                                Sincerely,


                                                        /s/ Michael Abrams__
                                                        Michael J. Abrams #15407
                                                        William G. Beck #77974
                                                        Alexander T. Brown #78891
                                                        Alana McMullin #78948
                                                        LATHROP GPM LLP
                                                        2345 Grand Boulevard, Suite 2200
                                                        Kansas City, MO 64108
                                                        Telephone: (816) 292-2000
                                                        Facsimile (816) 292-2001
                                                        Michael.abrams@lathropgpm.com

Cheryl A. Pilate #14601
Lindsay Runnels #78822
Morgan Pilate, LLC
926 Cherry Street
Kansas City, MO 64106
Telephone: (816) 471-6694
Facsimile: (816) 472-3516
cpilate@morganpilate.com

Barry Scheck (admitted *pro hac vice*)
Emma Freudenberger (admitted *pro hac vice*)
Yasmin Dagne (admitted *pro hac vice*)
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 965-9081
Facsimile: (212) 965-9084

**Attorneys for Plaintiffs Lamonte McIntyre and Rose Lee McIntyre**

## Certificate of Service

The undersigned certifies that on the 18th day of February 2021, true and correct copies of Plaintiff's Second Set of Interrogatories to Defendant Golubski were served *via* electronic mail to:

Edward James Bain, III
jbain@wycokck.org

David R. Cooper
dcooper@fisherpatterson.com

Henry E. Couchman, Jr.
hcouchman@wycokck.org

Elizabeth Ann Evers Guerra
e.evers@swrsllp.com

Tracy M. Hayes
t.hayes@swrsllp.com

Sean M. Sturdivan
s.sturdivan@swrsllp.com

Sean P. McCauley
sean@mccauleyroach.com

Morgan L. Roach
morgan@mccauleyroach.com

Jeffrey S. Kratofil
jeff@mccauleyroach.com

Nicholas S. Ruble
nicholas@mccauleyroach.com

*Attorneys for Defendants*

By:    /s/ Michael J. Abrams
        An Attorney for Plaintiffs