# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE and <br> ROSE LEE MCINTYRE, <br><br> Plaintiffs, <br><br> v. <br><br> UNIFIED GOVERNMENT OF <br> WYANDOTTE COUNTY, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:18-CV-02545-KHV-KGG <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT GOLUBSKI'S MOTION TO COMPEL

COMES NOW Defendant Roger Golubski, by and through counsel, and moves this Court to issue an order compelling Plaintiffs to fully respond to certain requests for production and interrogatories Defendant Golubski issued to Plaintiffs Lamonte McIntyre and Rose McIntyre. In support of this Motion, Defendant Golubski is contemporaneously filing his Suggestions in Support, which is fully incorporated herein by reference.

Respectfully submitted,

**ENSZ & JESTER, P.C.**


/s/ Christopher M. Napolitano
---
MATTHEW J. GIST                    KS #20829
CHRISTOPHER M. NAPOLITANO  KS #25499
1100 Main Street, Suite 2121
Kansas City, Missouri  64105
Telephone:   816-474-8010
Facsimile:    816-471-7910
E-mails:       mgist@enszjester.com
                    cnapolitano@enszjester.com

**and**

MORGAN L. ROACH                KS #23060
SEAN P. McCAULEY                KS #20174
NICHOLAS S. RUBLE               KS #25636
JEFFREY S. KRATOFIL             KS #23983
MCCAULEY & ROACH, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri  64111
Telephone:   816-523-1700
Facsimile:    816-523-1708
E-mails:       morgan@mccauleyroach.com
                    sean@mccauleyroach.com
                    nick@mccauleyroach.com
                    jeff@mccauleyroach.com
**ATTORNEYS FOR DEFENDANT
DETECTIVE ROGER GOLUBSKI**

2

## CERTIFICATE OF SERVICE

      I hereby certify that, on October 11, 2021, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

MICHAEL J. ABRAMS　　KS #15407
WILLIAM G. BECK　　　 KS #77974
ALEXANDER T. BROWN　 KS #78891
ALANA M. McMULLIN　　KS #78948
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108
Telephone:  816-292-2000
Facsimile:  816-292-2001
E-mail(s):  michael.abrams@lathropgmp.com
　　　　　 william.beck@lathropgpm.com
　　　　　 alexander.brown@lathropgpm.com
　　　　　 alana.mcmullin@lathropgpm.com

**and**

CHERYL A. PILATE　　KS #14601
LINDSAY RUNNELS　　 KS #78822
MORGAN PILATE, LLC
926 Cherry Street
Kansas City, Missouri  64106
Telephone:  816-471-6694
Facsimile:  816-472-3516
E-mail(s):  cpilate@morganpilate.com
　　　　　 lrunnels@morganpilate.com

**and**

BARRY SCHECK　　　　　　 *Pro Hac Vice*
EMMA FREUDENBERGER　 *Pro Hac Vice*
AMELIA GREEN　　　　　　 *Pro Hac Vice*
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, New York  10013
Telephone:  212-965-9081
Facsimile:  212-965-9084
E-mail(s):  barry@nsbcivilrights.com
　　　　　 emma@nsbcivilrights.com
　　　　　 amelia@nsbcivilrights.com
**ATTORNEYS FOR PLAINTIFFS**

DAVID R. COOPER KS #16690
CHARLES E. BRANSON KS #17376
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 SW 5th Street
Topeka, Kansas  66606
Telephone:   785-232-7761
Facsimile:    785-286-6609
E-mail(s):    dcooper@fpsslaw.com
                    cbranson@fpsslaw.com

**and**

HENRY E. COUCHMAN, JR. KS #12842
EDWARD JAMES BAIN KS #26442
UNIFIED GOVERNMENT OF WYANDOTTE COUNTY
KANSAS CITY, KANSAS LEGAL DEPARTMENT
701 North 7th Street, Suite 961
Kansas City, Kansas  66101
Telephone:   913-573-5060
Facsimile:    913-573-5243
E-mail(s):    hcouchman@wycokck.org
                    jbain@wycokck.org

**ATTORNEYS FOR DEFENDANT UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS**


SEAN M. STURDIVAN KS #21286
ELIZABETH A. EVERS KS #22580
TRACY M. HAYES KS #23119
SANDERS WARREN RUSSELL & SCHEER LLP
11225 College Boulevard, Suite 450
Overland Park, Kansas  66210
Telephone:   913-234-6100
Facsimile:    913-234-6199
E-mail(s):    s.sturdivan@swrsllp.com
                    e.evers@swrsllp.com
                    t.hayes@swrsllp.com

**ATTORNEYS FOR THE ESTATE OF DETECTIVE JAMES MICHAEL KRSTOLICH, DETECTIVE DENNIS WARE, OFFICER JAMES L. BROWN, THE ESTATE OF LIEUTENANT DENNIS OTTO BARBER, DETECTIVE CYLDE BLOOD, DETECTIVE WK SMITH, AND**

**THE ESTATE OF LIEUTENANT STEVE CULP**

/s/ Christopher M. Napolitano
**ATTORNEYS FOR DEFENDANT DETECTIVE ROGER GOLUBSKI**