**EXHIBIT 7**

| | |
|---|---|
| **From:** | Cheryl Pilate |
| **To:** | Matthew Gist |
| **Cc:** | Yasmin Dagne; emma@nsbcivilrights.com; "Abrams, Michael"; McMullin, Alana M.; Chris Napolitano; Morgan Roach; David Cooper; Charles Branson; Elizabeth Evers. Guerra; Tracy M. Hayes |
| **Subject:** | RE: McIntyre et al v. UG et al |
| **Date:** | Tuesday, August 17, 2021 2:40:56 PM |

Matt – Ezekiel Payne is recently deceased. That is was dropped from our most recent disclosures.

I do not have addresses on most of these witnesses. I do have some phone numbers, but not as to all of these witnesses. I will provide what I have, but will do so pursuant to the protective order on an "attorneys' eyes only" basis.

Cheryl A. Pilate
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
(816) 471-6694 (telephone)
(816) 472-3516 (facsimile)

PLEASE NOTE: THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THE DESIGNATED RECIPIENT

**MORGAN PILATE COVID-19 RESPONSE: For the well-being of our clients, our team members, and our community, we have put social-distancing into effect in order to slow the spread of the contagion – to flatten the curve. Beginning March 16, 2020, we are tele-working as we continue to serve and respond to our clients' needs. Our physical office is closed. The best way to reach me is by cell phone, text message or email.**

The Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers or servers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer or server unconnected to either of us that this email passes through. I am communicating to you via email because you have consented to received communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please advise me at once.

**From:** Matthew Gist <mgist@enszjester.com>
**Sent:** Tuesday, August 17, 2021 2:20 PM
**To:** Cheryl Pilate <CPilate@morganpilate.com>
**Cc:** Yasmin Dagne <yasmin@nsbcivilrights.com>; emma@nsbcivilrights.com; 'Abrams, Michael' <michael.abrams@lathropgpm.com>; McMullin, Alana M. <alana.mcmullin@lathropgpm.com>; Chris Napolitano <CNapolitano@enszjester.com>; Morgan Roach <morgan@mccauleyroach.com>; David Cooper <dcooper@fpsslaw.com>; Charles Branson <cbranson@fpsslaw.com>; Elizabeth Evers. Guerra <e.evers@swrsllp.com>; Tracy M. Hayes <t.hayes@swrsllp.com>
**Subject:** McIntyre et al v. UG et al

Cheryl,

As required by Rule 26, I am requesting you provide last known contact information for the witnesses listed below. I am fine with an attorney eyes only designation. Let me know if you have any questions or want to discuss. Thank you.



**Matthew J. Gist**



1100 Main Street, Suite 2121
Kansas City, MO 64105
Main: 816.474.8010
Direct: 816.743.7951
Facsimile: 816.471.7910
Email: mgist@enszjester.com
Web: www.enszjester.com

This message contains confidential information which is (a) attorney–client privileged, attorney work product, proprietary in nature, and/or otherwise protected by law from disclosure. This message is intended only for the use of the addressee(s) named herein. If you are not an addressee or the person responsible for delivering this to an addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this message in error, please reply to the sender and take the steps necessary to permanently delete the message completely from your computer system.