# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE, et al., )<br> )<br>　　　　Plaintiffs, )<br> )<br>vs. )<br> )<br>UNIFIED GOVERNMENT OF WYANDOTTE )<br>COUNTY AND KANSAS CITY, KANSAS, )<br>et al., )<br> )<br>　　　　Defendants. ) | Case No. 2:18-cv-02545-KHV-KGG |

## DEFENDANT OFFICERS' EXPERT WITNESS DISCLOSURES

COME NOW Defendants Daphne R. Halderman, as Special Administrator of the Estate of Detective James Michael Krstolich, deceased; Detective Dennis Ware; Officer James L. Brown; Daphne R. Halderman, as Special Administrator of the Estate of Lieutenant Dennis Otto Barber, deceased; Detective Clyde Blood; Detective W.K. Smith, and Daphne R. Halderman, as Special Administrator of the Estate of Lieutenant Steve Culp, deceased (hereinafter "Defendants" or "Defendant Officers") and notify counsel of their designation, pursuant to F.R.Civ.P. (a)(2), of the following non-retained persons it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

    **A. Retained Experts pursuant to Rule 26(a)(2)(B)**

Pursuant to the Joint Motion filed with the Court [Doc. 463], Defendant Officers are seeking an extension of time to designate their retained expert(s).

    **B. Non-Retained Experts pursuant to Rule 26(a)(2)(C)**

    1. **Ricky Armstrong**
       President/CEO Kansas City Metropolitan Crime Commission
       3100 Broadway Blvd, Kansas City, MO 64111
       (816) 960-6800

i. Subject matter: It is anticipated that Mr. Armstrong will provide testimony consistent with his deposition on June 15, 2021. In addition, it is anticipated that Mr. Armstrong will provide additional testimony regarding the policies and procedures of the Kansas City, Kansas Police Department and his knowledge related to the Defendant Officers.

ii. Mr. Armstrong is expected to testify regarding his experience in law enforcement and that the Kansas City, Kansas Police Department Code of Ethics, policies, and General Orders in place in the 1990s, including during 1994, were appropriate that period, and his knowledge of the Defendant Officers. Mr. Armstrong was employed by the Kansas City, Kansas Police Department from 1978 to 2013 retiring as the Chief of Police, as the Chief of Police for the Kansas City, Kanas Public Schools in 2014 and 2015, and as the President/CEO of the Kansas City Metropolitan Crime Commission since 2016.

2. **Ronald Miller**
   **United States Marshal for the District of Kansas**
   **Robert Dole Federal Courthouse**
   **500 State Avenue, Suite G-22**
   **Kansas City, KS 66101**
   **(913) 551-6727**

i. Subject matter: Propriety of policies and general orders of the Kansas City, Kansas Police Department and his knowledge related to the Defendant Officers.

ii. Mr. Miller is expected to testify regarding his experience in law enforcement and that the Kansas City, Kansas Police Department Code of Ethics, policies, and General Orders in place in the 1990s, including during 1994, were appropriate that period, and his knowledge of the Defendant Officers. Mr. Miller was employed by the Kansas City, Kansas Police Department from 1973 to 2016 retiring as the Chief of Police, the Topeka Police Department Chief of Police from 2006 to 2014, and the United States Marshal since 2015.

3. **Russell Fischer**
   **2290 W. Marion Avenue**
   **Punta Gorda, FL 33950**
   **Cell Phone: (786) 367-5000**

i. Subject matter: It is anticipated that Mr. Fischer will provide testimony consistent with his deposition on August 19, 2021 and his report dated May 20, 2021. In addition, it is anticipated that Mr. Fischer will provide additional testimony regarding the propriety of policies and general orders of the Kansas City, Kansas Police Department, and as it relates to some of the undisputed evidence opinions related to the Defendant Officers, Mr. Barber's supervisor role and Mr. Blood's actions.

ii. Mr. Fischer is expected to testify regarding his experience in law enforcement consistent with this CV and deposition testimony. Mr. Fisher is further expected to testify, consistent with his deposition testimony, that the Kansas City, Kansas Police Department policies and general orders in place in 1993 and 1994 were appropriate policies for that period, that Defendant Officers acted appropriately based on undisputed evidence, and offered no opinion related to Mr. Barber's supervisor role or Mr. Blood's actions.

**C. Experts designated by co-defendants**

Defendant Officers designate those experts, both retained and non-retained, who are designated in this action (notwithstanding whether such expert is withdrawn prior to trial or whether the party originally designating the expert is dismissed from the action) by all other named defendants to this action to the extent that those experts' opinions are consistent with the denials, defenses, and claims of the Defendant Officers. The subject matter and grounds for the respective opinions of these individuals are stated in the designations by co-defendants, which are incorporated by reference.

**D. Experts designated by Plaintiff**

Defendant Officers reserve the right to cross-examine Plaintiffs' expert witnesses concerning opinions they may hold.

Respectfully submitted,

 */s/ Tracy M. Hayes*
Sean M. Sturdivan        KS #21286
Tracy M. Hayes          KS #23119
Elizabeth A. Evers       KS #22580
SANDERS WARREN RUSSELL & SCHEER LLP
Compass Corporate Centre
11225 College Boulevard, Suite 450
Overland Park, KS 66210
Phone: 913-234-6100
Fax: 913-234-6199
s.sturdivan@swrsllp.com
e.evers@swrsllp.com
t.hayes@swrsllp.com
***Attorneys for The Estate of Detective James Michael Krstolich, Detective Dennis Ware, Officer James L. Brown, The Estate of Lieutenant Dennis Otto Barber, Detective Clyde Blood, Detective W.K. Smith, and The Estate of Lieutenant Steve Culp***

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 25th day of October, 2021, the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

Michael J. Abrams
William G. Beck
Alexander T. Brown *(Pro Hac Vice)*
Alana M. McMullin *(Pro Hac Vice)*
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Phone: 816-292-2000
Fax: 816-292-2001
michael.abrams@lathropgpm.com
william.beck@lathropgpm.com
alexander.brown@lathropgpm.com
alana.mcmullin@lathropgpm.com

and

David R. Cooper
Charles E. Branson
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 S.W. 5th Street
Topeka, KS 66606
Phone: 785-232-7761
Fax: 785-286-6609
dcooper@fisherpatterson.com
cbranson@fpsslaw.com
***Attorneys for Unified Government of Wyandotte County and Kansas City, Kansas***

| | |
|---|---|
| Cheryl Pilate<br>Lindsey Runnels<br>MORGAN PILATE LLC<br>926 Cherry Street<br>Kansas City, MO 64106<br>Phone: 816-471-6694<br>Fax: 816-472-3516<br>cpilate@morganpilate.com<br>lrunnels@morganpilate.com<br>***Attorneys for Plaintiffs*** | Henry E. Couchman Jr.<br>Edward James Bain<br>UNIFIED GOVERNMENT OF WYANDOTTE COUNTY/KANSAS CITY, KANSAS<br>Legal Department<br>701 N. 7th Street, Suite 961<br>Kansas City, KS 66101<br>Phone: 913-573-5060<br>Fax: 913-573-5243<br>hcouchman@wycokck.org<br>ebain@wycokck.org<br>***Attorneys for Unified Government of Wyandotte County and Kansas City, Kansas*** |
| and | |
| Barry Scheck<br>Emma Freudenberger<br>NEUFELD SCHECK & BRUSTIN, LLP<br>99 Hudson Street, Eighth Floor<br>New York, NY 10013<br>Phone: 212-965-9081<br>Fax: 212-965-9084<br>barry@nsbcivilrights.com<br>emma@nsbcivilrights.com<br>***Pro Hac Vice* for Plaintiffs** | Sean P. McCauley<br>Morgan L. Roach<br>Jeffrey S. Kratofil<br>MCCAULEY & ROACH, LLC<br>527 W. 39th Street, Suite 200<br>Kansas City, MO 64111<br>Phone: 816-523-1700<br>Fax: 816-523-1708<br>sean@mccauleyroach.com<br>morgan@mccauleyroach.com<br>jeff@mccauleyroach.com |
| Daphne R. Halderman<br>MCCAUSLAND BARRETT & BARTALOS P.C.<br>8695 College Blvd., Suite 200<br>Overland Park, Kansas 66210<br>Phone: 816-523-3000<br>Fax: 816-523-1588<br>Email: dhalderman@mbblawfirmkc.com<br>***Special Administrator for Defendants Krstolich, Barber, and Culp, deceased*** | and<br><br>Matthew J. Gist<br>Christopher M. Napolitano<br>ENSZ & JESTER, P.C.<br>1100 Main Street, Suite 2121<br>Kansas City, MO 64105<br>Phone: 816-474-8010<br>Fax: 816-471-7910<br>Emails: mgist@enszjester.com<br>        cnapolitano@enszjester.com<br>***Attorneys for Detective Roger Golubski*** |

                                        */s/ Tracy M. Hayes*
                                        **ATTORNEY**