**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| LAMONTE MCINTYRE and ROSE LEE MCINTYRE, <br><br> Plaintiffs, <br><br> v. <br><br> UNIFIED GOVERNMENT OF WYANDOTTE COUNTY, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 2:18-CV-02545-KHV-KGG ) ) ) ) ) ) |

**DEFENDANT ROGER GOLUBSKI'S PARTIAL**
**EXPERT WITNESS DISCLOSURES**

COMES NOW Defendant Roger Golubski, by and through his attorneys of record, and for his partial[1] non-retained and retained expert witness disclosures, states as follows:

**A.     Retained Expert(s).**  Pursuant to Fed. R. Civ. P. 26(a)(2)(B), Defendant Roger Golubski discloses the following individuals retained or specially employed to provide expert testimony in this case.

**1.     Mark Songer**
Forensic Document Examiner, Robson Forensics
720 South Colorado Blvd. Ste 650-N
Denver, CO 80246

A copy of Mark Songer's report, which includes a complete statement of all opinions he will express and the basis and reasons for them, the facts or data he considered in forming his opinions, exhibits he intends to use to summarize or support his opinions, his qualifications, including a list of all publications authored in the past ten years, a list of cases in which he testified

---

[1] Defendants have jointly moved for an extension to file expert witness disclosures because Defendants, despite diligent efforts, have been unable to finish the deposition of Plaintiff Rose McIntyre and have not received all needed transcripts to provide to other potential experts.  However, Defendant Golubski is disclosing the experts he is able to at time that are not dependent upon such presently-unavailable evidence.

as an expert at trial or by deposition in the past four years, and his billing rate/information for the study and testimony in this case is being served concurrently herewith.

**B.     Non-Retained Expert(s).**

**1.     Daniel "Dan" Clark**
Retired Private Investigator
816-668-6737
105 Oxford Drive #9
Branson, Missouri 65616

### i. Subject Matter.

Dan Clark is expected to testify about his analysis of the April 15, 1994, double murder that is the subject matter of this litigation. This includes a reconstruction of the shooting, photographs taken by Mr. Clark at the scene of the shooting depicting the view of the eyewitnesses to the shooting, and measurements taken at the scene of the shooting as stated in Dan Clark's June 27, 2016, sworn affidavit, identified as LMKSDC_0005131–0005181.

### ii. Summary of facts and opinions upon which Mr. Clark is expected to testify.

From 2008 through June 27, 2016, Dan Clark was a private investigator licensed in the state of Kansas. In 2008, Mr. Clark was hired by Lamonte McIntyre and Centurion Ministries to assist in investigating the April 15, 1994, double murder for which Lamonte McIntyre was convicted and subsequently exonerated. Dan Clark made multiple visits to the scene of the double murder. Based on information gathered from the police investigation and his personal interviews with two eyewitnesses to the shooting, Ruby Mitchell and Niko Quinn, Mr. Clark, Cheryle Pilate (Plaintiffs counsel), and investigator Michael Bussell developed a reconstruction of the shooting on April 12, 2016. Mr. Clark also did several measurements of the scene of the shooting and took photographs that depict the viewpoint of the eyewitnesses to the shooting. The photographs depicting the viewpoint of the eyewitnesses were consistent with standards stated by the Evidence

Photographers International Council Inc.'s standards for evidence Photograph Criminal & Civil. Dan Clark also provided diagrams of the scene of the shooting that were drawn to scale. A detailed summary of the facts Dan Clark is expected to testify to is outlined in his sworn affidavit dated June 27, 2016, identified as LMKSDC_0005131–0005181, a copy of which was submitted to the District Court of Wyandotte County, Kansas in connection with Lamonte McIntyre's KSA 60-1507 proceeding, Case No. 2016 CV 508 and is incorporated herein by reference.

**Summary of Opinions to which Dan Clark is expected to Testify**

Dan Clark will testify consistent with the deposition he provided on September 9, 2021, taken by Defendant Golubksi, and consistent with his June 27, 2016, affidavit regarding the photographs he took in connection with his detailed reenactment of the shooting, that eyewitness Niko Quinn had the best view of any of the witnesses to the April 15, 1994 shooting. Dan Clark is also expected to give the opinion that Niko Quinn had a clear and unobstructed view of the shooter. Dan Clark is also expected to give the opinion that the distance from the driveway of 3032 Hutchins Street (residence of Josephine Quinn at the time of the shooting) was approximately 25–30 feet from where the shooter fired the shotgun blasts.

**C. Experts designated by co-defendants**

Defendant Golubski designates those experts, both retained and non-retained, who are designated in this action (notwithstanding whether such expert is withdrawn prior to trial or whether the party originally designating the expert is dismissed from the action) by all other named defendants to this action to the extent that those experts' opinions are consistent with the denials, defenses, and claims of the Defendant Officers. The subject matter and grounds for the respective opinions of these individuals are stated in the designations by co-defendants, which are incorporated by reference.

3

**D. Experts designated by Plaintiff**

Defendant Golbuski reserves the right to cross-examine Plaintiffs' expert witnesses concerning opinions they may hold.

Respectfully submitted,

**ENSZ & JESTER, P.C.**


/s/ Christopher M. Napolitano
MATTHEW J. GIST                KS #20829
CHRISTOPHER M. NAPOLITANO  KS #25499
1100 Main Street, Suite 2121
Kansas City, Missouri  64105
Telephone:   816-474-8010
Facsimile:    816-471-7910
E-mails:       mgist@enszjester.com
                    cnapolitano@enszjester.com

**and**

MORGAN L. ROACH              KS #23060
SEAN P. McCAULEY               KS #20174
NICHOLAS S. RUBLE              KS #25636
JEFFREY S. KRATOFIL            KS #23983
MCCAULEY & ROACH, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri  64111
Telephone:   816-523-1700
Facsimile:    816-523-1708
E-mails:       morgan@mccauleyroach.com
                    sean@mccauleyroach.com
                    nick@mccauleyroach.com
                    jeff@mccauleyroach.com
**ATTORNEYS FOR DEFENDANT DETECTIVE ROGER GOLUBSKI**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 25, 2021, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

MICHAEL J. ABRAMS         KS #15407
WILLIAM G. BECK            KS #77974
ALEXANDER T. BROWN      KS #78891
ALANA M. McMULLIN        KS #78948
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108
Telephone:   816-292-2000
Facsimile:    816-292-2001
E-mail(s):     michael.abrams@lathropgmp.com
               william.beck@lathropgpm.com
               alexander.brown@lathropgpm.com
               alana.mcmullin@lathropgpm.com

**and**

CHERYL A. PILATE          KS #14601
LINDSAY RUNNELS          KS #78822
MORGAN PILATE, LLC
926 Cherry Street
Kansas City, Missouri  64106
Telephone:   816-471-6694
Facsimile:    816-472-3516
E-mail(s):     cpilate@morganpilate.com
               lrunnels@morganpilate.com

**and**

BARRY SCHECK               *Pro Hac Vice*
EMMA FREUDENBERGER    *Pro Hac Vice*
AMELIA GREEN               *Pro Hac Vice*
SONA R. SHAH                *Pro Hac Vice*
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, New York  10013
Telephone:   212-965-9081
Facsimile:    212-965-9084
E-mail(s):     barry@nsbcivilrights.com
               emma@nsbcivilrights.com
               amelia@nsbcivilrights.com
               sona@nsbcivilrights.com
**ATTORNEYS FOR PLAINTIFFS**

DAVID R. COOPER            KS #16690
CHARLES E. BRANSON         KS #17376
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 SW 5th Street
Topeka, Kansas  66606
Telephone:   785-232-7761
Facsimile:   785-286-6609
E-mail(s):   dcooper@fpsslaw.com
             cbranson@fpsslaw.com
**and**

HENRY E. COUCHMAN, JR.   KS #12842
EDWARD JAMES BAIN        KS #26442
UNIFIED GOVERNMENT OF WYANDOTTE COUNTY
KANSAS CITY, KANSAS LEGAL DEPARTMENT
701 North 7th Street, Suite 961
Kansas City, Kansas  66101
Telephone:   913-573-5060
Facsimile:   913-573-5243
E-mail(s):   hcouchman@wycokck.org
             jbain@wycokck.org
**ATTORNEYS FOR DEFENDANT UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS**


SEAN M. STURDIVAN       KS #21286
ELIZABETH A. EVERS      KS #22580
TRACY M. HAYES          KS #23119
SANDERS WARREN RUSSELL & SCHEER LLP
11225 College Boulevard, Suite 450
Overland Park, Kansas  66210
Telephone:   913-234-6100
Facsimile:   913-234-6199
E-mail(s):   s.sturdivan@swrsllp.com
             e.evers@swrsllp.com
             t.hayes@swrsllp.com
**ATTORNEYS FOR THE ESTATE OF DETECTIVE JAMES MICHAEL KRSTOLICH, DETECTIVE DENNIS WARE, OFFICER JAMES L. BROWN, THE ESTATE OF LIEUTENANT DENNIS OTTO BARBER, DETECTIVE CYLDE BLOOD, DETECTIVE WK SMITH, AND**

6

**THE ESTATE OF LIEUTENANT STEVE CULP**

/s/ Christopher M. Napolitano
**ATTORNEYS FOR DEFENDANT
DETECTIVE ROGER GOLUBSKI**