IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LAMONTE MCINTYRE &,
ROSE LEE MCINTYRE,

                Plaintiffs,

      v.                                      Case No. 2:18-cv-02545-KHV-KGG

UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY AND KANSAS CITY, KS, et al.,

                Defendants.

### Designation of Expert Witnesses

Defendant Unified Government of Wyandotte County and Kansas City, Kansas notify counsel of their designation, pursuant to F.R.Civ.P. (a)(2), of the following non-retained persons it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

**A.**    **Retained Experts pursuant to Rule 26(a)(2)(B)**

Pursuant to the Joint/Unopposed Motion filed, Doc. 463, Defendant seeks an extension of time to designate retained experts.

**B.**    **Non-Retained Experts pursuant to Rule 26(a)(2)(C)**

1. Russell Fischer, 2290 W. Marion Avenue, Punta Gorda, FL 33950, Cell Phone: (786) 367-5000.

    i.    Subject matter: Propriety of policies and general orders of the Kansas City, Kansas Police Department.

    ii.    Mr. Fischer is expected to testify regarding his experience in law enforcement consistent with this CV and deposition testimony. Mr. Fisher is further expected to testify, consistent with his deposition testimony, that the Kansas City, Kansas Police Department policies and general orders in place in 1993 and 1994 were appropriate policies for that period.

2. Ricky Lee Armstrong, President/CEO Kansas City Metropolitan Crime Commission, 3100 Broadway Blvd, Kansas City, MO 64111, (816) 960-6800.

   i. Subject matter: Propriety of policies and general orders of the Kansas City, Kansas Police Department.

   ii. Mr. Armstrong is expected to testify regarding his experience in law enforcement and that the Kansas City, Kansas Police Department Code of Ethics, policies, and General Orders in place in the 1990s, including during 1994, were appropriate that period. Mr. Armstrong was employed by the Kansas City, Kansas Police Department from 1978 to 2013 retiring as the Chief of Police, as the Chief of Police for the Kansas City, Kanas Public Schools in 2014 and 2015, and as the President/CEO of the Kansas City Metropolitan Crime Commission since 2016.

3. Ronald L. Miller, United States Marshal for the District of Kansas, Robert Dole Federal Courthouse, 500 State Avenue, Suite G-22, Kansas City, KS 66101, (913) 551-6727.

   i. Subject matter: Propriety of policies and general orders of the Kansas City, Kansas Police Department.

   ii. Mr. Miller is expected to testify regarding his experience in law enforcement and that the Kansas City, Kansas Police Department Code of Ethics, policies, and General Orders in place in the 1990s, including during 1994, were appropriate that period. Mr. Miller was employed by the Kansas City, Kansas Police Department from 1973 to 2016 retiring as the Chief of Police, the Topeka Police Department Chief of Police from 2006 to 2014, and the United States Marshal since 2015.

C. **Experts designated by co-defendants**

Defendant designate those experts, both retained and non-retained, who are designated in this action (notwithstanding whether such expert is withdrawn prior to trial or whether the party originally designating the expert is dismissed from the action) by all other named defendants to this action to the extent that those experts' opinions are consistent with the denials, defenses, and claims of the Defendant. The subject matter and grounds for the respective opinions of these individuals are stated in the designations by co-defendants, which are incorporated by reference.

D. **Experts designated by Plaintiff**

Defendant reserves the right to cross-examine Plaintiffs' expert witnesses concerning opinions they may hold.

Fisher, Patterson, Sayler & Smith, LLP
3550 SW 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 286-6609
dcooper@fpsslaw.com | cbranson@fpsslaw.com

s/David R. Cooper
| David R. Cooper | #16690 |
| Charles E. Branson | #17376 |

*-and-*

Henry E. Couchman Jr., #12842
Edward James Bain, #26442
Unified Government of Wyandotte
County/Kansas City, Kansas
Legal Department
701 N. 7th Street, Suite 961
Kansas City, Kansas 66101
Tel: (913) 573-5060 | Fax: (913) 573-5243
hcouchman@wycokck.org
jbain@wycokck.org

Attorneys for Defendant Unified Government of Wyandotte County and Kansas City, Kansas

## Certificate of Service

I hereby certify on the 25th day of October, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record:

Michael J. Abrams – Michael.Abrams@LathropGPM.com
William G. Beck – William.Beck@LathropGPM.com
Alexander T. Brown – Alexander.Brown@LathropGPM.com
Alana M. McMullin – Alana.McMullin@LathropGPM.com
Cheryl A. Pilate – cpilate@morganpilate.com
Lindsay J. Runnels – lrunnels@morganpilate.com
Barry Scheck – barry@nsbcivilrights.com
Emma Freudenberger – emma@nsbcivilrights.com
Grace Ann Paras – grace@nsbcivilrights.com
Amelia B. Green – amelia@nsbcivilrights.com
Sona Shah – sona@nsbcivilrights.com
**Attorneys for Plaintiffs**

Sean M. Sturdivan – s.sturdivan@swrsllp.com
Elizabeth A. Evers – e.evers@swrsllp.com
Tracy M. Hayes – t.hayes@swrsllp.com
**Attorneys for The Estate of Detective James Michael Krstolich, Detective Dennis Ware, Officer James L. Brown, The Estate of Lieutenant Dennis Otto Barber, Detective Clyde Blood, Detective W.K. Smith, and The Estate of Lieutenant Steve Culp**

Morgan L. Roach – morgan@mccauleyroach.com
Sean P. McCauley – sean@mccauleyroach.com
Jeffrey S. Kratofil – jeff@mccauleyroach.com
Matthew J. Gist – mgist@enszjester.com
Christopher M. Napolitano – cnapolitano@enszjester.com
**Attorneys for Defendant Roger Golubski**

                                                            s/David R. Cooper