**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **LAMONTE MCINTYRE &** **ROSE LEE MCINTYRE**,<br><br>Plaintiffs,<br><br>v.<br><br>**UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS, ET AL.**<br><br>Defendants. | Case No. 2:18-cv-02545 |

**FOURTH AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION**
**FOR UNIFIED GOVERNMENT OF WYANDOTTE COUNTY**
**AND KANSAS CITY, KANSAS**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiffs Lamonte McIntyre and Rose Lee McIntyre, by and through their attorneys, Neufeld Scheck & Brustin, LLP, Lathrop GPM LLP, and Morgan Pilate, LLC, will examine and depose one or more duly designated agent(s) or employee(s) of Defendant Unified Government of Wyandotte County and Kansas City, Kansas ("Unified Government"), before a notary public beginning **at 9:30 a.m. CST on January 31, 2022,** and continuing as many days thereafter as necessary to complete the deposition, at the at the law offices of Lathrop GPM LLP, 2345 Grand Boulevard, Suite 2200, Kansas City, Missouri 64108. Such examination shall be under oath, administered by and appearing before a certified shorthand reporter duly licensed and authorized to administer oaths, who shall then take and record the deposition stenographically. Remote attendance will be available.

The matter of examination is:
1. KCKPD supervisors' responsibilities with regard to indicia of investigative failures or misconduct by Roger Golubski, including without limitation intentional departures from accepted KCKPD policy and practice, in the following cases:
    a. The 04/14/1994 double homicide of Doniel Quinn and Donald Ewing, and the related investigation, arrest, interrogation, prosecution, and conviction of Lamonte McIntyre.
    b. The 03/05/1978 death of Kenneth Borg.
    c. The 09/22/1989 death of Kenneth Khan (DOB: XX/XX/1965), complaint # 09229010153.
    d. The 03/06/1992 homicide of Theresa A. Davis, (DOB: XX/XX/1959), complaint # 03062002772.
    e. The 05/28/1993 homicide of Benjamin F. Grant (DOB: XX/XX/1969), complaint # 05237011081.
    f. The 11/01/1994 homicide of Jelani J. Issa (DOB: XX/XX/1963), complaint # 11014000022.
    g. The 09/16/1995 homicide of Robert C. Scroggins, Jr. (DOB: XX/XX/1963), complaint # 09165007953.
    h. The 03/12/1996 homicide of Aaron K. Robinson (DOB: XX/XX/1973), complaint # 03126005181.
    i. The 07/21/1996 homicide of Rose M. Calvin (DOB: XX/XX/1957), complaint # 07216009971.
    j. The 03/09/1997 homicide of Sandra Glover (DOB: XX/XX/1963), complaint # 03097003811.
    k. The 05/17/1997 homicide of Beatrice Russell (DOB: XX/XX/1955), complaint # 05177008233.
    l. The 06/20/1997 homicide of Brandon Bryant (DOB: XX/XX/1978) and Reginald Thompson (DOB: XX/XX/1969), complaint # 06207009812.

m. The 09/06/1997 homicide of Adrian D. Caldwell (DOB: XX/XX/1976), complaint # 09067002631.
n. The 12/28/1997 homicide of Shane A. Brees (DOB: XX/XX/1978), complaint # 12287012433.
o. The 12/29/1997 homicide of Gregory Miller (DOB: XX/XX/1980), complaint # 12297012591.
p. The 12/30/1997 homicide of Rodney Brody (DOB: XX/XX/1950), complaint # 12307013383.
q. The 05/01/1998 homicides of Aderyl Caldwell (DOB: XX/XX/1972) and Delvin Matthews (DOB: XX/XX/1980) complaint # 05018000022.
r. The 09/29/1998 homicide of Warren Shields (DOB: XX/XX/1965), complaint # 09298013961.
s. The 10/14/1998 homicide of Shanell Cooper (DOB: XX/XX/1988), complaint # 10148006501.
t. The 10/24/1998 homicides of Montee Woodberry (DOB: XX/XX/1997) and Antonio Pilcher (DOB: XX/XX/1977), complaint # 10248011373.
u. The 03/16/1999 homicide of Reginald Allen (DOB: XX/XX/1999), complaint # 99031924.
v. The 01/16/2000 of Stacey Quinn (DOB: XX/XX/1968), complaint # 2000011943.
w. The 04/17/2000 homicide of Robert M. Diaz (DOB: XX/XX/1976), complaint # 2000042162.
x. The 06/10/2000 homicide of Vicki Hollinshed (Dew) (DOB: XX/XX/1953), complaint # 2000061228.
y. The 06/24/2000 homicide of Kenny Cheffen (DOB: XX/XX/1973), complaint # 2000063111.
z. The 07/24/2001 homicide of Kia Vang (DOB: XX/XX/1937), complaint # 2001073609.

Dated: January 5, 2022                    /s/ *Alana M. McMullin*

                                          Michael J. Abrams #15407
Alana M. McMullin #78948
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Phone: (816) 292-2000
Fax: (816) 292-2001
michael.abrams@lathropgpm.com
alana.mcmullin@lathropgpm.com

Barry Scheck (admitted *pro hac vice*)
Emma Freudenberger (admitted *pro hac vice*)
Sona R. Shah (admitted *pro hac vice*)
Grace Paras (admitted *pro hac vice*)
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
Phone: (212) 965-9081
Fax: (212) 965-9084
barry@nsbcivilrights.com
emma@nsbcivilrights.com
sona@nsbcivilrights.com
grace@nsbcivilrights.com

Cheryl A. Pilate #14601
Lindsay Runnels #78822
MORGAN PILATE, LLC
926 Cherry Street
Kansas City, MO 64106
Phone: (816) 471-6694
Fax: (816) 472-3516
cpilate@morganpilate.com
runnels@morganpilate.com

***Attorneys for Plaintiffs***
***Lamonte McIntyre and Rose McIntyre***

**Certificate of Service**

The undersigned certifies that on the 5th day of January 2022, the foregoing was electronically filed with the clerk of the court using the CM/ECF system which will provide notice and service to all counsel of record.

/s/ *Alana M. McMullin*
Attorney for Plaintiffs
Lamonte McIntyre and Rose Lee McIntyre