Page 1

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS

2

3   LAMONTE McINTYRE, et al.,)
                            )
4               Plaintiffs, )
                            )
5   vs.                     ) 2:18-cv-02545-KHV-KGG
                            )
6   UNIFIED GOVERNMENT OF    )
    WYANDOTTE COUNTY AND     )
7   KANSAS CITY, KANSAS,     )
    et al.,                  )
8                            )
                Defendants. )

9

10

11

12          VIDEOTAPE DEPOSITION OF NIKO LATOYA

13   QUINN, a Witness, taken on behalf of the

14   Defendant Roger Golubski, before Alison A. Tracy,

15   Missouri CCR No. 554, Kansas CSR No. 1525,

16   pursuant to Notice, on the 3rd day of November,

17   2021, at Fisher Patterson Sayler & Smith, 9225

18   Indian Creek Parkway, Suite 125, Overland Park,

19   Kansas.

20

21

22                    **EXHIBIT**

23                        **1**

24

25

**Page 2**

```
1        A P P E A R A N C E S
2
3  FOR THE PLAINTIFFS:
4     Mr. Michael J. Abrams
      Ms. Alana McMullin (Appearing via Zoom)
5  LATHROP GPM LLP
   2345 Grand, Suite 2200
6  Kansas City, Missouri 64108
   816.292.2000
7  michael.abrams@lathropgpm.com
   alana.mcmullin@lathropgpm.com
8
        and
9
      Ms. Cheryl A. Pilate
10    Ms. Lindsay Runnels (Appearing via Zoom)
   MORGAN PILATE, LLC
11 926 Cherry Street
   Kansas City, Missouri 64106
12 816.471.6694
   cpilate@morganpilate.com
13
        and
14
      Ms. Sona Shah  (Appearing via Zoom)
15    Ms. Grace Paras  (Appearing via Zoom)
   NEUFELD, SCHECK & BRUSTIN, LLP
16 99 Hudson Street, Eighth Floor
   New York, New York  10013
17 212.965.9081
   sona@nsbcivilrights.com
18 grace@nsbcivilrights.com
19
20
21
22
23
24
25
```

**Page 3**

```
1        A P P E A R A N C E S (Continued)
2
3  FOR THE DEFENDANT UNIFIED GOVERNMENT OF WYANDOTTE
   COUNTY AND KANSAS CITY, KANSAS:
4
      Mr. David R. Cooper
5     Mr. Charles E. Branson
   FISHER PATTERSON SAYLER & SMITH, LLP
6  3550 SW 5th Street
   Topeka, Kansas  66606
7  785.232.7761
   dcooper@fpsslaw.com
8  cbranson@fpsslaw.com
9
   FOR THE DEFENDANT ROGER GOLUBSKI:
10
      Mr. Matthew J. Gist
11    Mr. Christopher M. Napolitano
   ENSZ & JESTER, P.C.
12 1100 Main Street, Suite 2121
   Kansas City, Missouri  64105
13 816.474.8010
   mgist@enszjester.com
14 cnapolitano@enszjester.com
15    And
16    Mr. Morgan L. Roach (Appearing via Zoom)
   McCAULEY & ROACH, LLC
17 527 W. 39th Street, Suite 200
   Kansas City, Missouri  64111
18 816.523.1700
   morgan@mccauleyroach.com
19
20
21
22
23
24
25
```

**Page 4**

```
1        A P P E A R A N C E S (Continued)
2
3  FOR THE DEFENDANTS THE ESTATE OF DETECTIVE JAMES
   MICHAEL KRSTOLICH, DETECTIVE DENNIS WARE, OFFICER
4  JAMES L. BROWN, THE ESTATE OF LIEUTENANT DENNIS
   OTTO BARBER, DETECTIVE CLYDE BLOOD, DETECTIVE
5  W.K. SMITH, and ESTATE OF LIEUTENANT STEVE CULP:
6     Ms. Elizabeth Evers Guerra
      Ms. Tracy Hayes (Appearing Via Zoom)
7  SANDERS WARREN RUSSELL & SCHEER, LLP
   11225 College Boulevard, Suite 450
8  Overland Park, Kansas  66210
   913.234.6100
9  e.evers@swrsllp.com
   t.hayes@swrsllp.com
10
11 FOR THE WITNESS:
12    Mr. Robert J. Hoffman
   BRYAN CAVE LEIGHTON PAISNER LLP
13 One Kansas City Place
   1200 Main Street, Suite 3800
14 Kansas City, Missouri  64105
   816.374.3229
15 rjhoffman@bclplaw.com
16
   ALSO PRESENT:
17
      Lamonte McIntyre (Appearing via Zoom)
18
19
   VIDEOGRAPHER:
20
      Mr. Dave Leyland
21 Veritext
22
23
24
25
```

**Page 5**

```
1        I N D E X
2  WITNESS:            PAGE:
3     Niko Latoya Quinn
4  EXAMINATION BY MR. GIST          6
      EXAMINATION BY MS. GUERRA         126
5  EXAMINATION BY MR. COOPER         136
      EXAMINATION BY MR. ABRAMS         170
6  EXAMINATION BY MR. HOFFMAN        190
      EXAMINATION BY MR. GIST         190
7  EXAMINATION BY MS. GUERRA         199
      EXAMINATION BY MR. COOPER         203
8  EXAMINATION BY MR. GIST         205
9
10
        E X H I B I T S
11 NO.:    DESCRIPTION:         PAGE:
12 Exhibit 124  Transcript of January, 2017
      Niko Quinn interview with DA      12
13 Exhibit 125  Transcribed statement of
      Niko Quinn         67
14
   Exhibit 126  Audio recording of Exhibit 125  69
15
   Exhibit 127  4/2/96 Affidavit of Niko Quinn  85
16
   Exhibit 128  6/30/14 Affidavit of Niko Quinn  96
17
   Exhibit 129  6/28/19 Partial Transcript of
18    Hearing         99
19 Exhibit 130  Portion of September, 1994
      Trial Transcript      156
20
   Exhibit 131  Facebook post         161
21
   Exhibit 132  Facebook post         161
22
   Exhibit 133  Facebook post         161
23
   Copies of exhibits attached to copies of
24 transcripts. Exhibit 126 retained by Mr. Gist.
25
```

2 (Pages 2 - 5)

Page 6

1        THE VIDEOGRAPHER:  We are on the
2   record.  Today's date is November 3, 2021.  We
3   are going on the record at 9:14 a.m.  This is the
4   video deposition of Niko Quinn in the matter of
5   McIntyre versus United Government of Wyandotte
6   County et al.  Case number is
7   2:18-cv-02545-KHV-KGG.  This deposition is taking
8   place at Fisher Patterson in Overland Park,
9   Kansas.  At this time I'll ask the court reporter
10   to please swear in the witness.
11            NIKO LATOYA QUINN,
12   The Witness, being first duly sworn, testified
13   under oath as follows:
14            EXAMINATION
15   BY MR. GIST:
16   Q.  Ms. Quinn, can you please state your
17   full name for the record and the jury?
18   A.  Niko Latoya Quinn.
19   Q.  Ms. Quinn, we haven't had an opportunity
20   to meet, but my name is Matt Gist, and I'm one of
21   the attorneys in this case.  I represent one of
22   the civil defendants, Roger Golubski, in the
23   civil case filed by Lamonte McIntyre and Rose
24   McIntyre and I'm hear to take your deposition
25   today.  Have you ever given a deposition before?

Page 7

1   A.  Yes.
2   Q.  You have?
3   A.  Yes.
4   Q.  I will dispense with a lot of the ground
5   rules, but I would just ask one thing of you.  If
6   you don't understand my question, please just let
7   me know, I would be more than happy to try and
8   rephrase it or maybe have it read back to you.
9   A.  Okay.
10   Q.  Are you taking any medications or drugs
11   of any kind that would enable you not to be able
12   to give testimony today?
13   A.  No.
14   Q.  I want to first start out, I'm going to
15   hand you, this is a trial subpoena with a witness
16   check.  So this is a subpoena.  This case
17   currently is set for trial November 7 of next
18   year, 2022, although trial dates do often move.
19   But that's the date of the trial so the subpoena
20   indicates that time.  Certainly as we get closer
21   to trial through your attorney we can give you a
22   better indication of what day you might testify
23   and things of that nature.
24        The check is a witness fee check.  It is
25   required by the Federal Rules of Civil Procedure.

Page 8

1   So here is the subpoena and the witness check.
2   Then I do have copies of the subpoena for
3   everybody.
4   Q.  Ms. Quinn, what is your current address?
5   A.  I would rather not give that.
6        MR. HOFFMAN:  Why don't you contact
7   her through me.  She has concerns for her safety
8   that are premised on real things.  And she is
9   here, obviously.  You have been able to find her
10   through me successfully so far and --
11        MR. GIST:  Well, that's not
12   entirely true, Mr. Hoffman.  You actually did not
13   produce your client.
14        MR. HOFFMAN:  I didn't agree to
15   accept service, you are right about that.  But
16   she is here and I'm hear.  And if you want force
17   her to answer that question in camera, we can
18   deal with that with the appropriate court.  But I
19   don't think she needs to answer it for your
20   client.
21   Q.  (By Mr. Gist)  Well, let me ask this.
22   Do you have multiple residences?
23   A.  I'm basically homeless.  I'm staying
24   wherever I can.
25   Q.  Do you have a residence in California?

Page 9

1   A.  No.
2   Q.  Do you have a residence in Florida?
3   A.  Yes.
4   Q.  But that's not your primary residence,
5   the Florida residence?
6   A.  No.
7   Q.  Do you have any residences outside of
8   the Kansas City metropolitan area besides the one
9   you mentioned in Florida?
10   A.  I'm a truck driver, so I don't have no
11   residence.
12   Q.  And you are a truck driver for what
13   company?
14   A.  Swift.
15   Q.  Did you say Swift?  I'm sorry?
16   A.  Yes.
17   Q.  Today you are here represented by
18   counsel, Robert Hoffman, correct?
19   A.  Yes.
20   Q.  And do you know who is compensating
21   Robert Hoffman for his services?
22   A.  No.
23   Q.  You don't know if he is being
24   compensated by Lamonte McIntyre and/or his
25   attorneys?

3 (Pages 6 - 9)

1    A.   No.
2    Q.   Earlier this year, I believe it was
3 June 2nd, there was a Deposition Notice filed by
4 McIntyre's attorneys for your deposition.  Did
5 you have any knowledge of that?
6    A.   So much took place, so I don't recall.
7    Q.   Do you recall agreeing to give a
8 deposition in June of this year in this case?
9    A.   I may have.
10   Q.   For your deposition here today I would
11 like to go over anything you would have done
12 preparation-wise.  Specifically did you review
13 any documents before your deposition here today?
14   A.   Yes.
15   Q.   What did you review?
16   A.   I looked at some paperwork but I don't
17 even remember what it was.  Because I'm like,
18 right now I'm just in a blah right now, because
19 this is hard for me.
20   Q.   I figured, I assumed it was.  We will
21 probably get into maybe the specifics of why.  I
22 think I generally have an understanding.  But I
23 do want to ask about a few specific documents.
24 You have given -- to my knowledge you have
25 provided different affidavits over time, one in

1 1996 and one in 2014.  Did you review those in
2 preparation for your deposition today?
3    A.   I believe so.
4    Q.   What about, I have two different court
5 hearings that you would have testified at, both
6 back in '94, one was in June of '94 and one was
7 in September of '94.  Would you have had the
8 opportunity to review the transcript of your
9 testimony?
10   A.   Yes.  But that was a forced, so that
11 don't count, that don't matter, because I was
12 threatened.
13   Q.   But I'm just asking if you had a chance
14 to review the transcripts of that?
15   A.   Yes, I looked over it.
16   Q.   When did you do that?
17   A.   A few days ago, I believe.
18   Q.   And then I think it was January of 2017
19 you talked with the Wyandotte County District
20 Attorney's office.  Do you recall that?
21   A.   Yes.
22   Q.   I understand normal conversation and you
23 know where I'm going.  But just do your best to
24 let me get my question out before you give your
25 answer, and I will try to do the same.  It is

1 difficult, because this is being transcribed,
2 when you start to answer the question before I
3 can finish it.  And sometimes I start asking my
4 question before you finish your answer.  So let's
5 just try not to do that.
6        Specific to the interview -- are you
7 comfortable calling it an interview with the
8 Wyandotte County District Attorney's office?
9    A.   Yes.
10   Q.   I'm just going to refer -- I don't have
11 any connotation by that.  I will just refer to
12 as an interview.  When you did your interview
13 with the Wyandotte County District Attorney's
14 office, were you truthful?
15   A.   Yes.
16   Q.   And have you had an opportunity to
17 either listen to that interview or read a
18 transcript of it in preparation for your
19 deposition today?
20   A.   No.
21      (Exhibit 124 was marked.)
22   Q.   I will go ahead and give you, we are
23 probably not going to go over it right away, but
24 I'm going to go ahead and give you what has been
25 marked as Exhibit 124.  I will represent to you

1 this is a transcription of that interview.
2        MS. EVERS GUERRA:  What exhibit
3 number was that, Matt?
4        MR. GIST:  124.
5        MS. EVERS GUERRA:  Thank you.
6    Q.   (By Mr. Gist)  We are going to go over
7 some of that during your deposition.  The audio
8 of it is I think about an hour and eight minutes
9 long.  I will probably play a few clips here and
10 there.  But rather than listen to an hour and
11 eight minute interview, I may just direct you to
12 certain portions of it, if need be.  Does that
13 make sense?
14   A.   Yes.
15   Q.   I want to ask you about just a couple of
16 different people, last time you have communicated
17 with them.  Do you recall last time you talked
18 with Rose McIntyre?
19   A.   It has been years.
20   Q.   Several years?
21   A.   Yes.
22   Q.   Didn't you guys go down to Florida
23 together, drive together down to some conference
24 or convention in Florida at some point?
25   A.   No.

Page 14

1   Q.  Atlanta, Georgia, perhaps?
2   A.  No.
3   Q.  Did you meet her down in Atlanta,
4  Georgia?
5   A.  No.
6   Q.  Do you have any recollection of being
7  with Rose McIntyre at any point in time in
8  Atlanta, Georgia?
9   A.  No, never.
10   Q.  You are certain of that?
11   A.  Yes.
12   Q.  The best you can recall, best you can
13  recall, when is the last time you would have
14  talked to Rose McIntyre?
15   A.  I believe it was maybe early last year,
16  if that.
17   Q.  And Chris Jones, who I think has been --
18  I think you either you used to or do refer to as
19  C-Love, do you know who I'm talking about?
20   A.  Yes.
21   Q.  So if during the course of this
22  deposition if I use the term C-Love, you
23  understand it is Chris Jones, correct?
24   A.  Yes.
25   Q.  When is the last time you talked to

Page 15

1  Chris Jones?
2   A.  Maybe 2016, I believe, '15.  We talked
3  about my nephew getting killed.
4   Q.  Which nephew was that?
5   A.  I had two of them get killed, Darius
6  Barbara and LeAndrew Vaughn.
7   Q.  Do you know anything about the killings?
8   A.  They were sitting in a car and just got
9  through shopping for, getting ready to start
10  school, excited, and somebody drove up and shot
11  them.
12   Q.  How old were they?
13   A.  16 and 17.
14   Q.  Do you know who did it?
15   A.  No.
16   Q.  Do you know if it was drug related?
17   A.  It wasn't drug related.
18   Q.  You haven't talked to Chris Jones about
19  your deposition today?
20   A.  No.  I haven't been in contact with
21  Chris Jones.
22   Q.  Do you have means to get in contact with
23  Chris Jones?
24   A.  He sent me a friend request on Facebook
25  maybe a few months ago, but.

Page 16

1   Q.  You don't have his phone number anymore?
2   A.  No.
3   Q.  Your aunt, Freda Quinn, do you recall
4  the last time you talked to Freda Quinn?
5   A.  Yesterday.
6   Q.  Did you talk to her after her
7  deposition?
8   A.  Yes.
9   Q.  Did you guys talk about questions I
10  asked her at her deposition?
11   A.  Not really.  She just was kind of upset.
12   Q.  Did she explain to you why she was
13  upset?
14   A.  No.
15   Q.  How long did you talk to Freda
16  yesterday?
17   A.  I had missed her calls, and I talked to
18  her probably about maybe five to 10 minutes.
19   Q.  I'm sorry to back up on the Rose Quinn.
20  I don't have her transcript in front of me, but I
21  believe she testified that she drove with you
22  down to Atlanta, Georgia for some --
23       MR. HOFFMAN:  Do you mean Rose
24  McIntyre?
25       MR. ABRAMS:  Start it again.

Page 17

1   Q.  (By Mr. Gist)  Oh, yes, I messed that
2  up.  I'm terrible sorry.  I was asking about Rose
3  Quinn.
4       MR. ABRAMS:  You did it again.
5   Q.  (By Mr. Gist)  You have an aunt by the
6  name of Rose Quinn?
7   A.  My cousin, Rosie Quinn.
8   Q.  Is she the attorney, an attorney?
9   A.  Yes.
10   Q.  I'm sorry.  Rose McIntyre.  I apologize.
11  When is the last time you talked to Rose
12  McIntyre?
13   A.  It has been awhile.  Maybe, like I said,
14  the beginning of last year, if that.
15   Q.  Did you drive down to Atlanta, Georgia
16  with Rose McIntyre?
17   A.  No, never.
18   Q.  I believe Rose McIntyre testified that
19  she drove down to Atlanta, Georgia with you.
20  That's not correct?
21   A.  No.
22   Q.  Do you know of any Quinn family members
23  that drove to Atlanta, Georgia with Rose
24  McIntyre?
25   A.  No.  The only person I can think of she

5 (Pages 14 - 17)

1 is talking about is maybe Saundra Newsome, Doniel
2 Quinn's mother.
3    Q.  I want to talk a little bit about your
4 extended family.  Your mother is Josephine Quinn,
5 correct?
6    A.  Yes.
7    Q.  You had, have or had two older sisters,
8 Stacy Quinn, and then is it Lela Quinn?
9    A.  Yes.
10    Q.  Now it is Lela Gatlin?
11    A.  Yes.
12    Q.  She lives in California still, or do you
13 know?
14    A.  No, she doesn't.
15    Q.  Do you know where she lives?
16    A.  She is staying in the metropolitan area.
17    Q.  Are you in contact with her?
18    A.  Every day.
19    Q.  How many years apart are you with Lela?
20    A.  We were all two and a half years apart.
21    Q.  Okay.  Thank you.  You were born in '72,
22 correct?
23    A.  Yes.
24    Q.  Who is your father?
25    A.  His name is Ja'Wan James.

1    Q.  Do you know if he is still alive?
2    A.  Yes.
3    Q.  When you grew up -- were you born in
4 Kansas City, Kansas?
5    A.  Yes.
6    Q.  Born and raised in Kansas City, Kansas?
7    A.  Yes.
8    Q.  Was Ja'Wan in the household as you grew
9 up?
10    A.  No.
11    Q.  I learned from Freda Quinn yesterday
12 that Josephine had a lot of brothers and sisters,
13 I think it was either five brothers and six
14 sisters or six sisters and five brothers.  Does
15 that sound correct?
16    A.  Yes.  It is six brothers and five
17 sisters.
18    Q.  So you had a lot of aunts and uncles?
19    A.  Yes.
20    Q.  Were you close with them growing up, all
21 of them?
22    A.  Yes.
23    Q.  They all lived, all but one maybe lived
24 up in Kansas City, Kansas?
25    A.  Yes.

1    Q.  Was there a particular aunt or
2 particular uncle that you were like most closest
3 to?
4    A.  My Aunt Freda, because she used to live
5 with me off and on.
6    Q.  Freda Quinn, the one you talked to
7 yesterday?
8    A.  Yes, yes.
9    Q.  Did you have an uncle by the name of
10 Steve Quinn?
11    A.  No.
12    Q.  I want to ask you about your cousins.
13 You had a large number of cousins, correct?
14    A.  Yes.
15    Q.  And of all of the cousins, were you
16 closest with Doniel Quinn, more so than your
17 other cousins?
18    A.  Yes.  He was like, we were more brother
19 and sister.  He was my best friend.
20    Q.  You were the same age?
21    A.  Yes.
22    Q.  Grew up most of your life a house or two
23 down from each other?
24    A.  No.  Actually growing up we stayed in
25 the home with my grandmother.  Everybody stayed

1 in the same home.
2    Q.  Is that Cinderella Quinn?
3    A.  Yes.
4    Q.  Where was that home at?
5    A.  2743 Cleveland, Kansas City, Kansas.
6    Q.  And then grandpa, was that Fred Quinn,
7 Sr.?
8    A.  Yes.
9    Q.  Was Fred Quinn, Sr. in the house when
10 you grew up?
11    A.  Yes.  He was the active dad that we had.
12    Q.  Fred Quinn, Sr., do you know where he --
13 what he did for a living?
14    A.  He did something with the railroad.
15    Q.  At some point in time -- remove that.
16 Cinderella Quinn owned a number of properties in
17 Kansas City, Kansas, did she not?
18    A.  Yes.
19    Q.  Do you know when she -- can you give me
20 a time period when she was acquiring these
21 properties?
22    A.  I was told that my mom purchased her
23 property first, which was in the early seventies
24 or late sixties.  And then she had purchased her
25 home, and then she purchased another home, and

Page 22

1 then her my grandmother collected and bought a
2 number of homes.
3    Q.  I'm going to be asking you a decent
4 amount of questions about the different, the drug
5 trade in Kansas City, Kansas throughout this
6 deposition.  To your knowledge was your aunts and
7 uncles involved in the drug trade when you grew
8 up?
9        MR. HOFFMAN:  You don't need to
10 speculate.  You can only answer what you know.
11    A.  Yes.
12    Q.  (By Mr. Gist)  Which ones?  Is it all of
13 them?  Is it just some of them?  I'm just trying
14 to get a feel.
15    A.  My Uncle Fred back in the sixties and my
16 Uncle Robert.
17    Q.  Robert is deceased, correct?
18    A.  Yes, and Fred is also.
19    Q.  Robert was murdered, correct?
20    A.  Yes.
21    Q.  Do you remember what year that was?
22    A.  January of '97.
23    Q.  Did you, as a young girl growing up, did
24 you know that you had uncles in the drug
25 business?

Page 23

1    A.  Not as a kid, really.  I didn't know
2 what they did.
3    Q.  Do you recall about what age it was you
4 kind of figured that out?
5    A.  Maybe around 16, 17.
6    Q.  So, growing up in KCK, I'm not going to
7 go into a lot detail, but what schools did you go
8 to?
9    A.  I went to Parker Elementary, Northwest
10 Middle School, and Schlagle, and I went to Mother
11 High.
12    Q.  Did you graduate from, is it called
13 Mother High?
14    A.  No, I didn't.
15    Q.  What years were you at Schlagle, do you
16 recall?
17    A.  From about '90 to '94.
18    Q.  Do you think you were at Schlagle past
19 the age of 20?
20    A.  No.
21    Q.  I think your numbers might -- wait.  You
22 were born in '72?
23    A.  Well, you're right.  '90.  I dropped out
24 in '90 and then started going to Donnelly College
25 for my GED.

Page 24

1    Q.  How many children do you have?
2    A.  Four.
3    Q.  Four.  What are their ages?
4    A.  32, 31, 29 and 28.
5    Q.  So, I'm sorry, the numbers.  We are
6 going to be talking about Doniel's murder in '94.
7 Did you have all four of your kids before that or
8 did you have just three of them?
9    A.  I had all four.
10    Q.  Do you know who the father or fathers
11 are for your four children?
12    A.  Yes.
13    Q.  Are any of them Chris Jones?
14    A.  No.
15    Q.  Can you just tell me who the father or
16 fathers are, please.
17    A.  My daughter's father his name is Anthony
18 Jones.  My son's father is Donnell Noll, which is
19 Anthony Noll.  And my last two is Robert
20 Hendricks.
21    Q.  Did you meet Chris Jones at Schlagle?
22    A.  No.  I met him at a skating rink.
23    Q.  At a skating rink in what year, if you
24 recall?
25    A.  Maybe late '92.

Page 25

1    Q.  Do you know where he went to high
2 school?
3    A.  No.
4    Q.  Do you know if it was in Kansas City,
5 Kansas?
6    A.  No.
7    Q.  You sort of grew up with the Edgar
8 family, is that correct?
9    A.  Yes.
10    Q.  Was Ace, Neil Edgar, Sr., otherwise
11 known as Ace, was he kind of the head of that
12 family?
13    A.  No.  My grandmother and grandfather had
14 a relationship, friendship with their
15 parents.  I don't know, like when kids grow up in
16 the area, the families grow up together as, you
17 know, close-knit back then, because where they
18 stayed at, which was, I was told they was at
19 Parkview.
20    Q.  To your knowledge would Ace's parents
21 have been involved in selling drugs?
22    A.  No, I didn't know anything about them
23 really.
24    Q.  But Ace did sell drugs to at least one
25 of your uncles, correct?

7 (Pages 22 - 25)

Page 26

1   A.   Yes.
2   Q.   Which uncle was that?
3   A.   Robert.
4   Q.   There is a clip from the tape, we have
5   the transcript, but there is just a clip I want
6   to play about the uncle and drug dealing.  I'm
7   going to play that.
8        MR. HOFFMAN:  Do you have that page
9   and line?
10       MR. GIST:  I do not.  I can find it
11  if you give me a minute.
12       MR. HOFFMAN:  I would like to read
13  along.
14       MR. GIST:  I don't have it.  I can
15  probably find it.
16       MR. HOFFMAN:  No big deal.
17       MR. ABRAMS:  It is good to find it,
18  for the record.
19       MR. GIST:  If I remember it is
20  around page -- page 39 of the transcript, line 8.
21  I will let her get there.
22       (Audio was played.)
23   "He used to come over and sell drugs to
24  my uncle.  He was a big time dope dealer back
25  then.  He used to purchase drugs from Ace."

Page 27

1   Q.   (By Mr. Gist)  The uncle you are
2   referring to is Robert Quinn?
3   A.   Yes.
4   Q.   What time period are you referring to
5   that when he is buying drugs from Ace?
6   A.   It was the early nineties.
7   Q.   Okay.  By that time you knew this at the
8   time, correct?
9   A.   Yes.
10  Q.   Are you, yourself, getting involved with
11  the drug trade about that time period?
12  A.   No, not in the nineties, not in that
13  era.
14  Q.   There is another clip I'm going to play.
15  I'm trying to find the page number.  Look at
16  page, if you want to follow along, you don't have
17  to if you don't want to, but it is on page 34, I
18  believe, there is an answer starting at line 15,
19  it is going to be in that block.
20       (Audio was played.)
21  Q.   (By Mr. Gist)  The audio was a little
22  fuzzy there.  Could you understand that, what was
23  played?
24  A.   Yes.
25  Q.   Okay.  What time period are you

Page 28

1   referring to when you say you are messing with
2   big time drug dealers?
3   A.   Maybe '95.
4   Q.   Until?
5   A.   Maybe around the early 2000's.
6   Q.   Some of the drug dealers you dated were
7   Charlie Harris?
8   A.   Yes.
9   Q.   I got this all from here.  Okay?  It is
10  all in here.  Pete Davis, Jr.?
11  A.   Yes.
12  Q.   Bernard May?
13  A.   I didn't date him.
14  Q.   And then Chris Jones?
15  A.   Yes.
16  Q.   So, would Chris Jones have been kind of
17  the beginning of that?
18  A.   Yes.
19  Q.   You said you met him at a skating rink,
20  I think you said '92.  But were you guys
21  boyfriend-girlfriend from about that time moving
22  on?
23  A.   Yes.  We started messing around like,
24  maybe around -- I guess he had just got out of
25  prison.  So I met him around November, it was

Page 29

1   kind of cold outside, maybe October, November.
2   Q.   You said he got out of prison.  Do you
3   know what he was in for?
4   A.   I'm not sure.
5   Q.   So, do you remember when you moved to
6   3020 Hutchings?
7   A.   It was my sister's home, so it would
8   have been about I believe '92.
9   Q.   And when you moved there in '92, who
10  would have been living there?
11  A.   Actually can I rephrase that?
12  Q.   Yes.
13  A.   It was '93 is when I moved there,
14  because I was staying with my mom at first.  So
15  around '93.  And who stayed there with me was
16  Chris Jones and my sister, Stacy, and that was
17  it.  And my children.
18  Q.   And then you actually moved out from
19  that house after the murders but before the
20  trial, correct?
21  A.   Yes.
22  Q.   And when you moved out, you went to the
23  apartments on 4th and Cleveland?
24  A.   Yes.
25  Q.   And Chris Jones did not come with you?

8 (Pages 26 - 29)

Page 30

1    A.  Right.
2    Q.  Because you two had split up?
3    A.  Yes.
4    Q.  So, focusing in on the time of the
5  murders or I guess a little bit before the
6  murders, which you probably remember, but
7  April 15, 1994, so backing up the months before
8  that.  You are involved with selling drugs with
9  Chris Jones at a few different houses, correct?
10    A.  Yes.
11    Q.  And one was on 22nd and Quindaro and one
12  was on 18th and Hutchings?
13    A.  At that time --
14    Q.  And if you would like, I'm looking at
15  page 4, line 4.
16    A.  It was also, Chris' house was on 29th
17  Street, and then he had one on, I don't recall
18  the address exactly, but it was like right across
19  the street from the house we had on 29th.  He had
20  one like catty-cornered from our house on 29th,
21  and then he had one down at the end of, at the
22  other block, but I can't recall that address.
23  That house is tore down now.
24    Q.  At some point in this tape I think you
25  are asked about those two houses and you said we

Page 31

1  had a few.  So, just so I'm clear, are these
2  Chris', C-Love's houses, are they your houses, or
3  you guys kind of partnered up on all of them?
4  I'm just trying to get a feel for who has what,
5  because I don't understand.
6    A.  It was our houses and his.
7    Q.  And I apologize, because you just
8  described it, it sounds like maybe there is five,
9  does that sound about right?
10    A.  Yes.
11    Q.  Because I don't know, to run an
12  operation like that, I mean, you have got
13  different people involved, right?  It is not just
14  you and he, correct?
15    A.  Right.
16    Q.  So, you have got people working for you,
17  you have got people to, I think you maybe call
18  them smokers to work at the door, to actually
19  move the product?
20    A.  Yes.
21    Q.  And you've got to have some kind of
22  muscle, I mean.  Don't have you someone to like,
23  if violence is necessary you have got someone,
24  correct?
25    A.  We didn't need no muscle.  We had each

Page 32

1  other.
2    Q.  But, I mean, the drug business can be
3  violent?
4    A.  Yes.
5    Q.  Jumping ahead a little bit, James
6  McCloskey testified that you told him that Chris
7  Jones shot up Aaron Robinson's house.  Is that
8  accurate?
9    A.  I don't recall that.
10    Q.  You don't recall telling Jim McCloskey
11  that, or you don't recall that happening?
12    A.  I don't recall telling him that and I
13  don't recall that happening.
14    Q.  I can promise you he testified to that.
15  I even have the transcript.  We can maybe look at
16  it later.  But he testified that C-Love and
17  someone else shot up Aaron Robinson's house after
18  the murders.  You have no knowledge of that
19  occurring?
20    A.  Some things happened but I don't know
21  exactly what happened.
22    Q.  Maybe we will get to those.  I want to
23  kind of jump back.  I do want to ask a few more
24  questions.  You have a number of different people
25  working in order to sell the product, correct?

Page 33

1    A.  Yes.
2    Q.  I mean, are these five houses, are they
3  like 24/7 operations?  How does it work?  You're
4  laughing, and I understand.  I'm ignorant to
5  this.  I'm not going to claim otherwise.  But, I
6  mean, how does it work?  I have watched The Wire
7  and that's about the extent of my knowledge of
8  this stuff.
9    A.  I really can't explain.  It was just a
10  lot of people that got involved and decided to
11  just make money.
12    Q.  What drugs are being sold?  Crack
13  cocaine, correct?
14    A.  Yes.
15    Q.  Anything else?
16    A.  Maybe some weed.  I mean, that was about
17  it.
18    Q.  So, can you give me a list of names of
19  who is involved with this?  Yourself, C-Love?
20    A.  I can't give you a list of names.  I
21  can't.
22    Q.  Would Doniel Quinn work for you guys at
23  least on occasion?
24    A.  No.
25    Q.  You would not allow Doniel Quinn to work

9 (Pages 30 - 33)

Page 34

1 at any of these five houses?
2    A.   No.
3    Q.   Unfortunately he was addicted to drugs
4 at some point I understand, is that correct?
5    A.   Yes.
6    Q.   Is that why you guys wouldn't let him
7 work for you?
8    A.   Because of me and his relationship I did
9 not want him on any drugs so I wouldn't let him
10 work for me.  If he wanted something, I would
11 give it to him.
12    Q.   Do you mean by money, or by drugs?
13    A.   By money.
14    Q.   In this time period, five different
15 houses, are you guys pulling in a decent amount
16 of money?
17    A.   I can't tell you that.  I mean, I really
18 don't know.
19    Q.   Who is your supplier?
20    A.   I most definitely can't tell you that.
21    Q.   Because you don't know, or you just
22 won't tell me?
23    A.   I can't tell you that.
24    Q.   What do you mean by -- you can't, or you
25 won't?

Page 35

1    A.   I can't and I won't.
2    Q.   Okay.  I understand won't, I completely
3 understand won't.  But when say can't, that
4 implies because you just don't know.  You are
5 saying I know but I can't tell you?
6    A.   Because you all will be reading about me
7 in the paper, so I can't.
8    Q.   All right.  I have a few follow-up
9 questions.  Was Ace one of your suppliers at any
10 point in time?
11    A.   Not to me.
12    Q.   What about to C-Love?
13        MR. HOFFMAN:  You don't need to
14 speculate or guess about things that you don't
15 have personal knowledge of.
16    A.   I just know his daughter dealt with
17 C-Love.
18    Q.   (By Mr. Gist)  Ace's daughter?
19    A.   Yes.
20    Q.   Cecil Brooks, was he a supplier for
21 either you or C-Love, to your knowledge?
22        THE COURT REPORTER:  I didn't hear
23 you.
24    A.   We did not fool with him.
25    Q.   The reason you don't want to tell me who

Page 36

1 your suppliers are is safety reasons; fair?
2    A.   Yes.
3    Q.   Some of these people are still in the
4 game?
5        MR. HOFFMAN:  Object, calls for
6 speculation.  You can answer if you know what
7 other people are doing.
8    A.   I don't.
9    Q.   (By Mr. Gist)  You don't know?
10    A.   I don't know.
11    Q.   But you are concerned that they are
12 still around and they might cause harm if you
13 were to reveal who they were; fair?
14    A.   Fair.
15    Q.   Backing up.  I asked you some questions
16 about basically the Quinn and the Edgar families
17 kind of grew up together?
18    A.   Yes.
19    Q.   And you actually would have like played
20 in the yard with the Edgars, including Neil
21 Edgar, Jr., is that correct?
22    A.   Yes.
23    Q.   And then Neil Edgar, Jr. was what, I
24 think six years younger than you, does that sound
25 correct?

Page 37

1    A.   Yes.
2    Q.   Sitting here today can you remember him
3 as a kid?
4    A.   Yes.
5    Q.   What age group are you talking about?
6 Say like you are 10 and he is 4?  Or tell me what
7 age group you are referring to, you can recall.
8    A.   Well, I was probably around maybe like
9 11.
10    Q.   Did he have that nickname back then,
11 Monster?
12    A.   No.  We called him Man back then.
13    Q.   Man or Little Man?
14    A.   Yes.
15    Q.   Because wasn't Ace also referred to as
16 Man or Big Man?
17    A.   I'm not sure.  I just knew him as Ace.
18    Q.   So, during the time period, during 1994
19 and previous to that time period, I mean did any
20 of your drug houses ever get robbed?
21    A.   No.
22    Q.   Do you recall ever a time where you guys
23 had to, your crew, if you will, had to use
24 violence in order to settle a dispute?
25    A.   No.

Page 38

```
1    Q.  It would be accurate to say, though,
2  that that's not uncommon, in the drug trade that
3  violence is used?
4    A.  Yes, that's not uncommon.
5    Q.  In 1994 when Doniel and Donald Ewing
6  were murdered, I think there were 30 something
7  murders that had already occurred that year.  So
8  this is in April.  That's like, if may math is
9  right, that's like a murder every third day.  Is
10  that consistent with your recollection of the
11  community at that time period?
12    A.  I know there was a lot of murders but I
13  don't know the count.
14    Q.  Sure.  I was ballparking.  I think it
15  was 30 something.  I don't remember.  These are
16  all, to your knowledge these are all drug
17  related, mostly drug related murders?
18         MR. HOFFMAN:  Objection, calls for
19  speculation.  I don't know how she could possibly
20  know.  You are asking her to solve 30 crimes for
21  you?
22         MR. GIST:  These are speaking
23  objections.  You haven't even entered your
24  appearance in this case.  These are improper.  If
25  you want to make some form objection, that's
```

Page 39

```
1  fine.
2         MR. HOFFMAN:  Your question is
3  improper.
4         MR. GIST:  And so are your speaking
5  objections.
6         MR. HOFFMAN:  The question is
7  improper.
8         MR. GIST:  It is an improper
9  question.
10         MR. HOFFMAN:  If you want to call
11  Judge Vratil, call her.
12         MR. GIST:  That you are doing these
13  speaking objections?
14         MR. HOFFMAN:  Call her.  Call her,
15  if you want.  I'm not going to be lectured by
16  you.
17         MR. GIST:  You are going to keep
18  doing this?
19         MR. HOFFMAN:  I'm not going to be
20  lectured by you.
21    Q.  (By Mr. Gist) Can you answer the
22  question?  To your knowledge were most of these
23  murders drug related?
24    A.  I'm not sure.
25    Q.  You have known a number of people that
```

Page 40

```
1  have been killed in the drug trade, correct?
2         MR. HOFFMAN:  Objection, calls for
3  speculation.
4    A.  I don't know.
5    Q.  (By Mr. Gist)  Is that correct?
6    A.  I have no knowledge of what they were
7  murdered for.
8    Q.  Doniel Quinn, do you have an
9  understanding of why he was murdered?
10    A.  Yes, what I was told.
11    Q.  Bernard May?
12    A.  No, there wasn't nothing to do with
13  drugs.
14    Q.  Your uncle, Robert Quinn?
15    A.  As far as drugs, I was told there was a
16  hit put out on my uncle.
17    Q.  The Doniel Quinn murder, in your
18  lifetime is that the only murder that you have
19  ever witnessed?
20    A.  Witnessed, yes.
21    Q.  So, moving to the time period of about a
22  week or so before your cousin's murder.  He was
23  beat up by Aaron Robinson and Monster, is that
24  correct?
25    A.  It was seven of them he said.
```

Page 41

```
1    Q.  Okay.  And actually Chris Jones actually
2  went up to this house to actually like bust him
3  out or get him free or something?
4    A.  Actually Don was back over there and he
5  went up in there and got Don out of there.
6    Q.  I want to make sure I understand this.
7  So, I understand he is beat up by Aaron Robinson,
8  Monster and others, and he comes and tells you
9  about it?
10    A.  Yes.
11    Q.  But I don't understand the part about
12  Chris Jones going up to the house to like free
13  him.  Can you explain how the chronology goes on
14  that?
15    A.  What I was told, because I wasn't there,
16  I don't know, that Aaron and them somehow lured
17  Little Don up there, but he was with someone, and
18  Chris had found out -- well, my family found out,
19  and him and a couple more people went up in there
20  and took Don up out of there.
21    Q.  Like while he is being beaten on?
22    A.  Before.  Well, after, I'm sorry, after.
23    Q.  So like he is beat up, comes and tells
24  you about it, and then like a different day he is
25  back up there again and then --
```

11 (Pages 38 - 41)

Page 42

1    A.   Maybe a couple of days.  Because I guess
2  they want to question him about what happened to
3  some product and he was being interrogated.
4    Q.   So, did you understand that Doniel was
5  working at this house?
6    A.   Yes.
7    Q.   You understood that at the time,
8  correct?
9    A.   Yes.
10   Q.   Did you understand who was -- who's
11  house it was at the time?
12   A.   At the time I was told it was Cecil's
13  house but Aaron was running it.
14   Q.   You were told that back even before he
15  was killed?
16   A.   Yes.
17   Q.   And then he comes and talks to you, he
18  has visibly wounds on him like he is all beat up?
19   A.   Oh yeah.  He had wounds, he had gashes,
20  he was bleeding, mouth bleeding, legs,
21  everything, they beat him with poles.
22   Q.   And he specifically tells you that
23  Monster was one of the people?
24   A.   Yes.
25   Q.   And at that point in time what was your

Page 43

1  reaction?
2    A.   I asked him what happened.
3    Q.   And he tells you like what it is about,
4  they think I stole some drugs?
5    A.   Yes.
6    Q.   And they beat him up pretty good.  Did
7  he tell you if they were like trying to kill him
8  at that point in time?
9    A.   He just told me that they was jumping
10  him, beating him with poles, kicking him, and he
11  was able to get away.
12   Q.   I appreciate you bearing with me here.
13  So the time that C-Love kind of has something to
14  do with getting him out of there, that's a
15  different occasion?
16   A.   Yes.
17   Q.   You then heard that there was like a
18  bounty out there for him?
19   A.   Yes.
20   Q.   And you sent C-Love over to Aaron
21  Robinson to see if he could pay a certain amount
22  of money to make this thing -- settle this up,
23  right?
24   A.   I don't recall if it was C-Love.  I
25  thought it was one of the women that had came and

Page 44

1  told me what happened.
2    Q.   So, let's look at page 17, the very
3  bottom, line 24.  You are asked by the Assistant
4  District Attorney, "But he supposedly took drugs
5  from this house of Aaron Robinson's?"  And you
6  say, "Right.  And I asked him, I asked how much
7  they owe or whatever.  I even sent Chris up there
8  to find out what was owed because I was going to
9  pay it."
10   A.   Okay.  If I said it, then that's what
11  happened.
12   Q.   So, C-Love, you send C-Love to see if he
13  can go to Aaron Robinson and pay this debt,
14  bounty, whatever you want to call it on Doniel
15  Quinn in order to resolve this?
16   A.   Yes.
17   Q.   The response was well, there is no
18  bounty?
19   A.   They were saying it was good.
20   Q.   And how long was this before the
21  murders?
22   A.   A week or two.
23   Q.   Prior to sending Chris up there did you
24  know, was there word on the street as to what the
25  bounty was, how much it was?  I'm sorry.

Page 45

1    A.   Yes.
2    Q.   How much?
3    A.   It was $4,000.
4    Q.   And you had that money?
5    A.   Yes.
6    Q.   Earlier I was asking you some questions
7  about how much money you guys were taking in.
8  That's a good amount of cash, especially in 1994.
9  You had enough to pay that and more, correct?  Is
10  that correct?
11   A.   Yes.
12   Q.   Okay.  Honestly, I don't mind that you
13  are laughing, but I do want to ask, why are you
14  laughing?  Why are you laughing?  Again, I don't
15  mind.  I don't take it in any, but I just don't
16  understand.
17   A.   I'm laughing to not get angry.
18   Q.   Okay.
19   A.   It was a part of my life that I have
20  done and I can't take it back, because I was only
21  using the resource that I was taught to use to
22  survive.
23   Q.   And I assumed as much.  And I am, I may
24  not mean much to you, I'm sorry.  That's not my
25  intention is to anger you.  I'm literally trying

12 (Pages 42 - 45)

Page 46

1 to just piece step-by-step up to this murder.
2 For whatever that's worth.
3        So, you get the message that or C-Love
4 tells you that there is no bounty?
5    A.  Right.
6    Q.  And were you skeptical?  Or were you
7 relieved?  Do you recall?
8    A.  I was skeptical.  And I sent someone up
9 else up there, which was my sister.
10    Q.  Which sister?
11    A.  Stacy.
12    Q.  Stacy to talk to Aaron?
13    A.  Yes.
14    Q.  Because she knew everybody?
15    A.  Yes.
16    Q.  And what did you learn from that?
17    A.  That it was a $4,000 bond.  And I was
18 willing to pay it.  They didn't want the money.
19    Q.  So there was -- I'm a little confused.
20 Because there was a number but they basically, it
21 sounds like maybe they just changed their mind?
22    A.  I think it was deeper than that.
23    Q.  So, the attempts to try and pay Aaron
24 Robinson doesn't work?
25    A.  Yes.

Page 47

1    Q.  And it is Aaron Robinson that is getting
2 these, he is the guy that your sister and C-Love
3 would have directly talked to?
4    A.  C-Love told me he talked to Cecil.  At
5 the time when he went up there it was Cecil,
6 Aaron, and some more people in the house.
7    Q.  To your knowledge does C-Love know all
8 of these guys ahead of time?
9    A.  Yes.  They are scared of him.
10    Q.  Which way?  C-Love is scared of them?
11    A.  No.
12    Q.  They are afraid of C-Love?
13    A.  Yes.
14    Q.  Cecil Brooks is afraid of C-Love?
15    A.  Everybody was.
16    Q.  Why?
17    A.  They called him the Grim Reaper.
18    Q.  C-Love was called the Grim Reaper?
19    A.  Yes.
20    Q.  Because?  How did he get that name?
21    A.  I have no idea.  I was just told that
22 after.
23    Q.  Did he have that name when you met him,
24 that nickname?
25    A.  Yes, but I didn't know that.

Page 48

1    Q.  Had you seen C-Love carry out violence?
2    A.  I seen him fight somebody.
3    Q.  Okay.  So, the night before the murders
4 you, C-Love, your Uncle Bob, Stacy, Lela, Pork
5 Chop, maybe some others, are out and about
6 walking around?
7    A.  Yes.
8    Q.  You are laughing again.  I hope I'm not
9 making you mad.
10    A.  No.  I'm laughing because when you said
11 Pork Chop, everybody looked at you.
12    Q.  Do we know who Pork Chop is?
13    A.  I don't know his real name.
14    Q.  You say that here, so I believe so you.
15 Do you know if he is still alive?
16    A.  No.
17    Q.  No you don't know, or no he is not
18 alive?
19    A.  No, I don't know.
20    Q.  So, you guys are walking between those
21 two drug houses, the ones on Quindaro and -- the
22 one on 22nd and Quindaro, 18th and Hutchings, you
23 are walking back and forth in the evening?
24    A.  Yes, to the liquor store, the gas
25 station, CNS at the time, Wilson's Pizza, we were

Page 49

1 just that whole day hanging out.
2    Q.  And you are seeing Aaron Robinson and
3 Monster driving up and down Quindaro like that
4 whole day?
5    A.  Yes, trying to get Doniel in the car.
6    Q.  And this car is it blue or is it
7 burgundy, or do you remember?
8    A.  It used to be, it was burgundy -- no.
9 It was burgundy when he bought it from my cousin,
10 Wesley, and he painted it a turquoise, after the
11 murder he painted it like a turquoise green with
12 a peanut butter top.
13    Q.  So, were you seeing them driving up and
14 down Quindaro prior to, like all day long, or how
15 long do you remember seeing them?
16    A.  It was all day periodically, back and
17 forth, back and forth.
18    Q.  So at some point -- let me back up.  I
19 understand you are going to the liquor store to
20 get cigarettes, go to the pizza, all that.  But
21 it did seem that you were describing the
22 geographic region was going from that one house
23 to the other.  Am I correct on that?
24    A.  Yes.
25    Q.  That's kind of the lap, if you will?

13 (Pages 46 - 49)

Page 50

1 Did the walking between those two houses have
2 anything to do with business, or is that just
3 kind of --
4     A.   Just kind of the routine.  We would go
5 to -- because that was my house at the time on
6 Hutchings.
7     Q.   And at some point you actually encounter
8 Aaron Robinson and Monster, correct?
9     A.   It was Aaron Robinson, Monster, Cecil
10 and Marlon.
11    Q.   Cecil Brooks is in there?
12    A.   Yes.
13    Q.   We can look at it in here and that's
14 fine, but I can assure you that Cecil Brooks,
15 when you described it to the District Attorney,
16 Cecil Brooks wasn't in the car.  If you want to
17 look at, it is at the beginning, page 5.  Wait.
18 You actually start talking about it on page 4,
19 I'm sorry.
20    A.   I didn't say Cecil.  I said Aaron and
21 them.
22    Q.   Okay.  Well, the top of page 5 it was
23 Aaron, Monster and who else was in the truck?
24 And you say Marlon.  So, I mean, sitting here
25 today are you sure Cecil was in the car?

Page 51

1     A.   He was in the passenger seat.  There
2 were four people in that car.
3     Q.   And you are at a pretty close range,
4 correct?
5     A.   Yes.  We are like, I'm at -- this is the
6 corner of the street, that's the middle of the
7 street where you are, and the car was right
8 there.
9     Q.   And you can see everybody in the car?
10    A.   Yes.
11    Q.   And at one point they almost get Doniel
12 in the car?
13    A.   Doniel sat in the car and was talking to
14 them.  And that's when C-Love walked to the car,
15 pulled Doniel out, and told them to keep on
16 moving.  Because all that day they were trying to
17 pick him up, and Doniel's dad and everybody was
18 telling them to keep on going.
19    Q.   Doniel's dad, John Quinn, is telling
20 them to keep on going earlier in the day?
21    A.   Yes, and told his son that he is playing
22 a grown man's game and that's not what you want
23 to do because he is dealing with a den of snakes.
24    Q.   It sounds like C-Love, at least for that
25 evening, kind of more or less saved his life?

Page 52

1     A.   Yes.
2     Q.   Then you guys just, your evening goes
3 on, I guess at some point later you go home and
4 you guys all kind of split up?
5     A.   Yes and no.
6     Q.   Okay.  Go ahead.  What do you mean by
7 that?  I understand, I think you said Doniel ends
8 up getting into the, is it an Oldsmobile or a
9 Cadillac?
10    A.   Cadillac.
11    Q.   With the Ewing, distant cousin Ewing?
12    A.   Yes.
13    Q.   And they kind of go out and do whatever.
14 What do you know about what they were doing?
15    A.   I'm not sure.  But I need to use the
16 restroom.
17        MR. GIST:  Let's do that.  Let's
18 take a break.
19        THE VIDEOGRAPHER:  The time the
20 10:16 a.m. and we are going off the record.
21        (Short recess was taken.)
22        THE VIDEOGRAPHER:  The time is
23 10:29 a.m. and we are back on the record.
24    Q.   (By Mr. Gist)  Ms. Quinn, we are back
25 after a short break.  I want to back up to one

Page 53

1 earlier topic and then I will jump back to where
2 we left off.  The daughter of Ace Edgar Sr., what
3 was her name?
4     A.   Monita.  They called her P.
5     Q.   Did she have an Edgar last name?
6     A.   Yes.
7     Q.   So where I think we left off is the
8 night before the murders you guys at some point
9 in the night you go back home, Doniel leaves in
10 the blue Cadillac.
11    A.   Yes.
12    Q.   So let's go now to April 15, 1994.  Do
13 you have any idea kind of what time your day
14 would have got started?
15    A.   I woke up because I had a bad dream that
16 morning, maybe about 9:00, and I ran into the
17 front room and was telling my sister and them
18 about the dream.  And I just kept telling
19 everybody something was going to happen.  And at
20 that time C-Love came to the house, him and his
21 cousin and they got ready to leave, because he
22 had left early and he had came back.  And he came
23 in and got some things.  And I told him we need
24 some type of protection at the house, we need a
25 gun left here because something is going to

14 (Pages 50 - 53)

Page 54

```
 1  happen.
 2      Q.  Are you finished?
 3      A.  I am.
 4      Q.  So, the bad feeling you are having, this
 5  is in relation to Aaron Robinson?
 6      A.  I didn't know what it was.  I just had a
 7  bad dream and I told him I got a feeling
 8  something is going to happen.
 9      Q.  Was the dream Doniel getting murdered?
10      A.  It was the dream of Chris and his
11  cousin, Odie, getting murdered the same as
12  equated Don and Donny got killed.
13      Q.  I think you testified to this, but you
14  told C-Love to leave his gun at the house?
15      A.  Yes.
16      Q.  He is not there for the murders, he is
17  gone?
18      A.  Yes.  He went home to -- he told me he
19  was going to his mom's house and take a shower
20  and change clothes.
21      Q.  What kind of car did C-Love have at that
22  point in time?
23      A.  He had a burgundy Monte Carlo, it was a
24  two-tone.
25      Q.  Do you know how long he left before the
```

Page 55

```
 1  murders?
 2      A.  It would have been about maybe, if 10
 3  minutes.
 4      Q.  I understand Bernard Crawford was at
 5  your house?
 6      A.  He was working the door.
 7      Q.  What do you mean by working the door?
 8  Like -- okay.  But isn't that -- the door at the
 9  residence at 3020 Hutchings?
10      A.  3032.  No, 30 --
11      Q.  You lived at 3032.
12      A.  Yes.
13      Q.  So he was working the door at that
14  location?
15      A.  Yes.
16      Q.  And by working the door --
17      A.  Answering, answering the door.
18      Q.  Was this drug involved or not?
19      A.  Yes.
20      Q.  Okay.  So, C-Love leaves.  And is it
21  after he left that you heard the argument outside
22  with Robert and your mom?
23      A.  Yes.
24      Q.  They are arguing about something and
25  that gets your attention?
```

Page 56

```
 1      A.  Yes.
 2      Q.  And then I understand you are walking to
 3  your mom's house to use the phone.
 4      A.  Yes.
 5      Q.  Is there a gap in time there like
 6  between the argument and you going to use the
 7  phone, or is that like all at the same time?
 8      A.  Maybe around 10 minutes.
 9      Q.  Okay.  So you are going to your mom's
10  house to use the phone and that's when the
11  murders occur?
12      A.  Yes.
13      Q.  I'm going to go into more detail what
14  you saw.
15      A.  I wouldn't say the murder occurred.
16  That's when I noticed the car and I seen the
17  person coming across the yard.
18      Q.  Now, is the reason you didn't have a
19  phone is that because you were concerned of
20  wiretaps?
21      A.  Yes.
22      Q.  Okay.  So, you are going down to your
23  mom's to use the phone and you see a guy walking
24  down the hill.  So that would be coming down the
25  Hiawatha block down to the block of Hutchings
```

Page 57

```
 1  Street, correct?
 2      A.  Yes.
 3      Q.  At first is he -- he is not really
 4  running at first, he is just kind of like fast
 5  walking?  How would you describe it?
 6      A.  He was just basically walking.  And my
 7  thought was the person in the car was waiting on
 8  him.
 9      Q.  And because you are going to use the --
10  because you got other stuff on your mind you
11  maybe didn't notice that he had a gun at his
12  side, or did you, or do you remember?
13      A.  I didn't know what he had.
14      Q.  You get to the edge of your mom's
15  driveway when the first shot rings out?
16      A.  I was at the tree.
17      Q.  If you would, please, let's look at page
18  42 of the transcript.  Line 9 the Assistant
19  District Attorney is basically asking you to
20  describe the shooter, and you explain he has
21  black pants, black shoes, black shirt, black hat,
22  walking across the field.  But you say at some
23  point, "By the time he approached the car I got
24  to the end of my mom's driveway and he bent down
25  and said something and that's when I heard the
```

1 first shot."
2    A.  So, if I can explain.
3    Q.  Sure.
4    A.  This is the driveway right here.  So my
5 mom had two driveways because there used to be a
6 house next to her.  So if I'm facing my mom's
7 house, on the left of her, which would have been
8 on the south side of her house, it was a, would
9 have been a vacant house, and there is a tree
10 that sits right there on that line in front of
11 the house.  So if I would have, maybe three feet
12 I would have been on my mom's, at the driveway.
13    Q.  And then you hear the first shot.  Why
14 don't you, just in your own words -- and if you
15 want to review that, that's fine, certainly.
16 Just kind of walk me through that next 30 seconds
17 or so or however long it was that the shots took
18 place to the shooter running back up the hill.
19    A.  So when I heard the first shot I said oh
20 shoot, somebody had messed up.  And I turned
21 around and started walking back to my house.  And
22 I got like right there behind the tree and kind
23 of in front of Ruby's house.  And at this time
24 like the first shot, my sister came out the door,
25 Stacy, and she was standing there, my mom is

1 standing more so in the street, she kind of got
2 over like right over by the truck, because I
3 guess she was just, you know, stunned.
4         And I heard Stacy say on the second
5 shot, oh my God, it is Little Don.  And she was
6 jumping up and down on the porch.  And his dad
7 had just made right there, right past the car.
8 He jumped out, he asked where are the guns, where
9 are the guns, where is the gun at, that's what he
10 kept asking for the gun, this is John.
11         And my sister said we don't nothing
12 here, everything is at the other house.  He
13 jumped in the car, as the guy was running, and we
14 told him to be good, be good, you don't have
15 nothing.  He said I have a hammer, that's all I
16 need.  He kind of drove off and then he came
17 back.  When he came back, by this time my mom was
18 standing over on the driver's side of the car.
19 And I was able to gather myself because I -- when
20 they said oh my God, it is Little Don, I kind of,
21 you know, just, my legs just felt like rubber.
22         So we walked to the car.  Be Good was at
23 the car, he was just like, that's Fat Headed
24 Will, that's Fat Headed Will.  He had a bottle he
25 was breaking a window.  My sister said, that

1 ain't no Will, that's Don and that's cuz, that's
2 who that is, that's cuz.
3         At this time my mom was on the passenger
4 side of the car.  Little Don looked over, his
5 face was gone.  You could see his meat hanging
6 out.  He looking over at us and he trying to
7 talk.  And we told him to hold on and then who
8 did this to you.  He just was, he just laid back.
9 My mama prayed for him and she said he gone.
10    Q.  Was cousin Ewing able to say anything?
11    A.  He said I don't know why they did this
12 to us, we didn't do nothing, we didn't do
13 nothing.  He was slumped over at first.  And then
14 when the ambulance came he said we didn't do
15 nothing.  Then as they got him out they almost
16 dropped him off the stretcher, I guess because of
17 the scene, because, I mean, my cousin's head was
18 gone, his face was gone.
19    Q.  I have seen the autopsy photos.  I know
20 it was horrific.  I understood that Ewing didn't
21 die until he got to the hospital later.  I just
22 wondered if he was able -- we he able to say
23 anything about who did it?
24    A.  Not to us.  He just said he don't know
25 why they did that to them because they didn't do

1 anything.
2    Q.  Back then when you went down Hutchings
3 towards the dead end, was there a little road
4 that you could take to get up to Hiawatha?
5    A.  Yes.
6    Q.  That was still there?  Okay.  That was
7 there then, I mean.  So, I want to back up a
8 little bit.  The first shot comes out.  You are
9 pretty close at that point?  You are not that far
10 away from the shooter?
11    A.  I was maybe from that door, and the car
12 was like right over to the edge of that window
13 closest to the wall.
14    Q.  I don't know how many feet that is, but,
15 okay.
16    A.  But my mom and my sister was right
17 across from the scene.  Because they were sitting
18 a little bit up by a light pole, and from the
19 light pole there is like a little, some stairs.
20 So I say I was maybe about 60, 70 feet from them
21 or maybe a little further.
22    Q.  And you got a good look at him?
23    A.  I got a look at him when he was walking
24 back across to go back up the field.
25    Q.  Back then your neighbor was Ruby

1 Mitchell, correct?
2     A.   Yes.
3     Q.   At some point Ruby yells, "Oh my God,
4 that's Lamont," and the shooter actually turns
5 around and looks at both of you?
6     A.   Yes.  He was like going at a fast -- he
7 was kind of moving at a fast pace and then when
8 she said, "Oh my God, that's Lamont," he turned
9 and looked and then turned around and picked up
10 his pace and started running.
11     Q.   But he turns around when Ruby yells
12 "That's Lamont"?
13     A.   "Oh my God, it's Lamont."  And I said,
14 "Lamont who?  I don't know no Lamont."  And she
15 said, "Lamont Drain."
16     Q.   Well, at the time I don't think she said
17 Lamont Drain, right?
18     A.   She said Lamont Drain.
19     Q.   Did you know who Lamont Drain was at
20 that time?
21     A.   No.  I told her I didn't know him.
22     Q.   So, when she yells Lamont, though, he
23 turned around and looks right at you?
24     A.   Yes.
25     Q.   And at that point do you know it is

1 Monster?
2     A.   No.  Because it was the reflection of
3 the sun, you know, how it was shade but it was
4 sun beaming through it but it was just a
5 reflection, if you understand what I'm saying.
6     Q.   But you knew it was Monster the night
7 before as one of the guys in the car?
8     A.   Yes.
9     Q.   Now, Ruby Mitchell's testimony was she
10 knew who Lamont Drain was, it was the guy who run
11 around with her niece, but she didn't know his
12 last name.  You are saying you are certain she
13 says Lamont Drain at that time?
14     A.   Yes.
15     Q.   All right.  Well, let's refer to the
16 Exhibit 124 at page 21.  So, if you look at page
17 21, starting at line 11, the District Attorney
18 says, "So when Ruby said that's Lamont, who do
19 you think she meant?"  And you give an answer
20 that you didn't know.  I'm paraphrasing, but you
21 didn't know.  You asked more, and she was saying
22 it was her niece's baby daddy or something.
23     A.   Uh-huh.
24          MR. ABRAMS:  I'm going to object.
25 If this is meant for trial and you are going to

1 cross the witness based upon a previous
2 statement, you shouldn't paraphrase.
3     Q.   (By Mr. Gist)  Can we agree that you are
4 talking about, on page 21 you are telling the
5 District Attorney about Lamont, about Ruby saying
6 it was Lamont?
7     A.   Yes.
8     Q.   And then you told them you later on
9 found out it was supposed to have been somebody
10 named Lamont Drain.  Line 21 and 22.
11          MR. HOFFMAN:  Are you just asking
12 her if that's what the paper says?
13          MR. GIST:  Yes.
14     A.   Yes.
15     Q.   (By Mr. Gist) When you say "later on,"
16 what do you mean?
17     A.   Later on that day, that day.  When it
18 happened she had said Lamont Drain.  She said oh
19 my God, Lamont.  I said Lamont who?  She said
20 Lamont Drain.
21     Q.   At any point in time did you ever come
22 to find out, learn who Lamont Drain is, like
23 actually see him or anything?
24     A.   I seen a picture.
25     Q.   So, if I understand your testimony is

1 that you didn't really get a good look at the
2 shooter because of the sun glare?
3     A.   Right.  I didn't see his face face, but
4 I seen the silhouette how he was shaped, how he
5 walked, everything.
6     Q.   In the minutes after the shooting do
7 police and ambulance start to arrive?
8     A.   Yes.
9     Q.   And you never -- you stay there,
10 correct?
11     A.   We left once they took Doniel away.
12     Q.   But, I mean, do you remember giving a
13 statement to the police actually at your house or
14 somewhere in that block?
15     A.   At my house I told him -- they asked who
16 seen something, and I said I did.  And my family,
17 "She didn't see nothing," my sister, "She didn't
18 see nothing."  And you don't talk to the police
19 is what I was told.
20     Q.   That sister, that's Lela, not Stacy?
21 Which sister?
22     A.   Lela.
23     Q.   Lela told you you didn't see anything?
24     A.   Yes.  It was actually the family that
25 was saying she didn't see anything.  Freda, all

17 (Pages 62 - 65)

1 of them, it was like, "She didn't see nothing."
2     Q.   That is because there is a distrust in
3 talking to the police?
4     A.   Yes.
5     Q.   And at that point in time does the
6 detective make some kind of, say look, you saw
7 this murder, if you won't give me a statement
8 that might affect your kids or anything like
9 that?
10     A.   Not at that time.
11     Q.   Do you remember giving a statement to
12 the detective at your house?
13     A.   Not at my house.
14     Q.   Okay.  So there was a fair amount of
15 people there, by "there" meaning either at your
16 house or at your mom's house, that were actually
17 there at the time, correct?
18     A.   Yes.
19     Q.   Some of the people, Bernard Crawford
20 being one of them, left before the police got
21 there?
22     A.   I don't think he left.
23     Q.   What about Stacy Quinn, did she leave?
24     A.   No.  When the police was there, no.  We
25 all end up leaving, me, Freda, Stacy and my

1 sister Lela, because we went to go try to contact
2 Doniel Quinn's family, his mother and sister.
3     Q.   Is that before or after the police got
4 there?
5     A.   It was after the police got there.
6     Q.   Were there any people that left before
7 the police got there because they didn't want to
8 be there when the police got there?
9     A.   No.
10     Q.   When did C-Love come back?
11     A.   Right after the shooting I went and
12 called him and told him what happened.  And he
13 came right -- he had just got out of the shower,
14 he said he was on his way.
15     Q.   And he was also someone who told you
16 don't talk to the police?
17     A.   Yes.
18     Q.   So I'm going to hand you -- I'm going to
19 mark as an exhibit, 125.
20        (Exhibit 125 was marked.)
21     Q.   Ms. Quinn, what I handed you, I'm not
22 trying to hurry you, I just want to give you a
23 preview, this is, purports to be a transcribed
24 statement that you would have given about 46
25 minutes after the shooting.  We do have the audio

1 of it, but I wasn't anticipating needing it.  So
2 maybe I can locate that during a break or
3 something.  But this is a purported statement you
4 would have given to a Detective W.K. Smith at
5 2:46 in the afternoon the day of the shooting.
6     A.   I don't recall this.
7     Q.   So, it is really not that long, and I
8 actually was able to locate the audio recording.
9 So I'm going to go ahead and play this and we
10 will just listen to it.  It is only a couple of
11 minutes long.  Let's just play it and listen to
12 it and then I can ask you some more questions.
13        MS. PILATE:  Are you going to mark
14 that?
15        MR. GIST:  I can.
16        MR. ABRAMS:  I want to be conscious
17 of the time.  If you think it is worthwhile.  I
18 want to make sure everyone has a chance to ask
19 questions today, Matt.
20        MR. GIST:  Yes.  This is a really
21 important statement.  There seems to be some
22 confusion about whether she gave it.  And you
23 remember the Ruby Mitchell depo.  Yes, I think we
24 ought to play it.  Cheryl, to your point, we can
25 mark it.  It is not a tangible item.

1        MR. COOPER:  Identify it by Bates
2 number.
3        MR. GIST:  Unfortunately I don't
4 think I have the Bates number from this.  I don't
5 have it.  It is a document that has been --
6 obviously we all have.
7        MR. NAPOLITANO:  369.
8        MS. PILATE:  You know what you can
9 do is after the deposition just circulate it to
10 everyone and we will agree that's the exhibit.
11 Just give it a number.
12        MR. GIST:  We are going to call
13 this Exhibit 126.  The audio of Niko Quinn's
14 statement will be marked as 126.
15     Q.   (By Mr. Gist) While it is being
16 downloaded let me ask you some other questions,
17 Ms. Quinn.  Why did you -- assuming you did give
18 a statement to police, why were you agreeable to
19 doing so if your family was telling you not to?
20     A.   I don't know.  That day I was
21 traumatized.  So I don't know what exactly
22 happened throughout that day because it was
23 just --
24     Q.   So, while you are still at the scene,
25 while you are still at the scene of the shooting,

1 do you remember Freda Quinn coming?
2    A.   Yes.
3    Q.   And did you tell Freda Quinn that you
4 recognized the shooter from school?
5    A.   I might have.  I could have said
6 anything that day.  I don't remember.
7    Q.   At this point in time your testimony is
8 you don't know who Lamonte McIntyre is?
9    A.   No.
10    Q.   You did know some of his family, though,
11 correct?
12    A.   His brother and his cousin.
13    Q.   You knew James McIntyre?
14    A.   Yes.
15    Q.   Fairly well?  Well?
16    A.   I had a relationship with him, so very
17 well.
18    Q.   I don't want to get into a lot of detail
19 about that.  I knew you used the word
20 relationship.  By that, intimate in nature, is
21 that fair to say?
22    A.   Yes, we hung out.
23    Q.   So, and you knew some of his cousins,
24 specifically Kendra Dean Martin?
25    A.   Yes.

1    Q.   I think we got it ready.  I'm going to
2 play Exhibit 126.
3         (Audio was played.)
4    Q.   Does listening to that refresh your
5 memory at all?
6    A.   No, no.
7    Q.   Do you recognize your voice, though?
8 Does that sound like you?
9    A.   Yes.
10    Q.   Sitting here today do you have any doubt
11 that you gave that statement?
12    A.   No, because that's my voice.
13    Q.   So, in the statement you said you never
14 saw this person before, correct?
15    A.   Yes.
16    Q.   But today you are confident that it was
17 Monster, Neil Edgar, Jr.?
18    A.   Yes.
19    Q.   We are going to get to that.  But I
20 guess I will jump ahead.  That's because of what
21 people have told you and things you learned after
22 the fact, not because your memory of seeing the
23 shooter got better, correct?
24    A.   Like I said, I seen the silhouette, and
25 then once I seen him as he got older, because I

1 had not seen Monster since we were younger, and
2 when I finally seen him when he got older.
3    Q.   You did see him the night before?
4    A.   Yes, but he was sitting in the car.  But
5 I'm saying just like out standing up, hanging out
6 or whatever.  I seen him sitting in the car but I
7 had not seen him standing up or anything like
8 that.
9    Q.   When the detective asked you, "Do you
10 know whether or not people in the Cadillac, your
11 cousin included, were having any difficulties
12 with anyone?"  And your response was, "No, I
13 don't," that's not truthful, correct?
14    A.   No.  Because my family was sitting there
15 telling me don't say nothing, let's go.
16    Q.   And that was kind of the culture at the
17 time was don't talk to the police?
18    A.   Yes.
19    Q.   So, at some point you go to the
20 hospital, I assume?
21    A.   Yes.
22    Q.   I want to backtrack a little bit,
23 because you did get a chance to listen to the
24 statement.  That doesn't help refresh your memory
25 as to any potential pressure, coercion of any

1 kind that the detective put on you at that point
2 in time?
3    A.   No.
4    Q.   One thing I noticed, he says the
5 statement was taken at 3016 Hutchings.  Do you
6 recognize that address?  That wasn't your home
7 address.
8    A.   No.  Mine was 3018.  So 3016 is the
9 house next door where they were parked.
10    Q.   I had you actually at 3020.  Does that
11 sound right?
12    A.   I don't know.  I don't know.  I know my
13 mom was at 3032.
14    Q.   Right.  Okay.  So, later on, I want to
15 fast forward to the same day but later that
16 night.  Do you recall being with your mother and
17 Freda Quinn and a news report comes over the
18 television and there is a picture of Lamonte
19 McIntyre as the person they have arrested for
20 this crime?
21    A.   No.
22    Q.   You don't recall that in any way?
23    A.   No.
24    Q.   Do you recall the day of the -- the
25 evening or just after the shooting telling Freda

19 (Pages 70 - 73)

1 Quinn they got the wrong guy?

2    A.  Yes.  I believe I told her that, but it

3 wasn't later on that day.

4    Q.  Freda Quinn testified yesterday and had

5 previously stated in an affidavit that she was

6 with you and Josephine Quinn later after the

7 shooting, the same day, and that a news report

8 came over the TV that they had arrested Lamonte

9 McIntyre for this crime and a photo of Lamonte

10 McIntyre was shown.  Do you have any recollection

11 of anything like that happening?

12    A.  Not that day, no.

13    Q.  Do you remember any news report coming

14 up where Lamonte McIntyre's face was shown on the

15 TV?

16    A.  Maybe a day or two later.

17    Q.  Well, do you remember?  Sitting here

18 today do you remember that, or are you just

19 saying that's possible?

20    A.  I'm saying that's possible.

21    Q.  Do you remember a lady by the name of

22 Tiffany Daniel?

23    A.  Yes.

24    Q.  How did you know Tiffany Daniel?

25    A.  We went to school together.

1    Q.  You guys are about, you two are about

2 the same age?

3    A.  Yes.

4    Q.  You actually ran into her possibly even

5 the day of the -- the evening of the shooting?

6    A.  No.

7    Q.  Do you remember the first time you

8 talked to Tiffany Daniel after the shooting?

9    A.  I seen Tiffany Daniel in, used to be a

10 7-Eleven parking lot on 10th and State, I think,

11 10th and State.

12    Q.  This might -- let's go ahead and turn to

13 page 43 of the transcript of the interview with

14 the District Attorney.  It is line 13, you are

15 asked a question by the District Attorney and you

16 talk about Tiffany Daniel.  It is line 13 to line

17 22.  Do you see that?

18    A.  Yes.

19    Q.  So, you run into Tiffany Daniel at the

20 7-Eleven and she tells you that she says Lamonte

21 didn't do it and Monster did it, is that correct?

22    A.  I'm not sure.  But I do remember seeing

23 her at 7-Eleven, I do remember her telling me

24 that Lamonte did not do it.  But as far as her

25 saying Monster, I don't recall.

1    Q.  If you would have told the District

2 Attorney that four and a half years ago, do you

3 think your memory would have been more accurate

4 then than it would be today?

5    A.  Yes.

6    Q.  And do you know if Tiffany Daniel is

7 still around?

8    A.  No.  I ran into her maybe three or four

9 years ago, maybe, about, about three years ago,

10 three or four years ago.  But I'm not sure if she

11 is still in the area.

12    Q.  Was word out on the street that they had

13 arrested somebody for this crime quickly?

14    A.  Yes.

15    Q.  And when that word was out on the

16 street, was it that they arrested someone by the

17 name of Lamonte McIntyre?

18    A.  I didn't know his last name.  I just

19 knew Lamonte.

20    Q.  Now, did either John or Robert Quinn

21 tell you about Monster coming over to their house

22 with a shotgun?

23    A.  No.

24    Q.  Because James McCloskey with Centurion

25 Ministries, do you remember him?

1    A.  Yes.

2    Q.  He testified that you told him that

3 Monster went over to Robert Quinn's house with

4 John Quinn present, with a shotgun.

5    A.  No.

6        MR. ABRAMS:  Objection.

7        MR. GIST:  Is there a basis of the

8 objection?

9        MR. ABRAMS:  Object to the form.

10 Misstates the testimony.  Misstates the evidence.

11        MR. GIST:  Let's get the transcript

12 out.

13        MR. HOFFMAN:  Are you asking her

14 what somebody else testified to, or are you

15 asking her about whether it is true or not?

16        MR. GIST:  I'm responding to the

17 objection.  The objection is somehow I misstated,

18 even though that's what he testified to.  I just

19 want to make sure I'm not wrong.

20        MR. HOFFMAN:  I think she has

21 answered the question.  Let me know when there is

22 a new question.  I want to be sure she knows what

23 she is answering.

24    Q.  (By Mr. Gist)  Do you deny telling

25 Mr. McCloskey that Monster went over to Robert

20 (Pages 74 - 77)

Page 78

1 Quinn or John Quinn's house, one or the other,
2 with a shotgun?
3    A.  I did not -- I don't recall telling him
4 that.
5    Q.  Do you deny it?
6    A.  I deny telling him that.
7    Q.  All right.  You have never heard that
8 before?
9    A.  No.
10         MR. HOFFMAN:  Do you want to take a
11 break?
12         THE WITNESS:  Yes.  Real quick.
13         THE VIDEOGRAPHER:  Please stand by.
14 The time is 11:08 a.m. and we are going off the
15 record.
16         (Short recess was taken.)
17         THE VIDEOGRAPHER:  The time is
18 11:13 a.m. and we are back on the record.
19    Q.  (By Mr. Gist)  Ms. Quinn, do you have a
20 relative by the name of Andrew Quinn?
21    A.  Yes.
22    Q.  Is that a cousin?
23    A.  A cousin.
24    Q.  Did Andrew Quinn ever tell you that
25 Monster had gone to Robert Quinn or John Quinn's

Page 79

1 house with a shotgun?
2    A.  I don't recall.  I don't remember.
3    Q.  What kind of relationship do you have or
4 did you back then with Andrew Quinn I should say?
5    A.  We were all pretty close-knit.
6 Everybody hung around each other.
7    Q.  What about Willie Bush, is that a
8 cousin, distant cousin?
9    A.  Yes.
10    Q.  How are you, if you can, explain the
11 relationship, how you are related?
12    A.  It is two identical twin brothers that
13 had kids.  So he is on the Blaine side, which is
14 my great grandfather's twin brother's grandson.
15 If that makes sense.
16    Q.  A little bit.  I don't know.  To your
17 knowledge is Willie Bush still alive?
18    A.  I'm not sure.
19    Q.  Do you know anything about Willie Bush
20 getting with Rose McIntyre after the trial,
21 working with Rose McIntyre?
22    A.  No.
23    Q.  Do you have any knowledge that he was on
24 Hutchings Street at the time of the murder?
25    A.  No.

Page 80

1    Q.  Would it surprise you -- do you know one
2 way or the other, or are you saying no, he was
3 not there?
4    A.  I don't know no.  There was a lot of
5 people standing out there.
6    Q.  You saw the shooting, you understand
7 that your deceased sister, Stacy Quinn, saw the
8 shooting, that your mom, Josephine Quinn, saw the
9 shooting, correct?
10    A.  Yes.
11    Q.  Do you have any reason to believe
12 anybody else actually saw the actual shooting,
13 not just was in the area?
14    A.  I'm pretty sure a lot of people saw the
15 shooting.  I mean, there was so many people out
16 there that day.  Who all was out there, I can't
17 say who.
18    Q.  Did you ever have any conversation with
19 Bernard Crawford about the shooting?
20    A.  Yes.
21    Q.  Did he tell you whether he knew who did
22 it?
23    A.  No.
24    Q.  Did you ask him?
25    A.  Yes.

Page 81

1    Q.  What was his response?
2    A.  He didn't know.
3    Q.  So, later on that evening you are
4 obviously very upset over the murders, and you
5 for the first time use PCP with your uncles?
6    A.  Yes.
7    Q.  The uncles being John and Robert Quinn?
8    A.  It was my sister Stacy, Robert, and
9 Lela.
10    Q.  The only reason I know this is that you
11 talked about it on this tape.
12    A.  Yes.
13    Q.  But the next morning you talked to a
14 couple of detectives, one of which was Roger
15 Golubski, correct?
16    A.  Yes.
17    Q.  Prior to -- that's like 8:00 o'clock the
18 next morning?
19    A.  Yes.
20    Q.  Are you still under the influence at
21 that point in time?
22    A.  Yes.
23    Q.  And I'm assuming this but I have to ask
24 you, you knew who Roger Golubski was at that
25 point, or not?

21 (Pages 78 - 81)

Page 82

1    A.  I didn't.
2    Q.  Okay.  I'm glad I asked.  So it is
3  basically just two detectives showing up at your
4  house; you don't really know either one of them?
5    A.  No.  Personally I didn't know them, but
6  my family members knew who he was.
7    Q.  Golubski specifically?
8    A.  Yes.
9    Q.  Did you know -- I know what you are
10  saying, but I need to understand what you knew
11  about Golubski prior to that interview.
12    A.  That he had some kind of dealings with
13  my sister.
14    Q.  So, they come over at 8:00 o'clock in
15  the morning, two detectives knock on your door?
16    A.  Yes.
17    Q.  I imagine that's kind of startling, like
18  not a good thing that two detectives are at your
19  door wanting to talk to you?
20    A.  Yes.
21    Q.  Do you invite them in?  Do they come in?
22  Just kind of walk me through what you recall.
23    A.  I went outside; because my family is
24  like, don't let them in.
25    Q.  They want to ask you of course about the

Page 83

1  murder?
2    A.  Yes.
3    Q.  They show you some photographs?
4    A.  Yes.
5    Q.  You recognize two of the photographs
6  right away?
7    A.  Yes.
8    Q.  One is like your cousin, I can't
9  remember his name.
10    A.  Raymond Hickman.
11    Q.  Thank you.  And the other one is James
12  McIntyre?
13    A.  Yes.
14    Q.  So, you were able to quickly rule them
15  out right away?
16    A.  Yes.
17    Q.  And then you are holding on to the
18  picture of Lamonte McIntyre?
19    A.  It was two pictures that I had in my
20  hand.
21    Q.  Can you tell me why -- maybe in your own
22  words, and I will have other questions, but in
23  your own words why don't you just tell me
24  everything you recall about that meeting, the
25  meeting with the two detectives the morning

Page 84

1  after.
2    A.  So when they brung the pictures we were
3  looking at them and I looked at them several
4  times.  And I handed them back and they were,
5  like, do you know, do anybody look familiar?  And
6  at the time, I'm just starting from the
7  beginning, I told him I know he didn't do it
8  because this is my cousin and I know he wouldn't
9  do it.  I know him, which is James McIntyre, I
10  know he wouldn't do it.
11      Then I held three pictures.  And he had
12  one of a guy with a slim face, I believe, and a
13  short cut.  I was like no, this ain't him.  Then
14  there was another guy with kind of like a little
15  flattop, and then there was Lamonte.
16      So I was looking at the pictures and one
17  of the officers was like, what was the name that
18  Ruby had said the guy's name was?  And I said
19  Lamont.  And when I was holding the pictures, I
20  was holding them, like these are the pictures, I
21  will just use this, these are the pictures, I'm
22  holding them, I'm looking at them.  And he said
23  why are you staring at that other picture?  It
24  was a picture of Lamonte.  Then I said, I don't
25  know.  Then I looked at the other one, I was

Page 85

1  like no, I don't know who it is.
2      Then that's when they grabbed the
3  pictures back and the one guy held the picture
4  and he said what did he -- what did she say that
5  the guy's name was?  And I said she said Lamont.
6  So he holding the picture like this of Lamonte
7  and he said, "What did she say the man's name
8  was?"  And I said Lamont.  When they held the
9  picture up they held it in the sun and I could
10  see Lamonte's name on the back.
11      And I just started staring at the
12  picture and just staring at it.  And I gave them
13  the picture back and said I don't know who it
14  was.  And that's when they were saying you know
15  who it is, you know who it is.  I said I don't
16  know.
17    Q.  Did they leave after that?
18    A.  Yes.
19      (Exhibit 127 was marked.)
20    Q.  What, if anything, do you feel that
21  Roger Golubski did inappropriate -- improper,
22  wrong, at that meeting, if anything?
23    A.  I really can't say anything.
24    Q.  I'm going to give you what has been
25  marked as Exhibit 127.  I'm going to have some

22 (Pages 82 - 85)

Page 86

1 questions about this probably moving forward, but
2 I only have one at the time.  Let me just
3 withdraw that.  Do you remember giving this
4 affidavit?
5          MS. PILATE:  I'm sorry, what number
6 is this?  127?
7     A.  Yes, I do, I believe I gave it at a
8 Denny's or something, Perkins or something, yes.
9     Q.  (By Mr. Gist) Who would have presented
10 it to you to review and sign?
11    A.  I think it was an attorney that, if I
12 remember correctly, that Rose McIntyre had.
13    Q.  Was it a lady by the name of -- was it a
14 lady or a man?
15    A.  I believe it was a woman.  I'm not sure.
16    Q.  Do you know a lady by the name of
17 Carolyn Adams?
18    A.  No.
19    Q.  But you did have a meeting with Rose
20 McIntyre present and this possible attorney?
21    A.  Yes.
22    Q.  And it was at a local restaurant,
23 Perkins, perhaps?
24    A.  Yes.
25    Q.  I wanted to ask you about one thing on

Page 87

1 the last page, the last paragraph, 11.  Can you
2 just go ahead and read that to yourself.
3     A.  "The day after the shooting the police
4 came to my house about 8:00 o'clock in the
5 morning and was questioning me about the shooting
6 the day before.  Detective Golubski told me it
7 was him I talked to, but I don't remember because
8 I was still in shock.  He showed me four or five
9 pictures, and when I looked at them I knew two of
10 the people in the pictures and I held two of them
11 in my hand, and he was telling me I knew who it
12 was, and he said if I didn't testify it would be
13 better for me because -- if I testify it would be
14 better for me because it was my cousin sitting in
15 the car.  One of the pictures was of Lamonte
16 McIntyre and the other one was someone I didn't
17 know.  It was the two pictures causing confusion,
18 I knew Lamonte.  When I told him I wasn't sure,
19 he pressured me to make a decision."
20    Q.  Do you believe everything in that
21 paragraph is accurate?
22    A.  That wasn't that day, but yes.
23    Q.  It says, "I knew Lamonte," at the very,
24 second to the last sentence.
25    A.  Yes, because I seen the name on the

Page 88

1 picture.  I didn't know Lamonte personally.
2     Q.  Okay.
3     A.  Then seeing him on the news.
4     Q.  So the police leave, you do not make an
5 identification at this meeting, correct?
6     A.  Right.
7     Q.  And then in the days after the shooting
8 people are coming up to your house.  And then at
9 one point you are in the car with Pork Chop, and
10 a couple guys with guns are on your property?
11    A.  Yes.
12    Q.  And obviously you are scared that they
13 are coming after you because you witnessed a
14 murder?
15    A.  Yes.
16    Q.  And you got out of there?
17    A.  Yes.
18    Q.  So, within, let's say within a few days
19 after the murder you are assuming this was some
20 Aaron Robinson drug hit, correct?
21    A.  Yes.
22    Q.  And you think that these guys coming on
23 your property are Aaron Robinson people coming to
24 maybe kill you, probably kill you, maybe kill
25 other people?

Page 89

1     A.  It was just me and my children in the
2 house.
3     Q.  You are living with C-Love at the time,
4 correct?
5     A.  No.  C-Love was in and out.  I wasn't
6 living with him.  And he had left and went back
7 to his house.
8     Q.  I'm sorry, I'm not even talking about
9 specifically when the two guys with the guns were
10 on your property.  But, I mean, in the days after
11 the shooting I mean you are obviously talking to
12 C-Love about what happened, correct?
13    A.  Yes.
14    Q.  And is there a discussion about
15 retaliation, you know?  Like we got to have a
16 comeback here or something?
17    A.  I would rather not answer.
18    Q.  I touched on this earlier, but James
19 McCloskey testified that you told him that C-Love
20 shot up Aaron Robinson's house after the murders.
21    A.  I don't even remember talking to this
22 guy McCloskey.  Because every time he came around
23 C-Love would not let me talk to him.
24    Q.  Why did C-Love not want you talking to
25 this McCloskey guy?

23 (Pages 86 - 89)

1    A.  He didn't want me talking to nobody.
2    Q.  Do you know why?
3    A.  He just said don't trust nobody.
4    Q.  So, when you are with Pork Chop, if it
5  helps your memory, maybe you don't need it, but I
6  think it is talked about in this 127, paragraph
7  10.  Although I don't know if you need to refer
8  to it or not.  When these guys come to your
9  property from a field behind the house with guns,
10  do you go to C-Love at that point and say look,
11  they are coming after me, they want to kill me?
12    A.  Yes.
13    Q.  What was his response?
14    A.  C-Love never really gave no response.
15  He wasn't that type of guy.  He just was quiet,
16  and whatever he was thinking or whatever he was
17  shooting he was already plotting whatever he was
18  going to do and I didn't know.
19    Q.  Just to clarify where these guys were.
20  Is it up on -- when you say -- is it Hiawatha or
21  the other side of your house?
22    A.  So, if I can explain.
23    Q.  Yes.
24    A.  They would be parked in front of my
25  house.  I don't know if you know the concept, I

1  don't like using that word but they call it
2  nigger knocking where somebody knock on your door
3  and when you go to the door they are gone.  They
4  knock on another door, they are gone.
5        They knocked on my door, knocked on my
6  window at the front door.  I got the house dark.
7  I'm looking out, two dudes are standing on my
8  porch with guns.
9    Q.  They are on your porch?
10    A.  On my porch.  And this was like three or
11  four days in a row that they did this.  Finally I
12  left and went to Missouri.  Me and C-Love stayed
13  at a friend's house, stayed at his mom's house,
14  stayed at hotels.
15    Q.  So, you called Golubski on the phone,
16  correct?
17    A.  Yes.
18    Q.  And you asked for a meet, you want to
19  meet with him?
20    A.  Yes.
21    Q.  And on that phone call you tell him that
22  you can identify the guy who killed your cousin?
23    A.  Yes.  I told him I need to talk to him.
24    Q.  But specifically you say I can identify
25  who killed your cousin?

1    A.  Yes.
2    Q.  Why were you telling him that, if you
3  didn't know?
4    A.  At the time that I called him I knew it
5  was Monster and Cecil and them.
6    Q.  I'm sorry, you said Cecil knew?
7    A.  Cecil and them.
8    Q.  So, you met with Roger Golubski the next
9  day, or the same day, or do you remember?
10    A.  It would have been about, I believe it
11  was like a month or maybe three weeks after they
12  killed him when I met with Golubski.
13    Q.  You testified on two different court
14  hearings, do you remember that?
15    A.  No.
16    Q.  So you wouldn't know if your meeting
17  with Golubski was before or after the first court
18  hearing because you don't remember the first
19  court hearing?
20    A.  Oh, no, not the first one.  It would
21  have been -- I'm not sure.  I'm not sure.
22    Q.  But you meet behind the Wyandotte High
23  School at the track?
24    A.  Yes.
25    Q.  And C-Love drives you to that meeting?

1    A.  Yes.
2    Q.  But you actually get out of the car and
3  meet with Golubski without C-Love, or is C-Love
4  with you?
5    A.  I get in the car with Golubski.  C-Love
6  was in the car and then he stepped out of the
7  car, because he said I don't trust this MF.
8    Q.  So by the car, Golubski's car, the two
9  of you are in there briefly, and then C-Love gets
10  out of the car because he doesn't trust Golubski?
11    A.  Right.
12    Q.  And then you talked to Golubski in this
13  meeting, correct?
14    A.  Yes.
15    Q.  And in this meeting, just tell me in
16  your own words how that meeting goes.
17    A.  So when I sat in the car with Golubski I
18  told him I know who killed my cousin, and he said
19  how I know.  And I explained to him what took
20  place before my cousin was killed, which was him
21  getting beat by Aaron Robinson and Monster, and
22  that they had tried to pick him up the day prior
23  to the murder, trying to get him to go with them
24  the day of the murder.  And just word on the
25  street and whatever.  And he told me that I

Page 94

1 shouldn't be talking about Cecil, be careful what
2 I say about Cecil because they found his
3 ex-girlfriend's remains behind Washington High
4 School in a park or something, a park near
5 Washington High School.  I said okay, what are
6 you telling me that for?  I don't care.  I know
7 they had something to do with my cousin.
8     Q.   In this meeting you identify Lamonte
9 McIntyre as the shooter, though.
10    A.   Because he gives me the picture, he
11 tells me that they had the clothes, they had the
12 gun, and they had Lamonte in custody, and they
13 knew for a fact that he was the one that killed
14 my cousin.
15    Q.   In this meeting he asks if it is
16 possible the people that are after you might be
17 Lamonte McIntyre's brothers?
18    A.   And cousins.  And I told him there is no
19 way that DJ and them would do anything like that,
20 or James.
21    Q.   So, I mean, you knew the McIntyre family
22 but just not Lamonte?
23    A.   Yes.
24    Q.   So, what was your relationship -- not
25 relationship.  How well did you know DJ Johnson?

Page 95

1     A.   I knew DJ very well.  We would be at the
2 club just, you know, in conversation.  Him and my
3 sister talked a couple of times, we hung out.  We
4 would hang out at the club.
5     Q.   Do you know Lamonte McIntyre sold crack
6 for DJ Johnson on occasion?
7     A.   No, I didn't.  I was told that Lamonte
8 McIntyre was a Sponge Bob Square Pants.
9     Q.   You were told that by multiple people?
10    A.   Yes.  That he was a nerd, basically.
11    Q.   Do you know -- but you understood DJ
12 Johnson sold some drugs, correct?
13    A.   Yes.
14    Q.   Do you know who his supplier was?
15    A.   No.
16    Q.   Now, if you would, please, on
17 Exhibit 127, go ahead and look at paragraph 10.
18 My question is, is paragraph 10, is that
19 describing the same meeting that you just
20 described a moment ago?
21    A.   Yes.
22    Q.   And we can agree in the affidavit it
23 doesn't say anything about Golubski telling you
24 about Cecil Brooks killing someone?
25    A.   No.

Page 96

1     Q.   Then I'm going to go ahead and give you
2 what has been marked as Exhibit -- will be marked
3 as Exhibit 128.
4         (Exhibit 128 was marked.)
5     Q.   What Exhibit 128 is is another
6 affidavit, a little bit longer this one is.  I
7 don't want to hurry you.  If you want to review
8 the whole thing, that's fine.  I want to ask you
9 about a couple of paragraphs.  Do you recognize
10 this one?
11    A.   Yes.
12    Q.   That's your signature on the last page?
13    A.   Yes.
14    Q.   Was this affidavit given to you by,
15 presented to you by Cheryl Pilate?
16    A.   I believe so.
17    Q.   And on paragraph 19, I would like you to
18 look at that, please.  19 and 20.  In paragraphs
19 19 and 20 of this affidavit, Exhibit 128, is that
20 the meeting -- are those two paragraphs
21 describing the meeting with Detective Golubski
22 behind Wyandotte High School?
23    A.   Yes.
24    Q.   So, we can agree paragraphs 19 and 20
25 don't talk about Golubski saying anything about

Page 97

1 Cecil Brooks, correct?
2     A.   Yes.  I don't know why, because I told
3 him.
4     Q.   You would have told that to Cheryl
5 Pilate, James McCloskey?
6     A.   Like I said, I don't know this dude
7 James McCloskey, really.
8     Q.   Would you have told that to Cheryl
9 Pilate?
10    A.   Yes.
11    Q.   Let's go ahead and take a look at
12 paragraph 15.  Have you had a chance to review
13 paragraph 15?
14    A.   Uh-huh.
15    Q.   In this paragraph you are stating that
16 you later found out that the drug house that
17 Doniel was working at was operated by Cecil
18 Brooks.
19    A.   Yes.
20    Q.   How much later?
21    A.   Maybe a couple of days, maybe, a couple
22 of weeks.  I don't recall.  But a lot of people
23 was coming giving information, if you know what I
24 mean.
25    Q.   That was my next question, was who told

25 (Pages 94 - 97)

Page 98

1  you that?
2     A.   A lot of people.
3     Q.   C-Love probably knew?
4     A.   C-Love probably knew?  What did you say?
5     Q.   Did he know that that house was a Cecil
6  Brooks Aaron Robinson house, the one on 21st and
7  Quindaro that Doniel was working at?
8     A.   Yes.
9     Q.   Did Detective Golubski help you move to
10 a new place?
11    A.   They helped me supposedly get protective
12 custody.
13    Q.   If you want, it is in paragraph 19.  It
14 says, "I told Detective Golubski about this and
15 he said he would help me move to a new place,
16 which he later did."
17    A.   Yes.
18    Q.   Is that the 4th and Cleveland?
19    A.   Yes.
20    Q.   Financially did he help you?
21    A.   No.
22    Q.   He is just like, those apartments have
23 some spots?
24    A.   If I can explain.
25    Q.   Yes.

Page 99

1     A.   He told me to go down to the Housing
2  Authority, and somehow they talked to someone in
3  the Housing Authority and got me moved in to this
4  place that was available at the time.
5        (Exhibit 129 was marked.)
6     Q.   You are going to be handed Exhibit 129.
7  What I will represent to you is this is a partial
8  transcript of a hearing held on June 28, 1994,
9  and it has the table of contents and then the
10 pages that you would have testified at.  So, do
11 you remember going to the juvenile building?
12 There is not going to be any jury there or
13 anything, it will just be a court hearing with a
14 judge but no jury, and testifying at that?
15    A.   Vaguely I do.
16    Q.   At that hearing you identify Lamonte
17 McIntyre as the shooter?
18    A.   Yes.
19    Q.   And the prosecutor at that hearing
20 asking you questions was not Terra Morehead, it
21 was a guy.  Do you remember that?
22    A.   No.
23    Q.   If would you, just go ahead and look at
24 the 4th page of the document.  At the top right
25 corner it is page 21.  You can see how you are

Page 100

1  called to the witness stand and then it says
2  Direct Examination by Mr. Stecklein.  My question
3  is, do you have any recollection of a male
4  prosecutor asking you questions in court?
5     A.   No.
6     Q.   Now, you are not denying that that
7  occurred; you are just saying you don't remember?
8     A.   I don't remember.
9     Q.   I know you remember Terra Morehead,
10 right?
11    A.   Yes.
12    Q.   And we are going to get to her quickly.
13 If you were to have testified on June 28, 1994,
14 do you know whether or not at that point in time
15 you had moved to the apartment at 4th and
16 Cleveland?
17    A.   I don't think I did at that time.
18    Q.   Do you know as of June 28, 1994 if you
19 are still with C-Love?
20    A.   Off and on.
21    Q.   I think you testified to this earlier,
22 and I apologize, but I just want to clarify.
23 When you moved to 4th and Cleveland, C-Love did
24 not come with you?
25    A.   Right.

Page 101

1     Q.   And you did move to 4th and Cleveland
2  prior to the actual jury trial that you were
3  asked questions by Terra Morehead at, correct?
4     A.   Yes.
5     Q.   So, not to belabor, but you just really
6  don't remember this June 28, 1994 hearing?
7     A.   No.
8     Q.   But you do remember at some point in
9  time your cousin, Rochelle Collins, telling you
10 that there was this lady and these investigators
11 coming by your apartment?
12    A.   It was my cousin Sandy Quinn, Sandy Bo
13 Quinn.
14    Q.   I'm sorry.  Who is Rochelle Collins?
15    A.   She is a cousin.
16    Q.   But she is not the one who would have --
17    A.   I believe she was at the house then, but
18 I'm not sure.
19    Q.   What about a guy named Bo?
20    A.   That's my cousin.  He was the one that
21 was there.
22    Q.   I want to ask you some questions about
23 that.  You are told by, is it Bo or Sandy, that
24 there is people?
25    A.   We called him Bo but his name was Sandy

26 (Pages 98 - 101)

Page 102

1 Bo Quinn.
2   Q.   Okay.  Got it.  I Sandy is a male?
3   A.   Yes.
4   Q.   Thank you.  Thank you.  So Sandy Quinn
5 tells you what?  The best you can recall.
6   A.   He called my sister's house and he said
7 hey, I can't say what he called them, but he said
8 three people came here, it was two detectives and
9 a woman, and the woman told me to tell you to get
10 in contact with her, and if you didn't, she was
11 going to arrest you and take your children from
12 you.
13   Q.   What you just described just now, was
14 that the first time someone had threatened to
15 take your kids away?
16   A.   Yes.
17   Q.   Golubski never threatened to take your
18 kids away?
19   A.   No.
20   Q.   So, that obviously scares you and you
21 get in contact with Rosie Quinn?
22   A.   Yes.
23   Q.   She is also -- is she an aunt?
24   A.   Cousin.
25   Q.   Cousin.  She is older than you?

Page 103

1   A.   Yes.
2   Q.   And she has her law license, she is an
3 attorney?
4   A.   Yes.
5   Q.   And she tells you yes, you probably
6 ought to go ahead and talk to these people that
7 want to talk to you, right?
8   A.   Yes.
9   Q.   You don't know who -- you don't actually
10 know who was at your door, but you assume it was
11 Terra Morehead?
12   A.   Yes.  She left a card.
13   Q.   Do you know who the guys were with her?
14   A.   Sandy said it was Golubski, because he
15 knew him.  But he didn't call him that, but he
16 said it was Golubski and another guy and her.
17   Q.   Other than Sandy Quinn telling you one
18 of the two was Golubski, you don't have any other
19 way of verifying that?
20   A.   No.
21   Q.   Is Sandy Quinn around?
22   A.   He is deceased.
23   Q.   He is deceased?
24   A.   Yes.
25   Q.   So, how did you get in touch with Terra

Page 104

1 Morehead?
2   A.   I called, used the card and called.
3   Q.   She says what, come on, you need to come
4 down here and talk to me?
5   A.   Yes, that it was urgent.
6   Q.   Do you know how long this was before the
7 jury trial?
8   A.   No, I don't.
9   Q.   But you do go down and meet with Terra
10 Morehead?
11   A.   Yes.
12   Q.   When you meet with Terra Morehead, she
13 shows you the photos?  Or just in your own words,
14 tell me about the first meeting with Terra
15 Morehead?
16   A.   When I got there she had me sitting
17 there for a minute.  She had called me back into
18 the room and we were sitting there, and then she
19 started asking me about what had happened.  And
20 she had told me about that they had Lamonte in
21 custody and they had the clothes and the gun.
22 And then I was, like, I'm not sure.
23       And that's when she pulled out the
24 picture of the crime scene and she spread it out
25 on the table and was, like, don't you want

Page 105

1 somebody to be held accountable for this?  It was
2 just the way that she was doing it.  Don't you
3 want something to be done?  Don't you want
4 somebody to be convicted?  And I just started
5 crying.  I said I didn't need to see these
6 pictures because I was there, I know what they
7 looked like.
8       And I had told her I didn't think it was
9 Lamonte.  And she once again pulled out more
10 pictures, laid more on the table, was just saying
11 don't I want somebody to be held accountable, and
12 that they knew they had the right guy and I
13 needed to testify; and if I didn't, that she was
14 going to throw me in jail and take my children.
15   Q.   Did she say anything about perjury?
16   A.   Yes, she would get me for perjury.  No,
17 I don't think she said it then.  I don't think
18 she said it then.
19   Q.   So you have this meeting with Terra
20 Morehead that you just described.  Then do you
21 have another meeting with Terra Morehead prior to
22 actually being in the courthouse to testify?
23   A.   I don't recall the last time I talked to
24 her.  I believe it was in the courtroom before I
25 went out to testify.

27 (Pages 102 - 105)

Page 106

1    Q.  Okay.  Backing up to the meeting you
2  just described where she keeps showing you the
3  photos and asking you or telling you don't you
4  want someone to pay for this.  Did you
5  definitively say it wasn't Lamonte McIntyre at
6  that meeting, or are you just more like, I'm not
7  really so sure?
8    A.  I said I really wasn't for sure.
9    Q.  So the next time you talked to Terra
10 Morehead in any fashion would have been at the
11 courthouse when you were there to testify, is
12 that right?
13   A.  Yes.
14   Q.  There is not another meeting in between
15 you don't think?
16   A.  No, there wasn't.
17   Q.  I do want to ask about one thing on
18 Exhibit 128, paragraph 22.
19   A.  On which page?
20   Q.  Page 3.
21       MR. HOFFMAN:  He is asking you 128
22 and you are on 129.  Here you go.
23   A.  You said page what?
24   Q.  (By Mr. Gist)  Paragraph 22, page 3.
25 Take your time to read that.

Page 107

1    A.  Yes.
2    Q.  In this paragraph you are describing the
3  pressure -- you are talking about the, I'm sorry,
4  what Sandy Quinn told you that Terra Morehead had
5  come by your house, apartment.  Specifically what
6  I wanted to ask you about it says Sandy Quinn --
7  "They told my cousin, Sandy Quinn, that if I did
8  not testify to what I had said in my statement."
9  Do you see that?
10   A.  Yes.
11   Q.  I'm unaware of any like -- my
12 understanding of statement, I'm unaware of any
13 like statement you gave in this case.  But I'm
14 presupposing it was your testimony at this
15 hearing.  Did you have any understanding of what
16 that was reference to, the statement?
17   A.  No.
18   Q.  I think I know the answer, but just
19 sitting here today you are unaware of any like
20 statement you gave back then that we haven't gone
21 over today?
22   A.  I'm not -- it is all like a blah to me.
23   Q.  So, you go to trial and you try to tell
24 Terra Morehead a second time that I don't think
25 Lamonte did it, is that correct?

Page 108

1    A.  I think that was the third time.  It may
2  have been the second.
3    Q.  I don't know.  You described the meeting
4  where she kept showing you the photos.
5    A.  Yes.
6    Q.  That's the first time you would have
7  told her I don't think Lamonte did this?
8    A.  Yes.
9    Q.  When was the second time?
10   A.  When we were in the courtroom.
11   Q.  But that's -- you are in the courtroom
12 but is that like during the trial or?
13   A.  I don't recall what it was.  I just
14 remember her talking to me before I went out and
15 I told her that he didn't do it because he was
16 too tall and his ears was too big.  And the guy
17 that killed my cousin did stand, you could see
18 this much of his face, he didn't stand that tall
19 over that Cadillac.
20   Q.  What is Terra Morehead's response?
21   A.  She pointed her finger at me and told me
22 we are going to do what we said we was going to
23 do prior to this, and if you don't, she said I
24 will send them right now to go get your kids and
25 throw your black ass in jail, you will never see

Page 109

1  your kids again.  And I started crying.
2    Q.  Do you recall after she said that or
3  shortly after that do you go back in the
4  courtroom and testify?  I'm just trying to figure
5  out if this is a different date.
6    A.  We go inside of the court and testify.
7    Q.  And you testify as you did at trial?
8    A.  Well, what she told me was that we were
9  going to go over what was said at the previous
10 trial, I guess.
11   Q.  Okay.  I'm just a little confused on how
12 many times you would have talked to Terra
13 Morehead.  So we have talked about the one at her
14 office where she shows the photos.  You just
15 described her, sounds like it is outside the
16 courtroom, like in a witness room maybe?
17   A.  Yes.  And I remember her -- I was in a
18 room and we were going in, where she come and get
19 me and say I'm next, and that's when I was
20 telling her then I don't think he did it.
21   Q.  That's the second time, the one you just
22 described now, right?
23   A.  Yes.
24   Q.  Is there a third one?
25   A.  When we was sitting, when I was sitting

28 (Pages 106 - 109)

Page 110

1 on the witness stand, and she looked at me and
2 gave me that look like if you don't do it, I'm
3 going to send them to go get your kids.
4   Q.  At that point in time is like the jury
5 in the room?
6   A.  Yeah.  But I do believe she did a recess
7 somewhere in there.
8   Q.  So what I would like you to do is go
9 back to 124, that's the transcript, and look at
10 page, the bottom of page 31, starting on page 31,
11 line 20, and if you could just read the bottom of
12 page 31, line 20 to page 32, line 7.
13   A.  Read it from --
14   Q.  You don't have to read it out loud.
15 Just read it to yourself.  Line 20 where it says,
16 "And when we got there," and just read that down
17 to page 32, line 7.
18   A.  Yes.
19   Q.  It seems to me that you are saying you
20 tried to tell the judge that it wasn't him.  Is
21 that correct?
22   A.  I was sitting there like this on the
23 stand and I'm looking at her and I'm like, no, he
24 didn't do it, just like that.  And she looked at
25 me, and she mouthed, like, I'm going to get your

Page 111

1 kids.
2   Q.  And this is like --
3   A.  In the court.
4   Q.  The jury is there?
5   A.  Yes.
6   Q.  Did the judge say anything?
7   A.  No.
8   Q.  You referenced the judge being an older
9 white guy.  It is my understanding the judge was
10 African American.
11   A.  It may have been.  Like I said, I'm not
12 sure, because it was two different.
13   Q.  So you get done testifying, you leave,
14 we are done with that part.  I want to move on to
15 what happened after the trial.  Do you want to
16 say something?
17   A.  After the trial when I left the trial?
18   Q.  Yes.  I'm just saying I'm done asking
19 questions about the trial, so I want to move to
20 after the trial.
21   A.  Okay.
22   Q.  You feel really -- you have a lot of
23 guilt and you feel horrible about what happened,
24 correct?
25   A.  Yes.

Page 112

1   Q.  And you talk to some people and explain
2 to them that Lamonte didn't do it.  One of those
3 people was Oscar Whitmore?
4   A.  It may have been.  But when I walked out
5 of the courtroom I told the family they made me
6 lie, she made me lie.  And they asked me what
7 happened.  I said she told me that she was going
8 to take my children from me and throw me in jail.
9 And I walked home.
10   Q.  The family you told that to, can you
11 remember specifically who that was would have
12 been?
13   A.  It was my cousin Neecie, Bessie, which
14 is his grandmother, Donny's grandmother, and I'm
15 not sure if Gloria was there.  But there was a
16 series of people in the hallway and I told them
17 what she said and what she did.
18   Q.  When you said the family, I guess that's
19 the Quinn family, not the McIntyre family?
20   A.  Yes.  The McIntyre family was like on
21 the other side of the hallway.
22   Q.  Are any of the persons with the Quinn
23 family that you told right outside the courtroom
24 that you just described, are any of them alive?
25   A.  Yes.

Page 113

1   Q.  So if they remember, they could
2 certainly corroborate that story?
3   A.  Yes.
4   Q.  And those people would be?
5   A.  Neecie Quinn -- I mean Neecie Hawthorne,
6 and I think Gloria LaBott was out there.
7   Q.  Did you and C-Love have a split-up over
8 this murder in any way?
9   A.  No.
10   Q.  Had nothing to do with that?
11   A.  No.
12   Q.  So after trial you leave the courthouse.
13 Do you see the killer at Mrs. B's at some point?
14   A.  The club?  I seen him standing in front
15 of Pete's Barbershop on 18th and Quindaro.
16   Q.  Is that the same barbershop as Pete
17 Davis, Jr.?
18   A.  Yes.
19   Q.  At some point in time you and Pete
20 Davis, Jr. are --
21   A.  In a relationship.
22   Q.  -- in a relationship.  Do you recall the
23 time period?
24   A.  Late 2000 to maybe 2002.  Then when he
25 came home we messed around a little bit more and

29 (Pages 110 - 113)

Page 114

1 it was off and on until like about 2013, 2012
2 when he went back to prison.
3    Q.   So not continuously, but some in some
4 fashion you and Pete Davis, Jr. were friends or
5 more for about, what, 12 years or so?
6    A.   Yes.
7    Q.   Pete Davis, Jr. was like really really
8 good friends with Monster?
9    A.   Yes.
10    Q.   So that must have been a little weird,
11 right?
12    A.   Yes, it was.
13    Q.   But did you ever tell Pete Davis, Jr.,
14 at any point in time did you ever tell Pete
15 Davis, Jr., like, I know your buddy did it,
16 anything like that?
17    A.   No.
18    Q.   Did you ever tell him that you thought
19 C-Love was behind it?
20    A.   No.
21    Q.   You just didn't talk about it?
22    A.   Not to Pete.
23    Q.   Backing up to Oscar Whitmore.  He is
24 just someone you knew, a friend?
25    A.   Yes.  That's how I met James, James

Page 115

1 McIntyre.
2    Q.   You already knew James, but Oscar got
3 you in touch with James?
4    A.   No. I knew Oscar first.  We grew up in
5 the same neighborhood.
6    Q.   Right.  But you knew James McIntyre
7 before the trial?
8    A.   Oh yes.
9    Q.   So Oscar just helps you get like in
10 contact with James McIntyre after the trial?
11    A.   Yes.
12    Q.   And you tell James that you are sorry, I
13 know your brother didn't do it, that type of
14 thing?
15    A.   And I needed to talk to his mom.
16    Q.   How long was that after the trial that
17 you would have gotten in touch with James?
18    A.   Immediately.
19    Q.   And then how long would it have been
20 after the trial that you got in touch with Rose
21 McIntyre?
22    A.   I can't recall.
23    Q.   But it wouldn't have been like several
24 years later?
25    A.   No more than a year.

Page 116

1    Q.   At any point in time did James McIntyre,
2 did he get mad at you?
3    A.   He was more so, I guess, he said
4 disappointed, upset.  But as far as mad, no,
5 because he still always spoke to me.
6    Q.   Did he ever say that he thought you were
7 covering for C-Love?
8    A.   No.
9    Q.   Had you ever heard that from words on
10 the street was that people thought you were
11 covering for C-Love about these murders?
12    A.   Not covering for him.  But I was told by
13 a family member or something they were saying
14 that C-Love had did it because the person that
15 did it supposed to have came out of one of the
16 back doors of our home.
17    Q.   Do you remember who told you that, where
18 you heard that from?
19    A.   I don't remember.
20    Q.   You personally, have you ever at any
21 point in time thought that C-Love might have
22 something to do with these murders?
23    A.   I accused him; but no, he didn't do it.
24    Q.   You described seeing -- you are sure it
25 was Monster you saw in front of the barbershop,

Page 117

1 right?
2    A.   Yes.
3    Q.   Do you remember at any point in time
4 thinking you saw the killer Monster, or anyone
5 for that matter, at the club, Mrs. B's?
6    A.   I don't recall.  I was doing a lot of
7 drinking back then, so, I don't recall.
8    Q.   I asked you earlier about a lady by the
9 name of Carolyn Adams.  I think your answer was
10 you didn't recall her.
11    A.   No.
12    Q.   She was a private investigator that Rose
13 had hired.  And according to this one document
14 you might have met or you did meet with her.  But
15 you don't remember that?
16    A.   I remember meeting with her and somebody
17 but I'm not sure who it was, at a Ponderosa,
18 Perkins, something.  It was out on 78th and
19 State.
20    Q.   And to the best of your recollection was
21 that only like maybe a couple of few months after
22 the trial, or you just don't know?
23    A.   I'm not sure.
24    Q.   But in total, let's say, I'm going to
25 narrow this down to like '96 because that's when

30 (Pages 114 - 117)

1 you gave that first affidavit, about two years,
2 how many times do you think you talked to Rose
3 McIntyre?
4    A.  Maybe about twice, if I'm not mistaken.
5 It would have been two times.
6    Q.  Would you have gotten into like detail
7 with her about what really happened or anything
8 like that?
9    A.  No.  I just told her that I know Lamonte
10 didn't do it.
11    Q.  Would Golubski have come up in any of
12 your conversations with Rose McIntyre?
13    A.  No.
14    Q.  So, I did want to ask you a little bit
15 about, sorry to bring this up, I want to ask you
16 a little bit about your sister, Stacy Quinn.  I
17 understand she was murdered around, I think it
18 was 2000?
19    A.  Yes.
20    Q.  Did you go to the trial?
21    A.  Yes.
22    Q.  And the defendant was Marcus Washington,
23 is that right?
24    A.  Yes.
25    Q.  Did you go to the entire trial, or do

1 you remember?
2    A.  We went to the entire trial.
3    Q.  So, it is my understanding, and correct
4 me if I'm wrong, that you believed the police
5 maybe were behind your sister's murder?
6    A.  Yes.
7    Q.  Marcus Washington did admit to actually
8 shooting your sister, did he not?
9    A.  Yes.
10    Q.  Did you believe he was maybe making that
11 up, or do you believe the police were involved in
12 some other way?
13    A.  I believe the police was involved.
14    Q.  Can you explain just how and why.
15    A.  My sister went to jail for being at a
16 drug house in '99.  I went to the trial.  The
17 judge told her he was tired of seeing her in
18 front of him, he wanted her to go get cleaned up.
19 He gave her 37 months in prison.  She never left
20 Wyandotte County jail.
21        Every time she called me, she called me
22 collect.  This particular day, maybe late
23 November, early December, she calls me straight
24 through, tells me she needs $100 and they said
25 that they will release her.  I said how are you

1 calling me?  She said I'm using somebody's office
2 phone.  Who's?  She wouldn't tell me.  So she
3 says sis, I need $100 and they said they will
4 release me.
5        I said that don't sound right.  So I
6 hung up with her and called my sister Liz and
7 told Liz what she said.  Liz said she got to be
8 snitching, was the first thing.  Before I could
9 even hang up the phone with my sister Liz, Stacy
10 came walking through my door.
11        I asked her how she got there.  She said
12 she had a ride.  Later on she is in the shower
13 changing, in the bathroom changing.  Another lady
14 came in and she said Golubski just dropped Stacy
15 off on the back street.
16    Q.  That person, who told you that?
17    A.  Her name was Diane.
18    Q.  Do you remember her last name?
19    A.  Lucas.
20    Q.  Do you know if she is still around?
21    A.  Yes.
22    Q.  Diane Lucas is still around?
23    A.  Yes.
24    Q.  So, and I'm asking you just for your
25 opinion.  Do you doubt that Marcus Washington

1 actually shot your sister?
2    A.  Yes, I doubt it.
3    Q.  Do you remember him testifying at the
4 trial, though?
5    A.  Yes.
6    Q.  And he admits to doing it, he just said
7 he had a legal reason to do it, right?
8    A.  Yes.
9    Q.  You just think he was making that up?
10    A.  Yes.
11    Q.  I'm probably in a position to pass the
12 witness soon, but I have one other area I wanted
13 to talk to you about.  Fast forwarding to about
14 2003, I think, you were with Charlie Harris at
15 that time, is that correct?
16    A.  Yes.
17    Q.  So, my understanding is you are with
18 Charlie Harris and then you go out of town down
19 to like Florida with maybe your dad?
20    A.  Yes.
21    Q.  And then you are back in town and you
22 run into Golubski at like, was it like as Osco
23 Drug?
24    A.  Yes.
25    Q.  The tape wasn't clear where it was.  You

31 (Pages 118 - 121)

Page 122

1 see him at Osco Drug and he starts telling you
2 that Charlie Harris is running drugs out of your
3 house.
4    A.   Yes.
5    Q.   And he tells you that they have got
6 surveillance, they have got a lot of info, you
7 really ought to, I'm paraphrasing but I want you
8 to tell me if I have it wrong, but is basically
9 telling you you need to get out or whatnot or you
10 are going to go to jail.
11    A.   Yes.
12    Q.   And you actually took his advice, right?
13    A.   Yes.
14    Q.   So, you actually got up out of there and
15 left that residence, wherever that was at the
16 time?
17    A.   3063 North 29th, yes.
18    Q.   Then Charlie Harris thereafter was
19 apprehended for drugs, or not?
20    A.   I believe so.  I had broke up with him.
21    Q.   Did you break up with him over what
22 Golubski had told you?
23    A.   Just a number, that and a number of
24 things.
25    Q.   So, and if you want to refer to it,

Page 123

1 that's fine, I don't know if you need to.  I'm
2 looking at pages 34, 35 of this, of that one, of
3 that exhibit, 124.  The way I took it was that he
4 actually was kind of helping you out here.  Did
5 you take it that way, or did you take it another
6 way?
7    A.   I didn't know how to take it.  Because
8 my thought was he was guilty about what happened
9 to my sister.
10    Q.   You believed then and you believe now
11 Golubski had something to do with your sister's
12 death?
13    A.   Yes.
14    Q.   With respect to the meeting at Osco,
15 though, that did in some fashion lead to you
16 getting out of the drug culture?
17    A.   Getting out of the relationship and
18 moving.
19    Q.   But then within a few years of that you
20 were no longer involved in the drug gang?
21    A.   Right.
22    Q.   But that doesn't -- I don't know.  I
23 will withdraw that.  So, your sister's murder
24 aside, going back to the Lamonte McIntyre case.
25 Did you feel Roger Golubski did anything improper

Page 124

1 with you?
2    A.   He stalked me from 1994 to 2010 when I
3 left Kansas City.
4    Q.   By stalked you, what do you mean by
5 that?
6    A.   Everywhere I would go I would see him, I
7 don't care if it is 2:00, 3:00 o'clock in the
8 morning.  He would come sit on my porch, he would
9 stand in front of my house.  And it is not a
10 coincidence that if I go somewhere, Shawnee
11 Mission Walmart or wherever, that he is there.
12    Q.   Did the stalking start after the Lamonte
13 McIntyre trial?
14    A.   After the Stacy Quinn trial.
15    Q.   Okay.  That was a few years after
16 Lamonte's trial?
17    A.   Right.
18    Q.   I don't want to ask, but I have to ask,
19 did he make sexual advances toward you?
20    A.   Yes.
21    Q.   Did he ever use any kind of physical
22 force with you?
23    A.   No.
24       MR. GIST:  I know some of the other
25 attorneys have questions for you, and there is a

Page 125

1 decent chance when it goes around I may have some
2 more later.  But I do genuinely want to thank you
3 for coming here this morning and everything.  I
4 know this was not a lot of fun.  But I have no
5 further questions.
6       (Discussion off the record.)
7       THE VIDEOGRAPHER:  The time is
8 12:17 p.m. and we are going off the record.
9       (Lunch recess was taken.)
10       THE VIDEOGRAPHER:  The time is 1:08
11 p.m., and we are back on the record.
12    Q.   (By Mr. Gist)  Ms. Quinn, we are back on
13 the record after a lunch break.  I just have a
14 few more follow-up questions.  You mentioned
15 about the night before the murders having a bad
16 dream and I thought you referenced your cousin,
17 Odie.
18    A.   No, it was the day, the morning of the
19 murder and Odie was Chris's cousin.
20    Q.   Thank you.  Do you know his real name?
21    A.   Odell something.  I'm not sure.
22    Q.   Back in 1994 did you have any
23 understanding of what the relationship was
24 between Ace and Cecil Brooks?
25    A.   No.

32 (Pages 122 - 125)

Page 126

1    Q.   The shooter had a ball cap on, is that
2    correct?
3    A.   Yes.
4    Q.   Was it forward or backward ball cap?
5    A.   Forward.
6        MR. GIST:  That's all I have.
7    Thank you.  No further questions.
8        EXAMINATION
9    BY MS. EVERS GUERRA:
10   Q.   Ms. Quinn, my name is Beth Evers Guerra
11   and I represent several of the other officers
12   that have been named in this lawsuit.  Real quick
13   before I forget, besides your attorney, did you
14   speak with anybody over the lunch hour about your
15   testimony today?
16   A.   No.
17   Q.   Did you review any additional documents,
18   other than what you have already discussed with
19   Mr. Gist, over the lunch hour?
20   A.   No.
21   Q.   I'm going to name for you -- I'm going
22   to list to you the officers that I represent and
23   I want to know whether you know them.  I'm going
24   to start with James Krstolich.  Do you know James
25   Krstolich?

Page 127

1    A.   No.
2    Q.   Do you have any information or personal
3    knowledge about him with regards to the Kansas
4    City, Kansas Police Department?
5    A.   No.
6    Q.   Next officer is Clyde Blood.  Do you
7    know him?
8    A.   No.
9    Q.   Do you have any information or personal
10   knowledge regarding him with the Kansas City,
11   Kansas Police Department?
12   A.   I have just heard of him.
13   Q.   What have you heard about Clyde Blood?
14   A.   Not good, nothing good.
15   Q.   Tell me more about that.
16   A.   Just that he was one of the officers
17   that bullied black men and took money from them.
18   Q.   Who told you that?
19   A.   People on the street.
20   Q.   Do you have any names of anybody in
21   particular that told you this about Clyde Blood?
22   A.   No.
23   Q.   Do you have any other -- any kind of
24   documentation, anything that could support this
25   statement from these people on the streets that

Page 128

1    he bullied black men?
2    A.   No.
3    Q.   Do you know what Clyde Blood looks like?
4    A.   No.
5    Q.   Do you know the timeframe wherein these
6    folks indicated that Clyde was doing these kinds
7    of things to black men?
8    A.   No.
9    Q.   And when you say bullied, do you have
10   any other additional information, or just
11   generally that he bullied?
12   A.   Just bullied.
13   Q.   Do you know where these incidents took
14   place?
15   A.   No.
16   Q.   You have never personally had any
17   interactions with Clyde Blood, is that correct?
18   A.   No, because I haven't seen him.  I don't
19   know what none of the officers -- I know what
20   they look like but I don't know their names.
21   Q.   Okay.  So let me summarize this.  The
22   extent of your knowledge regarding Clyde Blood is
23   that some folks, you don't know who, had told you
24   that he would bully black men?
25   A.   Yes.

Page 129

1    Q.   Anything else?
2    A.   No.
3    Q.   What about, I'm going to give you
4    another name, Steve Culp.  Do you recognize the
5    name Steve Culp?
6    A.   No.
7    Q.   Fair to say you don't have any
8    information regarding his involvement with the
9    Kansas City, Kansas Police Department, is that
10   true?
11   A.   Yes.
12   Q.   The next officer is Dennis Barber.  Do
13   you know Dennis Barber?
14   A.   No.
15   Q.   Do you have any information regarding
16   Dennis Barber's connection with the Kansas City,
17   Kansas Police Department?
18   A.   No.
19   Q.   The next officer is James Brown.  Do you
20   know James Brown?
21   A.   No.
22   Q.   Do you have any information regarding
23   James Brown with the Kansas City, Kansas Police
24   Department?
25   A.   No.

33 (Pages 126 - 129)

Page 130

1    Q.   W.K. Smith, do you know W.K. Smith?
2    A.   No.
3    Q.   Do you have any information regarding
4  his work with the Kansas City, Kansas Police
5  Department?
6    A.   I heard of Officer Smith but I don't
7  know if it is the same person, so no.
8    Q.   The last officer I represent is Dennis
9  Ware.  Do you know Dennis Ware?
10   A.   No.
11   Q.   Do you have any information regarding
12 his work with the Kansas City, Kansas Police
13 Department?
14   A.   No.
15   Q.   I have a few areas of follow-up I would
16 like to ask you about.  Earlier Mr. Gist played
17 for you the audio of, a brief audio statement
18 that was taken of you on the day of the murder.
19 In the background we heard a woman I believe said
20 something along the lines of "is this over, I'm
21 trying to get to the hospital."  Did you hear
22 that?
23   A.   Yes.
24   Q.   Do you know who that was?
25   A.   That was my Aunt Freda.

Page 131

1    Q.   Aunt Freda.  You testified earlier that
2  you had informed officers after the murder that
3  you had witnessed it but your Aunt Freda and some
4  other family members were telling you don't talk,
5  is that correct?
6    A.   Yes.
7    Q.   And I will submit to you that, I know
8  I've asked you if you have any information about
9  W.K. Smith.  He was the detective who took that
10 audio statement immediately after the murder.
11 You earlier testified that even after listening
12 to the audio, you have no recollection of the
13 statement.  Is that fair to say?
14   A.   Yes.
15   Q.   So, fair to say you have no idea what,
16 if anything, you told W.K. Smith before he pushed
17 record, is that correct?
18   A.   Yes.
19   Q.   I'm going to ask you a few of the things
20 alleged about W.K. Smith in the Second Amended
21 Complaint.  Given your lack of recall regarding
22 this statement generally, it is fair to say that
23 you don't have any information to support this
24 allegation that Detective Smith purposely failed
25 to ask you particular details regarding the

Page 132

1  shooter's appearance, is that correct?
2    A.   Rephrase that.
3    (The previous question was read back.)
4    A.   Correct.
5        MR. ABRAMS:  I object to the form.
6    Q.   (By Ms. Guerra) You said correct?
7    A.   Yes.
8    Q.   And it is also fair to say you don't
9  have any information to support the allegation
10 that Detective Smith purposely failed to ask you
11 whether you knew the motive of the shooting when
12 taking your initial statement, is that true?
13       MR. ABRAMS:  Object to the form.
14   A.   No.
15   Q.   (By Ms. Guerra) Well, you would agree
16 with me, we already reviewed this portion of your
17 statement, but if you want you can take a look
18 again at Exhibit 125, on the third page wherein
19 Detective Smith asked you whether you knew the
20 people in the Cadillac, your cousin included,
21 were having any difficulties with anyone and you
22 told him you did not, correct?
23   A.   Correct.
24   Q.   You certainly don't have any information
25 to suggest that W.K. Smith deliberately failed to

Page 133

1  interview your sister, Stacy, correct?
2    A.   I don't know if he interviewed her or
3  not.
4    Q.   My question to you is, you don't have
5  any information to suggest that W.K. Smith
6  purposely or deliberately failed to interview
7  her, is that correct?
8    A.   Correct.
9    Q.   I know you earlier testified that the
10 evening of the murders you did get high on PCP
11 with your uncles, correct?
12   A.   My uncle and my sisters.
13   Q.   You also spoke with the District
14 Attorney's office in 2017, and on page 22 of
15 Exhibit 124, you can review that if you want, you
16 also indicated that you had been drinking and
17 hadn't been asleep for days.  Do you remember
18 that?
19   A.   Yes.
20   Q.   These two officers come to your house
21 the following morning at 8:00 a.m. to ask you
22 some is questions, is that correct?
23   A.   Correct.
24   Q.   You mentioned that one of the officers
25 was Detective Golubski, correct?

34 (Pages 130 - 133)

Page 134

1    A.   Yes.
2    Q.   Do you know who the second detective was
3  who met with you and Detective Golubski the
4  morning after the murder?
5    A.   No.
6    Q.   Can you describe, do you have any memory
7  of what he looked like?
8    A.   No.
9    Q.   Do you have any recollection of this
10  detective, what his voice sounded like, anything
11  like that?
12    A.   No.
13    Q.   I want to break down, I know Mr. Gist
14  already asked you some questions about this, but
15  I'm curious as to which detective did what when
16  they met with you the morning after the murder.
17  So can you break down for me who was showing the
18  photos, who was speaking with you, to the best of
19  your recollection?
20      MR. ABRAMS:  I will object, that's
21  been asked and answered.  The testimony speaks
22  for itself.
23    A.   I don't remember.  I don't recall.
24    Q.   (By Ms. Guerra) You don't recall which
25  officers spoke with you the morning after the

Page 135

1  murder?
2    A.   I don't recall.
3    Q.   And you don't recall which officer
4  showed you the photos?
5    A.   I don't recall.
6    Q.   You just vaguely recall that it was
7  Detective Golubski and another detective who came
8  to your door the day after the murder?
9    A.   Yes.
10    Q.   You earlier had shown for us how you
11  were holding the two photos that remained in your
12  hands.  Can you show that to me again?
13    A.   I was just holding them like this.  And
14  I was looking at this picture was the picture of
15  Lamonte and I was looking at this one.  And I was
16  just looking at the pictures and I was fixed on
17  the Lamonte picture.  And then I gave them back
18  the pictures and told them I didn't know who it
19  was.  And that's when the officer, whoever it
20  was, took the picture and was like, you know who
21  it is, what did Ruby say the man's name was?  And
22  he put the picture up and I said Lamont.  And on
23  the back of the picture you could see Lamonte's
24  name on the back of the picture and some date.
25    Q.   You recall that occurring, but is it

Page 136

1  your testimony that you don't recall whether it
2  was Golubski or the other officer who showed you
3  the photo and said that to you?
4    A.   I don't recall.
5    Q.   Have you ever seen that other officer
6  since, the second officer?
7    A.   I don't even remember what he looked
8  like.
9    Q.   Is there anything else you remember
10  about that second officer, the one other than
11  Golubski?
12    A.   No.
13      MS. EVERS GUERRA:  I don't think I
14  have any other questions for right now.
15      EXAMINATION
16  BY MR. COOPER:
17    Q.   Ms. Quinn, my name is David Cooper.  I
18  represent the Unified Government in this
19  litigation.  I notice since we have come back
20  from lunch you have been checking your watch a
21  lot.  Is there something that is distracting you?
22    A.   Well, my family trying to figure out
23  what's going on with me.
24    Q.   Do you need to take a break so you can
25  contact them and say I'm going to be here for

Page 137

1  awhile?
2    A.   No.
3    Q.   Just a quick side note before I get into
4  some of the questions that I intend to ask you,
5  Ms. Quinn.  Immediately after the shooting and as
6  the police are showing up, I understood your
7  testimony this morning to be something along the
8  lines of the police asked who saw this or who saw
9  it.
10    A.   Yes.
11    Q.   And am I correct in understanding that
12  you told an officer, regardless of who it was,
13  that you saw the shooting occur?
14    A.   Yes.
15    Q.   So, by the time Freda and Lela and
16  C-Love were telling the police she didn't see
17  nothing, you had already told the police you had
18  seen something?
19    A.   Yes.
20    Q.   Did Stacy Quinn volunteer to the police
21  that arrived that she had seen the shooting?
22    A.   Yes.
23    Q.   Where was Stacy, if you know, when the
24  detective was taking that recorded statement from
25  you while Freda was talking about getting to the

35 (Pages 134 - 137)

Page 138

1 hospital?
2    A.  Everybody was standing basically more so
3 in my yard.
4    Q.  Describe the circumstances for us, if
5 you can, about what was going on while that
6 interview was taking place and we heard Freda's
7 voice.
8    A.  It was chaos.
9    Q.  What do you mean by chaos?
10    A.  Everybody was crying.  My grandmother
11 and them got to the scene, at that time the
12 family started gathering, just, it was about a
13 hundred or some people out there.
14    Q.  You knew that Doniel and Donald Ewing
15 had gone to a hospital; true?
16    A.  Yes.
17    Q.  Who went to the hospital after that
18 recording ended?
19    A.  It was myself, Freda, my sister Liz, and
20 Stacy.
21    Q.  And I get the sense from just hearing
22 Freda's voice on the recording that you were
23 wanting to get that interview over so you could
24 get to the hospital, is that a true statement?
25    A.  Yes.

Page 139

1    Q.  I want to get an understanding of what
2 you mean when you say grade school.  When you
3 spoke to the District Attorney's office you
4 talked about seeing -- not having seen Neil
5 Edgar, Jr. or Little Man since grade school.
6 When you say grade school, what did that mean to
7 you?
8    A.  Elementary school.
9    Q.  And in Kansas City, Kansas the public
10 schools, elementary school is kindergarten
11 through 5th grade?
12    A.  Yes.
13    Q.  The middle schools are what grades?
14    A.  6th through 8th.
15    Q.  High school is 9 through 12 then?
16    A.  Yes.
17    Q.  Did you ever attend the same school as
18 Neil Edgar, Jr. or Little Man?
19    A.  Yes.
20    Q.  During what period of time?
21    A.  I was in the maybe 4th grade or 5th and
22 he was in kindergarten or first grade.
23    Q.  That makes me ask a question, please
24 don't be insulted by this.  But if you are in the
25 4th grade and he is in kindergarten, did you get

Page 140

1 held back at school?
2    A.  No.
3    Q.  Are you six years older than him?
4    A.  Right.  He was in -- he was in
5 kindergarten, pre-K.
6    Q.  Pre-K is not kindergarten.
7    A.  Well, he was in kindergarten, I maybe
8 was in the 5th.  I was maybe in the 5th grade.
9    Q.  So when you were telling the District
10 Attorney that the last time before the shooting
11 that you had seen Neil Edgar, Jr., would have
12 been when he is in kindergarten or before?
13    A.  Yes.
14    Q.  What was the address of the building,
15 the home that you actually lived in in April,
16 1994?
17    A.  I believe it is 3018 Hutchings.
18    Q.  So when the statement that we saw
19 earlier says it was taken at 3016 Hutchings, that
20 would be the address of the house next door?
21    A.  I thought she said 3020.
22    Q.  If you look at 125, first page, top, it
23 lists 3016 Hutchings.
24    A.  It was 3018 Hutchings, I believe.
25    Q.  If I'm understanding, going down the

Page 141

1 street there is your house, 3018, Ruby's house,
2 the vacant house, and your mother's house?
3    A.  Yes.
4    Q.  In that order?
5    A.  Yes.
6    Q.  What was the name of the person who was
7 guarding the door at your house while you were
8 walking down the street?
9    A.  Bernard Crawford, Sr.
10    Q.  Were your children home or in school?
11    A.  My children was on the porch playing
12 when it happened.
13    Q.  If I put all of the fact that Bernard
14 Crawford was guarding your door, you were running
15 a handful of drug houses at the time, am I to
16 understand that at that time, 1994, you were
17 conducting drug sales out of that house as well?
18    A.  I lived at that house.
19    Q.  So you weren't selling drugs at that
20 house, you just had somebody guarding your place
21 of residence?
22    A.  Yes, because my children was there.
23    Q.  Why would you have somebody from your
24 crew guarding your children at your home?
25    A.  That was just the thing to do.  He is a

36 (Pages 138 - 141)

Page 142

1 cousin, my kids were there, my sister was there,
2 so somebody answer the door because I never
3 answered the door.
4     Q.   Why did you never answer the door in
5 1994?
6     A.   I didn't trust nobody.
7     Q.   You mentioned earlier you sold both
8 crack cocaine and some weed from your drug
9 houses.  Did you also sell powder cocaine?
10     A.   No.
11     Q.   Did your crew buy powder cocaine and
12 cook the crack, or did you buy the crack?
13     A.   I would rather not say.
14     Q.   Doniel Quinn, when the house he was
15 working at was either out of money or out of
16 drugs, would bring customers to your houses?
17     A.   Yes.
18     Q.   With the various statements saying you
19 were at the driveway, you were at the tree, you
20 were at the street, were you standing on the
21 curb, inside the curb, in the street, below the
22 level of the curb, at the time of the shooting?
23     A.   I can't really recall that.  I just know
24 I was by the tree.
25     Q.   Was the shooting directly across from

Page 143

1 you or a little ways down?
2     A.   It was at an angle from me.
3     Q.   When the car backed up, did it back up
4 to being even with you where you were standing at
5 the time the shooting started, or not that far,
6 or farther?
7     A.   It was a little bit farther because.
8 So, I'm just going to try to give you a diagram.
9 So say, for instance, this is my mom's house
10 right here, right across the street from my mom
11 is some stairs.  Right maybe about five feet up
12 is a pole and they were like in the crevice,
13 there is a little small hill, they were like
14 about right there.  I guess he was going to try
15 to drive off and it was too late.  And when he
16 put it in park I guess it just rolled down right
17 to where the stairs was, like into an angle.
18     Q.   Was the shooting completely over, or was
19 the shooting still going on when Ruby Mitchell
20 said oh my God, it's Lamont?
21     A.   It was over.
22     Q.   And I heard you say earlier that on the
23 first shot you started going back towards your
24 house?
25     A.   Yes.

Page 144

1     Q.   So when you heard oh my God, or oh my
2 God, it's Lamont, you turned around.  Were you
3 walking the other direction?  In other words, was
4 your back to the shooting, or how was your body
5 physically located?  I'm wanting to know what
6 your point of view was when Ruby said that.
7     A.   I was standing there.  She was holding
8 me.  And me and her, as she hold me, the guy is
9 running and we are looking at him, like facing,
10 we turned and looked at him, she said oh my God,
11 it is Lamont.  He turned, looked, and he picked
12 up the pace and started running.
13     Q.   So you saw the shooting and you knew the
14 name Lamont before the police ever got there;
15 true?
16     A.   Yes, from her.
17     Q.   When the police did get there and asked
18 you questions, you told them what you saw; true?
19     A.   Yes.
20     Q.   We won't play it again, you heard the
21 recording of the statement that you gave to the
22 police; true?
23     A.   Yes.
24     Q.   As you sit here today do you
25 independently recall the statement you gave to

Page 145

1 the police?
2     A.   I don't recall the statement.  But me
3 hearing my voice I had to give a statement.  But
4 at the time me giving a statement, my family was
5 get out of the car and come on, don't say
6 nothing.
7     Q.   That leads to the next question.  Where
8 were you -- were you in a car, standing on the
9 sidewalk?  Where were you when you gave the
10 statement?
11     A.   I was in the car, I believe.
12     Q.   Do you remember seeing Lamonte
13 McIntyre's photo on the news after he had been
14 arrested?
15     A.   I believe so, but it was like maybe a
16 couple of days later.
17     Q.   And again, your Aunt Freda Quinn was
18 deposed yesterday and she said that you and
19 Josephine and Lela saw the newscast the day of
20 the shooting and that they showed both a picture
21 of the car after Donny and Doniel had been taken
22 away and then a picture of Lamonte McIntyre as
23 the person who had been arrested.  Do you have
24 any recollection of that occurring?
25     A.   No, not the day of the shooting.

37 (Pages 142 - 145)

1    Q.  Freda testified that you said then and
2  there, that ain't him, that's not him.
3    A.  I may have did, but it wasn't the day of
4  the shooting.
5    Q.  Well, my question is a little different.
6  You said that may have happened later, meaning on
7  a day other than April 15?
8    A.  Yes.
9    Q.  Do you think you could have done it that
10 night and simply not remember it today?
11   A.  I'm saying what I'm saying because we
12 was drunk and getting high that night.  So I know
13 it wasn't that night because we didn't look at no
14 TV.
15   Q.  You don't think you looked at the TV?
16   A.  No, we didn't look at no TV.
17   Q.  In April, 1994 when the police came to
18 your house at 8:00 o'clock in the morning on
19 April 16, one of the pictures they showed you was
20 of James McIntyre; true?
21   A.  Yes.
22   Q.  And you knew James from a prior
23 relationship?
24   A.  Yes.
25   Q.  How recent in history was that

1  relationship with James?
2    A.  It may have been, I believe it was like
3  '92, '91, '92, somewhere around in there.
4    Q.  Where would you hang out with James
5  McIntyre?
6    A.  I had an apartment out on 55th.
7    Q.  Did he come alone, come with anybody
8  else?
9    A.  It would be him and Oscar, and at the
10 time Oscar was messing with one of the girls that
11 stayed over that I would hang out with.  I don't
12 recall her name, but he would come over and hang
13 out over in the complex that I stayed in.
14   Q.  It is my understanding that James and DJ,
15 Jr., Don Johnson, Jr. were tight.  Do you know
16 one way or the other in that regard?
17   A.  I don't know what their relationship was
18 but I just knew they were relatives.
19   Q.  Was there any place, other than your
20 place over on 55th, that you would see James?
21   A.  If we were out at the club or just out
22 and about somewhere, that's about it.
23   Q.  With respect to the police officers that
24 you were talking to outside your house on the
25 morning of April 16, did one talk and one hold

1  the pictures, or did the same person talk and
2  hold the pictures, do you know?
3    A.  I don't remember.
4    Q.  Did only one officer do the talking, or
5  did they both talk?
6    A.  I believe they both talked.
7    Q.  The morning of April 16, 1994 police
8  officers showed up, knocked on your door, talked
9  to you outside the house, showed the pictures,
10 talked to you and left; true?
11   A.  Yes.
12   Q.  They didn't touch you, didn't threaten
13 you, is that a true statement?
14   A.  Yes.
15   Q.  You told the officers you didn't -- I
16 want to know which one it is.  Did you tell them
17 you didn't want to identify the shooter, weren't
18 sure who the shooter was, or wouldn't?  Couldn't,
19 wouldn't, or didn't want to?
20   A.  Wouldn't.  Or couldn't.  I'm sorry.
21 Couldn't identify.
22   Q.  One of the officers said to you -- took
23 the picture back and said, "You know who did it"?
24   A.  Yes.
25   Q.  You said no, I don't?

1    A.  Yes.
2    Q.  Sometime later, at least a week later
3  you then called Detective Golubski and said you
4  wanted to talk to him, right?
5    A.  It was maybe two weeks to a month after.
6    Q.  You called Detective Golubski because
7  you were scared that people were showing up at
8  your house with guns?
9    A.  Yes.
10   Q.  Knocking on your door, running away,
11 things like that; true?
12   A.  Yes.
13   Q.  You told Detective Golubski that you
14 could identify the shooter?
15   A.  Yes.
16   Q.  You didn't meet with Detective Golubski
17 alone, did you?
18   A.  No.
19   Q.  C-Love was there making sure everything
20 was kosher?
21   A.  Yes.
22   Q.  Do you think C-Love was there making
23 sure you didn't say anything more than you
24 should?
25   A.  He was there to protect me at all costs.

38 (Pages 146 - 149)

Page 150

1    Q.   Could C-Love hear what you were telling
2  Detective Golubski?
3    A.   I'm not sure.
4    Q.   Window open, down, up, down?
5    A.   It was down a little bit.
6    Q.   C-Love was standing outside the car you
7  were in with Detective Golubski?
8    A.   Yes.
9    Q.   Detective Golubski had the same
10  photographs you looked at on the 16th?
11    A.   Yes.
12    Q.   And this time you picked one out?
13    A.   Yes, I believe I did.
14    Q.   That night with C-Love watching the car
15  and listening through that open window, Detective
16  Golubski didn't threaten you, did he?
17          MR. HOFFMAN:  Object to the form of
18  the question.
19          MR. ABRAMS:  Join.
20    A.   Can you rephrase the question?
21    Q.   (By Mr. Cooper) Did Detective Golubski
22  threaten you in any way while you were in the car
23  behind the Wyandotte High School?
24    A.   No.
25    Q.   Detective Golubski didn't proposition

Page 151

1  you for sex while you were in the car behind
2  Wyandotte High School, did he?
3    A.   No.
4    Q.   You called to arrange the meeting; true?
5    A.   Yes.
6    Q.   You met with Detective Golubski and you
7  left that meeting; true?
8    A.   Yes.
9    Q.   Did you see Detective Golubski at any
10  time after meeting at the Wyandotte High School
11  until the day of the trial in September?
12    A.   I seen him maybe a couple of times
13  around the neighborhood.  And also it was a time
14  where, I'm not sure where we were, but we were in
15  a room together.
16    Q.   Is this during the trial?
17    A.   I'm not sure if it was the trial or
18  what.
19    Q.   What do you remember being in the same
20  room with Detective Golubski?
21    A.   We were in the room and he was asking me
22  to go out with him, to dance for him, to have sex
23  with him.  And at the time my sister was in there
24  and she stood in front of me and told him to
25  leave me alone and told me don't trust him

Page 152

1  because he is the devil and he is a snake.
2    Q.   What else happened?
3    A.   That's it.  He went out of the room I
4  guess to give his testimony or whatever, whatever
5  he was doing, and me and her were in the room.
6    Q.   You said -- are you assuming you were at
7  the courthouse when you were in the same room?
8    A.   We was in a room.  I don't know.  I
9  don't remember where it was, but it was at a
10  court.  I want to say it was the juvenile court.
11    Q.   You say your sister.  Which sister?
12    A.   Stacy.
13    Q.   Was Stacy in the courthouse when you
14  testified at trial?
15    A.   She was in that room.  She had to go --
16  she went in and gave, I don't know what she was
17  doing, but she was there as well.  It was me,
18  her, and him in the room.
19    Q.   The other occasions between April 16,
20  1994 and the time of trial the occasions you saw
21  him outside this room you are talking about, did
22  you just see him, or did you actually speak to
23  Detective Golubski?
24    A.   You mean outside of the room or in the
25  room?

Page 153

1    Q.   Outside the room?
2    A.   No.
3    Q.   You said you saw him a couple of times.
4    A.   Just in the neighborhood.
5    Q.   So it is not, you didn't interact with
6  him?
7    A.   No.
8    Q.   That's a double negative.  I said you
9  didn't and you said no.  Did you interact with
10  Detective Golubski outside the courthouse between
11  April 15 and the trial in September of 1994?
12    A.   No.
13          MR. ABRAMS:  You meant other than
14  the Wyandotte County?
15    Q.   (By Mr. Cooper) Well, that was my
16  question.  You did meet with him at the Wyandotte
17  County -- behind the Wyandotte County High
18  School; true?
19    A.   Yes.
20    Q.   The time that you and Stacy and Golubski
21  were all in the same place, would that have been
22  in 1996 at the court hearing where Stacy
23  testified?
24    A.   I'm not sure when it was.  I just
25  remember being in the room with him.

39 (Pages 150 - 153)

Page 154

1    Q.   Do you know of any other occasion where
2  you and Roger Golubski -- where you, Stacy, were
3  in the courthouse together at the same time other
4  than that 1996 court hearing?
5    A.   In the room together, or just in the
6  court, period?
7    Q.   Both.
8    A.   So, she was in the court but I didn't
9  get to see her because she was, I guess she did a
10  testimony.  I don't know what she did.  But she
11  was incarcerated so I didn't see her at that
12  time.  I just knew she was there.
13    Q.   When your sister, Stacy, told you that
14  it was Little Man who killed Doniel Quinn and
15  Donald Ewing, you didn't agree with her, is that
16  right?
17    A.   You said Little Man?
18    Q.   First time Stacy told you it was
19  Little Man doing the shooting, you didn't agree
20  with her; is that true?
21    A.   At first I didn't.
22    Q.   And she had to tell you several times
23  over a period of months or years for you to come
24  to believe that it was Neil Edgar, Jr. that had
25  done the shooting?

Page 155

1    A.   Yes.
2    Q.   If you will get Exhibit 129.  It should
3  be in front of you.  If you will look at page 23.
4  It starts at the bottom of page 22 beginning at
5  line 25, carrying over to page 23, line 6.  I
6  want you to read that to yourself and tell me
7  when you are done.
8    A.   You said 23 over to 20 what?
9    Q.   22, line 25 to 23, line 6.
10    A.   Page 23 and 24, right?
11    Q.   No, 22, 23.  It starts with question,
12  "Okay.  What was he wearing, do you remember?"
13  Are you on that page?
14    A.   Uh-huh.
15    Q.   Yes?  All right.  Then read that line
16  and read the next six lines on page 23.
17    A.   Okay.
18    Q.   You told the judge at that hearing what
19  you saw, right?
20    A.   Uh-huh.
21    Q.   Yes?
22    A.   Yes.
23    Q.   And you described a black male with
24  black hat, shoes, shirt, pants and shoes, 17 or
25  18 years old?

Page 156

1    A.   Yes.
2    Q.   On page 25, line 22, you also told the
3  judge that Ruby Mitchell asked you if that was
4  Lamont, speaking about the shooter; true?
5    A.   Yes.
6    Q.   In other words, you told the judge at
7  this hearing that Ruby Mitchell is the one who
8  called out Lamont?
9    A.   Yes.
10    Q.   If you turn over to page 26,
11  Mr. Stecklein asked you if the person you saw
12  shoot Doniel Quinn and Donald Ewing if he was in
13  the courtroom.  You said you could, and you
14  pointed out Lamonte McIntyre in the courtroom;
15  true?
16        MR. HOFFMAN:  Object to the form of
17  the question.
18    A.   Yes.
19    Q.   (By Mr. Cooper) Looking now at the trial
20  transcript.  Did you mark the transcript today?
21        (Exhibit 130 was marked.)
22    Q.   Just for record purposes, first,
23  Ms. Quinn, you have before you what has been
24  marked as Exhibit 130 now?
25    A.   Uh-huh, yes.

Page 157

1    Q.   Exhibit 130 is a portion of the trial
2  transcript of the jury trial in September of 1994
3  that encompasses your testimony.  I want you to
4  look at page 132, beginning at line 17.  During
5  the jury trial did you also tell the jury that
6  the shooter was a black male wearing a black cap,
7  black shirt, black pants and black shoes?
8    A.   Yes.
9    Q.   On page 141, lines 14 through 16 did you
10  tell the jury that when you were shown the
11  photographs by the detectives and you saw the
12  photograph of Lamonte McIntyre, you thought oh
13  God, it's him?
14    A.   I might have said anything in that trial
15  because I was threatened in '94 and '96.  So none
16  of that was true, because I was told what to say.
17    Q.   You told the jury that it was a black
18  man wearing all black clothes?
19    A.   That was true.
20    Q.   Okay.  So, not everything you told the
21  jury was false, am I correct in understanding
22  what you just are telling me?
23    A.   Right.
24    Q.   And the threat that are you talking
25  about, that was a threat by Terra Morehead?

Page 158

1    A.  Yes.
2    Q.  Page 156 of the transcript, Exhibit 130,
3  lines 4 through 7.
4         MR. HOFFMAN:  What was the page
5  number?
6         MR. COOPER:  156.
7    Q.  (By Mr. Cooper) Are you there,
8  Ms. Quinn?
9    A.  Yes.
10    Q.  You told the jury that you had no doubt
11  in your mind that Lamonte McIntyre sitting there
12  in the courtroom was the man that you saw shoot
13  into the car on April 15; true?
14         MR. HOFFMAN:  Object to the form of
15  the question.  You can answer.
16    A.  I said it, but it wasn't true.
17    Q.  (By Mr. Cooper) You mentioned first
18  thing this morning, Ms. Quinn, that you have been
19  deposed before.  In what kind of circumstance
20  have you given a deposition before?
21    A.  My job.
22    Q.  What were the circumstances?
23    A.  A work injury.
24    Q.  How many times have you been deposed
25  before today?

Page 159

1    A.  Once.  Oh, and the other time with, I
2  don't know if it was a deposition, what I did
3  with the DA.
4    Q.  Did you know you were being recorded
5  when you spoke with the DA?
6    A.  I believe he told me I was.
7    Q.  You said that Chris Jones sent you a
8  friend request on Facebook.  Did you accept it?
9    A.  I don't think I did.
10    Q.  Do you know what name he uses on
11  Facebook?
12    A.  Christopher Jones.
13    Q.  This may be just bad note taking by me.
14  You said your sister, Lela, now lives in the
15  metro area?
16    A.  Yes.
17    Q.  The Kansas City metro area?
18    A.  Yes.
19    Q.  Okay.  Do you know how many times you
20  saw Lamonte McIntyre's photograph or picture on
21  the news in 1994?
22    A.  Maybe once or twice.
23    Q.  You saw Lamonte McIntyre's picture on
24  the news no later than a day or two after the
25  shootings?

Page 160

1    A.  Correct.
2    Q.  Again, weird note taking, but you said
3  people told you that Lamonte McIntyre was a
4  Sponge Bob Square Pants?
5    A.  Yes.
6    Q.  And that is essentially equivalent to
7  being a nerd?
8    A.  Yes.
9    Q.  Who told you that?
10    A.  Just different people that knew him.
11    Q.  When?
12    A.  After the murder all the way until he
13  got out of prison.
14    Q.  So are you telling us that people
15  described him as a Sponge Bob Square Pants in '94
16  at the time of the murders and the trial?
17    A.  Yes.
18    Q.  You said earlier that you have seen a
19  picture of Lamont Drain.
20    A.  Yes, I believe I did.
21    Q.  When and where?
22    A.  A few years ago.
23    Q.  Who showed you?
24    A.  I don't recall.  I think somebody pulled
25  him up on, what is it called, Casper.

Page 161

1    Q.  What was the context of pulling him and
2  taking a look at Lamont Drain?
3    A.  Just was looking at everybody that, you
4  know, has something to do with one of our loved
5  ones murder, they said that they done it.
6    Q.  Do you have any belief that Lamont Drain
7  is the person who shot Doniel Quinn?
8    A.  No.
9    Q.  If it is not related to the shooting of
10  Doniel Quinn, is there any other connection to
11  your family that relates to Lamont Drain that you
12  know of?
13    A.  No.
14    Q.  And as far as you know, Lamont Drain is
15  just a guy who dated Ruby Mitchell's niece?
16    A.  Yes.
17    Q.  Back in the nineties?
18    A.  Yes.
19        (Exhibit 131 was marked.)
20    Q.  You're smiling.  You know what's coming.
21        (Exhibits 132 and 133 were marked.)
22    Q.  Ms. Quinn, you now have before you what
23  has been marked as Deposition Exhibits 131, 132
24  and 133, which are some prints from Facebook.
25  That is you, isn't it?

41 (Pages 158 - 161)

Page 162

1    A.  It sure is.
2    Q.  That's you sitting next to?
3    A.  Rosie McIntyre.
4    Q.  Wearing T shirts that say what?
5    A.  Healing Justice.
6    Q.  Where were those photographs taken?
7    A.  In Richmond, Virginia at a healing
8    retreat.
9    Q.  Pardon?
10   A.  At a healing retreat.  Something that
11   Unified Government couldn't give me.
12   Q.  So it wasn't Atlanta that you went to
13   with Rosie McIntyre, it was Virginia?
14   A.  Yes.
15   Q.  On Exhibit 132 there is a post by you
16   about being stuck in the Atlanta airport.
17   A.  That wasn't from me.
18   Q.  No?
19   A.  No.  That says Glasia.
20   Q.  Who is that?
21   A.  Rose McIntyre's daughter.
22   Q.  Did you like or comment on those
23   photographs?
24   A.  Yes.  As a matter of fact, let me
25   rephrase that.  Sorry.  On you saying June 25?

Page 163

1    Or December 9?
2    Q.  June 26.
3    A.  Okay.  We were stuck in the airport, our
4    airline, our airplane caught on fire on our way
5    back.
6    Q.  And you lost your bags?
7    A.  Yes.
8    Q.  Other than that occasion, have you seen
9    Rose McIntyre, after the convictions you talked
10   about, seeing Rose McIntyre a couple of times,
11   once at a restaurant here in town, do you
12   remember the second, the other occasion you saw
13   Rose McIntyre?
14   A.  Okay.  After Lamonte went to jail I
15   would see her periodically around the
16   neighborhood just walking.  I would want to say
17   something to her but I seen that she was out of
18   it, she wasn't herself.  So I would just go
19   about my business.  I might see her in the store,
20   she was working in the liquor store, I would
21   speak, go on.  And during this time we were going
22   to a retreat, a place to where we go and they
23   give us ways to deal with our traumas.
24   Q.  The "this" you are talking about the
25   retreat in 2018?

Page 164

1    A.  Yes.  I think we went to maybe two or
2    three of them.  I'm not sure.  We was invited.
3    Q.  Who is the we?
4    A.  Me and Rosie.
5    Q.  Anybody else?
6    A.  My daughter went, her daughter went, and
7    I had a friend down there that I met.
8    Q.  Ms. Quinn, this is probably going to
9    take you awhile to answer, but I'm wanting to
10   know everybody that you have told what you saw or
11   had occur during the investigation of Doniel
12   Quinn's murder, beginning April 15.  And what I'm
13   looking for is tell me everybody you have talked
14   to that you can remember talking to, and then I'm
15   just wanting to make sure that we have addressed
16   all of the ones where you have talked to a court,
17   police, or anybody, press, anybody.  Okay?
18       So, April 15 you talked to W.K. Smith,
19   you heard the recording.  Start there.
20       MR. ABRAMS:  If your question is
21   from April 15 to now, I will object that the
22   question calls for a narrative answer.
23       MR. HOFFMAN:  I will join, and
24   object to the form of the question.
25       MR. ABRAMS:  And overbroad.

Page 165

1        MR. COOPER:   It will get us to the
2    conclusion of this deposition a whole lot faster
3    rather than going what was the next one, what was
4    the next one.
5        MR. HOFFMAN:  I'm just going to
6    object to the form of the question.
7        MR. ABRAMS:  Same objection.
8    Q.  (By Mr. Cooper) Go ahead, Ms. Quinn.
9    A.  So am I supposed to answer?
10   Q.  Yes, ma'am.
11       MR. ABRAMS:  Same objection.
12   A.  I told the world, you know.  If you want
13   to go for that, it is all on Facebook, it is all
14   on Instagram.  I talked to whoever will listen.
15   Q.  (By Mr. Cooper) Your recordings, you are
16   talking to a phone, not to a person, true, phone
17   or camera?
18   A.  Yes.
19   Q.  You talked to the police on April 15,
20   1996.  You talked to two detectives on April 16,
21   1996.
22   A.  Yes.
23   Q.  Did I say '96?  Let's go back.
24   A.  '94.
25   Q.  '94.  You talked to Detective Golubski

42 (Pages 162 - 165)

Page 166

1 behind Wyandotte High School; true?
2    A.  Yes.
3    Q.  Did you talk to anybody, press, police,
4 about the homicides between April, 1994 and
5 talking to Detective Golubski?
6        MR. HOFFMAN:  Object to the form of
7 the question.
8        MR. ABRAMS:  I'm not clear.  From
9 April 15, 1994 until today?
10       MR. COOPER:  I book-ended it.
11    Q.  (By Mr. Cooper) Between the time you
12 talked to detectives on April 16 and you talked
13 to Roger Golubski behind Wyandotte High School,
14 did you talk to anybody, police, press, about the
15 homicide?
16    A.  I don't recall talking to the press.
17 No.
18    Q.  Who in the press did you talk to?
19    A.  I said I don't recall talking to the
20 press.
21    Q.  Between the time you spoke to Roger
22 Golubski behind Wyandotte High School and the
23 court proceedings, did you talk to police or
24 press, that you know of?
25    A.  No.

Page 167

1    Q.  Do you include Terra Morehead in the
2 category I'm talking about?
3    A.  I talked to her.
4    Q.  After the trial you talked to Rose
5 McIntyre a couple of times and some woman that
6 you brought with you to the restaurant, right?
7    A.  Yes.
8    Q.  Anybody else?
9        MR. HOFFMAN:  Object to form.
10    A.  No, not that I remember.
11    Q.  (By Mr. Cooper) How many press
12 interviews have you given, that you know of?
13    A.  This year, last year, or just period?
14    Q.  Period.
15    A.  Maybe about four.
16    Q.  Four?  Okay.  How about in the last
17 year?
18    A.  Four.
19    Q.  Before that?
20    A.  Maybe just one or two when Lamonte was
21 released.
22    Q.  The Centurion Ministries and James
23 McCloskey, do you recall talking to him ever?
24    A.  No.  As I stated, Chris wouldn't let me
25 talk to him.

Page 168

1    Q.  Ms. Pilate, how many times did you talk
2 to her?
3    A.  I can't recall.  Several.
4    Q.  During what time period?
5    A.  During the time of the trial, going
6 through the trial with Lamonte, and a little bit
7 after, maybe.
8    Q.  When you say trial, what do you mean?
9    A.  When we were trying to get him released.
10 I think I met Cheryl in what, 2014, 2015.
11    Q.  Have you talked to anybody about your
12 testimony besides Mr. Hoffman and knowing that
13 you were going to testify in these proceedings in
14 the last year?
15    A.  Yeah.  I had a lot of attorneys reach
16 out to me from different states.
17    Q.  Who, do you know?
18    A.  I can't give you that information
19 because I can't give that information.
20    Q.  What do you mean you can't give that
21 information?  If somebody has reached out and
22 talked to you about your testimony, I want to
23 know if that occurred.
24       MR. HOFFMAN:  Are you talking about
25 attorneys that represented you or had an

Page 169

1 interest?
2        THE WITNESS:  Had an interest.
3        MR. HOFFMAN:  In representing you?
4        THE WITNESS:  Yes.
5        MR. HOFFMAN:  You talked to them
6 about the possibility of representing you?
7        THE WITNESS:  Yes.
8        MR. HOFFMAN:  I would characterize
9 those conversations as privileged and instruct
10 you not to answer about attorneys that you were
11 either interviewing for purposes of representing
12 you or that did represent you.
13    Q.  (By Mr. Cooper) Is there anybody outside
14 the category Mr. Hoffman just described?
15    A.  A couple of people wanted to do
16 documentaries.
17    Q.  Do you know their names?
18    A.  Ethan Brown.  I had another guy from
19 Atlanta reach out to me but I don't remember his
20 name.  I talked to Michael Harriet.  And that's
21 about it, I believe.
22    Q.  Have you made any statements to anybody
23 today that is not in this room, about your
24 deposition?
25    A.  Today, no.  Only other person I talked

43 (Pages 166 - 169)

Page 170

1  to is Sandra Sublett, that's it.
2       MR. COOPER:  I think those are my
3  questions, Ms. Quinn.  Thanks.
4       MR. ABRAMS:  Do you need a break?
5       MR. HOFFMAN:  Let's take a little
6  restroom break.
7       THE VIDEOGRAPHER:  Please stand by.
8  The time is 2:24 p.m. and we are going off the
9  record.
10      (Short recess was taken.)
11      THE VIDEOGRAPHER:  The time is
12  2:31 p.m. and we are back on the record.
13           EXAMINATION
14  BY MR. ABRAMS:
15   Q.  Ms. Quinn, my name is Michael Abrams.
16  I'm one of the lawyers for Lamonte and Rose
17  McIntyre.  This is the first time we have ever
18  communicated, is that correct?
19   A.  Yes.
20   Q.  On April 15, 1994, the day of the
21  murders, you were 21 years old, correct?
22   A.  Yes.
23   Q.  You were a young mother, yes?
24   A.  Yes.
25   Q.  You had four children under the age of

Page 171

1  five?
2   A.  Yes.
3   Q.  Will you tell us just a little bit about
4  Doniel Quinn, what kind of person he was.
5   A.  Oh my goodness.  He was the best friend
6  that a person can have.  He could bring sunshine
7  into a darken room.  He would have been the -- he
8  would have been the best thing -- Kevin Hart,
9  that's how he was, he was so talented, he can
10  dance, he can sing, he can dress, and he would
11  give you the shirt off his back.  He just fell in
12  the realm of everybody in that community to the
13  crack epidemic, and who can we blame for that but
14  the one that brung it in.
15      So they took somebody that meant
16  something to everybody.  That was my brother,
17  that was my best friend.  And for him to come in
18  there and kiss me, and walk out the door 10
19  minutes later my cousin dead.  Can't nobody bring
20  that back to me.  Can't nobody bring him back.
21  They don't know what they took from us.
22   Q.  Nearly two years after the murder you
23  signed an affidavit under oath.  If you would
24  look at Exhibit 127.  It was signed on April 2,
25  1996, correct?

Page 172

1   A.  Yes.
2   Q.  That's your signature on the second and
3  third page of that exhibit?
4   A.  Yes.
5   Q.  The statements that you make in that
6  affidavit are true, correct?
7   A.  Yes.
8   Q.  You stand by that affidavit?
9   A.  Yes.
10   Q.  I understand that this affidavit may not
11  include your entire story, but what is in the
12  affidavit is true, is that right?
13   A.  Yes.
14   Q.  Then on June 30, 2014, if you look at
15  Exhibit 128, you signed another affidavit under
16  oath, correct?
17   A.  Yes.
18   Q.  And you are looking at that, which is
19  Exhibit 128, correct?
20   A.  Yes.
21   Q.  What you state in your affidavit under
22  oath in Exhibit 128, is that also true?
23       MR. GIST:  Object to form.
24       MS. EVERS GUERRA:  Join.
25   Q.  (By Mr. Abrams) Are those statements

Page 173

1  also true?
2       MR. GIST:  Same objection.
3   A.  Yes.
4   Q.  (By Mr. Abrams) You stand by that
5  affidavit today, correct?
6   A.  Yes.
7   Q.  Again, this affidavit may not include
8  your entire story, but what you have included in
9  here is accurate, is that correct?
10   A.  Yes.
11   Q.  You told us today, and it is in your
12  affidavits, about the days before Doniel's murder
13  when he was beaten up.
14   A.  Yes.
15   Q.  And Doniel told you that he was beaten
16  up by Aaron Robinson and Cecil Brooks's gang?
17   A.  Yes.
18       MR. GIST:  Objection, asked and
19  answered.
20   Q.  (By Mr. Abrams) Can you describe how he
21  looked that day when you saw him.
22   A.  When Don came to my house he had a black
23  eye, his face was swollen, his eye was red on the
24  inside, he had blood running down his head, his
25  hands was cut up, he had kicks and bruises all on

44 (Pages 170 - 173)

Page 174

1  his leg, and he was claiming -- he was saying
2  that his side and ribs was hurting.  So I went
3  and got an ice pack for the gash on his head and
4  got a steak out of the refrigerator and put on
5  his eye.  He was telling me about what happened
6  and just was basically nursing the bruises that
7  he had.
8      Q.  And you told the police, specifically
9  Detective Golubski, about the fact that Doniel
10  was beaten up in the days before his murder,
11  correct?
12          MR. GIST:  Object to form, leading
13  and suggestive.
14          MS. EVERS GUERRA:  Join.
15          MR. COOPER:  Join.
16      A.  Yes.
17      Q.  (By Mr. Abrams) what did you tell
18  Detective Golubski about Doniel being beaten up?
19      A.  I told him that Cecil and his boys had
20  jumped him maybe a week or two before he was
21  killed, and also told him that they were trying
22  to get him in the car the last two days before he
23  was killed.
24      Q.  Did you tell Detective Golubski about
25  Doniel's injuries?

Page 175

1      A.  Yes.
2      Q.  Did you tell Detective Golubski this at
3  your meeting with him at Wyandotte County High
4  School?
5      A.  Yes.
6      Q.  What was the reason for you telling
7  Detective Golubski about Doniel being beaten up
8  and his injuries and who did it?
9      A.  Because I told him he didn't have no
10  beef with nobody but the guys that jumped him and
11  they had been trying to pick him up the night
12  before and the day before.
13      Q.  Did you have an expectation that
14  Detective Golubski or the Kansas City, Kansas
15  Police Department would investigate the people
16  that you stated beat up Doniel Quinn?
17      A.  Yes, I did.
18      Q.  Did Detective Golubski promise to look
19  into whether Cecil Brooks or Aaron Robinson were
20  behind the murder of Doniel Quinn and Donald
21  Ewing?
22      A.  His words to me was that I need to leave
23  that alone because they had found Cecil Brooks's
24  ex-girlfriend's body remains behind a park by
25  Washington High School, so basically to leave

Page 176

1  that alone.
2      Q.  When you say leave that alone, what do
3  you mean by that?  Be quiet about it?
4      A.  Don't talk about it.
5      Q.  Did Detective Golubski ever tell you
6  that he looked into or investigated whether Cecil
7  Brooks or Aaron Robinson or his gang was behind
8  the murder of Doniel Quinn or Donald Ewing?
9      A.  He told me that they didn't do it, they
10  couldn't have did it because they had the guy in
11  custody, they had the clothes he was wearing and
12  they had the gun so they got the right person.
13      Q.  And when he said they have got the right
14  person, who was he referring to?
15      A.  Lamonte McIntyre.
16      Q.  And he told you this at your meeting
17  behind Wyandotte High School?
18          MR. GIST:  Object to form.
19          MR. COOPER:  Join.
20      A.  Yes.
21      Q.  (By Mr. Abrams) I want to go back to the
22  day after the murders.  I want to make sure that
23  your testimony is clear on this.  I think there
24  was a question that was asked that the premise of
25  the question was that you hadn't been sleeping

Page 177

1  for days before the murder.
2          MR. GIST:  Object to form.
3      Q.  (By Mr. Abrams) Is that accurate?
4          MR. GIST:  Object to form.
5          MS. EVERS GUERRA:  Object to form.
6      A.  I had not been asleep the days before he
7  was killed?
8      Q.  (By Mr. Abrams) Right.
9      A.  We was up all night the day before,
10  walking up and down Quindaro, and so we didn't
11  get home until probably like 4:00, 5:00 that
12  morning.
13      Q.  Okay.  But then you went to sleep
14  because you had a dream?
15      A.  Yes.
16      Q.  And the first time that you took PCP was
17  after the murders, is that correct?
18      A.  After the murders.
19      Q.  The day after the murder Detective
20  Golubski and another police officer showed up at
21  your house in the morning and showed you
22  pictures, correct?
23      A.  Correct.
24      Q.  I think you stated that prior to that
25  time you didn't know Detective Golubski, correct?

45 (Pages 174 - 177)

Page 178

1   A.  I didn't.
2   Q.  Had you heard about Detective Golubski
3  at that point?
4     A.  I heard about him from my sister, my
5  sister, Lela, and my sister, Stacy, that Stacy
6  had had a relationship with him.
7   Q.  An intimate relationship?
8   A.  Yes.
9   Q.  Did they tell you anything else about
10  Detective Golubski prior to the murder?
11    A.  I just heard -- the things I heard
12  wasn't good about Golubski.  Don't trust him, he
13  is a snake.  They called him Pollock.  They
14  called him all kind of stuff.  People on the
15  street they didn't like him, and said he was a
16  bully, the devil, amongst other things.
17   Q.  Were you told that he was involved in
18  some way in the drug trade himself?
19         MR. GIST:  Object to form.
20   A.  Yes.
21   Q.  (By Mr. Abrams) What were you told?
22         MR. COOPER:  Object to form.
23   A.  He had shooken people down, have went
24  into dope houses took people's money, drugs,
25  guns, on several occasions.

Page 179

1   Q.  (By Mr. Abrams) When you say shooken
2  people down, what does that mean?
3    A.  I want everything in your pocket,
4  everything you got on, whatever, I'm taking this,
5  I'm taking that, or you have to pay me.
6   Q.  Who told you that?
7    A.  I know my nephew done told me that he
8  was on my cousin's payroll.  He was on Cecil's
9  payroll.  And there was another guy that stayed
10  down in the projects they said he was on his
11  payroll, just several people around in that
12  neighborhood.
13   Q.  Which nephew are you referring to?
14    A.  My nephew, Red.  That's Stacy Quinn's
15  son.
16   Q.  Will you say his first name again?
17    A.  Jarnell.
18   Q.  Your nephew told you he was on your
19  cousin's payroll.  What cousin are you referring
20  to?
21    A.  The Quinns, Tony Quinn.
22   Q.  Tony or Anthony Quinn?
23    A.  Yes.
24   Q.  Were you told that Detective Golubski
25  was involved in prostitution?

Page 180

1   A.  Yes.
2   Q.  Who told you that?
3   A.  My sister.
4   Q.  Your sister.  Which sister?
5   A.  Stacy.
6   Q.  Stacy.  What did Stacy tell you about
7  that?
8    A.  That he is a pimp, he slept with a lot
9  of prostitutes, women that was on drugs.  I
10  talked to a couple of women that he had a
11  relationship with, like Rhonda Easly, Monique
12  Allen, Liza Mitchie, Rosella Jones, Inky, Yolanda
13  Johnson, who we call Pusher.  Jackie, we called
14  this girl Crackie Jackie, he messed with her.
15  The list goes on, but.
16   Q.  Those are the ones that you can remember
17  now?
18   A.  Yes.
19   Q.  So, the day after the murder Detective
20  Golubski comes to your home and with another
21  detective, correct?
22   A.  Yes.
23   Q.  And they show you photographs of people
24  who they want you to identify as potential
25  shooters of Doniel Quinn and Donald Ewing.

Page 181

1         MR. GIST:  Object to form.
2         MR. COOPER:  Join, foundation.
3         MS. EVERS GUERRA:  Join.
4   Q.  (By Mr. Abrams) Correct?
5   A.  Yes.
6   Q.  I'm going to hand you what has been
7  previously marked as Deposition Exhibit 21.  Are
8  these the photographs that you were shown by
9  Detective Golubski and the other police officer
10  the morning after -- on April 16, 1994, the
11  morning after the murder?
12   A.  Yes.
13   Q.  Now, if you would turn to Exhibit 128,
14  which is your affidavit of June 30, 2014.  I want
15  you to look at paragraph 18, which is on the
16  second page.  Can you see it?  Do you need your
17  glasses?
18   A.  I need my glasses.
19   Q.  I'm the same way.  Do you have them?
20  Ms. Quinn, in paragraph 18 of your affidavit,
21  Exhibit 128, you state that, "When I looked at
22  the photos and told Detective Golubski I wasn't
23  sure, he pressured me to make an identification."
24  Do you see that?
25   A.  Yes.

Page 182

1   Q.  How is it that Detective Golubski
2  pressured you to make an identification?
3          MR. GIST:  Object to form.
4          MR. COOPER:  Join.  Asked and
5  answered.
6   A.  Because he was saying that I had to make
7  an identification and that I knew, when he was
8  saying you know who did it, you know who killed
9  your cousin, and then that's when it was said,
10 stated, what did Ruby say his name was?  When he
11 made that statement that's when they held the
12 photo up.  And the guy had -- I don't remember if
13 it was him or the other guy who was holding the
14 pictures, but they pointed, they had Lamonte's
15 picture and the other guy's picture, because I
16 already ruled out Lamonte -- I ruled out James
17 and my cousin, which was Raymond Higman.
18   Q.  (By Mr. Abrams) Let me stop you right
19 there for a second.  So James's picture is which
20 one of these on?
21   A.  I think it is 5.
22   Q.  Which picture is of your cousin?
23   A.  I think he is like the second one.
24   Q.  On this exhibit that's, it has picture
25 number 2 written on it?

Page 183

1   A.  Yes.
2   Q.  And James McIntyre on this exhibit shows
3  number 5?
4   A.  Yes.
5   Q.  And you said that they were holding up
6  the picture of Lamonte McIntyre?
7   A.  Lamonte --
8          MS. EVERS GUERRA:  Object to form.
9   A.  Lamonte McIntyre and there was another
10 guy's picture that I had in my hand.  I was
11 three pictures left, and I gave one back, I was
12 like no, his face is too skinny alone.  I think
13 it was this guy.
14   Q.  (By Mr. Abrams)  When you say this guy,
15 you are talking about number 1?
16   A.  On number 1, Exhibit 28.
17   Q.  Number 1 on Deposition Exhibit 21,
18 correct?
19   A.  Yes.  I'm sorry.  Yes.  So we had
20 Lamonte's picture and number 4.
21   Q.  So number 3 and number 4 in Exhibit 21,
22 is that correct?
23   A.  Yes.
24   Q.  I want to read you what Detective
25 Golubski testified at trial about the meeting

Page 184

1  that he had with you.  I'm going to -- this is
2  Exhibit, it has been previously marked as
3  Deposition Exhibit 7.  This is the partial
4  transcript of the jury trial on September 27,
5  1994.  Ms. Quinn, if I can get you to go to page
6  326 of that exhibit.  Are you with me?  The pages
7  on in the upper right-hand corner.
8   A.  Okay.
9   Q.  So, if you go to line 16, Detective
10 Golubski was asked, "And what did Ms. Quinn, what
11 did," it says Niki, "do with those photographs?"
12 And Golubski's response is, "Okay.  She very
13 carefully, and I stressed very carefully go
14 through the pictures and if you are unsure, make
15 sure you tell me, and if you have any questions,
16 ask.  And as she thumbed through the photos, and
17 she did, she was very slow and tedious about
18 looking at each photo.  She came to photo number
19 3, she held on to the photo for a long period of
20 time.  In fact, she wouldn't let go of the
21 picture and she became teary-eyed and then began
22 to visibly shake.  At that time I asked her to
23 continue.  She held on to the picture.  I had to
24 take the picture from her, asked her to look at
25 the other two, which she did."  Do you see that?

Page 185

1   A.  Yes.
2   Q.  Is what Detective Golubski testified to
3  at trial, accurate about what occurred when you
4  were looking at these photographs?
5          MR. GIST:  Object to form.
6          MS. EVERS GUERRA:  Join.
7   Q.  (By Mr. Abrams) You can answer that.
8   A.  I did start crying because I seen the
9  name Lamonte on the back of the picture.  And
10 that was the name that -- that's when he asked me
11 what was the name that Ruby Mitchell used, and I
12 said Lamonte.  And like I said, the man was
13 holding the picture like this, "You know who she
14 is talking about, you know, you know who did it,"
15 is what he said.  At that time I told him I
16 didn't know, I couldn't identify the person.
17   Q.  So why did you become teary-eyed?
18   A.  Because I seen the name Lamonte and I
19 remembered that she had called out the name
20 Lamont.
21   Q.  But you told Detective Golubski and the
22 other detective that you couldn't identify from
23 these photographs who the shooter was, is that
24 right?
25   A.  That's right.

47 (Pages 182 - 185)

Page 186

1    Q.   Then I want to take you to the meeting
2 that you had with Detective Golubski at Wyandotte
3 High School.  You have already testified, I won't
4 go through it again, that you were scared because
5 of what was occurring in the community or around
6 your house, people were showing up with guns and
7 so on.
8         MR. GIST:  Object to form to the
9 extent that's a question.
10   Q.  (By Mr. Abrams) Golubski, he offered to
11 help you move, correct?
12         MR. COOPER:  Object to form.
13         MR. GIST:  Object to form.
14   A.   Yes.  He offered to put me in protective
15 custody.
16   Q.  (By Mr. Abrams) And what did you
17 understand protective custody to mean?
18   A.   To mean that I was going to be moved out
19 of the city, not to 4th Street.
20   Q.   Is it your understanding that Detective
21 Golubski helped you through the bureaucracy to
22 get you eligible to move to 4th Street?
23         MR. COOPER:  Object to form.
24   A.   I believe him and Terra Morehead did.
25   Q.   That's what they told you, that they

Page 187

1 would help you -- that they helped to get you to
2 get through the bureaucracy to move to 4th
3 Street?
4         MR. COOPER:  Object to form,
5 leading.
6   A.   Yes.
7   Q.  (By Mr. Abrams) And, in fact, you did
8 move to 4th Street?
9   A.   They didn't tell me where, but I ended
10 up moving to 4th Street.
11   Q.   Now, we already talked about that you
12 shared with Detective Golubski in the meeting in
13 Wyandotte County about Doniel being beaten up by
14 Cecil Brooks and Aaron Robinson.  I'm sorry,
15 Wyandotte High School.  If you go back to what
16 has been marked as Exhibit 7, this is the trial
17 transcript of Detective Golubski, I want to read
18 for you what Detective Golubski testified
19 occurred at the Wyandotte High School.
20        If you would, go to page 328 of that
21 exhibit.  I will read this for you.  On line 20
22 Detective Golubski was asked, "What happened
23 during that contact with Ms. Quinn," again it
24 says Niki, Niki Quinn?  His answer was, "Once
25 again, I showed her the exact same five photos.

Page 188

1 I asked her what the purpose of this was.  She
2 stated that she would like to see them again and
3 she did.  At this point she told me she could
4 make a positive ID of the suspect."  The question
5 is, "Which photo did she identify?"  Answer,
6 "Number 3."  Question, "Now Detective Golubski,
7 did you inquire of her what caused her to want to
8 do this I guess about a week afterwards?  Was
9 there -- did she indicate if there was any change
10 that made her want to do this?"  Answer, "She
11 felt -- she expressed to me that she was having a
12 lot of emotional problems dealing with the
13 situation.  She felt that the victims' deaths
14 would be justified and that someone should step
15 forward."  Question, "And when she identified
16 photo number 3, did she indicate to you how
17 positive she was about that identification?"
18 Answer, "She was adamant about it."  Do you see
19 that?
20   A.   Uh-huh.
21   Q.   Yes?
22   A.   Yes.
23   Q.   Were you adamant about picking photo
24 number 3 that Lamonte McIntyre was the person
25 that you saw shoot Doniel Quinn and Donald Ewing?

Page 189

1   A.   No, not when I got into the car I
2 didn't.  That's when I told him about the
3 incident with Cecil and Aaron and all of them.
4 And that's when he started telling me about that
5 they know Lamonte did it, they had the gun, they
6 had his clothes, everything.
7   Q.   So were you in any way adamant about
8 picking photo number 3 in that Lamonte McIntyre
9 was the killer?
10   A.   No.
11   Q.   So Detective Golubski lied in his
12 testimony?
13         MR. GIST:  Object to form.
14         MR. COOPER:  Object to form.
15         MS. EVERS GUERRA:  Join.
16   A.   Yes, he did.
17   Q.  (By Mr. Abrams) Your answer was yes?
18   A.   Yes.
19         MR. ABRAMS:  If we could, let me
20 take two minutes and I may be finished.
21         THE VIDEOGRAPHER:  The time is 2:58
22 p.m. and we are going off the record.
23        (Short recess was taken.)
24         THE VIDEOGRAPHER:  The time is 3:00
25 o'clock p.m. and we are back on the record.

48 (Pages 186 - 189)

Page 190

1        MR. ABRAMS:  I will pass the
2  witness.  Thank you, Ms. Quinn.
3            EXAMINATION
4  BY MR. HOFFMAN:
5    Q.  Good afternoon, Ms. Quinn.  Mr. Gist
6  asked you earlier if you knew who was paying for
7  my representation of you and you said that you
8  didn't know about that, right?
9    A.  Yes.
10   Q.  Do you in fact know that I'm not being
11  paid by anybody and that I'm working on a pro
12  bono basis?
13   A.  Yes.
14        MR. HOFFMAN:  I have nothing
15  further.
16            EXAMINATION
17  BY MR. GIST:
18   Q.  Sorry, Ms. Quinn, I have a few more
19  questions.  I don't think it will take too long.
20  Just a few minutes ago you were testifying about
21  a list of women that you understood got Roger
22  Golubski had some kind of sexual relations with.
23   A.  Yes.
24   Q.  Did you say one of them was Yolanda
25  Johnson?

Page 191

1    A.  Yes.  They call her Pusher.
2    Q.  That was her street name?
3    A.  Yes.
4    Q.  Do you know if this is the same Yolanda
5  Johnson that was the sister-in-law of Rose
6  McIntyre?
7    A.  No.
8    Q.  Do you know where she lived?
9    A.  Last I knew --
10   Q.  Well, let me stop you.  Back in the, at
11  the time of the murder do you know where she
12  lived?
13   A.  At Johnson's Motel on Brown, like 32nd
14  and Brown.  Used to be a little motel there where
15  they would take women.  It was actually where
16  prostitutes hung out at.
17   Q.  Do you know if there was like a
18  residence that she had as well, one way or the
19  other, do you know?
20   A.  No, she stayed in Johnson's Motel.
21   Q.  There was a Yolanda Johnson that
22  actually testified at the criminal trial.  Do you
23  know if this is the same lady?
24   A.  No.
25   Q.  You don't know if it is the same lady,

Page 192

1  or you are saying no, it is not the same lady?
2    A.  I'm not sure if it is the same one.
3    Q.  At some point in time after the murders
4  were you going to be moving to Houston, Texas
5  with Stacy?
6    A.  Yes.
7    Q.  Was that around '96 or so, or do you
8  recall?
9    A.  It was around, yes, '96, '97.  I want to
10  say it was after my Uncle Bob, Robert was killed.
11   Q.  Did that end up not happening?
12   A.  Around that time my sister was kidnapped
13  and they took her to Minneapolis, Minnesota and
14  dumped her in the street beat up and naked.
15   Q.  Stacy?
16   A.  Yes.
17        MR. HOFFMAN:  Did you need correct
18  something?
19   A.  She was shot, actually I want to say she
20  was shot in either '96 or '97 by Monster on the
21  steps of 20th and Quindaro.  And then like
22  shortly after she took that cast off, so it would
23  have been about the mid -- it was cold outside
24  when we had to go up there so it was like around
25  October, November of '97.  No, because my

Page 193

1  grandfather died, he died in '97 right around
2  Christmas.  So Stacy got shot in like '96.  We
3  were supposed to move in '97 and they kidnapped
4  her in '97, like mid part '97.  But it was just
5  getting cold and we had to go up to Minneapolis
6  and get her and bring her back home.
7    Q.  Do you know who -- did she tell you who
8  kidnapped her?
9    A.  She just said two men.
10   Q.  To your knowledge at any point in time
11  did C-Love ever go after Monster?
12   A.  Not that I know of.
13   Q.  The meeting with Roger Golubski behind
14  Wyandotte High School, you testified that you
15  went there, C-Love took you there, and then there
16  was some questions about whether he heard the
17  conversation or not.  And it seemed, if I recall
18  correctly, your answers were you wouldn't have
19  known one way or the other, it is possible, but
20  you didn't know?
21   A.  Right.  Because he wouldn't have said
22  anything.  He would have just -- he wouldn't have
23  said anything.
24   Q.  When you left the meeting -- when you
25  were done talking to Roger Golubski I assume you

49 (Pages 190 - 193)

Page 194

1 left with C-Love, correct?
2   A.   Yes.
3   Q.   You would have told him that look, I
4 have identified Lamonte, this Lamonte McIntyre
5 guy, they already got him in custody, I
6 identified him as the shooter?
7   A.   I told him what had transpired.  He
8 heard some of it.  So I believe he said he heard
9 me tell him about the Cecil thing.  But that's
10 when he walked over to the end of the car.  Like
11 how he was parked, he walked to the end like
12 where he was standing behind the car smoking a
13 cigarette.  And I had told him about, I had told
14 him about Cecil and them and I told him what he
15 had said.  And I don't want to tell you what the
16 rebuttal was.
17   Q.   What C-Love's rebuttal was?
18   A.   Yes.
19   Q.   I do want to know because I'm not -- I
20 will just withdraw that question.  Did you tell
21 him "I went ahead and identified Lamonte McIntyre
22 as the shooter"?
23   A.   I don't recall telling him that.
24   Q.   But after that point in time, this
25 meeting, after that did people stop coming to

Page 195

1 your house with the guns and the whole
2 intimidation stuff, did that stop after the
3 meeting with Golubski that C-Love took you to?
4   A.   I didn't stay around.  Like I said, I
5 was back and forth, Missouri, different people's
6 houses.  I didn't stay at the house.
7   Q.   Previously you testified C-Love had the
8 means and the ability to go talk with Cecil and
9 Aaron Robinson, the bounty thing, that he had,
10 whatever word, the ability to go tell them, talk
11 to them.  Are you following me?
12   A.   Yes.
13   Q.   Did you ever wonder if he went and
14 talked to Aaron, Cecil, and said look, my
15 girlfriend is going to say the guy they already
16 got in custody, this war is over, anything like
17 that?
18   A.   No.  I'm not sure.
19   Q.   Did you ever suspect that, that maybe to
20 keep the peace that he went there and said look,
21 they got a different guy, this Lamonte guy is
22 come back on you?  Did that ever cross your mind?
23   A.   No.
24   Q.   Do you think that sounds crazy?
25   A.   It sounds crazy, but, I mean, I don't

Page 196

1 know what could have happened.
2   Q.   So, back in the 1994 time period, I
3 mean, would you, yourself, would you have felt --
4 let me withdraw.  Back in 1994 would you have
5 been willing to go in to the Wyandotte County
6 District Court, say that Cecil Brooks, Aaron
7 Robinson had this drug house and basically
8 testify to the facts and circumstances that they
9 ordered a drug hit on your cousin?
10   A.   Yes, I sure would.
11   Q.   Would doing that, would that have shut
12 down your and C-Love's drug operations, though?
13 If you go in and do that and snitch on a rival
14 drug dealer or a neighboring drug dealer, I mean
15 that's going to put you out of business, is it
16 not?  I'm not asking -- I'm not asking whether or
17 not you would do it.  I'm just saying if you did.
18   A.   No.
19   Q.   That would be problematic for the
20 operation, would it not?
21   A.   No.
22   Q.   People knew you and C-Love, people on
23 the streets knew you had these houses, correct?
24   A.   Yes.  But it wasn't me and C-Love.
25   Q.   Who was it?  What do you mean by that?

Page 197

1   A.   Me and C-Love didn't share houses.  He
2 had his own spots and I had my own what I was
3 doing.  But it was family-owned.  It was houses
4 that my grandmother had purchased that we lived
5 in or we had, we had access to.  And I know it
6 was wrong, but that's the only unfortunate deck
7 of cards I was dealt.
8   Q.   If you would, please, Exhibit 127, it is
9 the 1996 affidavit, could you grab that real
10 quick.
11   A.   126 was a recording.
12   Q.   I'm sorry, 127.  Not too long ago
13 Mr. Abrams asked you a question about whether you
14 stood by everything in this affidavit and you
15 said yes, correct?
16   A.   '94, no.
17   Q.   No, no, the affidavit in front of you,
18 the 127.  I believe Mr. Abrams asked you --
19   A.   Yes.
20   Q.   So, I just want to clarify one thing.
21 On page 1, paragraph 6, first sentence says, "The
22 police questioned me and threatened to take my
23 children away from me if I did not talk."  Is
24 that sentence in reference to the Terra Morehead
25 at your house on 427 Cleveland?

50 (Pages 194 - 197)

Page 198

1   A.  Yes.
2   Q.  And I understand Terra threatened you
3 after that.  But as far as the initial threat to
4 your cousin, you didn't get that firsthand, that
5 came from your cousin, correct?
6   A.  I got it from my cousin and then I went
7 and seen her, she said it.
8   Q.  I just wanted to clarify.  That sentence
9 isn't in reference to any other -- it is in the
10 context of the Terra Morehead threats?
11   A.  Yes.
12   Q.  About a couple weeks after the criminal
13 trial, October of '94, Lamonte McIntyre's
14 attorney made some kind of filing that was called
15 motion for a new trial, and in that they brought
16 up a guy named Lamont Garrett.  Do you know him?
17   A.  Yes.
18   Q.  Did you know him back then?
19   A.  Yes.
20   Q.  He was friends with C-Love?
21   A.  Yes.
22   Q.  Did he have a blue Chevy Caprice?
23   A.  No.
24   Q.  Do you remember what kind of car he had?
25   A.  He had the burgundy Monte Carlo.

Page 199

1   Q.  Do you recall, was Lamont Garrett in
2 jail at the time of the murders?
3   A.  Yes, he was.
4     MR. GIST:  Thanks again.  I don't
5 have any other questions.
6           EXAMINATION
7 BY MS. EVERS GUERRA:
8   Q.  I have a few questions for you as well.
9 You touched upon this rumor about an officer
10 named Clyde Blood.  I just wanted to follow up
11 with a couple more questions.  The Clyde Blood I
12 represent retired just a few years after this
13 incident in 1997, so he was no longer an officer
14 after 1997.  So my question to you is, are you
15 certain that these rumors you heard were about
16 Clyde Blood, or perhaps another Officer Blood, or
17 someone else?
18   A.  I'm not sure.  Because as I stated, I
19 don't even know what that officer looked like.  I
20 just heard them talk about an Officer Blood.
21   Q.  Just an Officer Blood, not Clyde Blood?
22   A.  They never said his first name.
23   Q.  Okay.  And you have no recollection as
24 to the timeframe of these rumors, is that
25 correct?

Page 200

1   A.  Correct.
2   Q.  You testified when Mr. Abrams was asking
3 you questions about this meeting that occurred
4 with the two detectives, Golubski and another one
5 at 8:00 a.m. the day following the murder, and
6 you had testified that Golubski was holding the
7 photo saying you know who did this, it is the
8 same as what Ruby said, is that correct?
9   A.  No.  I said I didn't know which one it
10 was that said it.  But they held the picture up
11 and was saying you know, what was the name that
12 -- what was the name that Ruby said, who did Ruby
13 say did it?  And I said Lamont.  And they held
14 the picture up and I could see Lamonte's name on
15 the back of the picture.
16   Q.  Now, can you tell me then when in the
17 timeframe of this meeting did that occur?
18 Because previously you testified that you were
19 holding the two photos, that you weren't sure
20 about --
21   A.  Right.
22     MR. ABRAMS:  Objection,
23 mischaracterizes the testimony.
24   A.  I was holding them in my hand and then I
25 gave them back to the officer, and that's when he

Page 201

1 held it, like, you know who it was, what did Ruby
2 say his name was.  And like I said, by the
3 reflection of the sun you could see the last --
4 the name said Lamonte on it.  And then that's
5 when he asked me what did Ruby say the name was,
6 what did she say his name was.
7   Q.  And is it your testimony that this
8 officer was holding up both photos, or just a
9 single photo?
10   A.  Just a single photo.
11   Q.  You don't know whether it was Detective
12 Golubski or another officer who was doing this?
13   A.  I don't recall which one it was.
14   Q.  You don't recall.  Okay.  Did you know
15 that Neil Edgar, Jr. was deposed in this case
16 earlier, just probably within the last month or
17 so, Monster?
18   A.  You said he was doing what?
19   Q.  Did you know that Neil Edgar, Jr.,
20 Monster, we deposed him a few weeks ago in this
21 case?
22   A.  No.
23   Q.  He adamantly denied that he committed
24 these murders.  Were you aware of that?
25   A.  No.

51 (Pages 198 - 201)

Page 202

```
 1    Q.  In fact, Edgar said that what happened
 2 to Lamonte is now happening to him.  Does this
 3 cause you to doubt your identification of him as
 4 the murderer?
 5    A.  No.
 6    Q.  You have no doubt at all?
 7    A.  No.
 8    Q.  And I have to ask, is that C-Love
 9 tattooed on your chest there?
10    A.  Yes.
11    Q.  When did you get that tattoo?
12    A.  In like '92, '93.
13    Q.  What prompted you to get that tattoo?
14    A.  I was young and dumb and full of, I
15 don't want to say the other word.  So we do
16 stupid stuff that we regret later, and I really
17 regret it because he is crazy.
18    Q.  Do you have any other C-Love tattoos on
19 you?
20    A.  Hell no.  I'm trying to get this one
21 off.
22       MS. EVERS GUERRA:  I don't have any
23 other questions.  Thanks.
24            EXAMINATION
25 BY MR. COOPER:
```

Page 203

```
 1    Q.  Ms. Quinn, let's go back to Exhibit 127,
 2 the 1996 affidavit, the third page, paragraph 10.
 3 The affidavit says Pork Chop drove you to
 4 Wyandotte High School.  You testified today
 5 repeatedly it was C-Love.  Did they both go?
 6    A.  No.  I didn't say Pork Chop.  Where are
 7 you saying?
 8       MR. ABRAMS:  I will object.  That
 9 mischaracterizes the evidence.
10    A.  What did you say?  Exhibit 127, where?
11    Q.  (By Mr. Cooper) Paragraph 10, the last
12 page, right in the middle, fifth line down.
13       MR. ABRAMS:  Objection.
14 Mischaracterizes the testimony.  The witness can
15 explain.
16    Q.  (By Mr. Cooper) Where was Pork Chop
17 driving you, as contained in that sentence?
18    A.  So, when the people had pulled up we was
19 sitting out in front of the house.  Pork Chop
20 used to be my ride wherever I needed to go if
21 C-Love wasn't available.  So when me and my kids
22 was coming back from my sister's home and we
23 pulled up in front of my house and I was going to
24 go in and I seen the car sitting out there.
25    Q.  So that reference to Pork Chop is not a
```

Page 204

```
 1 suggestion that Pork Chop was around when you
 2 were talking to Detective Golubski behind
 3 Wyandotte High School?
 4    A.  Right.  Not at all.  Where are you
 5 saying that?
 6    Q.  I know it has been a long day,
 7 Ms. Quinn.  Have you told us everything you
 8 remember about the conversation that occurred on
 9 the morning of April 16 when the two detectives
10 came to your house?
11       MR. HOFFMAN:  Object to the form of
12 the question.
13       MR. ABRAMS:  Same objection.
14    Q.  (By Mr. Cooper) You have been asked what
15 is in an affidavit.  I want to know was there
16 anything else that was said that we have not
17 talked about during today?
18       MR. ABRAMS:  Same objection.
19    A.  No.  I don't remember.  That was a very
20 short interview with them, it was very short.
21    Q.  (By Mr. Cooper) When you your affidavit
22 in 2014 refers to Detective Golubski pressuring
23 you to make an identification, you have told us
24 what that pressure was?
25    A.  Yes.
```

Page 205

```
 1    Q.  And that pressure consisted of him
 2 saying "you know who did it"?
 3    A.  "I know who did it."
 4       MR. ABRAMS:  Let me interpose an
 5 objection.  This one has been asked and answered
 6 a couple of times.  Go ahead.  Objection.
 7    A.  No, just what I stated, is that when I
 8 told him about Cecil now, it was more so, "you
 9 know who did it, we got the guy, we know he did
10 it," and so on and so forth.
11       MR. COOPER:  Thanks.
12       MR. ABRAMS:  I don't have any.
13            EXAMINATION
14 BY MR. GIST:
15    Q.  One question.  I think it has been
16 answered.  But the meeting you just talked about,
17 the meeting after the murder, after that meeting
18 with those two detectives is it accurate that you
19 did not talk to Detective Golubski again until
20 the meeting behind Wyandotte High School?
21    A.  Yes.
22       MR. GIST:  I have nothing.
23       MR. HOFFMAN:  I don't have any
24 questions.  I think she will read and sign unless
25 she later decides to waive.  So let's go with
```

Page 206

1  that.
2          THE VIDEOGRAPHER:  The time is 3:21
3  p.m. and we are going off the record.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 207

1          C E R T I F I C A T E
2          I, Alison A. Tracy, a Certified Court
3  Reporter in the State of Missouri, do hereby
4  certify:
5          That prior to being examined the
6  witness was by me duly sworn;
7          That said deposition was taken down
8  by me in shorthand at the time and place
9  hereinbefore stated and was thereafter reduced to
10  writing under my direction;
11          That I am not a relative or employee
12  or attorney or counsel of any of the parties, or
13  a relative or employee of such attorney or
14  counsel, or financially interested in the action.
15          WITNESS my hand this 8th day of
16  November, 2021.
17
18
19
20
21          Alison A. Tracy CCR No. 554
22
23
24
25

Page 208

1          Veritext Legal Solutions
            1100 Superior Ave
2            Suite 1820
            Cleveland, Ohio 44114
3          Phone: 216-523-1313
4
    November 10, 2021
5
    To: Robert J. Hoffman, Esq.
6
    Case Name: McIntyre, Lamonte, et al. v. Unified Government Of
7  Wyandotte County, et al.
8  Veritext Reference Number: 4838114
9  Witness:  Niko Latoya Quinn      Deposition Date:  11/3/2021
10
    Dear Sir/Madam:
11
12 Enclosed please find a deposition transcript.  Please have the witness
13 review the transcript and note any changes or corrections on the
14 included errata sheet, indicating the page, line number, change, and
15 the reason for the change.  Have the witness' signature notarized and
16 forward the completed page(s) back to us at the Production address
    shown
17
    above, or email to production-midwest@veritext.com.
18
19 If the errata is not returned within thirty days of your receipt of
20 this letter, the reading and signing will be deemed waived.
21
    Sincerely,
22
    Production Department
23
24
25 NO NOTARY REQUIRED IN CA

Page 209

1          DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
2
      ASSIGNMENT REFERENCE NO: 4838114
3    CASE NAME: McIntyre, Lamonte, et al. v. Unified Government Of
    Wyandotte County, et al.
    DATE OF DEPOSITION: 11/3/2021
4    WITNESS' NAME: Niko Latoya Quinn
5    In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7      I have made no changes to the testimony
    as transcribed by the court reporter.
8
    _____
9  Date         Niko Latoya Quinn
10     Sworn to and subscribed before me, a
    Notary Public in and for the State and County,
11  the referenced witness did personally appear
    and acknowledge that:
12
      They have read the transcript;
13     They signed the foregoing Sworn
          Statement; and
14     Their execution of this Statement is of
          their free act and deed.
15
      I have affixed my name and official seal
16
    this _____ day of _____, 20_____.
17
18   _____
    Notary Public
19
    _____
    Commission Expiration Date
20
21
22
23
24
25

53 (Pages 206 - 209)

Page 210

1        DEPOSITION REVIEW
           CERTIFICATION OF WITNESS

2

       ASSIGNMENT REFERENCE NO: 4838114
3       CASE NAME: McIntyre, Lamonte, et al. v. Unified Government Of
   Wyandotte County, et al.
       DATE OF DEPOSITION: 11/3/2021
4       WITNESS' NAME: Niko Latoya Quinn
5       In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7       I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8   well as the reason(s) for the change(s).
9       I request that these changes be entered
   as part of the record of my testimony.
10

       I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
   that both be appended to the transcript of my
12  testimony and be incorporated therein.
13      _____
   Date        Niko Latoya Quinn
14

       Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
   the referenced witness did personally appear
16  and acknowledge that:
17      They have read the transcript;
       They have listed all of their corrections
18      in the appended Errata Sheet;
       They signed the foregoing Sworn
19      Statement; and
       Their execution of this Statement is of
20      their free act and deed.
21      I have affixed my name and official seal
22  this _____ day of_____, 20_____.
23   _____
       Notary Public
24
       _____
25      Commission Expiration Date

Page 211

1        ERRATA SHEET

       VERITEXT LEGAL SOLUTIONS MIDWEST
2        ASSIGNMENT NO: 4838114
3  PAGE/LINE(S) /     CHANGE    /REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19
   _____   _____
20 Date        Niko Latoya Quinn
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23   _____
       Notary Public
24
       _____
25      Commission Expiration Date

54 (Pages 210 - 211)

**&**

**&** 1:17 2:15 3:5,11
3:16 4:7

**0**

**02545** 1:5 6:7

**1**

**1** 183:15,16,17
197:21
**10** 16:18 37:6 55:2
56:8 90:7 95:17
95:18 171:18
203:2,11 208:4
**100** 119:24 120:3
**10013** 2:16
**10:16** 52:20
**10:29** 52:23
**10th** 75:10,11
**11** 37:9 63:17 87:1
**11/3/2021** 208:9
209:3 210:3
**1100** 3:12 208:1
**11225** 4:7
**11:08** 78:14
**11:13** 78:18
**12** 5:12 114:5
139:15
**1200** 4:13
**124** 5:11 12:21,25
13:4 63:16 110:9
123:3 133:15
**125** 1:18 5:13,14
67:19,20 132:18
140:22
**126** 5:4,14,24
69:13,14 71:2
197:11
**127** 5:15 85:19,25
86:6 90:6 95:17
171:24 197:8,12
197:18 203:1,10

**128** 5:16 96:3,4,5
96:19 106:18,21
172:15,19,22
181:13,21
**129** 5:17 99:5,6
106:22 155:2
**12:17** 125:8
**13** 75:14,16
**130** 5:19 156:21,24
157:1 158:2
**131** 5:20 161:19,23
**132** 5:21 157:4
161:21,23 162:15
**133** 5:22 161:21,24
**136** 5:5
**14** 157:9
**141** 157:9
**15** 15:2 27:18 30:7
53:12 97:12,13
146:7 153:11
158:13 164:12,18
164:21 165:19
166:9 170:20
**1525** 1:15
**156** 5:19 158:2,6
**16** 15:13 23:5
146:19 147:25
148:7 152:19
157:9 165:20
166:12 181:10
184:9 204:9
**161** 5:20,21,22
**16th** 150:10
**17** 15:13 23:5 44:2
155:24 157:4
**170** 5:5
**18** 155:25 181:15
181:20
**1820** 208:2
**18th** 30:12 48:22
113:15

**19** 96:17,18,19,24
98:13
**190** 5:6,6
**199** 5:7
**1994** 5:19 30:7
37:18 38:5 45:8
53:12 99:8 100:13
100:18 101:6
124:2 125:22
140:16 141:16
142:5 146:17
148:7 152:20
153:11 157:2
159:21 166:4,9
170:20 181:10
184:5 196:2,4
**1996** 11:1 153:22
154:4 165:20,21
171:25 197:9
203:2
**1997** 199:13,14

**2**

**2** 171:24 182:25
**20** 23:19 96:18,19
96:24 110:11,12
110:15 155:8
187:21 209:16
210:22 211:22
**200** 3:17
**2000** 113:24
118:18
**2000's** 28:5
**2002** 113:24
**2003** 121:14
**2010** 124:2
**2012** 114:1
**2013** 114:1
**2014** 11:1 168:10
172:14 181:14
204:22

**2015** 168:10
**2016** 15:2
**2017** 5:11 11:18
133:14
**2018** 163:25
**2021** 1:17 6:2
207:16 208:4
**2022** 7:18
**203** 5:7
**205** 5:8
**20th** 192:21
**21** 63:16,17 64:4
64:10 99:25
170:21 181:7
183:17,21
**212.965.9081** 2:17
**2121** 3:12
**216-523-1313**
208:3
**21st** 98:6
**22** 64:10 75:17
106:18,24 133:14
155:4,9,11 156:2
**2200** 2:5
**22nd** 30:11 48:22
**23** 155:3,5,8,9,10
155:11,16
**2345** 2:5
**24** 44:3 155:10
**24/7** 33:3
**24959** 207:20
**25** 155:5,9 156:2
162:25
**26** 156:10 163:2
**27** 184:4
**2743** 21:5
**28** 24:4 99:8
100:13,18 101:6
183:16
**29** 24:4

**[29th - abrams]**

**29th**   30:16,19,20
 122:17
**2:00**   124:7
**2:18**   1:5 6:7
**2:24**   170:8
**2:31**   170:12
**2:46**   68:5
**2nd**   10:3

**3**

**3**   6:2 106:20,24
 183:21 184:19
 188:6,16,24 189:8
**30**   38:6,15,20
 55:10 58:16
 172:14 181:14
**3016**   73:5,8 140:19
 140:23
**3018**   73:8 140:17
 140:24 141:1
**3020**   29:6 55:9
 73:10 140:21
**3032**   55:10,11
 73:13
**3063**   122:17
**31**   24:4 110:10,10
 110:12
**32**   24:4 110:12,17
**326**   184:6
**328**   187:20
**32nd**   191:13
**34**   27:17 123:2
**35**   123:2
**3550**   3:6
**369**   69:7
**37**   119:19
**3800**   4:13
**39**   26:20
**39th**   3:17
**3rd**   1:16

**4**

**4**   30:15,15 37:6
 50:18 158:3
 183:20,21
**4,000**   45:3 46:17
**4/2/96**   5:15
**42**   57:18
**427**   197:25
**43**   75:13
**44114**   208:2
**450**   4:7
**46**   67:24
**4838114**   208:8
 209:2 210:2 211:2
**4:00**   177:11
**4th**   29:23 98:18
 99:24 100:15,23
 101:1 139:21,25
 186:19,22 187:2,8
 187:10

**5**

**5**   50:17,22 182:21
 183:3
**527**   3:17
**554**   1:15 207:21
**55th**   147:6,20
**5:00**   177:11
**5th**   3:6 139:11,21
 140:8,8

**6**

**6**   5:4 155:5,9
 197:21
**6/28/19**   5:17
**6/30/14**   5:16
**60**   61:20
**64105**   3:12 4:14
**64106**   2:11
**64108**   2:6
**64111**   3:17

**66210**   4:8
**66606**   3:6
**67**   5:13
**69**   5:14
**6th**   139:14

**7**

**7**   7:17 75:10,20,23
 110:12,17 158:3
 184:3 187:16
**70**   61:20
**72**   18:21 23:22
**785.232.7761**   3:7
**78th**   117:18

**8**

**8**   26:20
**816.292.2000**   2:6
**816.374.3229**   4:14
**816.471.6694**   2:12
**816.474.8010**   3:13
**816.523.1700**   3:18
**85**   5:15
**8:00**   81:17 82:14
 87:4 133:21
 146:18 200:5
**8th**   139:14 207:15

**9**

**9**   57:18 139:15
 163:1
**90**   23:17,23,24
**91**   147:3
**913.234.6100**   4:8
**92**   24:25 28:20
 29:8,9 147:3,3
 202:12
**9225**   1:17
**926**   2:11
**93**   29:13,15 202:12
**94**   11:6,6,7 23:17
 24:6 157:15
 160:15 165:24,25

**197:16 198:13
**95**   28:3
**96**   5:16 117:25
 157:15 165:23
 192:7,9,20 193:2
**97**   22:22 192:9,20
 192:25 193:1,3,4,4
**99**   2:16 5:18
 119:16
**9:00**   53:16
**9:14**   6:3

**a**

**a.m.**   6:3 52:20,23
 78:14,18 133:21
 200:5
**aaron**   32:7,17
 40:23 41:7,16
 42:13 43:20 44:5
 44:13 46:12,23
 47:1,6 49:2 50:8,9
 50:20,23 54:5
 88:20,23 89:20
 93:21 98:6 173:16
 175:19 176:7
 187:14 189:3
 195:9,14 196:6
**ability**   195:8,10
**able**   7:11 8:9
 43:11 59:19 60:10
 60:22,22 68:8
 83:14
**abrams**   2:4 5:5
 16:25 17:4 26:17
 63:24 68:16 77:6
 77:9 132:5,13
 134:20 150:19
 153:13 164:20,25
 165:7,11 166:8
 170:4,14,15
 172:25 173:4,20
 174:17 176:21

177:3,8 178:21
179:1 181:4
182:18 183:14
185:7 186:10,16
187:7 189:17,19
190:1 197:13,18
200:2,22 203:8,13
204:13,18 205:4
205:12
**accept** 8:15 159:8
**access** 197:5
**accountable** 105:1
105:11
**accurate** 32:8 38:1
76:3 87:21 173:9
177:3 185:3
205:18
**accused** 116:23
**ace** 25:10,11,24
26:25 27:5 35:9
37:15,17 53:2
125:24
**ace's** 25:20 35:18
**acknowledge**
209:11 210:16
**acquiring** 21:20
**act** 209:14 210:20
**action** 207:14
**active** 21:11
**actual** 80:12 101:2
**adamant** 188:18
188:23 189:7
**adamantly** 201:23
**adams** 86:17
117:9
**addicted** 34:3
**additional** 126:17
128:10
**address** 8:4 30:18
30:22 73:6,7
140:14,20 208:16

**addressed** 164:15
**admit** 119:7
**admits** 121:6
**advances** 124:19
**advice** 122:12
**affect** 66:8
**affidavit** 5:15,16
74:5 86:4 95:22
96:6,14,19 118:1
171:23 172:6,8,10
172:12,15,21
173:5,7 181:14,20
197:9,14,17 203:2
203:3 204:15,21
**affidavits** 10:25
173:12
**affixed** 209:15
210:21
**afraid** 47:12,14
**african** 111:10
**afternoon** 68:5
190:5
**age** 20:20 23:3,19
37:5,7 75:2
170:25
**ages** 24:3
**ago** 11:17 15:25
76:2,9,9,10 95:20
160:22 190:20
197:12 201:20
**agree** 8:14 64:3
69:10 95:22 96:24
132:15 154:15,19
**agreeable** 69:18
**agreeing** 10:7
**ahead** 12:22,24
32:5 47:8 52:6
68:9 71:20 75:12
87:2 95:17 96:1
97:11 99:23 103:6
165:8 194:21

205:6
**ain't** 60:1 84:13
146:2 195:21
**airline** 163:4
**airplane** 163:4
**airport** 162:16
163:3
**al** 1:3,7 6:6 208:6
208:7 209:3,3
210:3,3
**alana** 2:4
**alana.mcmullin**
2:7
**alison** 1:14 207:2
207:21
**alive** 19:1 48:15,18
79:17 112:24
**allegation** 131:24
132:9
**alleged** 131:20
**allen** 180:12
**allow** 33:25
**ambulance** 60:14
65:7
**amended** 131:20
**american** 111:10
**amount** 22:4
34:15 43:21 45:8
66:14
**andrew** 78:20,24
79:4
**anger** 45:25
**angle** 143:2,17
**angry** 45:17
**answer** 8:17,19
11:25 12:2,4
22:10 27:18 36:6
39:21 63:19 89:17
107:18 117:9
142:2,4 158:15
164:9,22 165:9

169:10 185:7
187:24 188:5,10
188:18 189:17
**answered** 77:21
134:21 142:3
173:19 182:5
205:5,16
**answering** 55:17
55:17 77:23
**answers** 193:18
**anthony** 24:17,19
179:22
**anticipating** 68:1
**anybody** 80:12
84:5 126:14
127:20 147:7
164:5,17,17 166:3
166:14 167:8
168:11 169:13,22
190:11
**anymore** 16:1
**apart** 18:19,20
**apartment** 100:15
101:11 107:5
147:6
**apartments** 29:23
98:22
**apologize** 17:10
31:7 100:22
**appear** 209:11
210:15
**appearance** 38:24
132:1
**appearing** 2:4,10
2:14,15 3:16 4:6
4:17
**appended** 210:11
210:18
**appreciate** 43:12
**apprehended**
122:19

approached 57:23
appropriate 8:18
april 30:7 38:8
  53:12 140:15
  146:7,17,19
  147:25 148:7
  152:19 153:11
  158:13 164:12,18
  164:21 165:19,20
  166:4,9,12 170:20
  171:24 181:10
  204:9
area 9:8 18:16
  25:16 76:11 80:13
  121:12 159:15,17
areas 130:15
arguing 55:24
argument 55:21
  56:6
arrange 151:4
arrest 102:11
arrested 73:19
  74:8 76:13,16
  145:14,23
arrive 65:7
arrived 137:21
aside 123:24
asked 16:10 30:25
  36:15 43:2 44:3,6
  44:6 59:8 63:21
  65:15 72:9 75:15
  82:2 91:18 101:3
  112:6 117:8
  120:11 131:8
  132:19 134:14,21
  137:8 144:17
  156:3,11 173:18
  176:24 182:4
  184:10,22,24
  185:10 187:22
  188:1 190:6

197:13,18 201:5
  204:14 205:5
asking 11:13 12:3
  17:2 22:3 38:20
  45:6 57:19 59:10
  64:11 77:13,15
  99:20 100:4
  104:19 106:3,21
  111:18 120:24
  151:21 196:16,16
  200:2
asks 94:15
asleep 133:17
  177:6
ass 108:25
assignment 209:2
  210:2 211:2
assistant 44:3
  57:18
assume 72:20
  103:10 193:25
assumed 10:20
  45:23
assuming 69:17
  81:23 88:19 152:6
assure 50:14
atlanta 14:1,3,8
  16:22 17:15,19,23
  162:12,16 169:19
attached 5:23
  210:7
attempts 46:23
attend 139:17
attention 55:25
attorney 7:21 17:8
  17:8 44:4 50:15
  57:19 63:17 64:5
  75:14,15 76:2
  86:11,20 103:3
  126:13 140:10
  198:14 207:12,13

attorney's 11:20
  12:8,13 133:14
  139:3
attorneys 6:21
  9:25 10:4 124:25
  168:15,25 169:10
audio 5:14 13:7
  26:22 27:20,21
  67:25 68:8 69:13
  71:3 130:17,17
  131:10,12
aunt 16:3 17:5
  20:1,4 102:23
  130:25 131:1,3
  145:17
aunts 19:18 22:6
authority 99:2,3
authorize 210:11
autopsy 60:19
available 99:4
  203:21
ave 208:1
aware 201:24
awhile 17:13
  137:1 164:9

**b**

b 5:9
b's 113:13 117:5
baby 63:22
back 7:8 11:6
  16:19 22:15 25:17
  26:24 32:23 37:10
  37:12 41:4,25
  42:14 45:20 48:23
  49:16,17,18 52:23
  52:24,25 53:1,9,22
  58:18,21 59:17,17
  60:8 61:2,7,24,24
  61:25 67:10 78:18
  79:4 84:4 85:3,10
  85:13 89:6 104:17

107:20 109:3
  110:9 114:2
  116:16 117:7
  120:15 121:21
  123:24 125:11,12
  125:22 132:3
  135:17,23,24
  136:19 140:1
  143:3,23 144:4
  148:23 161:17
  163:5 165:23
  170:12 171:11,20
  171:20 176:21
  183:11 185:9
  187:15 189:25
  191:10 193:6
  195:5,22 196:2,4
  198:18 200:15,25
  203:1,22 208:16
backed 143:3
background
  130:19
backing 30:7
  36:15 106:1
  114:23
backtrack 72:22
backward 126:4
bad 53:15 54:4,7
  125:15 159:13
bags 163:6
ball 126:1,4
ballparking 38:14
barbara 15:6
barber 4:4 129:12
  129:13
barber's 129:16
barbershop
  113:15,16 116:25
based 64:1
basically 8:23
  36:16 46:20 57:6

57:19 82:3 95:10
122:8 138:2 174:6
175:25 196:7
**basis** 77:7 190:12
**bates** 69:1,4
**bathroom** 120:13
**bclplaw.com** 4:15
**beaming** 63:4
**bearing** 43:12
**beat** 40:23 41:7,23
42:18,21 43:6
93:21 175:16
192:14
**beaten** 41:21
173:13,15 174:10
174:18 175:7
187:13
**beating** 43:10
**beef** 175:10
**began** 184:21
**beginning** 17:14
28:17 50:17 84:7
155:4 157:4
164:12
**behalf** 1:13
**belabor** 101:5
**belief** 161:6
**believe** 10:2 11:3
11:17 14:15 15:2
16:21 17:18 27:18
29:8 48:14 74:2
80:11 84:12 86:7
86:15 87:20 92:10
96:16 101:17
105:24 110:6
119:10,11,13
122:20 123:10
130:19 140:17,24
145:11,15 147:2
148:6 150:13
154:24 159:6

160:20 169:21
186:24 194:8
197:18
**believed** 119:4
123:10
**bent** 57:24
**bernard** 28:12
40:11 55:4 66:19
80:19 141:9,13
**bessie** 112:13
**best** 11:23 14:12
14:12 20:19 102:5
117:20 134:18
171:5,8,17
**beth** 126:10
**better** 7:22 71:23
87:13,14
**big** 26:16,24 28:2
37:16 108:16
**bit** 18:3 30:5 32:5
61:8,18 72:22
79:16 96:6 113:25
118:14,16 143:7
150:5 168:6 171:3
**black** 57:21,21,21
57:21 108:25
127:17 128:1,7,24
155:23,24 157:6,6
157:7,7,7,17,18
173:22
**blah** 10:18 107:22
**blaine** 79:13
**blame** 171:13
**bleeding** 42:20,20
**block** 27:19 30:22
56:25,25 65:14
**blood** 4:4 127:6,13
127:21 128:3,17
128:22 173:24
199:10,11,16,16
199:20,21,21

**blue** 49:6 53:10
198:22
**bo** 101:12,19,23
101:25 102:1
**bob** 48:4 95:8
160:4,15 192:10
**body** 144:4 175:24
**bond** 46:17
**bono** 190:12
**book** 166:10
**born** 18:21 19:3,6
23:22
**bottle** 59:24
**bottom** 44:3
110:10,11 155:4
**bought** 22:1 49:9
**boulevard** 4:7
**bounty** 43:18
44:14,18,25 46:4
195:9
**boyfriend** 28:21
**boys** 174:19
**branson** 3:5
**break** 52:18,25
68:2 78:11 122:21
125:13 134:13,17
136:24 170:4,6
**breaking** 59:25
**brief** 130:17
**briefly** 93:9
**bring** 118:15
142:16 171:6,19
171:20 193:6
**broke** 122:20
**brooks** 35:20
47:14 50:11,14,16
95:24 97:1,18
98:6 125:24
175:19 176:7
187:14 196:6

**brooks's** 173:16
175:23
**brother** 20:18
70:12 115:13
171:16
**brother's** 79:14
**brothers** 19:12,13
19:14,16 79:12
94:17
**brought** 167:6
198:15
**brown** 4:4 129:19
129:20,23 169:18
191:13,14
**bruises** 173:25
174:6
**brung** 84:2 171:14
**brustin** 2:15
**bryan** 4:12
**buddy** 114:15
**building** 99:11
140:14
**bullied** 127:17
128:1,9,11,12
**bully** 128:24
178:16
**bureaucracy**
186:21 187:2
**burgundy** 49:7,8,9
54:23 198:25
**bush** 79:7,17,19
**business** 22:25
32:2 50:2 163:19
196:15
**bust** 41:2
**butter** 49:12
**buy** 142:11,12
**buying** 27:5

**c**

**c** 2:1 3:1 4:1 14:19
14:22 31:2 32:16
33:19 35:12,17,21
43:13,20,24 44:12
44:12 46:3 47:2,4
47:7,10,12,14,18
48:1,4 51:14,24
53:20 54:14,21
55:20 67:10 89:3
89:5,12,19,23,24
90:10,14 91:12
92:25 93:3,3,5,9
98:3,4 100:19,23
113:7 114:19
116:7,11,14,21
137:16 149:19,22
150:1,6,14 193:11
193:15 194:1,17
195:3,7 196:12,22
196:24 197:1
198:20 202:8,18
203:5,21 207:1,1
**ca** 208:25
**cadillac** 52:9,10
53:10 72:10
108:19 132:20
**california** 8:25
18:12
**call** 31:17 39:10,11
39:14,14 44:14
69:12 91:1,21
103:15 180:13
191:1
**called** 23:12 37:12
47:17,18 53:4
67:12 91:15 92:4
100:1 101:25
102:6,7 104:2,2,17
119:21,21 120:6
149:3,6 151:4

156:8 160:25
178:13,14 180:13
185:19 198:14
**calling** 12:7 120:1
**calls** 16:17 36:5
38:18 40:2 119:23
164:22
**camera** 8:17
165:17
**cap** 126:1,4 157:6
**caprice** 198:22
**car** 15:8 49:5,6
50:16,25 51:2,7,9
51:12,13,14 54:21
56:16 57:7,23
59:7,13,18,22,23
60:4 61:11 63:7
72:4,6 87:15 88:9
93:2,5,6,7,8,8,10
93:17 143:3 145:5
145:8,11,21 150:6
150:14,22 151:1
158:13 174:22
189:1 194:10,12
198:24 203:24
**card** 103:12 104:2
**cards** 197:7
**care** 94:6 124:7
**careful** 94:1
**carefully** 184:13
184:13
**carlo** 54:23 198:25
**carolyn** 86:17
117:9
**carry** 48:1
**carrying** 155:5
**case** 6:6,21,23
7:16 10:8 38:24
107:13 123:24
201:15,21 208:6
209:3 210:3

**cash** 45:8
**casper** 160:25
**cast** 192:22
**category** 167:2
169:14
**catty** 30:20
**caught** 163:4
**cause** 36:12 202:3
**caused** 188:7
**causing** 87:17
**cave** 4:12
**cbranson** 3:8
**ccr** 1:15 207:21
**cecil** 35:20 47:4,5
47:14 50:9,11,14
50:16,20,25 92:5,6
92:7 94:1,2 95:24
97:1,17 98:5
125:24 173:16
174:19 175:19,23
176:6 187:14
189:3 194:9,14
195:8,14 196:6
205:8
**cecil's** 42:12 179:8
**centurion** 76:24
167:22
**certain** 13:12
14:10 43:21 63:12
199:15
**certainly** 7:20
58:15 113:2
132:24
**certificate** 210:11
**certification** 209:1
210:1
**certified** 207:2
**certify** 207:4
**chance** 11:13
68:18 72:23 97:12
125:1

**change** 54:20
188:9 208:14,15
210:8 211:3
**changed** 46:21
**changes** 208:13
209:7 210:7,9
**changing** 120:13
120:13
**chaos** 138:8,9
**characterize** 169:8
**charles** 3:5
**charlie** 28:7
121:14,18 122:2
122:18
**check** 7:16,24,24
8:1
**checking** 136:20
**cherry** 2:11
**cheryl** 2:9 68:24
96:15 97:4,8
168:10
**chest** 202:9
**chevy** 198:22
**children** 24:1,11
29:17 89:1 102:11
105:14 112:8
141:10,11,22,24
170:25 197:23
**chop** 48:5,11,12
88:9 90:4 203:3,6
203:16,19,25
204:1
**chris** 14:17,23
15:1,18,21,23
24:13,21 28:14,16
29:16,25 30:9,16
31:2 32:6 41:1,12
41:18 44:7,23
54:10 159:7
167:24

**chris's** 125:19
**christmas** 193:2
**christopher** 3:11
  159:12
**chronology** 41:13
**cigarette** 194:13
**cigarettes** 49:20
**cinderella** 21:2,16
**circulate** 69:9
**circumstance**
  158:19
**circumstances**
  138:4 158:22
  196:8
**city** 1:7 2:6,11 3:3
  3:12,17 4:13,14
  9:8 19:4,6,24 21:5
  21:17 22:5 25:4
  124:3 127:4,10
  129:9,16,23 130:4
  130:12 139:9
  159:17 175:14
  186:19
**civil** 6:22,23 7:25
  209:5 210:5
**claim** 33:5
**claiming** 174:1
**clarify** 90:19
  100:22 197:20
  198:8
**cleaned** 119:18
**clear** 31:1 121:25
  166:8 176:23
**cleveland** 21:5
  29:23 98:18
  100:16,23 101:1
  197:25 208:2
**client** 8:13,20
**clip** 26:4,5 27:14
**clips** 13:9

**close** 19:20 25:17
  51:3 61:9 79:5
**closer** 7:20
**closest** 20:2,16
  61:13
**clothes** 54:20
  94:11 104:21
  157:18 176:11
  189:6
**club** 95:2,4 113:14
  117:5 147:21
**clyde** 4:4 127:6,13
  127:21 128:3,6,17
  128:22 199:10,11
  199:16,21
**cnapolitano** 3:14
**cns** 48:25
**cocaine** 33:13
  142:8,9,11
**coercion** 72:25
**coincidence**
  124:10
**cold** 29:1 192:23
  193:5
**collect** 119:22
**collected** 22:1
**college** 4:7 23:24
**collins** 101:9,14
**come** 26:23 29:25
  64:21 67:10 82:14
  82:21 90:8 100:24
  104:3,3 107:5
  109:18 118:11
  124:8 133:20
  136:19 145:5
  147:7,7,12 154:23
  171:17 195:22
**comeback** 89:16
**comes** 41:8,23
  42:17 61:8 73:17
  180:20

**comfortable** 12:7
**coming** 56:17,24
  70:1 74:13 76:21
  88:8,13,22,23
  90:11 97:23
  101:11 125:3
  161:20 194:25
  203:22
**comment** 162:22
**commission**
  209:19 210:25
  211:25
**committed** 201:23
**communicated**
  13:16 170:18
**community** 38:11
  171:12 186:5
**company** 9:13
**compensated** 9:24
**compensating**
  9:20
**complaint** 131:21
**completed** 208:16
**completely** 35:2
  143:18
**complex** 147:13
**concept** 90:25
**concerned** 36:11
  56:19
**concerns** 8:7
**conclusion** 165:2
**conducting** 141:17
**conference** 13:23
**confident** 71:16
**confused** 46:19
  109:11
**confusion** 68:22
  87:17
**connection** 129:16
  161:10

**connotation** 12:11
**conscious** 68:16
**consisted** 205:1
**consistent** 38:10
**contact** 8:6 15:20
  15:22 18:17 67:1
  102:10,21 115:10
  136:25 187:23
**contained** 203:17
**contents** 99:9
**context** 161:1
  198:10
**continue** 184:23
**continued** 3:1 4:1
**continuously**
  114:3
**convention** 13:24
**conversation**
  11:22 80:18 95:2
  193:17 204:8
**conversations**
  118:12 169:9
**convicted** 105:4
**convictions** 163:9
**cook** 142:12
**cooper** 3:4 5:5,7
  69:1 136:16,17
  150:21 153:15
  156:19 158:6,7,17
  165:1,8,15 166:10
  166:11 167:11
  169:13 170:2
  174:15 176:19
  178:22 181:2
  182:4 186:12,23
  187:4 189:14
  202:25 203:11,16
  204:14,21 205:11
**copies** 5:23,23 8:2
**corner** 51:6 99:25
  184:7

**cornered** 30:20
**correct** 9:18 14:23
  17:20 18:5,22
  19:15 20:13 22:17
  22:19 25:8,25
  27:8 29:20 30:9
  31:14,24 32:25
  33:13 34:4 36:21
  36:25 40:1,5,24
  42:8 45:9,10
  49:23 50:8 51:4
  57:1 62:1 65:10
  66:17 70:11 71:14
  71:23 72:13 75:21
  80:9 81:15 88:5
  88:20 89:4,12
  91:16 93:13 95:12
  97:1 101:3 107:25
  110:21 111:24
  119:3 121:15
  126:2 128:17
  131:5,17 132:1,4,6
  132:22,23 133:1,7
  133:8,11,22,23,25
  137:11 157:21
  160:1 170:18,21
  171:25 172:6,16
  172:19 173:5,9
  174:11 177:17,22
  177:23,25 180:21
  181:4 183:18,22
  186:11 192:17
  194:1 196:23
  197:15 198:5
  199:25 200:1,8
**corrections** 208:13
  210:17
**correctly** 86:12
  193:18
**corroborate** 113:2

**costs** 149:25
**counsel** 9:18
  207:12,14
**count** 11:11 38:13
**county** 1:6 3:3 6:6
  11:19 12:8,13
  119:20 153:14,17
  153:17 175:3
  187:13 196:5
  208:7 209:3,10
  210:3,15
**couple** 13:15
  41:19 42:1 68:10
  81:14 88:10 95:3
  96:9 97:21,21
  117:21 145:16
  151:12 153:3
  163:10 167:5
  169:15 180:10
  198:12 199:11
  205:6
**course** 14:21
  82:25
**court** 1:1 6:9 8:18
  11:4 35:22 92:13
  92:17,19 99:13
  100:4 109:6 111:3
  152:10,10 153:22
  154:4,6,8 164:16
  166:23 196:6
  207:2 209:7
**courthouse** 105:22
  106:11 113:12
  152:7,13 153:10
  154:3
**courtroom** 105:24
  108:10,11 109:4
  109:16 112:5,23
  156:13,14 158:12
**cousin** 17:7 49:9
  52:11 53:21 54:11

  60:10 70:12 72:11
  78:22,23 79:8,8
  83:8 84:8 87:14
  91:22,25 93:18,20
  94:7,14 101:9,12
  101:15,20 102:24
  102:25 107:7
  108:17 112:13
  125:16,19 132:20
  142:1 171:19
  179:19 182:9,17
  182:22 196:9
  198:4,5,6
**cousin's** 40:22
  60:17 179:8,19
**cousins** 20:12,13
  20:15,17 70:23
  94:18
**covering** 116:7,11
  116:12
**cpilate** 2:12
**crack** 33:12 95:5
  142:8,12,12
  171:13
**crackie** 180:14
**crawford** 55:4
  66:19 80:19 141:9
  141:14
**crazy** 195:24,25
  202:17
**creek** 1:18
**crevice** 143:12
**crew** 37:23 141:24
  142:11
**crime** 73:20 74:9
  76:13 104:24
**crimes** 38:20
**criminal** 191:22
  198:12
**cross** 64:1 195:22

**crying** 105:5 109:1
  138:10 185:8
**csr** 1:15
**culp** 4:5 129:4,5
**culture** 72:16
  123:16
**curb** 142:21,21,22
**curious** 134:15
**current** 8:4
**currently** 7:17
**custody** 94:12
  98:12 104:21
  176:11 186:15,17
  194:5 195:16
**customers** 142:16
**cut** 84:13 173:25
**cuz** 60:1,2
**cv** 1:5 6:7

**d**

**d** 5:1
**da** 5:12 159:3,5
**dad** 21:11 51:17
  51:19 59:6 121:19
**daddy** 63:22
**dance** 151:22
  171:10
**daniel** 74:22,24
  75:8,9,16,19 76:6
**darius** 15:5
**dark** 91:6
**darken** 171:7
**date** 6:2 7:19
  28:13 109:5
  135:24 208:9
  209:3,9,19 210:3
  210:13,25 211:20
  211:25
**dated** 28:6 161:15
**dates** 7:18
**daughter** 35:16,18
  53:2 162:21 164:6

164:6
**daughter's** 24:17
**dave** 4:20
**david** 3:4 136:17
**davis** 28:10 113:17
113:20 114:4,7,13
114:15
**day** 1:16 7:22
18:18 38:9 41:24
49:1,4,14,16 51:16
51:20 53:13 64:17
64:17 68:5 69:20
69:22 70:6 73:15
73:24 74:3,7,12,16
75:5 80:16 87:3,6
87:22 92:9,9
93:22,24 119:22
125:18 130:18
135:8 145:19,25
146:3,7 151:11
159:24 170:20
173:21 175:12
176:22 177:9,19
180:19 200:5
204:6 207:15
209:16 210:22
211:22
**days** 11:17 42:1
88:7,18 89:10
91:11 97:21
133:17 145:16
173:12 174:10,22
177:1,6 208:19
**dcooper** 3:7
**dead** 61:3 171:19
**deal** 8:18 26:16
163:23
**dealer** 26:24
196:14,14
**dealers** 28:2,6

**dealing** 26:6 51:23
188:12
**dealings** 82:12
**dealt** 35:16 197:7
**dean** 70:24
**dear** 208:10
**death** 123:12
**deaths** 188:13
**debt** 44:13
**deceased** 22:17
80:7 103:22,23
**december** 119:23
163:1
**decent** 22:3 34:15
125:1
**decided** 33:10
**decides** 205:25
**decision** 87:19
**deck** 197:6
**deed** 209:14
210:20
**deemed** 208:20
**deeper** 46:22
**defendant** 1:14
3:3,9 118:22
**defendants** 1:8 4:3
6:22
**definitely** 34:20
**definitively** 106:5
**deliberately**
132:25 133:6
**den** 51:23
**denied** 201:23
**dennis** 4:3,4
129:12,13,16
130:8,9
**denny's** 86:8
**deny** 77:24 78:5,6
**denying** 100:6
**department** 127:4
127:11 129:9,17

129:24 130:5,13
175:15 208:22
**depo** 68:23
**deposed** 145:18
158:19,24 201:15
201:20
**deposition** 1:12
6:4,7,24,25 10:3,4
10:8,10,13 11:2
12:19 13:7 14:22
15:19 16:7,10
22:6 69:9 158:20
159:2 161:23
165:2 169:24
181:7 183:17
184:3 207:7 208:9
208:12 209:1,3
210:1,3
**describe** 57:5,20
134:6 138:4
173:20
**described** 31:8
50:15 95:20
102:13 105:20
106:2 108:3
109:15,22 112:24
116:24 155:23
160:15 169:14
**describing** 49:21
95:19 96:21 107:2
**description** 5:10
**detail** 23:7 56:13
70:18 118:6
**details** 131:25
**detective** 4:3,3,4,4
66:6,12 68:4 72:9
73:1 87:6 96:21
98:9,14 131:9,24
132:10,19 133:25
134:2,3,10,15
135:7,7 137:24

149:3,6,13,16
150:2,7,9,15,21,25
151:6,9,20 152:23
153:10 165:25
166:5 174:9,18,24
175:2,7,14,18
176:5 177:19,25
178:2,10 179:24
180:19,21 181:9
181:22 182:1
183:24 184:9
185:2,21,22 186:2
186:20 187:12,17
187:18,22 188:6
189:11 201:11
204:2,22 205:19
**detectives** 81:14
82:3,15,18 83:25
102:8 157:11
165:20 166:12
200:4 204:9
205:18
**devil** 152:1 178:16
**diagram** 143:8
**diane** 120:17,22
**die** 60:21
**died** 193:1,1
**different** 10:25
11:4 13:16 22:4
30:9 31:13 32:24
34:14 41:24 43:15
92:13 109:5
111:12 146:5
160:10 168:16
195:5,21
**difficult** 12:1
**difficulties** 72:11
132:21
**direct** 13:11 100:2
**direction** 144:3
207:10

**directly** 47:3
142:25
**disappointed**
116:4
**discussed** 126:18
**discussion** 89:14
125:6
**dispense** 7:4
**dispute** 37:24
**distant** 52:11 79:8
**distracting** 136:21
**district** 1:1,1
11:19 12:8,13
44:4 50:15 57:19
63:17 64:5 75:14
75:15 76:1 133:13
139:3 140:9 196:6
**distrust** 66:2
**dj** 94:19,25 95:1,6
95:11 147:14
**document** 69:5
99:24 117:13
**documentaries**
169:16
**documentation**
127:24
**documents** 10:13
10:23 126:17
**doing** 36:7 39:12
39:18 52:14 69:19
105:2 117:6 121:6
128:6 152:5,17
154:19 196:11
197:3 201:12,18
**don** 41:4,5,17,20
54:12 59:5,20
60:1,4 147:15
173:22
**donald** 38:5
138:14 154:15
156:12 175:20

176:8 180:25
188:25
**doniel** 18:1 20:16
33:22,25 38:5
40:8,17 42:4
44:14 49:5 51:11
51:13,15 52:7
53:9 54:9 65:11
67:2 97:17 98:7
138:14 142:14
145:21 154:14
156:12 161:7,10
164:11 171:4
173:15 174:9,18
175:7,16,20 176:8
180:25 187:13
188:25
**doniel's** 24:6
51:17,19 173:12
174:25
**donnell** 24:18
**donnelly** 23:24
**donny** 54:12
145:21
**donny's** 112:14
**door** 31:18 55:6,7
55:8,13,16,17
58:24 61:11 73:9
82:15,19 91:2,3,4
91:5,6 103:10
120:10 135:8
140:20 141:7,14
142:2,3,4 148:8
149:10 171:18
**doors** 116:16
**dope** 26:24 178:24
**double** 153:8
**doubt** 71:10
120:25 121:2
158:10 202:3,6

**downloaded** 69:16
**drain** 62:15,17,18
62:19 63:10,13
64:10,18,20,22
160:19 161:2,6,11
161:14
**dream** 53:15,18
54:7,9,10 125:16
177:14
**dress** 171:10
**drinking** 117:7
133:16
**drive** 13:23 17:15
143:15
**driver** 9:10,12
**driver's** 59:18
**drives** 92:25
**driveway** 57:15,24
58:4,12 142:19
**driveways** 58:5
**driving** 49:3,13
203:17
**dropped** 23:23
60:16 120:14
**drove** 15:10 16:21
17:19,23 59:16
203:3
**drug** 15:16,17
22:4,7,24 26:6
27:11 28:2,6 32:2
37:20 38:2,16,17
39:23 40:1 48:21
55:18 88:20 97:16
119:16 121:23
122:1 123:16,20
141:15,17 142:8
178:18 196:7,9,12
196:14,14
**drugs** 7:10 25:21
25:24 26:23,25
27:5 30:8 33:12

34:3,9,12 40:13,15
43:4 44:4 95:12
122:2,19 141:19
142:16 178:24
180:9
**drunk** 146:12
**dude** 97:6
**dudes** 91:7
**duly** 6:12 207:6
**dumb** 202:14
**dumped** 192:14

**e**

**e** 2:1,1 3:1,1,5 4:1
4:1 5:1,9 207:1,1
**e.evers** 4:9
**earlier** 10:2 45:6
51:20 53:1 89:18
100:21 117:8
130:16 131:1,11
133:9 135:10
140:19 142:7
143:22 160:18
190:6 201:16
**early** 14:15 21:23
27:6 28:5 53:22
119:23
**ears** 108:16
**easly** 180:11
**edgar** 25:7,10
36:16,21,23 53:2,5
71:17 139:5,18
140:11 154:24
201:15,19 202:1
**edgars** 36:20
**edge** 57:14 61:12
**eight** 13:8,11
**eighth** 2:16
**either** 12:17 14:18
19:13 35:21 66:15
76:20 82:4 142:15
169:11 192:20

elementary 23:9
139:8,10
eleven 75:10,20,23
eligible 186:22
elizabeth 4:6
email 208:17
emotional 188:12
employee 207:11
207:13
enable 7:11
enclosed 208:12
encompasses
157:3
encounter 50:7
ended 138:18
166:10 187:9
ends 52:7
ensz 3:11
enszjester.com
3:13,14
entered 38:23
210:9
entire 118:25
119:2 172:11
173:8 209:5 210:5
entirely 8:12
epidemic 171:13
equated 54:12
equivalent 160:6
era 27:13
errata 208:14,19
210:7,10,18 211:1
especially 45:8
esq 208:5
essentially 160:6
estate 4:3,4,5
et 1:3,7 6:6 208:6
208:7 209:3,3
210:3,3
ethan 169:18

evening 48:23
51:25 52:2 73:25
75:5 81:3 133:10
evers 4:6 13:2,5
126:9,10 136:13
172:24 174:14
177:5 181:3 183:8
185:6 189:15
199:7 202:22
everybody 8:3
20:25 46:14 47:15
48:11 51:9,17
53:19 79:6 138:2
138:10 161:3
164:10,13 171:12
171:16
evidence 77:10
203:9
ewing 38:5 52:11
52:11 60:10,20
138:14 154:15
156:12 175:21
176:8 180:25
188:25
ex 94:3 175:24
exact 187:25
exactly 30:18
32:21 69:21
examination 5:4,4
5:5,5,6,6,7,7,8
6:14 100:2 126:8
136:15 170:13
190:3,16 199:6
202:24 205:13
examined 207:5
excited 15:10
executed 210:10
execution 209:14
210:19
exhibit 5:11,13,14
5:14,15,16,17,19

5:20,21,22,24
12:21,25 13:2
63:16 67:19,20
69:10,13 71:2
85:19,25 95:17
96:2,3,4,5,19 99:5
99:6 106:18 123:3
132:18 133:15
155:2 156:21,24
157:1 158:2
161:19 162:15
171:24 172:3,15
172:19,22 181:7
181:13,21 182:24
183:2,16,17,21
184:2,3,6 187:16
187:21 197:8
203:1,10
exhibits 5:23
161:21,23
expectation
175:13
expiration 209:19
210:25 211:25
explain 16:12 33:9
41:13 57:20 58:2
79:10 90:22 98:24
112:1 119:14
203:15
explained 93:19
expressed 188:11
extended 18:4
extent 33:7 128:22
186:9
eye 173:23,23
174:5
eyed 184:21
185:17

**f**

f 207:1
face 60:5,18 65:3,3
74:14 84:12
108:18 173:23
183:12
facebook 5:20,21
5:22 15:24 159:8
159:11 161:24
165:13
facing 58:6 144:9
fact 71:22 94:13
141:13 162:24
174:9 184:20
187:7 190:10
202:1
facts 196:8
failed 131:24
132:10,25 133:6
fair 36:1,13,14
66:14 70:21 129:7
131:13,15,22
132:8
fairly 70:15
false 157:21
familiar 84:5
families 25:16
36:16
family 17:22 18:4
25:8,12 41:18
65:16,24 67:2
69:19 70:10 72:14
82:6,23 94:21
112:5,10,18,19,19
112:20,23 116:13
131:4 136:22
138:12 145:4
161:11 197:3
far 8:10 40:15
61:9 75:24 116:4
143:5 161:14

198:3
**farther** 143:6,7
**fashion** 106:10
  114:4 123:15
**fast** 57:4 62:6,7
  73:15 121:13
**faster** 165:2
**fat** 59:23,24
**father** 18:24 24:10
  24:15,17,18
**fathers** 24:10,16
**federal** 7:25
**fee** 7:24
**feel** 22:14 31:4
  85:20 111:22,23
  123:25
**feeling** 54:4,7
**feet** 58:11 61:14
  61:20 143:11
**fell** 171:11
**felt** 59:21 188:11
  188:13 196:3
**field** 57:22 61:24
  90:9
**fifth** 203:12
**fight** 48:2
**figure** 109:4
  136:22
**figured** 10:20 23:4
**filed** 6:23 10:3
**filing** 198:14
**finally** 72:2 91:11
**financially** 98:20
  207:14
**find** 8:9 26:10,15
  26:17 27:15 44:8
  64:22 208:12
**fine** 39:1 50:14
  58:15 96:8 123:1
**finger** 108:21

**finish** 12:3,4
**finished** 54:2
  189:20
**fire** 163:4
**first** 6:12 7:14
  21:23 29:14 57:3
  57:4,15 58:1,13,19
  58:24 60:13 61:8
  75:7 81:5 92:17
  92:18,20 102:14
  104:14 108:6
  115:4 118:1 120:8
  139:22 140:22
  143:23 154:18,21
  156:22 158:17
  170:17 177:16
  179:16 197:21
  199:22
**firsthand** 198:4
**fisher** 1:17 3:5 6:8
**five** 16:18 19:13
  19:14,16 31:8
  33:2 34:1,14 87:8
  143:11 171:1
  187:25
**fixed** 135:16
**flattop** 84:15
**floor** 2:16
**florida** 9:2,5,9
  13:22,24 121:19
**focusing** 30:4
**folks** 128:6,23
**follow** 27:16 35:8
  125:14 130:15
  199:10
**following** 133:21
  195:11 200:5
**follows** 6:13
**fool** 35:24
**force** 8:16 124:22

**forced** 11:10
**foregoing** 209:13
  210:18
**forget** 126:13
**form** 38:25 77:9
  132:5,13 150:17
  156:16 158:14
  164:24 165:6
  166:6 167:9
  172:23 174:12
  176:18 177:2,4,5
  178:19,22 181:1
  182:3 183:8 185:5
  186:8,12,13,23
  187:4 189:13,14
  204:11
**forth** 48:23 49:17
  49:17 195:5
  205:10
**forward** 73:15
  86:1 126:4,5
  188:15 208:16
**forwarding**
  121:13
**found** 41:18,18
  64:9 94:2 97:16
  175:23
**foundation** 181:2
**four** 24:2,3,7,9,11
  51:2 76:2,8,10
  87:8 91:11 167:15
  167:16,18 170:25
**fpsslaw.com** 3:7,8
**fred** 21:6,9,12
  22:15,18
**freda** 16:3,4,15
  19:11 20:4,6
  65:25 66:25 70:1
  70:3 73:17,25
  74:4 130:25 131:1
  131:3 137:15,25

138:19 145:17
  146:1
**freda's** 138:6,22
**free** 41:3,12
  209:14 210:20
**friend** 15:24 20:19
  114:24 159:8
  164:7 171:5,17
**friend's** 91:13
**friends** 114:4,8
  198:20
**friendship** 25:14
**front** 16:20 53:17
  58:10,23 90:24
  91:6 113:14
  116:25 119:18
  124:9 151:24
  155:3 197:17
  203:19,23
**full** 6:17 202:14
**fun** 125:4
**further** 61:21
  125:5 126:7
  190:15
**fuzzy** 27:22

**g**

**game** 36:4 51:22
**gang** 123:20
  173:16 176:7
**gap** 56:5
**garrett** 198:16
  199:1
**gas** 48:24
**gash** 174:3
**gashes** 42:19
**gather** 59:19
**gathering** 138:12
**gatlin** 18:10
**ged** 23:25
**generally** 10:22
  128:11 131:22

genuinely 125:2
geographic 49:22
georgia 14:1,4,8
  16:22 17:15,19,23
getting 15:3,9
  27:10 43:14 47:1
  52:8 54:9,11
  79:20 93:21
  123:16,17 137:25
  146:12 193:5
girl 22:23 180:14
girlfriend 28:21
  195:15
girlfriend's 94:3
  175:24
girls 147:10
gist 3:10 5:4,6,8,24
  6:15,20 8:11,21
  13:4,6 17:1,5
  22:12 26:10,14,19
  27:1,21 35:18
  36:9 38:22 39:4,8
  39:12,17,21 40:5
  52:17,24 64:3,13
  64:15 68:15,20
  69:3,12,15 77:7,11
  77:16,24 78:19
  86:9 106:24
  124:24 125:12
  126:6,19 130:16
  134:13 172:23
  173:2,18 174:12
  176:18 177:2,4
  178:19 181:1
  182:3 185:5 186:8
  186:13 189:13
  190:5,17 199:4
  205:14,22
give 7:12,21 8:5
  10:7 11:24 12:22
  12:24 21:19 26:11

33:18,20 34:11
63:19 66:7 67:22
69:11,17 85:24
96:1 129:3 143:8
145:3 152:4
162:11 163:23
168:18,19,20
171:11
given 6:25 10:24
  67:24 68:4 96:14
  131:21 158:20
  167:12
gives 94:10
giving 65:12 66:11
  86:3 97:23 145:4
glad 82:2
glare 65:2
glasia 162:19
glasses 181:17,18
gloria 112:15
  113:6
go 10:11 12:22,23
  12:24 13:6,22
  23:7,7 44:13
  49:20 50:4 52:3,6
  52:13 53:9,12
  56:13 61:24 67:1
  68:9 72:15,19
  75:12 87:2 90:10
  91:3 93:23 95:17
  96:1 97:11 99:1
  99:23 103:6 104:9
  106:22 107:23
  108:24 109:3,6,9
  110:3,8 118:20,25
  119:18 121:18
  122:10 124:6,10
  151:22 152:15
  163:18,21,22
  165:8,13,23
  176:21 184:5,9,13

184:20 186:4
187:15,20 192:24
193:5,11 195:8,10
196:5,13 203:1,5
203:20,24 205:6
205:25
god 59:5,20 62:3,8
  62:13 64:19
  143:20 144:1,2,10
  157:13
goes 41:13 52:2
  93:16 125:1
  180:15
going 6:3 7:14
  11:23 12:10,23,24
  13:6 22:3 23:6,24
  24:6 26:7 27:14
  27:19 33:5 39:15
  39:17,19 41:12
  44:8 49:19,22
  51:18,20 52:20
  53:19,25 54:8,19
  56:6,9,13,22 57:9
  62:6 63:24,25
  67:18,18 68:9,13
  69:12 71:1,19
  78:14 85:24,25
  90:18 96:1 99:6
  99:11,12 100:12
  102:11 105:14
  108:22,22 109:9
  109:18 110:3,25
  112:7 117:24
  122:10 123:24
  125:8 126:21,21
  126:23 129:3
  131:19 136:23,25
  138:5 140:25
  143:8,14,19,23
  163:21 164:8
  165:3,5 168:5,13

170:8 181:6 184:1
186:18 189:22
192:4 195:15,21
196:15 203:23
206:3
golubski 1:14 3:9
  6:22 81:15,24
  82:7,11 85:21
  87:6 91:15 92:8
  92:12,17 93:3,5,10
  93:12,17 95:23
  96:21,25 98:9,14
  102:17 103:14,16
  103:18 118:11
  120:14 121:22
  122:22 123:11,25
  133:25 134:3
  135:7 136:2,11
  149:3,6,13,16
  150:2,7,9,16,21,25
  151:6,9,20 152:23
  153:10,20 154:2
  165:25 166:5,13
  166:22 174:9,18
  174:24 175:2,7,14
  175:18 176:5
  177:20,25 178:2
  178:10,12 179:24
  180:20 181:9,22
  182:1 183:25
  184:10 185:2,21
  186:2,10,21
  187:12,17,18,22
  188:6 189:11
  190:22 193:13,25
  195:3 200:4,6
  201:12 204:2,22
  205:19
golubski's 93:8
  184:12

**good**   26:17 43:6
  44:19 45:8 59:14
  59:14,22 61:22
  65:1 82:18 114:8
  127:14,14 178:12
  190:5
**goodness**   171:5
**gotten**   115:17
  118:6
**government**   1:6
  3:3 6:5 136:18
  162:11 208:6
  209:3 210:3
**gpm**   2:5
**grab**   197:9
**grabbed**   85:2
**grace**   2:15,18
**grade**   139:2,5,6,11
  139:21,22,25
  140:8
**grades**   139:13
**graduate**   23:12
**grand**   2:5
**grandfather**   25:13
  193:1
**grandfather's**
  79:14
**grandmother**
  20:25 22:1 25:13
  112:14,14 138:10
  197:4
**grandpa**   21:6
**grandson**   79:14
**great**   79:14
**green**   49:11
**grew**   19:3,8 20:22
  21:10 22:7 25:7
  36:17 115:4
**grim**   47:17,18
**ground**   7:4

**group**   37:5,7
**grow**   25:15,16
**growing**   19:20
  20:24 22:23 23:6
**grown**   51:22
**guarding**   141:7,14
  141:20,24
**guerra**   4:6 5:4,7
  13:2,5 126:9,10
  132:6,15 134:24
  136:13 172:24
  174:14 177:5
  181:3 183:8 185:6
  189:15 199:7
  202:22
**guess**   28:24 30:5
  35:14 42:1 52:3
  59:3 60:16 71:20
  109:10 112:18
  116:3 143:14,16
  152:4 154:9 188:8
**guilt**   111:23
**guilty**   123:8
**gun**   53:25 54:14
  57:11 59:9,10
  94:12 104:21
  176:12 189:5
**guns**   59:8,9 88:10
  89:9 90:9 91:8
  149:8 178:25
  186:6 195:1
**guy**   47:2 56:23
  59:13 63:10 74:1
  84:12,14 85:3
  89:22,25 90:15
  91:22 99:21
  101:19 103:16
  105:12 108:16
  111:9 144:8
  161:15 169:18
  176:10 179:9

182:12,13 183:13
  183:14 194:5
  195:15,21 198:16
  205:9
**guy's**   84:18 85:5
  182:15 183:10
**guys**   13:22 16:9
  28:20 31:3 33:22
  34:6,15 37:22
  45:7 47:8 48:20
  52:2,4 53:8 63:7
  75:1 88:10,22
  89:9 90:8,19
  103:13 175:10

### h

**h**   5:9
**half**   18:20 76:2
**hallway**   112:16,21
**hammer**   59:15
**hand**   7:15 67:18
  83:20 87:11 181:6
  183:10 184:7
  200:24 207:15
**handed**   67:21 84:4
  99:6
**handful**   141:15
**hands**   135:12
  173:25
**hang**   95:4 120:9
  147:4,11,12
**hanging**   49:1 60:5
  72:5
**happen**   53:19 54:1
  54:8
**happened**   32:20
  32:21 42:2 43:2
  44:1,11 64:18
  67:12 69:22 89:12
  104:19 111:15,23
  112:7 118:7 123:8
  141:12 146:6

152:2 174:5
  187:22 196:1
  202:1
**happening**   32:11
  32:13 74:11
  192:11 202:2
**happy**   7:7
**hard**   10:19
**harm**   36:12
**harriet**   169:20
**harris**   28:7 121:14
  121:18 122:2,18
**hart**   171:8
**hat**   57:21 155:24
**hawthorne**   113:5
**hayes**   4:6
**head**   25:11 60:17
  173:24 174:3
**headed**   59:23,24
**healing**   162:5,7,10
**hear**   6:24 8:16
  35:22 58:13
  130:21 150:1
**heard**   43:17 55:21
  57:25 58:19 59:4
  78:7 116:9,18
  127:12,13 130:6
  130:19 138:6
  143:22 144:1,20
  164:19 178:2,4,11
  178:11 193:16
  194:8,8 199:15,20
**hearing**   5:18
  92:18,19 99:8,13
  99:16,19 101:6
  107:15 138:21
  145:3 153:22
  154:4 155:18
  156:7
**hearings**   11:5
  92:14

**held** 84:11 85:3,8
85:9 87:10 99:8
105:1,11 140:1
182:11 184:19,23
200:10,13 201:1
**hell** 202:20
**help** 72:24 98:9,15
98:20 186:11
187:1
**helped** 98:11
186:21 187:1
**helping** 123:4
**helps** 90:5 115:9
**hendricks** 24:20
**hereinbefore**
207:9
**hey** 102:7
**hiawatha** 56:25
61:4 90:20
**hickman** 83:10
**high** 23:11,13 25:1
92:22 94:3,5
96:22 133:10
139:15 146:12
150:23 151:2,10
153:17 166:1,13
166:22 175:3,25
176:17 186:3
187:15,19 193:14
203:4 204:3
205:20
**higman** 182:17
**hill** 56:24 58:18
143:13
**hired** 117:13
**history** 146:25
**hit** 40:16 88:20
196:9
**hoffman** 4:12 5:6
8:6,12,14 9:18,21
16:23 22:9 26:8

26:12,16 35:13
36:5 38:18 39:2,6
39:10,14,19 40:2
64:11 77:13,20
78:10 106:21
150:17 156:16
158:4,14 164:23
165:5 166:6 167:9
168:12,24 169:3,5
169:8,14 170:5
190:4,14 192:17
204:11 205:23
208:5
**hold** 60:7 144:8
147:25 148:2
**holding** 83:17
84:19,20,22 85:6
135:11,13 144:7
182:13 183:5
185:13 200:6,19
200:24 201:8
**home** 20:25 21:1,4
21:25,25 29:7
52:3 53:9 54:18
73:6 112:9 113:25
116:16 140:15
141:10,24 177:11
180:20 193:6
203:22
**homeless** 8:23
**homes** 22:2
**homicide** 166:15
**homicides** 166:4
**honestly** 45:12
**hope** 48:8
**horrible** 111:23
**horrific** 60:20
**hospital** 60:21
72:20 130:21
138:1,15,17,24

**hotels** 91:14
**hour** 13:8,10
126:14,19
**house** 20:22 21:9
29:19 30:16,19,20
30:23 32:7,17
41:2,12 42:5,11,13
44:5 47:6 49:22
50:5 53:20,24
54:14,19 55:5
56:3,10 58:6,7,8,9
58:11,21,23 59:12
65:13,15 66:12,13
66:16,16 73:9
76:21 77:3 78:1
79:1 82:4 87:4
88:8 89:2,7,20
90:9,21,25 91:6,13
91:13 97:16 98:5
98:6 101:17 102:6
107:5 119:16
122:3 124:9
133:20 140:20
141:1,1,2,2,7,17
141:18,20 142:14
143:9,24 146:18
147:24 148:9
149:8 173:22
177:21 186:6
195:1,6 196:7
197:25 203:19,23
204:10
**household** 19:8
**houses** 30:9,25
31:2,2,6 33:2 34:1
34:15 37:20 48:21
50:1 141:15 142:9
142:16 178:24
195:6 196:23
197:1,3

**housing** 99:1,3
**houston** 192:4
**hudson** 2:16
**huh** 63:23 97:14
155:14,20 156:25
188:20
**hundred** 138:13
**hung** 70:22 79:6
95:3 120:6 191:16
**hurry** 67:22 96:7
**hurting** 174:2
**hutchings** 29:6
30:12 48:22 50:6
55:9 56:25 61:2
73:5 79:24 140:17
140:19,23,24

**i**

**ice** 174:3
**idea** 47:21 53:13
131:15
**identical** 79:12
**identification** 88:5
181:23 182:2,7
188:17 202:3
204:23
**identified** 188:15
194:4,6,21
**identify** 69:1
91:22,24 94:8
99:16 148:17,21
149:14 180:24
185:16,22 188:5
**ignorant** 33:4
**imagine** 82:17
**immediately**
115:18 131:10
137:5
**implies** 35:4
**important** 68:21
**improper** 38:24
39:3,7,8 85:21

123:25
**inappropriate**
85:21
**incarcerated**
154:11
**incident** 189:3
199:13
**incidents** 128:13
**include** 167:1
172:11 173:7
**included** 72:11
132:20 173:8
208:14
**including** 36:20
**incorporated**
210:12
**independently**
144:25
**indian** 1:18
**indicate** 188:9,16
**indicated** 128:6
133:16
**indicates** 7:20
**indicating** 208:14
**indication** 7:22
**influence** 81:20
**info** 122:6
**information** 97:23
127:2,9 128:10
129:8,15,22 130:3
130:11 131:8,23
132:9,24 133:5
168:18,19,21
**informed** 131:2
**initial** 132:12
198:3
**injuries** 174:25
175:8
**injury** 158:23
**inky** 180:12

**inquire** 188:7
**inside** 109:6
142:21 173:24
**instagram** 165:14
**instance** 143:9
**instruct** 169:9
**insulted** 139:24
**intend** 137:4
**intention** 45:25
**interact** 153:5,9
**interactions**
128:17
**interest** 169:1,2
**interested** 167:14
**interpose** 205:4
**interrogated** 42:3
**interview** 5:12
12:6,7,12,12,17
13:1,11 75:13
82:11 133:1,6
138:6,23 204:20
**interviewed** 133:2
**interviewing**
169:11
**interviews** 167:12
**intimate** 70:20
178:7
**intimidation** 195:2
**investigate** 175:15
**investigated** 176:6
**investigation**
164:11
**investigator**
117:12
**investigators**
101:10
**invite** 82:21
**invited** 164:2
**involved** 22:7
25:21 27:10 30:8
31:13 33:10,19

55:18 119:11,13
123:20 178:17
179:25
**involvement** 129:8
**item** 68:25

**j**

**j** 2:4 3:10 4:12
208:5
**ja'wan** 18:25 19:8
**jackie** 180:13,14
**jail** 105:14 108:25
112:8 119:15,20
122:10 163:14
199:2
**james** 4:3,4 18:25
32:5 70:13 76:24
83:11 84:9 89:18
94:20 97:5,7
114:25,25 115:2,3
115:6,10,12,17
116:1 126:24,24
129:19,20,23
146:20,22 147:1,4
147:14,20 167:22
182:16 183:2
**james's** 182:19
**january** 5:11
11:18 22:22
**jarnell** 179:17
**jester** 3:11
**jim** 32:10
**job** 158:21
**john** 51:19 59:10
76:20 77:4 78:1
78:25 81:7
**johnson** 94:25
95:6,12 147:15
180:13 190:25
191:5,21
**johnson's** 191:13
191:20

**join** 150:19 164:23
172:24 174:14,15
176:19 181:2,3
182:4 185:6
189:15
**jones** 14:17,23
15:1,18,21,23
24:13,18,21 28:14
28:16 29:16,25
30:9 32:7 41:1,12
159:7,12 180:12
**josephine** 18:4
19:12 74:6 80:8
145:19
**jr** 28:10 36:21,23
71:17 113:17,20
114:4,7,13,15
139:5,18 140:11
147:15,15 154:24
201:15,19
**judge** 39:11 99:14
110:20 111:6,8,9
119:17 155:18
156:3,6
**jump** 32:23 53:1
71:20
**jumped** 59:8,13
174:20 175:10
**jumping** 32:5 43:9
59:6
**june** 10:3,8 11:6
99:8 100:13,18
101:6 162:25
163:2 172:14
181:14
**jury** 6:17 99:12,14
101:2 104:7 110:4
111:4 157:2,5,5,10
157:17,21 158:10
184:4

**justice** 162:5
**justified** 188:14
**juvenile** 99:11
152:10

**k**

**k** 140:5,6
**kansas** 1:1,7,7,15
1:19 2:6,11 3:3,3
3:6,12,17 4:8,13
4:14 6:9 9:8 19:4
19:4,6,6,24,24
21:5,5,17,17 22:5
22:5 25:4,5 124:3
127:3,4,10,11
129:9,9,16,17,23
129:23 130:4,4,12
130:12 139:9,9
159:17 175:14,14
**kck** 23:6
**keep** 39:17 51:15
51:18,20 195:20
**keeps** 106:2
**kendra** 70:24
**kept** 53:18 59:10
108:4
**kevin** 171:8
**kgg** 1:5 6:7
**khv** 1:5 6:7
**kicking** 43:10
**kicks** 173:25
**kid** 23:1 37:3
**kidnapped** 192:12
193:3,8
**kids** 24:7 25:15
66:8 79:13 102:15
102:18 108:24
109:1 110:3 111:1
142:1 203:21
**kill** 43:7 88:24,24
88:24 90:11

**killed** 15:3,5 40:1
42:15 54:12 91:22
91:25 92:12 93:18
93:20 94:13
108:17 154:14
174:21,23 177:7
182:8 192:10
**killer** 113:13
117:4 189:9
**killing** 95:24
**killings** 15:7
**kind** 7:11 16:11
23:4 25:11 28:16
29:1 31:3,21
32:23 36:17 43:13
49:25 50:3,4
51:25 52:4,13
53:13 54:21 57:4
58:16,22 59:1,16
59:20 62:7 66:6
72:16 73:1 79:3
82:12,17,22 84:14
123:4 124:21
127:23 158:19
171:4 178:14
190:22 198:14,24
**kindergarten**
139:10,22,25
140:5,6,7,12
**kinds** 128:6
**kiss** 171:18
**knew** 27:7 37:17
46:14 63:6,10
70:13,19,23 76:19
80:21 81:24 82:6
82:10 87:9,11,18
87:23 92:4,6
94:13,21 95:1
98:3,4 103:15
105:12 114:24
115:2,4,6 132:11

132:19 138:14
144:13 146:22
147:18 154:12
160:10 182:7
190:6 191:9
196:22,23
**knit** 25:17 79:5
**knock** 82:15 91:2
91:4
**knocked** 91:5,5
148:8
**knocking** 91:2
149:10
**know** 7:7 9:20,23
11:23 14:19 15:7
15:14,16 17:22
18:13,15 19:1
21:12,19 22:10,24
23:1 24:10 25:1,4
25:15,17,22 29:3
31:11 32:20 34:18
34:21 35:4,5,16
36:6,9,10 38:12,13
38:19,20 40:4
41:16 44:24 47:7
47:25 48:12,13,15
48:17,19 52:14
54:6,25 57:13
59:3,21 60:11,19
60:24 61:14 62:14
62:19,21,25 63:3
63:11,20,21 69:8
69:20,21 70:8,10
72:10 73:12,12,12
74:24 76:6,18
77:21 79:16,19
80:1,4 81:2,10
82:4,5,9,9 84:5,7,8
84:9,10,25 85:1,13
85:14,15,16 86:16
87:17 88:1 89:15

90:2,7,18,25,25
92:3,16 93:18,19
94:6,25 95:2,5,11
95:14 97:2,6,23
98:5 100:9,14,18
103:9,10,13 104:6
105:6 107:18
108:3 114:15
115:13 117:22
118:9 120:20
123:1,7,22 124:24
125:4,20 126:23
126:23,24 127:7
128:3,5,13,19,19
128:20,23 129:13
129:20 130:1,7,9
130:24 131:7
133:2,9 134:2,13
135:18,20 137:23
142:23 144:5
146:12 147:15,17
148:2,16,23 152:8
152:16 154:1,10
159:2,4,10,19
161:4,12,14,20
164:10 165:12
166:24 167:12
168:17,23 169:17
171:21 177:25
179:7 182:8,8
185:13,14,14,16
189:5 190:8,10
191:4,8,11,17,19
191:23,25 193:7
193:12,20 194:19
196:1 197:5
198:16,18 199:19
200:7,9,11 201:1
201:11,14,19
204:6,15 205:2,3,9
205:9

**knowing**  168:12
**knowledge**  10:5
  10:24 22:6 25:20
  32:18 33:7 35:15
  35:21 38:16 39:22
  40:6 47:7 79:17
  79:23 127:3,10
  128:22 193:10
**known**  25:11
  39:25 193:19
**knows**  77:22
**kosher**  149:20
**krstolich**  4:3
  126:24,25

**l**

**l**  3:16 4:4
**labott**  113:6
**lack**  131:21
**lady**  74:21 86:13
  86:14,16 101:10
  117:8 120:13
  191:23,25 192:1
**laid**  60:8 105:10
**lamont**  62:4,8,12
  62:13,14,14,15,17
  62:18,19,22 63:10
  63:13,18 64:5,6,10
  64:18,19,19,20,22
  84:19 85:5,8
  135:22 143:20
  144:2,11,14 156:4
  156:8 160:19
  161:2,6,11,14
  185:20 198:16
  199:1 200:13
**lamonte**  1:3 4:17
  6:23 9:24 70:8
  73:18 74:8,9,14
  75:20,24 76:17,19
  83:18 84:15,24
  85:6 87:15,18,23

88:1 94:8,12,17,22
  95:5,7 99:16
  104:20 105:9
  106:5 107:25
  108:7 112:2 118:9
  123:24 124:12
  135:15,17 145:12
  145:22 156:14
  157:12 158:11
  159:20,23 160:3
  163:14 167:20
  168:6 170:16
  176:15 182:16
  183:6,7,9 185:9,12
  185:18 188:24
  189:5,8 194:4,4,21
  198:13 201:4
  202:2 208:6 209:3
  210:3
**lamonte's**  85:10
  124:16 135:23
  182:14 183:20
  200:14
**lap**  49:25
**large**  20:13
**late**  21:24 24:25
  113:24 119:22
  143:15
**lathrop**  2:5
**lathropgpm.com**
  2:7,7
**latoya**  1:12 5:3
  6:11,18 208:9
  209:4,9 210:4,13
  211:20
**laughing**  33:4
  45:13,14,14,17
  48:8,10
**law**  103:2 191:5
**lawsuit**  126:12

**lawyers**  170:16
**lead**  123:15
**leading**  174:12
  187:5
**leads**  145:7
**leandrew**  15:6
**learn**  46:16 64:22
**learned**  19:11
  71:21
**leave**  53:21 54:14
  66:23 85:17 88:4
  111:13 113:12
  151:25 175:22,25
  176:2
**leaves**  53:9 55:20
**leaving**  66:25
**lectured**  39:15,20
**left**  53:2,7,22,25
  54:25 55:21 58:7
  65:11 66:20,22
  67:6 89:6 91:12
  103:12 111:17
  119:19 122:15
  124:3 148:10
  151:7 183:11
  193:24 194:1
**leg**  174:1
**legal**  121:7 208:1
  211:1
**legs**  42:20 59:21
**leighton**  4:12
**lela**  18:8,10,19
  48:4 65:20,22,23
  67:1 81:9 137:15
  145:19 159:14
  178:5
**letter**  208:20
**level**  142:22
**leyland**  4:20
**license**  103:2

**lie**  112:6,6
**lied**  189:11
**lieutenant**  4:4,5
**life**  20:22 45:19
  51:25
**lifetime**  40:18
**light**  61:18,19
**lindsay**  2:10
**line**  26:9,20 27:18
  30:15 44:3 57:18
  58:10 63:17 64:10
  75:14,16,16
  110:11,12,12,15
  110:17 155:5,5,9,9
  155:15 156:2
  157:4 184:9
  187:21 203:12
  208:14 210:7
  211:3
**lines**  130:20 137:8
  155:16 157:9
  158:3
**liquor**  48:24 49:19
  163:20
**list**  33:18,20
  126:22 180:15
  190:21
**listed**  210:7,17
**listen**  12:17 13:10
  68:10,11 72:23
  165:14
**listening**  71:4
  131:11 150:15
**listing**  210:7
**lists**  140:23
**literally**  45:25
**litigation**  136:19
**little**  18:3 27:21
  30:5 32:5 37:13
  41:17 46:19 59:5
  59:20 60:4 61:3,8

61:18,19,21 72:22
79:16 84:14 96:6
109:11 113:25
114:10 118:14,16
139:5,18 143:1,7
143:13 146:5
150:5 154:14,17
154:19 168:6
170:5 171:3
191:14
**live**   20:4
**lived**   19:23,23
55:11 140:15
141:18 191:8,12
197:4
**lives**   18:12,15
159:14
**living**   21:13 29:10
89:3,6
**liz**   120:6,7,7,9
138:19
**liza**   180:12
**llc**   2:10 3:16
**llp**   2:5,15 3:5 4:7
4:12
**local**   86:22
**locate**   68:2,8
**located**   144:5
**location**   55:14
**long**   13:9 16:15
44:20 49:14,15
54:25 58:17 68:7
68:11 104:6
115:16,19 184:19
190:19 197:12
204:6
**longer**   96:6 123:20
199:13
**look**   27:15 32:15
44:2 50:13,17
57:17 61:22,23

63:16 65:1 66:6
84:5 90:10 95:17
96:18 97:11 99:23
110:2,9 128:20
132:17 140:22
146:13,16 155:3
157:4 161:2
171:24 172:14
175:18 181:15
184:24 194:3
195:14,20
**looked**   10:16
11:15 48:11 60:4
62:9 84:3,25 87:9
105:7 110:1,24
134:7 136:7
144:10,11 146:15
150:10 173:21
176:6 181:21
199:19
**looking**   30:14 60:6
84:3,16,22 91:7
110:23 123:2
135:14,15,16
144:9 156:19
161:3 164:13
172:18 184:18
185:4
**looks**   62:5,23
128:3
**lost**   163:6
**lot**   7:4 19:12,18
23:7 33:10 38:12
70:18 75:10 80:4
80:14 97:22 98:2
111:22 117:6
122:6 125:4
136:21 165:2
168:15 180:8
188:12

**loud**   110:14
**love**   14:19,22
32:16 33:19 35:12
35:17,21 43:13,20
43:24 44:12,12
46:3 47:2,4,7,10
47:12,14,18 48:1,4
51:14,24 53:20
54:14,21 55:20
67:10 89:3,5,12,19
89:23,24 90:10,14
91:12 92:25 93:3
93:3,5,9 98:3,4
100:19,23 113:7
114:19 116:7,11
116:14,21 137:16
149:19,22 150:1,6
150:14 193:11,15
194:1 195:3,7
196:22,24 197:1
198:20 202:8,18
203:5,21
**love's**   31:2 194:17
196:12
**loved**   161:4
**lucas**   120:19,22
**lunch**   125:9,13
126:14,19 136:20
**lured**   41:16

---
**m**
---

**m**   3:11
**ma'am**   165:10
**mad**   48:9 116:2,4
**madam**   208:10
**main**   3:12 4:13
**making**   48:9
119:10 121:9
149:19,22
**male**   100:3 102:2
155:23 157:6

**mama**   60:9
**man**   37:12,13,13
37:16,16 86:14
139:5,18 154:14
154:17,19 157:18
158:12 185:12
**man's**   51:22 85:7
135:21
**marcus**   118:22
119:7 120:25
**mark**   67:19 68:13
68:25 156:20
**marked**   12:21,25
67:20 69:14 85:19
85:25 96:2,2,4
99:5 156:21,24
161:19,21,23
181:7 184:2
187:16
**marlon**   50:10,24
**martin**   70:24
**math**   38:8
**matt**   6:20 13:3
68:19
**matter**   6:4 11:11
117:5 162:24
**matthew**   3:10
**mccauley**   3:16
**mccauleyroach....**
3:18
**mccloskey**   32:6,10
76:24 77:25 89:19
89:22,25 97:5,7
167:23
**mcintyre**   1:3 4:17
6:5,23,24 9:24
13:18 14:7,14
16:24 17:10,12,16
17:18,24 70:8,13
73:19 74:9,10
76:17 79:20,21

83:12,18 84:9
86:12,20 87:16
94:9,21 95:5,8
99:17 106:5
112:19,20 115:1,6
115:10,21 116:1
118:3,12 123:24
124:13 145:22
146:20 147:5
156:14 157:12
158:11 160:3
162:3,13 163:9,10
163:13 167:5
170:17 176:15
183:2,6,9 188:24
189:8 191:6 194:4
194:21 208:6
209:3 210:3
**mcintyre's** 10:4
74:14 94:17
145:13 159:20,23
162:21 198:13
**mcmullin** 2:4
**mean** 16:23 31:12
31:22 32:2 33:2,6
33:16 34:12,17,24
37:19 45:24 50:24
52:6 55:7 60:17
61:7 64:16 65:12
80:15 89:10,11
94:21 97:24 113:5
124:4 138:9 139:2
139:6 152:24
168:8,20 176:3
179:2 186:17,18
195:25 196:3,14
196:25
**meaning** 66:15
146:6
**means** 15:22 195:8

**meant** 63:19,25
153:13 171:15
**meat** 60:5
**medications** 7:10
**meet** 6:20 14:3
24:21 91:18,19
92:22 93:3 104:9
104:12 117:14
149:16 153:16
**meeting** 83:24,25
85:22 86:19 88:5
92:16,25 93:13,15
93:16 94:8,15
95:19 96:20,21
104:14 105:19,21
106:1,6,14 108:3
117:16 123:14
151:4,7,10 175:3
176:16 183:25
186:1 187:12
193:13,24 194:25
195:3 200:3,17
205:16,17,17,20
**member** 116:13
**members** 17:22
82:6 131:4
**memory** 71:5,22
72:24 76:3 90:5
134:6
**men** 127:17 128:1
128:7,24 193:9
**mentioned** 9:9
125:14 133:24
142:7 158:17
**message** 46:3
**messed** 17:1 58:20
113:25 180:14
**messing** 28:1,23
147:10
**met** 24:22 28:19
28:25 47:23 92:8

92:12 114:25
117:14 134:3,16
151:6 164:7
168:10
**metro** 159:15,17
**metropolitan** 9:8
18:16
**mf** 93:7
**mgist** 3:13
**michael** 2:4 4:3
169:20 170:15
**michael.abrams**
2:7
**mid** 192:23 193:4
**middle** 23:10 51:6
139:13 203:12
**midwest** 208:17
211:1
**mind** 45:12,15
46:21 57:10
158:11 195:22
**mine** 73:8
**ministries** 76:25
167:22
**minneapolis**
192:13 193:5
**minnesota** 192:13
**minute** 13:11
26:11 104:17
**minutes** 13:8
16:18 55:3 56:8
65:6 67:25 68:11
171:19 189:20
190:20
**mischaracterizes**
200:23 203:9,14
**missed** 16:17
**mission** 124:11
**missouri** 1:15 2:6
2:11 3:12,17 4:14
91:12 195:5 207:3

**misstated** 77:17
**misstates** 77:10,10
**mistaken** 118:4
**mitchell** 62:1
68:23 143:19
156:3,7 185:11
**mitchell's** 63:9
161:15
**mitchie** 180:12
**mom** 21:22 29:14
55:22 58:5,25
59:17 60:3 61:16
73:13 80:8 115:15
143:10
**mom's** 54:19 56:3
56:9,23 57:14,24
58:6,12 66:16
91:13 143:9
**moment** 95:20
**money** 33:11
34:12,13,16 43:22
45:4,7 46:18
127:17 142:15
178:24
**monique** 180:11
**monita** 53:4
**monster** 37:11
40:23 41:8 42:23
49:3 50:8,9,23
63:1,6 71:17 72:1
75:21,25 76:21
77:3,25 78:25
92:5 93:21 114:8
116:25 117:4
192:20 193:11
201:17,20
**monte** 54:23
198:25
**month** 92:11
149:5 201:16

**months** 15:25 30:7
117:21 119:19
154:23
**morehead** 99:20
100:9 101:3
103:11 104:1,10
104:12,15 105:20
105:21 106:10
107:4,24 109:13
157:25 167:1
186:24 197:24
198:10
**morehead's**
108:20
**morgan** 2:10 3:16
3:18
**morganpilate.com**
2:12
**morning** 53:16
81:13,18 82:15
83:25 87:5 124:8
125:3,18 133:21
134:4,16,25 137:7
146:18 147:25
148:7 158:18
177:12,21 181:10
181:11 204:9
**motel** 191:13,14
191:20
**mother** 18:2,4
23:10,13 67:2
73:16 170:23
**mother's** 141:2
**motion** 198:15
**motive** 132:11
**mouth** 42:20
**mouthed** 110:25
**move** 7:18 31:19
98:9,15 101:1
111:14,19 186:11
186:22 187:2,8

193:3
**moved** 29:5,9,13
29:18,22 99:3
100:15,23 186:18
**moving** 28:21
40:21 51:16 62:7
86:1 123:18
187:10 192:4
**multiple** 8:22 95:9
**murder** 24:6 38:9
40:17,18,22 46:1
49:11 56:15 66:7
79:24 83:1 88:14
88:19 93:23,24
113:8 119:5
123:23 125:19
130:18 131:2,10
134:4,16 135:1,8
160:12 161:5
164:12 171:22
173:12 174:10
175:20 176:8
177:1,19 178:10
180:19 181:11
191:11 200:5
205:17
**murdered** 22:19
38:6 40:7,9 54:9
54:11 118:17
**murderer** 202:4
**murders** 29:19
30:5,6 32:18 38:7
38:12,17 39:23
44:21 48:3 53:8
54:16 55:1 56:11
81:4 89:20 116:11
116:22 125:15
133:10 160:16
170:21 176:22
177:17,18 192:3
199:2 201:24

**muscle** 31:22,25

**n**

**n** 2:1 3:1 4:1 5:1
**naked** 192:14
**name** 6:17,20 17:6
18:25 20:9 24:17
47:20,23 48:13
53:3,5 63:12
74:21 76:17,18
78:20 83:9 84:17
84:18 85:5,7,10
86:13,16 87:25
101:25 117:9
120:17,18 125:20
126:10,21 129:4,5
135:21,24 136:17
141:6 144:14
147:12 159:10
169:20 170:15
179:16 182:10
185:9,10,11,18,19
191:2 199:22
200:11,12,14
201:2,4,5,6 208:6
209:3,4,15 210:3,4
210:21
**named** 64:10
101:19 126:12
198:16 199:10
**names** 33:18,20
127:20 128:20
169:17
**napolitano** 3:11
69:7
**narrative** 164:22
**narrow** 117:25
**nature** 7:23 70:20
**near** 94:4
**nearly** 171:22
**necessary** 31:23

**neecie** 112:13
113:5,5
**need** 13:12 22:9
31:25 35:13 52:15
53:23,24 59:16
82:10 90:5,7
91:23 104:3 105:5
120:3 122:9 123:1
136:24 170:4
175:22 181:16,18
192:17
**needed** 105:13
115:15 203:20
**needing** 68:1
**needs** 8:19 119:24
**negative** 153:8
**neighbor** 61:25
**neighborhood**
115:5 151:13
153:4 163:16
179:12
**neighboring**
196:14
**neil** 25:10 36:20
36:23 71:17 139:4
139:18 140:11
154:24 201:15,19
**nephew** 15:3,4
179:7,13,14,18
**nerd** 95:10 160:7
**neufeld** 2:15
**never** 14:9 17:17
65:9 71:13 78:7
90:14 102:17
108:25 119:19
128:16 142:2,4
199:22
**new** 2:16,16 77:22
98:10,15 198:15
**news** 73:17 74:7
74:13 88:3 145:13

159:21,24
**newscast** 145:19
**newsome** 18:1
**nickname** 37:10
47:24
**niece** 63:11 161:15
**niece's** 63:22
**nigger** 91:2
**night** 48:3 53:8,9
63:6 72:3 73:16
125:15 146:10,12
146:13 150:14
175:11 177:9
**niki** 184:11 187:24
187:24
**niko** 1:12 5:3,12
5:13,15,16 6:4,11
6:18 69:13 208:9
209:4,9 210:4,13
211:20
**nineties** 27:6,12
161:17
**noll** 24:18,19
**normal** 11:22
**north** 122:17
**northwest** 23:9
**notarized** 208:15
**notary** 208:25
209:10,18 210:15
210:23 211:23
**note** 137:3 159:13
160:2 208:13
**notice** 1:16 10:3
57:11 136:19
**noticed** 56:16 73:4
**november** 1:16
6:2 7:17 28:25
29:1 119:23
192:25 207:16
208:4

**nsbcivilrights.com**
2:17,18
**number** 6:6 13:3
16:1 20:13 21:16
22:2 27:15 32:24
39:25 46:20 69:2
69:4,11 86:5
122:23,23 158:5
182:25 183:3,15
183:16,17,20,21
183:21 184:18
188:6,16,24 189:8
208:8,14
**numbers** 23:21
24:5 210:7
**nursing** 174:6

**o**

**o'clock** 81:17
82:14 87:4 124:7
146:18 189:25
**oath** 6:13 171:23
172:16,22
**object** 36:5 63:24
77:9 132:5,13
134:20 150:17
156:16 158:14
164:21,24 165:6
166:6 167:9
172:23 174:12
176:18 177:2,4,5
178:19,22 181:1
182:3 183:8 185:5
186:8,12,13,23
187:4 189:13,14
203:8 204:11
**objection** 38:18,25
40:2 77:6,8,17,17
165:7,11 173:2,18
200:22 203:13
204:13,18 205:5,6

**objections** 38:23
39:5,13
**obviously** 8:9 69:6
81:4 88:12 89:11
102:20
**occasion** 33:23
43:15 95:6 154:1
163:8,12
**occasions** 152:19
152:20 178:25
**occur** 56:11
137:13 164:11
200:17
**occurred** 38:7
56:15 100:7
168:23 185:3
187:19 200:3
204:8
**occurring** 32:19
135:25 145:24
186:5
**october** 29:1
192:25 198:13
**odell** 125:21
**odie** 54:11 125:17
125:19
**offered** 186:10,14
**office** 11:20 12:8
12:14 109:14
120:1 133:14
139:3
**officer** 4:3 127:6
129:12,19 130:6,8
135:3,19 136:2,5,6
136:10 137:12
148:4 177:20
181:9 199:9,13,16
199:19,20,21
200:25 201:8,12
**officers** 84:17
126:11,22 127:16

128:19 131:2
133:20,24 134:25
147:23 148:8,15
148:22
**official** 209:15
210:21
**oh** 17:1 42:19
58:19 59:5,20
62:3,8,13 64:18
92:20 115:8
143:20 144:1,1,10
157:12 159:1
171:5
**ohio** 208:2
**okay** 7:9 18:21
27:7,25 28:9 35:2
41:1 44:10 45:12
45:18 48:3 50:22
52:6 55:8,20 56:9
56:22 61:6,15
66:14 73:14 82:2
88:2 94:5 102:2
106:1 109:11
111:21 124:15
128:21 155:12,17
157:20 159:19
163:3,14 164:17
167:16 177:13
184:8,12 199:23
201:14
**old** 15:12 155:25
170:21
**older** 18:7 71:25
72:2 102:25 111:8
140:3
**oldsmobile** 52:8
**once** 65:11 71:25
105:9 159:1,22
163:11 187:24
**ones** 22:12 48:21
161:5 164:16

180:16
**open** 150:4,15
**operated** 97:17
**operation** 31:12
196:20
**operations** 33:3
196:12
**opinion** 120:25
**opportunity** 6:19
11:8 12:16
**order** 32:25 37:24
44:15 141:4
**ordered** 196:9
**oscar** 112:7
114:23 115:2,4,9
147:9,10
**osco** 121:22 122:1
123:14
**otto** 4:4
**ought** 68:24 103:6
122:7
**outside** 9:7 29:1
55:21 82:23
109:15 112:23
147:24 148:9
150:6 152:21,24
153:1,10 169:13
192:23
**overbroad** 164:25
**overland** 1:18 4:8
6:8
**owe** 44:7
**owed** 44:8
**owned** 21:16
197:3

**p**

**p** 2:1,1 3:1,1 4:1,1
53:4
**p.c.** 3:11
**p.m.** 125:8,11
170:8,12 189:22

189:25 206:3
**pace** 62:7,10
144:12
**pack** 174:3
**page** 5:2,10 26:8
26:20,20 27:15,16
27:17 30:15 44:2
50:17,18,22 57:17
63:16,16 64:4
75:13 87:1 96:12
99:24,25 106:19
106:20,23,24
110:10,10,10,12
110:12,17 132:18
133:14 140:22
155:3,4,5,10,13,16
156:2,10 157:4,9
158:2,4 172:3
181:16 184:5
187:20 197:21
203:2,12 208:14
208:16 210:7
211:3
**pages** 99:10 123:2
184:6
**paid** 190:11
**painted** 49:10,11
**paisner** 4:12
**pants** 57:21 95:8
155:24 157:7
160:4,15
**paper** 35:7 64:12
**paperwork** 10:16
**paragraph** 87:1
87:21 90:6 95:17
95:18 96:17 97:12
97:13,15 98:13
106:18,24 107:2
181:15,20 197:21
203:2,11

**paragraphs** 96:9
96:18,20,24
**paraphrase** 64:2
**paraphrasing**
63:20 122:7
**paras** 2:15
**pardon** 162:9
**parents** 25:15,20
**park** 1:18 4:8 6:8
94:4,4 143:16
175:24
**parked** 73:9 90:24
194:11
**parker** 23:9
**parking** 75:10
**parkview** 25:19
**parkway** 1:18
**part** 41:11 45:19
111:14 193:4
210:9
**partial** 5:17 99:7
184:3
**particular** 20:1,2
119:22 127:21
131:25
**parties** 207:12
**partnered** 31:3
**pass** 121:11 190:1
**passenger** 51:1
60:3
**patterson** 1:17 3:5
6:8
**pay** 43:21 44:9,13
45:9 46:18,23
106:4 179:5
**paying** 190:6
**payroll** 179:8,9,11
179:19
**pcp** 81:5 133:10
177:16

**peace** 195:20
**peanut** 49:12
**people** 13:16
31:13,16,17 32:24
33:10 36:3,7
39:25 41:19 42:23
47:6 51:2 66:15
66:19 67:6 71:21
72:10 80:5,14,15
87:10 88:8,23,25
94:16 95:9 97:22
98:2 101:24 102:8
103:6 112:1,3,16
113:4 116:10
127:19,25 132:20
138:13 149:7
160:3,10,14
169:15 175:15
178:14,23 179:2
179:11 180:23
186:6 194:25
196:22,22 203:18
**people's** 178:24
195:5
**period** 21:20 27:4
27:11,25 34:14
37:18,19 38:11
40:21 113:23
139:20 154:6,23
167:13,14 168:4
184:19 196:2
**periodically** 49:16
163:15
**perjury** 105:15,16
**perkins** 86:8,23
117:18
**person** 17:25
56:17 57:7 71:14
73:19 116:14
120:16 130:7
141:6 145:23

148:1 156:11
161:7 165:16
169:25 171:4,6
176:12,14 185:16
188:24
**personal** 35:15
127:2,9
**personally** 82:5
88:1 116:20
128:16 209:11
210:15
**persons** 112:22
**pete** 28:10 113:16
113:19 114:4,7,13
114:14,22
**pete's** 113:15
**phone** 16:1 56:3,7
56:10,19,23 91:15
91:21 120:2,9
165:16,16 208:3
**photo** 74:9 136:3
145:13 182:12
184:18,18,19
188:5,16,23 189:8
200:7 201:9,10
**photograph**
157:12 159:20
**photographs** 83:3
83:5 150:10
157:11 162:6,23
180:23 181:8
184:11 185:4,23
**photos** 60:19
104:13 106:3
108:4 109:14
134:18 135:4,11
181:22 184:16
187:25 200:19
201:8
**physical** 124:21

**physically** 144:5
**pick** 51:17 93:22
175:11
**picked** 62:9
144:11 150:12
**picking** 188:23
189:8
**picture** 64:24
73:18 83:18 84:23
84:24 85:3,6,9,12
85:13 88:1 94:10
104:24 135:14,14
135:17,20,22,23
135:24 145:20,22
148:23 159:20,23
160:19 182:15,15
182:19,22,24
183:6,10,20
184:21,23,24
185:9,13 200:10
200:14,15
**pictures** 83:19
84:2,11,16,19,20
84:21 85:3 87:9
87:10,15,17 105:6
105:10 135:16,18
146:19 148:1,2,9
177:22 182:14
183:11 184:14
**piece** 46:1
**pilate** 2:9,10 68:13
69:8 86:5 96:15
97:5,9 168:1
**pimp** 180:8
**pizza** 48:25 49:20
**place** 4:13 6:8 10:6
58:18 93:20 98:10
98:15 99:4 128:14
138:6 141:20
147:19,20 153:21
163:22 207:8

**plaintiffs** 1:4 2:3
**play** 13:9 26:6,7
27:14 68:9,11,24
71:2 144:20
**played** 26:22
27:20,23 36:19
71:3 130:16
**playing** 51:21
141:11
**please** 6:10,16 7:6
24:16 57:17 78:13
95:16 96:18
139:23 170:7
197:8 208:12,12
**plotting** 90:17
**pocket** 179:3
**point** 13:24 14:7
21:15 30:24 34:4
35:10 42:25 43:8
49:18 50:7 51:11
52:3 53:8 54:22
57:23 61:9 62:3
62:25 64:21 66:5
68:24 70:7 72:19
73:1 81:21,25
88:9 90:10 100:14
101:8 110:4
113:13,19 114:14
116:1,21 117:3
144:6 178:3 188:3
192:3 193:10
194:24
**pointed** 108:21
156:14 182:14
**pole** 61:18,19
143:12
**poles** 42:21 43:10
**police** 65:7,13,18
66:3,20,24 67:3,5
67:7,8,16 69:18
72:17 87:3 88:4

119:4,11,13 127:4
127:11 129:9,17
129:23 130:4,12
137:6,8,16,17,20
144:14,17,22
145:1 146:17
147:23 148:7
164:17 165:19
166:3,14,23 174:8
175:15 177:20
181:9 197:22
**pollock** 178:13
**ponderosa** 117:17
**porch** 59:6 91:8,9
91:10 124:8
141:11
**pork** 48:4,11,12
88:9 90:4 203:3,6
203:16,19,25
204:1
**portion** 5:19
132:16 157:1
**portions** 13:12
**position** 121:11
**positive** 188:4,17
**possibility** 169:6
**possible** 74:19,20
86:20 94:16
193:19
**possibly** 38:19
75:4
**post** 5:20,21,22
162:15
**potential** 72:25
180:24
**powder** 142:9,11
**prayed** 60:9
**pre** 140:5,6
**premise** 176:24
**premised** 8:8

**preparation** 10:12 11:2 12:18
**present** 4:16 77:4 86:20
**presented** 86:9 96:15
**press** 164:17 166:3 166:14,16,18,20 166:24 167:11
**pressure** 72:25 107:3 204:24 205:1
**pressured** 87:19 181:23 182:2
**pressuring** 204:22
**presupposing** 107:14
**pretty** 43:6 51:3 61:9 79:5 80:14
**preview** 67:23
**previous** 37:19 64:1 109:9 132:3
**previously** 74:5 181:7 184:2 195:7 200:18
**primary** 9:4
**prints** 161:24
**prior** 44:23 49:14 81:17 82:11 93:22 101:2 105:21 108:23 146:22 177:24 178:10 207:5
**prison** 28:25 29:2 114:2 119:19 160:13
**private** 117:12
**privileged** 169:9
**pro** 190:11
**probably** 10:21 12:23 13:9 16:18

26:15 30:6 37:8 86:1 88:24 98:3,4 103:5 121:11 164:8 177:11 201:16
**problematic** 196:19
**problems** 188:12
**procedure** 7:25 209:5 210:5
**proceedings** 166:23 168:13
**produce** 8:13
**product** 31:19 32:25 42:3
**production** 208:16 208:17,22
**projects** 179:10
**promise** 32:14 175:18
**prompted** 202:13
**properties** 21:16 21:21
**property** 21:23 88:10,23 89:10 90:9
**proposition** 150:25
**prosecutor** 99:19 100:4
**prostitutes** 180:9 191:16
**prostitution** 179:25
**protect** 149:25
**protection** 53:24
**protective** 98:11 186:14,17
**provided** 10:25
**public** 139:9 209:10,18 210:15

210:23 211:23
**pulled** 51:15 104:23 105:9 160:24 203:18,23
**pulling** 34:15 161:1
**purchase** 26:25
**purchased** 21:22 21:24,25 197:4
**purported** 68:3
**purports** 67:23
**purpose** 188:1
**purposely** 131:24 132:10 133:6
**purposes** 156:22 169:11
**pursuant** 1:16
**pushed** 131:16
**pusher** 180:13 191:1
**put** 40:16 73:1 135:22 141:13 143:16 174:4 186:14 196:15

**q**

**question** 7:6 8:17 11:24 12:2,4 39:2 39:6,9,22 42:2 75:15 77:21,22 95:18 97:25 100:2 132:3 133:4 139:23 145:7 146:5 150:18,20 153:16 155:11 156:17 158:15 164:20,22,24 165:6 166:7 176:24,25 186:9 188:4,6,15 194:20 197:13 199:14 204:12 205:15

**questioned** 197:22
**questioning** 87:5
**questions** 16:9 22:4 32:24 35:9 36:15 45:6 68:12 68:19 69:16 83:22 86:1 99:20 100:4 101:3,22 111:19 124:25 125:5,14 126:7 133:22 134:14 136:14 137:4 144:18 170:3 184:15 190:19 193:16 199:5,8,11 200:3 202:23 205:24
**quick** 78:12 126:12 137:3 197:10
**quickly** 76:13 83:14 100:12
**quiet** 90:15 176:3
**quindaro** 30:11 48:21,22 49:3,14 98:7 113:15 177:10 192:21
**quinn** 1:13 5:3,12 5:13,15,16 6:4,11 6:16,18,19 8:4 16:3,4,19 17:3,6,7 17:22 18:4,8,8 19:11 20:6,10,16 21:2,6,9,12,16 27:2 33:22,25 36:16 40:8,14,17 44:15 51:19 52:24 66:23 67:21 69:17 70:1,3 73:17 74:1 74:4,6 76:20 77:4 78:1,19,20,24,25 79:4 80:7,8 81:7

101:12,13 102:1,4
102:21 103:17,21
107:4,6,7 112:19
112:22 113:5
118:16 124:14
125:12 126:10
136:17 137:5,20
142:14 145:17
154:14 156:12,23
158:8,18 161:7,10
161:22 164:8
165:8 170:3,15
171:4 175:16,20
176:8 179:21,22
180:25 181:20
184:5,10 187:23
187:24 188:25
190:2,5,18 203:1
204:7 208:9 209:4
209:9 210:4,13
211:20
**quinn's** 18:2 67:2
69:13 77:3 78:1
78:25 164:12
179:14
**quinns** 179:21

**r**

**r** 2:1 3:1,4 4:1
207:1
**railroad** 21:14
**raised** 19:6
**ran** 53:16 75:4
76:8
**range** 51:3
**raymond** 83:10
182:17
**reach** 168:15
169:19
**reached** 168:21
**reaction** 43:1

**read** 7:8 12:17
26:12 87:2 106:25
110:11,13,14,15
110:16 132:3
155:6,15,16
183:24 187:17,21
205:24 209:5,6,12
210:5,6,17
**reading** 35:6
208:20
**ready** 15:9 53:21
71:1
**real** 8:8 48:13
78:12 125:20
126:12 197:9
**really** 16:11 23:1
25:23 33:9 34:17
57:3 65:1 68:7,20
82:4 85:23 90:14
97:7 101:5 106:7
106:8 111:22
114:7,7 118:7
122:7 142:23
202:16
**realm** 171:12
**reaper** 47:17,18
**reason** 35:25
56:18 80:11 81:10
121:7 175:6
208:15 210:8
211:3
**reasons** 36:1
**rebuttal** 194:16,17
**recall** 10:6,7 11:20
13:17 14:12,13
16:3 23:3,16
24:24 30:17,22
32:9,10,11,12,13
37:7,22 43:24
46:7 68:6 73:16
73:22,24 75:25

78:3 79:2 82:22
83:24 97:22 102:5
105:23 108:13
109:2 113:22
115:22 117:6,7,10
131:21 134:23,24
135:2,3,5,6,25
136:1,4 142:23
144:25 145:2
147:12 160:24
166:16,19 167:23
168:3 192:8
193:17 194:23
199:1 201:13,14
**receipt** 208:19
**recess** 52:21 78:16
110:6 125:9
170:10 189:23
**recognize** 71:7
73:6 83:5 96:9
129:4
**recognized** 70:4
**recollection** 14:6
38:10 74:10 100:3
117:20 131:12
134:9,19 145:24
199:23
**record** 6:2,3,17
26:18 52:20,23
78:15,18 125:6,8
125:11,13 131:17
156:22 170:9,12
189:22,25 206:3
210:9
**recorded** 137:24
159:4
**recording** 5:14
68:8 138:18,22
144:21 164:19
197:11

**recordings** 165:15
**red** 173:23 179:14
**reduced** 207:9
**refer** 12:10,11
14:18 63:15 90:7
122:25
**reference** 107:16
197:24 198:9
203:25 208:8
209:2 210:2
**referenced** 111:8
125:16 209:11
210:15
**referred** 37:15
**referring** 27:2,4
28:1 37:7 176:14
179:13,19
**refers** 204:22
**reflection** 63:2,5
201:3
**refresh** 71:4 72:24
**refrigerator** 174:4
**regard** 147:16
**regarding** 127:10
128:22 129:8,15
129:22 130:3,11
131:21,25
**regardless** 137:12
**regards** 127:3
**region** 49:22
**regret** 202:16,17
**related** 15:16,17
38:17,17 39:23
79:11 161:9
**relates** 161:11
**relation** 54:5
**relations** 190:22
**relationship** 25:14
34:8 70:16,20
79:3,11 94:24,25
113:21,22 123:17

125:23 146:23
147:1,17 178:6,7
180:11
**relative** 78:20
207:11,13
**relatives** 147:18
**release** 119:25
120:4
**released** 167:21
168:9
**relieved** 46:7
**remained** 135:11
**remains** 94:3
175:24
**remember** 10:17
22:21 26:19 29:5
30:6 37:2 38:15
49:7,15 57:12
65:12 66:11 68:23
70:1,6 74:13,17,18
74:21 75:7,22,23
76:25 79:2 83:9
86:3,12 87:7
89:21 92:9,14,18
99:11,21 100:7,8,9
101:6,8 108:14
109:17 112:11
113:1 116:17,19
117:3,15,16 119:1
120:18 121:3
133:17 134:23
136:7,9 145:12
146:10 148:3
151:19 152:9
153:25 155:12
163:12 164:14
167:10 169:19
180:16 182:12
198:24 204:8,19
**remembered**
185:19

**remove** 21:15
**repeatedly** 203:5
**rephrase** 7:8
29:11 132:2
150:20 162:25
**report** 73:17 74:7
74:13
**reporter** 6:9 35:22
207:3 209:7
**represent** 6:21
12:25 99:7 126:11
126:22 130:8
136:18 169:12
199:12
**representation**
190:7
**represented** 9:17
168:25
**representing**
169:3,6,11
**request** 15:24
159:8 210:9,11
**required** 7:25
208:25
**residence** 8:25 9:2
9:4,5,11 55:9
122:15 141:21
191:18
**residences** 8:22
9:7
**resolve** 44:15
**resource** 45:21
**respect** 123:14
147:23
**responding** 77:16
**response** 44:11
72:12 81:1 90:13
90:14 108:20
184:12
**restaurant** 86:22
163:11 167:6

**restroom** 52:16
170:6
**retained** 5:24
**retaliation** 89:15
**retired** 199:12
**retreat** 162:8,10
163:22,25
**returned** 208:19
**reveal** 36:13
**review** 10:12,15
11:1,8,14 58:15
86:10 96:7 97:12
126:17 133:15
208:13 209:1
210:1
**reviewed** 132:16
**rhonda** 180:11
**ribs** 174:2
**richmond** 162:7
**ride** 120:12 203:20
**right** 8:15 10:18
10:18 12:23 23:23
30:1,18 31:9,13,15
35:8 38:9 43:23
44:6 46:5 51:7
58:4,10,22 59:2,7
59:7 61:12,16
62:17,23 63:15
65:3 67:11,13
73:11,14 78:7
83:6,15 88:6
93:11 99:24
100:10,25 103:7
105:12 106:12
108:24 109:22
112:23 114:11
115:6 117:1
118:23 120:5
121:7 122:12
123:21 124:17
136:14 140:4

143:10,10,11,14
143:16 149:4
154:16 155:10,15
155:19 157:23
167:6 172:12
176:12,13 177:8
182:18 184:7
185:24,25 190:8
193:1,21 200:21
203:12 204:4
**rings** 57:15
**rink** 24:22,23
28:19
**rival** 196:13
**rjhoffman** 4:15
**roach** 3:16,16
**road** 61:3
**robbed** 37:20
**robert** 4:12 9:18
9:21 22:16,17,19
24:19 26:3 27:2
40:14 55:22 76:20
77:3,25 78:25
81:7,8 192:10
208:5
**robinson** 40:23
41:7 43:21 44:13
46:24 47:1 49:2
50:8,9 54:5 88:20
88:23 93:21 98:6
173:16 175:19
176:7 187:14
195:9 196:7
**robinson's** 32:7,17
44:5 89:20
**rochelle** 101:9,14
**roger** 1:14 3:9
6:22 81:14,24
85:21 92:8 123:25
154:2 166:13,21
190:21 193:13,25

**rolled**  143:16
**room**  53:17
  104:18 109:16,18
  110:5 151:15,20
  151:21 152:3,5,7,8
  152:15,18,21,24
  152:25 153:1,25
  154:5 169:23
  171:7
**rose**  6:23 13:18
  14:7,14 16:19,23
  17:2,6,10,11,16,18
  17:23 79:20,21
  86:12,19 115:20
  117:12 118:2,12
  162:21 163:9,10
  163:13 167:4
  170:16 191:5
**rosella**  180:12
**rosie**  17:7 102:21
  162:3,13 164:4
**routine**  50:4
**row**  91:11
**rubber**  59:21
**ruby**  61:25 62:3
  62:11 63:9,18
  64:5 68:23 84:18
  135:21 143:19
  144:6 156:3,7
  161:15 182:10
  185:11 200:8,12
  200:12 201:1,5
**ruby's**  58:23 141:1
**rule**  83:14
**ruled**  182:16,16
**rules**  7:5,25 209:5
  210:5
**rumor**  199:9
**rumors**  199:15,24
**run**  31:11 63:10
  75:19 121:22

**runnels**  2:10
**running**  42:13
  57:4 58:18 59:13
  62:10 122:2
  141:14 144:9,12
  149:10 173:24
**russell**  4:7

**s**

**s**  2:1 3:1 4:1 5:9
  208:16 210:8,8
  211:3
**safety**  8:7 36:1
**sales**  141:17
**sanders**  4:7
**sandra**  170:1
**sandy**  101:12,12
  101:23,25 102:2,4
  103:14,17,21
  107:4,6,7
**sat**  51:13 93:17
**saundra**  18:1
**saved**  51:25
**saw**  56:14 66:6
  71:14 80:6,7,8,12
  80:14 116:25
  117:4 137:8,8,13
  140:18 144:13,18
  145:19 152:20
  153:3 155:19
  156:11 157:11
  158:12 159:20,23
  163:12 164:10
  173:21 188:25
**saying**  35:5 44:19
  63:5,12,21 64:5
  65:25 72:5 74:19
  74:20 75:25 80:2
  82:10 85:14 96:25
  100:7 105:10
  110:19 111:18
  116:13 142:18

146:11,11 162:25
174:1 182:6,8
192:1 196:17
200:7,11 203:7
204:5 205:2
**sayler**  1:17 3:5
**says**  63:13,18
  64:12 73:4 75:20
  87:23 98:14 100:1
  104:3 107:6
  110:15 120:3
  140:19 162:19
  184:11 187:24
  197:21 203:3
**scared**  47:9,10
  88:12 149:7 186:4
**scares**  102:20
**scene**  60:17 61:17
  69:24,25 104:24
  138:11
**scheck**  2:15
**scheer**  4:7
**schlagle**  23:10,15
  23:18 24:21
**school**  15:10 23:10
  25:2 70:4 74:25
  92:23 94:4,5
  96:22 139:2,5,6,8
  139:10,15,17
  140:1 141:10
  150:23 151:2,10
  153:18 166:1,13
  166:22 175:4,25
  176:17 186:3
  187:15,19 193:14
  203:4 204:3
  205:20
**schools**  23:7
  139:10,13
**seal**  209:15 210:21

**seat**  51:1
**second**  59:4 87:24
  107:24 108:2,9
  109:21 131:20
  134:2 136:6,10
  163:12 172:2
  181:16 182:19,23
**seconds**  58:16
**see**  43:21 44:12
  51:9 56:23 60:5
  64:23 65:3,17,18
  65:23,25 66:1
  72:3 75:17 85:10
  99:25 105:5 107:9
  108:17,25 113:13
  122:1 124:6
  135:23 137:16
  147:20 151:9
  152:22 154:9,11
  163:15,19 181:16
  181:24 184:25
  188:2,18 200:14
  201:3
**seeing**  49:2,13,15
  71:22 75:22 88:3
  116:24 119:17
  139:4 145:12
  163:10
**seen**  48:1,2 56:16
  60:19 64:24 65:4
  65:16 71:24,25
  72:1,2,6,7 75:9
  87:25 113:14
  128:18 136:5
  137:18,21 139:4
  140:11 151:12
  160:18 163:8,17
  185:8,18 198:7
  203:24
**sell**  25:24 26:23
  32:25 142:9

**[selling - skating]** Page 29

selling 25:21 30:8
  141:19
send 44:12 108:24
  110:3
sending 44:23
sense 13:13 79:15
  138:21
sent 15:24 43:20
  44:7 46:8 159:7
sentence 87:24
  197:21,24 198:8
  203:17
september 5:19
  11:7 151:11
  153:11 157:2
  184:4
series 112:16
service 8:15
services 9:21
set 7:17
settle 37:24 43:22
seven 40:25
seventies 21:23
sex 151:1,22
sexual 124:19
  190:22
shade 63:3
shah 2:14
shake 184:22
shaped 65:4
share 197:1
shared 187:12
shawnee 124:10
sheet 208:14 210:7
  210:10,18 211:1
shirt 57:21 155:24
  157:7 171:11
shirts 162:4
shock 87:8
shoes 57:21
  155:24,24 157:7

shooken 178:23
  179:1
shoot 58:20
  156:12 158:12
  188:25
shooter 57:20
  58:18 61:10 62:4
  65:2 70:4 71:23
  94:9 99:17 126:1
  148:17,18 149:14
  156:4 157:6
  185:23 194:6,22
shooter's 132:1
shooters 180:25
shooting 65:6
  67:11,25 68:5
  69:25 73:25 74:7
  75:5,8 80:6,8,9,12
  80:15,19 87:3,5
  88:7 89:11 90:17
  119:8 132:11
  137:5,13,21
  140:10 142:22,25
  143:5,18,19 144:4
  144:13 145:20,25
  146:4 154:19,25
  161:9
shootings 159:25
shopping 15:9
short 52:21,25
  78:16 84:13
  170:10 189:23
  204:20,20
shorthand 207:8
shortly 109:3
  192:22
shot 15:10 32:7,17
  57:15 58:1,13,19
  58:24 59:5 61:8
  89:20 121:1
  143:23 161:7

192:19,20 193:2
shotgun 76:22
  77:4 78:2 79:1
shots 58:17
show 83:3 135:12
  180:23
showed 87:8 135:4
  136:2 145:20
  146:19 148:8,9
  160:23 177:20,21
  187:25
shower 54:19
  67:13 120:12
showing 82:3
  106:2 108:4
  134:17 137:6
  149:7 186:6
shown 74:10,14
  135:10 157:10
  181:8 208:16
shows 104:13
  109:14 183:2
shut 196:11
side 57:12 58:8
  59:18 60:4 79:13
  90:21 112:21
  137:3 174:2
sidewalk 145:9
sign 86:10 205:24
signature 96:12
  172:2 207:20
  208:15
signed 171:23,24
  172:15 209:13
  210:18
signing 208:20
silhouette 65:4
  71:24
simply 146:10
sincerely 208:21

sing 171:10
single 201:9,10
sir 208:10
sis 120:3
sister 20:19 29:16
  46:9,10 47:2
  53:17 58:24 59:11
  59:25 61:16 65:17
  65:20,21 67:1,2
  80:7 81:8 82:13
  95:3 118:16 119:8
  119:15 120:6,9
  121:1 123:9 133:1
  138:19 142:1
  151:23 152:11,11
  154:13 159:14
  178:4,5,5 180:3,4
  180:4 191:5
  192:12
sister's 29:7 102:6
  119:5 123:11,23
  203:22
sisters 18:7 19:12
  19:14,14,17
  133:12
sit 124:8 144:24
sits 58:10
sitting 15:8 37:2
  50:24 61:17 71:10
  72:4,6,14 74:17
  87:14 104:16,18
  107:19 109:25,25
  110:22 158:11
  162:2 203:19,24
situation 188:13
six 19:13,14,16
  36:24 140:3
  155:16
sixties 21:24 22:15
skating 24:22,23
  28:19

skeptical 46:6,8
skinny 183:12
sleep 177:13
sleeping 176:25
slept 180:8
slim 84:12
slow 184:17
slumped 60:13
small 143:13
smiling 161:20
smith 1:17 3:5 4:5
68:4 130:1,1,6
131:9,16,20,24
132:10,19,25
133:5 164:18
smokers 31:18
smoking 194:12
snake 152:1
178:13
snakes 51:23
snitch 196:13
snitching 120:8
sold 33:12 95:5,12
142:7
solutions 208:1
211:1
solve 38:20
somebody 15:10
48:2 58:20 64:9
76:13 77:14 91:2
105:1,4,11 117:16
141:20,23 142:2
160:24 168:21
171:15
somebody's 120:1
son 51:21 179:15
son's 24:18
sona 2:14,17
soon 121:12
sorry 9:15 16:19
17:2,10 24:5

41:22 44:25 45:24
50:19 86:5 89:8
92:6 101:14 107:3
115:12 118:15
148:20 162:25
183:19 187:14
190:18 197:12
sort 25:7
sound 19:15 31:9
36:24 71:8 73:11
120:5
sounded 134:10
sounds 31:8 46:21
51:24 109:15
195:24,25
south 58:8
speak 126:14
152:22 163:21
speaking 38:22
39:4,13 134:18
156:4
speaks 134:21
specific 10:23 12:6
specifically 10:12
42:22 70:24 82:7
89:9 91:24 107:5
112:11 174:8
specifics 10:21
speculate 22:10
35:14
speculation 36:6
38:19 40:3
split 30:2 52:4
113:7
spoke 116:5
133:13 134:25
139:3 159:5
166:21
sponge 95:8 160:4
160:15

spots 98:23 197:2
spread 104:24
square 95:8 160:4
160:15
sr 21:7,9,12 25:10
53:2 141:9
stacy 18:8 29:16
46:11,12 48:4
58:25 59:4 65:20
66:23,25 80:7
81:8 118:16 120:9
120:14 124:14
133:1 137:20,23
138:20 152:12,13
153:20,22 154:2
154:13,18 178:5,5
179:14 180:5,6,6
192:5,15 193:2
stairs 61:19
143:11,17
stalked 124:2,4
stalking 124:12
stand 78:13 100:1
108:17,18 110:1
110:23 124:9
170:7 172:8 173:4
standing 58:25
59:1,18 72:5,7
80:5 91:7 113:14
138:2 142:20
143:4 144:7 145:8
150:6 194:12
staring 84:23
85:11,12
start 7:14 12:2,3
15:9 16:25 50:18
65:7 124:12
126:24 164:19
185:8
started 23:24
28:23 53:14 58:21

62:10 85:11
104:19 105:4
109:1 138:12
143:5,23 144:12
189:4
starting 27:18
63:17 84:6 110:10
startling 82:17
starts 122:1 155:4
155:11
state 6:16 75:10,11
117:19 172:21
181:21 207:3
209:10 210:15
stated 74:5 167:24
175:16 177:24
182:10 188:2
199:18 205:7
207:9
statement 5:13
64:2 65:13 66:7
66:11 67:24 68:3
68:21 69:14,18
71:11,13 72:24
73:5 107:8,12,13
107:16,20 127:25
130:17 131:10,13
131:22 132:12,17
137:24 138:24
140:18 144:21,25
145:2,3,4,10
148:13 182:11
209:13,14 210:19
210:19
statements 142:18
169:22 172:5,25
states 1:1 168:16
stating 97:15
station 48:25
stay 65:9 195:4,6

stayed  20:24,25
  25:18 29:15 91:12
  91:13,14 147:11
  147:13 179:9
  191:20
staying  8:23 18:16
  29:14
steak  174:4
stecklein  100:2
  156:11
step  46:1,1 188:14
stepped  93:6
steps  192:21
steve  4:5 20:10
  129:4,5
stole  43:4
stood  151:24
  197:14
stop  182:18
  191:10 194:25
  195:2
store  48:24 49:19
  163:19,20
story  113:2 172:11
  173:8
straight  119:23
street  2:11,16 3:6
  3:12,17 4:13
  30:17,19 44:24
  51:6,7 57:1 59:1
  76:12,16 79:24
  93:25 116:10
  120:15 127:19
  141:1,8 142:20,21
  143:10 178:15
  186:19,22 187:3,8
  187:10 191:2
  192:14
streets  127:25
  196:23

stressed  184:13
stretcher  60:16
stuck  162:16
  163:3
stuff  33:8 57:10
  178:14 195:2
  202:16
stunned  59:3
stupid  202:16
sublett  170:1
submit  131:7
subpoena  7:15,16
  7:19 8:1,2
subscribed  209:10
  210:14 211:21
successfully  8:10
suggest  132:25
  133:5
suggestion  204:1
suggestive  174:13
suite  1:18 2:5 3:12
  3:17 4:7,13 208:2
summarize  128:21
sun  63:3,4 65:2
  85:9 201:3
sunshine  171:6
superior  208:1
supplier  34:19
  35:20 95:14
suppliers  35:9
  36:1
support  127:24
  131:23 132:9
supposed  64:9
  116:15 165:9
  193:3
supposedly  44:4
  98:11
sure  29:4 37:17
  38:14 39:24 41:6
  50:25 52:15 58:3

68:18 75:22 76:10
  77:19,22 79:18
  80:14 86:15 87:18
  92:21,21 101:18
  104:22 106:7,8
  111:12 112:15
  116:24 117:17,23
  125:21 148:18
  149:19,23 150:3
  151:14,17 153:24
  162:1 164:2,15
  176:22 181:23
  184:15 192:2
  195:18 196:10
  199:18 200:19
surprise  80:1
surveillance  122:6
survive  45:22
suspect  188:4
  195:19
sw  3:6
swear  6:10
swift  9:14,15
swollen  173:23
sworn  6:12 207:6
  209:10,13 210:14
  210:18 211:21
swrsllp.com  4:9,9

**t**

t  5:9 162:4 207:1,1
t.hayes  4:9
table  99:9 104:25
  105:10
take  6:24 45:15,20
  52:18 54:19 61:2
  78:10 97:11
  102:11,15,17
  105:14 106:25
  112:8 123:5,5,7
  132:17 136:24
  164:9 170:5

184:24 186:1
  189:20 190:19
  191:15 197:22
taken  1:13 52:21
  73:5 78:16 125:9
  130:18 140:19
  145:21 162:6
  170:10 189:23
  207:7
talented  171:9
talk  16:6,9,15 18:3
  46:12 60:7 65:18
  67:16 72:17 75:16
  82:19 89:23 91:23
  96:25 103:6,7
  104:4 112:1
  114:21 115:15
  121:13 131:4
  147:25 148:1,5
  149:4 166:3,14,18
  166:23 167:25
  168:1 176:4 195:8
  195:10 197:23
  199:20 205:19
talked  11:19 13:17
  14:14,25 15:2,18
  16:4,17 17:11
  20:6 47:3,4 75:8
  81:11,13 87:7
  90:6 93:12 95:3
  99:2 105:23 106:9
  109:12,13 118:2
  139:4 148:6,8,10
  163:9 164:13,16
  164:18 165:14,19
  165:20,25 166:12
  166:12 167:3,4
  168:11,22 169:5
  169:20,25 180:10
  187:11 195:14
  204:17 205:16

**talking**  14:19 18:1
  24:6 37:5 50:18
  51:13 64:4 66:3
  89:8,11,21,24 90:1
  94:1 107:3 108:14
  137:25 147:24
  148:4 152:21
  157:24 163:24
  164:14 165:16
  166:5,16,19 167:2
  167:23 168:24
  183:15 185:14
  193:25 204:2
**talks**  42:17
**tall**  108:16,18
**tangible**  68:25
**tape**  26:4 30:24
  81:11 121:25
**tattoo**  202:11,13
**tattooed**  202:9
**tattoos**  202:18
**taught**  45:21
**teary**  184:21
  185:17
**tedious**  184:17
**television**  73:18
**tell**  24:15 34:17,20
  34:22,23 35:5,25
  37:6 43:7 70:3
  76:21 78:24 80:21
  83:21,23 91:21
  93:15 102:9
  104:14 107:23
  110:20 114:13,14
  114:18 115:12
  120:2 122:8
  127:15 148:16
  154:22 155:6
  157:5,10 164:13
  171:3 174:17,24
  175:2 176:5 178:9

180:6 184:15
  187:9 193:7 194:9
  194:15,20 195:10
  200:16
**telling**  32:10,12
  51:18,19 53:17,18
  64:4 69:19 72:15
  73:25 75:23 77:24
  78:3,6 87:11 92:2
  94:6 95:23 101:9
  103:17 106:3
  109:20 122:1,9
  131:4 137:16
  140:9 150:1
  157:22 160:14
  174:5 175:6 189:4
  194:23
**tells**  41:8,23 42:22
  43:3 46:4 75:20
  94:11 102:5 103:5
  119:24 122:5
**term**  14:22
**terra**  99:20 100:9
  101:3 103:11,25
  104:9,12,14
  105:19,21 106:9
  107:4,24 108:20
  109:12 157:25
  167:1 186:24
  197:24 198:2,10
**terrible**  17:2
**testified**  6:12 11:5
  16:21 17:18 32:6
  32:14,16 54:13
  74:4 77:2,14,18
  89:19 92:13 99:10
  100:13,21 131:1
  131:11 133:9
  146:1 152:14
  153:23 183:25
  185:2 186:3

187:18 191:22
  193:14 195:7
  200:2,6,18 203:4
**testify**  7:22 87:12
  87:13 105:13,22
  105:25 106:11
  107:8 109:4,6,7
  168:13 196:8
**testifying**  99:14
  111:13 121:3
  190:20
**testimony**  7:12
  11:9 63:9 64:25
  70:7 77:10 107:14
  126:15 134:21
  136:1 137:7 152:4
  154:10 157:3
  168:12,22 176:23
  189:12 200:23
  201:7 203:14
  209:6,7 210:6,9,12
**texas**  192:4
**thank**  13:5 18:21
  83:11 102:4,4
  125:2,20 126:7
  190:2
**thanks**  170:3
  199:4 202:23
  205:11
**thing**  7:5 43:22
  73:4 82:18 86:25
  96:8 106:17
  115:14 120:8
  141:25 158:18
  171:8 194:9 195:9
  197:20
**things**  7:23 8:8
  32:20 35:14 53:23
  71:21 122:24
  128:7 131:19
  149:11 178:11,16

**think**  8:19 10:22
  11:18 13:8 14:17
  14:18 17:25 19:13
  23:18,21 28:20
  30:24 31:17 36:24
  38:6,14 43:4
  46:22 52:7 53:7
  54:13 62:16 63:19
  66:22 68:17,23
  69:4 71:1 75:10
  76:3 77:20 86:11
  88:22 90:6 100:17
  100:21 105:8,17
  105:17 106:15
  107:18,24 108:1,7
  109:20 113:6
  117:9 118:2,17
  121:9,14 136:13
  146:9,15 149:22
  159:9 160:24
  164:1 168:10
  170:2 176:23
  177:24 182:21,23
  183:12 190:19
  195:24 205:15,24
**thinking**  90:16
  117:4
**third**  38:9 108:1
  109:24 132:18
  172:3 203:2
**thirty**  208:19
**thought**  43:25
  57:7 114:18 116:6
  116:10,21 123:8
  125:16 140:21
  157:12
**threat**  157:24,25
  198:3
**threaten**  148:12
  150:16,22

**threatened** 11:12
  102:14,17 157:15
  197:22 198:2
**threats** 198:10
**three** 24:8 58:11
  76:8,9,10 84:11
  91:10 92:11 102:8
  164:2 183:11
**throw** 105:14
  108:25 112:8
**thumbed** 184:16
**tiffany** 74:22,24
  75:8,9,16,19 76:6
**tight** 147:15
**time** 6:9 7:20
  10:25 13:16,17
  14:7,13,25 16:4
  17:11 21:15,20
  26:24 27:4,7,8,11
  27:25 28:2,21
  30:4,13 34:14
  35:10 37:18,19,22
  38:11 40:21 42:7
  42:11,12,25 43:8
  43:13 47:5,8
  48:25 50:5 52:19
  52:22 53:13,20
  54:22 56:5,7
  57:23 58:23 59:17
  60:3 62:16,20
  63:13 64:21 66:5
  66:10,17 68:17
  70:7 72:17 73:2
  75:7 78:14,17
  79:24 81:5,21
  84:6 86:2 89:3,22
  92:4 99:4 100:14
  100:17 101:9
  102:14 105:23
  106:9,25 107:24
  108:1,6,9 109:21

110:4 113:19,23
  114:14 116:1,21
  117:3 119:21
  121:15 122:16
  125:7,10 137:15
  138:11 139:20
  140:10 141:15,16
  142:22 143:5
  145:4 147:10
  150:12 151:10,13
  151:23 152:20
  153:20 154:3,12
  154:18 159:1
  160:16 163:21
  166:11,21 168:4,5
  170:8,11,17
  177:16,25 184:20
  184:22 185:15
  189:21,24 191:11
  192:3,12 193:10
  194:24 196:2
  199:2 206:2 207:8
**timeframe** 128:5
  199:24 200:17
**times** 84:4 95:3
  109:12 118:2,5
  151:12 153:3
  154:22 158:24
  159:19 163:10
  167:5 168:1 205:6
**tired** 119:17
**today** 6:25 7:12
  9:17 10:10,13
  11:2 12:19 15:19
  37:2 50:25 68:19
  71:10,16 74:18
  76:4 107:19,21
  126:15 144:24
  146:10 156:20
  158:25 166:9
  169:23,25 173:5

173:11 203:4
  204:17
**today's** 6:2
**told** 21:22 25:18
  32:6 40:10,15
  41:15 42:12,14
  43:9 44:1 47:4,21
  51:15,21 53:23
  54:7,14,18 59:14
  60:7 62:21 64:8
  65:15,19,23 67:12
  67:15 71:21 74:2
  76:1 77:2 84:7
  87:6,18 89:19
  91:23 93:18,25
  94:18 95:7,9 97:2
  97:4,8,25 98:14
  99:1 101:23 102:9
  104:20 105:8
  107:4,7 108:7,15
  108:21 109:8
  112:5,7,10,16,23
  116:12,17 118:9
  119:17 120:7,16
  122:22 127:18,21
  128:23 131:16
  132:22 135:18
  137:12,17 144:18
  148:15 149:13
  151:24,25 154:13
  154:18 155:18
  156:2,6 157:16,17
  157:20 158:10
  159:6 160:3,9
  164:10 165:12
  173:11,15 174:8
  174:19,21 175:9
  176:9,16 178:17
  178:21 179:6,7,18
  179:24 180:2
  181:22 185:15,21

186:25 188:3
  189:2 194:3,7,13
  194:13,14 204:7
  204:23 205:8
**tone** 54:24
**tony** 179:21,22
**top** 49:12 50:22
  99:24 140:22
**topeka** 3:6
**topic** 53:1
**tore** 30:23
**total** 117:24
**touch** 103:25
  115:3,17,20
  148:12
**touched** 89:18
  199:9
**town** 121:18,21
  163:11
**track** 92:23
**tracy** 1:14 4:6
  207:2,21
**trade** 22:5,7 27:11
  38:2 40:1 178:18
**transcribed** 5:13
  12:1 67:23 209:7
**transcript** 5:11,17
  5:19 11:8 12:18
  16:20 26:5,20
  32:15 57:18 75:13
  77:11 99:8 110:9
  156:20,20 157:2
  158:2 184:4
  187:17 208:12,13
  209:5,12 210:5,11
  210:17
**transcription** 13:1
**transcripts** 5:24
  11:14
**transpired** 194:7

**traumas** 163:23
**traumatized** 69:21
**tree** 57:16 58:9,22
  142:19,24
**trial** 5:19 7:15,17
  7:18,19,21 29:20
  63:25 79:20 101:2
  104:7 107:23
  108:12 109:7,10
  111:15,17,17,19
  111:20 113:12
  115:7,10,16,20
  117:22 118:20,25
  119:2,16 121:4
  124:13,14,16
  151:11,16,17
  152:14,20 153:11
  156:19 157:1,2,5
  157:14 160:16
  167:4 168:5,6,8
  183:25 184:4
  185:3 187:16
  191:22 198:13,15
**tried** 93:22 110:20
**truck** 9:10,12
  50:23 59:2
**true** 8:12 77:15
  129:10 132:12
  138:15,24 144:15
  144:18,22 146:20
  148:10,13 149:11
  151:4,7 153:18
  154:20 156:4,15
  157:16,19 158:13
  158:16 165:16
  166:1 172:6,12,22
  173:1
**trust** 90:3 93:7,10
  142:6 151:25
  178:12

**truthful** 12:14
  72:13
**try** 7:7 11:25 12:5
  46:23 67:1 107:23
  143:8,14
**trying** 22:13 27:15
  31:4 43:7 45:25
  49:5 51:16 60:6
  67:22 93:23 109:4
  130:21 136:22
  168:9 174:21
  175:11 202:20
**turn** 75:12 156:10
  181:13
**turned** 58:20 62:8
  62:9,23 144:2,10
  144:11
**turns** 62:4,11
**turquoise** 49:10
  49:11
**tv** 74:8,15 146:14
  146:15,16
**twice** 118:4 159:22
**twin** 79:12,14
**two** 11:4 15:5 18:7
  18:20 20:22 24:19
  30:2,25 44:22
  48:21 50:1 54:24
  58:5 74:16 75:1
  79:12 82:3,15,18
  83:5,19,25 87:9,10
  87:17 89:9 91:7
  92:13 93:8 96:20
  102:8 103:18
  111:12 118:1,5
  133:20 135:11
  149:5 159:24
  164:1 165:20
  167:20 171:22
  174:20,22 184:25
  189:20 193:9

200:4,19 204:9
  205:18
**type** 53:24 90:15
  115:13

**u**

**uh** 63:23 97:14
  155:14,20 156:25
  188:20
**unaware** 107:11
  107:12,19
**uncle** 20:2,9 22:15
  22:16 26:2,6,24
  27:1 40:14,16
  48:4 133:12
  192:10
**uncles** 19:18 22:7
  22:24 25:25 81:5
  81:7 133:11
**uncommon** 38:2,4
**understand** 7:6
  11:22 14:23 27:22
  31:5 33:4 34:4
  35:2,3 41:6,7,11
  42:4,10 45:16
  49:19 52:7 55:4
  56:2 63:5 64:25
  80:6 82:10 118:17
  141:16 172:10
  186:17 198:2
**understanding**
  10:22 40:9 107:12
  107:15 111:9
  119:3 121:17
  125:23 137:11
  139:1 140:25
  147:14 157:21
  186:20
**understood** 42:7
  60:20 95:11 137:6
  190:21

**unfortunate** 197:6
**unfortunately**
  34:3 69:3
**unified** 1:6 3:3
  136:18 162:11
  208:6 209:3 210:3
**united** 1:1 6:5
**unsure** 184:14
**upper** 184:7
**upset** 16:11,13
  81:4 116:4
**urgent** 104:5
**use** 14:22 37:23
  45:21 52:15 56:3
  56:6,10,23 57:9
  81:5 84:21 124:21
**uses** 159:10

**v**

**v** 208:6 209:3
  210:3
**vacant** 58:9 141:2
**vaguely** 99:15
  135:6
**various** 142:18
**vaughn** 15:6
**verifying** 103:19
**veritext** 4:21
  208:1,8 211:1
**veritext.com.**
  208:17
**versus** 6:5
**victims** 188:13
**video** 6:4
**videographer** 4:19
  6:1 52:19,22
  78:13,17 125:7,10
  170:7,11 189:21
  189:24 206:2
**videotape** 1:12
**view** 144:6

**violence** 31:23
37:24 38:3 48:1
**violent** 32:3
**virginia** 162:7,13
**visibly** 42:18
184:22
**voice** 71:7,12
134:10 138:7,22
145:3
**volunteer** 137:20
**vratil** 39:11
**vs** 1:5

**w**

**w** 3:17
**w.k.** 4:5 68:4
130:1,1 131:9,16
131:20 132:25
133:5 164:18
**wait** 23:21 50:17
**waiting** 57:7
**waive** 205:25
**waived** 208:20
**walk** 58:16 82:22
171:18
**walked** 51:14
59:22 65:5 112:4
112:9 194:10,11
**walking** 48:6,20
48:23 50:1 56:2
56:23 57:5,6,22
58:21 61:23
120:11 141:8
144:3 163:16
177:10
**wall** 61:13
**walmart** 124:11
**want** 7:14 8:16
10:23 13:15 18:3
20:12 26:5 27:16
27:17 32:22,23
34:9 35:25 38:25

39:10,15 41:6
42:2 44:14 45:13
46:18 50:16 51:22
52:25 58:15 61:7
67:7,22 68:16,18
70:18 72:22 73:14
77:19,22 78:10
82:25 89:24 90:1
90:11 91:18 96:7
96:7,8 98:13
100:22 101:22
103:7 104:25
105:3,3,11 106:4
106:17 111:14,15
111:19 118:14,15
122:7,25 124:18
125:2 126:23
132:17 133:15
134:13 139:1
148:16,17,19
152:10 155:6
157:3 163:16
165:12 168:22
176:21,22 179:3
180:24 181:14
183:24 186:1
187:17 188:7,10
192:9,19 194:15
194:19 197:20
202:15 204:15
**wanted** 34:10
86:25 107:6
119:18 121:12
149:4 169:15
198:8 199:10
**wanting** 82:19
138:23 144:5
164:9,15
**war** 195:16
**ware** 4:3 130:9,9

**warren** 4:7
**washington** 94:3,5
118:22 119:7
120:25 175:25
**watch** 136:20
**watched** 33:6
**watching** 150:14
**way** 47:10 67:14
73:22 80:2 94:19
103:19 105:2
113:8 119:12
123:3,5,6 147:16
150:22 160:12
163:4 178:18
181:19 189:7
191:18 193:19
**ways** 143:1 163:23
**wearing** 155:12
157:6,18 162:4
176:11
**weed** 33:16 142:8
**week** 40:22 44:22
149:2 174:20
188:8
**weeks** 92:11 97:22
149:5 198:12
201:20
**weird** 114:10
160:2
**went** 23:9,10 25:1
29:22 41:2,5,19
47:5 54:18 61:2
67:1,11 74:25
77:3,25 82:23
89:6 91:12 105:25
108:14 114:2
119:2,15,16
138:17 152:3,16
162:12 163:14
164:1,6,6 174:2
177:13 178:23

193:15 194:21
195:13,20 198:6
**wesley** 49:10
**whatnot** 122:9
**white** 111:9
**whitmore** 112:3
114:23
**willie** 79:7,17,19
**willing** 46:18
196:5
**wilson's** 48:25
**window** 59:25
61:12 91:6 150:4
150:15
**wire** 33:6
**wiretaps** 56:20
**wise** 10:12
**withdraw** 86:3
123:23 194:20
196:4
**witness** 1:13 4:11
5:2 6:10,12 7:15
7:24 8:1 64:1
78:12 100:1
109:16 110:1
121:12 169:2,4,7
190:2 203:14
207:6,15 208:9,12
209:1,4,11 210:1,4
210:15
**witnessed** 40:19
40:20 88:13 131:3
**witness'** 208:15
**woke** 53:15
**woman** 86:15
102:9,9 130:19
167:5
**women** 43:25
180:9,10 190:21
191:15

**wonder** 195:13

**wondered** 60:22

**word** 44:24 70:19
76:12,15 91:1
93:24 195:10
202:15

**words** 58:14 83:22
83:23 93:16
104:13 116:9
144:3 156:6
175:22

**work** 31:18 33:3,6
33:22,25 34:7,10
46:24 130:4,12
158:23

**working** 31:16
32:25 42:5 55:6,7
55:13,16 79:21
97:17 98:7 142:15
163:20 190:11

**world** 165:12

**worth** 46:2

**worthwhile** 68:17

**wounds** 42:18,19

**writing** 207:10

**written** 182:25

**wrong** 74:1 77:19
85:22 119:4 122:8
197:6

**wyandotte** 1:6 3:3
6:5 11:19 12:8,13
92:22 96:22
119:20 150:23
151:2,10 153:14
153:16,17 166:1
166:13,22 175:3
176:17 186:2
187:13,15,19
193:14 196:5
203:4 204:3
205:20 208:7

209:3 210:3

**x**

**x** 5:1,9

**y**

**yard** 36:20 56:17
138:3

**yeah** 42:19 110:6
168:15

**year** 7:18 10:2,8
14:15 17:14 22:21
24:23 38:7 115:25
167:13,13,17
168:14

**years** 13:19,20
18:19,20 23:15
36:24 76:2,9,9,10
114:5 115:24
118:1 123:19
124:15 140:3
154:23 155:25
160:22 170:21
171:22 199:12

**yells** 62:3,11,22

**yesterday** 16:5,16
19:11 20:7 74:4
145:18

**yolanda** 180:12
190:24 191:4,21

**york** 2:16,16

**young** 22:23
170:23 202:14

**younger** 36:24
72:1

**z**

**zoom** 2:4,10,14,15
3:16 4:6,17

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.