# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE and<br>ROSE LEE MCINTYRE,<br><br>      Plaintiffs,<br><br>v.<br><br>UNIFIED GOVERNMENT OF<br>WYANDOTTE COUNTY, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 2:18-CV-02545-KHV-KGG<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT ROGER GOLUBSKI'S MOTION TO EXCEED PAGE LIMIT**

COMES NOW Defendant Roger Golubski, by and through undersigned counsel, and pursuant to Local Rule 7.1(e), moves this Court for an order permitting Defendant Roger Golubski to exceed the page limitation set out in Local Rule 7.1(e) of 30 pages as it relates to his forthcoming Memorandum in Support of his Motion for Summary Judgment. In support of this Motion, Defendant Golubski states as follows:

1. The dispositive motion deadline is April 1, 2022.

2. Local Rule 7.1(e) limits the number of pages an Arguments and Authorities section of a Memorandum of Law may be to 30 pages.

3. Plaintiffs assert a total of five separate counts against Defendant Golubski, on which all of them Defendant Golubski will seek summary judgment.

4. Each of Plaintiffs' claims presents many different theories as to how Plaintiffs' rights were violated, as Plaintiffs have articulated in the Pre-Trial Order throughout eight single-spaced pages. Each of these must be discussed thoroughly, in light of a voluminous factual record, and in light of the evolving nature of clearly established law for purposes of a qualified immunity analysis.

5.      Defendant Golubski requests that the 30-page limitation of Local Rule 7.1(e) for his Arguments and Authorities section be increased to 60 pages.

WHEREFORE, Defendant Golubski respectfully requests that this Court enter an order permitting Defendant Golubski to exceed the page limitation for his Argument and Authorities section of his Memorandum in Support of his Motion for Summary Judgment to 60 pages, and for other relief this Court deems just and proper.

Respectfully submitted,

**ENSZ & JESTER, P.C.**


/s/ Chris Napolitano
| | |
|---|---|
| MATTHEW J. GIST | KS #20829 |
| CHRISTOPHER M. NAPOLITANO | KS #25499 |

1100 Main Street, Suite 2121
Kansas City, Missouri  64105
Telephone:   816-474-8010
Facsimile:    816-471-7910
E-mails:       mgist@enszjester.com
                     cnapolitano@enszjester.com

**and**

| | |
|---|---|
| MORGAN L. ROACH | KS #23060 |
| SEAN P. McCAULEY | KS #20174 |
| NICHOLAS S. RUBLE | KS #25636 |
| JEFFREY S. KRATOFIL | KS #23983 |

MCCAULEY & ROACH, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri  64111
Telephone:   816-523-1700
Facsimile:    816-523-1708
E-mails:       morgan@mccauleyroach.com
                     sean@mccauleyroach.com
                     nick@mccauleyroach.com
                     jeff@mccauleyroach.com
**ATTORNEYS FOR DEFENDANT DETECTIVE ROGER GOLUBSKI**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 30, 2022, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

MICHAEL J. ABRAMS       KS #15407
WILLIAM G. BECK        KS #77974
ALEXANDER T. BROWN   KS #78891
ALANA M. McMULLIN    KS #78948
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108
Telephone:   816-292-2000
Facsimile:   816-292-2001
E-mail(s):   michael.abrams@lathropgmp.com
             william.beck@lathropgpm.com
             alexander.brown@lathropgpm.com
             alana.mcmullin@lathropgpm.com

**and**

CHERYL A. PILATE        KS #14601
LINDSAY RUNNELS       KS #78822
MORGAN PILATE, LLC
926 Cherry Street
Kansas City, Missouri  64106
Telephone:   816-471-6694
Facsimile:   816-472-3516
E-mail(s):   cpilate@morganpilate.com
             lrunnels@morganpilate.com

**and**

BARRY SCHECK          *Pro Hac Vice*
EMMA FREUDENBERGER  *Pro Hac Vice*
AMELIA GREEN          *Pro Hac Vice*
SONA R. SHAH           *Pro Hac Vice*
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, New York  10013
Telephone:   212-965-9081
Facsimile:   212-965-9084
E-mail(s):   barry@nsbcivilrights.com
             emma@nsbcivilrights.com
             amelia@nsbcivilrights.com
             sona@nsbcivilrights.com
**ATTORNEYS FOR PLAINTIFFS**

DAVID R. COOPER KS #16690
CHARLES E. BRANSON KS #17376
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 SW 5th Street
Topeka, Kansas  66606
Telephone:   785-232-7761
Facsimile:    785-286-6609
E-mail(s):    dcooper@fpsslaw.com
              cbranson@fpsslaw.com
**and**

HENRY E. COUCHMAN, JR. KS #12842
EDWARD JAMES BAIN KS #26442
UNIFIED GOVERNMENT OF WYANDOTTE COUNTY
KANSAS CITY, KANSAS LEGAL DEPARTMENT
701 North 7th Street, Suite 961
Kansas City, Kansas  66101
Telephone:   913-573-5060
Facsimile:    913-573-5243
E-mail(s):    hcouchman@wycokck.org
              jbain@wycokck.org
**ATTORNEYS FOR DEFENDANT UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS**


SEAN M. STURDIVAN KS #21286
ELIZABETH A. EVERS KS #22580
TRACY M. HAYES KS #23119
SANDERS WARREN RUSSELL LLP
11225 College Boulevard, Suite 450
Overland Park, Kansas  66210
Telephone:   913-234-6100
Facsimile:    913-234-6199
E-mail(s):    s.sturdivan@swrllp.com
              e.evers@swrllp.com
              t.hayes@swrllp.com
**ATTORNEYS FOR THE ESTATE OF DETECTIVE JAMES MICHAEL KRSTOLICH, DETECTIVE DENNIS WARE, OFFICER JAMES L. BROWN, THE ESTATE OF LIEUTENANT DENNIS OTTO BARBER, DETECTIVE CYLDE BLOOD, DETECTIVE WK SMITH, AND**

**THE ESTATE OF LIEUTENANT STEVE CULP**

/s/ Chris Napolitano
**ATTORNEYS FOR GOLUBSKI**