UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:18-cv-02545-KHV-KGG |
| vs. ) | |
| ) | |
| UNIFIED GOVERNMENT OF WYANDOTTE ) | |
| COUNTY AND KANSAS CITY, KANSAS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT OFFICERS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Estates of James Michael Krstolich, Dennis Otto Barber, and Lieutenant Steven Culp; Dennis Ware, James L. Brown, and W.K. Smith (hereinafter "Defendant Officers") and pursuant to Rule 56 of the Federal Rules of Civil Procedure, move for an order from this Court, that as a matter of law, judgment should be entered in favor of all of the Defendant Officers as:

A. Plaintiff's claims under the Fourth Amendment in Counts I, II, IV, V, and VI should be dismissed based on the statute of limitations.

B. Plaintiff's claims under the Fourteenth Amendment in Counts I, II, IV, V, and VI should be dismissed as the claims are barred because there are adequate state tort remedies

C. Defendants Krstolich, Ware, Brown, Barber, Culp and Smith are entitled to judgment as a matter of law as to Count I as Plaintiff cannot prove all elements of malicious prosecution.

D. Defendants Krstolich, Ware, Brown, Barber, Culp and Smith are entitled to qualified immunity as to the claims asserted by Plaintiff in Count I.

E. Defendants Krstolich, Ware, Brown, Barber, and Smith are entitled to judgment as a matter of law as to Count II as Plaintiff cannot prove all elements of deprivation of liberty without due process of law and denial of fair trial.

F. Defendants Krstolich, Ware, Brown, Barber, and Smith are entitled to qualified

immunity as to the claims asserted by Plaintiff in Count II.

G. Plaintiff's claims in Counts IV, V and VI are barred by the statute of limitations.

H. Defendants Krstolich, Ware, Barber, and Culp are entitled to judgment as a matter of law as to Count IV as Plaintiff cannot prove all elements of failure to intervene; or in the alternative, Defendants Krstolich, Ware, Barber, and Culp are entitled to qualified immunity

I. Defendants Krstolich, Ware, Barber, and Culp are entitled to judgment as a matter of law as to Count V as Plaintiff cannot prove all elements of conspiracy; or in the alternative, Defendants Krstolich, Ware, Barber, and Culp are entitled to qualified immunity.

J. Defendant Culp is entitled to judgment as a matter of law as to Count VI as Plaintiff cannot prove all elements of supervisory liability; or in the alternative, Defendant Culp is entitled to qualified immunity.

K. Defendants Krstolich, Ware, Brown, Barber, Culp, and Smith are entitled to judgment as a matter of law as Plaintiff cannot prove all elements of malicious prosecution under Kansas tort law.

L. Defendants Krstolich, Ware, Brown, Barber, Culp, and Smith are entitled to judgment as a matter of law as Plaintiff's claims are barred by provisions of the Kansas Tort Claims Act, K.S.A. 75-6104.

In further support of their Motion, Defendants contemporaneously file their Memorandum in Support of Motion for Summary Judgment.

WHEREFORE, Defendants Estates of James Michael Krstolich, Dennis Otto Barber, and Lieutenant Steven Culp; Dennis Ware, James L. Brown, and W.K. Smith request an Order from this Court granting judgment as a matter of law in their favor, and for such other relief the Court finds just and equitable.

Respectfully submitted,

/s/   Tracy M. Hayes
Sean M. Sturdivan           KS #21286
Tracy M. Hayes              KS #23119
Elizabeth A. Evers          KS #22580
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre

>11225 College Boulevard, Suite 450
>Overland Park, KS  66210
>Phone:  913-234-6100
>Fax:  913-234-6199
>s.sturdivan@swrllp.com
>e.eversguerra@swrllp.com
>t.hayes@swrllp.com
>*Attorneys for The Estate of Detective James Michael Krstolich, Detective Dennis Ware, Officer James L. Brown, The Estate of Lieutenant Dennis Otto Barber, Detective W.K. Smith, and The Estate of Lieutenant Steve Culp*

## CERTIFICATE OF SERVICE

 I HEREBY certify that on this 1st day of April, 2022, the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

Michael J. Abrams
William G. Beck
Alexander T. Brown *(Pro Hac Vice)*
Alana M. McMullin *(Pro Hac Vice)*
Lathrop GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO  64108
Phone: 816-292-2000
Fax: 816-292-2001
michael.abrams@lathropgpm.com
william.beck@lathropgpm.com
alexander.brown@lathropgpm.com
alana.mcmullin@lathropgpm.com

and

Cheryl Pilate
Lindsey Runnels
Morgan Pilate LLC
926 Cherry Street
Kansas City, MO  64106
Phone: 816-471-6694
Fax: 816-472-3516
cpilate@morganpilate.com
lrunnels@morganpilate.com
*Attorneys for Plaintiffs*

David R. Cooper
Charles E. Branson
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th Street
Topeka, KS  66606
Phone: 785-232-7761
Fax: 785-286-6609
dcooper@fisherpatterson.com
cbranson@fpsslaw.com
*Attorneys for Unified Government of Wyandotte County and Kansas City, Kansas*

Henry E. Couchman Jr.
Edward James Bain
Unified Government of Wyandotte County/Kansas City, Kansas
Legal Department
701 N. 7th Street, Suite 961
Kansas City, KS  66101
Phone: 913-573-5060
Fax: 913-573-5243
hcouchman@wycokck.org
ebain@wycokck.org
*Attorneys for Unified Government of Wyandotte County and Kansas City, Kansas*

and

Barry Scheck
Emma Freudenberger
Grace Ann Paras
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, Eighth Floor
New York, NY  10013
Phone: 212-965-9081
Fax: 212-965-9084
barry@nsbcivilrights.com
emma@nsbcivilrights.com
grace@nsbcivilrights.com
***Pro Hac Vice* for Plaintiffs**

Daphne R. Halderman
MCCAUSLAND BARRETT & BARTALOS P.C.
8695 College Blvd., Suite 200
Overland Park, Kansas 66210
Phone: 816-523-3000
Fax: 816-523-1588
Email: dhalderman@mbblawfirmkc.com
***Special Administrator for Defendants Krstolich, Barber, and Culp, deceased***

Sean P. McCauley
Morgan L. Roach
Jeffrey S. Kratofil
MCCAULEY & ROACH, LLC
527 W. 39th Street, Suite 200
Kansas City, MO  64111
Phone: 816-523-1700
Fax: 816-523-1708
sean@mccauleyroach.com
morgan@mccauleyroach.com
jeff@mccauleyroach.com

and

Matthew J. Gist
Christopher M. Napolitano
ENSZ & JESTER, P.C.
1100 Main Street, Suite 2121
Kansas City, MO 64105
Phone: 816-474-8010
Fax: 816-471-7910
Emails: mgist@enszjester.com
          cnapolitano@enszjester.com
 ***Attorneys for Detective Roger Golubski***

  */s/     Tracy M. Hayes*
  **ATTORNEY**

4