1            MR. STURDIVAN:  Object to form.
2            MR. COOPER:  Join.
3       Q.   (By Ms. Freudenberger)  Did you answer,
4  sir?
5       A.   No, I didn't.  Ma'am, I don't remember,
6  I don't remember that day, night or whatever it
7  was.  Okay.  All I'm doing is going by what's
8  reading here.  I cannot tell you what I did
9  during that time.
10      Q.   Detective Smith, you were interviewing
11 Josephine Quinn within an hour of a double
12 homicide that took place in broad daylight on her
13 street, right?
14      A.   20 some years ago, yes.
15      Q.   I understand.  So, if Josephine Quinn
16 had more information than what was included in
17 this statement, you understood it was important
18 to follow up on that information and try to
19 figure out what she knew, right?
20           MR. COOPER:  Object to form.  You
21 are calling for the witness to speculate.
22      Q.   (By Ms. Freudenberger)  Sir, this
23 wasn't -- this isn't a tough question.  This
24 wasn't someone who had thirdhand information
25 about a traffic accident.  This is someone you

EXHIBIT 10