Page 60

```
 1      Q.   Was there any direction from the police
 2   like point out the shooter or tell us which one is
 3   the shooter?
 4      A.   They just told me to pick who I think --
 5   who -- if I see somebody that I thought I knew or
 6   -- I just picked the photo that I thought -- I
 7   thought that was the guy that came down the hill.
 8      Q.   Okay.  Did anyone say anything like the
 9   suspect may not be among these photos?
10      A.   I don't remember.
11      Q.   Okay.
12              MS. PILATE:  Oh, good, these
13   are...
14              Are we on 75 now?  Oh, 72, I'm sorry.
15   I'm a menace with exhibit numbers.  72, you're
16   sure?
17              THE COURT REPORTER:  The last one
18   you marked was 71.
19              MS. PILATE:  Okay.  And we got 69
20   covered, right?
21              THE COURT REPORTER:  (Nods head.)
22              MS. PILATE:  Okay.  I am going to
23   put 72 on a series of photos.
24              (Exhibit 72 was marked for
25          identification.)
```

**EXHIBIT 11**