94JV0489

Page 46

1  Q.  (By Mr. Stecklein)  Do you recall during the
2  investigation whether you gave a statement to the police
3  on this case here?
4  A.  Yes.
5  Q.  Okay.  And did you give a statement as to the
6  whereabouts of LaMonte McIntyre?
7  A.  Well, yes.  When they come down tricking me, trying to
8  find out where Monte was, I told them Monte was at work,
9  because they give me the date before, not the date of.
10 Q.  Okay.  So you're saying today that -- that when the
11 police came down and told you, they tricked into thinking
12 it was the day before?
13 A.  Yes.
14 Q.  But at the time, you told them that LaMonte was with
15 you at the time of the killing?
16 A.  No, I didn't.
17 Q.  What did you --
18 A.  No, I told them Monte was with me the day before at
19 work, and he was.
20 Q.  Okay.
21 A.  They did not inquire --
22 Q.  What about the day of?
23 A.  They didn't inquire the day of.  They was saying
24 nothing was wrong.
25 Q.  Okay.  Well, where was he the day of?

EXHIBIT 35

Exh. 03