1   from 11:00 o'clock till 2:45 in the afternoon that
2   Lamonte was there at the restaurant. And when she
3   asked me I said I'm not being evasive, ma'am, all I
4   know is I can tell you is approximately 14:00, which
5   is 2:00 o'clock in the afternoon.
6 Q So you told her it was somewhere in the vicinity of
7   that time period that you were talking about?
8 A That's right.
9 Q And what day was this that you came into contact
10   with Miss McIntyre?
11 A The night that the double homicide occurred.
12 Q That would have been April 15th then?
13 A Yes.
14 Q And do you -- there's been testimony -- well, let me
15   ask you this, do you remember what time it was that
16   Mr. McIntyre was taken to police headquarters?
17 A Going off memory my conversation with the mother and
18   the grandmother was approximately 19:50 hours, which
19   would be 7:50 at night.
20 Q Now, Lieutenant Barber, what else -- tell me what
21   else Miss McIntyre said during this conversation
22   aside from that he was out at Fi Fi's from 11:00 to
23   2:45?
24 A Well, there again she said, well, I've talked to him
25   and he says he hasn't been any problem that's why I

EXHIBIT 65

FPSS 044086