UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LAMONTE MCINTYRE & ROSE LEE MCINTYRE,**<br><br>  Plaintiffs,<br><br>v.<br><br>**UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, et al.,**<br><br>  Defendants. | Case No. 2:18-cv-02545-KHV-KGG |

**PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF
ROBERT BLAKE MCCONNELL**

**ORAL ARGUMENT REQUESTED**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Sona R. Shah and attached exhibits, and all other papers and proceedings herein, Plaintiffs Lamonte McIntyre and Rose Lee McIntyre will move this Court, before the Honorable Kathryn H. Vratil, United States District Judge, on a date and time to be set by the Court, for an order excluding the testimony of Robert Blake McConnell.

Dated: April 1, 2022

    Respectfully submitted,

    /s/ *Alana M. McMullin*

    Barry Scheck (admitted *pro hac vice*)
    Emma Freudenberger (admitted *pro hac vice*)
    Sona R. Shah (admitted *pro hac vice*)
    Grace Paras (admitted *pro hac vice*)
    Neufeld Scheck & Brustin, LLP
    99 Hudson Street, Eighth Floor
    New York, NY 10013
    Telephone: (212) 965-9081
    Facsimile: (212) 965-9084
    emma@nsbcivilrights.com

    Michael J. Abrams #15407
    Alexander T. Brown #78891
    Alana McMullin #78948
    Lathrop GPM LLP
    2345 Grand Boulevard, Suite 2200
    Kansas City, MO 64108
    Telephone: (816) 292-2000
    Facsimile: (816) 292-2001
    michael.abrams@lathropgpm.com
    alana.mcmullin@lathropgpm.com

Cheryl A. Pilate #14601
Lindsay Runnels #78822
Morgan Pilate, LLC
926 Cherry Street
Kansas City, MO 64106
Telephone: (816) 471-6694
Facsimile: (816) 472-3516
cpilate@morganpilate.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2022, the foregoing document was electronically filed and served via the Court's electronic filing system on all counsel of record.

                                                      /s/ *Alana M. McMullin*
                                                        Attorney for Plaintiffs