UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LAMONTE MCINTYRE & ROSE LEE MCINTYRE,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, et al.,**<br><br>Defendants. | Case No. 2:18-cv-02545-KHV-KGG |

**DECLARATION OF SONA R. SHAH IN SUPPORT OF
PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF
ROBERT BLAKE MCCONNELL**

I, Sona R. Shah, hereby declare the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Neufeld Scheck & Brustin, LLP, counsel for Plaintiffs Lamonte McIntyre and Rose Lee McIntyre in this action.

2. I am admitted *pro hac vice* in this action.

3. I submit this declaration based on my personal knowledge in support of Plaintiffs' Motion to Exclude Testimony of Robert Blake McConnell (the "Motion").

4. Attached hereto are true and correct copies of the following documents (or relevant portions thereof) cited in the papers submitted in connection with Plaintiffs' Motion:

Exhibit A:  Deposition Transcript of Rose Lee McIntyre, taken on June 17, 2021.

Exhibit B:  Deposition Transcript of James McCloskey, taken on October 13, 2021.

Exhibit C:  Expert report of Robert Blake McConnell.

Exhibit D:  Deposition Transcript of Robert Blake McConnell, taken on January 18, 2022.

Exhibit E:  Deposition Transcript of John Michael Redmon, taken on January 24, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2022 in New York, NY.

                                                      *s/ Sona R. Shah*
                                                      Sona R. Shah