# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

LAMONTE MCINTYRE & ROSE LEE
MCINTYRE,

   **Plaintiffs,**

**v.**

UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY AND KANSAS CITY, KS, et al.,

   **Defendants.**

Case No. 2:18-cv-02545-KHV-KGG

## INDEX OF EXHIBITS|
## TO DECLARATION OF SONA R. SHAH IN SUPPORT OF
## PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF
## ROBERT BLAKE MCCONNELL

| | |
|---|---|
| Exhibit A | Rose Lee McIntyre Deposition Excerpts |
| Exhibit B | James McCloskey Deposition Excerpts |
| Exhibit C | Robert Blake McConnell Expert Report |
| Exhibit D | Robert Blake McConnell Deposition Excerpts |
| Exhibit E | John Michael Redmon Deposition Excerpts |