# EXHIBIT E
# TO DECLARATION OF SONA R. SHAH
# IN SUPPORT OF PLAINTIFFS' MOTION TO
# EXCLUDE TESTIMONY OF
# ROBERT BLAKE McCONNELL

Page 1

1          IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF KANSAS

2

3   LAMONTE McINTYRE, et al.,)
                              )
4               Plaintiffs, )
                              )
5   vs.                       ) 2:18-cv-02545-KHV-KGG
                              )
6   UNIFIED GOVERNMENT OF     )
    WYANDOTTE COUNTY AND      )
7   KANSAS CITY, KANSAS,      )
    et al.,                   )
8                             )
                Defendants. )

9

10

11

12          VIDEOTAPE DEPOSITION OF JOHN MICHAEL
13   REDMON, a Witness, taken on behalf of the
14   Defendant Roger Golubski, before Alison A. Tracy,
15   Missouri CCR No. 554, Kansas CSR No. 1525,
16   pursuant to Notice, on the 24th day of January,
17   2022, at the office of Michael Redmon, 831
18   Armstrong, Kansas City, Kansas.

19

20

21

22

23

24

25

Page 26

1  talked about it right after the verdict and I
2  talked to him I think about these witnesses. But
3  aside from that, and again it has been so long, I
4  can't recall for sure.
5      Q.  At any point in time has anyone ever
6  told you there is an allegation that Roger
7  Golubski raped Rose McIntyre?
8      A.  Cheryl Pilate told me.
9      Q.  Who told you that?
10     A.  Cheryl Pilate.
11     Q.  The attorney sitting here at the table?
12     A.  Wait.  Raped her?  I can't say that for
13  sure.  I can't recall hearing that.  I don't
14  really -- I know that there is an allegation he
15  did something improper towards her but whether it
16  was rape or a pass, I can't specifically recall
17  right now.
18     Q.  And would you recall when you first
19  heard that?
20     A.  I mean, probably a couple of years ago.
21     Q.  So ball park sometime around 2000 maybe
22  19 or so?
23     A.  Maybe.
24     Q.  Do you recall Rose McIntyre ever telling
25  this to you back sometime in the early nineties?

Page 27

1      A.  She may have.  I can't recall now.  I
2  mean, it is certainly possible that she did, but
3  I can't recall it now.
4      Q.  Did Rose McIntyre -- when was the first
5  time that Rose McIntyre came to you to talk about
6  her son's murder case?  Specifically do you know
7  if it was before or after the jury verdict?
8      A.  I don't recall for sure if it was before
9  or after the verdict.  I don't know.
10     Q.  Do you recall anything about Roger
11  Golubski ever coming up about this murder trial
12  back in the nineties?
13     A.  I'm not sure I understand your question.
14     Q.  When was the first time you had ever
15  heard that there was an allegation about Roger
16  Golubski either mishandling the McIntyre case,
17  framing Lamonte McIntyre, anything along those
18  lines?
19     A.  Mishandling or framing.
20     Q.  Anything along those lines.  Anything in
21  connection with Lamonte McIntyre's case.
22     A.  Probably when Cheryl Pilate got involved
23  and Jim McCloskey and those people got involved
24  and I started to work with them.  And Cecil
25  Brooks at that point in time, I think there were

Page 28

1  allegations like that that I heard then.
2      Q.  So, this would be in the 2000's, at
3  least, if not later?
4      A.  Talking probably five or six or seven
5  years ago.
6      Q.  I've probably covered the overwhelming
7  majority I want to cover with you.  Would it be
8  all right if we take a 5 minute or so break and
9  if I have anything else, I will finish up.
10     A.  Sure.
11         (Short recess was taken.)
12         THE VIDEOGRAPHER:  The time is
13  10:35.  We are back on the record.
14     Q.  (By Mr. Gist)  Mr. Redmon, I just have a
15  handful or so of questions.  Can you give me an
16  approximation as to how many times you have
17  talked about the Lamonte McIntyre case with
18  either Cheryl Pilate or the Jim McCloskey that
19  you mentioned earlier?
20     A.  Quite a few.
21     Q.  Like more than a dozen?
22     A.  Probably.
23     Q.  Has either Cheryl Pilate or Jim
24  McCloskey ever told you what Rose McIntyre's
25  allegation is against Roger Golubski in this

Page 29

1  case?
2      A.  You know, I can't remember for sure if
3  Cheryl and I ever talked specifically about that
4  or not.  I think -- I generally became aware of
5  what the allegations were.  I don't know if it
6  was from Cheryl or reading it in the newspaper,
7  you know.
8      Q.  The allegation or the act that Rose
9  McIntyre is making against Roger Golubski is that
10  Roger Golubski forced her to let him perform oral
11  sex on her in the police department in the late
12  1980's.  Okay?
13     A.  Okay.
14     Q.  If that type of sexual misconduct was
15  reported to you, do you believe that would kind
16  of stand out?
17     A.  That's a tough question.  You know,
18  maybe, maybe not.  It is not particularly
19  shocking to me.
20     Q.  If you were informed of this type of
21  allegation, would you do anything with that
22  information?
23     A.  No.
24     Q.  Why not?
25     A.  It is not my job to police the police

8 (Pages 26 - 29)