UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LAMONTE MCINTYRE & ROSE LEE MCINTYRE,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, et al.,**<br><br>Defendants. | Case No. 2:18-cv-02545-KHV-KGG |

**PLAINTIFFS' MOTION TO LIMIT TESTIMONY OF
TARIK KHATIB**

**ORAL ARGUMENT REQUESTED**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Sona R. Shah and attached exhibits, and all other papers and proceedings herein, Plaintiffs Lamonte McIntyre and Rose Lee McIntyre will move this Court, before the Honorable Kathryn H. Vratil, United States District Judge, on a date and time to be set by the Court, for an order excluding the testimony of Tarik Khatib.

Dated: April 1, 2022

                                            Respectfully submitted,

                                            /s/  Alana M. McMullin
                                            Barry Scheck (admitted *pro hac vice*)
                                            Emma Freudenberger (admitted *pro hac vice*)
                                            Sona R. Shah (admitted *pro hac vice*)
                                            Grace Paras (admitted *pro hac vice*)
                                            Neufeld Scheck & Brustin, LLP
                                            99 Hudson Street, Eighth Floor
                                            New York, NY 10013
                                            Telephone: (212) 965-9081
                                            Facsimile: (212) 965-9084
                                            emma@nsbcivilrights.com

                                            Michael J. Abrams #15407
                                            Alana M. McMullin #78948
                                            Lathrop GPM LLP
                                            2345 Grand Boulevard, Suite 2200
                                            Kansas City, MO 64108
                                            Telephone: (816) 292-2000
                                            Facsimile: (816) 292-2001
                                            michael.abrams@lathropgpm.com
                                            alana.mcmullin@lathropgpm.com

                                            Cheryl A. Pilate #14601
                                            Lindsay Runnels #78822
                                            Morgan Pilate, LLC
                                            926 Cherry Street
                                            Kansas City, MO 64106
                                            Telephone: (816) 471-6694
                                            Facsimile: (816) 472-3516
                                            cpilate@morganpilate.com

                                            *Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2022, the foregoing document was electronically filed and served via the Court's electronic filing system on all counsel of record.

        /s/ *Alana M. McMullin*
        Attorney for Plaintiffs