UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LAMONTE MCINTYRE & ROSE LEE MCINTYRE,**<br><br>        Plaintiffs,<br><br>v.<br><br>**UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, et al.,**<br><br>        Defendants. | Case No. 2:18-cv-02545-KHV-KGG |

**DECLARATION OF SONA R. SHAH IN SUPPORT OF
PLAINTIFFS' MOTION TO LIMIT TESTIMONY OF TARIK KHATIB**

I, Sona R. Shah, hereby declare the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Neufeld Scheck & Brustin, LLP, counsel for Plaintiffs Lamonte McIntyre and Rose Lee McIntyre in this action.

2. I am admitted *pro hac vice* in this action.

3. I submit this declaration based on my personal knowledge in support of Plaintiffs' Motion to Exclude Testimony of Tarik Khatib (the "Motion").

4. Attached hereto are true and correct copies of the following documents (or relevant portions thereof) cited in the papers submitted in connection with Plaintiffs' Motion:

Exhibit A:  Deposition Transcript of Dennis Dean Ware, taken on February 12, 2021.

Exhibit B:  Deposition Transcript of William K. Smith, taken on September 15, 2021.

Exhibit C:  Expert report of Tarik Khatib, dated November 24, 2021.

Exhibit D:  Deposition Transcript of Tarik Khatib, taken on December 14, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2022 in New York, NY.

                                                      *s/ Sona R. Shah*
                                                      Sona R. Shah