## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LAMONTE MCINTYRE & ROSE LEE MCINTYRE,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, et al.,**<br><br>Defendants. | Case No. 2:18-cv-02545-KHV-KGG |

## INDEX OF EXHIBITS|
## TO DECLARATION OF SONA R. SHAH IN SUPPORT OF
## PLAINTIFFS' MOTION TO LIMIT TESTIMONY OF TARIK KHATIB

| | |
|---|---|
| Exhibit A | Dennis Dean Ware Deposition Excerpts |
| Exhibit B | William K. Smith Deposition Excerpts |
| Exhibit C | Tarik Khatib Expert Report |
| Exhibit D | Tarik Khatib Deposition Excerpts |