# EXHIBIT B
# TO DECLARATION OF SONA R. SHAH
# IN SUPPORT OF PLAINTIFFS' MOTION TO
# LIMIT TESTIMONY OF TARIK KHATIB

Page 176

1           UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF KANSAS
2

3

4   LAMONTE McINTYRE and ROSE   )
    LEE McINTYRE,               )
5                               )
             Plaintiffs,        )
6                               )
      vs.                       )Case No. 2:18-cv-02545
7                               )
    UNIFIED GOVERNMENT OF       )
8   WYANDOTTE COUNTY and KANSAS )
    CITY, KANSAS, et al.,       )
9                               )
             Defendants.        )
10

11

12

13

14        VIDEO CONFERENCE DEPOSITION OF
15              WILLIAM K. SMITH
16       TAKEN ON BEHALF OF THE PLAINTIFFS
17            SEPTEMBER 15, 2021
18                 VOLUME II
19

20

21

22

23

24

25

Page 253

1 investigation?
2          MR. COOPER:  Object to form,
3 vague.
4     A.  Repeat that.
5     Q.  (By Ms. Freudenberger)  Sure.  In 1994
6 and 1995, if you saw a detective you were working
7 with on a case do something improper, you had an
8 obligation to intervene, right?
9          MR. COOPER:  Object to form.
10    A.  Yes.
11    Q.  (By Ms. Freudenberger)  Okay.  And you
12 understood that well before 1994, right?
13    A.  Yes.
14    Q.  Okay.  In other words, you understood
15 that if you became aware of a fellow detective
16 using suggestion in an identification procedure in
17 a case you were working on, that you had an
18 obligation to intervene; fair to say?
19          MR. COOPER:  Object to form.
20          MR. STURDIVAN:  Join.
21          MR. ROACH:  Join.
22    A.  Yes.
23    Q.  (By Ms. Freudenberger)  Okay.  Both to
24 ensure that innocent suspects weren't falsely
25 accused, right?

Page 254

1          MR. COOPER:  Object to form.
2     A.  Repeat.
3     Q.  (By Ms. Freudenberger)  Sure.  You had an
4 obligation to intervene any time you saw a fellow
5 detective break an important rule in the course of
6 an investigation, right?
7          MR. COOPER:  Object to form.
8     A.  Yes.
9     Q.  (By Ms. Freudenberger)  Okay.  Rules like
10 using undo suggestion in identification procedures
11 or using coercion in witness interviews, those
12 would be examples of the kind of situation in
13 which you as a fellow detective would have an
14 obligation to intervene, right?
15          MR. COOPER:  Object to form.
16    A.  Yes.
17    Q.  (By Ms. Freudenberger)  And you also
18 understood that you had an obligation if you saw a
19 fellow detective break the law in any way to
20 report that, right?
21    A.  Yes.
22    Q.  Okay.  And you understood back in 1994
23 that if you were assigned an investigation, you
24 could at any point in time have your supervisor
25 come to you and ask you questions about that

Page 255

1 investigation, right?
2     A.  Yes.
3     Q.  That's kind of a routine thing that
4 happened all the time, right?
5          MR. COOPER:  Object to form.
6     A.  I couldn't hear you.
7     Q.  (By Ms. Freudenberger)  Okay.  Well, you
8 understood back in 1994 there was also a
9 possibility that you would have district attorneys
10 coming to you and asking you questions about
11 investigations you were assigned, right?
12    A.  I still didn't -- didn't hear it well.
13    Q.  Oh, sure.  You understood back in 1994
14 that at any point in time a district attorney
15 could come to you and ask you questions about a
16 case they were prosecuting to which you were
17 assigned, right?
18    A.  Yes.
19    Q.  Okay.  That's the kind of thing that
20 routinely happened, right?
21    A.  Yes.
22    Q.  Okay.  And so for that reason, it was
23 important to keep yourself abreast of what was
24 happening in the investigations you were assigned,
25 right?

Page 256

1     A.  Yes.
2     Q.  Okay.  And you understood that you could,
3 in fact, be held accountable for investigation --
4 investigative missteps that happened in cases to
5 which you were assigned, right?
6          MR. COOPER:  Object to form,
7 vague.
8     A.  Repeat that.
9     Q.  (By Ms. Freudenberger)  Sure.  You
10 understood that you could face accountability for
11 investigative missteps that happened in cases you
12 were assigned to, right?
13          MR. COOPER:  Object to form,
14 vague.
15    A.  Yeah, if I didn't -- if I didn't do it,
16 I'd...
17    Q.  (By Ms. Freudenberger)  Well, let me give
18 you an example.  If you were working a case with
19 Detective Shomin and Detective Shomin broke an
20 important rule, say, hit a witness during an
21 interrogation and you didn't do anything about it,
22 you could be subject to discipline, right?
23          MR. COOPER:  Object to form.
24          MR. STURDIVAN:  Object to form.
25          MR. ROACH:  Join.

21 (Pages 253 - 256)