**AFFIDAVIT OF FREDA QUINN**

EXHIBIT

**17**

RG SUMMARY JUDGMENT

COUNTY OF SHAWNEE  )
                                      )
STATE OF KANSAS     )

I, Freda Quinn, being of sound mind and lawful age, hereby swear on my oath as follows:

1. My name is Freda K. Quinn.  I currently reside in Topeka, Kansas.  I am 48 years old.  For most of my life, I have resided in Kansas City, Kansas.

2. I am the sister of John Quinn and Josephine Quinn.  Josephine is the mother of Niko, Stacy and Leila Quinn (now Gatlin). Therefore, I am the aunt of Niko, Stacy and Leila Gatlin.  I am also the aunt of John's only child, Doniel Quinn, who, along with Donald Ewing, was shot and killed on Hutchings Street in Kansas City, Kansas,  in April 1994.

3. Although I was not present when the shooting occurred, I remember the event very well.  Five family members who were eyewitnesses or were nearby told me about it.  My family was never the same after Doniel was murdered.

4. When the murder happened, Josephine Quinn and her daughters Stacy and Niko, were across the street.  All three of them saw shooting, which happened in broad daylight when a shooter ran up to the car where Doniel and Donald were sitting and fired several rounds at their heads.  My brother, John (Doniel's father), was in a car a short distance away with two other men; they had just pulled away to drive off.   John had traveled no more than half a block when he heard gunshots.   He immediately turned around, jumped out and ran to the car where his son was dead from shots to the head.

5. I was at home with my mother, Cinderella Quinn, at her home at 27th and Cleveland.  She came running down the steps and told me someone had shot Doniel.  We immediately left and went to Hutchings street.  The ambulance was there but Doniel's and Donald's bodies were still in the car.  I saw several patrol cars at the scene but did not pay any attention to them at that point; I was focused on my family and Doniel.

6. My mother went past the police tape, and the police told her to back up.   I saw the police open the car, and I saw Doniel's body; his head was hanging to one side. It was a traumatic and awful sight that has remained with me to this day.

1

LMKSDC_0004637

7. In the weeks and months after the murder, we were all in shock and grief stricken because we all loved Doniel very much. He was a charming young man who, sadly, had a bad drug problem. He was my oldest nephew, and I loved him very much.

8. That evening, we heard on the news that someone had been arrested and a mug shot was flashed on the screen. I was at my mother's house on Cleveland with my mother and Niko and Josephine. I remember we were shocked when we heard the news and saw the mug shot. Josephine and Niko both stated something to the effect of, "they got the wrong guy." We were all very upset. My mother said something to the effect of, "they arrested the first black guy they could find."

9. Niko had told me while my mother and I were at the scene that she had seen the shooter. She said the shooter had a big forehead and that she had known him from school. Josephine then said she saw who it was and knew what he looked like. I remember Stacy saying something to the effect of, "I know who did it." She then disappeared and I did not see her again until Doniel's funeral. I think Stacy was afraid. Later, when we were at my mother's house, Josephine told us that Stacy knew who did the murder.

10. In the days after the murder, my family was very upset that police got the wrong guy. In fact, I remember sitting around the day of Doniel's funeral, and Stacy repeatedly said: "I know who did it. That's not the guy; they got the wrong guy."

11. After the funeral, I became very depressed and pulled away from the family. The murder was hard to bear, and the injustice made it even worse. I got upset being around the family because Josephine, in particular, would get angry and yell about how police had not arrested the real killer.

12. Both Niko and Josephine told me that they had told the police that they had arrested the wrong man but that no one seemed to care about that. The fact that the police ignored their information made them even angrier and more upset.

13. All I ever wanted – and still want – is for the right man to be brought to justice. I don't feel that the Police Department did a good job with the investigation; they did not treat it like it was an important matter. It seemed like they just wanted to get it out of the way quickly. They did not care about information that members of our family provided. We were treated very poorly.

14. We all knew that Doniel had a bad drug problem and was addicted to crack cocaine. I heard from family members that Doniel was killed because he was at someone's drug spot during a big cook (to make crack) and that he was supposed to clean

. 2

up. After the cook, some drugs came up missing. That was a big problem. Both John and Leila told me about how Doniel was suspected of stealing drugs from treacherous drug dealers and that was why he was murdered.

15. Doniel's father, John (who is my brother, with whom I am very close), knew that Doniel had a drug problem and, to this day, he feels guilty about Doniel's death as he blames himself in part for exposing Doniel to drugs. John has always been upset about how Doniel's murder was investigated. He won't discuss it because it is so traumatic, but I know from things he has said to me that he does not believe the right man was arrested and tried for his son's murder. For instance, he has complained many times that family members saw who did the murder, and that either they did not speak up or the police ignored them and their information. To this day, John has not been able to make peace with his son's death because the true killer has not been brought to justice.

16. Based on what Stacy saw at the scene before she left and what she said the day of the funeral, I knew that Stacy saw the killer and could identify him. She was positive that they had arrested the wrong man and she repeatedly expressed that to family members until her death.

17. Josephine, Niko and Stacy all told me at different times that they had told the police that they had arrested the wrong man for Doniel's murder. We were very upset that the police never listened to our family's information.

18. I do not know if Stacy spoke to Detective Golubski about the murder, but I do know she spoke to the police. There was no reason why Detective Golubski could not have easily interviewed her as we all knew that Detective Golubski and Stacy had regular contact with each other and were in an intimate relationship.

19. From the time Stacy was 16 or 17 (in the mid 1980s) until the time of her death in 2000, Stacy had an ongoing sexual relationship with Detective Golubski. He took care of her and would buy her clothes and other nice things. Stacy did not talk about it, but we all knew it was going on. In the early 1990s, I would often see Detective Golubski driving down Hutchings Street when I was there to visit. My brothers, Will and John, told me that Detective Golubski was looking for Stacy. Detective Golubski would pick her up from Josephine's house, where she often stayed. She would then be gone for a couple of days, and then when she returned to Josephine's, she would have new clothes and money. Her relationship with Detective Golubski continued until her death in 2000.

20. When Stacy was murdered in 2000, it was Detective Golubski who

3

LMKSDC_0004639

investigated her death.  After she was killed, he came to the house where Niko was staying on Quindaro.  I was there alone with Niko's children.  Detective Golubski said someone had been killed and there was the suspicion that it was Stacy.  He said the police needed someone to identify her.  I became very upset because I knew that he knew who she was and did not need someone to identify Stacy.  I said to him: "You know whether or not it's her.  You've been fooling with her all these years."  He looked down and did not respond.  I was upset later when I found out that before coming to Niko's house, he had stopped at Leila's on 29th Street and delivered the message to young children (including Stacy's son) that Stacy was dead.  I thought this was unprofessional and showed no compassion for the family, especially the children.

21.  I learned later about the effort that Detective Golubski put into the investigation of Stacy's murder.  It suggested to me that he cared about her but had not cared about Doniel.  If he had worked on investigating Doniel's death like he had Stacy's, the real killer may have been brought to justice.

22.  After Doniel's death, I noticed that John's best friend from childhood, Neil Edgar, Sr., just was not coming around anymore.  I found this strange, because I would have expected John's good friend to support him after such a tragedy.

24.  After the trial of the man charged with Doniel's murder, Niko told me that she had testified and that she had lied.  She said she falsely identified the defendant as the shooter.  I asked her why she did that.  She said she didn't know what else to do, and from her expression, it was apparent to me that she was fearful or had been forced to lie about this man.  She seemed to feel helpless about the situation, and as if she felt threatened.  She seemed to be afraid to stand up and tell the truth.

25.  To this day, my family has been haunted by the loss of Doniel, and this sense of loss is made much worse by knowing an innocent man was convicted and the real killer has not been brought to justice.

Date: 10/21/2011

_Freda K. Quinn_
Freda K. Quinn

County of:
Subscribed to and sworn to before me on this 21 date of Oct , 2011.

_Notary signature_
Notary Public

Doris Henninger
NOTARY PUBLIC - STATE OF KANSAS
MY APPT. EXP: 4-27-2013

4

LMKSDC_0004640