UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE and<br>ROSE LEE MCINTYRE,<br><br>  Plaintiffs,<br><br>v.<br><br>UNIFIED GOVERNMENT OF<br>WYANDOTTE COUNTY, *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:18-CV-02545-KHV-KGG<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS ROGER GOLUBSKI'S AND JAMES BROWN'S
### JOINT MOTION TO CONTINUE TRIAL SETTING

COME NOW Defendants Roger Golubski and James Brown, by and through their attorneys of record, and requests that this Court continue the October 17, 2022, trial setting in this matter to either the original trial date or a date mutually acceptable to the Court and the parties. In support of this Motion, Defendant Golubski states as follows:

### BACKGROUND AND RELEVANT FACTS

1. On August 23, 2021, this matter was set for trial to begin on November 7, 2022. (Doc. No. 99)

2. On March 24, 2022, the Court, upon its own Motion, advanced the trial setting to October 17, 2022, to ensure there were 20 consecutive trials days available, and to ensure the parties a #1 trial setting. (Doc. No. 564)

3. Unfortunately, counsels for Roger Golubski, Matthew J. Gist, and Chris Napolitano, have a trial set for the week of October 17, 2022, in the United States District Court for the Western District of Missouri in Springfield, Missouri, Case No. 3:21-CV-05030-BCW. That trial was set on May 19, 2021.

4. Mr. Gist and Mr. Napolitano have played significant roles in this matter, with Mr. Gist taking the majority of depositions on behalf of Defendant Golubski. Both Mr. Gist and Mr. Napolitano will continue to play significant roles in all remaining aspects of this matter, including at trial; with Mr. Gist likely acting as lead counsel for Roger Golubski during trial.

4. Further, Defendant James Brown is on active duty in the military and holds a senior leadership position. Given his role in the United States Military, appearing at trial on October 24–28, 2022, will be problematic because Mr. Brown is involved in a military event the week of October 24–28, 2022 in Puerto Rico, and has been scheduling all military events around the Court's original trial date in November.[1]

5. Defendant Golubski agrees with the Court that, given the nature of this case, the preparation that will be required for trial, and the length of the trial, a No. 1 trial setting and 20 consecutive days is important to provide as few disruptions as possible to the jurors, as well as the presentation of evidence around the holiday season.

6. Fed. R. Civ. P. 16(b)(4) permits the Court to modify the Scheduling Order for good cause and with the Judge's consent.

7. For the above and foregoing reasons, good cause exists to continue the trial setting to a date range that all parties and counsel are available, which would allow for 20 consecutive trial dates and a No. 1 setting as soon as can be accommodated after January 1, 2023.

8. Undersigned counsel conferred with Plaintiffs' counsel and Plaintiffs' counsel oppose this Motion.

---

[1] Additionally, given his role, Mr. Brown will likely be unable to attend all 20 days of trial.

## **ARGUMENTS AND AUTHORITIES**

Whether to grant a continuance rests within the discretion of the district court. *United States v. McClaflin*, 939 F.3d 1113, 1117 (10th Cir. 2019). However, the Court does consider several factors in exercising its discretion. (1) The diligence of the moving parties; (2) the likelihood a continuance would accomplish the stated purpose; (3) the inconvenience to Plaintiffs, witnesses, and the Court; and (4) the need for the continuance and resulting harm if denied. *Id.* The harm resulting to the moving parties if the continuance is not granted is the most important factor the Court considers. *Id.*

Here, the moving parties have been diligently working toward a trial date beginning November 7, 2022, as scheduled by this Court on August 23, 2021. At the time that trial date was selected, two of Roger Golubski's primary attorneys already had a trial date set for the week of October 17, 2022—the date to which this Court advanced the trial date in this matter—in the United States District Court for the Western District of Missouri in Springfield, Missouri, Case No. 3:21-CV-05030-BCW. Further, one of the Defendants, James Brown, is an active-duty military member, who is stationed outside the continental United States, in Puerto Rico. He has been planning his military engagements, to the extent he is able, around the November 7, 2022 trial date. And, unfortunately, he currently has a planned military event the week of October 24–28, 2022.

Here, a continuance—either to the first available date after the 2022 holiday season, or to the original trial date—will accomplish the stated purpose by permitting the moving parties to be able to plan, prepare, and attend trial as they have been planning on doing since August 2021 when the trial date was set. Further, there would be no inconvenience to the Plaintiffs, witnesses, or the Court to maintain the original trial for which they have been planning, preparing, and, in some instances, for which hard-to-serve witnesses have already been served. And, even if the Court, in

3

an effort to maintain 20 consecutive trial days, would move the trial to shortly after the holiday period, a continuance of two months from the original trial date would not prejudice plaintiffs. Rather, it would, potentially, give Plaintiff Rose McIntyre more time to recover from her medical conditions prior to trial.

Finally, the most important factor—the harm to the moving party—would be significant and would outweigh any inconvenience granting a continuance would impose. Two of the three primary attorneys for Roger Golubski are scheduled to have another federal trial, in Springfield Missouri, the week of October 17, 2022. If this Court does not grant a continuance and one of the cases does not settle, get disposed of on dispositive motion, or otherwise get continued, Roger Golubski would be deprived of two of his three attorneys for at least the first week of trial, and much of the preparation leading toward trial. Both of those attorneys have played significant roles in discovery and taking depositions, briefing dispositive motions, and will be necessary and vital to Roger Golubski's trial preparations and presentation of evidence. In fact, as of now, Matthew Gist will be the lead trial counsel. The degree of prejudice is made even more significant given the nature of this case, the scope of evidence, and the amount of damages being claimed—in excess of $100,000,000.00.

## CONCLUSION

WHEREFORE, Defendant Roger Golubski and Defendant James Brown respectfully request that this Court enter an order scheduling a case management conference so that the Court and parties can identify a new trial date as soon as possible after January 1, 2023, or, in the alternative, rest the trial for the originally set date of November 7, 2022, and for other relief this Court deems just and proper.

Respectfully submitted,

**ENSZ & JESTER, P.C.**


/s/ Chris Napolitano
MATTHEW J. GIST                KS #20829
CHRISTOPHER M. NAPOLITANO  KS #25499
1100 Main Street, Suite 2121
Kansas City, Missouri  64105
Telephone:   816-474-8010
Facsimile:    816-471-7910
E-mails:      mgist@enszjester.com
              cnapolitano@enszjester.com

**and**

MORGAN L. ROACH            KS #23060
SEAN P. McCAULEY           KS #20174
NICHOLAS S. RUBLE          KS #25636
JEFFREY S. KRATOFIL        KS #23983
MCCAULEY & ROACH, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri  64111
Telephone:   816-523-1700
Facsimile:    816-523-1708
E-mails:      morgan@mccauleyroach.com
              sean@mccauleyroach.com
              nick@mccauleyroach.com
              jeff@mccauleyroach.com
**ATTORNEYS FOR DEFENDANT
DETECTIVE ROGER GOLUBSKI**

**AND**

/s/ Elizabeth Evers
--------
SEAN M. STURDIVAN       KS #21286
ELIZABETH A. EVERS      KS #22580
TRACY M. HAYES      KS #23119
S<small>ANDERS</small> W<small>ARREN</small> R<small>USSELL</small> LLP
11225 College Boulevard, Suite 450
Overland Park, Kansas  66210
Telephone:   913-234-6100
Facsimile:    913-234-6199
E-mail(s):    s.sturdivan@swrllp.com
                   e.evers@swrllp.com
                   t.hayes@swrllp.com
**ATTORNEYS FOR THE ESTATE OF DETECTIVE JAMES MICHAEL KRSTOLICH, DETECTIVE DENNIS WARE, OFFICER JAMES L. BROWN, THE ESTATE OF LIEUTENANT DENNIS OTTO BARBER, DETECTIVE CYLDE BLOOD, DETECTIVE WK SMITH, AND THE ESTATE OF LIEUTENANT STEVE CULP**

6

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2022, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

| | |
|---|---|
| MICHAEL J. ABRAMS | KS #15407 |
| WILLIAM G. BECK | KS #77974 |
| ALEXANDER T. BROWN | KS #78891 |
| ALANA M. McMULLIN | KS #78948 |

LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108
Telephone:   816-292-2000
Facsimile:   816-292-2001
E-mail(s):   michael.abrams@lathropgmp.com
             william.beck@lathropgpm.com
             alexander.brown@lathropgpm.com
             alana.mcmullin@lathropgpm.com

**and**

| | |
|---|---|
| CHERYL A. PILATE | KS #14601 |
| LINDSAY RUNNELS | KS #78822 |

MORGAN PILATE, LLC
926 Cherry Street
Kansas City, Missouri  64106
Telephone:   816-471-6694
Facsimile:   816-472-3516
E-mail(s):   cpilate@morganpilate.com
             lrunnels@morganpilate.com

**and**

| | |
|---|---|
| BARRY SCHECK | *Pro Hac Vice* |
| EMMA FREUDENBERGER | *Pro Hac Vice* |
| AMELIA GREEN | *Pro Hac Vice* |
| SONA R. SHAH | *Pro Hac Vice* |

NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, New York  10013
Telephone:   212-965-9081
Facsimile:   212-965-9084
E-mail(s):   barry@nsbcivilrights.com
             emma@nsbcivilrights.com
             amelia@nsbcivilrights.com
             sona@nsbcivilrights.com

**ATTORNEYS FOR PLAINTIFFS**

DAVID R. COOPER KS #16690
CHARLES E. BRANSON KS #17376
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 SW 5th Street
Topeka, Kansas 66606
Telephone: 785-232-7761
Facsimile: 785-286-6609
E-mail(s): dcooper@fpsslaw.com
cbranson@fpsslaw.com
**and**

HENRY E. COUCHMAN, JR. KS #12842
EDWARD JAMES BAIN KS #26442
UNIFIED GOVERNMENT OF WYANDOTTE COUNTY
KANSAS CITY, KANSAS LEGAL DEPARTMENT
701 North 7th Street, Suite 961
Kansas City, Kansas 66101
Telephone: 913-573-5060
Facsimile: 913-573-5243
E-mail(s): hcouchman@wycokck.org
jbain@wycokck.org
**ATTORNEYS FOR DEFENDANT UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS**


/s/ Chris Napolitano
**ATTORNEYS FOR DEFENDANT GOLUBSKI**

8