# **EXHIBIT 1**

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 03/26/2022**

**Current Date:** 4/7/2022
**Source:** U.S. District Court, Western District of Missouri (Joplin)

| | |
|---|---|
| **Court:** | U.S. District Court, Western District of Missouri (Joplin) |
| **Case Title:** | Erwin v. Barry County, Missouri et al |
| **Case:** | 3:21-CV-05030 |
| **Judge:** | District Judge Brian C. Wimes |
| **Date Filed:** | 03/31/2021 |
| **Other Dockets:** | Case in other court: Circuit Court of Barry County, 21BR-CC00012 |
| **Case Status:** | MAPN, PHV |

## SYNOPSIS INFORMATION

| | |
|---|---|
| **Allegations:** | Removed from the Circuit court of Barry county, Missouri. Case no. 21BR-CC00012. Defendants consciously and intentionally disregarded Plaintiff's need for treatment by failing to allow her access to her medication. |
| **Damages:** | In excess of $25,000.00 in actual and punitive damages, fees and costs. |
| **COMPLAINT (MANUALLY RETRIEVED)** | Original Image of this Document (PDF) |

## CASE INFORMATION

| | |
|---|---|
| **Case Number:** | 3:21CV05030 |
| **Jury Demand:** | Both |
| **Demand:** | $25,000 |
| **Nature of Suit:** | Prisoner Petitions: Prison Condition (555) |
| **Key Nature of Suit:** | Prisoner Rights; Prison Condition (350.35) |
| **Jurisdiction:** | Federal Question |
| **Cause:** | 42 USC 1983 Prisoner Civil Rights |

## PARTICIPANT INFORMATION

### Jamie Erwin

| | |
|---|---|
| **Type:** | Plaintiff |
| **Attorney:** | Douglas B. Ponder |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | Ponder Zimmermann |
| | 20 S. Sarah |
| | St. Louis, MO 63108 |
| **Attorney Phone:** | 314-272-2621 |
| **Attorney Fax:** | 314-272-2713 |
| **Email Address:** | dbp@ponderzimmermann.com |
| **Attorney:** | Jaclyn Zimmermann |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Ponder Zimmermann LLC |
| **Attorney Address:** | 20 S Sarah St |
| | St. Louis, MO 63108-2819 |
| **Attorney Phone:** | 314-272-2621 |
| **Attorney Fax:** | 314-272-2713 |

| | |
|---|---|
| **Email Address:** | jmz@ponderzimmermann.com |

## Missouri Barry County

| | |
|---|---|
| **Type:** | Defendant |
| **Attorney:** | Christopher M Napolitano |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Ensz & Jester, PC |
| **Attorney Address:** | 2121 City Center Square |
| | 1100 Main Street |
| | Kansas City, MO 64105 |
| **Attorney Phone:** | 816-474-8010 |
| **Attorney Fax:** | 816-471-7910 |
| **Email Address:** | cnapolitano@enszjester.com |
| **Attorney:** | James Zak Wilkerson |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | 1011 Sherri Jane Lane |
| | Aurora, MO 65605 |
| **Attorney Phone:** | 417-429-3702 |
| **Email Address:** | zwilkerson@enszjester.com |
| **Attorney:** | Matthew Justin Gist |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Ensz & Jester, PC |
| **Attorney Address:** | 2121 City Center Square |
| | 1100 Main Street |
| | Kansas City, MO 64105 |
| **Attorney Phone:** | 816-474-8010 |
| **Attorney Fax:** | 816-471-7910 |
| **Email Address:** | mgist@enszjester.com |

## Clinton Bray

| | |
|---|---|
| **Party Description:** | in his individual capacity |
| **Type:** | Defendant |
| **Attorney:** | Christopher M Napolitano |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Ensz & Jester, PC |
| **Attorney Address:** | 2121 City Center Square |
| | 1100 Main Street |
| | Kansas City, MO 64105 |
| **Attorney Phone:** | 816-474-8010 |
| **Attorney Fax:** | 816-471-7910 |
| **Email Address:** | cnapolitano@enszjester.com |
| **Attorney:** | James Zak Wilkerson |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | 1011 Sherri Jane Lane |
| | Aurora, MO 65605 |
| **Attorney Phone:** | 417-429-3702 |
| **Email Address:** | zwilkerson@enszjester.com |
| **Attorney:** | Matthew Justin Gist |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Ensz & Jester, PC |
| **Attorney Address:** | 2121 City Center Square |

|  |  |
|---|---|
|  | 1100 Main Street |
|  | Kansas City, MO 64105 |
| **Attorney Phone:** | 816-474-8010 |
| **Attorney Fax:** | 816-471-7910 |
| **Email Address:** | mgist@enszjester.com |

## Walter Burrows

| | |
|---|---|
| **Party Description:** | in his individual capacity |
| **Type:** | Defendant |
| **Attorney:** | Matthew Justin Gist |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Ensz & Jester, PC |
| **Attorney Address:** | 2121 City Center Square |
| | 1100 Main Street |
| | Kansas City, MO 64105 |
| **Attorney Phone:** | 816-474-8010 |
| **Attorney Fax:** | 816-471-7910 |
| **Email Address:** | mgist@enszjester.com |
| **Attorney:** | Christopher M Napolitano |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Ensz & Jester, PC |
| **Attorney Address:** | 2121 City Center Square |
| | 1100 Main Street |
| | Kansas City, MO 64105 |
| **Attorney Phone:** | 816-474-8010 |
| **Attorney Fax:** | 816-471-7910 |
| **Email Address:** | cnapolitano@enszjester.com |
| **Attorney:** | James Zak Wilkerson |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Attorney Address:** | 1011 Sherri Jane Lane |
| | Aurora, MO 65605 |
| **Attorney Phone:** | 417-429-3702 |
| **Email Address:** | zwilkerson@enszjester.com |

## Carrie Irwin

| | |
|---|---|
| **Party Description:** | in her individual capacity |
| **Type:** | Defendant |
| **Attorney:** | Matthew Justin Gist |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Ensz & Jester, PC |
| **Attorney Address:** | 2121 City Center Square |
| | 1100 Main Street |
| | Kansas City, MO 64105 |
| **Attorney Phone:** | 816-474-8010 |
| **Attorney Fax:** | 816-471-7910 |
| **Email Address:** | mgist@enszjester.com |
| **Attorney:** | Christopher M Napolitano |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Ensz & Jester, PC |
| **Attorney Address:** | 2121 City Center Square |
| | 1100 Main Street |

| | |
|---|---|
| | Kansas City, MO 64105 |
| **Attorney Phone:** | 816-474-8010 |
| **Attorney Fax:** | 816-471-7910 |
| **Email Address:** | cnapolitano@enszjester.com |
| **Attorney:** | James Zak Wilkerson |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Attorney Address:** | 1011 Sherri Jane Lane |
| | Aurora, MO 65605 |
| **Attorney Phone:** | 417-429-3702 |
| **Email Address:** | zwilkerson@enszjester.com |

## Tammy Arnold

| | |
|---|---|
| **Party Description:** | in her individual capacity |
| **Type:** | Defendant |
| **Attorney:** | Matthew Justin Gist |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Ensz & Jester, PC |
| **Attorney Address:** | 2121 City Center Square |
| | 1100 Main Street |
| | Kansas City, MO 64105 |
| **Attorney Phone:** | 816-474-8010 |
| **Attorney Fax:** | 816-471-7910 |
| **Email Address:** | mgist@enszjester.com |
| **Attorney:** | Christopher M Napolitano |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Ensz & Jester, PC |
| **Attorney Address:** | 2121 City Center Square |
| | 1100 Main Street |
| | Kansas City, MO 64105 |
| **Attorney Phone:** | 816-474-8010 |
| **Attorney Fax:** | 816-471-7910 |
| **Email Address:** | cnapolitano@enszjester.com |
| **Attorney:** | James Zak Wilkerson |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Attorney Address:** | 1011 Sherri Jane Lane |
| | Aurora, MO 65605 |
| **Attorney Phone:** | 417-429-3702 |
| **Email Address:** | zwilkerson@enszjester.com |

## Thomas Huesties

| | |
|---|---|
| **Party Description:** | in his individual capacity |
| **Type:** | Defendant |
| **Attorney:** | Matthew Justin Gist |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Ensz & Jester, PC |
| **Attorney Address:** | 2121 City Center Square |
| | 1100 Main Street |
| | Kansas City, MO 64105 |
| **Attorney Phone:** | 816-474-8010 |
| **Attorney Fax:** | 816-471-7910 |
| **Email Address:** | mgist@enszjester.com |

| | |
|---|---|
| **Attorney:** | Christopher M Napolitano |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Ensz & Jester, PC |
| **Attorney Address:** | 2121 City Center Square |
| | 1100 Main Street |
| | Kansas City, MO 64105 |
| **Attorney Phone:** | 816-474-8010 |
| **Attorney Fax:** | 816-471-7910 |
| **Email Address:** | cnapolitano@enszjester.com |
| **Attorney:** | James Zak Wilkerson |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Attorney Address:** | 1011 Sherri Jane Lane |
| | Aurora, MO 65605 |
| **Attorney Phone:** | 417-429-3702 |
| **Email Address:** | zwilkerson@enszjester.com |

## Chance Mitchell

| | |
|---|---|
| **Party Description:** | in his individual capacity |
| **Type:** | Defendant |

## CALENDAR INFORMATION

View Calendar Information

## DOCKET PROCEEDINGS (47)

| Entry #: | Date: | Description: | | |
|---|---|---|---|---|
| 45 | 03/22/2022 | NOTICE to take deposition of Alyssa Erwin filed by Christopher M Napolitano on behalf of Defendant Barry County, Missouri.(Napolitano, Christopher) (Entered: 03/22/2022) | View | Add to request |
| 44 | 03/22/2022 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES as to Defendants' First Supplemental Initial Disclosures filed by Christopher M Napolitano on behalf of Defendant Barry County, Missouri.(Napolitano, Christopher) (Entered: 03/22/2022) | View | Add to request |
| 43 | 03/22/2022 | CERTIFICATE OF SERVICE by Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin filed by Christopher M Napolitano on behalf of Defendants Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin. (Napolitano, Christopher) (Entered: 03/22/2022) | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 42 | 03/15/2022 | Amended NOTICE to take deposition of Walter Burrows filed by Jaclyn Zimmermann on behalf of Plaintiff Jamie Erwin. (Zimmermann, Jaclyn) (Entered: 03/15/2022) | View | Add to request |
| 41 | 03/10/2022 | Amended NOTICE to take deposition of Michael Gardner filed by Jaclyn Zimmermann on behalf of Plaintiff Jamie Erwin. (Zimmermann, Jaclyn) (Entered: 03/10/2022) | View | Add to request |
| 40 | 03/08/2022 | NOTICE to take deposition of Michael Gardner filed by Jaclyn Zimmermann on behalf of Plaintiff Jamie Erwin. (Zimmermann, Jaclyn) (Entered: 03/08/2022) | View | Add to request |
| 39 | 03/07/2022 | CERTIFICATE OF SERVICE by Barry County, Missouri of Defendant County's Second Interrogatories to Plaintiff filed by Christopher M Napolitano on behalf of Defendant Barry County, Missouri.(Napolitano, Christopher) (Entered: 03/07/2022) | View | Add to request |
| 38 | 03/03/2022 | CERTIFICATE OF SERVICE by Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin filed by Christopher M Napolitano on behalf of Defendants Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin. (Napolitano, Christopher) (Entered: 03/03/2022) | View | Add to request |
| 37 | 02/25/2022 | NOTICE to take deposition of Walter Burrows filed by Jaclyn Zimmermann on behalf of Plaintiff Jamie Erwin. (Zimmermann, Jaclyn) (Entered: 02/25/2022) | View | Add to request |
| 36 | 02/24/2022 | NOTICE to take deposition of Thomas Huesties filed by Jaclyn Zimmermann on behalf of Plaintiff Jamie Erwin. (Zimmermann, Jaclyn) (Entered: 02/24/2022) | View | Add to request |
| 35 | 02/24/2022 | NOTICE to take deposition of Carrie Irwin filed by Jaclyn Zimmermann on behalf of Plaintiff Jamie Erwin. (Zimmermann, Jaclyn) (Entered: 02/24/2022) | View | Add to request |

| | | | |
|---|---|---|---|
| 34 | 02/24/2022 | NOTICE to take deposition of Gary Davis filed by Jaclyn Zimmermann on behalf of Plaintiff Jamie Erwin. (Zimmermann, Jaclyn) (Entered: 02/24/2022) | View  Add to request |
| 33 | 02/24/2022 | NOTICE to take deposition of Tammy Arnold filed by Jaclyn Zimmermann on behalf of Plaintiff Jamie Erwin. (Zimmermann, Jaclyn) (Entered: 02/24/2022) | View  Add to request |
| 32 | 02/21/2022 | CERTIFICATE OF SERVICE by Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin of Defendants' Expert Witness Disclosures filed by Christopher M Napolitano on behalf of Defendants Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin. (Napolitano, Christopher) (Entered: 02/21/2022) | View  Add to request |
| 31 | 02/11/2022 | ORDERED Defendants' Second Motion to Modify Scheduling Order (Doc. # 29) is, with Plaintiff having no objection, GRANTED. Defendants are granted leave to designate their expert witnesses on or before February 21, 2022. Plaintiffs are granted leave to designate any rebuttal expert witnesses on or before May 23, 2022. Motions of this type are properly filed at least three days before the filing deadline established by rule or Court Order. Signed on 2/11/2022 by District Judge Brian C. Wimes. This is a TEXT ONLY ENTRY. No document is attached. (Entered: 02/11/2022) | Send Runner to Court |
| 30 | 02/08/2022 | CERTIFICATE OF SERVICE by Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin filed by Christopher M Napolitano on behalf of Defendants Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin. (Napolitano, Christopher) (Entered: 02/08/2022) | View  Add to request |
| 29 | 02/07/2022 | MOTION to amend/correct 12 Scheduling Order, filed | View  Add to request |

| | | | | |
|---|---|---|---|---|
| | | by James Zak Wilkerson on behalf of Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin. Suggestions in opposition/ response due by 2/22/2022 unless otherwise directed by the court. (Related document(s) 12 ) (Attorney James Zak Wilkerson added to party Tammy Arnold(pty:dft), Attorney James Zak Wilkerson added to party Walter Burrows(pty:dft), Attorney James Zak Wilkerson added to party Thomas Huesties(pty:dft), Attorney James Zak Wilkerson added to party Carrie Irwin(pty:dft)) (Wilkerson, James) (Entered: 02/07/2022) | | |
| 28 | 01/24/2022 | Supplemental CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Jaclyn Zimmermann on behalf of Plaintiff Jamie Erwin. (Zimmermann, Jaclyn) (Entered: 01/24/2022) | View | Add to request |
| 27 | 01/04/2022 | NOTICE to take deposition of Jamie Erwin filed by Christopher M Napolitano on behalf of Defendants Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin. (Napolitano, Christopher) (Entered: 01/04/2022) | View | Add to request |
| 26 | 12/28/2021 | NOTICE to take deposition of Dr. Phillip Levin filed by Christopher M Napolitano on behalf of Defendants Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin. (Napolitano, Christopher) (Entered: 12/28/2021) | View | Add to request |
| 25 | 12/16/2021 | ORDERED Defendants' Motion to Modify Scheduling Order (Doc. # 24) as to Defendants' deadline to designate expert witnesses and the parties' deadline to designate any rebuttal expert witnesses only is, with Plaintiff having no objection, GRANTED. Defendants shall designate any expert witness they intend to call at trial on or before February | Send Runner to Court | |

| | | | | |
|---|---|---|---|---|
| | | 7, 2022. Any rebuttal expert witness shall be designated on or before May 8, 2022. Unless otherwise modified, all other deadlines and requirements set forth in the Scheduling and Jury Trial Order (Doc. # 12) remain in effect and unaltered. Signed on 12/16/2021 by District Judge Brian C. Wimes. This is a TEXT ONLY ENTRY. No document is attached. (Entered: 12/16/2021) | | |
| 24 | 12/13/2021 | Consent MOTION to amend/correct 19 Amended Scheduling Order, filed by James Zak Wilkerson on behalf of Barry County, Missouri, Clinton Bray. Suggestions in opposition/response due by 12/27/2021 unless otherwise directed by the court. (Related document(s) 19 ) (Wilkerson, James) (Entered: 12/13/2021) | View | Add to request |
| 23 | 12/13/2021 | NOTICE of appearance by James Zak Wilkerson on behalf of Barry County, Missouri, Clinton Bray (Attorney James Zak Wilkerson added to party Barry County, Missouri(pty:dft), Attorney James Zak Wilkerson added to party Clinton Bray(pty:dft))(Wilkerson, James) (Entered: 12/13/2021) | View | Add to request |
| 22 | 12/10/2021 | CERTIFICATE OF SERVICE by Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin filed by Christopher M Napolitano on behalf of Defendants Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin. (Napolitano, Christopher) (Entered: 12/10/2021) | View | Add to request |
| 21 | 10/08/2021 | CERTIFICATE OF SERVICE by Jamie Erwin Expert Witness Identification filed by Jaclyn Zimmermann on behalf of Plaintiff Jamie Erwin. (Zimmermann, Jaclyn) (Entered: 10/08/2021) | View | Add to request |
| 20 | 08/26/2021 | CERTIFICATE OF SERVICE by Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin filed by Christopher M Napolitano on | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | behalf of Defendants Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin.(Attorney Christopher M Napolitano added to party Tammy Arnold(pty:dft), Attorney Christopher M Napolitano added to party Walter Burrows(pty:dft), Attorney Christopher M Napolitano added to party Thomas Huesties(pty:dft), Attorney Christopher M Napolitano added to party Carrie Irwin(pty:dft))(Napolitano, Christopher) (Entered: 08/26/2021) | | |
| 19 | 08/16/2021 | AMENDED SCHEDULING ORDER: Discovery due by 4/8/2021. Dispositive Motions due by 5/13/2021. Please see Order for additional deadlines. Unless otherwise modified herein, all other deadlines and requirements set forth in the original Scheduling Order 12 remain in effect and unaltered. Signed on 9/16/21 by District Judge Brian C. Wimes. (Anderson, Christy) (Entered: 08/16/2021) | View | Add to request |
| 18 | 08/10/2021 | Defendants' ANSWER to Complaint with Jury Demand to Plaintiff's First Amended Complaint [Doc. No. 16] on behalf of Tammy Arnold, Barry County, Missouri, Clinton Bray, Walter Burrows, Thomas Huesties, Carrie Irwin.(Attorney Matthew Justin Gist added to party Tammy Arnold(pty:dft), Attorney Matthew Justin Gist added to party Walter Burrows(pty:dft), Attorney Matthew Justin Gist added to party Thomas Huesties(pty:dft), Attorney Matthew Justin Gist added to party Carrie Irwin(pty:dft))(Gist, Matthew) (Entered: 08/10/2021) | View | Add to request |
| 17 | 08/02/2021 | Consent MOTION to amend/correct Scheduling and Jury Trial Order filed by Jaclyn Zimmermann on behalf of Jamie Erwin. Suggestions in opposition/response due by 8/16/2021 unless otherwise directed by the court. | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 16 | 07/28/2021 | (Zimmermann, Jaclyn) Modified on 8/16/2021 (Anderson, Christy). (Entered: 08/02/2021) AMENDED COMPLAINT against Jamie Erwin filed by Jaclyn Zimmermann on behalf of Jamie Erwin.(Zimmermann, Jaclyn) (Entered: 07/28/2021) | View | Add to request |
| 15 | 07/26/2021 | ORDERED Plaintiff's Motion for Leave to File a First Amended Complaint (Doc. # 13) is, with Defendant having filed no objection, GRANTED. Plaintiff is granted leave to file the proposed first amended complaint (Doc. # 13-1) as a separate and independent electronic docket entry on or before July 29, 2021.Signed on 7/26/2021 by District Judge Brian C. Wimes. This is a TEXT ONLY ENTRY. No document is attached. (Entered: 07/26/2021) | Send Runner to Court | |
| 14 | 07/01/2021 | CERTIFICATE OF SERVICE by Barry County, Missouri, Clinton Bray filed by Matthew Justin Gist on behalf of Defendants Barry County, Missouri, Clinton Bray.(Gist, Matthew) (Entered: 07/01/2021) | View | Add to request |
| 13 | 07/01/2021 | MOTION to amend/correct File First Amended Complaint filed by Jaclyn Zimmermann on behalf of Jamie Erwin. Suggestions in opposition/ response due by 7/15/2021 unless otherwise directed by the court. (Attachments: # 1 Exhibit First Amended Complaint) (Zimmermann, Jaclyn) (Entered: 07/01/2021) | View | Add to request |
| 12 | 05/19/2021 | SCHEDULING AND JURY TRIAL ORDER: Discovery due by 4/8/2022. Dispositive Motions due by 5/13/2022. Please see Order for additional deadlines. Signed on 5/19/21 by District Judge Brian C. Wimes. (Anderson, Christy) Pretrial Teleconference set for 9/16/2022 01:30 PM before District Judge Brian C. Wimes. Jury Trial set for 10/17/2022 09:00 AM (for 5 days) in Courtroom 2, Springfield (VJC) before District Judge Brian C. Wimes. (Entered: 05/19/2021) | View | Add to request |

| | | | |
|---|---|---|---|
| 11 | 05/19/2021 | Minute Entry. Proceedings held before District Judge Brian C. Wimes: SCHEDULING TELECONFERENCE held on 5/19/2021. Counsel appearing for Plaintiff(s): Jaclyn Zimmerman. Counsel appearing for Defendant(s): Matthew Gist. Time in court: 9:31 a.m. to 9:38 a.m. To order a transcript of this hearing please contact Denise Halasey, 816-512-5657, denise_halasey@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 05/19/2021) | Send Runner to Court |
| 10 | 05/06/2021 | CERTIFICATE OF SERVICE by Barry County, Missouri as to Defendant County's first discovery to Plaintiff filed by Matthew Justin Gist on behalf of Defendant Barry County, Missouri.(Gist, Matthew) (Entered: 05/06/2021) | View · Add to request |
| 9 | 05/06/2021 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Matthew Justin Gist on behalf of Defendants Barry County, Missouri, Clinton Bray.(Gist, Matthew) (Entered: 05/06/2021) | View · Add to request |
| 8 | 05/04/2021 | Joint PROPOSED SCHEDULING ORDER by Jamie Erwin. (Zimmermann, Jaclyn) (Entered: 05/04/2021) | View · Add to request |
| | 04/28/2021 | NOTICE of filing: Mediation and Assessment Program Reminder: Your post-mediation status report is due within 10 calendar days after the mediation. See MAP FAQs on Court's website for specifics and submit report(s) to: map@mow.uscourts.gov. (ADI, MAP) (Entered: 04/28/2021) | Send Runner to Court |
| 7 | 04/23/2021 | DESIGNATION OF MEDIATOR naming Larry Rute(Zimmermann, Jaclyn) (Entered: 04/23/2021) | View · Add to request |
| 6 | 04/14/2021 | ORDER granting 5 motion to appear pro hac vice entered by Clerk of Court. Attorney Douglas Ponder for Jamie Erwin allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. Western District | Send Runner to Court |

| | | | | |
|---|---|---|---|---|
| | | of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e-filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e-filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Warren, Melissa) (Entered: 04/14/2021) | | |
| 5 | 04/14/2021 | Motion to allow Douglas B. Ponder to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC-7376570) filed by Jaclyn Zimmermann on behalf of Jamie Erwin. (Zimmermann, Jaclyn) (Entered: 04/14/2021) | View | Add to request |
| | 04/07/2021 | NOTICE of filing: Mediation and Assessment Program Reminder: Your Designation of Mediator is due soon (filed as an ADR event in CM/ECF). See Notice of Inclusion and MAP General Order for specifics. (ADI, MAP) (Entered: 04/07/2021) | Send Runner to Court | |
| 4 | 04/06/2021 | ANSWER to Complaint with Jury Demand on behalf of Barry County, Missouri, Clinton Bray.(Gist, Matthew) (Entered: 04/06/2021) | View | Add to request |
| 3 | 04/05/2021 | RULE 16 NOTICE. Proposed scheduling order due by 5/5/2021. Rule 26 conference due by 4/21/2021. Scheduling Teleconference set for 5/19/2021 09:30 AM before District Judge Brian C. Wimes. Signed on 4/5/21 by District Judge Brian C. Wimes. (Anderson, Christy) (Entered: 04/05/2021) | View | Add to request |
| 2 | 03/31/2021 | NOTICE OF INCLUSION FOR MEDIATION AND ASSESSMENT PROGRAM (MAP). REVIEW NOTICE AND MAP GENERAL ORDER CAREFULLY FOR IMPORTANT CHANGES, DEADLINES AND REQUIREMENTS. Notice of MAP assignment to an outside mediator. (Attachments: # 1 | View | Add to request |

| 1 | 03/31/2021 | MAP General Order)(Furtak, Rebecca) (Entered: 03/31/2021) NOTICE OF REMOVAL from Circuit Court of Barry County County, case number 21BR-CC00012, Filing fee $402, receipt number AMOWDC-7357274. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Gist, Matthew) (Entered: 03/31/2021) | View | Add to request |

TO ORDER COPIES OF ANY DOCUMENTS LISTED
ABOVE, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document**  © 2022 Thomson Reuters. No claim to original U.S. Government Works.