UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE & ROSE LEE MCINTYRE,<br><br>    Plaintiffs,<br><br>v.<br><br>UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, et al.,<br><br>    Defendants. | Case No. 2:18-cv-02545-KHV-KGG |

INDEX OF EXHIBITS TO
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT GOLUBSKI'S
MOTION FOR SUMMARY JUDGMENT

| Exhibit 33 | Wyandotte County District Court Case File |
|---|---|
| Exhibit 34 | Expert Report of Jennifer Dysart |
| Exhibit 35 | Dennis Ware Deposition Excerpts |
| Exhibit 36 | Jacquelyn Poole Affidavit |
| Exhibit 37 | Joe Robinson Affidavit |
| Exhibit 38 | Stacy Quinn 1996 Affidavit |
| Exhibit 39 | Freda Quinn 2016 Affidavit |
| Exhibit 40 | D.L. 2014 Affidavit |
| Exhibit 41 | Roger Golubski Deposition |
| Exhibit 42 | W.K. Smith Deposition Excerpts |
| Exhibit 43 | Cecil Brooks 2016 Affidavit |
| Exhibit 44 | Shonda Nichols 2014 Affidavit |
| Exhibit 45 | Kendra Dean-Martin 2013 Affidavit |
| Exhibit 46 | Polaroids from Lineup with Names on Back |
| Exhibit 47 | Gregory Wilson 2015 Affidavit |
| Exhibit 48 | Siobaughn Nichols 2014 Affidavit |
| Exhibit 49 | Kendra Dean-Martin 2015 Affidavit |
| Exhibit 50 | Nathan Richardson Affidavit |
| Exhibit 51 | News Articles |
| Exhibit 52 | Neil Edgar Jr. Deposition Excerpts |
| Exhibit 53 | Sentencing Transcript, Neil Edgar Jr. |
| Exhibit 54 | James McIntyre 2014 Affidavit |
| Exhibit 55 | M'Sherie Johnson 2016 Affidavit |

| | |
|---|---|
| Exhibit 56 | Frank Freeman 2011 Affidavit |
| Exhibit 57 | Gary Long Deposition Excerpts |
| Exhibit 58 | Gary Long 2015 Affidavit |
| Exhibit 59 | Rashida Martis 2011 Affidavit |
| Exhibit 60 | Clyde Blood Deposition Excerpts |
| Exhibit 61 | Russell Fischer Report |
| Exhibit 62 | Randy Eskina 2016 Affidavit |
| Exhibit 63 | James Brown Deposition Excerpts |
| Exhibit 64 | Michael York Deposition Excerpts |
| Exhibit 65 | Timothy Maskil 2015 Affidavit |
| Exhibit 66 | Lamonte McIntyre 2022 Declaration |
| Exhibit 67 | Photo Line Up |
| Exhibit 68 | Lamonte McIntyre 1994 Mugshots |
| Exhibit 69 | Monster MODOC Offender Profile |
| Exhibit 70 | Rose McIntyre 2014 Affidavit |
| Exhibit 71 | Evidentiary Hearing |
| Exhibit 72 | Russell Fischer Deposition |
| Exhibit 73 | Rose McIntyre Deposition Excerpts |
| Exhibit 74 | AOT 1988 – 1989, Outlines-Crime Scene Evidence |
| Exhibit 75 | O.W. Deposition |
| Exhibit 76 | S.K. Deposition |
| Exhibit 77 | Cecil Brooks Deposition |
| Exhibit 78 | Tina Peterson Declaration |
| Exhibit 79 | Gregory Hill 2011 Affidavit |
| Exhibit 80 | C.S.R. 2015 Affidavit |
| Exhibit 81 | Ruby Ellington 2015 Affidavit |
| Exhibit 82 | N.H. 2015 Affidavit |
| Exhibit 83 | Jermaine McIntyre 2016 Affidavit |
| Exhibit 84 | Lamont Drain 1984 Mugshots |
| Exhibit 85 | Ron Singer Affidavit |
| Exhibit 86 | Stacy Quinn Booking and Probation Records |
| Exhibit 87 | Lamonte McIntyre 6-20-2016 Affidavit |
| Exhibit 88 | Order Releasing Defendant from Custody and Dismissal |
| Exhibit 89 | Jennifer Dysart Deposition Excerpts |
| Exhibit 90 | Tim Hausback Declaration |
| Exhibit 91 | Audio Recording |