# EXHIBIT 36

# AFFIDAVIT OF JACQUELYN POOLE

I, Jacquelyn Poole, being of sound mind and lawful age, hereby state on my oath as follows:

1. My name is Jacquelyn Poole, and I reside in Kansas City, Kansas. I am 38 years old.

2. Some years back, when I was a young teenager, 13 or 14 years old, I lived near 63rd Terrace and State Avenue. At that time, a woman named Ruby Mitchell lived close by, just down the street.

3. I remember Ruby very well, because she was known as a wild girl in the neighborhood. She smoked weed and would have men coming and going from her house at all hours of day and night.

4. Ruby would lock herself in a bedroom with these male visitors, and her young children were left outside, unsupervised. It was obvious to everyone that Ruby was engaging in sexual relations with men and was extremely promiscuous. She even had sex with some of the young boys in the neighborhood, including my brother, who is now deceased. My brother was just 16 at the time, and Ruby was an adult, well into her 20s.

5. I remember being worried about Ruby's children and thinking she would be investigated by the state for neglect.

6. In approximately 1990, I recall seeing, on a number of occasions, a detective's vehicle parked in front of Ruby's house. I remember that time period because I saw the detective's vehicle before my brother died in 1991.

7. I assumed when I saw the detective's car that the cops were investigating Ruby because she never watched her children and because they wandered outside alone, sometimes in their pajamas.

8. I soon discovered, however, that nothing ever happened with Ruby's children and no investigation occurred. Although I saw a detective come and go from this vehicle and enter Ruby's house three or four times, the detective always stayed just about 30 minutes then left. His visits were always in the evening or at night. It became obvious that he was not investigating Ruby, but was visiting her for the same reason that many other men were visiting Ruby – to obtain sexual favors.

9. I later learned that the police detective visiting Ruby was Detective Golubski. When I learned that, it all made sense. Detective Golubski has a reputation in the neighborhood for liking black prostitutes and "crack heads." Everyone knew he especially liked young black girls. Detective Golubski also has a reputation for stopping people and taking their drugs or money. Sometimes he arrests those he stops; other times, he just lets them go after he takes their drugs or money.

1

test
test
test
test

FURTHER AFFIANT SAYETH NOT

11-5-2014
Date

State of Kansas

County of Wyandotte

Subscribed and sworn to before me on this 5th day of November, 2014.

November 5, 2014
Date

*Jacquelyn Darnell-Poole*
Jacquelyn Poole
Jacquelyn Darnell Poole

Notary Public

SHIRLEY LEAS
Notary Public
STATE OF KANSAS
My Commission Expires Mar. 1, 2018

2

Exh. 67A

LMKSDC_0006853