# **EXHIBIT 56**

## AFFIDAVIT OF FRANK FREEMAN

1. My name is Frank Edward Freeman. I am 36 ~~38~~ FF. years old. I have lived in Kansas City, Kansas my entire life. ~~[struck through]~~. I am married with 5 children.

2. I have known Neil Edgar, Jr. (commonly known as "Monster") ever since he was born in 1978. Our families lived next door to each other on 82nd Street in Kansas City, Kansas. I am about three years older than Monster. Ever since he was a little kid he has always been called "Monster". I am not sure how he got the nickname, but it sure fits him. I always called him "Little Neil".

3. Monster started getting wild when he was real young in age. He always had a terrible temper and very aggressive instincts. He loved to start fights with older and bigger guys and show them how unafraid he was.

4. Monster started to really turn bad at the age of 15 or so. That's when he started hanging with Aaron Robinson and Cecil Brooks. That was a different league from what I wanted to play in. Monster went there and I went elsewhere.

5. Monster and Aaron were together a lot. Aaron was Cecil Brooks' favorite. Aaron was Cecil's "go to guy". Sometimes it even seemed that Aaron was supplying Cecil with drugs rather than the other way around. Aaron and Monster and Cecil "was one clique".

6. I could easily see Cecil and Aaron telling Monster to kill someone because of the slightest problem with drugs, especially if someone "came up short". Monster was a thrill seeker.

7. I last talked with Monster two years ago. He called me from prison. He told me that he lives in the prison's Hole because of drugs and his record of violence in prison.

8. When Monster was a kid he always wore his hair in Jerri curls. When he was 15 or 16 Monster wore his hair in braids, long braids down to his neck, off of corn rows.

1 of 2

9. I've also known Lamonte McIntyre for __19__ years. I have been in prison with Lamonte during two different periods of time -- once in the mid 1990's at Hutchinson and then from 2004-2007 at Lansing. I've always called Lamonte "Muggs".

10. Lamonte has always maintained his innocence. People who knew him were shocked when he was arrested for this double homicide. Everybody knows that he was railroaded for these murders. He has nothing in his make-up that comes close to this kind of violence. On the other hand, if Monster had been arrested for this, no one would have been surprised. Doing a double murder fits Monster's character.

11. I've always thought that Lamonte and Monster "favor each other" in that there is a real facial similarity between them. The big difference between them is Lamonte's ears. Lamonte's ears stick out very noticeably; at least they did when he was younger.

Further affiant sayeth not.

__9-1-2011__  
Date

_Frank E Freeman_ (signature)  
Frank Freeman

State of Kansas  
County of Wyandotte

Subscribed and sworn to before me on this __1ST__ day of __SEPTEMBER__, 2011.

__9-1-11__  
Date

_Joy Roberts_ (signature)  
Notary Public

JOY ROBERTS  
NOTARY PUBLIC  
STATE OF KANSAS  
My Appt. Exp. __3-17-2013__

2 of 2

Exh. 42