## Pl. Ex. 91:

Pl. Ex. 91 is an audio recording and will be sent to the Court and all counsel of record via email.