UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE & ROSE LEE MCINTYRE,<br><br>Plaintiffs,<br><br>v.<br><br>UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, et al.,<br><br>Defendants. | Case No. 2:18-cv-02545-KHV-KGG |

INDEX OF EXHIBITS TO
MEMORANDUM OF LAW IN OPPOSITION TO OFFICER DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

| Exhibit 72 | Michael Kobe Deposition Excerpts |
|---|---|
| Exhibit 73 | Expert Report of Jennifer Dysart |
| Exhibit 74 | Dennis Ware Deposition Excerpts |
| Exhibit 75 | Ricky Armstrong Deposition Excerpts |
| Exhibit 76 | Joe Robinson Affidavit |
| Exhibit 77 | Stacy Quinn 1996 Affidavit |
| Exhibit 78 | Freda Quinn 2016 Affidavit |
| Exhibit 79 | D.L. 2014 Affidavit |
| Exhibit 80 | Roger Golubski Deposition |
| Exhibit 81 | W.K. Smith Deposition Excerpts |
| Exhibit 82 | Cecil Brooks 2016 Affidavit |
| Exhibit 83 | Shonda Nichols 2014 Affidavit |
| Exhibit 84 | Kendra Dean-Martin 2013 Affidavit |
| Exhibit 85 | Polaroids from Lineup with Names on Back |
| Exhibit 86 | Gregory Wilson 2015 Affidavit |
| Exhibit 87 | Siobaughn Nichols 2014 Affidavit |
| Exhibit 88 | Kendra Dean-Martin 2015 Affidavit |
| Exhibit 89 | Nathan Richardson Affidavit |
| Exhibit 90 | News Articles |
| Exhibit 91 | Neil Edgar Jr. Deposition Excerpts |
| Exhibit 92 | Sentencing Transcript, Neil Edgar Jr. |
| Exhibit 93 | James McIntyre 2014 Affidavit |
| Exhibit 94 | M'Sherie Johnson 2016 Affidavit |

48680064v1

| Exhibit 95  | Frank Freeman 2011 Affidavit |
| Exhibit 96  | Gary Long Deposition Excerpts |
| Exhibit 97  | Gary Long 2015 Affidavit |
| Exhibit 98  | Rashida Martis 2011 Affidavit |
| Exhibit 99  | Clyde Blood Deposition Excerpts |
| Exhibit 100 | Russell Fischer Report |
| Exhibit 101 | Randy Eskina 2016 Affidavit |
| Exhibit 102 | James Brown Deposition Excerpts |
| Exhibit 103 | Michael York Deposition Excerpts |
| Exhibit 104 | Timothy Maskil 2015 Affidavit |
| Exhibit 105 | Lamonte McIntyre 2022 Declaration |
| Exhibit 106 | Photo Line Up |
| Exhibit 107 | Lamonte McIntyre 1994 Mugshots |
| Exhibit 108 | Monster MODOC Offender Profile |
| Exhibit 109 | Rose McIntyre 2014 Affidavit |
| Exhibit 110 | Evidentiary Hearing |
| Exhibit 111 | Russell Fischer Deposition |
| Exhibit 112 | Rose McIntyre Deposition Excerpts |
| Exhibit 113 | AOT 1988 – 1989, Outlines-Crime Scene Evidence |
| Exhibit 114 | O.W. Deposition |
| Exhibit 115 | S.K. Deposition |
| Exhibit 116 | Cecil Brooks Deposition |
| Exhibit 117 | Tina Peterson Declaration |
| Exhibit 118 | Gregory Hill 2011 Affidavit |
| Exhibit 119 | C.S.R. 2015 Affidavit |
| Exhibit 120 | Ruby Ellington 2015 Affidavit |
| Exhibit 121 | N.H. 2015 Affidavit |
| Exhibit 122 | Jermaine McIntyre 2016 Affidavit |
| Exhibit 123 | Lamont Drain 1984 Mugshots |
| Exhibit 124 | Ron Singer Affidavit |
| Exhibit 125 | Stacy Quinn Booking and Probation Records |
| Exhibit 126 | Lamonte McIntyre 6-20-2016 Affidavit |
| Exhibit 127 | Order Releasing Defendant from Custody and Dismissal |
| Exhibit 128 | Jennifer Dysart Deposition Excerpts |
| Exhibit 129 | Tim Hausback Declaration |
| Exhibit 130 | Audio Recording |
| Exhibit 131 | Trial Transcript |
| Exhibit 132 | Niko Quinn Deposition |
| Exhibit 133 | Niko Quinn 2014 Affidavit |
| Exhibit 134 | Niko Quinn DA Interview |
| Exhibit 135 | Ruby Mitchell Affidavit |
| Exhibit 136 | Ruby Mitchell Deposition |
| Exhibit 137 | Lamonte McIntyre Deposition Excerpts |
| Exhibit 138 | Preliminary Hearing Transcript |
| Exhibit 139 | Transcript of Hearing on Motion for New Trial |

| Exhibit 140 | Freda Quinn 2011 Affidavit |
| Exhibit 141 | Terra Morehead Deposition Excerpts |
| Exhibit 142 | Niko Quinn 1996 Affidavit |
| Exhibit 143 | Tarik Khatib Deposition Excerpts |
| Exhibit 144 | Ronald Miller Deposition Excerpts |
| Exhibit 145 | Freda Quinn Deposition Excerpts |
| Exhibit 146 | Terry Zeigler Deposition Excerpt |
| Exhibit 147 | Neil Edgar Jr. Monster Mug Shot 1996 |