# EXHIBIT 76

## AFFIDAVIT OF JOE ROBINSON

I, Joe Robinson, being of sound mind and lawful age and being duly sworn upon my oath, state as follows:

1. My name is Joe Robinson. I am 51 years old and live in Kansas City, Kansas. I have lived in this city all of my life.

2. I have many relatives in Kansas City, Kansas. One of them was Aaron Robinson, who was my first cousin. He is now deceased, having been accidentally shot to death in March 1996 by Marlon Williams.

3. I am also related to an individual named Cecil Brooks, who is currently incarcerated in a federal prison serving a sentence in a drug case. Cecil is my younger brother.

4. Throughout the 1990s, I was very familiar with the drug dealing business in Kansas City, Kansas, particularly the sale of crack cocaine. Both Cecil Brooks, my younger brother, and Aaron Robinson, my cousin, were very involved in the drug business. They both ran their own drug operations, independent of each other, but connected in the sense that both always knew what each other was doing. They kept each other fully informed on their activities and knew who was doing what in what area.

5. Aaron was 10 years younger than Cecil, but quickly learned the drug business. Cecil trained Aaron in the business and showed him the ropes. Six months after Aaron got set into the drug business, he was running a successful organization. Aaron had what I call "the gift of the streets." Aaron did not need Cecil or really anybody to tell him how to run his business. He had the ability to figure things out and run a successful drug business.

6. Aaron ran his own operation, independent of Cecil. He was the boss and ran his own crew. Aaron was a big player back in the 1990s, respected by all who knew him.

7. Back in the 1990s, I also knew an individual whom everyone called "Monster." He was what we call a "thundercat." Thundercats were young kids, ages 14, 15 or 16 years old. They were looking for a family or some kind of group or organization to belong to. They would do anything to gain status, favor, recognition and money. They all wanted to make a name for themselves.

8. Aaron was not a violent guy by nature. If somebody did him wrong, he would find a "thundercat" to take care of business. In those days, and even now, thundercats who were 15 or 16 years old would be paid to do shootings. These young guys were programmed

1


EXHIBIT 94 Robinson 8-30-21

by the older guys to do what they asked; the thundercats wanted to belong.

9. In the mid 1990s, I heard about a double homicide in which two men were killed, one of them Doniel Quinn and the other was another member of the Quinn family.

10. At that time, Aaron was 20 or 21 years old and Monster was 15 or 16.

11. I remember that Monster frequently hung around Aaron's drug "spot" on N. 21st Street, just off of Quindaro. Everyone, and especially the young thundercats, looked up to Aaron. Monster would do anything to gain Aaron's favor.

12. Within the organization, Monster was Aaron's enforcer. Monster was a shooter. He was a killer. If the price was right, Monster would kill someone. Monster would not kill for free.

13. At that time, Doniel Quinn was a drug abuser and was addicted to crack. He was a regular customer at Aaron's spot on N. 21st Street. He was an occasional "doorman" in that he would bring customers in and would keep traffic flowing.

14. Being the crack addict that he was, Doniel Quinn would frequently steal. In fact, he would take anything from anyone. He was regularly robbing and stealing, which was very dangerous. One day, he broke into Aaron's stash house and stole some of the "honey pot," a large amount of crack cocaine.

15. Monster knew Aaron wanted Doniel to pay for breaking into the stash house and stealing drugs. Knowing this, Monster found Doniel and shot him and another Quinn while they sat in a car on the street.

16. Monster was the one who shot and killed Doniel and the other Quinn. Doniel was the intended victim and the other Quinn was a "freebie." I asked Aaron what happened to his doorman, and Aaron stated: "He got himself killed." We all knew what that meant. In those days, it was just "putting in work" – killing those who steal from you. Then, referring to Monster, I asked: "What about the little dude?" Aaron then said, "He went over to Missouri."

17. Monster was a crazy kid. He knew the victims were sitting around in the area. It didn't matter to him if there were people who saw him shoot in broad daylight.

18. I don't know who Monster's getaway driver was. If Aaron told a cousin of his, Marlon Williams, to drive, he would have done so. Aaron and Marlon were close. They

2

J.D.R

were always together. You'd see one, you'd see the other.

19. I heard about the two murders from TV reports and on the streets. When we heard about the arrest, we knew it was the wrong guy. It was somebody we had never heard of. None of us came forward about this injustice. That type of thing just wasn't done then.

20. I also knew a woman we called "Buckwheat," whose real name was Stacy Quinn. She would go to all of the drug spots, including Aaron's.

21. If Buckwheat saw who did the killing, she would have recognized him. She knew everyone who came to Aaron's spot.

22. Stacy was involved with a police officer, Detective Golubski. He had sex with her frequently over a long period of time, and everyone knew it. Stacy worked as a prostitute and referred to Golubski as one of her tricks. She told me in the early 1990s she had been having sex with Golubski for quite some time. Stacy believed this relationship protected her from being arrested.

23. It was common knowledge on the street that Golubski was obsessed with black women and frequently had sex with black female prostitutes and drug addicts. It was also known on the street that Golubski would take drugs from people and use those confiscated drugs to obtain sexual favors from drug-addicted black prostitutes.

24. In the course of his work, Golubski often encountered black females. One of them was my sister, Monique. When Golubski was investigating the murder of our brother, James Davis, he paid little attention to the case. Instead, he was hell bent on hitting on my sister, Monique. He spun her head around by making her believe that Cecil had something to do with the murder. Rather than investigating the case, Golubski was interested only in trying to get Monique to have sex with him.

25. I also know that Golubski had a relationship with the girlfriend of a friend of mine, Joe Dodson. Golubski broke up Dodson's relationship with his girlfriend by fathering a child with the girlfriend. That child is now 10 to 15 years old.

26. Golubski's activities with black women are well known in the community. But people are afraid to complain to the police department because they are afraid of retribution.

FURTHER AFFIANT SAYETH NOT

3

J. D. R

_2-9-11_  _Joe D. Robinson_
Date  Joe Robinson

STATE OF Kansas    )
                   ) ss.
COUNTY OF Wyandotte )

Subscribed and sworn to before me on this _9_ day of February, 2011.

_March 22, 2011_   _Shannon Olivia Smith_
My appointment expires:   Notary Public

SHANNON OLIVIA SMITH
Notary Public  State of Kansas
My Appt. Expires 03-22-2011

4

Exh. 41