# EXHIBIT 91

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF KANSAS
 2
 3   LAMONTE MCINTYRE, et al.,   )
                                 )
 4            Plaintiffs,        ) Case No.
                                 ) 2:18-cv-02545
 5   v.                          ) KHV-KGG
                                 )
 6   UNITED GOVERNMENT OF        )
     WYANDOTTE COUNTY AND        )
 7   KANSAS CITY, KS, et al.,    )
                                 )
 8            Defendants.        )
 9
         VIDEOTAPED DEPOSITION OF NEIL EDGAR, JR.
10                   October 26, 2021
            TAKEN ON BEHALF OF THE PLAINTIFFS
11
12
13
14
                     (SEE INDEX PAGE 2)
15
16
17   REPORTED BY DEBORAH A. MANEKE, CSR, RPR, CCR #615
18
                    MANEKE REPORTING, INC.
19                   damaneke@charter.net
                       (618) 692-0125
20
21
22
23
24
25
```

Page 2

```
 1                         INDEX
 2
 3                                            PAGE NO.
 4
 5   TITLE PAGE....................................1
 6   INDEX.........................................2
 7   EXHIBIT INDEX.................................3
 8   DEPOSITION LOCATION INFORMATION...............4
 9   APPEARANCES...................................5
10
11   EXAMINATIONS:
12   Direct Examination by Mr. Abrams..............6
```

Page 3

```
 1                      EXHIBIT INDEX
 2
 3   Exhibit 118..............................Subpoena
 4   Exhibit 119...............Arrowhead Middle School
 5   photos
 6   Exhibit 120.....................Donald Ewing Photo
 7   Exhibit 121.................Neil Edgar, Jr. Photo
 8   ALSO IDENTIFIED:
 9   Exhibit 24
10   Exhibit 80
11   Exhibit 98
```

Page 4

```
 1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF KANSAS
 2
 3   LAMONTE MCINTYRE, et al.,   )
                                 )
 4            Plaintiffs,        ) Case No.
                                 ) 2:18-cv-02545
 5   v.                          ) KHV-KGG
                                 )
 6   UNITED GOVERNMENT OF        )
     WYANDOTTE COUNTY AND        )
 7   KANSAS CITY, KS, et al.,    )
                                 )
 8            Defendants.        )
 9
10       DEPOSITION OF WITNESS, produced, sworn, and
11   examined on the 26th day of October, 2021 between
12   the hours of eight o'clock in the forenoon and six
13   o'clock in the afternoon of that day at the
14   Eastern Reception Corrections Center, 2727 Highway
15   K, Bonne Terre, Missouri 63628 before Deborah A.
16   Maneke, a Professional Shorthand Reporter and
17   Notary Public within and for the States of
18   Missouri and Illinois, in a certain cause now
19   pending before the United States District Court
20   for the District of Kansas taken on behalf of the
21   Plaintiffs.
```

Page 37

1  nothing hard like crack cocaine or -- or meth or
2  heroine or anything like that.  I was raised up in
3  the suburbs.  I'm not going to jump out the
4  suburbs and jump to a crack sack.
5     Q.   Well, you said crack shack?
6     A.   Crack sack.
7     Q.   Sack.  That's like a crack house, drug
8  house?
9     A.   Whatever you want to call it, man.
10    Q.   Well, is that what you're referring to
11 is --
12    A.   The product.  You asked me if I sold
13 drugs.
14    Q.   Right.
15    A.   A crack sack.
16    Q.   Oh, a sack --
17    A.   Yes, sir.
18    Q.   -- as a package of -- I'm sorry.  I
19 heard -- I misheard you.  Okay.  You never sold
20 crack?
21    A.   I'm not saying that.  I didn't sell it
22 when I was 15 and 16.
23    Q.   Okay.  When did you start selling crack?
24    A.   Probably 18, 19.
25    Q.   Okay.  Do you remember a drug house

Page 38

1  located at 2814 North Second Street, Kansas City,
2  Kansas?
3     A.   No, sir.
4     Q.   Did you ever -- did you ever work at a
5  drug house, any drug house?
6     A.   No, sir.
7     Q.   Okay.  And, again, I'm asking you this
8  because that's what people have testified to.
9     A.   Right.
10    Q.   And so I'm -- I'm -- it's my -- it's my
11 only opportunity to ask you the truth about those
12 things that other people have said.
13    A.   I understand.
14    Q.   Okay.  Do you remember -- do you
15 remember the -- the Delavan Apartments or the
16 Delavan Townhomes near North 27th Street in Kansas
17 City, Kansas?
18    A.   Yes, sir.
19    Q.   Did you ever hang out there?
20    A.   No, sir.
21    Q.   Did you ever sell drugs in that
22 neighborhood?
23    A.   No, sir.
24    Q.   Did you understand that Cecil Brooks
25 owned the Delavan Apartments, the Delavan

Page 39

1  Townhomes?
2     A.   I don't know him.
3     Q.   Right.  But did you know that he owned
4  --
5     A.   No.  I did not.
6     Q.   Okay.  Do you remember learning that the
7  Delavan Apartments were a place of drug activity
8  in the mid-1990s?
9     A.   You said do I remember what?
10    Q.   That the Delavan Apartments or the
11 Delavan Townhomes were a place of drug activity --
12    A.   Oh, no, sir.
13    Q.   -- in the mid-1990s?
14    A.   No, sir.
15    Q.   Okay.  And it's your testimony that you
16 never did any work for Aaron Robinson?
17    A.   I don't know -- I don't -- I don't know
18 him.
19    Q.   Okay.  Because what's been -- just to
20 lay it out there, what's been said about you is --
21 is that you were one of Aaron Robinson's
22 protectors or enforcers in the mid-1990s.  Any
23 truth to that?
24    A.   No, sir.
25    Q.   Okay.  And what's been said is -- is if

Page 40

1  somebody needed to be harmed or hurt or killed
2  that Robinson would ask you, among other people,
3  to do that, and you would do that.
4     A.   Wow.
5     Q.   True?
6     A.   No, sir.
7     Q.   Nothing about that.  Okay.
8     A.   This is sad.
9     Q.   Again, I'll get through this, but the --
10 the -- you understand why I'm asking you these
11 questions?
12    A.   It's -- it's sad, man.
13    Q.   What's sad?
14    A.   You -- you -- this whole case is sad.
15 It's sad for Lamonte.  It's sad for the victims.
16 It's sad for me because you got this guy steady
17 saying that I'm the shooter, but I've never -- I
18 don't know this guy.
19    Q.   Did --
20    A.   It's sad.  I mean y'all --
21    ==Q.   Did -- Did you know Lamonte McIntyre?==
22    ==A.   No.  I've never seen the guy in my life.==
23    ==Q.   Have you ever communicated with him?==
24    ==A.   I've never seen him in my life.==
25    ==Q.   I know.  My -- have you ever==

Page 41

1   communicated with --
2       A.   I've never spoke to him in my life.
3       Q.   Okay.
4       A.   I've never seen him until I seen him on
5   the news, you know, and it's -- it was sad.
6   It's -- it's sad, you know what I'm saying;
7   because if he didn't do it, it's -- it's
8   tremendously sad, you know, but it's even sadder
9   when he point the finger at the next person and so
10  he want the -- he want the cycle to repeat what
11  happened to him; you know, you guys been trying --
12  you guys been putting this burden on me since
13  2010; you know what I'm saying, and I can't -- can
14  you imagine carrying this for the last 11 years if
15  people say that you killed two people and you
16  actually didn't?  The crime that I committed that
17  put me here, I stood up as a man, and I said I did
18  this, and I accepted my accountability.
19      Q.   And I --
20      A.   Nothing in my past -- my past doesn't
21  have no record, no -- no pattern to support what
22  this guy is saying; yet all y'all believing it.
23      Q.   We have to -- we have to answer -- ask
24  you these questions.
25      A.   I understand that.

Page 42

1       Q.   Because --
2       A.   But the information --
3       Q.   Because these --
4       A.   -- that you have gotten, the information
5   about me, none of it is supporting what this guy
6   is saying.  Y'all telling me what a man is saying
7   that I don't even know, but if you go back, and
8   you go through Neil Edgar, Junior history, my
9   history doesn't support who he's saying I am.
10      Q.   Okay.  Well, let's -- let's talk about
11  Anthony Conley's murder just so we -- we have this
12  on the record, and this -- you -- you rightfully
13  said that you -- you stood up.
14      A.   Exactly.
15      Q.   And took -- and took the rap for this.
16      A.   My -- no.  I took my accountability.
17      Q.   Right.
18      A.   Right.
19      Q.   Yeah.
20      A.   I didn't take the rap.  I took my
21  accountability for my actions.
22      Q.   Right.  And so we have it on the record,
23  Mr. Conley -- you shot Mr. Conley three times in
24  the head at his residence at 6615 Brooklyn in
25  Kansas City, Missouri; correct?

Page 43

1       A.   It's -- it's -- it's all in the
2   paperwork.  We don't have to -- you know, we don't
3   have to go -- It is what it is.
4       Q.   Okay.  But you murdered him; correct?
5       A.   Yes, sir.
6       Q.   All right.  And you were with someone
7   named Emmanuel Sanders at the time; correct, whose
8   street name was -- was E?
9       A.   I don't -- I don't -- I don't have
10  nothing to do with Emmanuel or none of that.  I
11  can only tell you about me.  I can't tell you
12  about nobody else.
13      Q.   Well, do you -- do you remember being
14  with Emmanuel Sanders at -- at the murder of
15  Anthony Conley?
16      A.   I'm not -- I'm not about to answer that.
17      Q.   You're -- you're refusing --
18      A.   That case is closed.
19      Q.   Okay.  Well, you -- you mention it, and
20  we just have to get it on the record.  You're
21  refusing to answer the question about whether
22  Emmanuel Sanders was with you at the murder of
23  Anthony Conley --
24      A.   That case is closed.  I already took my
25  accountability for that case.

Page 44

1       Q.   Okay.  So you're --
2       A.   I'm just -- I'm just -- when I was
3   speaking with that, I was saying my pattern.  I'm
4   using it as an example of my pattern of --
5       Q.   Okay.
6       A.   -- who I am.
7       Q.   I understand, and that's why I need to
8   ask you about it.  Mr. Conley was -- was dragged
9   out of the back of his home after --
10      A.   I'm not about to answer that.
11      Q.   Okay.  You -- you doused Mr. Conley --
12      A.   I'm not about to answer that.
13      Q.   Well, let me just ask the question.  And
14  did you --
15      A.   I'm not about to answer none of that.
16      Q.   And that's fine.  Let me -- let me ask
17  the question and then you can say --
18      A.   I'm not about to answer none of that.
19  It's -- it -- for what?  That case has nothing to
20  with this.
21      Q.   I have to make a record, Mr. Edgar, so I
22  can ask -- here's the way it should work:  I'll
23  ask you the question.  If you don't want to answer
24  it, you can say you're refusing to answer it.
25      A.   Yes, sir.

Page 45

1  Q. **But let's get a record clear on this.**
2  **So Mr. Conley's body was dragged out of the back**
3  **of his home at 6615 Brooklyn in Kansas City,**
4  **Missouri; correct? If you don't want to answer,**
5  **or you're refusing to answer, say you're refusing**
6  **to answer.**
7  A. **You're correct.**
8  Q. **You dowsed Mr. Conley's body with**
9  **gasoline?**
10 A. **Correct.**
11 Q. **Okay. And -- and then Mr. Conley's body**
12 **was put into his trunk of his car and driven to 56**
13 **and Elmwood in Kansas City, Kan -- Kansas City,**
14 **Missouri; correct?**
15 A. **Correct.**
16 Q. **And you ordered Emmanuel Sanders to --**
17 **to light the car on fire including Mr. --**
18 **Mr. Conley's body; correct?**
19 A. **Correct.**
20 Q. Okay. There is -- well, just to finish
21 on Marlon Williams, what's been -- been said about
22 you was is that -- that after you committed the
23 murders on April 15th, 1994, Marlon Williams drove
24 you away in a dark blue Oldsmobile; true?
25 A. No, sir.

Page 46

1  Q. Okay.
2  A. This is sad.
3  Q. Do you -- and what has been said is
4  that -- well, let me -- let me start here: Do you
5  know a Kansas City, Kansas police detective, a
6  former Kansas City -- Kansas City police detective
7  named Roger Golubski?
8  A. I've never been in Kansas City, Kansas
9  County Jail, so no, I do not know him.
10 Q. Well, I'm not saying that Mr. Golubski
11 worked in the jail.
12 A. I'm saying that because in order for me
13 to know any police that's in Kansas City, Kansas,
14 I would have at least went to the county jail or
15 something, so I've never been -- I've never been
16 apprehended or nothing in Kansas City, Kansas.
17 Q. Okay.
18 A. To be familiar with any of the officers.
19 Q. I see. I'm with you. Okay. And I just
20 didn't want you to get confused. We weren't
21 saying that Mr. -- that Detective Golubski worked
22 at the jail. He was -- he was --
23 A. I don't know.
24 Q. Okay.
25 A. Like I say, I've never been in that

Page 47

1  jail, so I wouldn't know none of the police that's
2  in Kansas City, Kansas.
3  Q. Okay. And, again, just to be clear,
4  we're not saying that he worked in the jail, that
5  he was -- he was a detective on the police force.
6  A. I don't -- I've never been in Kansas
7  City, Kansas jail, so I don't know none of the
8  polices.
9  Q. Okay. Have you -- have you ever heard
10 the name, Roger Golubski?
11 A. No, sir.
12 Q. What has been said was is that Lamonte
13 McIntyre was framed for the murder of Ewing and
14 Quinn that took place on April 15th, 1994 because
15 Golubski covered up that murder for Cecil Brooks
16 and Aaron Robinson; okay?
17 A. Yeah. I don't know nothing about it.
18 Q. All right. So Cecil Brooks is lying in
19 this affidavit; correct?
20 A. Him and everybody else.
21 Q. When you say, everybody else, who else?
22 A. The media, the news reporters, you guys
23 if y'all believe him.
24 Q. And -- and when you're saying that
25 they're lying is about -- lying about your

Page 48

1  involvement in the -- in the murders of Quinn
2  and --
3  A. Exactly.
4  Q. -- Ewing?
5  A. I don't know them.
6  Q. All right.
7  A. I've never been around them.
8  Q. Did you ever -- do you know a woman
9  named Ruby Mitchell?
10 A. No, sir.
11 Q. And she lived -- just to give you some
12 context, she lived on that 3000 block of Hutchings
13 in Kansas City, Kansas.
14 A. I don't know nothing about that.
15 Q. Okay. What about a woman named Niko
16 Quinn?
17 A. I don't know her.
18 Q. You don't know that name?
19 A. No, sir.
20 Q. Okay. You never --
21 A. I don't know her.
22 Q. Don't know her --
23 A. I don't know her.
24 Q. Right. Have you --
25 A. I've never heard of her prior to the