# **EXHIBIT G**

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                    DISTRICT OF KANSAS
 3                CASE NO. 2:18-CV-02545-KHV-KGG
 4
 5
 6   LAMONTE MCINTYRE and
     ROSA LEE MCINTYRE,
 7
 8              Plaintiffs,
 9
           vs.
10
11   UNIFIED GOVERNMENT OF
     WYANDOTTE COUNTY, et al.,
12
                Defendants.
13
     --------------------------------
14
15              DEPOSITION OF JAMES McCLOSKEY
                WEDNESDAY, OCTOBER 13, 2021
16
17              Deposition of JAMES McCLOSKEY in the
18   above-mentioned matter before Jomanna DeRosa, a
19   Certified Court Reporter (License No.30XI00188500),
20   and Notary Public of the State of New Jersey, taken
21   via Zoom at 192 Fisher Place, Princeton, New Jersey
22   08540 on Wednesday, October 13, 2021 commencing at
23   9:25 a.m.
24
25
```

Page 86

1  context and how she brought that to your attention?
2      A.   Yes.  Can I take one very quick break?
3      Q.   Yes.
4          THE VIDEOGRAPHER:  Time is 11:52.  Going
5  off the video record.
6
7          (Whereupon, a brief recess was taken off
8  the record.)
9
10         THE VIDEOGRAPHER:  The time is 11:55.
11 We are on the video record.
12
13 BY MR. GIST:
14     Q.   Mr. McCloskey, we're back from a short
15 break.  I think you were -- do you recall the
16 question?
17     A.   Would you please repeat it?
18         MR. GIST:  I'm just going to have it
19 read back, if that's okay.  Can we have it read back?
20         THE VIDEOGRAPHER:  The time is 11:55.
21 Going off the video record.
22
23         (Whereupon, a brief recess was taken off
24 the record.)
25

Page 87

1          THE VIDEOGRAPHER:  The time is 12:03.
2  We are on the video record.
3
4          (Whereupon, the requested portion of the
5  record was read by the reporter.)
6
7          THE WITNESS:  Which rape are we talking
8  about?
9
10 BY MR. GIST:
11     Q.   Rose McIntyre telling you that --
12     A.   Yes, I'm sorry, repeat it one more time.
13 I now know the subject we're dealing with.  Go ahead,
14 one more time, please.
15     Q.   Can you describe the context in which --
16 I'm just going to re-ask the question.
17     A.   Yeah.
18     Q.   Can you describe the context in which
19 Rose McIntyre told you that she was raped by Roger
20 Golubski?
21     A.   Yes, I can.  Rosy and I had developed a
22 very close friendship with each other.  It got to the
23 point where she had been hurt so much in the past by
24 this whole loss of her son and nothing worked out for
25 her prior to our arrival on the scene, but anyway, we

Page 88

1  developed a rapport and a real trusting relationship
2  over the first -- maybe later in 2010 into 2011.  It
3  was probably in 2010 when I'd been working on the
4  case and visiting with her each trip where she and
5  Golubski was a -- we talked about Mr. Golubski on a
6  number of occasions in our conversations.  So she
7  said, "Jim, there's something I need to tell you and
8  I'm really embarrassed by this, but you and Cheryl
9  need to know this," and I said, "What is that, Rosy,"
10 and then in the privacy of her apartment, she relayed
11 what is in the affidavit, the whole Golubski
12 encounter that night back in 1988 with her boyfriend
13 and what happened the next day in Golubski's office.
14 That was it.
15     Q.   Did you ever ask her why she didn't
16 bring this up previously, specifically back in 1994
17 because it may have helped Lamonte not get convicted?
18     A.   First of all, she just felt like woman
19 victims do.  She felt ashamed, humiliated,
20 embarrassed, and she didn't want her son to know this
21 until she decided that she's got to tell this to
22 somebody.  This is just weighing heavily on her mind,
23 and so for whatever reasons, and I'd like to think it
24 was because of the relationship we developed, she
25 felt she could trust me and confide in me that

Page 89

1  information.
2      Q.   Did she ever tell you that she regretted
3  not bringing this up back in 1994 because it might
4  have kept her son out of prison?
5      A.   She never said that specifically, but,
6  you know, it's something that she wanted to do, but
7  she didn't know who to go to with this information
8  with this tragic encounter with Detective Golubski --
9  no, there was no place to go, in her own mind.
10     Q.   But she never explained why she didn't
11 tell Lamonte McIntyre's criminal defense attorney.
12 Correct?
13     A.   Yes, and my same answer applies to any
14 contact she had with regard to her son's case.
15     Q.   ==Prior to her coming forward and telling==
16 ==you this about what you just described, this rape,==
17 ==you had numerous discussions with her about Roger==
18 ==Golubski.  Correct?==
19     A.   ==Yes, Detective Golubski was a central==
20 ==character in this case, so his name would come up==
21 ==often with her, yes, that's true.  It wasn't a==
22 ==singular focus, but yes, his name would come up,==
23 ==sure.==
24     Q.   Prior to her coming forward about this
25 alleged rape back in the '80s, were you telling her