# EXHIBIT H

Page 1

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS
2
3   LAMONTE McINTYRE, et al.,)
                              )
4              Plaintiffs,   )
                              )
5   vs.                       ) 2:18-cv-02545-KHV-KGG
                              )
6   UNIFIED GOVERNMENT OF     )
    WYANDOTTE COUNTY AND      )
7   KANSAS CITY, KANSAS,      )
    et al.,                   )
8                             )
               Defendants.    )
9
10
11
12              VIDEOTAPE DEPOSITION OF JOHN MICHAEL
13  REDMON, a Witness, taken on behalf of the
14  Defendant Roger Golubski, before Alison A. Tracy,
15  Missouri CCR No. 554, Kansas CSR No. 1525,
16  pursuant to Notice, on the 24th day of January,
17  2022, at the office of Michael Redmon, 831
18  Armstrong, Kansas City, Kansas.
19
20
21
22
23
24
25

Page 26

1 talked about it right after the verdict and I
2 talked to him I think about these witnesses.  But
3 aside from that, and again it has been so long, I
4 can't recall for sure.
5     Q.   At any point in time has anyone ever
6 told you there is an allegation that Roger
7 Golubski raped Rose McIntyre?
8     A.   Cheryl Pilate told me.
9     Q.   Who told you that?
10    A.   Cheryl Pilate.
11    Q.   The attorney sitting here at the table?
12    A.   Wait.  Raped her?  I can't say that for
13 sure.  I can't recall hearing that.  I don't
14 really -- I know that there is an allegation he
15 did something improper towards her but whether it
16 was rape or a pass, I can't specifically recall
17 right now.
18    Q.   And would you recall when you first
19 heard that?
20    A.   I mean, probably a couple of years ago.
21    Q.   So ball park sometime around 2000 maybe
22 19 or so?
23    A.   Maybe.
24    Q.   Do you recall Rose McIntyre ever telling
25 this to you back sometime in the early nineties?

Page 27

1     A.   She may have.  I can't recall now.  I
2 mean, it is certainly possible that she did, but
3 I can't recall it now.
4     Q.   Did Rose McIntyre -- when was the first
5 time that Rose McIntyre came to you to talk about
6 her son's murder case?  Specifically do you know
7 if it was before or after the jury verdict?
8     A.   I don't recall for sure if it was before
9 or after the verdict.  I don't know.
10    Q.   Do you recall anything about Roger
11 Golubski ever coming up about this murder trial
12 back in the nineties?
13    A.   I'm not sure I understand your question.
14    Q.   When was the first time you had ever
15 heard that there was an allegation about Roger
16 Golubski either mishandling the McIntyre case,
17 framing Lamonte McIntyre, anything along those
18 lines?
19    A.   Mishandling or framing.
20    Q.   Anything along those lines.  Anything in
21 connection with Lamonte McIntyre's case.
22    A.   Probably when Cheryl Pilate got involved
23 and Jim McCloskey and those people got involved
24 and I started to work with them.  And Cecil
25 Brooks at that point in time, I think there were

Page 28

1 allegations like that that I heard then.
2     Q.   So, this would be in the 2000's, at
3 least, if not later?
4     A.   Talking probably five or six or seven
5 years ago.
6     Q.   I've probably covered the overwhelming
7 majority I want to cover with you.  Would it be
8 all right if we take a 5 minute or so break and
9 if I have anything else, I will finish up.
10    A.   Sure.
11         (Short recess was taken.)
12         THE VIDEOGRAPHER:  The time is
13 10:35.  We are back on the record.
14    Q.   (By Mr. Gist) Mr. Redmon, I just have a
15 handful or so of questions.  Can you give me an
16 approximation as to how many times you have
17 talked about the Lamonte McIntyre case with
18 either Cheryl Pilate or the Jim McCloskey that
19 you mentioned earlier?
20    A.   Quite a few.
21    Q.   Like more than a dozen?
22    A.   Probably.
23    Q.   Has either Cheryl Pilate or Jim
24 McCloskey ever told you what Rose McIntyre's
25 allegation is against Roger Golubski in this

Page 29

1 case?
2     A.   You know, I can't remember for sure if
3 Cheryl and I ever talked specifically about that
4 or not.  I think -- I generally became aware of
5 what the allegations were.  I don't know if it
6 was from Cheryl or reading it in the newspaper,
7 you know.
8     Q.   The allegation or the act that Rose
9 McIntyre is making against Roger Golubski is that
10 Roger Golubski forced her to let him perform oral
11 sex on her in the police department in the late
12 1980's.  Okay?
13    A.   Okay.
14    Q.   If that type of sexual misconduct was
15 reported to you, do you believe that would kind
16 of stand out?
17    A.   That's a tough question.  You know,
18 maybe, maybe not.  It is not particularly
19 shocking to me.
20    Q.   If you were informed of this type of
21 allegation, would you do anything with that
22 information?
23    A.   No.
24    Q.   Why not?
25    A.   It is not my job to police the police