UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE & ROSE LEE MCINTYRE,<br><br>Plaintiffs,<br><br>v.<br><br>UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, et al.,<br><br>Defendants. | Case No. 2:18-cv-02545-KHV-KGG |

INDEX OF EXHIBITS TO
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT UNIFIED
GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS'
MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Exhibit 24 | Joe Robinson Affidavit |
| Exhibit 25 | Niko Quinn 2014 Affidavit |
| Exhibit 26 | Cecil Brooks 2016 Affidavit |
| Exhibit 27 | Shonda Nichols 2014 Affidavit |
| Exhibit 28 | Tamika Burks Affidavit |
| Exhibit 29 | Siobaughn Nichols 2014 Affidavit |
| Exhibit 30 | Niko Quinn DA Interview |
| Exhibit 31 | Kendra Dean-Martin 2013 Affidavit |
| Exhibit 32 | Ruby Mitchell Affidavit |
| Exhibit 33 | Gregory Wilson 2015 Affidavit |
| Exhibit 34 | N.F. 2013 Affidavit |
| Exhibit 35 | Kendra Dean-Martin 2015 Affidavit |
| Exhibit 36 | Nathan Richardson Affidavit |
| Exhibit 37 | News Articles |
| Exhibit 38 | Neil Edgar Jr. Deposition Excerpts |
| Exhibit 39 | Sentencing Transcript, Neil Edgar Jr. |
| Exhibit 40 | James McIntyre 2014 Affidavit |
| Exhibit 41 | M'Sherie Johnson 2016 Affidavit |
| Exhibit 42 | Frank Freeman 2011 Affidavit |
| Exhibit 43 | Freda Quinn 2011 Affidavit |
| Exhibit 44 | Freda Quinn 2016 Affidavit |
| Exhibit 45 | Michael Redmon Affidavit |

| | |
|---|---|
| Exhibit 46 | Gary Long Deposition Excerpts |
| Exhibit 47 | Gary Long 2015 Affidavit |
| Exhibit 48 | Rashida Martis 2011 Affidavit |
| Exhibit 49 | Lamonte McIntyre 6-20-2016 Affidavit |
| Exhibit 50 | Rose McIntyre 2014 Affidavit |
| Exhibit 51 | Evidentiary Hearing |
| Exhibit 52 | Order Releasing Defendant from Custody and Dismissal |
| Exhibit 53 | Tarik Khatib Deposition Excerpts |
| Exhibit 54 | Clyde Blood Deposition Excerpts |
| Exhibit 55 | Monster MODOC Offender Profile |
| Exhibit 56 | Neil Edgar Jr. Monster Mug Shot 1996 |
| Exhibit 57 | Niko Quinn 1996 Affidavit |
| Exhibit 58 | James Brown Deposition Excerpts |
| Exhibit 59 | W.K. Smith Deposition Excerpts |
| Exhibit 60 | Jennifer Dysart Expert Report |
| Exhibit 61 | Lamonte McIntyre 2022 Declaration |
| Exhibit 62 | Timothy Maskil 2015 Affidavit |
| Exhibit 63 | Roger Golubski Deposition |
| Exhibit 64 | Lamonte McIntyre 1994 Mugshots |
| Exhibit 65 | Lamont Drain 1984 Mugshots |
| Exhibit 66 | Russell Fischer Report |
| Exhibit 67 | Terra Morehead Deposition Excerpts |
| Exhibit 68 | Preliminary Hearing Transcript |
| Exhibit 69 | Ronald Miller Deposition Excerpts |
| Exhibit 70 | Jennifer Dysart Deposition Excerpts |
| Exhibit 71 | Photo Line Up |
| Exhibit 72 | Audio Recording |
| Exhibit 73 | Stacy Quinn 1996 Affidavit |
| Exhibit 74 | C.S.R. 2015 Affidavit |
| Exhibit 75 | D.L. 2014 Affidavit |
| Exhibit 76 | Stacy Quinn Booking and Probation Records |
| Exhibit 77 | Freda Quinn Deposition Excerpts |
| Exhibit 78 | Terry Zeigler Deposition Excerpt |
| Exhibit 79 | Lamonte McIntyre Deposition Excerpts |
| Exhibit 80 | Randy Eskina 2016 Affidavit |
| Exhibit 81 | Ron Singer Affidavit |
| Exhibit 82 | Russell Fischer Deposition Excerpts |
| Exhibit 83 | Rose McIntyre Deposition Excerpts |
| Exhibit 84 | AOT 1988 – 1989, Outlines-Crime Scene Evidence |
| Exhibit 85 | Jacquelyn Poole 2014 Affidavit |
| Exhibit 86 | Tim Hausback Declaration |
| Exhibit 87 | Gregory Hill 2011 Affidavit |
| Exhibit 88 | Michael Kobe Deposition Excerpts |
| Exhibit 89 | Ruby Ellington 2015 Affidavit |
| Exhibit 90 | Al Jennerich Affidavit |

3

| | |
|---|---|
| Exhibit 91 | E.A. Affidavit |
| Exhibit 92 | Ronald Miller – Seifert Deposition |
| Exhibit 93 | Tonette Anderson Affidavit |
| Exhibit 94 | Dion Martin Deposition |
| Exhibit 95 | Tina Peterson Declaration |
| Exhibit 96 | N.H. 2015 Affidavit |
| Exhibit 97 | Jermaine McIntyre 2016 Affidavit |
| Exhibit 98 | S.K. Deposition |
| Exhibit 99 | Cecil Brooks Deposition |
| Exhibit 100 | O.W. Deposition |
| Exhibit 101 | J.H. Declaration |
| Exhibit 102 | Opening Statement of Transcript |
| Exhibit 103 | Veracity Disclosure List 2016 – Excerpts |
| Exhibit 104 | Max Seifert Declaration |