# **EXHIBIT 27**

## AFFIDAVIT OF SHONDA NICHOLS

I, Shonda Nichols, being of sound mind and lawful age, hereby state on my oath as follows:

1. My name is Shonda Nichols. I presently reside in California City, California, but, for much of my life, I resided in Kansas City, Kansas. I lived in Kansas City, Kansas, during part of my growing up years. I also resided there, and in other parts of the metropolitan area, during much of my adulthood.

2. Throughout much of the 1990s, including the mid-1990s, I lived in Kansas City, Kansas, sometimes with my family and sometimes with others. Because of stresses and issues within my family, I had to be very self-reliant and support myself financially. I usually held a job and was able to provide for myself.

3. At some point in the mid-1990s, I became aware of an individual whose street name was "Monster." His real name was Neil Edgar, but he didn't like it if people called him "Edgar" or by his first name. He preferred "Monster."

4. Monster was a cocky, arrogant guy who was out to make a big name for himself. He was in the drug business and wanted to make big money, and he was willing to make it by any means necessary. He always drove a nice car and had plenty of money. He also carried a 9 mm pistol with him at all times.

5. I had known Monster by reputation for some months when I met him personally one day. This occurred sometime in the fall of 1994. I was walking to my job at Taco Bell when he pulled up beside me in his car and started talking to me. He offered to give me a ride, and seemed to be very nice. I readily accepted, and he began giving me a ride regularly to work. Since I did not have any transportation of my own, I appreciated the ride. He soon began buying my meals and even paid for an inexpensive hotel room in Kansas City, Kansas, where I stayed for several months. During that time, he gave me a ride to work almost every day.

6. I figured Monster could easily afford the meals and hotel rooms as he always seemed to have a wad of cash. In fact, I noticed that he typically seemed to carry about $1,000 with him. I knew that even though he was still a young teenager, he was trying to establish himself in the drug business, and that he worked at an active drug house. He obviously made good money, which he didn't seem to mind spending on me. He even supplied me with marijuana.

7. I knew that Monster had a girlfriend whose name was Stacey and that she was his priority. But I was happy to just have someone provide some support and attention. I was older than Monster, but was still pretty young myself, age 19 or so, and my family situation was unstable. In fact, my family members could not help me at all, and I was pretty much on my own.

8. At first, my relationship with Monster seemed to be a pretty good thing. But as time went on, I began to see more and more of his mood swings, which included spells of extreme anger. Monster would rant and rave and talk about others in the drug business whom he resented, including Aaron Robinson. Monster worked for Aaron Robinson's drug enterprise, but he resented him and did not want to be perceived as anyone's "flunkie."

9. During that time period in Kansas City, Kansas, there were a lot of very young men making a lot of money in the drug business. They wanted to make it big – and fast. The manufacture and sale of crack cocaine made even teenage males, like Monster, very well off. They had nice clothes, nice cars and lots of girlfriends. The money that Monster made in the drug business allowed him to pay for my hotel room and buy my meals. It also allowed him to provide for his girlfriend, Stacey, and any other women he might have been seeing.

10. During that time, Monster worked as a doorman at a drug house known as "Aaron's spot." It was part of Aaron Robinson's drug operation. There was a lot of business going on at that drug house, and people came and went at all hours of night and day. Because money and drugs were always kept in the house, someone was always guarding the stash and dealing with the drug customers.

11. Although I stuck close to the hotel and focused on my job, I was familiar with Aaron's spot, as one of my friends lived down the block from that house. In the past, I had spent quite a bit of time on that block, and knew that it was "live" nearly around the clock as customers came and went, making drug purchases.

12. Monster was at Aaron's spot much of the time. In fact, he rarely if ever stayed at the hotel room with me. I stayed in my room, however, as I was more interested in keeping my job and avoiding illegal activity at that point.

13. Monster also liked it better if I stuck close to the hotel. Although he was very nice in the beginning of our relationship, he soon began to grow extremely controlling and manipulative. He popped pills, including Ecstasy, and was often high.

14. After I had been with him for awhile, Monster gave up any pretense of being nice. He verbally abused me, and then started physically abusing me. He had no remorse. He smacked me a number of times and, one time, gave me a black eye. After hitting me, he taunted me: "Who you gonna call, Ghostbusters?" Monster never expressed any remorse for any abuse or any of his misdeeds. He did not seem to have a conscience.

15. One of these episodes of physical abuse occurred on a day when Monster was very upset and raging about Aaron Robinson. He resented Aaron and was very jealous of Aaron and his success in the drug trade. Also, one of the other girls that Monster liked was really "into" Aaron. That really upset Monster.

16. On this particular day, Monster came to the hotel, and he was incredibly irate. In fact, his eyes seemed to bulge with rage, and he was ranting and raving. He was yelling about Aaron Robinson, saying: "Fuck that nigga. I don't like that nigga. I'm gonna get that nigga."

17. Monster then began ranting about Aaron, saying how he had "gotten that nigga." It was clear by what he said that he was admitting to me what I had heard earlier on the streets, that he was the one responsible for stealing money and drugs from Aaron's spot. This robbery had occurred some months earlier. Monster seemed to be bragging about it. His accomplices – or those he had publicly blamed for the theft while declaring his own innocence – were two Quinn boys. The two Quinns were supposedly seen leaving the house, and may have indeed stolen the money or drugs. I do not recall Monster's exact words, but he made clear that he was the one who had stolen the money and drugs. I do not know whether he did it on his own, and blamed the Quinn boys, or whether he had actually planned the crime with them. It was clear, though, that he was bragging to me, in his state of rage, about how he was the one who had ripped off Aaron.

18. Everyone had heard about the theft from Aaron's spot at the time it occurred. It was big news. Monster had been on duty as the doorman at the house when the theft occurred. Because Monster was there – and could therefore be suspected as the perpetrator – he had to make sure everyone knew the Quinn boys did it. Monster assured Aaron that he didn't have to worry about the situation, and that he, Monster, would take care of the Quinn boys.

19. While he was ranting and raving in the hotel room with me, Monster recounted how he had assured Aaron he would take care of the Quinns, saying he told Aaron: "Don't

worry about those niggas. I got those niggas." It was clear to me that Monster was telling me that he had "taken care of" Aaron's problem by killing the Quinns.

20. I had heard about the killing of the two Quinn boys before I knew Monster personally, although I knew *of* him at that time. The word on the street was that he had killed the Quinn boys. At the time, I didn't know whether to believe that street talk or not.

21. But that day in the hotel, Monster left no doubt in my mind that he was the one who had stolen drugs and money from Aaron's spot and then blamed, or joined in the blaming, of the Quinns.

22. Monster resented Aaron and was letting me know that he wasn't Aaron's flunkie, and that he had gotten one over on Aaron.

23. During that time, Monster always carried a gun. He kept it tucked in his back waistband, and everyone knew he was prepared to use it. If anything, he grew even more arrogant and more cocky. He seemed to feel invincible. Monster wanted people to know he was responsible for taking care of business, and that he had gotten rid of the Quinns. As I said, the fact that Monster did those murders was the talk on the streets. After that day in the hotel room, I knew that the talk wasn't just talk. It was clear that Monster had killed the two Quinn boys.

24. On the same day that Monster told me about the Quinn boys, he also beat me. His rage was out of control, and I knew I was in danger. I called a cousin who picked me up, and I left Monster and moved out of the hotel room that day.

25. When this happened, I did not attempt to call the police. Like almost everyone else, I had no faith in the police, as they often did little when people called for help.

26. I was also aware of police corruption. Detective Golubski openly cruised through the neighborhoods where crime was occurring, shaking down drug dealers and picking up female prostitutes for his own enjoyment.

27. It was well known that, if a young woman had a boyfriend who sold drugs, Detective Golubski would pull them over, take cash from the man and get sex from the woman. This was commonly known throughout the community. Golubski's badge gave him leverage over people to get what he wanted.

28. Detective Golubski had a very bad reputation in the community. He was known as a corrupt officer who had sex with prostitutes. He kept his favorite prostitutes out of jail, or, if they got arrested, he would make sure they got out quickly. He was also a "shake down" cop. He would leave drug dealers on the street and not arrest them so he could come through the next day and shake them down again.

29. Sometimes women had sex with Detective Golubski because he had leverage over their boyfriends and could arrest their boyfriends. But I also knew that some women used Detective Golubski as a weapon against their boyfriend. If their boyfriend did something they didn't like, they would threaten to call Golubski, and, when they did, Golubsksi would show up right away to do their bidding.

30. Detective Golubski seem to be obsessed with prostitutes. I saw Golubski with prostitutes myself, and particularly recall that one of them, named ▮▮, was a regular of Golubski's. She was "cool" with Golubski on everything. I saw ▮▮ get in a car with Golubski on more than one occasion. Everyone knew what was going on. Golubski was simply part of the criminal community where drugs and sex were sold.

31. During the 1990s, I was also acquainted with an attorney named Gary Long, whose office was in downtown Kansas City, Kansas. Mr. Long represented a former boyfriend of mine, named Randy. Mr. Long was known as someone who would take cases for very little money and would take installment payments on the fee. But he never did any work on the cases as far as I could tell. He was supposed to take care of an outstanding warrant for my boyfriend, Randy. Mr. Long took our money (including money I paid on Randy's behalf), but never took care of the warrant, and my boyfriend ended up being detained because of the warrant. I also heard of others who had paid Mr. Long to represent them, and then he never did anything to help them. Sometimes he didn't even show up in court. This was a very bad situation, as a lot of young guys hired Mr. Long because he was cheap. But then he never did anything, and they ended up going to jail. Mr. Long's legal work was not highly regarded in the community.

Further affiant sayeth not.

_____  
Date

State of __Missouri__

County of __Jackson__

Subscribed and sworn to before me on this __4th__ day of __August__, 2014.

__8/4/14__  
Date

_Shonda Nichols_  
Shonda Nichols

_[signature]_  
Notary Public

[Notary Seal: SHANNON M. HOINS, Notary Public, Commission # 14612846, Jackson County, State of Missouri, My Commission Expires 05-06-2018]