**EXHIBIT 35**

## AFFIDAVIT OF KENDRA DEAN-MARTIN

I, Kendra Dean-Martin, being of sound mind and lawful age, hereby state on my oath as follows:

1. My name is Kendra Dean-Martin, and I reside in the Kansas City metropolitan area. I presently work as a driver for a transportation group serving a hospital system and other entities.

2. For most of my childhood and young adulthood, I lived in Kansas City, Kansas.

3. I am a first cousin to Lamonte McIntyre. His mother, Rosie McIntyre, and my father, Donald Johnson, are siblings. I previously provided an affidavit in this case dated March 4, 2013.

4. In my prior affidavit, I acknowledged that as teenager and young adult, I was very active in gang activity in Kansas City, Kansas, and sold drugs. I have since completely changed my life and am now focused on my job, my family and being a good mother to my three children. My entire life has changed, and my children can now look to me as a good role model.

5. During the 1990s, when I was active in the streets, I was well acquainted with those who were also very involved in gangs and drugs. My brother, Keenan Richardson, who is now deceased (he died in 2008 after being shot) was very good friends during that time with Neil Edgar, Jr., known to his friends as "Monster." During the 1990s, Keenan was also good friends with Aaron Robinson and Marlon Williams, both of whom are now deceased. Both Aaron and Marlon were also very prominent in the drug world. Because of my deep involvement in gangs and drugs, I was very well acquainted with all of these men. I was also well acquainted with others who were big in the drug world, including "Still Bill" ▇▇▇ and Cecil Brooks. In fact, Cecil was one of my suppliers.

6. Because I was so involved in gangs and had my own successful drug business, I was considered a trusted associate of all of these dealers, and was frequently present when they and their associates discussed their business and how they used violence to protect their turf and their product, typically marijuana or crack cocaine.

7. One of the most important things in being a successful drug dealer was avoiding arrest and time in jail. All of us in the group in the 1990s -- which included Aaron Robinson, Cecil Brooks, Marlon Williams and their other associates -- knew that there were ways of avoiding arrest, namely, paying off the cops for protection.

8. During that time, Detective Golubski's name was very "big" in the streets. All of the drug dealers knew that he had the authority to shut you down or mess you up -- and that he also had the authority to protect you or make sure you were protected. During that time period, all of the drug dealers I knew talked about how "crooked" Golubski was.

1

Exh. 51

**EXHIBIT 116**

LMKSDC_0004693

Golubski's name was "ringing in the streets," and he was widely known in the community as a "crooked cop."

9. During that time, I was well aware that big drug dealers, including those associated with Brooks, Robinson and Williams (they were all related and often worked together), were paying Golubski to stay out of jail and criminal trouble. The understanding was that Golubski was protecting them and was keeping them out in the streets doing business.

10. During this time, these big dealers engaged in kidnappings, beatings and other violent acts. They knew they could do this because they had Golubski on their team. The perception was that they could do anything. Cecil Brooks and his close associates – family members including Aaron Robinson and Marlon Williams – all talked in their group meetings about how Golubski was their protector. I was present during these conversations, and knew it was well understood that Golubski was protecting these major drug dealers by taking money.

11. Everyone knew how powerful Golubski was. He protected the drug dealers, but was never investigated for his illegal activities. It seemed Golubski could get away with almost anything. He was also well known for his activities with black female prostitutes and female drug addicts, but he never suffered any repercussions for that.

12. Basically, Golubski was a member of the criminal community, and he also had the power of his badge. We all knew he could do anything to anyone, and people frequently said he would "put a case" on those he wanted to target.

13. Golubski was widely known for shaking down drug dealers and taking their drugs and money. He also engaged in drug deals. As I stated in my previous affidavit, I once sold drugs to Golubski through "Still Bill's" mother. The drugs were passed through Still Bill's mother and given to a woman described by the mother as a regular girlfriend of Golubski's who frequently provided him with sexual favors.

14. I was recently asked to examine a photograph of a woman named ▓▓▓▓▓▓▓. (That photo is attached as Exhibit A). I immediately recognized ▓▓▓▓▓▓▓ as the woman whom I described in paragraphs 14-16 of my March 4, 2013 affidavit. I remember that Still Bill's mother said that the woman, whom she described as her sister, was a regular girlfriend of Golubski, and that Golubski spent "big money" on drugs. I watched from the kitchen in the house where I did the deal, ▓▓ Stewart, and saw Golubski and the woman (whom I know now was ▓▓▓▓▓▓▓) as they inspected the crack cocaine that I sold, and then went into a back bedroom. Still Bill's mother paid me $200 for the crack and said that Golubski would come back again for a similar deal. I wanted no part of that, however, as I did not want to get caught up selling to a police officer. I particularly did not trust Golubski, as I knew of his reputation for putting cases on people he wanted to target.

FURTHER AFFIANT SAYETH NOT

2

July 30, 2015
Date

State of Missouri

County of Jackson

Subscribed and sworn to before me on this 30th day of July, 2015.

7-30-2015
Date

_Kendra Dean-Martin_
KENDRA DEAN-MARTIN

CODI C. POTTS
Notary Public - Notary Seal
State of Missouri
Commissioned for Jackson County
My Commission Expires: January 09, 2019
Commission Number: 14856512

Notary Public

3

10/19/2014

Inmate Lookup Tool

**INMATE LOOKUP**

Inmate Database Search | Inmate Database Search Results | Inmate Information

To return to the Search Results page, click on the Inmate Database Search Results tab, or to revise your search, click on the Inmate Database Search tab.



© Copyright 2007, Digital Solutions, Inc. All Rights Reserved

1/1

Exh. 51

P0004
LMKSDC_0004696