# **EXHIBIT 76**



**OFFICE of the SHERIFF**
WYANDOTTE COUNTY
710 NORTH 7TH STREET
KANSAS CITY, KANSAS 66101
PHONE: (913) 573-2861

26453

## COURT TRANSPORT
## INMATE TRACKING SHEET

CASE# 94CR1213  CHARGE _____  ORIG. BOND NO BOND

CASE# _____  CHARGE _____  ORIG. BOND _____

CASE# _____  CHARGE _____  ORIG. BOND _____

CASE# _____  CHARGE _____  ORIG. BOND _____

CASE# _____  CHARGE _____  ORIG. BOND _____

INMATE NAME STACEY QUINN  POD C₂-37  COURT DATE 4/04/96  TIME 0830

AKA: _____  RETURN DATE 4/04/96  TIME 0930

REASON FOR COURT APPEARANCE _____  JUDGE: BURDETTE

D.A: _____  ATTY: _____  DIV# 9

ADDITIONAL INFORMATION  BROUGHT FORWARD TO GIVE TESTIMONY REGARDING A ~~MURDER~~ TRIAL WHERE SHE CLAIMS TO HAVE BEEN A WITNESS

HOLD FOR: JEFFERSON CO.  BOND CHANGE: CASE# ____ AMOUNT ____

DISMISSED CASE# ____   CASE# ____ AMOUNT ____
CASE# ____            CASE# ____ AMOUNT ____
CASE# ____

*COURT CONTINUED TO _____
TIME ____ HRS.

SENTENCED TO _____

TRANSPORT OFFICER
Ocamb
DATE 4-4-96  TIME 0830

FORM # 1033    Contact me when finished JT

LMKSDC_0012210

```
DATE  10/20/98                    WYANDOTTE COUNTY SHERIFFS OFFICE                          PAGE      1
DATE  10/20/98                            RELEASE REPORT                                    TIME  13:09:06
ID    JM                                  PARTIAL REPORT                                    USER  TSTUART

  SEQUENCE..: 1   Booking Number
I NO: 0009910549    ID #: 29493    NAME: QUINN, STACEY R.           BOOK DATE/TIME: 10/20/98 06:35

  ...:             CELL:           LOCATION: INTAKE HOLDING AREA

1...:
2...:

    PROJECTED RELEASE DATE:          RETURN DATE.:

    ACTUAL RELEASE DATE..: 10/20/98  RELEASE TIME: 13:07

E TYPE......: REL ON O.R. BOND
ED BY......: 1359    NICKELS
ED TO AGENCY:

                 THE FOLLOWING CONFISCATED ITEMS WERE RETURNED UPON RELEASE:
        CAPS/HATS         COATS              SHIRTS             PANTS
        UNDERWEAR         SOCKS              SHOES              DRESS
        PURSE             WALLET             BELT               JEWELRY
        OTHER             OTHER              OTHER              OTHER

                         CASH AMOUNT:         .00  CURRENCY:
```

Handwritten stamp/notes: "POR to Judge Griffin" ; "DRUGS&&LDOGALCOHOL: YES NO" ; "RESPONSE"; "DISPATCH 1359"; "TIME 1304 RELEASED BY"

5-27-1995 2:01AM     FROM                                                P. 1

## In the Municipal Court of Kansas City, Kansas

City of Kansas City, Kansas vs. Stacey Quinn

**DISMISSALS/RELEASES**

To: Jail Administrator, Wyandotte County Jail
It is the judgement of the court that the
dispositions of the cases on this date are:

| | Case # | Compl # | Charge | Dism. | Not Guilty | Paroled/Days | Paroled/Fine Costs |
|---|---|---|---|---|---|---|---|
| 1 | 295949 | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |

OR Bond

New court date

11-13-98

You are directed to execute the dispositions as specified
or until further order of the court.

Date: 10-20-98          Judge: Wesley K. Griffin
Time:

LMKSDC_0012212

```
EM DATE  03/31/95                    WYANDOTTE COUNTY SHERIFFS OFFICE              PAGE
                                            RELEASE REPORT                          TIME  09:41:
S ID     JW                                 PARTIAL REPORT                          USER  DAGENE

RT SEQUENCE..: 1. Booking Number
ING NO: 0009502163    ID #:          NAME: QUINN, STACEY R.          BOOK DATE/TIME: 03/30/95 04:31

ER....:   209         CELL: 13       LOCATION: POD C3

3 1...:
3 2...:

     PROJECTED RELEASE DATE: 03/31/95      RETURN DATE.:

     ACTUAL RELEASE DATE...: 03/31/95      RELEASE TIME: 09:45

SE TYPE......: REL ON O.R. BOND
3ED BY.......: 1191A    WOOLLEY
3ED TO AGENCY:

                    THE FOLLOWING CONFISCATED ITEMS WERE RETURNED UPON RELEASE:
     CAPS/HATS                  COATS     02  ORAN/blu    SHIRTS   01  blu        PANTS    01  wht
     UNDERWEAR  01  blk/wht     SOCKS     01  wht         SHOES    01  whtboots   DRESS    01  sunglasses
     PURSE      01  bro         WALLET    02  lighters    BELT     01  sm.pouch   JEWELRY  10  rings
     OTHER      02  watches     OTHER     12  earrings    OTHER    02  bracelets  OTHER    01  woodn.lace

                         CASH AMOUNT:         .35  CURRENCY: inproperty
```

OFFICER [signature] 1191A      INMATE [signature]

RELEASED ON $ 256 50 BOND
BY SELF
NCIC & LOCAL CHECK MADE YES ✓ NO
TIME _____ RELEASED BY [signature] 1191A
DISPATCHER _____ RESPONSE No w/w

LMKSDC_0012213

```
PORT DATE  02/15/99              WYANDOTTE COUNTY SHERIFFS OFFICE                    PAGE
PORT DATE  02/15/99                     RELEASE REPORT                               TIME  12:
                                        PARTIAL REPORT                               USER  SME

PORT SEQUENCE..: 1.  Booking Number
BOOKING NO: 0009901437    ID #: 00024953    NAME: QUINN, STACY N.    BOOK DATE/TIME: 02/12/99 10:47

LOCKER...:  13       CELL: 32          LOCATION: POD 93

HLDS 1...:
HLDS 2...:

        PROJECTED RELEASE DATE:               RETURN DATE.:

        ACTUAL RELEASE DATE...: 02/15/99      RELEASE TIME: 12:45

RELEASE TYPE......: REL ON O.R. BOND
RELEASED BY.......: 1206A    ANDERSON
RELEASED TO AGENCY:

                    THE FOLLOWING CONFISCATED ITEMS WERE RETURNED UPON RELEASE:
        CAPS/HATS              COATS       01 blk     SHIRTS    01 wht    PANTS      01 bluejeans
        UNDERWEAR  02 bra/pantie SOCKS     01 wht     SHOES     01 bro boots DRESS
        PURSE                  WALLET                 BELT                JEWELRY    03 rings
        OTHER      04 earrings OTHER                  OTHER               OTHER

                              CASH AMOUNT:          .00  CURRENCY: none
```

COMMENTS:

RELEASE OFFICER _____ INMATE _____

RELEASED ON $ O/R BOND
BY Judge Gritton
NCIC & LOCAL CHECK MADE YES ✓ NO ___
DISPATCHER 1206 RESPONSE _____
TIME 1245 RELEASED BY ___

```
RT DATE   08/22/95                WYANDOTTE COUNTY SHERIFFS OFFICE                         PAGE
EN DATE   08/22/95                        RELEASE REPORT                                   TIME  11:24
S ID      JW                              PARTIAL REPORT                                   USER  SHERR

RT SEQUENCE..:  1.  Booking Number
ING NO: 0009506319      ID #: 26453       NAME: QUINN, STACEY R.        BOOK DATE/TIME: 08/21/95 04:04

ER....: 1021           CELL: 21           LOCATION: POD C3

3 1...: OPPD PROBATION VIOL
3 2...:

        PROJECTED RELEASE DATE:               RETURN DATE.:

        ACTUAL RELEASE DATE...: 08/22/95      RELEASE TIME: 11:20

ISE TYPE......: RLS TO OTHER AGENCY (NOT DOC)
ISED BY.......: 1206A    DAVENPORT
ISED TO AGENCY: OVERLAND PARK POLICE

                        THE FOLLOWING CONFISCATED ITEMS WERE RETURNED UPON RELEASE:
        CAPS/HATS   01  BLK BALL.  COATS                    SHIRTS    01  BLACK       PANTS        01  BLK SHORTS
        UNDERWEAR   01  SET        SOCKS      01 PR.WHITE   SHOES     01  PR.KEPT     DRESS
        PURSE                      WALLET                   BELT                      JEWELRY      13  RINGS
        OTHER       03  WATCHES    OTHER      01 NECKLACE   OTHER     04  EARRINGS    OTHER        01  BRACELET

                           CASH AMOUNT:            .00  CURRENCY: U.S.
```

NTS:

_____

SE OFFICER  _S. Davenport 1206A_                 INMATE _Stacey R. A. Quinn_

RELEASED TO _A.J. Dean #554_
TRANSFERRED TO _O.P.P.D._
TIME _1130_  RELEASED BY _Davenport_

...

```
RT DATE   09/10/95              WYANDOTTE COUNTY SHERIFFS OFFICE                        PAGE
EM DATE   09/10/95                      RELEASE REPORT                                  TIME  01:57
3 ID      JW                            PARTIAL REPORT                                  USER  STROW

RT SEQUENCE..: 1.  Booking Number
ING NO: 0009506900    ID #:        NAME: QUINN, STACEY        BOOK DATE/TIME: 09/09/95 12:15

ER....:  1069      CELL: 22       LOCATION: P00 C3

3 1...: FELONY HOLD KCKPD
3 2...:

        PROJECTED RELEASE DATE: 09/10/95     RETURN DATE.:

        ACTUAL RELEASE DATE...: 09/10/95     RELEASE TIME: 02:00

ASE TYPE......: ADMIN RELEASE
ASED BY.......: 1160A    STROW
ASED TO AGENCY:

                    THE FOLLOWING CONFISCATED ITEMS WERE RETURNED UPON RELEASE:
        CAPS/HATS              COATS      01  blkdots   SHIRTS    01  blk       PANTS      01  grn
        UNDERWEAR   01 blkbra  SOCKS      01  blk       SHOES     01  kept      DRESS
        PURSE                  WALLET                   BELT                    JEWELRY    02  n.lace
        OTHER       03 earrings OTHER     01  ylbraclet OTHER     02  watches   OTHER      09  rings

                         CASH AMOUNT:          .00   CURRENCY: none
```

NTS:

_____

ASE OFFICER  _Strom 1160_____         INMATE  _Stacey R. A. Quinn_____

RELEASED ON $_____ BOND
BY _adm rel per DA_
NCIC & LOCAL CHECK MADE YES ✓ NO___
TIME _____ RELEASED BY _Strom_
DISPATCHER _____ RESPONSE _ney_

LMKSDC_0012216

KANSAS CITY , KANSAS POLICE DEPT.

ADMINISTRATIVE RELEASE PENDING REVIEW BY THE DISTRICT ATTORNEY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

YOU ARE BEING RELEASED FROM CUSTODY PENDING A REVIEW OF YOUR CASE BY THE DISTRICT ATTORNEY. IF THE DISTRICT ATTORNEY DECIDES TO FILE FORMAL CHARGES AGAINST YOU, THE SHERIFF'S WARRANT DIVISION WILL CONTACT YOU. YOU WOULD THEN BE REQUIRED TO SURRENDER TO THE WARRANT DIVISION AND MAKE A COURT APPEARANCE.

KANSAS CITY, KS. POLICE DEPT. CASE # _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO BE COMPLETED BY THE DEFENDANT:

NAME (PRINT) : Quinn, Stacey

ADDRESS : 3032 Hutchings KCKS 66104

PHONE NUMBER : (HOME) 321-6262   (WORK) _____

YOUR SIGNATURE : _____

WITNESS (BOOKING OFFICER) : R Strom 1160

(DATE) : 091095

ORIGINAL TO RECORDS
COPY TO D.O.R. FILE

# NOTICE OF RELEASE

COMPLAINT NO. 9909500 4053

STACEY QUINN is hereby released from temporary detention by the Kansas City, Kansas Police Department, on the authority of SGT. HENRY HORN. Detention was required for the purpose of conducting an official investigation, which is deemed to be complete at this time, or until futher information is received.

DETAINEE'S SIGNATURE X _Stacey K. H. Quinn_

ADDRESS _____

TELEPHONE _____

EMPLOYER _____

ATTORNEY _____

DATE AND TIME IN  09-09-95   0810

DATE AND TIME OUT _____

## KANSAS CITY, KANSAS POLICE DEPARTMENT

ORIGINAL - Administrative

Copy - Detention

Copy - Sheriff

Copy - Detective Bureau

Copy - District Attorney

Copy - Chief

Copy - Identification

Copy - Data Systems

RELEASED PENDING DISTRICT ATTORNEY DISPOSITION.

9506900

```
RT DATE  03/19/99                    WYANDOTTE COUNTY SHERIFFS OFFICE                      PAGE
EN DATE  03/19/99                          RELEASE REPORT                                  TIME  13:36
S ID     JU                                PARTIAL REPORT                                  USER  SHERR

RT SEQUENCE..: 1.  Booking Number
INC NO: 0009902622    ID #:            NAME: QUINN, STACEY R.            BOOK DATE/TIME: 03/18/99 23:31

ER....:                 CELL: INTAKE        LOCATION: INTAKE HOLDING AREA

S 1...:
S 2...:

      PROJECTED RELEASE DATE:              RETURN DATE.:

      ACTUAL RELEASE DATE...: 03/19/99     RELEASE TIME: 13:45

ASE TYPE......: REL ON O.R. BOND
ASED BY.......: 1206A    ANDERSON
ASED TO AGENCY:

                      THE FOLLOWING CONFISCATED ITEMS WERE RETURNED UPON RELEASE:
        CAPS/HATS              COATS                  SHIRTS                 PANTS
        UNDERWEAR              SOCKS                  SHOES                  DRESS
        PURSE                  WALLET                 BELT                   JEWELRY
        OTHER                  OTHER                  OTHER                  OTHER

                             CASH AMOUNT:         .00  CURRENCY:
```

IENTS:

---

ASE OFFICER _S. Anderson 1206_        INMATE _Stacey R.N. Quinn_

05/19/99

RELEASED ON $ _O/R_ _____ BOND
BY _Judge Griffon_
NCIC & LOCAL CHECK MADE YES ___ NO ___
DISPATCHER _1206_       RESPONSE _Neg_
TIME _1345_   RELEASED BY _____

```
IT DATE  05/25/99                    WYANDOTTE COUNTY SHERIFFS OFFICE                              PAGE
IN DATE  05/25/99                           RELEASE REPORT                                         TIME  13:07:
 ID      JN                                 PARTIAL REPORT                                         USER  SHERRY

IT SEQUENCE..: 1.  Booking Number
ING NO: 0009904798      ID #: 00026453      NAME: QUINN, STACEY R.          BOOK DATE/TIME: 05/21/99 06:50

 R....:    685        CELL: 34     LOCATION: POD C3

 1...:
 2...:

     PROJECTED RELEASE DATE:              RETURN DATE.:

     ACTUAL RELEASE DATE...: 05/25/99     RELEASE TIME: 13:30

ISE TYPE......: REL ON O.R. BOND
ISED BY.......: 1206A    ANDERSON
ISED TO AGENCY:

                        THE FOLLOWING CONFISCATED ITEMS WERE RETURNED UPON RELEASE:
        CAPS/HATS                COATS      01 black      SHIRTS                    PANTS
        UNDERWEAR                SOCKS                    SHOES    01 black hill   DRESS    01 blk/wht
        PURSE                    WALLET                   BELT                      JEWELRY  01 chain
        OTHER    01 watch        OTHER      01 keys       OTHER    01 hair tie     OTHER

                                 CASH AMOUNT:         13.00  CURRENCY: cash


ENTS:
```

ASE OFFICER _/s/ J. Anderson 1206_     INMATE _[signature]_

RELEASED ON $ __O/R__ BOND
BY __Judge Gritton__
NCIC & LOCAL CHECK MADE __Yes__
DISPATCHER __[initials]__ RESPONSE __[initials]__
TIME __1330__ RELEASED BY __[initials]__

```
ATE  11/07/95                    WYANDOTTE COUNTY SHERIFFS OFFICE       26453        PAGE        1
ATE  11/07/95                           RELEASE REPORT                               TIME  14:16:47
     JW                                 PARTIAL REPORT                               USER  WDOBBS

EQUENCE..: 1.  Booking Number
NO: 0009508564      ID #: 26453        NAME: QUINN, STACEY R.         BOOK DATE/TIME: 11/05/95 08:40

..: 865           CELL: 21         LOCATION: POD C3

..: OVERLAND PARK
..:

  PROJECTED RELEASE DATE:               RETURN DATE.:

  ACTUAL RELEASE DATE...: 11/07/95      RELEASE TIME: 14:10

TYPE......: REL ON O.R. BOND
 BY.......: 1172A      DOBBS JR
TO AGENCY: OVERLAND PARK POLICE

                     THE FOLLOWING CONFISCATED ITEMS WERE RETURNED UPON RELEASE:
    CAPS/HATS    01  BRO       COATS     01  BLK      SHIRTS    01  BLK        PANTS       01  BLK
    UNDERWEAR    01  WHT       SOCKS                  SHOES     01  WHT BOOTS  DRESS
    PURSE                      WALLET                 BELT      01  BLK        JEWELRY     05  EARRINGS
    OTHER        03  WATCHES   OTHER     01  BRACELET OTHER     02  NECKLACES  OTHER       01  MISC PAPER

                              CASH AMOUNT:          .00  CURRENCY:
```

OFFICER _____ DOBBS #1172A _____    INMATE ___Stacey R. Quinn___

RELEASED ON $ __OR__ BOND
BY __J. Sells__
NCIC & LOCAL CHECK MADE YES __
DISPATCHER _____ RESPONSE ___
TIME _____ RELEASED BY _____

RELEASED TO _____ #603
TRANSFERRED TO __OPPD__
TIME _____ RELEASED BY _____

```
T DATE  08/03/99                    WYANDOTTE COUNTY SHERIFFS OFFICE                          PAGE       1
N DATE  08/03/99                            RELEASE REPORT                                    TIME   14:06:03
ID      JW                                  PARTIAL REPORT                                    USER  SHERRYA


T SEQUENCE..: 1.  Booking Number
NG NO: 0009907094    ID #:           NAME: QUINN, STACEY R.        BOOK DATE/TIME: 07/26/99 14:45

L....: BXUNFL         CELL: 32       LOCATION: POD C3

  1...:
  2...:

    PROJECTED RELEASE DATE:            RETURN DATE.:

    ACTUAL RELEASE DATE...: 08/03/99   RELEASE TIME: 14:30

SE TYPE......: REL ON O.R. BOND
SED BY.......: 1206A    ANDERSON
SED TO AGENCY:

                    THE FOLLOWING CONFISCATED ITEMS WERE RETURNED UPON RELEASE:
        CAPS/HATS              COATS                    SHIRTS                   PANTS
        UNDERWEAR   01  blk    SOCKS                    SHOES     02  blk heels  DRESS     01  gold
        PURSE                  WALLET    01  lighter    BELT      05  keys       JEWELRY   04  rings
        OTHER       02  earrings OTHER   01  crsspuzzl  OTHER     01  pen        OTHER     01  sunglass

                        CASH AMOUNT:           .00  CURRENCY:
```

NTS:

SE OFFICER  _S. Anderson 1206_                  INMATE  _Stacey Regina Angelee Quinn_

RELEASED ON $ _O/R_  BOND
BY _Judge Ryan_
NCIC & LOCAL CHECK MADE YES _✓_ NO
DISPATCHER _1206_  RESPONSE _N_
TIME _1430_  RELEASED BY _____

LMKSDC_0012222

```
PRNT DATE  11/06/99                    WYANDOTTE COUNTY SHERIFFS OFFICE                                    PAGE
STRN DATE  11/06/99                           RELEASE REPORT                                               TIME   21:41
LES ID     JW                                 PARTIAL REPORT                                               USER   GW001

PRNT SEQUENCE..: 1. Booking Number
BKING NO: 0009908289      ID #: 26453      NAME: QUINN, STACEY R.           BOOK DATE/TIME: 08/27/99 19:09

CKER....:  501       CELL: 39        LOCATION: POD G3

LBS 1...:
LBS 2...:

       PROJECTED RELEASE DATE:                RETURN DATE.:

       ACTUAL RELEASE DATE...: 11/06/99       RELEASE TIME: 21:38

.EASE TYPE.......: COURT-ORDERED RELEASE
.EASED BY........: 1334     ROBERTS
.EASED TO AGENCY:

                         THE FOLLOWING CONFISCATED ITEMS WERE RETURNED UPON RELEASE:
           CAPS/HATS              COATS                   SHIRTS    01  GRN T_    PANTS      01 BLU SHORTS
           UNDERWEAR   01 BRA     SOCKS                   SHOES                   DRESS
           PURSE                  WALLET                  BELT                    JEWELRY    09 RINGS
           OTHER       01 EARRING OTHER                   OTHER                   OTHER

                              CASH AMOUNT:           .00 CURRENCY: NONE
```

MENTS:

_____ #1334        INMATE X _____
EASE OFFICER

LEASED ON $ 150.00 Cash BOND              Released by Judge Duncan
ICW
IC & LOCAL CHECK MADE YES☒ NO___          NCIC & LOCAL Ck Made  Yes ☒  No___
SPATCHER (B) 1334 RESPONSE No             Dispatcher (B) 1334 Response No
ME 2140 RELEASED BY (B) 1334              Time 2140 Released by (B) 1334