# **EXHIBIT 95**

## DECLARATION OF TINA PETERSON

I, Tina Peterson, being of sound mind and lawful age, hereby state the following under penalty of perjury:

1. My name is Tina Peterson. For most of my life, I have resided in Kansas City, Kansas. I attended high school and raised my children there.
2. I am very familiar with the area of KCK referred to as the "north end," where I lived for years and have many friends, family members and acquaintances.
3. Over my years in the community, I held a variety of jobs, both for private employers and as a property manager of housing complexes for the Kansas City, Kansas Housing Authority. Also, in the 1980s, and again in the 1990s, I worked at the shelter for battered women in Kansas City, Kansas.
4. In my various roles, I had contact with many members of the public as well as the Kansas City, Kansas Police Department, and I observed officers' interactions with members of the community. Police were very visible in the Black community in particular, and people, including me, discussed their opinions of officers or their experiences with them.
5. One officer who really stood out in the community was Roger Golubski. He had a very bad reputation in the community and was feared by many. Golubski was widely viewed as a bully and a crooked cop. He had a reputation for exploiting, threatening and abusing people in the community.
6. Golubski was particularly known for his sexual pursuit of Black women, whom he stalked, harassed and exploited. Golubski openly rode around in his police car with these women, and everyone, including me, could see what he was doing.

1

7. Golubski targeted the most vulnerable women and used his police authority to force them to provide sex. He was viewed as a sexual predator.

8. Golubski was also widely known for harassing the men in the community, especially those who had any suspected involvement with drugs. He was known as a "dirty cop." Golubski would show up and go through a neighborhood, collecting money from men and harassing anyone he chose. People feared being arrested if they did not comply with his demands.

9. Golubski was viewed as a cop who misused his authority and operated above the law.

10. In the mid to late 1980s, I worked at the Joyce H. Williams shelter for battered women where I encountered numerous victims of Roger Golubski.

11. I generally worked the overnight shift at the shelter. That shift tended to be pretty busy, as women seeking shelter often arrived late at night.

12. The women coming to shelter not only showed signs of physical abuse, they also showed signs of emotional or mental abuse. Some had suffered severe trauma, whether at the hand of a partner or another male. I spent many hours talking with these women, providing counseling and support.

13. It was obvious that many of the women were very vulnerable. Some were out on the street, homeless and drug addicted. Some women relied on prostitution just to survive.

14. As many of these women, including those who worked on the street, described the abuse they suffered, one name came up repeatedly: Roger Golubski.

15. In my role as a victim advocate, I listened for hours to these women, who had suffered trauma and physical or emotional injuries. When women told me about Roger Golubski, they would often be crying, shaking or showing other intense emotions. During these emotional discussions, they would

2

describe being sexually harassed, threatened and coerced by Golubski. Some described being humiliated when Golubski dumped them back on the street, still undressed, when he was done with them.

16. I was very upset that a police officer would harm the people he was supposed to protect, and I decided that I needed to report Golubski's abuse of women to the police department.

17. I don't remember the exact day, but during the time I was employed at the shelter in the late 1980s, I called the police department so I could make a complaint about Roger Golubski.

18. I called the general number and told the person who answered that I worked at the battered women's shelter and wanted to make a complaint against officer Golubski. The person on the phone said that someone at the department would get back with me, and, as requested, I left my name and phone number so that someone could return my call.

19. No one from the department ever called me back, so I waited a week and called the police department a second time. I explained to the person answering the phone that I worked at the battered women's shelter, that I had previously called regarding Roger Golubski, and that I wanted to make a complaint against officer Golubski.

20. Once again, I was told that someone would get back with me, so I again left my name and my phone number.

21. No one at the police department ever called me in response to my messages.

22. In the 1990s, I worked at as service station on Quindaro called McCall's. When I started, I worked for some nice managers, a man named David and his wife.

23. Initially, McCall's was a good place to work, and I enjoyed speaking with the people who came to the station.

3

24. At some point, the station was sold to a new owner – Cecil Brooks – and everything changed. Brooks was a prominent drug dealer who was well known throughout the community. He was a bold operator and seemed to operate with no fear of arrest.

25. McCall's quickly became a very different place, more like a drug house than a service station. Cecil was often in the backroom at the station with his associates or other people, doing drug deals and having secret meetings.

26. After Cecil took over, I remained at McCall's for a while but eventually quit. Others like me, who had worked for David and his wife, also quit.

27. One of the most frequent visitors to McCall's was Roger Golubski. He usually visited at least a couple times a week. He would often park his car right on the lot, and Cecil would go out to speak privately with him. Sometimes, Golubski would head into the backroom with Cecil, and they would meet behind closed doors. It was obvious they had a very close or business relationship.

28. Among the people often seen at the station was a beautiful young woman named Liza. She worked on the streets as a prostitute and was very popular and well liked. Golubski appeared to have a close connection with her and spent a lot of time with her.

29. A few years later, I heard that Liza was murdered, and to my knowledge, her murder remains unsolved. I have often wondered what happened to her.

30. During much of the time I was at McCall's, I would see Golubski almost every day, typically in the evening. Golubski seemed to know everything that was going on at McCall's and had free run of the station.

31. When I was at the station, I saw drug activity going on both inside and outside, as well as in the back room at the station where Cecil did his deals. In fact, the station became a hub of drug activity in the north end.

32. Despite this open and illegal activity at McCall's, the station was never shut down or raided by the police. Cecil was widely reputed to have protection from arrest or police raids.

33. In the community, Cecil had a reputation for having special protection from the police because he had paid them. Whatever arrangement Cecil had, I observed that he never seemed to worry about getting caught or arrested.

34. One day when I was at the station, I saw Cecil go to the cash register, pull out some cash and give it to Golubski.

35. Eventually, I quit working at the station because it no longer felt safe.

36. Around that same time, I took a job as a manager at Delavan apartments. A new owner had just bought the complex, which had previously been owned by Cecil Brooks. During Cecil's ownership, the complex had become a well-known hub of drug activity, and people sometimes referred to it as "New Jack City."

37. I had visited an aunt who had lived there in the 1990s and, when I was there, I observed that the complex was overrun with illegal activity, including drugs. I also noticed underage girls there, which was very troubling. I also saw Golubski there with Cecil and noticed that they seemed to socialize with the underage girls.

38. Despite Delavan's history, the new owners were making renovations and wanted to run the complex differently. When the new owners cleared out the end unit, which Cecil and his associates had used as their office, the maintenance man discovered that the attic was filled with drugs, money and guns. I actually saw some of these items as they were pulled out of the attic. The worker also discovered an access point to a lookout spot on the roof.

39. Cecil Brooks was not the only dealer that Golubski appeared to have had a relationship with. In fact, Golubski appeared to know quite a few people

5

involved in the drug trade, and it was widely known in the community that some drug dealers could engage in business right in front of Golubski without being arrested.

I hereby state under penalty of perjury that the foregoing statement is true and correct.

4/21/22
Date

*Tina Peterson* (signature)
Tina Peterson