# EXHIBIT 98 – PART 1

Page 1

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS

2

3

4    LAMONTE MCINTYRE, et    )
     al.,                    )
5                            )
            Plaintiffs,      )
6                            )
     v.                      )
7                            ) Case No.
     UNIFIED GOVERNMENT OF   ) 2:18-cv-02545-KVH-KGG
8    WYANDOTTE COUNTY AND    )
     KANSAS CITY, KS, et     )
9    al.,                    )
                             )
10          Defendants.      )

11

12

13

14

15                   (VOLUME I)

16

17

18          VIDEOTAPED ZOOM DEPOSITION OF REDACTED
19    REDACTED, a Witness, taken on behalf of the
20   Plaintiffs before Cassandra L. Sinthusy, CCR,
21   RMR, CRR, pursuant to Notice on the 18th day of
22   December, 2020, at the offices of LATHROP GPM
23   LLP, 2345 Grand Boulevard, Suite 2200, Kansas
24   City, Missouri 64108.

25

Page 2

```
1            A P P E A R A N C E S
2  FOR THE PLAINTIFFS:
3     Ms. Cheryl A. Pilate
       Ms. Lindsay Runnels
4     Ms. Kylie Mank (Appearing via Zoom)
       Ms. Maci Morgan (Appearing via Zoom)
5     MORGAN PILATE, LLC
       926 Cherry Street
6     Kansas City, MO 64106
       816.471.6694
7     cpilate@morganpilate.com
8     Mr. Michael J. Abrams
       LATHROP GPM LLP
9     2345 Grand Boulevard
       Suite 2200
10    Kansas City, MO 64108
       816.292.2000
11    michael.abrams@lathropgpm.com
12    Ms. Emma Freudenberger (Appearing via Zoom)
       Mr. Barry Scheck (Appearing via Zoom)
13    NEUFELD, SCHECK & BRUSTIN, LLP
       99 Hudson Street
14    Eighth Floor
       New York, New York 10013
15    212.965.9081
       emma@nsbcivilrights.com
16    barry@nsbcivilrights.com
17
18
19
20
21
22
23
24
25
```

Page 4

```
1  FOR THE WITNESS:
2     Mr. Robert J. Hoffman
       BRYAN CAVE LEIGHTON PAISNER
3     One Kansas City Place
       1200 Main Street, Suite 3800
4     Kansas City, MO 64105
       816.668.3229
5     rjhoffman@bclplaw.com
6  THE VIDEOGRAPHER:
7     Mr. Rick Deasley
       VERITEXT
8
9  ALSO PRESENT:
10    Lamonte McIntyre (Appearing via Zoom)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1  FOR THE DEFENDANT UNIFIED GOVERNMENT OF WYANDOTTE
    COUNTY AND KANSAS CITY, KANSAS:
2
     Mr. David R. Cooper (Appearing via Zoom)
3  FISHER, PATTERSON, SAYLER & SMITH, LLP
    3550 Southwest 5th Street
4  Topeka, KS 66606
    785.232.7761
5  dcooper@fpsslaw.com
6  Mr. Edward James Bain (Appearing via Zoom)
    UNIFIED GOVERNMENT OF WYANDOTTE COUNTY/
7  KANSAS CITY, KANSAS
    Legal Department
8  701 North 7th Street, Suite 961
    Kansas City, KS 66101
9  913.573.5060
    jbain@wycokck.org
10
11 FOR THE DEFENDANT ROGER GOLUBSKI:
12    Mr. Morgan L. Roach
       Mr. Nicholas Ruble (Appearing via Zoom)
13 McCAULEY & ROACH, LLC
    527 West 39th Street
14 Suite 200
    Kansas City, MO 64111
15 816.523.1700
    morgan@mccauleyroach.com
16 nick@mccauleyroach.com
17 FOR THE DEFENDANTS THE ESTATE OF DETECTIVE JAMES
    MICHAEL KRISTOLICH, DETECTIVE DENNIS WARE,
18 OFFICER JAMES L. BROWN, THE ESTATE OF LIEUTENANT
    DENNIS OTTO BARBER, DETECTIVE CLYDE BLOOD,
19 DETECTIVE W.K. SMITH, and ESTATE OF LIEUTENANT
    STEVE CULP:
20
     Ms. Elizabeth Evers Guerra
21 SANDERS WARREN RUSSELL & SCHEER LLP
    9401 Indian Creek Parkway
22 Suite 1250
    Overland Park, KS 66210
23 913.234.6100
    e.evers@swrsllp.com
24
25
```

Page 5

```
1            I N D E X
2  WITNESS:                          PAGE:
3  REDACTED    REDACTED
4     EXAMINATION BY MS. PILATE           7
5
6            E X H I B I T S
7  NO.     DESCRIPTION:              PAGE:
8  Exhibit 10  Photographs of Jack Swall      33
              Auto
9
     Exhibit 11  Photographs of 24th Street   34
10            behind      REDACTED
11 Exhibit 12  Photographs of 55th and        55
              Leavenworth Road
12
     Exhibit 13  Photographs Behind the KFC    62
13            at 38th and State
14 Exhibit 14  Photographs of Chouteau         69
              Court Apartments on
15            Independence Avenue, KCMO
16 Exhibit 15  Photographs of Riverbank        86
              and Train Tracks
17
     Exhibit 16  Photographs of I-70 and       92
18            Third Street
19 Exhibit 17  Photographs of Oak Grove       108
              Cemetery
20
21 (Reporter's Note:  Exhibits were sent with the
    transcript.)
22
23
24
25
```

2 (Pages 2 - 5)

Page 6

1    (Deposition commenced at 11:05 a.m.)
2        THE VIDEOGRAPHER:  Today is Friday,
3  December 18, 2020.  We will go on the record at
4  11:05 a.m.  We are here to take the deposition of
5  REDACTED REDACTED Case Number 2:18-cv-02545-KHV-KGG
6  in the U.S. District Court for the District of
7  Kansas.
8        Would counsel state their names and
9  affiliations for the record, please, beginning
10  with counsel in the room.
11        MS. PILATE:  Good morning.  This is
12  Cheryl Pilate, and I am one of the attorneys for
13  Plaintiffs.
14        MR. ABRAMS:  Michael Abrams on
15  behalf of Plaintiffs.
16        MS. RUNNELS:  Lindsay Runnels on
17  behalf of Plaintiffs.
18        MR. HOFFMAN:  Robert Hoffman; I'm
19  here representing the witness.
20        MS. EVERS GUERRA:  Elizabeth Evers
21  Guerra on behalf of the Estate of Detective James
22  Kristolich, Detective Dennis Ware, the Estate of
23  Lieutenant Dennis Barber, Officer James Brown,
24  Detective Clyde Blood, Detective W.K. Smith, and
25  the Estate of Sergeant Steve Culp.

Page 7

1        MR. ROACH:  Morgan Roach on behalf
2  of Roger Golubski.
3        THE VIDEOGRAPHER:  Would counsel
4  attending on Zoom please state your names and
5  affiliations for the record, please.
6        MR. COOPER:  For the Unified
7  Government appearing remotely is David Cooper.
8        MR. BAIN:  For the Unified
9  Government appearing remotely is Edward James
10  Bain.
11        MR. RUBLE:  For Defendant Roger
12  Golubski, Nicholas Ruble.
13        THE VIDEOGRAPHER:  Would the court
14  reporter please swear the witness.
15            REDACTED     REDACTED
16  being first duly sworn, testified under oath as
17  follows:
18            EXAMINATION
19  BY MS. PILATE:
20    Q.  Good morning.
21    A.  Good morning.
22    Q.  For the record, could you please
23  identify yourself by first and last name.
24    A.  Sure.  My first name is REDACTED
25  REDACTED , last name is REDACTED REDACTED .

Page 8

1    Q.  And are you represented here today by an
2  attorney?
3    A.  Yes.
4    Q.  Okay.  Is he the one sitting behind you
5  to your left?
6    A.  Yes.  Hey, buddy.
7    Q.  Okay.  Is that -- we should say for the
8  record who that is.  Is that Bob Hoffman?
9    A.  Yes.
10    Q.  Okay.  How are you feeling today?
11    A.  I'm feeling fine.
12    Q.  Okay.  Are you on any medications that
13  would hinder your ability to understand or answer
14  questions?
15    A.  No, ma'am.
16    Q.  Did you at any point in your life reside
17  in Kansas City, Kansas?
18    A.  Yes.
19    Q.  And when was that?
20    A.  Most -- majority of my life.
21    Q.  Okay.  And do you now live elsewhere?
22    A.  Yes.
23    Q.  Okay.  And elsewhere in the metropolitan
24  area?
25    A.  Yes.

Page 9

1    Q.  Okay.  Do you know someone named Roger
2  Golubski?
3    A.  Yes.
4    Q.  Okay.  When did you first meet Roger
5  Golubski?
6    A.  I don't remember the exact date.
7    Q.  Just give an approximate time period.
8    A.  He may have reached out to me
9  mid-evening time by cell phone.
10    Q.  How old were you then?
11    A.  13.
12    Q.  Okay.  And when he contacted you by cell
13  phone, was that the first time you ever spoke to
14  him?
15    A.  Yes.
16    Q.  And did you know at that point who he
17  was?
18    A.  No.
19    Q.  What did he tell you in that phone call?
20    A.  He said he needed to speak with me
21  regarding an incident that had took place earlier
22  that week.  And he said that my name was listed
23  as one of the witnesses to -- either involvement
24  or a witness to it.  And if I didn't want to go
25  to jail, I need to get to him and talk to him and

1 tell my side of the story, but if I go to the
2 police station, it'll be recorded and most likely
3 I'll go to jail. And so he asked me to meet him
4 at a place and we try to come up with, you know,
5 a place that I felt secure and so we chose --
6 well, not we. He chose Walmart and I agreed with
7 it.
8 Q. Did the phone call cause you concern?
9 A. Yeah, very much so.
10 Q. Did you have any idea what he was
11 talking about?
12 A. I didn't have any idea. And still to
13 this day I have no knowledge of what he was
14 talking about.
15 Q. Was there any incident that you knew of
16 that you were a witness to?
17 A. No.
18 Q. Was there any incident that you knew of
19 that you were involved with?
20 A. No.
21 Q. Did -- did he seem to be pushing you to
22 meet with him?
23 MR. ROACH: Object to the form.
24 Q. (BY MS. PILATE) You can go ahead.
25 MS. EVERS GUERRA: And just for the

1 record, can we have the same agreement of the
2 objection for one is an objection for all,
3 Cheryl?
4 MS. PILATE: Yes.
5 MS. EVERS GUERRA: Thank you.
6 MS. PILATE: Yes, I'm sorry. I
7 said yes.
8 MS. EVERS GUERRA: That's okay.
9 MS. PILATE: Yes.
10 Q. (BY MS. PILATE) You can go ahead.
11 A. Oh. You have to repeat the question, if
12 you don't mind.
13 Q. Let me -- let me re-ask the question
14 since there was an objection. Did there seem to
15 be any kind of urgency or pressing to the way he
16 spoke to you on the phone and what he urged you
17 to do?
18 MR. ROACH: Same objection.
19 Q. (BY MS. PILATE) Go ahead.
20 A. I would kind of say that it was, like,
21 he made it to where it was something that needed
22 to be handled immediately.
23 Q. Okay.
24 A. So I would say that it was a bit urgent.
25 And for my own protection and safety, I wanted

1 to, you know, figure out what he was talking
2 about as well, so I agreed for the meeting
3 because I had no clue and was terrified.
4 Q. Okay. At that time what kind of school
5 did you attend, were you in a high school or a
6 middle school or another kind of school?
7 A. I was in a middle school.
8 Q. Okay. So you were a middle school
9 student?
10 A. Yes.
11 Q. Okay. And what was your living
12 situation?
13 A. At the time I was staying with my
14 grandmother. Do I say her name?
15 Q. Okay. You don't -- was this be -- at
16 any point were you in foster care?
17 A. Yes, I was in foster care.
18 Q. Okay. At the time that he contacted
19 you, were you in foster care?
20 A. I can't remember to my knowledge.
21 Q. Okay. Had you recently been in foster
22 care?
23 A. Yeah, I -- I know I had been in there, I
24 can't remember if it was right when I had got out
25 or if it was right at the -- I knew -- it was

1 either at the very end or the beginning of me
2 staying with my grandmother.
3 Q. Okay. Do you know how he got your phone
4 number?
5 A. No, I don't.
6 Q. Do you know how he knew anything about
7 you?
8 A. No. I have no idea.
9 Q. How did you feel about meeting him in
10 the Walmart parking lot?
11 A. I felt okay with it because it was a
12 public place. And I didn't really think much of
13 it, honestly. I just really was nervous as to
14 what he could be possibly talking about because I
15 knew I hadn't had any encounters or been around
16 anyone, so...
17 Q. Okay. What did you understand as the
18 reason for meeting at Walmart as opposed to at
19 the police station?
20 A. Well, he said if I went to the police
21 station, it was a chance that I would be
22 arrested. He was trying to figure out what role
23 I played in it, if I was a witness or accomplice
24 to whatever happened earlier that week. So --
25 and even though I had no recognition of it, or I

1 had no involvement with it, he said that if I
2 came to the police station, it was a chance that
3 I would be arrested.  And so if I wanted to save
4 myself, meet with him and it won't be on record,
5 that way I won't be in any trouble if something
6 was to come out.
7    Q.   Okay.  How did all of that cause you to
8 feel?
9    A.   I was, like, extremely confused.  I was
10 lost, I -- you know, I was also scared.
11    Q.   Uh-huh.  Did you have any understanding
12 why any officer would discourage you from going
13 to the police station?
14    A.   No.  I really thought he was trying to
15 help me, you know.  Like, I thought it was a
16 mix-up, but we would get it straightened out, you
17 know.
18    Q.   Okay.  And did you go ahead and meet him
19 at the Walmart parking lot?
20    A.   Yes, I did.
21    Q.   Okay.  And how did you get there?
22    A.   I walked from -- I got dropped off at a
23 cousin's house to stay, like, a couple blocks
24 off -- away from there, and so I walked over
25 there to the Walmart.

1    Q.   Okay.  And was it the same day as the
2 phone call or --
3    A.   Yes, the same.  It was later on that
4 evening, but yes.
5    Q.   Okay.  Do you recall about what time it
6 was or time of day it was?
7    A.   I would say, like, around 6:00-ish or
8 7:00-ish.
9    Q.   Okay.  And how did you locate him in the
10 parking lot?
11    A.   Because he flashed his headlight.
12    Q.   Okay.  Did he see you approach?
13    A.   He had asked me what was I wearing and
14 whatever so he could be looking for me, and that
15 was it.  And so when I got to the parking lot
16 from the way that I had to come, I had no clue
17 where he was.  And from my peripheral vision, I
18 kept seeing lights flashing.  And so I proceeded
19 to the car cautiously, but I wasn't sure if it
20 was him because I never heard of him, seen him,
21 or anything, so --
22    Q.   Okay.
23    A.   -- yeah, I was a bit lost for a second,
24 but then he made it clear who he was, so...
25    Q.   Okay.

1    A.   At that time I was a bit relieved.
2    Q.   And where was this Walmart located?
3    A.   64th and State Avenue.
4    Q.   Okay.  Is that Walmart still there?
5    A.   No.  It's not there anymore.
6    Q.   Okay.  What happened when you got to the
7 parking lot, did you go to his vehicle?
8    A.   I walked up to the driver's side, he
9 asked me who I -- well, he asked me my name and I
10 said it was me, and he said hop in.  And at that
11 time I got into the passenger side.  And do I
12 proceed on?
13    Q.   What happened then?
14    A.   He began to ask me questions about my
15 past.
16    Q.   Like, what kind of questions?
17    A.   About my background, like, that -- like,
18 who's the -- name a couple people that I hang
19 around, and he also asked me who did I cherish
20 the most in the world, like, who did I feel,
21 like, meant the most to me.  And I didn't -- I
22 was thrown off by that question, but I answered
23 it, and I replied my grandmother.  And when I
24 asked him why did he ask me that, and he said in
25 case this has to go further, I need to know who I

1 need to speak with.
2    Q.   Okay.  And what was your reaction to
3 that?
4    A.   I really didn't have no reaction because
5 I didn't feel like anything would go further
6 because I knew I hadn't done anything.
7    Q.   Okay.  What did -- did you ever discuss
8 with him any incident as he had referenced on the
9 phone?
10    A.   No.  The incidents that he said that he
11 was reaching out to me for was never brought up,
12 not one time.  And to be totally honest, I didn't
13 even -- I didn't bring it up because, you know,
14 like, I knew it wasn't an incident that occurred,
15 but clearly I feel like, you know, it may have
16 been something else; at the time, I didn't know,
17 but he never brought up an incident that I could
18 have had any dealings with.
19    Q.   Okay.  Was the first part of the
20 encounter such that the conversation did not
21 alarm you?
22    A.   I raised -- it may have raised an
23 eyebrow with me.  He came off as if he was
24 concerned and as if he cared.  And so when I gave
25 him a little bit about my history and the abuse

Page 18

1 and stuff that I had been through in foster homes
2 and things, I thought that, you know, he would
3 empathize with me, and you know, like, maybe even
4 help me get justice at some point.
5    Q.  Okay. So you shared a little bit with
6 him, you told him who was important to you in
7 your family, and you told him that you'd been
8 abused in a foster home?
9    A.  Yes.
10   Q.  Okay. Do you remember anything else you
11 discussed?
12   A.  I told him about the sexual abuse that I
13 encountered at the foster homes, and he asked me
14 was I -- did I do anything to mislead the person
15 that had done those things to me. He said women
16 sometimes lead men on, and you know, play victim
17 or whatever the case is. And I assured him I
18 didn't do anything of that nature and, you know,
19 I didn't deserve that, even though I felt I
20 didn't have to explain that to him. I just
21 wanted to keep it crystal clear.
22      And again, I'm thinking he's on my side,
23 so when I'm confiding in him, I'm telling him
24 about all the things that I endured, hoping that
25 he would, you know, take it in and maybe could

Page 19

1 even help me at some point, but...
2    Q.  Did the tone or tenor of your
3 conversation with him change at any point?
4    A.  Yes.
5    Q.  Okay. What happened?
6    A.  He made a statement saying he can't
7 believe someone would do such cruel things to
8 such a beautiful person, and that the person that
9 did that to me is a coward and -- that was
10 practically it. And as he's saying that, he's
11 acting as if he's consoling me, so he places his
12 hand -- his right hand on my left thigh.
13    Q.  And what did his hands do when he
14 touched your thigh?
15    A.  He just kind of laid it there and, you
16 know, he may have, like, not squeeze to where it
17 left an impact or anything, but you know, just
18 tightening of the hand. You know, like, a slight
19 rub.
20   Q.  Okay. Did that cause you any concern?
21   A.  Yes, it did.
22   Q.  Okay. Did you say anything?
23   A.  No.
24   Q.  What happened after that?
25   A.  I think I -- my reaction was I kind of

Page 20

1 jumped and he was like, you don't have anything
2 to worry about, and I'm here to protect you, and
3 all this and that. And then he said I'm going to
4 have to -- I'm going to have to let you know up
5 front I'm not into playing games, I'm not into
6 lies, and a couple other things he said, as he
7 kept his hand on my thigh. And so I asked him
8 what -- you know, where are we going from here,
9 and he was like, you're going to see -- and as he
10 did that, he proceeds to put his hand closer and
11 closer to my vaginal area. And I kind of made a
12 sudden move, I guess, that he didn't really like,
13 so he kind of got upset feeling. I'm sorry, I
14 can't say he was feeling like, but his reaction
15 was like, calm down, I'm overreacting.
16   Q.  Okay. Were you -- what was your feeling
17 at that point?
18   A.  I was just thinking, like, not again,
19 you know, like, why me.
20   Q.  When you say not again, were you
21 thinking of abuse and that you were being
22 abused again?
23   A.  Yes. I was -- I was referring to
24 another person that's acting concerned or like
25 they care, and yet again, taking advantage of it.

Page 21

1    Q.  Okay. Do you remember anything he said
2 after that?
3    A.  He told me just keep my mouth shut and
4 that if I wanted to see my sweet little grandma
5 again, he advised me not to talk to anyone or
6 speak to anybody, and basically act as if he
7 didn't exist.
8    Q.  Okay. Did you --
9    A.  Or I would be kissing my grandma goodbye
10 or my brother would be doing life in jail.
11   Q.  Did you perceive that as a threat?
12   A.  Yes.
13   Q.  Okay. What was your interpretation of
14 that situation, was he saying you have to submit
15 to this or I'm going to hurt your family?
16      MR. ROACH: Object to the form.
17   Q.  (BY MS. PILATE) You can answer.
18   A.  Okay. He didn't put it in -- he didn't
19 say it in that way. His words were actually this
20 is your chance, either you love your grandma --
21 either -- I call her grandmother; he said
22 grandma. But he said, "Either you love your
23 grandma or you don't; you make the decision."
24   Q.  Okay. So again, that's what he said to
25 you?

6 (Pages 18 - 21)

Page 22

1　A.　Yes.
2　Q.　"Either you love your grandma or you
3　don't; you make the decision"?
4　A.　Yes.
5　Q.　Okay.  And how did you interpret that?
6　　　MR. ROACH:  Object to the form.
7　Q.　(BY MS. PILATE)  You can answer.
8　A.　I took it as if I didn't comply with
9　him, then it would probably be consequences for
10　it.
11　Q.　Did you know what those consequences
12　were?
13　A.　Well, he told me I could kiss her
14　goodbye, so I knew that was one of the
15　consequences.  And another one was that my
16　brother would possibly do life in jail.  He can
17　put some charge on him and make sure he doesn't
18　see daylight again.
19　Q.　Okay.  Were you afraid at that point?
20　A.　Yes.
21　Q.　Do you remember what happened that day
22　in terms of his hands being on your body?  Did he
23　go into private areas of your body?
24　A.　Yes, he did.
25　Q.　Okay.  Could you please describe that.

Page 23

1　A.　When he asked me to make the decision, I
2　just sighed and took a deep breath, and you know,
3　I -- I sat back.  And I said so, what are you --
4　you know, what are -- what is it that you're
5　asking me to do.  And he was like, "For one, stop
6　talking so much."  And so I just -- I was quiet
7　after that.  And he started reaching for my
8　buttons on my shorts or whatnot.  And I remember
9　asking him, like, are you serious, and he was
10　like, "Don't back talk me."  And he was just, you
11　know, mumbling on little threats as he inserted
12　two of his fingers into my vaginal area.
13　　　I'm sorry.  I left off the part where
14　he -- when he unbuttoned my pants, he asked me to
15　lift up my buttocks area and he asked me to pull
16　my shorts down, and he had me pull them, like,
17　midway to my knees.  And he made the comment
18　"open wide."
19　Q.　Okay.  And what did open wide mean?
20　A.　Like, open my legs.  Because like, I was
21　kind of -- I had my pants down, but I still kind
22　of had my legs, you know, closed, but -- and then
23　he, like, tapped on my leg, like, come on.  And
24　then he was like, I'm not on your F'ing time.
25　Q.　I'm not what?

Page 24

1　A.　I'm not on your F'ing time.  On your
2　fucking time.
3　Q.　Okay.  Did you know what he meant by
4　that?
5　A.　At that time, I didn't.
6　Q.　And I think you said he put two of his
7　fingers in your vagina?
8　A.　Yes.
9　Q.　How long did he keep his fingers there?
10　A.　Maybe about three to four minutes.
11　Q.　Okay.  Can you describe what he did.
12　Did he rub you, did he do anything to himself?
13　A.　No.  Oh.  So he put, like, two fingers
14　in my vaginal area and he began moving them
15　around.  He made remarks like, I'm going to make
16　this my -- am I supposed to cuss and say what was
17　said or --
18　Q.　Yes.  Please say exactly what was said.
19　A.　Okay.  He said, "I'm going to make this
20　my pussy from now on."  And, "You don't have to
21　worry about those other fuckers, I'll take care
22　of them."  And he just continued to play with my
23　vaginal area.  And then he reached and unzipped
24　his pants and began fondling his penis.
25　Q.　Okay.  Did he continue that for a while?

Page 25

1　A.　It only lasted, like, three to
2　four minutes.
3　Q.　Okay.  Do you remember if he ejaculated?
4　A.　Yes.
5　Q.　Did he?
6　A.　Yes.
7　Q.　And what happened after he ejaculated?
8　A.　He said some things to me about not
9　running my mouth and not -- not taking what he
10　said for granted, like, don't dare try it because
11　he -- he's very well known and don't nothing
12　happen in the city without him knowing about it.
13　Q.　Okay.  I have a suggestion from someone
14　else here that maybe taking off the mask would be
15　a little more comfortable for you.
16　A.　Oh.  It's fine.
17　Q.　Okay.  Are you all able to understand?
18　A.　Oh.  Are you having a hard time
19　understanding me?
20　　　MR. ABRAMS:  It may be better --
21　Q.　(BY MS. PILATE)  No.  We're just focused
22　on you --
23　　　MR. ABRAMS:  If you're not going to
24　put it on, it may be better.
25　　　THE WITNESS:  Oh, okay.

7 (Pages 22 - 25)

Page 26

```
1     Q.  (BY MS. PILATE)  So what did you
2  understand those words to mean?
3     A.  Basically just don't tell what just took
4  place.
5     Q.  Okay.  What would happen if you did
6  tell?
7          MR. ROACH:  Object to the form.
8     Q.  (BY MS. PILATE)  Did he tell you what
9  would happen if you did tell?
10    A.  Yes.
11    Q.  Okay.  And what was that?
12    A.  That I would be kissing my sweet little
13 grandma goodbye.  And my brother as well.
14    Q.  Okay.  Did he know who your grandmother
15 was?
16    A.  Yes.
17    Q.  Did he say anything about your grandma?
18    A.  Yes.  He did.  He said if you try -- he
19 said try me and think I'm playing.  He said my
20 grandma's name, but he pronounced it wrong, but
21 he did say her name.  He also mentioned the color
22 scrub uniform she had on earlier that morning.
23    Q.  Okay.  When you say a scrub uniform, you
24 mean, like, a nursing --
25    A.  A nurse's uniform, yes.  That she left
```

Page 27

```
1  out in that morning to go to work.  And it was
2  pink and navy blue.  And he said, "Your grandma
3  looked good in that pink and navy blue, hopefully
4  that's not the last outfit you see her in."
5  Meaning if I ran my mouth, then that would be the
6  case.
7     Q.  What feeling did you have at this point?
8     A.  I was just distraught.  I was, like I
9  said, lost, confused, had no understanding
10 whatsoever, none.  Don't know how I was targeted,
11 don't know how he got my number, don't know why
12 he chose me, but I knew that I was in something
13 that I probably couldn't get myself out of alone.
14    Q.  Okay.  Were you afraid?
15    A.  Yes.
16    Q.  Did he say anything about seeing you
17 again?
18    A.  Yes.
19    Q.  Okay.  And what did he say about that?
20    A.  He said that when he calls my phone, I
21 need to answer or I need to call him back within
22 five minutes.
23    Q.  Okay.  And when he called you, how did
24 his phone number appear on your phone?
25    A.  It showed up as a restricted call, or
```

Page 28

```
1  private call, restricted, something like that.
2     Q.  Okay.  Did he say he wanted to see you
3  again soon?
4     A.  No.
5     Q.  Okay.  Did he contact you again?
6     A.  Yes, he did.
7     Q.  Okay.  And when was that approximately?
8     A.  Maybe about four days later.
9     Q.  Okay.  And what -- do you remember what
10 you were doing or where you were when he
11 contacted you?
12    A.  I was over at my Godsister's house when
13 I -- when he called.  And I stepped out on to the
14 porch.  The first time I didn't answer it and he
15 called right back, and so I answered it and he
16 made a joke, like, "That's what I thought, I knew
17 you'd fucking answer," and chuckled.  And so I
18 sat there quietly.  And he was like are you
19 around anyone right now, and I was like no.  And
20 asked me where I was, so I told him.  And then he
21 told me where to meet him.  He asked me if I had
22 a ride, I told him no.  And so then he told me
23 where to meet him.
24    Q.  Okay.  And where did he tell you to meet
25 him?
```

Page 29

```
1     A.  He told me to meet him on -- right -- at
2  that time I was on, like, 9th and Central; I was
3  supposed to meet him on, like, 12th -- it's,
4  like, an auto mechanic shop or something like
5  that off of, like, 12th and Central.
6     Q.  Okay.  Some kind of auto place at 12th
7  and Central?
8     A.  Yeah, like, a mechanic shop.
9     Q.  Okay.  And did you go there?
10    A.  Yes.
11    Q.  Okay.  And was he there when you
12 arrived?
13    A.  Yes.
14    Q.  And where was he?
15    A.  He was parked along the street before I
16 even got to the mechanic -- mechanical shop.  I
17 saw it on my left, but I saw him before I even
18 got there.
19    Q.  Okay.  And what happened next?
20    A.  First, I kind of stood there and he was
21 like, "Dumbass, don't just stand there, I'm on
22 duty."  And I proceeded to get in the front seat,
23 and he was like, ah, ah, ah.  And I'm like, you
24 know, I was confused on why -- what was I
25 supposed to do.  And he said you need to get in
```

8 (Pages 26 - 29)

Page 30

1 the back seat. And so I got in the back seat and
2 he said ah, ah, ah again. And he said that I
3 needed to be on the floorboard because he's on
4 duty.
5    Q.   Okay.
6    A.   And so at that time I -- he scooted the
7 passenger seat up and I was on the back seat on
8 the floor.
9    Q.   Okay. When you got into his car, how
10 far were you from the auto place?
11    A.   Not far. It was, like, right there.
12 Like, maybe two buildings down or something.
13    Q.   Okay. Let's see. Do you know the name
14 of the auto place?
15    A.   I don't know. Swan or something like
16 that maybe.
17    Q.   Okay.
18        MS. PILATE: Can we mark as -- what
19 exhibit -- we're on 10 now. I think we're doing
20 continuous numbering. And it would be Exhibit N.
21        MS. RUNNELS: You want to do 10?
22        MS. PILATE: Yeah, it'll be Number
23 10. What we have internally marked as N, as in
24 Nancy, will be Number 10. Does it go up on the
25 screen? The doings here are mysterious. Thank

Page 31

1 you, Lindsay.
2        THE WITNESS: Oh, yeah.
3        MS. PILATE: Can -- I don't
4 think --
5        MR. ABRAMS: Yeah, Lindsay, you may
6 have to go out and go back into it. You may have
7 to have it open.
8        MS. RUNNELS: It shows I'm shared.
9        MR. ABRAMS: No, I mean in the
10 document.
11        MS. PILATE: You know what, let's
12 take just a two-minute break here to figure out
13 the tech. We're in a strange new world. Do you
14 all mind? I just want to make sure we don't
15 waste your time.
16        THE VIDEOGRAPHER: We're going off
17 the record at 11:38 a.m.
18        (Short break was taken.)
19        THE VIDEOGRAPHER: We're back on
20 the record, 11:46 a.m.
21        MS. PILATE: Okay. Everybody
22 ready?
23        MR. SCHECK: I must say, I'm
24 watching the deposition. What's up?
25        MR. ABRAMS: All right,

Page 32

1 someone's -- Barry's on. You got to mute
2 yourself, Barry.
3        MR. SCHECK: Okay. Yeah.
4        MR. ABRAMS: Okay.
5        MS. PILATE: Is everybody ready to
6 proceed?
7        THE WITNESS: Yes.
8        MR. HOFFMAN: Yes.
9    Q.   (BY MS. PILATE) Okay. Do you recognize
10 this building or this area?
11    A.   Yes.
12    Q.   Okay. And what is this, please?
13    A.   That's the auto mechanic shop that I was
14 going to meet him at.
15    Q.   Okay. And if I heard you right, you
16 said that the -- you were slightly away from the
17 shop --
18    A.   Yes.
19    Q.   -- maybe by a couple buildings when you
20 got in his vehicle?
21    A.   Yes.
22    Q.   Okay. After you got in his vehicle,
23 what happened next?
24    A.   We left from where we were, kind of
25 drove in a circle a little bit, seeming as if he

Page 33

1 was trying to find a destination that was out of
2 public view or plain sight or whatever. And he
3 started to get frustrated because a couple --
4 well, one area he pulled into, it wasn't as
5 covered as he thought, so he end up going to
6 another place on 24th Street behind an elementary
7 school, it's, like, a little alleyway and it had
8 trees that kind of came down. So once he backed
9 up in there, like, you really -- you can see the
10 car, but you can't see anything taking place.
11 And that was the destination, I guess, for the
12 second encounter.
13    Q.   Okay. I should put on the record here
14 that the photograph that you just identified of
15 the auto place we're marking as Exhibit 10.
16        (REDACTED Exhibit 10 was marked for
17 identification.)
18        MS. PILATE: Okay. And do you want
19 to go to A now?
20        MS. RUNNELS: This set is 10.
21        MS. PILATE: Okay. There's a set
22 of photos, a series of photos. You know, we
23 should put them all up if we're going to have her
24 identify them.
25        MR. ABRAMS: And Lindsay, you got

9 (Pages 30 - 33)

Page 34

1  to mark -- you have to physically mark --
2          MS. RUNNELS: I did.
3          MR. ABRAMS:  -- the -- oh, okay.
4  Sorry.
5      Q.  (BY MS. PILATE)  Okay.  We have
6  apparently more than one photo of Exhibit 10, so
7  let's look at them.  Okay.  Do you recognize the
8  areas depicted in those photos?
9      A.  Yes.
10     Q.  Okay.  And I think you said that this
11 was at or around 12th and Central; is that
12 correct?
13     A.  Yes.
14     Q.  Okay.  Okay, we're done with that now.
15 This series of photos which started with the
16 satellite photo and then zoomed in to the
17 building is Plaintiff's Exhibit 10.  And we're
18 now going to another set of photos, what's our
19 internal letter A exhibit, we are marking as
20 Plaintiff's Exhibit 11.
21          (REDACTED Exhibit 11 was marked for
22 identification.)
23          MS. PILATE:  Okay.  Can you flip
24 those photos.
25     Q.  (BY MS. PILATE)  Okay.  Do you recognize

Page 35

1  this area?
2      A.  Yes.
3      Q.  And what is this?
4      A.  This is the area that we drove to when
5  we left the mechanic shop.
6      Q.  Okay.  Is this the school that you had
7  mentioned --
8      A.  Yes.
9      Q.  -- as your destination?
10     A.  Yes.
11     Q.  Once you reached the school, what
12 happened next?
13     A.  It was a -- like, a little alleyway.  He
14 backed in to the alley to where we were out of,
15 like, view.  You could see the car, but you can't
16 really see much because the trees were hanging
17 down.
18     Q.  Okay.
19     A.  And...
20     Q.  Okay.  Did he say anything to you?
21     A.  During the drive or anything?
22     Q.  Yeah.
23     A.  No.
24     Q.  Did he tell you where you were going?
25     A.  No.

Page 36

1      Q.  Okay.  And once you arrived at the
2  school, did he say anything to you?
3      A.  Yes.
4      Q.  Okay.  What did he say?
5      A.  He wanted to establish the rules.
6      Q.  Okay.  Could you go ahead and explain
7  what you mean by the rules.
8      A.  The rules were, I had to abide by the
9  rules or I would end up with one or two
10 consequences, possibly three.  Me leaving this
11 earth as well, if I didn't abide by his demands.
12 One of his demands was for me to call him Papi,
13 or Big Daddy.  I was not allowed to address him
14 by name.  Another rule was, of course, I couldn't
15 speak to anyone about the matter or try -- you
16 know, try to report it or whatever because it
17 would be pointless.  I am not to back talk him or
18 I'm not allowed to ask questions during the
19 duration of us being in the car, you know,
20 together.  I'm to remain seated on the black --
21 on the back seat floor behind the passenger
22 seat --
23     Q.  Okay.
24     A.  -- at all times.
25     Q.  Okay.  And what position were you on the

Page 37

1  floor?
2      A.  My bottom was on the floor and, like, my
3  knees -- I was much smaller, so it's a bit
4  easier.  But I was -- I was sitting on the floor
5  on my behind and my knees were bunched up, like,
6  to my chin with, and like, my hands would just be
7  wrapped around my legs or whatever.
8      Q.  Okay.  So you were seated in a pose
9  where you were very -- as compact as possible --
10     A.  Yes.
11     Q.  -- on the floor of the back seat?
12     A.  Yes.
13     Q.  Okay.  Scrunched up?
14     A.  Yes.
15     Q.  What was the purpose of you sitting in
16 that pose?
17          MR. ROACH:  Object to the form.
18     Q.  (BY MS. PILATE)  Do you know what the
19 purpose was, did he tell you?
20     A.  He didn't want me to be seen.  He was on
21 duty.  And -- he just -- he didn't want me to be
22 seen at all.
23     Q.  Okay.  How did you feel when you heard
24 these rules?
25     A.  I just -- I just felt scared, terrified.

10 (Pages 34 - 37)

Page 38

1 One, that maybe I might not remember a rule,
2 like, you know, I'm -- I was not allowed to ask
3 questions, and that was something that I did
4 quite often, so I knew that that would be
5 challenging for me. I was not allowed to look
6 up, you know, out the window or anything when --
7 unless we are at a destination and we're parked.
8     Q.   Okay. Does that mean you weren't
9 supposed to know where you were?
10        MR. ROACH:  Object to the form.
11    Q.   (BY MS. PILATE)  How did you interpret
12 that?
13    A.   Basically, yeah, like, I -- my eyes was
14 his eyes, you know, basically. Like, I don't
15 need to see anything; he's seeing what he needs
16 to see. Like, I'm supposed to be seated and look
17 at the back of the seat or whatever the case
18 might be, but I'm not to look up at him or look
19 out the window.
20    Q.   Okay. Do you remember anything about
21 his rear view mirror?
22    A.   His rear view mirror, yeah, it would be
23 on the passenger side. Because I was so low he
24 couldn't really see me, but if I pop my head up,
25 he could. So the mirror was mostly angled in my

Page 39

1 direction.
2     Q.   Okay. Was that at the back seat then?
3     A.   Yes.
4     Q.   Okay. Could you have your cell phone
5 with you?
6     A.   Oh, I'm sorry. No, I left that rule
7 off. I was not to have my cell phone with me at
8 all. And when he call, I need to step into
9 another room or exit out of the house, I'm not
10 allowed to talk to him in front of nobody.
11    Q.   Okay.
12    A.   And to keep my words to a bare minimum.
13 When he ask me questions, like, you know, where
14 you at or whatever, you know, like, I'm supposed
15 to keep it to a bare minimum.
16    Q.   Okay. Could you have anything with you?
17    A.   No. I couldn't bring my book bag,
18 purse, cell phone, nothing.
19    Q.   Okay. So just you?
20    A.   Yes.
21    Q.   Okay. And when you met him at whatever
22 location he specified, would you generally walk
23 there?
24    A.   Yes. I would, like -- if I got a ride,
25 I would get a ride close, you know, close to that

Page 40

1 vicinity, but I would always want to walk the
2 rest because I would have to stash my phone until
3 it was over.
4     Q.   Okay. What caused you to comply with
5 his directions?
6     A.   I didn't take light of his threats. He
7 seemed very stern, and I didn't feel like he made
8 a threat that he couldn't keep.
9     Q.   Okay. Once you reached the area of the
10 school that we just looked at on the screen as
11 Exhibit 11, right, what happened there, did he
12 touch you?
13    A.   He got out the driver side and walked
14 around to the passenger side. He told me to get
15 up. I began to get up. When I got up, he -- I
16 was kind of leaning against the car facing him
17 and he began kissing me and telling me he
18 loved -- he loved me and he's in love with me,
19 and I belong to him and things of that nature.
20        Then he began -- proceeded to put his
21 hands down my pants and began fondling me. And
22 it was extremely rough. I think he was
23 frustrated because he couldn't find a destination
24 for a moment, so it was extremely rough when he
25 put his hands down there. And I made an ouch

Page 41

1 sound. Well, I said ouch. He hurry up and
2 grabbed me and shove me -- pushed me in the back
3 seat because he thought that I was trying to gain
4 the attention of someone that was walking, I
5 would say, maybe if we -- we were parked at that
6 wall, this person was up here where the screen
7 is, so they really couldn't see because the trees
8 were falling, so they really couldn't see too
9 much of what was happening. I didn't actually
10 see the man at all until he said something, but
11 he thought I said ouch to gain the man's
12 attention, but I actually didn't see him.
13    Q.   Okay. You just described the distance
14 in this room. Would that look about 15 to
15 20 feet to you?
16    A.   Probably so. I'm not good with the feet
17 measure, but...
18    Q.   I'm sorry?
19    A.   I was saying probably so. I'm not good
20 with the measuring as far as the feet, but it
21 was -- it was -- it was close enough to where he
22 could see, you know, the vehicle, maybe could
23 hear things, but I don't think that he can
24 physically see what was going on, the guy that
25 was going by minding his business.

11 (Pages 38 - 41)

1    Q.   Okay.  And he couldn't -- was the reason
2  he couldn't see because there were trees --
3    A.   Yes.
4    Q.   -- in the way?
5    A.   Yes.
6    Q.   Okay.
7    A.   And he also had the passenger door open
8  as well, so, yeah, you couldn't see either way it
9  went.  He made sure the passenger door was
10 open --
11   Q.   Okay.
12   A.   -- because that's the side I would get
13 out of.
14   Q.   Was that the front passenger --
15   A.   Yes, the front.
16   Q.   -- door or the rear passenger door?
17   A.   No, the front.  Both of them would be
18 open, but the front door was for blockage I
19 believe.  And the back door was just open for me
20 getting out of it.
21   Q.   Okay.  So when he first touched you,
22 were you standing outside the car facing him?
23   A.   Yes, I was.
24   Q.   Okay.  And he was standing right in
25 front of you facing you?

1    A.   He was kissing me.
2    Q.   Okay.  And was your back facing the
3  vehicle?
4    A.   My back was leaning up against the --
5  the rear end of the car.
6    Q.   Okay.  And you said he was kissing you;
7  right?
8    A.   Yes.
9    Q.   Okay.  And at the same time he was
10 kissing you, was that when he inserted his
11 fingers?
12   A.   Yes.
13   Q.   And did he pull your shorts or pants
14 down to do that?
15   A.   No.  I had on jogging pants, and so he
16 just reached in there and began fondling me.  I
17 think he was trying to get his self aroused.  And
18 he was growing frustration because he couldn't
19 get his self aroused or whatnot.  And also
20 because my body didn't react to his sexual
21 pleasures.  Meaning, like, a normal thing that a
22 woman's body would do if they were to get
23 intimate with someone, my body did the total
24 opposite.  And that drew a lot of frustration
25 with him.  Like, he totally was losing every

1  piece of patience he had.
2    Q.   Okay.  And what did -- do you remember
3  anything he said then?
4    A.   He said a lot of things.  I can't
5  remember everything ver -- word verbatim, but a
6  couple things that he said was, "This is my
7  pussy," and "Daddy's here."  Don't fuck with him,
8  meaning, like, don't play no games or whatever.
9    Q.   Okay.  When you said ouch, was that
10 because his hand was hurting you?
11   A.   Yes, it was.
12   Q.   Okay.  And what happened after you said
13 ouch?
14   A.   He got angry and shoved me in the car
15 because he thought I was trying to catch the
16 attention of someone.
17   Q.   When you were shoved in the car, do you
18 remember if you ended up sitting down or laying
19 down?
20   A.   I was -- I was, like, slightly, like,
21 you know, maybe not all the way down flat, but
22 not sitting up completely.  I was pushed, so I
23 didn't lay in perfect --
24   Q.   Okay.  So leaning back, is that a
25 fair --

1    A.   I was, like, leaning to the side.  I was
2  trying to position myself to sit up.
3    Q.   Okay.  And what happened next?
4    A.   He reached in and, like, grabbed my
5  neck.  And --
6    Q.   With one hand or two hands?
7    A.   One.
8    Q.   And what happened next?
9    A.   Once he grabbed my neck, he start
10 putting a little pressure with it, and continued
11 to kind of ejaculate his -- I mean, not
12 ejaculate, but to fondle his self, play with his
13 penis or whatever, trying to get it aroused.
14 And --
15   Q.   When did he take his penis out?
16   A.   Oh, when -- after he pushed me in the
17 back seat.
18   Q.   Okay.
19   A.   Then he -- he pulled his pants down to,
20 like, mid-thigh level and I guess -- I don't
21 know, I can't read his mind, but I'm assuming
22 that that was too much for -- exposure for him,
23 because he pulled his pants up and then proceeded
24 to pull his penis through the zipper part.
25       And so he told me to touch it and rub it

1 or whatever. And I did. And he asked me what
2 the fuck -- "What the fuck were you shaking for,
3 it's just dick." And I didn't -- wasn't no
4 answer to that, you know, I just kept trying to
5 keep him from getting angrier.
6    Q.   Okay. How long was his hand on your
7 neck?
8    A.   Maybe about 15 seconds.
9    Q.   Okay. Did he squeeze it or just put his
10 hand on your neck?
11    A.   He didn't initially squeeze it, he just
12 had his hand around it, saying don't fuck with
13 him. And then, yes, he did begin to apply a
14 little pressure, but not enough to cut off, like,
15 my breathing or anything. Like, it wasn't -- it
16 was more of a sexual thing for him, it -- more
17 than physical abuse or whatever. It was
18 something that he was trying to do to get his
19 self going.
20    Q.   Okay. So after he put your hand -- or
21 had your hand put on his penis, what happened
22 after that?
23    A.   He told me just fucking stop, and he
24 told me to pull my pants down and lay back.
25    Q.   Okay. Did you do what he said?

1    A.   Yes.
2    Q.   Okay. And did you believe you had to
3 comply with that?
4    A.   Yes.
5    Q.   And what happened next?
6    A.   He couldn't get his penis erection or
7 whatever, so then he told me to bend over while
8 he fondled, like, my back end. And then he got
9 an erection after that and he just, like, shoved
10 his penis inside of me. And began raping me for
11 about maybe 45 seconds, less than a minute. And
12 then he ejaculated.
13    Q.   If I understood that right, you're
14 saying that he entered you from behind?
15    A.   Yes.
16    Q.   And were you laying across the back
17 seat?
18    A.   No. At this time I was in -- my knees
19 were, like -- so hard to explain. I was in,
20 like -- I hate to say it, but, like, a doggie
21 position.
22    Q.   Okay.
23    A.   And that's when he was fondling my
24 buttocks area.
25    Q.   Okay.

1    A.   And then he finally got his penis to
2 rise and he, like, tried to hurry up and shove it
3 in me before it went back down. And I left out a
4 part where he took his hand and spit on it and
5 then, like, wiped it across my vaginal area,
6 like, for moisture or whatever.
7    Q.   When you say you were in a doggie
8 position, does that mean, like, all fours?
9    A.   Yes. I was, like, on my knees and my
10 hands were like this on the --
11    Q.   Were you --
12    A.   -- seat.
13    Q.   -- in the back seat then?
14    A.   Uh-huh. And then he told me to scoot
15 out some, and when I'd scoot out, basically my
16 hands and my arms is still leaned over on the
17 seat, but my legs were standing on the ground
18 next to the car, but I'm leaned in on the car and
19 he's behind me.
20    Q.   What happened after he ejaculated?
21    A.   He made, like, a loud -- like a loud
22 sound. A relief. And he said things like,
23 "That's Daddy's bitch," "Be a good bitch and do
24 what I tell you to do." And as long as I do what
25 he want me to do, I don't have anything to worry

1 about. And if I'm having trouble with that, he
2 has something that'll clear my mind.
3    Q.   Did he say what that was?
4    A.   He didn't say the actual name of it, but
5 he pointed to a bag that was a sandwich bag that
6 had drugs in it.
7    Q.   Did he offer you drugs?
8    A.   Yes.
9    Q.   Okay. Do you know what kind of drugs?
10    A.   He first started asking did I smoke
11 marijuana; and I replied no. And he said I was
12 lying, and he was like, who don't fucking smoke
13 pot; and I'm like, I don't. And so he asked me
14 did I drink; I told him no. And he said "Well,
15 what the fuck do you do to have fun." And I made
16 a reply that I was in drill team, and he said,
17 "You popping that little pussy all around the
18 gym."
19    Q.   I'm sorry, you said drill team?
20    A.   Yes.
21    Q.   Do you remember anything else he said on
22 that occasion?
23    A.   Not that I can remember.
24    Q.   Okay. After that was over did he drop
25 you off somewhere or take you anywhere else?

13 (Pages 46 - 49)

1   A.  He dropped me back off where he picked
2   me up at.  And --
3   Q.  Was that at the auto place?
4   A.  Yeah, on 12th Street.
5   Q.  Okay.
6   A.  Yes.
7   Q.  I think you said earlier you were 13;
8   right?
9   A.  Yes.
10   Q.  Okay.  Let's just try and establish here
11   a little time frame.  Can you tell us what year
12   you were born?
13   A.  1994.
14   Q.  So this would have been around 1997
15   [sic]?
16   A.  Yes.
17   Q.  Okay.  And did you continue to suffer
18   these -- these meetings with --
19   A.  For --
20   Q.  For how long?  Tell us.
21   A.  Approximately a duration of four years,
22   up until I was almost 18.
23   Q.  Do you recall what school you were
24   attending at the time when this first started?
25   A.  I was attending   REDACTED   .

1   Q.  Okay.  Did you --
2   A.  At first.  And then --
3   Q.  At first?  Were there any other schools
4   that you attended?
5   A.  Yes.  I attended, I think it's called
6   REDACTED  They had changed the name, like, twice
7   so I'm not sure what it stuck with now, but I
8   think at that time it was called REDACTED--
9   Q.  Okay.
10   A.  --  REDACTED  .
11   Q.  Okay.  Any other middle schools?
12   A.  No.  I did go to another one, not during
13   his -- you know, the timing with him, it was
14   before.
15   Q.  It was before?
16   A.  Yes.
17   Q.  Okay.  What school was that?
18   A.  REDACTED
19   Q.  Okay.  Did he ever pick you up from
20   school?
21   A.  No.  He would be outside of my school,
22   it was just to make sure, I guess, I'm doing what
23   I'm supposed to be doing, or going where I'm
24   supposed to be going, but no, I never physically
25   got in the car with him from school.  That would

1   be too open for him, so no.
2   Q.  Okay.  Would you sometimes see him
3   around your school?
4   A.  All the time.
5   Q.  Okay.  And please describe that, what
6   was he doing?
7   A.  He would always just be sitting there
8   parked when I come out the school, he was always
9   to the right of me.  So when I come out of school
10   and I looked to my right, he'd be sitting there.
11   He never waved, he never did, you know, anything
12   to draw any attention to him, but he made sure
13   that I seen him, you know.  And that was about
14   it.
15   Q.  Okay.  About how many times did that
16   happen?
17   A.  I don't have a number.  Maybe more
18   than -- more than a dozen.
19   Q.  Okay.  So quite a few?
20   A.  Yeah.
21   Q.  Okay.  How did he make sure you saw him?
22   A.  Because he would always be parked, like,
23   it's, like, no way you could miss him when you
24   come out the school.  You can't go straight, you
25   can only go left or right, and he would be

1   sitting right there at the end of the driveway on
2   the right acting as if he's waiting on someone.
3   And then the next thing you know, you know, he'll
4   just pull off nonchalantly as if you, you know.
5   Q.  Do you know what he was interested in
6   finding out about you?
7   MR. ROACH:  Object to the form.
8   Q.  (BY MS. PILATE)  Did he ever indicate to
9   you what he was interested in finding out or say
10   anything that caused you to understand what he
11   was looking for?
12   A.  He just said things along the nature,
13   "I'm making sure you're being a good bitch like
14   Daddy told you to be."
15   Q.  What was a good bitch supposed to be?
16   A.  I wasn't talking to any guys or anything
17   of that nature.
18   Q.  Okay.  I think you said earlier that he
19   made you call him Papi?
20   A.  Yes.
21   Q.  Do you remember what names he used for
22   you?
23   A.  Called me every name in the book.  I was
24   bitch; I was a whore; I was a slut; I was a cum
25   dumpster.  That was his favorite word, cum

Page 54

1 dumpster. So he never called me by name.
2    Q.   Okay. Did he make any further
3 references to your grandmother or your family
4 members?
5    A.   When?
6    Q.   On any of these visits.
7    A.   Every visit.
8    Q.   Okay. I think you said this continued
9 over a period of four years?
10    A.   Yes.
11    Q.   Okay. Do you have an estimate of how
12 many times you had these meetings with Golubski?
13    A.   Over a dozen.
14    Q.   Could it be more than two dozen?
15    A.   Yes.
16    Q.   Okay. Do you recall some of the places
17 that you were?
18    A.   Yes.
19    Q.   Okay. Let's look at some of them.
20        MS. PILATE: Let's do B.
21        MS. RUNNELS: B?
22        MS. PILATE: Yeah.
23    Q.   (BY MS. PILATE) Is the area of 55th and
24 Leavenworth Road familiar to you?
25    A.   Yes.

Page 55

1    Q.   Okay. These are some photos of that
2 area we have put up on the screen and we are
3 marking this as Plaintiff's Exhibit 12.
4        (REDACTED Exhibit 12 was marked for
5 identification.)
6        MR. ROACH: What's the internal
7 number?
8        MS. PILATE: B.
9    Q.   (BY MS. PILATE) Right now we are
10 looking at an area of 55th Street where there's a
11 lot of trees and foliage on both sides of the
12 road. Is that area familiar to you?
13    A.   Yes.
14    Q.   Okay. Can you tell us if Golubski took
15 you to that area?
16    A.   Yes, he did.
17    Q.   Okay. Can you describe -- well, let me
18 ask you this: Did he take you to that area once
19 or more than once?
20    A.   I think twice.
21    Q.   Okay. Can you describe where he took
22 you in that area?
23    A.   We went down a long road that seemed
24 never ending. And then he got, like, to some
25 railroad tracks and he said, oh, shit. And then

Page 56

1 he backed up. It wasn't a train coming or
2 anything, I think he realized he had went too far
3 down. And so he backed up and then made a left
4 turn. And it was, like, no street lights, like,
5 extremely dark, and so he just, like, pulled to,
6 I don't know if it was a resting area or what,
7 but he pulled over there and turned his lights
8 off.
9    Q.   Okay. Was this an isolated area?
10    A.   I mean, maybe with trees.
11    Q.   Okay. That's what I mean.
12    A.   Oh.
13    Q.   Were there any businesses or homes
14 right --
15    A.   Yeah, no. I was --
16    Q.   -- in the immediate vicinity?
17    A.   I'm sorry. No, I didn't see any.
18    Q.   Okay. Was it mostly trees?
19    A.   Yes.
20    Q.   Okay. Did it look like the photo that
21 we've put up on the screen with the foliage?
22    A.   Yes.
23    Q.   Okay. And he pulled off into a little
24 area off of 55th, is that what you're saying?
25    A.   Yes.

Page 57

1    Q.   Okay. And do you recall what happened
2 at that point?
3    A.   He told me to get up. And I got up and
4 he switched his position to the passenger side
5 and he told me to get on top of him.
6    Q.   Okay. When you say the passenger side,
7 do you mean the front seat or the back seat?
8    A.   The -- I'm sorry, the back seat where I
9 was sitting. He told me to get up. Once I got
10 up, he sat on the seat, not the floor, but the
11 seat, and he told me to sit on top of him.
12    Q.   Okay. So was he seated facing forward
13 with his feet on the floor?
14    A.   Yes. He was looking at the back of the
15 seat, of the headrest, like, the back of the
16 passenger seat. And I would be facing the back
17 windshield.
18    Q.   Okay. Was that a type of straddle
19 position he wanted you to assume?
20    A.   Yeah. It was, like, he wanted me to be
21 on top or whatnot.
22    Q.   Okay. And did you comply with what he
23 said?
24    A.   Yes.
25    Q.   And why did you comply?

15 (Pages 54 - 57)

Page 58

1   A.   Because I didn't want to die.
2   Q.   Are you okay to continue?
3   A.   Yeah, I'm fine.
4   Q.   What happened next?
5   A.   Once again, he was having trouble
6 getting his self aroused, so he asked me to put
7 my mouth on his penis. He asked me had I ever
8 done that before, and I told him no. And he told
9 me that I was lying, quit shitting him. And I
10 assured him that I hadn't and I didn't know what
11 I was doing. So he told me what -- he directed
12 me on what to do.
13       And I followed those directions, which
14 was to open my mouth. He told me to gather as
15 much spit as I can in my mouth and when he
16 inserts his penis in my mouth, I'm to release all
17 the saliva on his penis. And I tried to do that,
18 and I guess, like, my teeth scraped him and he
19 hit me upside my head, like, three times because
20 my teeth hurt him. And I didn't do it on
21 purpose.
22   Q.   Can you describe where on your head he
23 hit you, was it --
24   A.   On the side of my head.
25   Q.   Okay. Like, near your ear?

Page 59

1   A.   Yeah. Excuse me. Can I get a Kleenex?
2 Oh, never mind, I'm sorry. I brought one. Sorry
3 about that. Excuse me.
4       THE WITNESS:  Thank you.
5   Q.   (BY MS. PILATE)  Did he hit you with an
6 open hand or with his fist?
7   A.   Open hand. Well, I -- honestly, I
8 didn't see the hand. From what it felt like, it
9 was an open hand. It was like a slap upside the
10 head, like, three, maybe four times.
11   Q.   Okay. Was this when your face was in
12 his --
13   A.   Yes.
14   Q.   -- lap?  What happened after that?
15   A.   I tried to do it better and it wasn't
16 working for him, he was getting upset and
17 frustrated and very agitated with me. He just --
18 he just belittled me, you know, like, "You got to
19 be fucking kidding me," and I thought you said --
20 "I thought you said you fucked your foster dad."
21 And I was like, I didn't have sex with him. And
22 then he popped me in my mouth and told me stop
23 back talking. And he said again, "Didn't you say
24 that you fucked your foster dad." And so I just
25 agreed with him, just to compromise. And he

Page 60

1 said, He never had you do this," and I said no.
2 And he said "un-fucking-believable."
3       And so at that time he climbed out the
4 back seat and he -- I take it he didn't think
5 that I was really putting my all into it because
6 he continuously made comments stating, "You know
7 what the fuck you're doing" and "Don't fuck with
8 me" was, of course, his number one word. "Don't
9 try to play innocent like you don't know how to
10 do it." And he just went on about it, you know.
11       And I asked if he wanted me to try
12 again, and he said fuck no, he don't have time
13 for my bullshit today. And after that he just
14 had me ejac -- I mean, play with his penis until
15 he ejaculated. And he wanted to ejaculate on my
16 face.
17   Q.   Did he do that?
18   A.   Yes.
19   Q.   During the time period of these meetings
20 with Golubski, in addition to the sexual
21 assaults, did he physically assault you?
22   A.   Yes.
23       MR. ROACH:  Object to the form.
24   Q.   (BY MS. PILATE)  I want to just be clear
25 with the question. I'm not -- putting aside the

Page 61

1 sexual --
2   A.   Yeah.
3   Q.   -- for a moment.
4   A.   Yeah.
5   Q.   Let's talk about the physical.
6   A.   Yeah.
7   Q.   Did he ever -- other than the occasion
8 you're talking about right now, did he beat you,
9 slap you, punch you, hit you?
10   A.   Yes.
11   Q.   Okay. Could you explain when that would
12 happen.
13   A.   When I would take too long getting out
14 the car, he'll reach back and, like, punch me
15 upside the head or something. He'd slap me a
16 couple times. I mean, I don't really know how to
17 put it in format, like, just whenever I felt
18 like it, you know. At his convenience.
19   Q.   Okay.
20   A.   So even when things were not going right
21 outside of me, usually I would feel the
22 repercussions of it.
23   Q.   Okay. So that would occur at times when
24 his emotions --
25   A.   Yeah, was -- were at all-time high, when

1 he was upset about something, whether it was to
2 do with me or not. It was just -- I mean, I'm
3 not going to just say he just reached back and
4 just punched me. Like, it was something, you
5 know, triggering it and no, it was not me, you
6 know, so -- but whatever it is, you know, he felt
7 very comfortable putting his hands on me, but he
8 would be careful about where, you know.
9         He initially never put his hands on my
10 face, like, either my head because, you know, you
11 can't see a bruise on the head. That's what I'm
12 putting it in my head, that, you know, he's
13 making sure he's trying to hit me in places
14 where, you know, I can't see what damages or, you
15 know, bruise or whatever the case might be. So
16 mostly, you know, it was, like, little slaps
17 upside the head or stuff like that.
18     Q. Was there a time that he took you to an
19 area where there was some fast food restaurants?
20     A. Yes.
21         MS. PILATE: Let's do C.
22     Q. (BY MS. PILATE) We're going to mark the
23 next exhibit, which is C in our notebook, but for
24 purposes of the deposition will be marked as 13.
25         (REDACTED Exhibit 13 was marked for

1 identification.)
2         MS. PILATE: Is there anything else
3 in that one?
4         MS. RUNNELS: No.
5         MS. PILATE: Okay. Go down to the
6 house again.
7     Q. (BY MS. PILATE) Do you recognize the
8 house that appears in Exhibit 13?
9     A. Yes.
10     Q. Okay.
11         MS. PILATE: Lindsay, page back
12 through that.
13     Q. (BY MS. PILATE) Does seeing those
14 satellite shots in this exhibit help you locate
15 where this house is?
16     A. Yes.
17     Q. Okay. You recognize this area?
18     A. Yes.
19     Q. Okay.
20         MS. PILATE: Return to the house.
21     Q. (BY MS. PILATE) Is this area one that's
22 familiar to you?
23     A. You said before him?
24     Q. No. With him. I mean --
25     A. Oh.

1     Q. -- is it familiar as a result of your
2 experience with him?
3     A. Yes.
4     Q. Okay. Is it around 38th and State?
5     A. It's 34th and State.
6     Q. You think 34th and State?
7     A. Yeah.
8     Q. Okay. And how many times were you taken
9 to this area?
10     A. Twice.
11     Q. Okay. What happened when you were taken
12 to this area?
13     A. The regular sexual encounters that
14 happened every time that I -- well, nearly, at
15 least 95 percent of the time that I was with him,
16 it was always, like, me leaning over into the car
17 in the back seat, and him having sex with me from
18 behind. Or he struggled with being on top of me,
19 just wasn't enough room. And he was always
20 greatly frustrated behind that, as if I was the
21 problem.
22     Q. Okay. You say he struggled with being
23 on top, are you talking about face-to-face --
24     A. Yes.
25     Q. -- with him on top?

1     A. Yes.
2     Q. So that didn't really work out?
3     A. No.
4     Q. So explain how he would enter you from
5 behind, what positions were both of you in?
6     A. He was just in the standing position
7 behind me and I was leaned over in the car.
8     Q. Okay. So would your feet be on the
9 ground?
10     A. Yes.
11     Q. And would your upper torso be leaning
12 into the car?
13     A. Yes.
14     Q. Would you be leaning into the back seat?
15     A. Yes.
16     Q. Okay. And he would be behind you?
17     A. Yes.
18     Q. Okay. So if someone was in the area,
19 what would they see?
20     A. In this particular area, I'm not -- I'm
21 not sure because it's a little hill and then it's
22 a fence. Well, it was a fence around it. But if
23 someone was to pull in the driveway, they would
24 see him standing there with his pants to his
25 knees.

17 (Pages 62 - 65)

Page 66

1    Q.   Okay.
2    A.   Sometimes.  Or sometimes just, he would
3  pull his penis out through his zipper.
4    Q.   Okay.  So that was something he did in
5  the City of Kansas City, Kansas?
6    A.   Yes.
7    Q.   Okay.  And he would take his penis out;
8  is that right?
9    A.   Yes.
10    Q.   And he would drop his pants?
11    A.   Sometimes he would take it out through
12  his zipper, sometimes he would pull his pants
13  down.
14    Q.   Okay.  Was there an area behind this
15  house that was kind of secluded?
16    A.   Yes.
17    Q.   Okay.  Was it next to anything, in terms
18  of --
19    A.   It was next to a Burger King.  I
20  remember hearing the Burger King worker drag the
21  trash barrel back to the dumpster, and -- the
22  second time I was there, that's when I heard it.
23  And I made a loud noise as if I was -- not loud,
24  but I made a noise as if I was clearing my
25  throat, but I hit the wooden fence, you know, to

Page 67

1  try to get attention or hoping that, you know,
2  someone would get curious as to what the noise
3  was or something, but nothing ever -- nothing
4  ever happened from it, so...
5    Q.   Okay.
6    A.   And it was too risky, you know, making
7  too much noise, so it was just, like, a simple
8  little (descriptive sound).  And you know, I
9  coughed with it to, you know, play it off, but no
10  one ever came.
11    Q.   Okay.  Did Golubski say anything when
12  you hit the fence?
13    A.   He asked me, "What the fuck was that."
14    Q.   What did you say?
15    A.   I said I tripped.  I was trying to get
16  in the car and I tripped.
17    Q.   Okay.  Was not making noise that would
18  draw attention to yourself one of the rules?
19    A.   Yes.
20    Q.   When you were with him at this location,
21  was it daytime or at night?
22    A.   Nighttime.  Well, evening.
23    Q.   Okay.  So it was somewhat light and
24  somewhat dark?
25    A.   No.  For the first time I would say it

Page 68

1  was, like, getting close to dark.  And the second
2  time it -- it wasn't late, but it was -- it was
3  dark.  But it wasn't, like, late at -- like, I
4  think it was -- and this is a rough estimate,
5  like, maybe around 7:00-ish or something in the
6  evening.  So it was dark, but the first time it
7  was getting dark.  And he kind of bull-crapped
8  around like he was waiting for it to get dark.
9  But that's what I took it of.
10    Q.   Okay.  Do you remember anything in
11  particular he said on these visits to this
12  location?
13    A.   I can't think about it right now.
14    Q.   Okay.  So what you remember is going up
15  the driveway and there's kind of an area behind
16  there?
17    A.   Yeah.  It was, like, a little shed
18  behind there.
19    Q.   Okay.  Did he ever take you across the
20  state line into Missouri?
21    A.   Yes.
22    Q.   Do you remember approximately when that
23  occurred?
24    A.   I --
25    Q.   It's probably -- it was just somewhere

Page 69

1  in the middle of this four-year --
2    A.   Yeah.
3    Q.   Okay.
4    A.   Yeah.  Because I've told you about at
5  least the first three or four encounters, so
6  anything after that was -- to me, probably after
7  the sixth or seventh it kind of was, like,
8  middle -- a middle.  I would call it a middle
9  encounter.
10    MS. PILATE:  Okay.  Let's do G.
11    A.   When it was, like, towards the age of 15
12  or whatever, maybe.
13    Q.   (BY MS. PILATE)  Okay.  We are going to
14  what we internally marked as Exhibit G, but in
15  this deposition will be Plaintiff's 14.
16    ([REDACTED]Exhibit 14 was marked for
17  identification.)
18    Q.   Do you recognize the buildings that
19  appear in this exhibit?
20    A.   Yes.
21    Q.   And how do you know these buildings?
22    A.   Because he went to that location before.
23    Q.   Okay.  Is this a location in Kansas
24  City, Missouri?
25    A.   Yes, on Independence Avenue.

18 (Pages 66 - 69)

Page 70

1    Q.   Okay.  And do you remember how many
2  times he took you there?
3    A.   Maybe about -- about -- maybe about four
4  or five times.
5    Q.   Okay.  And what happened when he would
6  take you to that location?
7    A.   I believe that he was making drug deals
8  at that location.  From what I could see, that's
9  what he was doing.
10    Q.   Okay.  What did you observe?
11    A.   I observed him having -- pulling some
12  bags out of a McDonald's bag.
13    Q.   Pulling what?
14    A.   Pulling clear bag -- like, a sandwich
15  bag out of a McDonald's bag that was on the
16  passenger seat rolled up.
17    Q.   Okay.
18    A.   He pulled the drugs out or whatever and
19  he got out and kind of walked off to the right
20  side of the building to where, basically where I
21  was, I would have to sit all the way up to look
22  and see, you know, what he's doing.  And so I can
23  only get a quick glance.  I didn't, you know, I
24  couldn't just look at it, you know, stare and try
25  to figure things out.  I was just trying to get a

Page 71

1  little glance to see where I am.
2    Q.   Let's take a step back and just focus on
3  the drugs here for a second.  Did you know him to
4  carry drugs in his vehicle?
5    A.   Yes.
6    Q.   Okay.  And could you identify the kind
7  of drugs that he had?
8    A.   Yes.
9    Q.   Okay.  And what were they?
10    A.   He had marijuana, he had crack, and he
11  had some type of pills that were -- I don't know
12  what kind they were, but they were, like,
13  colorful, different colors.  And then he would
14  have brown cigarettes, and that's it.
15    Q.   Did you know what those brown cigarettes
16  were?
17    A.   Cigarettes.  Yeah, cigarettes.
18    Q.   Okay.  Did they have any particular
19  smell or appearance to them?
20    A.   Yeah.  I can't describe the smell.  It
21  was just, like, really, really strong, like, I
22  don't know.  I want to reference to, like,
23  gasoline, but I'm not -- I'm not saying it was,
24  like, gasoline on them or nothing, but they -- I
25  don't know -- I don't know, but it's a distinct

Page 72

1  smell, you would have to smell it to know.  I
2  don't know how to describe it in words.
3    Q.   That's okay, you're fine.  So he had
4  marijuana, crack, pills of some kind, and brown
5  cigarettes with a small -- strong smell?
6    A.   Yeah.  Yes.  And then sometimes he would
7  pull out this bottle thing.  It's, like, a brown
8  bottle.  It looked like -- like a -- something
9  you use for cooking.  I can't think of the word
10  I'm trying to say.  Like a vanilla as -- extract
11  bottle type of thing.  That's all I ever saw.
12    Q.   Okay.  What locations in the vehicle did
13  he keep drugs in?
14    A.   The glove compartment, the middle part,
15  and the trunk.
16    Q.   Okay.  And was this vehicle the vehicle
17  he used for police business?
18    A.   Yes.
19    Q.   Do you know how he stored it in the
20  glove compartment?
21    A.   It would be inside of a McDonald's bag.
22    Q.   Okay.  Did he have a number of
23  McDonald's bags?
24    A.   Huh-uh.  No.
25    Q.   How many?

Page 73

1    A.   Just the -- I don't -- I'm not sure.
2  The only thing that I seen was one.  But I'm sure
3  that's not the same bag every time, so...
4    Q.   Okay.  So you saw a McDonald's bag in
5  the glove compartment?
6    A.   No, I didn't see it in the glove
7  compartment.  I saw it on the passenger seat and
8  in the middle part; I also saw him take it out
9  the trunk out of a black bag.
10    Q.   Okay.  Let's break that down a little
11  bit.  Was the McDonald's bag used just for drugs
12  or were other things put in it sometimes?
13    A.   Money was put in there sometimes.
14    Q.   Okay.  Where was the McDonald's bag
15  usually stored in the vehicle?
16    A.   Like, the middle.  It would, like, be
17  folded all the way down, and then it would be,
18  like, in the middle part.  I don't know if you
19  say, like, between the seat or something like
20  that.  Other than that --
21    Q.   Was it in the front seat?
22    A.   Yeah, in -- I'm sorry.  In the front
23  passenger seat.
24    Q.   Okay.  And were there sometimes baggies
25  in the McDonald's bag?

19 (Pages 70 - 73)

1   A.  Always.
2   Q.  Okay.  And do you know what was in the
3  baggies?
4   A.  Yes.  Crack cocaine, and just all the
5  drugs I just named.  The pills, the marijuana,
6  the crack cocaine.
7   Q.  Did he sometimes have that McDonald's
8  bag in his -- in the glove compartment?
9   A.  Yes.
10   Q.  Okay.  And when he had it in the glove
11  compartment, did he use it to store drugs in
12  there?
13   A.  Yes.
14   Q.  Okay.  And did you see that?
15   A.  No.  I saw the McDonald's bag, but I
16  didn't see him put the drugs in there, they were
17  already in there.
18   Q.  Did you ever see him take drugs
19  out of the --
20   A.  Yes.
21   Q.  -- McDonald's bag?
22   A.  Yes.
23   Q.  Okay.  And were those drugs in baggies?
24   A.  Yes.
25   Q.  Okay.  And what kind of drugs did you

1  see him take out of the bag?
2   A.  Mostly the crack cocaine and the brown
3  cigarettes.
4   Q.  Okay.  I think you mentioned the trunk
5  of the vehicle.  Was there something he kept in
6  the trunk?
7   A.  A black hand-held gym bag.
8   Q.  Okay.  Was that, like, a duffle bag?
9   A.  Yes.  But it was a smaller one, it
10  wasn't very big.
11   Q.  It wasn't big.  How -- about how big was
12  it, could you --
13   A.  Maybe about this big.
14   Q.  Okay.  It looks like you're holding your
15  hands 18 to 20 inches apart, the best I can tell.
16  Does that sound about right?
17   A.  Yeah.  Like, maybe a little smaller than
18  the width of this table.
19   Q.  Okay.
20   A.  Yeah, like, here to here.
21   Q.  Okay.  And did it have handles?
22   A.  Yes, it did have two handles.
23   Q.  Okay.  How many times did you see this
24  black duffle bag?
25   A.  Quite a bit.

1   Q.  Okay.  And when would you see it in your
2  time with him?
3   A.  Whenever he would meet up with someone.
4   Q.  Okay.  And who was he meeting up with?
5   A.  Other police officers.
6   Q.  Okay.  And what did he do with the black
7  duffle bag?
8   A.  He would pull whatever he need to pull
9  out of there, sometimes it would be the
10  McDonald's bag, or sometimes he'll hand them the
11  whole bag.
12   Q.  Okay.  Did you ever see him pull drugs
13  out of that bag?
14   A.  The black bag?
15   Q.  Uh-huh.
16   A.  Yes.
17   Q.  Okay.  And did you ever see the drugs in
18  baggies or were they in the McDonald's bag?
19   A.  They were both.  Normally whenever --
20  whenever they were in the front seat, it's
21  because he was, like, heading to a destination.
22  But him going in the trunk to the black bag was
23  only when he was meeting up with fellow officers
24  or whatever mostly.
25   Q.  Okay.  What causes you to say that the

1  people he met with were fellow officers?
2   A.  Because I saw them.
3   Q.  Okay.  What said they were officers, did
4  they have badges or --
5   A.  Yeah.
6   Q.  Did they wear uniforms?
7   A.  Yes.  They were uniform cops, they were
8  cop cars.
9   Q.  Okay.  And was he handing things to them
10  or receiving things?
11   A.  Both.  They were -- they would -- not
12  every time, but sometimes he would pass them the
13  McDonald's bag and at that time it would be money
14  in there.  And he would give the bag to the
15  officer, and the officer would, like, give him
16  the little black gym bag, he will look inside and
17  throw it inside his trunk.
18   Q.  Okay.  So was the black gym bag
19  something that went back and forth between --
20   A.  Uh-huh.
21   Q.  -- him and the officers?
22   A.  Yeah, because, like, sometimes it wasn't
23  in his possession.  Like, sometimes when he met
24  up with the other officer, he would give him the
25  bag.  But I never knew when it was in the trunk

1 or not, unless he pulled up to another officer or
2 whatever the case might be.
3    Q.   Okay.  I think you said that on occasion
4 that money was in the McDonald's bag?
5    A.   Yes.
6    Q.   Okay.  What caused you to conclude that?
7    A.   Excuse me.  I seen it at one point.  And
8 then another time when he got out and he dropped
9 the bag, you can just, you know, tell by the form
10 of the bag that it was money in there.  And then,
11 like, the way it fell so lightly that, you know,
12 wasn't nothing in there.  It was -- like,
13 sometimes he would recount the money just to make
14 sure, and put it back in the bag.
15    Q.   Okay.  So let's return to Chouteau
16 Court.  When he took you there, was that for the
17 purpose of sex or was it just for the purpose of
18 doing something with drugs?
19    A.   Doing something.  He tried
20 one time there.
21    Q.   Okay.
22    A.   And he didn't try -- I mean, I think he
23 thinks someone saw him or something of that
24 nature because he, like, got out of there quick.
25    Q.   Okay.  When he went to Chouteau Court,

1 did he seem to be going to the same apartment or
2 area every time?
3    A.   Yes.
4    Q.   Okay.  Did you ever see anyone he was
5 meeting?
6    A.   I saw a man, a dark-skinned man with
7 braids to the back.  I can't -- I mean, no, I
8 don't --
9    Q.   Did he hand something to the man or did
10 the man hand something to him?
11    A.   They exchanged something as if it was a
12 handshake.
13    Q.   Okay.  When he -- when Golubski got out
14 of the car, did he appear to have drugs with him?
15    A.   Yes.  He would grab whatever he needed
16 to grab, sometimes it would be inside of the bag
17 or the bag would be in the glove compartment, but
18 he would grab what he needed to grab and then
19 proceed on to do whatever it is that he needed to
20 do.
21    Q.   Okay.  And when you saw him meet with
22 this dark-skinned person, they appeared to do a
23 hand-to-hand exchange?
24    A.   Yes.
25    Q.   And how long was Golubski out of the

1 vehicle?
2    A.   Not long.  Maybe 15 seconds.  15,
3 20 seconds.  Like, just enough to go on the side
4 of the vehicle or whatever.
5    Q.   Okay.  Did Golubski know you could see
6 him?
7    A.   No.
8    Q.   Was there a rule about what you could
9 look at?
10    A.   I was not to look up at all.
11    Q.   Did you break that rule?
12    A.   Yes.
13    Q.   Okay.  Could you explain how you did
14 that?
15    A.   I start a seven second count from the
16 time he got out the car.  I knew I had second --
17 seven seconds because that's how long -- I would
18 calculate how long it'd take him to get out
19 before he would be able to get out and turn
20 around and look at me.  So I just --
21    Q.   After he got out of the vehicle, would
22 he look back at the vehicle?
23    A.   Every time.  To make sure that I was
24 down low enough.
25    Q.   Okay.  And what you're saying is you had

1 calculated the amount of time you would have
2 before he did that?
3    A.   Yes.
4    Q.   Okay.  And then when he continued on,
5 did you pop your head up to see what he was
6 doing?
7    A.   Sometimes.  If I know which direction he
8 was in, yeah.  But if I didn't know which
9 direction, no, because he could be right --
10    Q.   Right there.
11    A.   -- there.
12    Q.   But when you were at this apartment
13 complex, did those visits include occasions when
14 you popped your head up and could see what he was
15 doing?
16    A.   Yes.  Every occasion I pop my head up.
17    Q.   Okay.  So you found a moment or two or
18 three to pop your head up and see what was going
19 on?
20    A.   Absolutely.
21    Q.   Okay.  I think you -- correct me if I'm
22 wrong.  I think you said you were there three or
23 four times, is that what you said?
24    A.   Yeah.  It was a place that he went to
25 quite a few times, so...

21 (Pages 78 - 81)

1   Q.   Okay.  And I think you said he tried to
2   have --
3       A.   One time.
4       Q.   Okay.  And what happened on that
5   occasion?
6       A.   Some lady's baby was crying or something
7   like that and it scared him, and then he just
8   hurry up and hopped in the car and drove off real
9   fast or whatever.
10      Q.   Okay.  Was the baby in one of the
11  apartments --
12      A.   No.  The baby was walking on the
13  sidewalk, like, it had maybe -- baby looked like
14  it may have been, like, three.  Two or
15  three years old.
16      Q.   Okay.  So when you say a baby, you
17  really mean --
18      A.   Yeah, it was an actual baby, like --
19      Q.   Toddler --
20      A.   Yeah.  Crying.
21      Q.   -- no one was watching.
22      A.   Yeah.
23      Q.   Okay.  So there was a crying small child
24  and that scared him off?
25      A.   Yeah.  Because it was followed by, I

1   guess -- I don't know, maybe kinfolks or
2   whatever, but it was followed by people.  And
3   they were calling.
4       Q.   So he felt people were coming to that
5   area?
6       A.   You --
7           MR. ROACH:  Object to the form.
8       A.   You could see people coming.
9       Q.   (BY MS. PILATE)  And so at that point
10  you left?
11      A.   Yes.
12          MS. PILATE:  Is this a good time to
13  take a lunch break, Mike?
14          MR. ABRAMS:  It won't be here until
15  1:00, but -- you got a few minutes, but whenever.
16  That's fine.
17          MS. PILATE:  I think we're at a
18  good breaking point.
19          MR. ABRAMS:  That's good.
20          MS. PILATE:  I think we're going to
21  take a break now to about 1:30, 1:30 --
22          THE VIDEOGRAPHER:  We're going off
23  the record at 12:56 p.m.
24          (Short break was taken.)
25          THE VIDEOGRAPHER:  We're back on

1   the record at 1:52 p.m.
2           MS. PILATE:  Okay.  Just a bit of
3   housekeeping before we get going.  We've been
4   putting exhibits up on the screen.  We do have
5   hard copies available.  Is everyone okay with
6   exhibits on the screen?  Morgan's got a set.  Is
7   that cool with everyone?
8           MS. EVERS GUERRA:  That's fine.
9           MR. HOFFMAN:  Yes.
10          MS. PILATE:  And we'll transmit
11  them to the court reporter so that copies can be
12  included, you know, with the transcript.  So if
13  anyone has anything else to suggest or say about
14  that, speak now.  We're all cool?  Okay.  Let's
15  go.
16      Q.   (BY MS. PILATE)  You ready --
17      A.   Yes.
18      Q.   -- REDACTED Yeah.  I'd like to return
19  back to some of those times in the car.  You
20  mentioned earlier being scared.  Was there a
21  particular location that he would take you to
22  that you found particularly frightening?
23      A.   Yes.
24      Q.   And what was that?
25      A.   The river.

1       Q.   Tell us what you mean by the river.  Was
2   there a specific area that you recall, was it --
3   there are a lot of parts of the river.
4       A.   Well, it was, like, we got there from,
5   like, Third Street.
6       Q.   Okay.
7       A.   So it was, like, kind of right past, I
8   guess, First Street or something.
9       Q.   So would it be when you drive south on
10  Third Street and hit the river?
11      A.   Yes.  Yes.
12      Q.   Okay.
13      A.   And well, just not that way, we would go
14  from other ways too.
15      Q.   Okay.
16          MR. ROACH:  Cheryl?
17          MS. PILATE:  Yeah.
18          MR. ROACH:  Ma'am, could you put
19  your hands down.
20          THE WITNESS:  I'm sorry.
21          MR. ROACH:  Thank you.
22          THE WITNESS:  Sorry about that.
23          MS. PILATE:  Let's do just a
24  satellite of that.  Which one is --
25          MS. RUNNELS:  It's going to be 15.

1       MS. PILATE: Okay. Hang on a
2 minute, I'm worthless without my glasses. Okay.
3 We are going to internally marked Exhibit T, or
4 lettered Exhibit T in the notebook, and we're
5 turning that into --
6       MS. RUNNELS: 15.
7       MS. PILATE: -- Plaintiff's
8 Exhibit 15. And we're just --
9       (REDACTED Exhibit 15 was marked for
10 identification.)
11       Q. (BY MS. PILATE) Okay. Can you see up
12 on the screen?
13       A. Yes.
14       Q. Okay. Is that the geographic area that
15 you're talking about?
16       A. Yes.
17       Q. Okay. We have some closer-up
18 pictures --
19       A. I'm sorry, can we get a different angle,
20 please.
21       Q. Yeah. Yeah. What about that angle is
22 confusing or doesn't work for you?
23       A. I'm just trying to locate where on the
24 river that we would go to.
25       Q. Okay. Do you recognize James Street

1 there?
2       A. Yes.
3       Q. Okay.
4       A. We would also come that way from,
5 like -- we would pass, like, a Wendy's.
6       Q. Okay.
7       A. A gas station, and then go over a
8 bridge. And we would pass U -- UPS, and I think
9 that's James Street.
10       Q. Okay. Okay, we know what it is.
11       MS. PILATE: Lindsay, why don't you
12 get on Google Map.
13       MS. RUNNELS: Okay.
14       MS. PILATE: I think I know exactly
15 where.
16       Q. (BY MS. PILATE) James Street is on the
17 other -- or I'm sorry. UPS is on the other side
18 of the James Street Bridge; right? Is that what
19 you're talking about?
20       A. Yes.
21       Q. Okay.
22       MS. PILATE: You know where --
23       Q. (BY MS. PILATE) Okay. Lindsay will
24 find it.
25       A. I'm not very familiar with that area in

1 particular, so that's why I was asking for a
2 different angle. I mean, I can clearly see
3 that's the area, but that wasn't the particular
4 location we was in.
5       Q. Okay. I'm glad you asked.
6       A. Yes.
7       MS. PILATE: Let's do a satellite,
8 yeah. Here. Okay. I -- isn't that the same
9 that we have? Yeah, let's -- let's do that.
10 Because it's better. Little better marked.
11       Q. (BY MS. PILATE) Okay. Do you see that
12 gray rectangle that's in that -- kind of right in
13 the center of the frame there, do you see that?
14       A. No, I don't. I --
15       Q. Can --
16       A. What is it?
17       MS. PILATE: Yeah, Lindsay, put the
18 cursor on it.
19       Q. (BY MS. PILATE) Right there. Do you
20 see that?
21       A. Oh, yes.
22       Q. That's the UPS center.
23       A. Oh, okay. Yeah. So yeah.
24       Q. Does that help orient you?
25       A. Absolutely.

1       Q. Okay. Now, can you say relative to the
2 UPS center where you were? Was it closer to the
3 river?
4       A. We wasn't -- we actually passed the UPS.
5       Q. Okay.
6       A. And then the -- you make, like, a right
7 or something like that. Okay. So UPS. We
8 passed UPS, and go to the right, it takes us to
9 Third Street, and from Third Street it's, like, a
10 little road and you can swing off to and get
11 straight to the river. Or you can go all the way
12 down Third Street 'til you get to Third and
13 Quindaro, and make a right there and cross over
14 the railroad tracks and be down at the river.
15       Q. Well, Third -- Third Street is on the
16 other side of the bridge there. So if you're
17 crossing on James Street, you're going from more
18 the Missouri side over to the Kansas side. Does
19 that make sense?
20       A. Yeah.
21       Q. So which side do you think you were on?
22       A. I was on the Kansas side.
23       Q. Okay.
24       MS. PILATE: Lindsay, let's zoom in
25 on that move -- are you on Google Map?

1        MS. RUNNELS:  Yeah.  Look at this
2  right here.  Cheryl, look at those in the folder
3  and see what you want.
4     Q.  (BY MS. PILATE)  Were there train tracks
5  in the area --
6     A.  Yes.
7     Q.  -- where you were?
8     A.  Yes.
9        MS. PILATE:  Is that in our
10  exhibit?
11     Q.  (BY MS. PILATE)  Okay.  Do you feel able
12  to look at a close-up of the area?
13     A.  Yes.
14     Q.  Are you sure?
15     A.  Yes.
16     Q.  I know that's probably hard.
17        MS. PILATE:  Let's -- Lindsay,
18  let's go back and --
19     Q.  (BY MS. PILATE)  What you just described
20  was driving across the James Street Bridge and
21  then going back into KCK.
22     A.  Uh-huh.  That's --
23     Q.  And there's an --
24     A.  -- like, when we would come from --
25     Q.  -- area around Third Street right at the

1  river, is that --
2     A.  Well, when we would come from
3  Independence Avenue.
4     Q.  Okay.  That's making sense.  Go on.
5     A.  Yes.  We would come from those
6  apartments on Independence Avenue where I first
7  said that the little baby was crying or whatever,
8  walking in our direction.  When we leave out of
9  the apartment complex, we would make a right, and
10  I think the highway is -- kind of, like, get on
11  35, but get off on the 12th Street exit.  And we
12  would go down past, like, a gas station.  It's
13  actually two gas stations.
14     Q.  And you're talking about taking 12th
15  Street from Kansas City, Missouri, over to Kansas
16  City, Kansas?
17     A.  Yes.
18     Q.  Okay.  That makes sense.
19     A.  I'm just speaking on this particular
20  thing from when we left --
21     Q.  Okay.
22     A.  -- from with the scare of the baby and
23  stuff.  That's where we went after there --
24     Q.  Okay.
25     A.  -- so -- but we have got to the river

1  from other angles as well.
2     Q.  Okay.  Your memory is very good, thank
3  you.
4     A.  Yeah.
5     Q.  I think the area that you're describing,
6  it sounds like it's in Kansas, but let's make
7  sure we're in the right place.  We're going to go
8  back to exhibit, is it -- it's M?  Okay.  I'm
9  sorry, we're going to mark another exhibit.  And
10  it's going to be Plaintiff's 16.  In the notebook
11  it is marked as M.
12        ([REDACTED]Exhibit 16 was marked for
13  identification.)
14     Q.  And this is a series of closer-in
15  pictures on the Kansas side.  We'll just see if
16  any of those look familiar.  Can you see that?
17     A.  Excuse me.  Yes, I do.  Sorry about
18  that.
19     Q.  Okay.  Does that area look familiar to
20  you?
21     A.  Yes.
22     Q.  Do you see train tracks there?
23     A.  Yes.
24     Q.  Do you see the river?
25     A.  Yes.

1     Q.  Is this an area that you were taken to?
2     A.  Yes.
3     Q.  You know how many times you were taken
4  there?
5     A.  Quite a bit.  I don't have a numeric
6  number, but quite a bit.
7     Q.  Did that -- do you think several times,
8  like, five or six?
9        MR. ROACH:  Object to the form.
10     Q.  (BY MS. PILATE)  You can answer.  Just
11  as close as you can get it.
12     A.  Yeah, maybe -- maybe about -- maybe
13  about eight times.
14     Q.  Okay.  So --
15     A.  Maybe.
16     Q.  -- would it be fair to say somewhere
17  between five and ten?
18     A.  Yes.
19     Q.  Okay.  What would Golubski do when he
20  took you to this area?
21     A.  He would do what he just normally does.
22  Sexually assault me.  Just -- I don't -- I mean,
23  I guess I'm trying to figure out the question,
24  you know, like --
25     Q.  Just as best you can describe, were

24 (Pages 90 - 93)

Page 94

1 these similar to the other occasions?
2    A.   No.
3    Q.   What was different about them?
4    A.   Because he made a song pertaining to the
5 river.  Every encounter at the river I thought
6 was my last day on earth.  Like, I was almost so
7 sure of it because he would make a joke and say,
8 down by the river, it's a -- it's a lullaby that
9 we did when we were kids, but it goes, "Down by
10 the river, said a hanky-pank, where the bullfrogs
11 jump from bank to bank."  And that's the way he
12 would play to -- I mean, pick a team leader for
13 kick ball or something.
14        His -- the way he said it was, "Down by
15 the river said a hanky-pank, where they won't
16 find her until she stank."  So the river was
17 always a traumatic experience for me because I
18 felt like I would -- I could be in that water and
19 no one would probably ever know or ever find me,
20 anything.  So the river was, like, one of the
21 worst places out of -- none of the places were
22 pleasure at all, but that was the most
23 detrimental to me.  That was so dehumanizing, so
24 scary.  Like, to me the river was torture.
25 Because it was so big and it was just so many

Page 95

1 black areas, and it was just, like, he made a
2 joke about the river way too many times for me
3 not to -- my heart not to jump out of my chest
4 every time we get close that way.
5    Q.   Did he say any other things about the
6 river?
7    A.   Yeah.
8    Q.   What did he say?
9    A.   He would -- he would say things such as
10 if you don't learn how to -- "If you don't learn
11 how to suck this dick, you going to end up in
12 there with the fishes."  Like, tease me and act
13 like he was finnin' to do things to me to scare
14 me or whatever.  Like, "You want to call your
15 grandma and say bye or what."  And I would plead
16 with him, like, no, what -- no, what you want me
17 to do.  And he -- he told me to walk with him.
18 We went to the car and we got a dog leash and he
19 put it around my neck and snapped it close, and
20 told me get on all fours.  And so he walked
21 alongside of me while I crawl or whatever.
22    Q.   Oh, my God.
23    A.   He would tell me that he promised no one
24 would find me.  "Mark my fucking words.  You
25 better ask Connie about me.  Oh, wait, she's not

Page 96

1 here no more."  "I can dump you off in that river
2 and nobody will ever know shit."  "You're an
3 orphan, nobody even knows you missing."  "You've
4 let so many men in your" -- you let so many
5 men -- I'm sorry.
6    Q.   Guys, let's take five.
7    A.   I don't want to take a break, I just
8 needed a second away from that part.
9    Q.   Okay.
10    A.   So is there anything else about the
11 river?
12    Q.   Did he ever say anything about how it
13 smelled?
14    A.   Excuse me?
15    Q.   Did he ever say anything about how it
16 smelled?
17    A.   He said he's the reason why it stinks.
18    Q.   What did he mean by that?
19        MR. ROACH:  Objection to the form.
20    A.   He said he's the reason why the river
21 stinks.  And by saying that, he meant maybe he
22 dumped bodies in there or -- it's not a maybe.
23 That's what he was practically saying.  Was it
24 true; I have no clue.  Did he smirk, did he
25 laugh, did he give me any indication that he's

Page 97

1 not -- that it's a joke or he's playing?  No.
2        Nothing was -- everything was so stern
3 and so serious, you know.  Like, one wrong move
4 and all I was thinking about was picturing myself
5 floating in the river because I was -- felt like
6 I was always one mistake away from ending up down
7 there.  That was his favorite threat, to leave
8 me, you know, and he would always say no one
9 would hear you.  He's like, "You hear those
10 trains, won't nobody hear you scream or nothing."
11 He knew I was very uncomfortable with the river
12 and he continued to do it to traumatize me and to
13 antagonize me and want a reaction out of me for
14 he can have a reason to take his frustrations out
15 on me.  But I didn't fall for it.  I ate every
16 word he threw at me and just prayed the whole
17 time.  Even when he was raping me, I just would
18 close my eyes and pray.
19        It will be a -- it's a -- I'm sure
20 everyone knows the smell when you come across the
21 bridge.  So when he say he's responsible, that's
22 the smell he's talking about.  He's saying he's
23 responsible for the river smelling that way.
24 Whether he was joking or not, that ain't for me
25 to determine.  But I didn't take it as a joke.

25 (Pages 94 - 97)

1 And I believed everything that he said.
2     Q.   (BY MS. PILATE)  Did he make other
3 references to killing people?
4     A.   All the time.
5     Q.   What did he say?
6     A.   "Cross me, this is where you'll end up";
7 "Run your mouth, you'll get done like the rest of
8 them"; "I run this town, don't nothing happen
9 without me saying so"; "This is where most mother
10 fuckers end up that disrespect me."
11    Q.   Were those common things he said?
12    A.   Just at the river mostly.
13    Q.   Mostly at the river.
14    A.   The --
15    Q.   How many --
16    A.   The try me's and all of that, that was
17 frequently, but --
18    Q.   I'm sorry, the what was frequent?
19    A.   The try me's.  You know, like, try me if
20 you want.  Those were frequently used, but when
21 he's inquiring about the river, it's always
22 death, you know.  Like, not saying it was
23 supposed to be a swimming experience, but it was
24 never, you know, just -- he did what he wanted to
25 do to me at the river, like, he humiliated me, he

1 dehumanized me, he belittled me.  He took every
2 piece of sanity that I had by putting a dog
3 collar on me and walking me around as if I'm his
4 pet and I'm not a human being.  So that's why the
5 river is so devastating to me.  And on top of
6 that, after you've already tortured me, you still
7 want to have sex with me.  And then you're upset
8 because my body is not reacting to yours, so
9 that's where the slapping and the punching came
10 in at.  Excuse me.
11    Q.   Do you want to take a short break now?
12 You want to keep going?
13    A.   Yes.
14    Q.   Because I'm following you.
15    A.   Yeah.
16    Q.   Okay.  Do you know how many times you
17 heard the rhyme that you described?
18    A.   Over 50 times.  I don't know.  It's,
19 like, I can't forget it.  It's not been a day
20 that has went by that that song don't come up in
21 my head and I hate it.  And I want it out of my
22 memory bank, but I'm not sure how to get there.
23    Q.   Is that something that he was kind of
24 reciting to himself or to you?
25    A.   I mean, he didn't just, like, point at

1 me, but it's just me and him in the car.
2     Q.   Did you ever take any steps to -- that
3 would allow people to find out what happened to
4 you if something did happen to you?
5     A.   Yes.
6     Q.   What did you do?
7     A.   I took hair strands out of my hair.  I
8 bit my thumb right here to get blood so my family
9 could find me.  It was all I knew -- I saw it on
10 a movie and I went with it.  So yeah, I would
11 tear hair out of my hair and leave it around
12 anywhere I could, any place we go.  Or I would
13 bite my thumb, which still has a bite mark to
14 this day, and squeeze some type of blood out.
15    Q.   You have a scar on your thumb now?
16    A.   Yes, I do.
17    Q.   Did you leave any hair in his car?
18    A.   Yeah.
19    Q.   Did you try and leave blood in his car?
20    A.   No.
21    Q.   Would that have attracted too much
22 attention?
23    A.   Yes.
24         MR. ROACH:  Object to the -- object
25 to the form.

1     A.   On the door handle, yes, I did, but not
2 inside the car.
3     Q.   (BY MS. PILATE)  Okay.  Explain that to
4 me, how would you leave it on the -- try to leave
5 it on the door handle?
6     A.   I just would do it when I'm getting back
7 in the car.
8     Q.   Okay.
9     A.   I would already have bitten myself and
10 getting into the car.
11    Q.   Would your thumb be bleeding?
12    A.   Not pouring down blood, but yeah, it
13 would --
14    Q.   Enough to get a drop of blood?
15    A.   Yes.
16    Q.   You said earlier that you did not have a
17 cell phone with you.  Did that have an impact on
18 your emotions or your mental state?
19         MR. ROACH:  Object to the form.
20    Q.   (BY MS. PILATE)  You can answer.
21    A.   Me not having my phone?
22    Q.   Uh-huh.
23    A.   Me not having my phone was just another
24 one of his techniques or another one of his ways
25 of controlling me, so I couldn't call for help or

Page 102

1 anything, you know.  So yeah, I -- I didn't like
2 the fact that I can't bring my phone.
3     Q.  I think you said earlier that when he
4 picked you up, you would leave your phone
5 somewhere?
6     A.  Wherever he picked me up to.
7     Q.  Okay.
8     A.  And not directly right there, but in the
9 vicinity, yes, I would always bury my phone.
10     Q.  And what kind of places would you leave
11 your phone?
12     A.  I'd put it, like, in the grass, up under
13 leaves, like, anything that I seen that don't
14 look like someone can just walk by and notice it,
15 you know, I would always just, like, dig some
16 type of -- put, you know, like, push it in the
17 ground or put rocks on top, put leaves on top,
18 whatever.  And just turn it on silent.
19     Q.  Did he always drop you back off where he
20 picked you up or did he sometimes drop you off
21 other places?
22     A.  He mostly dropped me off where he picked
23 me up, but if he was in a rush, he would just get
24 me close to the area.
25     Q.  Did you sometimes have to walk a

Page 103

1 distance to get your cell phone?
2     A.  Yeah.  Majority of all the time, yes.
3     Q.  And were those times when you were
4 walking to retrieve your phone and get home, were
5 those usually at night?
6     A.  Yes.
7     Q.  How old do you remember being on those
8 occasions?
9     A.  Which occasions?  Getting my phone?
10     Q.  When you would have to walk at night and
11 go get your cell phone, were you 13, 14, 15?
12     A.  Yeah, it happened throughout the whole
13 duration.  Maybe the first couple encounters, you
14 know, I left my phone wherever -- whoever house I
15 was at, but after that when it would get later, I
16 would bring my phone with me and bury it
17 somewhere close to where he just picked me up
18 from in case I can't get back in that house or
19 whatever, or I'm going home, or whatever the case
20 might be.
21     Q.  Was there an occasion or a time at some
22 point when you told another person what had been
23 happening?
24     A.  Yes.
25     Q.  Who did you tell?

Page 104

1     A.  I told my aunt.
2     Q.  And what happened?
3     A.  I confided in her and I trusted her and
4 she promised me, and we locked in on it that she
5 wouldn't act on it, she would just hear me out.
6 She knew what was at risk, she knew what was at
7 stake, and she took me to the police department
8 without me having any knowledge of where we were
9 going or anything.  And so when she pulled up
10 there, I freaked out.  She was mad at me for not
11 getting out the car because I was scared to get
12 out.  She was just so on my side, she so was
13 going to make this right.  That day in the car
14 was going to be the last day that I would ever
15 feel any pain from this man.  That's what it was;
16 right?
17     Q.  So you thought your aunt would help you?
18     A.  Yes.
19     Q.  But it didn't turn out that way?
20     A.  No.
21     Q.  Okay.  What happened when she took you
22 to the police department?
23     A.  She went in, she got mad at me for not
24 going in with her and said if I'm not hiding
25 anything, I would go in with her.  I was

Page 105

1 terrified.
2     Q.  What were you afraid of?
3     A.  Seeing him or somebody seeing me go in
4 there or him finding out that I even told
5 anybody.  So she went in by herself while I sat
6 in the car.
7     Q.  How long was she in there?
8     A.  Maybe ten or 15 minutes.
9     Q.  What happened when she came back out?
10     A.  She flipped it on me.
11     Q.  What did she say?
12     A.  She said that I lied, that's a good man
13 of integrity, he wouldn't jeopardize his job, why
14 would I say something like that about him.  It
15 can't be true because he was on duty during the
16 times that I had mentioned that we had
17 encounters.  And for a fact, he was on duty, so
18 there's no way possible he done that to me.  She
19 don't know what type of game I'm playing, but it
20 stops today.
21     Q.  So those are the things she said to you?
22     A.  Yes.
23     Q.  When Golubski did those things to you,
24 was it your understanding he was on duty?
25         MR. ROACH:  Object to the form.

27 (Pages 102 - 105)

Page 106

1    A.   Yes.
2    Q.   (BY MS. PILATE)  Did he appear to be on
3 duty?
4    A.   Yes.
5    Q.   Okay.  What makes you say that?
6    A.   Because of the calls he would take, and
7 the -- sometimes having to rush off and, like,
8 not drop me off at my destination, close to it,
9 but that he had to get back to work or whatever
10 the case might be.
11    Q.   So saying he was on duty was no kind of
12 reason to you?
13    A.   I'm sorry?
14    Q.   When someone says he was on duty,
15 that's --
16    A.   It meant nothing to me.
17    Q.   -- no reason to you?
18    A.   Yeah.  It meant nothing to me.
19    Q.   Did you see Golubski again after your
20 aunt went to the police department?
21    A.   Yes.
22    Q.   Did he know what had happened?
23    A.   Yes.
24    Q.   What did he say?
25    A.   Excuse me.  He called me all kind of

Page 107

1 names and he told me that I fucked up and now I
2 gotta pay for it.  Somebody gotta pay for it.  I
3 can choose or he can choose.  He struck me a
4 couple times.
5    Q.   Where did he strike you?
6    A.   The first time he hit me, he hit me in
7 my chest and I lost my breath.
8    Q.   Did he hit you with an open hand or a
9 closed fist?
10    A.   A fist.
11    A.   A fist.
12    A.   And then he hit me again in my face.
13 And when he hit me in my face, this opened up,
14 which is why it's a permanent scar there.  It
15 just opened up a hole in there, I don't know how.
16 And then my bottom lip hung almost to my chin,
17 maybe a little bit above my chin from the
18 swelling.
19    Q.   So you're saying he punched you in the
20 chest and then in the face?
21    A.   He punched me quite a few times, but I'm
22 just -- I'm naming the ones that left an impact,
23 and those were the two.  The one to the chest,
24 because I've never been hit in my chest and I had
25 no idea something like that could take my breath

Page 108

1 away.  I thought I was going to die because I
2 couldn't catch my breath.  He spit on me.
3    Q.   He spit on you?
4    A.   Yes.  He spit on me.  He spit directly
5 on me with every intent to make sure he connected
6 with me.  Because I was a cum dumpster, because I
7 was a rat, I was a snitch, I was a fake ass --
8 oh, God.  Everything that you can imagine under
9 the sun.  He hated me at that moment.  And he
10 didn't have a problem expressing that.
11    Q.   Were you in the car with him?
12    A.   Yeah.
13    Q.   Do you remember where the car was?
14    A.   We were on 38th Street.
15    Q.   Where on 38th?
16    A.   38th and State.  And he pulled into the
17 cemetery.
18         MS. PILATE:  We have that one.  Did
19 I hand you the right folder?
20         MS. RUNNELS:  It's right here.
21    Q.   (BY MS. PILATE)  Okay.  We are going to
22 go to internally marked Exhibit Q.  And we are
23 going to mark as Plaintiff's 17.
24         (REDACTED Exhibit 17 was marked for
25 identification.)

Page 109

1         MS. PILATE:  Okay.  Where --
2 where's State Avenue there, Lindsay, can you back
3 out a little?  Or do we not have that?
4         MS. RUNNELS:  It's a close-up view.
5 I can get Google Maps if you want.
6         MS. PILATE:  Yeah.
7         MS. RUNNELS:  I mean, I can get on
8 Google Maps, but this is --
9         MS. PILATE:  Okay.
10    Q.   (BY MS. PILATE)  Do you recognize this
11 area, or would it help to have a satellite?
12    A.   Yeah, I recognize it.
13         MS. PILATE:  Okay.  Lindsay, if you
14 could go down to the other photo.
15    Q.   (BY MS. PILATE)  Do you recognize this
16 area?
17    A.   Yes.
18    Q.   Okay.  Is that the area you were in?
19    A.   Yes.
20    Q.   Can you say where his vehicle was
21 parked?
22    A.   It wasn't a particular place.  It's like
23 a maze going through there, so --
24    Q.   Okay.  Was it among the headstones at
25 the cemetery?

28 (Pages 106 - 109)

1   A.  Yes.
2   Q.  Okay.  Was there anybody else around?
3   A.  One time I seen people around.
4   Q.  Okay.  Did he take you there more than
5 once?
6   A.  Yes.
7   Q.  Before this day had he taken you there?
8   A.  No.
9   Q.  Do you remember seeing anyone else on
10 that day?
11  A.  Yes.
12  Q.  Okay.  And where was that person?
13  A.  They were visiting a grave site, an
14 older Caucasian couple.
15  Q.  Do you think they could have heard or
16 seen you?
17  A.  No.
18      MR. ROACH:  Object to the form.
19  Q.  (BY MS. PILATE)  Were they near enough
20 to have heard or seen you?
21  A.  It wasn't nothing for them to hear.
22  Q.  So was -- he's speaking at a loud tone
23 of voice or a regular tone of voice?
24  A.  We're still inside the car.
25  Q.  Okay.  And he's saying these things?

1   A.  Yes.
2   Q.  And were you seated still in the car
3 when he struck you?
4   A.  No.
5   Q.  Where were you when he struck you?
6   A.  On the outside of the car on the
7 passenger -- on the driver's side because the
8 driver's side faced the grass and all of that,
9 the passenger side would have faced the road
10 where it's in plain view, so it was kind of,
11 like, off to the driver's side.  When he told me
12 to get out and walk around to the car to come
13 here, I walked in front of the car around to the
14 driver's side.
15  Q.  And so you were both standing outside
16 the car on the driver's side?
17  A.  Yes.
18  Q.  Was there anybody near enough that they
19 could have seen you?
20  A.  Just the Caucasian couple that I was
21 speaking of earlier.
22  Q.  Okay.  And that's where you and he were
23 standing when he struck you?
24  A.  Yes.
25  Q.  Were you bleeding?

1   A.  Yes.
2   Q.  After he struck you, what happened?
3   A.  He was like, get ready to dig my grave,
4 and telling me to walk around, find an area, find
5 where you want to be buried at, don't just stand
6 there.
7   Q.  What did you do?
8   A.  I just stood there.
9   Q.  What happened after that?
10  A.  He just -- he was upset about the visit
11 to the police station, so --
12  Q.  Did you get back in his car after that?
13  A.  Yes.
14  Q.  Did he drop you off anywhere?
15  A.  He dropped me off at the end of the
16 cemetery or the entrance -- it's an entrance or
17 an exit.
18  Q.  Did you walk home from there?
19  A.  Yes, I did.
20  Q.  How far was that?
21  A.  I walked to 49th and Parallel.
22  Q.  That's quite a distance.
23  A.  From 38th and State.
24  Q.  Were you bleeding?
25  A.  Yes, I was.

1   Q.  Did anyone see you when you got home?
2   A.  My sister.
3   Q.  Did she react to how you were feeling?
4   A.  Yes.
5   Q.  Was she -- did she express shock seeing
6 you that way?
7       MR. ROACH:  Object to the form.
8   A.  Yeah, she was up -- she was upset.
9   Q.  (BY MS. PILATE)  Did you go to the
10 doctor?
11  A.  No.
12  Q.  Okay.  And why not?
13  A.  Because I was afraid they was going to
14 ask me too many questions.
15  Q.  What kind of questions were you worried
16 about?
17  A.  Who did this to me.
18  Q.  What did you think could happen if you
19 answered those?
20  A.  Somebody's gonna get hurt.
21  Q.  You mentioned earlier that he would say
22 things about your grandmother.  Did that continue
23 during the times that he saw you?
24  A.  Yes.
25  Q.  And what would he say about your

29 (Pages 110 - 113)

1 grandma?
2    A.  The same thing he always said.  That I
3 can kiss -- I kiss my little sweet little grandma
4 goodbye.  And "You fucked up now," "Now you got
5 blood on your hands," "What you going to do."
6 "You caused this, this is what you wanted."  Just
7 everything representing to make it look like I
8 did something wrong.
9    Q.  Do you know about how old you were when
10 this happened?
11    A.  I was, like, 15.
12    Q.  Was there a time when you experienced a
13 miscarriage?
14    A.  Yes.
15    Q.  About when was that?
16    A.  At that age.  At 15 or 16.
17    Q.  So somewhere during the time --
18    A.  Yes.
19    Q.  -- that Golubski was doing these
20 assaults?
21    A.  Yes.
22    Q.  Okay.  Did you know you were pregnant?
23    A.  No.
24    Q.  What happened, how did you experience
25 the miscarriage?

1    A.  I went to bed that night and I was
2 awakened by a sharp pain in my stomach, an
3 undescribable pain.  And it was -- it started
4 being consistent, so I woke my grandma up to let
5 her know what was going on, and she gave me,
6 like, ibuprofen, something, I can't remember.  We
7 thought it was a severe case of the cramps, so --
8 yeah.  So she gave me medicine or whatever and I
9 tried to go back to sleep.  I think I did go back
10 to sleep for maybe a little bit under an hour.
11        And it was time for me to get up for
12 school.  I was in a tremendous amount of pain,
13 but I started to wonder if it had anything to do
14 with the assaults, so should I say something or
15 not.  I had no idea it had anything to do with a
16 child.  But I -- I knew the blood was way heavier
17 than a normal cycle for me.  And I was losing,
18 like, blood clots, if that makes sense.  I then
19 took a towel out of the linen closet and put it
20 in my pants.  And --
21    Q.  So you were bleeding very heavily?
22    A.  Yes.  Yes.
23    Q.  What happened then?
24    A.  My grandma asked me do I normally bleed
25 that heavy, she haven't known me to bleed that

1 heavy; and I told her, yeah, when I'm first
2 starting out.  For some reason I thought it was
3 going to stop.  Why, I don't know.  But I thought
4 the bleeding would stop.
5        She asked me did I want to go to the
6 hospital or did I want to go to school, was I
7 feeling better or what.  Of course, I didn't want
8 to go to the hospital, you know, that sort of
9 questions and all that come in, so I went to
10 school.  Approximately 13 minutes after me being
11 there, I was told that they found me unconscious
12 by the girls' bathroom for -- from losing too
13 much blood.  I'm not sure what took place, I'm
14 only going off of what I was told.  When I woke
15 up, I was in Bethany Medical Center, and they
16 told me that I had suffered from a miscarriage.
17    Q.  Do you know how you got there?
18    A.  I don't -- I wasn't awake during that
19 process, but I do know I -- I think I was
20 transported --
21    Q.  Someone took you there?
22    A.  -- by ambulance or something, yeah.  I
23 mean, I knew someone took me, but I wasn't sure
24 if it was the ambulance or if my grandma made it
25 in time, I don't know, but I was out of it, so I

1 just --
2    Q.  Was your grandma at the hospital with
3 you?
4    A.  Yeah.  When I woke up, she was, yes.
5    Q.  Were you in a room at the hospital?
6    A.  No.  I mean, I was in, like, a hospital
7 bed, but --
8    Q.  Was it the emergency room?
9    A.  -- there was other beds in there.  No.
10 It was, like, kind of, like, recovery room or
11 something, should I say.  Yeah.  I don't know
12 what else -- other way to call it because it
13 wasn't a room to myself, you know, like, yeah.
14    Q.  So what thoughts did you have when you
15 realized where you were?
16    A.  I screwed up.  I was -- that's all I was
17 telling myself, was I screwed up.  I screwed up.
18 Like, he's going to kill me.
19    Q.  Why did you think he's going to kill
20 you?
21    A.  Because he wouldn't -- he's not going to
22 believe that he's -- he made comments to me that
23 a lot of bitches was putting babies off on him
24 because of his money.  And he told me that --
25 basically made his self to be this so handsome

1 guy that people wanted to pin kids off on him
2 that wasn't his. So I already knew how he felt
3 about kids. I mean, not wanting kids, I'm sorry,
4 should I say, or disowning them.
5      And so he told me I set him up. I knew
6 what I was doing all along, what did I tell them,
7 don't lie, he can pull the record, he has access
8 to everything. And all type of threats of that
9 nature. And he wanted to know what story did I
10 tell them. And that was his main focus. Not was
11 I okay, not was I feeling better, none of that.
12 Just what did you tell them.
13    Q. Did he say things that expressed a worry
14 about it leading back to him?
15    A. Yeah. He told me that it's not -- it
16 wasn't his baby. I'm sorry, it's so -- he told
17 me it wasn't his baby, that I was a liar, that I
18 was trying to pin it on him, that I wanted money
19 from him, whatever it is that I'm trying to gain,
20 I'm not gaining nothing but a grave site, what
21 did I tell them. And let him find out that I
22 mentioned his name or mentioned anything about
23 him, down to the color of his hair, and he was
24 going to leave my grandma's brain sitting on the
25 table.

1    Q. Do you remember what you did after he
2 said this?
3    A. After he said it?
4    Q. After he -- what happened after that?
5    A. I asked my grandma to take me to church.
6 And I just -- I thought it was over for me. But
7 I have no way of telling nobody.
8    Q. Is there anybody else who could have
9 made you pregnant?
10    A. No.
11    Q. Did you concoct any kind of story for
12 the hospital or your family?
13    A. Yes.
14    Q. What did you say?
15    A. I said that a guy that I was talking to,
16 basically he did it to me.
17    Q. Was your grandma supportive of you?
18    A. Of that situation?
19    Q. Of you generally. Was your grandmother
20 supportive of you at the --
21    A. Very.
22    Q. Were you living with her?
23    A. Yes.
24    Q. At that time was she the person you were
25 closest to?

1    A. Yes.
2    Q. Did he mention anyone else specifically
3 with regard to paternity and how he was not that
4 person's father?
5    A. Yes.
6    Q. What did he say?
7    A. He asked me if I knew some Niasha or
8 something like that, or if I heard of her. I
9 told him I didn't, and he said her mother's a
10 fucking prostitute, she's one of the bitches I
11 was telling you about. And he was referring to
12 people pinning babies on him. And he told me
13 that her -- her mother worked for him and she
14 tried to pull the same thing and say that he got
15 her pregnant or whatever, but he know for a fact
16 he didn't. And he can't get anyone pregnant
17 anymore and all this, so he just know it's a lie.
18    Q. Do you know what he meant when he said
19 her mother worked for him?
20    A. He said her mother was a prostitute, so
21 when he said that she worked for him, I took it
22 as that was her occupation.
23    Q. Okay. What did her occupation have to
24 do with him, did you know?
25    A. I believe, you know, she had to report

1 to him.
2    Q. When -- did Golubski ever say to you
3 that people worked for him?
4    A. Yes.
5    Q. What did that mean?
6       MR. ROACH: Object to the form.
7    Q. (BY MS. PILATE) You can answer that.
8 Did he ever explain to you what that meant or say
9 something that allowed you to understand what
10 that meant?
11    A. Yeah, he -- he said nothing happens in
12 that -- in the town without him knowing. He got
13 people doing time for him right now. He named a
14 guy named Edward and said, "You better contact
15 him to ask him about why he's sitting in there
16 for something he didn't do. I'm not to be fucked
17 with."
18    Q. So he said that Edward was serving time
19 for something that he did?
20    A. He didn't particularly say that he did;
21 he said that Edward didn't do. So basically he
22 could make -- well, ain't no basically. His
23 words was always, "I make shit happen," "I make
24 the impossible possible," "Don't nothing happen
25 in this town without me knowing about it," "All

31 (Pages 118 - 121)

1 these mother fuckers report to me."
2   Q.   Who were the mother fuckers?
3   A.   Just --
4       MR. ROACH:  Object to the form.
5   A.   -- people in general, people on the
6 streets or whatever.
7   Q.   (BY MS. PILATE)  Okay.  Did he indicate
8 that he was referring to drug dealers?
9   A.   He has referred to drug dealers.  I'm
10 not saying he was referring to them in that
11 particular conversation, but yes, he has referred
12 to drug dealers.
13   Q.   Did you ever hear people who worked as
14 drug dealers address Golubski by any particular
15 term?
16       MR. ROACH:  Object to the form.
17       MS. PILATE:  I'm asking if she
18 heard him say it.
19       MR. ROACH:  Object to the form.
20   Q.   (BY MS. PILATE)  Go ahead.  You can
21 answer.
22   A.   Yes.
23   Q.   What did they call him?
24   A.   Boss Man.
25   Q.   Okay.  Do you know if he wanted to be

1 called Boss Man?
2   A.   I don't know.  I mean, it didn't affect
3 him, I think he actually liked it.
4   Q.   Did he say things that indicated to you
5 that he was a boss?
6   A.   Just basically --
7       MR. ROACH:  Object to the form.
8   A.   -- what I just said.  Just, you know, he
9 runs this town and don't nothing move unless he
10 say so.  And just everybody reports to him.
11   Q.   (BY MS. PILATE)  Did you ever see him
12 with a large amount of cash?
13   A.   Yes.
14   Q.   Okay.  How many times did that happen?
15   A.   Not many.  Like, maybe -- maybe between
16 five and seven times, I would say.
17   Q.   Okay.  And how did that cash appear to
18 you, was it a bundle of bills or stuff --
19   A.   Yeah.
20   Q.   Go ahead.
21   A.   I'm sorry.
22   Q.   Go ahead.  Just describe it whatever way
23 you would.
24   A.   Yeah.  So he had a wad of money he would
25 have folded up in his pocket.  And then he had

1 money in his other pocket, and I've seen money
2 being put in a McDonald's bag as well.  So that's
3 how he carried his money.  He would never just,
4 like, pull that wad out in front of other people,
5 like, if he was giving, like, getting change or
6 something like that, he would lean in and that's
7 how I would see it, and pull out whatever bill he
8 needed, and then put it in.  Whatever bills was
9 over here, I guess that's something that he
10 make -- I'm sorry, not I guess.  That's money
11 that he was picking up from people.
12   Q.   Did you ever see him exchange items with
13 people on the street?
14   A.   Yeah.
15   Q.   Yeah.  Could you please describe that.
16   A.   I just saw him -- I don't know how to
17 say it.  You know, like, I just saw him dealing
18 drugs, you know, like, giving people,
19 particularly black women mostly, mostly crack,
20 sometimes the brown cigarettes, but most of the
21 time it was crack, crack cocaine.
22   Q.   (BY MS. PILATE)  I think this would be a
23 good time to take a break.  Just -- see what time
24 it is.
25       THE VIDEOGRAPHER:  We're going off

1 the record at 2:55 p.m.
2       (Short break was taken.)
3       THE VIDEOGRAPHER:  We're back on
4 the record at 3:02 p.m.
5       MS. PILATE:  Okay.  We are
6 recessing for the day.  Our witness is
7 emotionally spent and depleted at this time.  We
8 will resume this deposition at another date to be
9 agreed upon by counsel.  That's all I have.
10 Anybody else have anything they want to say?
11       MS. EVERS GUERRA:  No.
12       MS. PILATE:  Concur?
13       MS. EVERS GUERRA:  No, I don't have
14 anything.
15       MR. ROACH:  Yeah.
16       MS. PILATE:  Okay, thanks.
17       THE VIDEOGRAPHER:  We're going off
18 the record at 3:03 p.m.
19       (Deposition adjourned at 3:03 p.m.)
20
21
22
23
24
25

32 (Pages 122 - 125)

Page 126

C E R T I F I C A T E

1
2
3     I, Cassandra L. Sinthusy, a Certified
4  Court Reporter of the State of Missouri, do
5  hereby certify:
6      That prior to being examined the witness
7  was by me duly sworn;
8      That said deposition was taken down by
9  me in shorthand at the time and place
10  hereinbefore stated and was thereafter reduced to
11  writing under my direction;
12      That I am not a relative or employee or
13  attorney or counsel of any of the parties, or a
14  relative or employee of such attorney or counsel,
15  or financially interested in the action.
16      WITNESS my hand and seal this 29th day
17  of December, 2020.
18
19      *Cassandra Sinthusy*
20     CASSANDRA L. SINTHUSY, CCR #1272, RMR, CRR
21
22
23
24
25

---

Page 127

1              Veritext Legal Solutions
                1100 Superior Ave
2                  Suite 1820
               Cleveland, Ohio 44114
3              Phone: 216-523-1313
4
  January 8, 2021
5
  To: Robert J. Hoffman
6
  Case Name: Mcintyre, Lamonte Et Al v. Unified Government Of Wyandotte
7  County Et Al
8  Veritext Reference Number: 4369344
9  Witness: REDACTEDREDACT     Deposition Date:  12/18/2020
10
  Dear Sir/Madam:
11
12  Enclosed please find a deposition transcript.  Please have the witness
13  review the transcript and note any changes or corrections on the
14  included errata sheet, indicating the page, line number, change, and
15  the reason for the change.  Have the witness' signature notarized and
16  forward the completed page(s) back to us at the Production address
   shown
17
   above, or email to production-midwest@veritext.com.
18
19  If the errata is not returned within thirty days of your receipt of
20  this letter, the reading and signing will be deemed waived.
21
   Sincerely,
22
   Production Department
23
24
25  NO NOTARY REQUIRED IN CA

---

Page 128

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

1
2
3     ASSIGNMENT REFERENCE NO: 4369344
     CASE NAME: Mcintyre, Lamonte Et Al v. Unified Government Of
  Wyandotte County Et Al
     DATE OF DEPOSITION: 12/18/2020
4     WITNESS' NAME: REDACTEDREDAC
5     In accordance with the Rules of Civil
  Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7     I have made no changes to the testimony
  as transcribed by the court reporter.
8
9  Date          REDACTEDREDAC
10     Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11  the referenced witness did personally appear
   and acknowledge that:
12
     They have read the transcript;
13     They signed the foregoing Sworn
   Statement; and
14     Their execution of this Statement is of
     their free act and deed.
15
   I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
     _____
18     Notary Public
19     _____
   Commission Expiration Date
20
21
22
23
24
25

---

Page 129

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

1
2
3     ASSIGNMENT REFERENCE NO: 4369344
     CASE NAME: Mcintyre, Lamonte Et Al v. Unified Government Of
  Wyandotte County Et Al
     DATE OF DEPOSITION: 12/18/2020
4     WITNESS' NAME: REDACTEDREDAC
5     In accordance with the Rules of Civil
  Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7     I have listed my changes on the attached
  Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9     I request that these changes be entered
  as part of the record of my testimony.
10
     I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
   that both be appended to the transcript of my
12  testimony and be incorporated therein.
13
   Date          REDACTEDREDAC
14
     Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
   the referenced witness did personally appear
16  and acknowledge that:
17     They have read the transcript;
     They have listed all of their corrections
18     in the appended Errata Sheet;
     They signed the foregoing Sworn
19     Statement; and
     Their execution of this Statement is of
20     their free act and deed.
21     I have affixed my name and official seal
22  this _____ day of_____, 20____.
23     _____
     Notary Public
24     _____
25     Commission Expiration Date

33 (Pages 126 - 129)