**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **LAMONTE MCINTYRE & ROSE LEE MCINTYRE,**<br><br>　　**Plaintiffs,**<br><br>v.<br><br>**UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, et al.,**<br><br>　　**Defendants.** | Case No. 2:18-cv-02545-KHV-KGG |

**INDEX OF EXHIBITS TO**
**PLAINTIFF'S RESPONSE TO DEFENDANT GOLUBSKI'S MOTION TO DISMISS ROSE MCINTYRE'S CLAIM FOR FAILURE TO FOLLOW THE RULES OF CIVIL PROCEDURE AND THE COURT'S ORDERS**

| Exhibit A | August 2021 emails between plaintiffs' counsel and defense counsel regarding Rose McIntyre |
|---|---|
| Exhibit B | September 2021 emails between plaintiffs' counsel and defense counsel regarding Rose McIntyre |
| Exhibit C | October 2021 to January 2022 emails between plaintiffs' counsel and defense counsel regarding Rose McIntyre |
| Exhibit D | 5/5/2022 Declaration of Glasia Lee |
| Exhibit E | Excerpts of Roger Golubski's Deposition transcripts |