# **EXHIBIT D**

# **Declaration of Glasia Lee**

My name is Glasia Lee.  Rose McIntyre is my mother.  I live in Goodyear, Arizona. This declaration is based on my knowledge of my mother's medical condition as I observed it, or as her condition was described to me by medical providers.

In August 2021, my mother contracted COVID-19.  She was hospitalized at Abrazos West in Goodyear, Arizona. Her condition became serious quickly. She was in an intensive care unit and required a ventilator for several weeks.  My grandmother, Maxine Crowder, was hospitalized with COVID-19 at the same time. My grandmother died in Abrazos West Hospital on September 3, 2021.  At the time my grandmother passed, my mother was in the same hospital, on a ventilator.

After the ventilator was removed, my mother remained hospitalized and on oxygen for some time. She was transferred from Abrazos West to a rehabilitation facility for further recovery. She was discharged from the rehabilitation center shortly before Thanksgiving.

She was only home a few days before she was hospitalized again. In late November of 2021 she was infected with Valley Fever and was admitted back into the hospital.  She was very sick with Valley Fever and was hospitalized for several weeks. She was able to be transferred from the hospital to a rehabilitation facility for care in approximately January of 2022.

In January and February of 2022, she was in a nursing home/rehabilitation facility where she was recovering from the damage inflicted on her body from COVID-19 and Valley Fever, as well as receiving wound care. Because she had been bedridden for months, she had pressure wounds on her back, legs, feet, heals, and buttocks.  She was catharized, had a PICC line, and remained on oxygen. She was unable to walk, use the bathroom, or care for herself.

While in the nursing home, she got an infection and was transferred to Banner Hospital.  She was admitted into the hospital again, this time for kidney injury and infection. She was unable to eat or keep down food and lost a significant amount of weight. At some point, she was diagnosed with Adult Failure to Thrive and had to be placed on a feeding tube. Ultimately, her kidneys stopped functioning and she was placed on dialysis. She was very sick. She continued to fight, though, and slowly improved.

Finally, about a month ago, she was cleared to return home with in-home medical care. She is unable to stay alone, use the bathroom unassisted, or prepare meals for herself. She has several medical providers who come to her home, including: a nurse practitioner, wound doctors and nurses, a cardiologist, and

1

physical and occupational therapists who are helping her regain the ability to walk independently and dress herself.

She is a fall risk and cannot stand for a shower, even with assistance, because she is still unsteady on her feet. She tires easily. She still has pressure wounds, but these wounds are improving. She has heart damage from COVID-19, and needs surgery to repair the damage, but she is not yet strong enough to undergo surgery. She can walk short distances with a walker (and with standby assistance), but primarily requires a wheelchair. She can sit in her recliner for short periods of time, and as the pressure wounds heal, her ability to sit is also improving when her pain is well-managed.

Generally, among her current medical issues because of the COVID-19 and Valley Fever infections, as I understand them from her medical providers, are irregular heartbeat, pulmonary fibrosis, pulmonary disease, post-covid lung damage, kidney injury, and pressure wounds. Today, she is finally improving, especially when compared to her condition since August of 2021. Even so, she does require outside care and significant assistance to function.

I declare under the penalty of perjury of the laws of the State of Arizona and the United States that the foregoing is true as far as I know.

Date: 5/5/22

Glasia Lee

2