UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE and ROSE LEE MCINTYRE, <br><br> Plaintiffs, <br><br> v. <br><br> UNIFIED GOVERNMENT OF WYANDOTTE COUNTY, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:18-CV-02545-KHV-KGG |

**DEFENDANT GOLUBSKI'S ADDITIONAL BRIEFING PURSUANT TO COURT ORDER REGARDING REQUEST FOR SEPARATE TRIALS [DOC. 626]**

COME NOW Defendant Roger Golubski, and pursuant to the Court's Order, provides the following additional briefing regarding how the presence of the conspiracy claims may be handled in separate trials [Doc. No. 626]:

**I.    ON MAY 3, 2022, THE COURT ENTERED THE FOLLOWING REGARDING DEFENDANT'S MOTION TO BIFURCATE:**

> Defendants in this case have filed three motions to bifurcate or for separate trials (Docs. #594, 596 and 599). None of the parties, however, have addressed the fact that Count V alleges conspiracy and that at least as to Golubski, Krstolich, Ware, Barber and Culp, the Court's rulings on that claim in the pending summary judgment motions (Docs. #581 and 584) may impact the decision whether to bifurcate. … The Court therefore ORDERS that no later than 5:00 PM on Monday, May 9, 2022 … all defendants shall file supplemental authorities and argument with regard to how the presence of conspiracy claims might be handled in bifurcated trials.

Doc. No. 626.

**II.    SUPPLEMENTAL AUTHORITIES AND ARGUMENT**

The purpose of Federal Rule of Civil Procedure 42(b) is to empower the Court with the discretion to ensure a fair trial by avoiding prejudice and inconvenience in the most streamlined, efficient way practicable.  And, while there are numerous considerations under Rule 42(b), the

"paramount consideration at all times in the administration of justice is a fair and impartial trial to **all** litigants." *Moss v. Associated Transp., Inc.*, 344 F.2d 23, 26 (6th Cir. 1965) (cleaned up; emphasis added).

As part of Plaintiff's claims against Defendant Golubski and the Unified Government ("UG"), Plaintiff has made numerous salacious allegations of misconduct against Defendant Golubski that allegedly occurred outside the parameters of the Ewing/Quinn homicides for which Plaintiff was convicted. These allegations range from using drug-addicted informants to solve cases to murder. *See* Pretrial Order, Doc. 562. Moreover, Plaintiffs have made clear they are determined to convince the Court and jury to draw a negative inference from Defendant Golubski's invocation of his constitutional rights under the Fifth Amendment during his deposition.

If the Court grants summary judgment on behalf of all the named defendants on Plaintiff's Conspiracy Claim in Count V, a joint trial with all the officers, except Culp, would be less prejudicial to Golubski because all of the purported evidence of Golubski's alleged wrongful conduct in unrelated cases, or in entirely unrelated matters, could not be admitted for purposes of advancing a tacit conspiratorial agreement, and would be irrelevant to the other claim alleged. However, the supervisory liability claim against Defendant Culp would still create undue prejudice upon Golubski. The fact remains that the claims against Golubski—fabrication, *Brady* violations, and malicious prosecution—should be judged based upon his actions *in the Lamonte McIntyre* case. Not allegations of unrelated misconduct that spans, according to Plaintiffs, from the 1970s to today.

However, if the conspiracy claim remains, after giving it further thought in light of the Court's order, Golubski suggests that three trials[1] be held to avoid prejudice and streamline the issues to be tried so that the disposition of the first-tried issues *may* render unnecessary some of the other issues. Golubski proposes the following:

Trial 1:    All individual Defendants in Counts 1 (Malicious Prosecution), 2 (Fabrication & *Brady*), 3 (Familiar Association), 8 (State Law Malicious Prosecution)

Trial 2:    All individual Defendants in Counts 4 (Failure to Intervene); 5 (Conspiracy), 6 (Supervisory Liability as to Culp);

Trial 3:    Claims against the Unified Government, Counts 7 (*Monell*) and 9. (*Respondeat Superior* on State Law Malicious Prosecution)

The above would enable the proper ushering of evidence relevant to the direct claims against the individual officers, while excluding highly prejudicial evidence of other alleged misconduct that is unrelated to the Ewing/Quinn homicides. And, in the event no liability is found at the first trial, no subsequent trials would be necessary. But, if liability was found, then the second trial would be limited to the existence of an agreement to frame Lamonte McIntyre, and what, if anything, the other officers should have done to prevent a constitutional deprivation. Finally, the third trial, if needed, would be related only to what the Unified Government knew about the involved officers, failed to do, and/or ratified such that it was or was not the moving force behind any then-found constitutional deprivation.

---

[1] To be clear, Golubski is not requesting three jury panels, or trials separated in time. Rather, given that four weeks has been allocated, the "three trials" could be accomplished in the already-allotted time but simply determining the claims in a certain order, similar to a bifurcated trial on liability and damages.

Respectfully submitted,

**ENSZ & JESTER, P.C.**

/s/ Christopher M. Napolitano
MATTHEW J. GIST            KS #20829
CHRISTOPHER M. NAPOLITANO  KS #25499
1100 Main Street, Suite 2121
Kansas City, Missouri  64105
Telephone:   816-474-8010
Facsimile:   816-471-7910
E-mails:     mgist@enszjester.com
             cnapolitano@enszjester.com

**and**

MORGAN L. ROACH          KS #23060
SEAN P. McCAULEY         KS #20174
NICHOLAS S. RUBLE        KS #25636
JEFFREY S. KRATOFIL      KS #23983
MCCAULEY & ROACH, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri  64111
Telephone:   816-523-1700
Facsimile:   816-523-1708
E-mails:     morgan@mccauleyroach.com
             sean@mccauleyroach.com
             nick@mccauleyroach.com
             jeff@mccauleyroach.com
**ATTORNEYS FOR DEFENDANT
DETECTIVE ROGER GOLUBSKI**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 9, 2022, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

MICHAEL J. ABRAMS         KS #15407
WILLIAM G. BECK           KS #77974
ALEXANDER T. BROWN        KS #78891
ALANA M. McMULLIN         KS #78948
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108
Telephone:   816-292-2000
Facsimile:   816-292-2001
E-mail(s):   michael.abrams@lathropgmp.com
             william.beck@lathropgpm.com
             alexander.brown@lathropgpm.com
             alana.mcmullin@lathropgpm.com

**and**

CHERYL A. PILATE          KS #14601
LINDSAY RUNNELS           KS #78822
MORGAN PILATE, LLC
926 Cherry Street
Kansas City, Missouri  64106
Telephone:   816-471-6694
Facsimile:   816-472-3516
E-mail(s):   cpilate@morganpilate.com
             lrunnels@morganpilate.com

**and**

BARRY SCHECK              *Pro Hac Vice*
EMMA FREUDENBERGER        *Pro Hac Vice*
AMELIA GREEN              *Pro Hac Vice*
SONA R. SHAH              *Pro Hac Vice*
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, New York  10013
Telephone:   212-965-9081
Facsimile:   212-965-9084
E-mail(s):   barry@nsbcivilrights.com
             emma@nsbcivilrights.com
             amelia@nsbcivilrights.com
             sona@nsbcivilrights.com
**ATTORNEYS FOR PLAINTIFFS**

DAVID R. COOPER               KS #16690
CHARLES E. BRANSON       KS #17376
BRIAN C. MAULDIN          KS #28636
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 SW 5th Street
Topeka, Kansas  66606
Telephone:  785-232-7761
Facsimile:  785-286-6609
E-mail(s):  dcooper@fpsslaw.com
           cbranson@fpsslaw.com
           bmauldin@fpsslaw.com

**and**

HENRY E. COUCHMAN, JR.   KS #12842
EDWARD JAMES BAIN        KS #26442
UNIFIED GOVERNMENT OF WYANDOTTE COUNTY
KANSAS CITY, KANSAS LEGAL DEPARTMENT
701 North 7th Street, Suite 961
Kansas City, Kansas  66101
Telephone:  913-573-5060
Facsimile:  913-573-5243
E-mail(s):  hcouchman@wycokck.org
           jbain@wycokck.org
**ATTORNEYS FOR DEFENDANT UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS**


SEAN M. STURDIVAN        KS #21286
ELIZABETH A. EVERS       KS #22580
TRACY M. HAYES            KS #23119
SANDERS WARREN RUSSELL LLP
11225 College Boulevard, Suite 450
Overland Park, Kansas  66210
Telephone:  913-234-6100
Facsimile:  913-234-6199
E-mail(s):  s.sturdivan@swrllp.com
           e.evers@swrllp.com
           t.hayes@swrllp.com
**ATTORNEYS FOR THE ESTATE OF DETECTIVE JAMES MICHAEL KRSTOLICH, DETECTIVE DENNIS WARE, OFFICER JAMES L. BROWN, THE ESTATE OF LIEUTENANT DENNIS**

**OTTO BARBER, DETECTIVE CYLDE BLOOD, DETECTIVE WK SMITH, AND THE ESTATE OF LIEUTENANT STEVE CULP**

/s/ Christopher M. Napolitano
**ATTORNEYS FOR DEFENDANT DETECTIVE ROGER GOLUBSKI**