| | |
|---|---|
| **From:** | Matthew Gist |
| **To:** | Abrams, Michael; dcooper@fpsslaw.com; cbranson@fpsslaw.com; bmauldin@fpsslaw.com; hcouchman_wycokck.org; jbain@wycokck.org; Morgan Roach; sean_mccauleyroach.com; jeff@mccauleyroach.com; Chris Napolitano; s.sturdivan_swrllp.com; e.evers@swrllp.com; t.hayes_swrllp.com |
| **Cc:** | "cpilate@morganpilate.com"; Emma Freudenberger; grace@nsbcivilrights.com; sona@nsbcivilrights.com; McMullin, Alana M. |
| **Subject:** | RE: Rose McIntyre Deposition |
| **Date:** | Wednesday, May 18, 2022 4:51:43 PM |
| **Attachments:** | image001.png<br>image002.png |

We saw the good news in your May 6th filing.  I am not available June 21-24, 29 & 30th. If Plaintiffs are fine with either Morgan Roach or Chris Napolitano completing the deposition on behalf of Defendant Golubski, we can make any of those dates work.  Thanks.

## Matthew J. Gist



1100 Main Street, Suite 2121
Kansas City, MO 64105
Main: 816.474.8010
Direct: 816.743.7951
Facsimile: 816.471.7910
Email: mgist@enszjester.com
Web: www.enszjester.com

**EXHIBIT 1**

This message contains confidential information which is (a) attorney–client privileged, attorney work product, proprietary in nature, and/or otherwise protected by law from disclosure. This message is intended only for the use of the addressee(s) named herein. If you are not an addressee or the person responsible for delivering this to an addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this message in error, please reply to the sender and take the steps necessary to permanently delete the message completely from your computer system.

**From:** Abrams, Michael <michael.abrams@lathropgpm.com>
**Sent:** Wednesday, May 18, 2022 4:17 PM
**To:** dcooper@fpsslaw.com; cbranson@fpsslaw.com; bmauldin@fpsslaw.com; hcouchman_wycokck.org <hcouchman@wycokck.org>; jbain@wycokck.org; Morgan Roach <morgan@mccauleyroach.com>; sean_mccauleyroach.com <sean@mccauleyroach.com>; jeff@mccauleyroach.com; Matthew Gist <mgist@enszjester.com>; Chris Napolitano <CNapolitano@enszjester.com>; s.sturdivan_swrllp.com <s.sturdivan@swrllp.com>; e.evers@swrllp.com; t.hayes_swrllp.com <t.hayes@swrllp.com>
**Cc:** Abrams, Michael <michael.abrams@lathropgpm.com>; 'cpilate@morganpilate.com' <cpilate@morganpilate.com>; Emma Freudenberger <emma@nsbcivilrights.com>; grace@nsbcivilrights.com; sona@nsbcivilrights.com; McMullin, Alana M. <alana.mcmullin@lathropgpm.com>
**Subject:** Rose McIntyre Deposition

Counsel, I am pleased to report that Rose McIntyre's health continues to slowly improve. Although she is certainly not out the woods, it now appears that she will be able to continue her deposition in the next few weeks. She may not be able to sit for deposition more than

one hour at a time.  I suggest we set some dates for her deposition to be completed with this time limitation in mind. She will need to appear remotely from her home in Arizona.

Defense counsel, can you kindly send your availability beginning from June 13-July 1 for the completion of Ms. McIntyre's deposition.

Very truly yours,



**Michael Abrams**
Partner

Lathrop GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO  64108-2618

Direct: 816.460.5530
Mobile: 816.582.3519
michael.abrams@lathropgpm.com
lathropgpm.com

This e-mail (including any attachments) may contain material that (1) is confidential and for the sole use of the intended recipient, and (2) may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.