**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

LAMONTE MCINTYRE and
ROSE LEE MCINTYRE,

           Plaintiffs,

    v.                                    Case No:    18-cv-2545-KHV

UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY AND KANSAS CITY, KANSAS, et al.

           Defendants.

| **Appearing for Plaintiff(s):** | **Appearing for Defendant Unified Government:** |
|---|---|
| Emma Freudenberger | David Cooper and Charles Branson |
| Cheryl Pilate | **Appearing for Defendant Golubski:** |
| Michael Abrams | Morgan Roach, Christopher Napolitano and |
| Alana McMullin | Matthew Gist |
| Grace Paras | **Appearing for the Officer Defendants:** |
| | Elizabeth Guerra and Tracy Hayes |

| **JUDGE:** | Kathryn H. Vratil | **DATE:** | 5/23/2022 |
|---|---|---|---|
| **CLERK:** | Andrea Schreyer | **TAPE/REPORTER:** | Kim Greiner |

**MOTION HEARING**

The parties appear by counsel.

Before the Court are Plaintiffs' Motion To Limit Testimony of Tarik Khatib (Doc. #578), Plaintiffs' Motion To Exclude Testimony Of Robert Blake McConnell (Doc. #576) and Defendant Roger Golubski's Motion To Exclude Plaintiffs' Expert Jennifer Dysart Ph.D. (Doc. #573) all filed April 1, 2022.

Arguments are heard by counsel.

Plaintiffs' Motion To Limit Testimony of Tarik Khatib (Doc. #578) filed April 1, 2022 is **sustained in part and overruled in part** for reasons stated on the record and in the forthcoming written Order.

Plaintiffs' Motion To Exclude Testimony Of Robert Blake McConnell (Doc. #576) filed April 1, 2022 is **sustained** for reasons stated on the record and in the forthcoming written Order.

<u>Defendant Roger Golubski's Motion To Exclude Plaintiffs' Expert Jennifer Dysart Ph.D.</u> (Doc. #573) filed April 1, 2022 is **overruled** for reasons stated on the record and in the forthcoming written Order.

Oral arguments to continue tomorrow, **Tuesday May 24, 2022 at 10:00 AM in Courtroom 643**.