**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

LAMONTE MCINTYRE and
ROSE LEE MCINTYRE,

           Plaintiffs,

    v.                            Case No:    18-cv-2545-KHV

UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY AND KANSAS CITY, KANSAS, et al.

           Defendants.

| **Appearing for Plaintiff(s):** | **Appearing for Defendant Unified Government:** |
|---|---|
| Cheryl Pilate<br>Michael Abrams<br>Alana McMullin<br>Grace Paras | David Cooper, James Bain and Charles Branson<br>**Appearing for Defendant Golubski:**<br>Morgan Roach, Christopher Napolitano and Matthew Gist<br>**Appearing for the Officer Defendants:**<br>Elizabeth Guerra and Tracy Hayes |

| **JUDGE:** | Kathryn H. Vratil | **DATE:** | 5/24/2022 |
|---|---|---|---|
| **CLERK:** | Andrea Schreyer | **TAPE/REPORTER:** | Kelli Stewart |

**MOTION HEARING**

The parties appear by counsel.

Before the Court are Defendant Roger Golubski's Motion For Summary Judgment (Doc. #581), Defendant Officers' Motion For Summary Judgment (Doc. #574), Defendant Roger Golubski's Motion For Bifurcated/Separate Trial (Doc. #594), Defendant Officers' Motion For Separate Trial (Doc. #596), [Unified Government's] Motion to Bifurcate Trials (Doc. #599) and Joint Motion to Transfer Trial to Wichita (Doc. #597).

Arguments are heard by counsel. The Court makes the following rulings:

Defendant Roger Golubski's Motion For Summary Judgment (Doc. #581) filed April 1, 2022 is **overruled** for reasons stated on the record and in the forthcoming written Order.

<u>Defendant Officers' Motion For Summary Judgment</u> (Doc. #574) filed April 1, 2022 is **overruled in part and taken under advisement in part** for reasons stated on the record and in the forthcoming written Order.  The following rulings were made as to the individual officers:

The motion as to defendant Smith is **taken under advisement**.
The motion as to defendant Brown is **overruled**.
The motion as to defendant Krstolich is **overruled**.
The motion as to defendant Barber is **overruled without prejudice** to reopen the matter after the deposition of plaintiff Rose McIntyre is complete.
The motion as to defendant Ware is **overruled.**
The motion as to defendant Culp is **overruled.**

<u>Defendant Roger Golubski's Motion For Bifurcated/Separate Trial</u> (Doc. #594), <u>Defendant Officers' Motion For Separate Trial</u> (Doc. #596) and [Unified Government's] <u>Motion to Bifurcate Trials</u> (Doc. #599) all filed April 15, 2022 are **sustained in part** for reasons stated on the record.  The Court intends to conduct the trial with one jury but in two phases with the specific claims to be tried in each phase to be determined after the parties submit proposed trial plans.  Defendants' motions are otherwise **overruled**.

[Defendants'] <u>Joint Motion to Transfer Trial to Wichita</u> (Doc. #597) filed April 15, 2022 is **overruled** for reasons stated on the record.

Plaintiffs are to present a good faith settlement offer to defendants by **Monday, May 30, 2022**.  Defendants are to respond by **Monday, June 6, 2022**.  Mediation is ordered with a goal to have it completed by the end of June 2022.  The Court also orders the mayor to participate personally in mediation.

The Court will soon set deadlines as to the production of trial plans and the schedule of 404(b) evidence.  The deadlines will be after the mediation deadline.