UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE and ROSE LEE MCINTYRE, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) 2:18-CV-02545-KHV-KGG<br>) **NOTICE OF APPEAL**<br>) |
| UNIFIED GOVERNMENT OF WYANDOTTE COUNTY, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## DEFENDANT ROGER GOLUBSKI'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant Roger Golubski hereby appeals to the United States District Court of Appeals for the Tenth Circuit from the District Court's Order (Doc. 668), entered on June 9, 2022, denying Defendant Golubski's Motion for Summary Judgment based on qualified immunity.

Respectfully submitted,

**ENSZ & JESTER, P.C.**

/s/ Matthew J. Gist
| | |
|---|---|
| MATTHEW J. GIST | KS #20829 |
| CHRIS M. NAPOLITANO | KS #25499 |

1100 Main Street, Suite 2121
Kansas City, Missouri  64105
Telephone: 816-474-8010
Facsimile: 816-471-7910
E-mails: mgist@enszjester.com
cnapolitano@enszjester.com

**and**

| | |
|---|---|
| MORGAN L. ROACH | KS #23060 |
| SEAN P. McCAULEY | KS #20174 |
| NICHOLAS S. RUBLE | KS #25636 |
| JEFFREY S. KRATOFIL | KS #23983 |

MCCAULEY & ROACH, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri  64111
Telephone: 816-523-1700
Facsimile: 816-523-1708
E-mails: morgan@mccauleyroach.com
sean@mccauleyroach.com
nick@mccauleyroach.com
jeff@mccauleyroach.com
**ATTORNEYS FOR DEFENDANT DETECTIVE ROGER GOLUBSKI**

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 17, 2022, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

MICHAEL J. ABRAMS		KS #15407
WILLIAM G. BECK		KS #77974
ALEXANDER T. BROWN		KS #78891
ALANA M. McMULLIN		KS #78948
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108
Telephone:  816-292-2000
Facsimile:  816-292-2001
E-mail(s):  michael.abrams@lathropgmp.com
        william.beck@lathropgpm.com
        alexander.brown@lathropgpm.com
        alana.mcmullin@lathropgpm.com

**and**

CHERYL A. PILATE		KS #14601
LINDSAY RUNNELS		KS #78822
MORGAN PILATE, LLC
926 Cherry Street
Kansas City, Missouri  64106
Telephone:  816-471-6694
Facsimile:  816-472-3516
E-mail(s):  cpilate@morganpilate.com
        lrunnels@morganpilate.com

**and**

BARRY SCHECK		*Pro Hac Vice*
EMMA FREUDENBERGER	*Pro Hac Vice*
AMELIA GREEN		*Pro Hac Vice*
SONA R. SHAH		*Pro Hac Vice*
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, New York  10013
Telephone:  212-965-9081
Facsimile:  212-965-9084
E-mail(s):  barry@nsbcivilrights.com

      emma@nsbcivilrights.com
      amelia@nsbcivilrights.com
      sona@nsbcivilrights.com
**ATTORNEYS FOR PLAINTIFFS**

DAVID R. COOPER      KS #16690
CHARLES E. BRANSON   KS #17376
BRIAN C. MAULDIN     KS #28636
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 SW 5th Street
Topeka, Kansas 66606
Telephone: 785-232-7761
Facsimile: 785-286-6609
E-mail(s): dcooper@fpsslaw.com
          cbranson@fpsslaw.com
          bmauldin@fpsslaw.com

**and**

HENRY E. COUCHMAN, JR. KS #12842
EDWARD JAMES BAIN    KS #26442
UNIFIED GOVERNMENT OF WYANDOTTE COUNTY
KANSAS CITY, KANSAS LEGAL DEPARTMENT
701 North 7th Street, Suite 961
Kansas City, Kansas 66101
Telephone: 913-573-5060
Facsimile: 913-573-5243
E-mail(s): hcouchman@wycokck.org
          jbain@wycokck.org
**ATTORNEYS FOR DEFENDANT UNIFIED GOVERNMENT OF**

**WYANDOTTE COUNTY AND
KANSAS CITY, KANSAS**

SEAN M. STURDIVAN        KS #21286
ELIZABETH A. EVERS       KS #22580
TRACY M. HAYES           KS #23119
SANDERS WARREN RUSSELL LLP
11225 College Boulevard, Suite 450
Overland Park, Kansas  66210
Telephone:  913-234-6100
Facsimile:   913-234-6199
E-mail(s):   s.sturdivan@swrllp.com
              e.evers@swrllp.com
              t.hayes@swrllp.com
**ATTORNEYS FOR THE ESTATE OF
DETECTIVE JAMES MICHAEL
KRSTOLICH, DETECTIVE DENNIS
WARE, OFFICER JAMES L. BROWN,
THE ESTATE OF LIEUTENANT
DENNIS OTTO BARBER,
DETECTIVE CYLDE BLOOD,
DETECTIVE WK SMITH, AND THE
ESTATE OF LIEUTENANT STEVE
CULP**

/s/ Matthew J. Gist
**ATTORNEYS FOR DEFENDANT
DETECTIVE ROGER GOLUBSKI**