SA,ETT−20D,INTERLOCUTORYAPPEAL,MEDIATION,PROTO

# U.S. District Court
# DISTRICT OF KANSAS (Kansas City)
# CIVIL DOCKET FOR CASE #: 2:18−cv−02545−KHV−KGG

| | |
|---|---|
| McIntyre et al v. Unified Government of Wyandotte County and Kansas City, Kansas et al | Date Filed: 10/11/2018 |
| | Jury Demand: Both |
| Assigned to: District Judge Kathryn H. Vratil | Nature of Suit: 440 Civil Rights: Other |
| Referred to: Magistrate Judge Kenneth G. Gale | Jurisdiction: Federal Question |
| Demand: $75,000 | |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

| | | |
|---|---|---|
| **Lamonte McIntyre** | represented by | **Alana M. McMullin** |
| | | Lathrop GPM, LLP − Kansas City |
| | | 2345 Grand Boulevard |
| | | Kansas City, MO 64108−2618 |
| | | 816−292−2000 |
| | | Alternative Phone: |
| | | Cell Phone: |
| | | Email: alana.mcmullin@lathropgpm.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Number: 78948* |
| | | *Bar Status: Active* |
| | | |
| | | **Alexander T. Brown** |
| | | Lathrop GPM, LLP − Kansas City |
| | | 2345 Grand Boulevard |
| | | Kansas City, MO 64108−2618 |
| | | 816−460−5629 |
| | | Fax: 816−292−2001 |
| | | Alternative Phone: 816−896−6700 |
| | | Cell Phone: |
| | | Email: alexander.brown@lathropgpm.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Number: 78891* |
| | | *Bar Status: Active* |
| | | |
| | | **Amelia B. Green** |
| | | Neufeld Scheck & Brustin, LLP |
| | | 99 Hudson Street, 8th Floor |
| | | New York, NY 10013 |
| | | 212−965−9081 |
| | | Fax: 212−965−9084 |
| | | Alternative Phone: |
| | | Cell Phone: |
| | | Email: amelia@nsbcivilrights.com |
| | | *LEAD ATTORNEY* |

1

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Number:*
*Bar Status: Phv*

**Barry C. Scheck**
Neufeld Scheck & Brustin, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
212−965−9081
Fax: 212−965−9084
Alternative Phone:
Cell Phone:
Email: barry@nsbcivilrights.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Number:*
*Bar Status: Phv*

**Cheryl A. Pilate**
Morgan Pilate, LLC
926 Cherry Street
Kansas City, MO 64106
816−471−6694
Fax: 816−472−3516
Alternative Phone:
Cell Phone: 913−558−6811
Email: cpilate@morganpilate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 14601*
*Bar Status: Active*

**Emma Freudenberger**
Neufeld Scheck & Brustin, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
212−965−9081
Fax: 212−965−9081
Alternative Phone:
Cell Phone:
Email: emma@nsbcivilrights.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Number:*
*Bar Status: Phv*

**Grace Ann Paras**
Neufeld Scheck & Brustin, LLP
99 Hudson Street, 8th Floor

New York, NY 10013
212–965–9081
Fax: 212–965–9084
Alternative Phone:
Cell Phone:
Email: grace@nsbcivilrights.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Number:*
*Bar Status: Phv*

**Lindsay Runnels**
Morgan Pilate, LLC
926 Cherry Street
Kansas City, MO 64106
816–471–6694
Fax: 816–472–3516
Alternative Phone:
Cell Phone: 816–589–9241
Email: lrunnels@morganpilate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 78822*
*Bar Status: Active*

**Michael J. Abrams**
Lathrop GPM, LLP – Kansas City
2345 Grand Boulevard
Kansas City, MO 64108–2618
816–460–5530
Fax: 816–292–2001
Alternative Phone:
Cell Phone:
Email: michael.abrams@lathropgpm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 15407*
*Bar Status: Active*

**Sona R. Shah**
Neufeld Scheck & Brustin, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
212–965–9081
Fax: 212–965–9084
Alternative Phone:
Cell Phone:
Email: sona@nsbcivilrights.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Bar Number:
*Bar Status: Phv*

**William G. Beck**
Lathrop GPM, LLP – Kansas City
2345 Grand Boulevard
Kansas City, MO 64108–2618
816–728–8061
Fax: 816–292–2001
Alternative Phone: 816–460–5751
Cell Phone:
Email: william.beck@lathropgpm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 77974*
*Bar Status: Active*

**Richard Sawyer**
Neufeld Scheck & Brustin, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
212–965–9081
Fax: 212–965–9084
Alternative Phone:
Cell Phone:
Email: rick@nsbcivilrights.com
 *TERMINATED: 02/16/2021*
*PRO HAC VICE*
*Bar Number:*
*Bar Status: Phv*

**Yasmin Dagne**
Neufeld Scheck & Brustin, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
212–965–9081
Fax: 212–965–9084
Alternative Phone:
Cell Phone:
Email: yasmin@nsbcivilrights.com
 *TERMINATED: 09/29/2021*
*Bar Number:*
*Bar Status: Phv*

**Plaintiff**

**Rose Lee McIntyre**                    represented by   **Alana M. McMullin**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Number: 78948*
                                                          *Bar Status: Active*

**Alexander T. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 78891*
*Bar Status: Active*

**Amelia B. Green**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Number:*
*Bar Status: Phv*

**Barry C. Scheck**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Number:*
*Bar Status: Phv*

**Cheryl A. Pilate**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 14601*
*Bar Status: Active*

**Emma Freudenberger**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Number:*
*Bar Status: Phv*

**Grace Ann Paras**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Number:*
*Bar Status: Phv*

**Lindsay Runnels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 78822*
*Bar Status: Active*

**Michael J. Abrams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 15407*
*Bar Status: Active*

**Sona R. Shah**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Number:*
*Bar Status: Phv*

**William G. Beck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 77974*
*Bar Status: Active*

**Richard Sawyer**
(See above for address)
*TERMINATED: 02/16/2021*
*PRO HAC VICE*
*Bar Number:*
*Bar Status: Phv*

**Yasmin Dagne**
(See above for address)
*TERMINATED: 09/29/2021*
*Bar Number:*
*Bar Status: Phv*

V.

**Defendant**

**Unified Government of Wyandotte County and Kansas City, Kansas**          represented by          **Brian Mauldin**
Fisher, Patterson, Sayler & Smith, LLP –
Topeka
3550 SW Fifth Street
Topeka, KS 66606
706–829–6672
Alternative Phone:
Cell Phone:
Email: bmauldin@fpsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 28636*

*Bar Status: Active*

**Charles Edward Branson**
Fisher, Patterson, Sayler & Smith, LLP –
Topeka
3550 SW Fifth Street
Topeka, KS 66606
785–232–7761
Fax: 785–232–6604
Alternative Phone:
Cell Phone: 785–766–7892
Email: cbranson@fpsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 17376*
*Bar Status: Active*

**David R. Cooper**
Fisher, Patterson, Sayler & Smith, LLP –
Topeka
3550 SW Fifth Street
Topeka, KS 66606
785–232–7761
Fax: 785–286–6609
Alternative Phone:
Cell Phone: 785–633–7545
Email: dcooper@fpsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 16690*
*Bar Status: Active*

**Edward James Bain , III**
Unified Government of Wyandotte
County/Kansas City, KS
701 North 7th Street
Kansas City, KS 66101–3013
913–573–5060
Alternative Phone:
Cell Phone:
Email: jbain@wycokck.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 26442*
*Bar Status: Active*

**Henry E. Couchman , Jr.**
Unified Government of Wyandotte
County/Kansas City, KS
701 North 7th Street
Kansas City, KS 66101–3013
913–573–5060

Fax: 913–573–5243
Alternative Phone:
Cell Phone: 913–951–1617
Email: hcouchman@wycokck.org
*TERMINATED: 06/13/2022*
*Bar Number: 12842*
*Bar Status: Active*

**Lauren E. Laushman**
Henderson Engineers
8345 Lenexa Drive, Suite 300
Lenexa, KS 66049
785–979–5936
Alternative Phone:
Cell Phone: 785–979–5936
Email: Lauren.Laushman@ks.gov
*TERMINATED: 10/17/2019*
*Bar Number: 25776*
*Bar Status: Active*

**Defendant**

**Roger Golubski**                    represented by    **Christopher M. Napolitano**
*Detective*                                              Ensz & Jester, PC
1100 Main Street, Suite 2121
Kansas City, MO 64105
816–474–8010
Alternative Phone:
Cell Phone:
Email: cnapolitano@enszjester.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 25499*
*Bar Status: Active*

**Jeffrey S. Kratofil**
McCauley & Roach, LLC
527 W. 39th Street, Suite 200
Kansas City, MO 64111
816–523–1700
Fax: 816–523–1708
Alternative Phone:
Cell Phone:
Email: jeff@mccauleyroach.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 23983*
*Bar Status: Active*

**Matthew J. Gist**
Ensz & Jester, PC
1100 Main Street, Suite 2121
Kansas City, MO 64105

816–474–8010
Alternative Phone:
Cell Phone:
Email: mgist@enszjester.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 20829*
*Bar Status: Active*

**Morgan L. Roach**
McCauley & Roach, LLC
527 W. 39th Street, Suite 200
Kansas City, MO 64111
816–523–1700
Fax: 816–523–1708
Alternative Phone: 913–481–2663
Cell Phone: 913–481–2663
Email: morgan@mccauleyroach.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 23060*
*Bar Status: Active*

**Sean P. McCauley**
McCauley & Roach, LLC
527 W. 39th Street, Suite 200
Kansas City, MO 64111
816–523–1700
Fax: 816–523–1708
Alternative Phone:
Cell Phone:
Email: sean@mccauleyroach.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 20174*
*Bar Status: Active*

**Nicholas S. Ruble**
Baker, Sterchi, Cowden & Rice, LLC –
KC
2400 Pershing Road, Suite 500
Kansas City, MO 64108–2533
816–471–2121
Fax: 816–472–0288
Alternative Phone:
Cell Phone:
Email: nruble@bscr–law.com
*TERMINATED: 03/26/2021*
*Bar Number: 25636*
*Bar Status: Active*

**Defendant**

| | | |
|---|---|---|
| **Jon A. Blongewicz**<br>*As Special Administrator of*<br>**TERMINATED: 02/01/2019**<br>*estate of*<br>James Michael Krastolich | represented by | **Elizabeth Ann Evers Guerra**<br>Sanders Warren & Russell, LLP – OP<br>Compass Corporate Centre<br>11225 College Blvd., Suite 450<br>Overland Park, KS 66210<br>913–234–6100<br>Fax: 913–234–6199<br>Alternative Phone:<br>Cell Phone:<br>Email: <u>e.eversguerra@swrllp.com</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Number: 22580*<br>*Bar Status: Active* |
| | | **Sean M. Sturdivan**<br>Sanders Warren & Russell, LLP – OP<br>Compass Corporate Centre<br>11225 College Blvd., Suite 450<br>Overland Park, KS 66210<br>913–234–6100<br>Fax: 913–234–6199<br>Alternative Phone:<br>Cell Phone:<br>Email: <u>s.sturdivan@swrllp.com</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Number: 21286*<br>*Bar Status: Active* |
| | | **Tracy M. Hayes**<br>Sanders Warren Russell & Scheer, LLP – OP<br>11225 College Blvd., Suite 450<br>Overland Park, KS 66210<br>913–234–6119<br>Fax: 913–234–6199<br>Alternative Phone: 913–234–6133<br>Cell Phone:<br>Email: <u>t.hayes@swrllp.com</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Number: 23119*<br>*Bar Status: Active* |

**Defendant**

| | | |
|---|---|---|
| **Dennis Ware**<br>*Detective* | represented by | **Elizabeth Ann Evers Guerra**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Number: 22580*<br>*Bar Status: Active* |

**Sean M. Sturdivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 21286*
*Bar Status: Active*

**Tracy M. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 23119*
*Bar Status: Active*

**Jacob Donald Bielenberg**
Baty Otto Coronado Scheer, PC – KC
4435 Main Street, Suite 1100
Kansas City, MO 64111
816–360–8139
Alternative Phone:
Cell Phone:
Email: jbielenberg@batyotto.com
 *TERMINATED: 12/02/2020*
*Bar Number: 27601*
*Bar Status: Active*

**Defendant**

| | | |
|---|---|---|
| **James L. Brown**<br>*Officer* | represented by | **Elizabeth Ann Evers Guerra**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Number: 22580*<br>*Bar Status: Active* |

**Sean M. Sturdivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 21286*
*Bar Status: Active*

**Tracy M. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 23119*
*Bar Status: Active*

**Jacob Donald Bielenberg**
(See above for address)
 *TERMINATED: 12/02/2020*

*Bar Number: 27601*
*Bar Status: Active*

**Defendant**

**Clyde Blood**          represented by    **Elizabeth Ann Evers Guerra**
*Detective*                                (See above for address)
*TERMINATED: 03/29/2022*                   *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Bar Number: 22580*
                                           *Bar Status: Active*

                                           **Sean M. Sturdivan**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Bar Number: 21286*
                                           *Bar Status: Active*

                                           **Tracy M. Hayes**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Bar Number: 23119*
                                           *Bar Status: Active*

                                           **Jacob Donald Bielenberg**
                                           (See above for address)
                                           *TERMINATED: 12/02/2020*
                                           *Bar Number: 27601*
                                           *Bar Status: Active*

**Defendant**

**W. K. Smith**          represented by    **Elizabeth Ann Evers Guerra**
*Detective*                                (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Bar Number: 22580*
                                           *Bar Status: Active*

                                           **Sean M. Sturdivan**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Bar Number: 21286*
                                           *Bar Status: Active*

                                           **Tracy M. Hayes**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Bar Number: 23119*

*Bar Status: Active*

**Jacob Donald Bielenberg**
(See above for address)
 *TERMINATED: 12/02/2020*
*Bar Number: 27601*
*Bar Status: Active*

**Defendant**

**Michael Shomin**                                    represented by   **Elizabeth Ann Evers Guerra**
*Detective*                                                           (See above for address)
*TERMINATED: 09/24/2019*                                              *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 22580*
*Bar Status: Active*

**Sean M. Sturdivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 21286*
*Bar Status: Active*

**Tracy M. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 23119*
*Bar Status: Active*

**Jacob Donald Bielenberg**
(See above for address)
 *TERMINATED: 12/02/2020*
*Bar Number: 27601*
*Bar Status: Active*

**Defendant**

**Steven Culp**                                       represented by   **Elizabeth Ann Evers Guerra**
*Lieutenant*                                                          (See above for address)
*TERMINATED: 11/12/2018*                                              *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 22580*
*Bar Status: Active*

**Sean M. Sturdivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 21286*
*Bar Status: Active*

13

**Tracy M. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 23119*
*Bar Status: Active*

**Jacob Donald Bielenberg**
(See above for address)
***TERMINATED: 12/02/2020***
*Bar Number: 27601*
*Bar Status: Active*

**Defendant**

**John Does 1–10**
*Officers*

**Defendant**

**Roger Roe 1–10**
*Supervisors*

**Defendant**

**Jon A. Blongewicz**                    represented by  **Elizabeth Ann Evers Guerra**
*As Special Administrator of*                            (See above for address)
***TERMINATED: 02/01/2019***                            *LEAD ATTORNEY*
*estate of*                                              *ATTORNEY TO BE NOTICED*
Dennis Otto Barber                                       *Bar Number: 22580*
                                                         *Bar Status: Active*

**Sean M. Sturdivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 21286*
*Bar Status: Active*

**Tracy M. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 23119*
*Bar Status: Active*

**Defendant**

**Jon A Blongewicz**                    represented by  **Elizabeth Ann Evers Guerra**
*As Special Administrator of*                            (See above for address)
***TERMINATED: 02/01/2019***                            *LEAD ATTORNEY*
*estate of*                                              *ATTORNEY TO BE NOTICED*
Steve Culp                                               *Bar Number: 22580*
                                                         *Bar Status: Active*

**Sean M. Sturdivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 21286*
*Bar Status: Active*

**Tracy M. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 23119*
*Bar Status: Active*

**Defendant**

**Daphne R. Halderman**
*as Special Administrator of*
*estate of*
James Michael Krstolich

represented by **Elizabeth Ann Evers Guerra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 22580*
*Bar Status: Active*

**Sean M. Sturdivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 21286*
*Bar Status: Active*

**Tracy M. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 23119*
*Bar Status: Active*

**Jacob Donald Bielenberg**
(See above for address)
*TERMINATED: 12/02/2020*
*Bar Number: 27601*
*Bar Status: Active*

**Defendant**

**Daphne R. Halderman**
*as Special Administrator of*
*estate of*
Dennis Otto Barber

represented by **Elizabeth Ann Evers Guerra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 22580*
*Bar Status: Active*

**Sean M. Sturdivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 21286*
*Bar Status: Active*

**Tracy M. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 23119*
*Bar Status: Active*

**Defendant**

**Daphne R. Halderman**                    represented by    **Elizabeth Ann Evers Guerra**
*as Special Administrator of*                                (See above for address)
*estate of*                                                  *LEAD ATTORNEY*
Steve Culp                                                   *ATTORNEY TO BE NOTICED*
                                                             *Bar Number: 22580*
                                                             *Bar Status: Active*

                                                             **Sean M. Sturdivan**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Number: 21286*
                                                             *Bar Status: Active*

                                                             **Tracy M. Hayes**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Number: 23119*
                                                             *Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/11/2018 | 1 | | COMPLAINT with trial location of Kansas City ( Filing fee $400, Internet Payment Receipt Number AKSDC–4606038.), filed by Rose Lee McIntyre, Lamonte McIntyre.(Abrams, Michael) (Entered: 10/11/2018) |
| 10/11/2018 | 2 | | CIVIL COVER SHEET by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 10/11/2018) |
| 10/11/2018 | 3 | | ENTRY OF APPEARANCE by Cheryl A. Pilate on behalf of All Plaintiffs. (Pilate, Cheryl) (Entered: 10/11/2018) |
| 10/12/2018 | | | NOTICE OF JUDGE ASSIGNMENT: Case assigned to District Judge Daniel D. Crabtree and Magistrate Judge Kenneth G. Gale for all proceedings. (This |

| | | | |
|---|---|---|---|
| | | | is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ca) (Entered: 10/12/2018) |
| 10/15/2018 | 4 | | ENTRY OF APPEARANCE by William G. Beck on behalf of All Plaintiffs. (Beck, William) (Entered: 10/15/2018) |
| 10/15/2018 | 5 | | ORDER OF RECUSAL. District Judge Daniel D. Crabtree recused. Case reassigned to Chief District Judge Julie A Robinson for all further proceedings. Signed by deputy clerk on 10/15/2018. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(mig) (Entered: 10/15/2018) |
| 10/16/2018 | 6 | | MOTION for attorney Alexander T. Brown to appear pro hac vice ( Pro hac vice fee $50, Internet Payment Receipt Number AKSDC–4609496.) by Plaintiff Lamonte McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Attachments: # 1 Affidavit Affidvit of Alexander T. Brown, # 2 ECF Registration Form ECF Registration Form)(Abrams, Michael) (Entered: 10/16/2018) |
| 10/16/2018 | 7 | | ORDER granting 6 Motion to Appear Pro Hac Vice of attorney Alexander T. Brown for plaintiffs. Signed by Magistrate Judge Kenneth G. Gale on 10/16/18. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 10/16/2018) |
| 11/12/2018 | 8 | | AMENDED COMPLAINT against All Defendants, filed by Rose Lee McIntyre, Lamonte McIntyre.(Abrams, Michael) (Entered: 11/12/2018) |
| 11/19/2018 | 9 | | MOTION for attorney Barry Scheck, Emma Freudenberger, Amelia Green to appear pro hac vice ( Pro hac vice fee $150, Internet Payment Receipt Number AKSDC–4639284.) by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Attachments: # 1 Affidavit of Barry Scheck, # 2 Affidavit of Emma Freudenberger, # 3 Affidavit of Amelia Green)(Abrams, Michael) (Entered: 11/19/2018) |
| 11/19/2018 | | | SUMMONS ISSUED as to Jon A. Blongewicz(As Special Administrator of ), Clyde Blood, Steven Culp, Roger Golubski, Michael Shomin, W. K. Smith, Unified Government of Wyandotte County and Kansas City, Kansas, Dennis Ware. (issued to Attorney for service) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (ca) (Entered: 11/19/2018) |
| 11/20/2018 | 10 | | ORDER granting 9 Motion to Appear Pro Hac Vice of attorneys Barry C. Scheck,Amelia Green, and Emma Freudenberger as counsel for Lamonte McIntyre and Rose Lee McIntyre. Signed by Magistrate Judge Kenneth G. Gale on 11/20/18. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 11/20/2018) |
| 12/21/2018 | 11 | | WAIVER OF SERVICE Returned Executed by Rose Lee McIntyre, Lamonte McIntyre. Jon A. Blongewicz(As Special Administrator of ) waiver sent on 12/13/2018, answer due 2/11/2019; Clyde Blood waiver sent on 12/13/2018, answer due 2/11/2019; James L. Brown waiver sent on 12/13/2018, answer due 2/11/2019; Steven Culp waiver sent on 12/13/2018, answer due 2/11/2019; Michael Shomin waiver sent on 12/13/2018, answer due 2/11/2019; W. K. Smith waiver sent on 12/13/2018, answer due 2/11/2019; Dennis Ware waiver sent on 12/13/2018, answer due 2/11/2019. (Abrams, Michael) Modified on 1/4/2019 to edit answer due dates. (ydm) (Entered: |

| | | | |
|---|---|---|---|
| | | | 12/21/2018) |
| 01/02/2019 | 12 | | WAIVER OF SERVICE Returned Executed by Rose Lee McIntyre, Lamonte McIntyre. Roger Golubski waiver sent on 12/13/2018, answer due 2/11/2019. (Abrams, Michael) Modified on 1/4/2019 to edit answer due date. (ydm) (Entered: 01/02/2019) |
| 01/04/2019 | 13 | | WAIVER OF SERVICE Returned Executed by Rose Lee McIntyre, Lamonte McIntyre. Unified Government of Wyandotte County and Kansas City, Kansas waiver sent on 12/13/2018, answer due 2/11/2019. (Abrams, Michael) (Entered: 01/04/2019) |
| 01/17/2019 | 14 | | CLERKS ORDER EXTENDING TIME until 03/05/2019 for Defendants Jon A. Blongewicz, W. K. Smith, Dennis Ware, Michael Shomin, James L. Brown, Clyde Blood, Steven Culp, Jon A. Blongewicz to answer or otherwise plead. Signed by deputy clerk on 01/17/2019. (ca) (Entered: 01/17/2019) |
| 01/30/2019 | 15 | | MOTION to Substitute Party *Daphne R. Halderman, Special Administrator* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Abrams, Michael) (Entered: 01/30/2019) |
| 02/04/2019 | 16 | | ORDER sustaining 15 Motion to Substitute Parties. Daphne R. Halderman substituted for Jon A. Blongewicz. Signed by Magistrate Judge Kenneth G. Gale on 2/1/2019. (heo) (Entered: 02/04/2019) |
| 02/08/2019 | 17 | | ENTRY OF APPEARANCE by Morgan L. Roach on behalf of Roger Golubski (Roach, Morgan) (Entered: 02/08/2019) |
| 02/08/2019 | 18 | | Unopposed MOTION for Extension of Time to File Answer re 8 Amended Complaint by Defendant Roger Golubski (referred to Magistrate Judge Kenneth G. Gale) (Roach, Morgan) (Entered: 02/08/2019) |
| 02/08/2019 | 19 | | ENTRY OF APPEARANCE by Nicholas S. Ruble on behalf of Roger Golubski (Ruble, Nicholas) (Entered: 02/08/2019) |
| 02/08/2019 | 20 | | ENTRY OF APPEARANCE by David R. Cooper on behalf of Unified Government of Wyandotte County and Kansas City, Kansas (Cooper, David) (Entered: 02/08/2019) |
| 02/08/2019 | 21 | | ENTRY OF APPEARANCE by Lauren E. Laushman on behalf of Unified Government of Wyandotte County and Kansas City, Kansas (Laushman, Lauren) (Entered: 02/08/2019) |
| 02/08/2019 | 22 | | Unopposed MOTION for Extension of Time to File Answer re 8 Amended Complaint by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (referred to Magistrate Judge Kenneth G. Gale) (Cooper, David) (Entered: 02/08/2019) |
| 02/08/2019 | 23 | | ORDER granting 18 Unopposed Motion for Extension of Time to Answer re 8 Amended Complaint. Answer of Roger Golubski due on or before 3/5/2019. ORDER granting 22 Motion for Extension of Time to Answer re 8 Amended Complaint. Answer of Unified Government due on or before 3/5/2019. Signed by Magistrate Judge Kenneth G. Gale on 2/8/19. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 02/08/2019) |

| 02/26/2019 | 24 | | Joint Unopposed MOTION for Extension of Time to File Answer re 8 Amended Complaint *by All Defendants and filed* by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (referred to Magistrate Judge Kenneth G. Gale) (Laushman, Lauren) (Entered: 02/26/2019) |
| 02/27/2019 | 25 | | ORDER granting 24 Joint Unopposed Motion for Extension of Time to Answer Amended Complaint. All defendants answer due 3/29/2019. See attached Order. Signed by Magistrate Judge Kenneth G. Gale on 2/27/19. (aw) (Entered: 02/27/2019) |
| 03/26/2019 | 26 | | MOTION for Leave to File Excess Pages by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, Michael Shomin, W. K. Smith, Dennis Ware (Hayes, Tracy) (Entered: 03/26/2019) |
| 03/26/2019 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 26 MOTION for Leave to File Excess Pages . The motion will be resolved by the District Judge.(df)** (Entered: 03/26/2019) |
| 03/27/2019 | 27 | | ORDER granting 26 Motion for Leave to File Excess Pages. The Motion to File Excess Pages (Doc. 26) is granted for good cause shown. The argument and authorities section of the Defendant Officers' memorandum in support of their motion to dismiss shall not exceed forty–five (45) pages. Signed by Chief District Judge Julie A. Robinson on 3/27/2019. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mh) (Entered: 03/27/2019) |
| 03/29/2019 | 28 | | Joint MOTION for Recusal by Defendant Roger Golubski (Roach, Morgan) (Entered: 03/29/2019) |
| 03/29/2019 | 29 | | MEMORANDUM IN SUPPORT of 28 Joint MOTION for Recusal by Defendant Roger Golubski(Roach, Morgan) (Entered: 03/29/2019) |
| 03/29/2019 | 30 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, Michael Shomin, W. K. Smith, Dennis Ware (Hayes, Tracy) (Entered: 03/29/2019) |
| 03/29/2019 | 31 | | MEMORANDUM IN SUPPORT of 30 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, Michael Shomin, W. K. Smith, Dennis Ware (Attachments: # 1 Exhibit A)(Hayes, Tracy) (Entered: 03/29/2019) |
| 03/29/2019 | 32 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Roger Golubski (Roach, Morgan) (Entered: 03/29/2019) |
| 03/29/2019 | 33 | | MEMORANDUM IN SUPPORT of 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Roger Golubski (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Roach, Morgan) (Entered: 03/29/2019) |
| 03/29/2019 | 34 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (Cooper, David) (Entered: 03/29/2019) |

| 03/29/2019 | <u>35</u> | | MEMORANDUM IN SUPPORT of <u>34</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (Attachments: # <u>1</u> Exhibit A 94CR1213 Information filed 6–28–94, # <u>2</u> Exhibit B 94CR1213 Warrant Return filed 6–30–94, # <u>3</u> Exhibit C 94CR1213 Transcript (excerpts) of Jury Trial 9.26–29.94, # <u>4</u> Exhibit D 94CR1213 and 16CV508 – Partial Transcript, # <u>5</u> Exhibit E 94CR1213 and 16CV508 – Order filed 10–13–17)(Cooper, David) (Entered: 03/29/2019) |
| 03/29/2019 | <u>36</u> | | Joint MOTION to Stay Discovery by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (referred to Magistrate Judge Kenneth G. Gale) (Cooper, David) (Entered: 03/29/2019) |
| 04/02/2019 | <u>37</u> | | MOTION for attorney Richard Sawyer to appear pro hac vice ( Pro hac vice fee $50, Internet Payment Receipt Number AKSDC–4763423.) by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Attachments: # <u>1</u> Affidavit of Richard Sawyer)(Abrams, Michael) (Entered: 04/02/2019) |
| 04/02/2019 | 38 | | ORDER granting <u>37</u> Motion to Appear Pro Hac Vice of Richard Sawyer as counsel for Lamonte McIntyre and Rose Lee McIntyre pursuant to D. Kan. Rule 83.5.4 for purposes of this case only. Unless already registered, pro hac vice counsel should register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/. Signed by Magistrate Judge Kenneth G. Gale on 4/2/19. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 04/02/2019) |
| 04/10/2019 | <u>39</u> | | Unopposed MOTION for Extension of Time to File Responses as to <u>34</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , <u>32</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , <u>28</u> Joint MOTION for Recusal , <u>30</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (Abrams, Michael) Modified on 4/12/2019 to clean up docket text (hw). (Entered: 04/10/2019) |
| 04/11/2019 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: <u>39</u> Unopposed MOTION for Extension of Time to File Responses as to <u>34</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , <u>33</u> Memorandum in Support of Motion, <u>32</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , <u>28</u> Joint MOTION. The motion will be resolved by the District Judge.(df)** (Entered: 04/11/2019) |
| 04/12/2019 | 40 | | ORDER granting as unopposed <u>39</u> Motion for Extension of Time to File Response re <u>36</u> Joint MOTION to Stay Discovery , <u>34</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , <u>28</u> Joint MOTION for Recusal , <u>32</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , <u>30</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . The Response deadline is extended to 5/20/2019. Signed by Chief District Judge Julie A. Robinson on 4/12/2019. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mh) (Entered: 04/12/2019) |
| 05/17/2019 | <u>41</u> | | MOTION for Leave to file Consolidated Response by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (Beck, William) (Entered: 05/17/2019) |

| 05/17/2019 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 41 MOTION for Leave to file Consolidated Response. The motion will be resolved by the District Judge. (df)** (Entered: 05/17/2019) |
|---|---|---|---|
| 05/20/2019 | 42 | | ORDER granting 41 Motion for Leave to File Consolidated Response with excess pages. The motion for Leave to File Consolidated Responses (Doc. 41) is granted for good cause shown. The argument and authorities section of the Plaintiffs' response shall not exceed forty–five (45) pages. Signed by Chief District Judge Julie A. Robinson on 5/20/2019.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(mh) (Entered: 05/20/2019) |
| 05/20/2019 | 43 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 34 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 30 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Abrams, Michael) (Entered: 05/20/2019) |
| 05/20/2019 | 44 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 36 Joint MOTION to Stay Discovery (Abrams, Michael) (Entered: 05/20/2019) |
| 05/20/2019 | 45 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 28 Joint MOTION for Recusal (Abrams, Michael) (Entered: 05/20/2019) |
| 05/20/2019 | 46 | | MOTION to Amend Complaint re 8 Amended Complaint by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (Attachments: # 1 Proposed Amended Complaint)(Abrams, Michael) (Entered: 05/20/2019) |
| 05/20/2019 | 47 | | MEMORANDUM IN SUPPORT of 46 MOTION to Amend Complaint re 8 Amended Complaint by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre(Abrams, Michael) (Entered: 05/20/2019) |
| 05/21/2019 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 46 MOTION to Amend Complaint re 8 Amended Complaint . The motion will be resolved by the District Judge.(df)** (Entered: 05/21/2019) |
| 05/22/2019 | 48 | | MEMORANDUM AND ORDER granting 28 Motion for Recusal. Signed by Chief District Judge Julie A. Robinson on 5/22/19. (hw) (Entered: 05/22/2019) |
| 05/22/2019 | 49 | | ORDER REASSIGNING CASE: Case reassigned to District Judge Carlos Murguia for all further proceedings. Chief District Judge Julie A Robinson no longer assigned to case. Signed by Chief District Judge Julie A. Robinson on 5/22/2019. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(bw) (Entered: 05/22/2019) |
| 05/23/2019 | 50 | | ORDER OF RECUSAL. District Judge Carlos Murguia recused. Case reassigned to District Judge Kathryn H. Vratil for all further proceedings. Signed by District Judge Carlos Murguia on 5/23/2019. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (jsh) (Entered: 05/23/2019) |
| 06/03/2019 | 51 | | Joint MOTION for Extension of Time to File Replies & Responses as to 34 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 46 MOTION to Amend Complaint re 8 Amended Complaint , 36 Joint MOTION to Stay Discovery , 30 MOTION TO DISMISS FOR FAILURE TO STATE A |

| | | | |
|---|---|---|---|
| | | | CLAIM by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (Cooper, David) (Entered: 06/03/2019) |
| 06/03/2019 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 51 Joint MOTION for Extension of Time to File Replies & Responses as to 34 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 46 MOTION to Amend Complaint re 8 Amended Co. The motion will be resolved by the District Judge.(df)** (Entered: 06/03/2019) |
| 06/03/2019 | 52 | | ORDER sustaining 51 Motion for Extension of Time to File Response/Reply as to all defendants. Response deadline set for 7/3/2019 re 36 Joint MOTION to Stay Discovery, 34 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, 30 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. Reply deadline set for 7/3/2019 re 46 MOTION to Amend Complaint re 8 Amended Complaint. Signed by District Judge Kathryn H. Vratil on 6/3/2019. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (heo) (Entered: 06/03/2019) |
| 06/25/2019 | 53 | | ENTRY OF APPEARANCE by Henry E. Couchman, Jr on behalf of Unified Government of Wyandotte County and Kansas City, Kansas (Couchman, Henry) (Entered: 06/25/2019) |
| 06/26/2019 | 54 | | NOTICE OF ADDITIONAL AUTHORITIES by Lamonte McIntyre, Rose Lee McIntyre re 43 Response to Motion, (Attachments: # 1 Exhibit 1)(Abrams, Michael) (Entered: 06/26/2019) |
| 06/27/2019 | 55 | | ENTRY OF APPEARANCE by Edward James Bain, III on behalf of Unified Government of Wyandotte County and Kansas City, Kansas. (Bain, Edward) (Entered: 06/27/2019) |
| 06/28/2019 | 56 | | Joint MOTION for Extension of Time to File Responses/Replies as to 34 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 46 MOTION to Amend Complaint re 8 Amended Complaint , 30 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (referred to Magistrate Judge Kenneth G. Gale) (Laushman, Lauren) (Entered: 06/28/2019) |
| 06/28/2019 | 57 | | ORDER **sustaining** 56 Unopposed Joint Motion for Extension of Time as to all defendants. Reply deadline set for 7/15/2019 re 36 Joint MOTION to Stay Discovery, 34 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, 30 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. Response deadline set for 7/15/2019 re 46 MOTION to Amend Complaint re 8 Amended Complaint . Signed by District Judge Kathryn H. Vratil on 6/28/2019. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 06/28/2019) |
| 07/03/2019 | 58 | | ORDER overruling 36 Motion to Stay Discovery. Signed by District Judge Kathryn H. Vratil on 7/3/2019. (heo) (Entered: 07/03/2019) |
| 07/11/2019 | 59 | | |

| | | | |
|---|---|---|---|
| | | | INITIAL ORDER SETTING SCHEDULING CONFERENCE: Scheduling Conference set for 8/21/2019 at 10:00 AM (CDT) by telephone before Magistrate Judge Kenneth G. Gale. Counsel who plan to participate should call 888–363–4749 and enter access code 5407703 for the conference. Report of Parties Planning Meeting deadline 8/15/2019. Rule 26 Initial Disclosures Deadline set for 8/15/2019. See attached Order. Signed by Magistrate Judge Kenneth G. Gale on 7/11/19. (aw) (Entered: 07/11/2019) |
| 07/12/2019 | 60 | | ENTRY OF APPEARANCE by Lindsay Runnels on behalf of Lamonte McIntyre, Rose Lee McIntyre (Runnels, Lindsay) (Entered: 07/12/2019) |
| 07/15/2019 | 61 | | REPLY TO RESPONSE TO MOTION by Defendant Roger Golubski re: 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Roach, Morgan) (Entered: 07/15/2019) |
| 07/15/2019 | 62 | | REPLY TO RESPONSE TO MOTION by Defendant Unified Government of Wyandotte County and Kansas City, Kansas re: 34 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Cooper, David) (Entered: 07/15/2019) |
| 07/15/2019 | 63 | | REPLY TO RESPONSE TO MOTION by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, Michael Shomin, W. K. Smith, Dennis Ware re: 30 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Hayes, Tracy) (Entered: 07/15/2019) |
| 07/15/2019 | 64 | | RESPONSE by Defendants Clyde Blood, James L. Brown, Roger Golubski, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, Michael Shomin, W. K. Smith, Unified Government of Wyandotte County and Kansas City, Kansas, Dennis Ware re 46 MOTION to Amend Complaint re 8 Amended Complaint (Attachments: # 1 Exhibit A)(Hayes, Tracy) (Entered: 07/15/2019) |
| 07/22/2019 | | | MINUTE ENTRY to Reset Deadlines/Hearings: At the request of counsel, the Scheduling Conference is RESET for 9/18/2019 at 10:00 AM by telephone KGG – CONFERENCE LINE 1–888–363–4749 ACCESS CODE 5407703 before Magistrate Judge Kenneth G. Gale. Report of Parties Planning Meeting and Rule 26 initial disclosures deadline continued to 9/12/2019. The parties' planning conference is continued to 8/22/2019 or a date & time that counsel are mutually available to meet in order to submit the planning report by 9/12/2019. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 07/22/2019) |
| 07/29/2019 | 65 | | REPLY TO RESPONSE TO MOTION by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re: 46 MOTION to Amend Complaint re 8 Amended Complaint (Attachments: # 1 Exhibit A)(Abrams, Michael) (Entered: 07/29/2019) |
| 08/10/2019 | 66 | | An Open Letter To U.S. Magistrate Judge Kenneth G. Gale from U.S. District Judge Kathryn H. Vratil. (as) (Entered: 08/10/2019) |
| 08/12/2019 | 67 | | NOTICE OF TELEPHONE CONFERENCE: Telephone Conference set for 8/14/2019 at 03:00 PM (CDT) before Magistrate Judge Kenneth G. Gale. Counsel should dial 888–363–4749 and enter access code 5407703 for the conference. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(aw) (Entered: 08/12/2019) |

| 08/12/2019 | | | MINUTE ENTRY to Reset Hearings: Telephone Conference RESET for 8/13/2019 at 03:30 PM by telephone before Magistrate Judge Kenneth G. Gale. Please call 888–363–4749 and enter access code 5407703 for the conference. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 08/12/2019) |
| 08/13/2019 | 68 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: TELEPHONE CONFERENCE held on 8/13/2019. Status Conference set for 9/4/2019 at 10:00 AM (CDT) by telephone CONFERENCE LINE 1–888–363–4749 ACCESS CODE 5407703 before Magistrate Judge Kenneth G. Gale. September 18, 2019 Scheduling Conference is CANCELLED. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 08/13/2019) |
| 09/04/2019 | | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: TELEPHONE STATUS CONFERENCE held on 9/4/2019. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 09/04/2019) |
| 09/11/2019 | 69 | | NOTICE of Hearing:  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING Telephone Conference set for 9/18/2019 at 03:00 PM (CDT) before Magistrate Judge Kenneth G. Gale. Counsel who plan to participate should call 888–363–4749 and enter access code 5407703 for the conference. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 09/11/2019) |
| 09/18/2019 | 70 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: TELEPHONE CONFERENCE held on 9/18/2019. Plaintiffs appeared through counsel, Alex Brown, Cheryl Pilate, Emma Freudenberger, Michael Abrams and Richard Sawyer. Defendant Unified Government of Wyandotte County and Kansas City, Kansas appeared through counsel, David Cooper, Lauren Laushman, Edward James Bain, Defendant Golubski appeared through counsel, Morgan Roach; remaining defendants appeared through counsel, Elizabeth Evers and Tracy Hayes. A separate entry will be filed with the Orders of the Court. (Tape #3:00 – 3:33.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 09/18/2019) |
| 09/19/2019 | 71 | | ORDER. The Magistrate Judge held an on–the–record teleconference with counsel on September 18, 2019. The parties have met previously with Magistrate Judge concerning the matters set forth in the District Judge's letter (Doc. 66). As part of that process, Plaintiffs circulated a new proposed Second Amended Complaint which defense counsel have reviewed. Plaintiffs made an oral motion to file that Second Amended Complaint. Counsel for the separate officers objected. The Court overruled the objection and GRANTED the motion. Plaintiffs are ORDERED to file the Second Amended Complaint on or before September 20, 2019. The defendants agreed to file new motions to dismiss addressing the new Complaint, and the parties agreed that the pending motions to dismiss (Doc. 30, 32, 34), and the pending motion to amend (Doc. 46) may be denied as moot by the District Judge. New Motions to Dismiss will be filed on or before October 18, 2019. Responses will be due on or before November 15, 2019. Replies will not be filed without leave of court. Motions/Memoranda will be filed separately for each issue and shall not |

| | | | |
|---|---|---|---|
| | | | exceed five (5) pages in length, except for those addressing factual issues for multiple defendants which may add an additional 2 pages for each defendant in excess of one. Signed by Magistrate Judge Kenneth G. Gale on 9/18/19. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(aw) (Entered: 09/19/2019) |
| 09/19/2019 | 72 | | NOTICE of Hearing:  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING Discovery Conference set for 9/18/2019 at 09:00 AM (CDT) in Courtroom 643, U.S. Courthouse, 500 State Ave., Kansas City, Kansas before Magistrate Judge Kenneth G. Gale. Counsel should appear IN PERSON for the conference. Attorney David Cooper will be permitted to participate by telephone. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 09/19/2019) |
| 09/19/2019 | 73 | | CORRECTED NOTICE of Hearing:  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING Discovery Conference set for 10/18/2019 at 09:00 AM (CDT) in Courtroom 643, U.S. Courthouse, 500 State Ave., Kansas City, Kansas before Magistrate Judge Kenneth G. Gale. Counsel should APPEAR IN PERSON for the conference. Attorney David Cooper will be permitted to participate by telephone. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(aw) (Entered: 09/19/2019) |
| 09/20/2019 | 74 | | AMENDED COMPLAINT *(Second)* against All Defendants, filed by Rose Lee McIntyre, Lamonte McIntyre.(Abrams, Michael) (Entered: 09/20/2019) |
| 09/20/2019 | 75 | | NOTICE OF VOLUNTARY DISMISSAL by All Plaintiffs *as to Defendant Michael Shomin* (Abrams, Michael) (Entered: 09/20/2019) |
| 09/20/2019 | 76 | | ORDER **overruling as moot** 30 Defendant Officers' Motion To Dismiss; 32 Defendant Golubski's Motion To Dismiss First Amended Complaint; 34 Motion to Dismiss and 46 Plaintiffs' Motion For Leave To File Second Amended Complaint, in light of the filing of 74 Second Amended Complaint. Signed by District Judge Kathryn H. Vratil on 9/20/2019. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 09/20/2019) |
| 10/17/2019 | 77 | | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Lauren E. Laushman as to Unified Government of Wyandotte County and Kansas City, Kansas (Laushman, Lauren) (Entered: 10/17/2019) |
| 10/18/2019 | | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: SCHEDULING CONFERENCE held on 10/18/2019. (Court Reporter Kelli Stewart.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 10/18/2019) |
| 10/18/2019 | 78 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (Cooper, David) (Entered: 10/18/2019) |
| 10/18/2019 | 79 | | MEMORANDUM IN SUPPORT of 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Issue I* by Defendant Unified Government of Wyandotte County and Kansas City, Kansas(Cooper, David) (Entered: 10/18/2019) |
| 10/18/2019 | 80 | | |

|  |  |  | MEMORANDUM IN SUPPORT of 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Issue II* by Defendant Unified Government of Wyandotte County and Kansas City, Kansas(Cooper, David) (Entered: 10/18/2019) |
|---|---|---|---|
| 10/18/2019 | 81 |  | MEMORANDUM IN SUPPORT of 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Issue III* by Defendant Unified Government of Wyandotte County and Kansas City, Kansas(Cooper, David) (Entered: 10/18/2019) |
| 10/18/2019 | 82 |  | MEMORANDUM IN SUPPORT of 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Issue IV* by Defendant Unified Government of Wyandotte County and Kansas City, Kansas(Cooper, David) (Entered: 10/18/2019) |
| 10/18/2019 | 83 |  | MEMORANDUM IN SUPPORT of 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Issue V* by Defendant Unified Government of Wyandotte County and Kansas City, Kansas(Cooper, David) (Entered: 10/18/2019) |
| 10/18/2019 | 84 |  | MEMORANDUM IN SUPPORT of 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Issue VI* by Defendant Unified Government of Wyandotte County and Kansas City, Kansas(Cooper, David) (Entered: 10/18/2019) |
| 10/18/2019 | 85 |  | MEMORANDUM IN SUPPORT of 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Issue VII (Final Memorandum In Support of Doc. 78)* by Defendant Unified Government of Wyandotte County and Kansas City, Kansas(Cooper, David) (Entered: 10/18/2019) |
| 10/18/2019 | 86 |  | MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware (Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 87 |  | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware(Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 88 |  | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware(Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 89 |  | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware(Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 90 |  | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware(Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 91 |  | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, |

| | | | Daphne R. Halderman, W. K. Smith, Dennis Ware (Attachments: # 1 Exhibit A)(Hayes, Tracy) (Entered: 10/18/2019) |
|---|---|---|---|
| 10/18/2019 | 92 | | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware(Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 93 | | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware(Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 94 | | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware(Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 95 | | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware(Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 96 | | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware(Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 97 | | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware(Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 98 | | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware(Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 99 | | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware(Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 100 | | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware(Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 101 | | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware(Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 102 | | MEMORANDUM IN SUPPORT of 86 MOTION to Dismiss by Defendants Clyde Blood, James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware (Attachments: # 1 Exhibit |

| | | | |
|---|---|---|---|
| | | | A)(Hayes, Tracy) (Entered: 10/18/2019) |
| 10/18/2019 | 103 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Roger Golubski (Roach, Morgan) (Entered: 10/18/2019) |
| 10/18/2019 | 104 | | MEMORANDUM IN SUPPORT of 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Introductory)* by Defendant Roger Golubski(Roach, Morgan) (Entered: 10/18/2019) |
| 10/18/2019 | 105 | | MEMORANDUM IN SUPPORT of 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(First)* by Defendant Roger Golubski(Roach, Morgan) (Entered: 10/18/2019) |
| 10/18/2019 | 106 | | MEMORANDUM IN SUPPORT of 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Second)* by Defendant Roger Golubski(Roach, Morgan) (Entered: 10/18/2019) |
| 10/18/2019 | 107 | | MEMORANDUM IN SUPPORT of 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Third)* by Defendant Roger Golubski (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Roach, Morgan) (Entered: 10/18/2019) |
| 10/18/2019 | 108 | | MEMORANDUM IN SUPPORT of 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Fourth)* by Defendant Roger Golubski(Roach, Morgan) (Entered: 10/18/2019) |
| 10/18/2019 | 109 | | MEMORANDUM IN SUPPORT of 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Fifth)* by Defendant Roger Golubski(Roach, Morgan) (Entered: 10/18/2019) |
| 10/18/2019 | 110 | | MEMORANDUM IN SUPPORT of 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Sixth)* by Defendant Roger Golubski(Roach, Morgan) (Entered: 10/18/2019) |
| 10/18/2019 | 111 | | MEMORANDUM IN SUPPORT of 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Seventh)* by Defendant Roger Golubski (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Roach, Morgan) (Entered: 10/18/2019) |
| 10/18/2019 | 112 | | MEMORANDUM IN SUPPORT of 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Eighth)* by Defendant Roger Golubski(Roach, Morgan) (Entered: 10/18/2019) |
| 10/18/2019 | 113 | | MEMORANDUM IN SUPPORT of 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Ninth)* by Defendant Roger Golubski(Roach, Morgan) (Entered: 10/18/2019) |
| 10/18/2019 | 114 | | MEMORANDUM IN SUPPORT of 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Tenth)* by Defendant Roger Golubski(Roach, Morgan) (Entered: 10/18/2019) |
| 10/18/2019 | 115 | | MEMORANDUM IN SUPPORT of 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Eleventh)* by Defendant Roger Golubski(Roach, Morgan) (Entered: 10/18/2019) |
| 10/18/2019 | 116 | | MEMORANDUM IN SUPPORT of 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Twelfth)* by Defendant Roger |

| | | | |
|---|---|---|---|
| | | | Golubski(Roach, Morgan) (Entered: 10/18/2019) |
| 10/18/2019 | 117 | | MEMORANDUM IN SUPPORT of 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Thirteenth and Final)* by Defendant Roger Golubski (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Roach, Morgan) (Entered: 10/18/2019) |
| 10/21/2019 | 118 | | SCHEDULING ORDER: Estimated trial time four weeks. Discovery deadline 10/23/2020. Dispositive motion deadline 1/8/2021. Mediation deadline 7/30/2020. Confidential Settlement Report Due to Magistrate Judge on 12/31/2019. Proposed Pretrial Order due by 11/11/2020. Jury Trial set for 8/30/2021 at 09:00 AM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. Final Pretrial Conference set for 11/18/2020 at 02:00 PM before Magistrate Judge Kenneth G. Gale. Status Conference set for 11/22/2019 at 11:00 AM in KC Courtroom (Unknown) before Magistrate Judge Kenneth G. Gale. Second Status Conference set for 1/17/2020 at 11:00 AM in KC Courtroom (Unknown) before Magistrate Judge Kenneth G. Gale. Counsel should appear IN PERSON for these two status conferences. See attached Order for additional deadlines. Signed by Magistrate Judge Kenneth G. Gale on 10/21/19. (aw) (Entered: 10/21/2019) |
| 10/25/2019 | 119 | | CERTIFICATE OF SERVICE of Initial Rule 26 Disclosures by Clyde Blood, James L. Brown, Daphne R. Halderman(as Special Administrator of), W. K. Smith, Dennis Ware. (Hayes, Tracy) (Entered: 10/25/2019) |
| 10/25/2019 | 120 | | NOTICE OF SERVICE by Roger Golubski of Rule 26(a)(1) Initial Disclosures (Roach, Morgan) (Entered: 10/25/2019) |
| 10/25/2019 | 121 | | CERTIFICATE OF SERVICE of Plaintiffs' Initial Disclosures by Lamonte McIntyre, Rose Lee McIntyre. (Pilate, Cheryl) (Entered: 10/25/2019) |
| 10/28/2019 | 122 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Rule 26(a)(1) initial disclosures (Cooper, David) (Entered: 10/28/2019) |
| 11/08/2019 | 123 | | MOTION for attorney Alana M. McMullin to appear pro hac vice ( Pro hac vice fee $50, Internet Payment Receipt Number AKSDC–4976126.) by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Attachments: # 1 Affidavit of Alana M. McMullin, # 2 ECF Registration Form)(Abrams, Michael) (Entered: 11/08/2019) |
| 11/08/2019 | 124 | | PROTECTIVE ORDER. Signed by Magistrate Judge Kenneth G. Gale on 11/8/19. (aw) (Entered: 11/08/2019) |
| 11/08/2019 | 125 | | ORDER granting 123 Motion to Appear Pro Hac Vice of attorney Alana M. McMullin as counsel for Lamonte McIntyre and Rose Lee McIntyre pursuant to D. Kan. Rule 83.5.4 for purposes of this case only. Signed by Magistrate Judge Kenneth G. Gale on 11/8/19. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 11/08/2019) |
| 11/08/2019 | 126 | | Unopposed MOTION for Extension of Time to File Response as to 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 86 MOTION to Dismiss , 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (Abrams, Michael) (Entered: 11/08/2019) |

| 11/08/2019 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 126 Unopposed MOTION for Extension of Time to File Response as to 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 86 MOTION to Dismiss , 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . The motion will be resolved by the District Judge.(aw)** (Entered: 11/08/2019) |
|---|---|---|---|
| 11/08/2019 | 127 | | ORDER **sustaining**, for substantially the reasons stated in the motion, 126 Unopposed Motion For Extension Of Time To File Responses To Defendants' Motions To Dismiss. Plaintiffs now have until December 20, 2019 to respond to 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 86 MOTION to Dismiss . Signed by District Judge Kathryn H. Vratil on 11/8/2019. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 11/08/2019) |
| 11/13/2019 | 128 | | NOTICE OF COURTROOM ASSIGNMENT. Status Conference set 11/22/2019 at 11:00 a.m. (CST) will be held in Courtroom 223, U.S. Courthouse, 500 State Ave., Kansas City, Kansas. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 11/13/2019) |
| 11/18/2019 | 129 | | CERTIFICATE OF SERVICE of Discovery Requests to Defendants by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 11/18/2019) |
| 11/22/2019 | 130 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: STATUS CONFERENCE held on 11/22/2019 n Kansas City. Plaintiff appears through counsel, Alana McMullin, Alex Brown, Cheryl Pilate. Defendant United Govt Wyandotte Co. appears through counsel, David Cooper and Edward Bain. Defendant Golubski appears through counsel, Morgan Roach. Remaining defendants appear through counsel, Tracy Hayes. (Tape #11:00 – 11:23 (KC Courtroom 223.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 11/22/2019) |
| 11/22/2019 | 131 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Rule 26(a)(1) Disclosure Documents (Cooper, David) (Entered: 11/22/2019) |
| 12/10/2019 | 132 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Wyandotte County District Attorney's Office (Attachments: # 1 Exhibit Subpoena Duces Tecum to Wyandotte County District Attorney's Office)(Abrams, Michael) (Entered: 12/10/2019) |
| 12/20/2019 | 133 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 86 MOTION to Dismiss , 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 134 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on Issue 1 (Doc 79)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 135 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on Issue 2 (Doc 80)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 136 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on Issue 3 (Doc 81)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 137 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on Issue 4 (Doc 82)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 138 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on Issue 5 (Doc 83)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 139 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on Issue 6 (Doc 84)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 140 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on Issue 7 (Doc 85)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 141 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 86 MOTION to Dismiss *on Issue 1 (Doc 88)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 142 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 86 MOTION to Dismiss *on Issue 2 (Doc 89)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 143 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 86 MOTION to Dismiss *on Issue 3 (Doc 90)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 144 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 86 MOTION to Dismiss *on Issue 4 (Doc 91)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 145 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 86 MOTION to Dismiss *on Issue 5 (Doc 92)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 146 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 86 MOTION to Dismiss *on Issue 6 (Doc 93)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 147 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 86 MOTION to Dismiss *on Issue 7 (Doc 94)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 148 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 86 MOTION to Dismiss *on Issue 8 (Doc 95)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 149 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 86 MOTION to Dismiss *on Issue 9 (Doc 96)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 150 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 86 MOTION to Dismiss *on Issue 10 (Doc 97)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 151 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 86 MOTION to Dismiss *on Issue 11 (Doc 98)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 152 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 86 MOTION to Dismiss *on Issue 12 (Doc 99)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 153 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 86 MOTION to Dismiss *on Issue 13 (Doc 100)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 154 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 86 MOTION to Dismiss *on Issue 14 (Doc 101)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 155 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 86 MOTION to Dismiss *on Issue 15 (Doc 102)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 156 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on 1st Issue (Doc 105)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 157 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on 2nd Issue (Doc 106)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 158 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on 3rd Issue (Doc 107)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 159 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on 4th Issue (Doc 108)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 160 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on 5th Issue (Doc 109)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 161 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on 6th Issue (Doc 110)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 162 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on 7th Issue (Doc 111)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 163 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on 8th Issue (Doc 112)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 164 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on 9th Issue (Doc 113)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 165 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on 10th Issue (Doc 114)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 166 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on 11th Issue (Doc 115)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 167 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on 12th Issue (Doc 116)* (Abrams, Michael) (Entered: 12/20/2019) |
| 12/20/2019 | 168 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 103 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *on 13th Issue (Doc 117)* (Abrams, Michael) (Entered: 12/20/2019) |
| 01/03/2020 | 169 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Wyandotte County District Attorney's Office on January 2, 2020 by Personal Service (Pilate, Cheryl) (Entered: 01/03/2020) |
| 01/07/2020 | 170 | | NOTICE OF COURTROOM ASSIGNMENT. January 17, 2020 Status Conference set for 11:00 a.m. (CST) will be held in Courtroom 440, U.S. Courthouse, 500 State Ave., Kansas City, Kansas. Counsel will appear IN PERSON for the conference. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 01/07/2020) |
| 01/08/2020 | | | MINUTE ENTRY TO Reset Hearings: At the direction of Magistrate Judge Gale, the Status Conference is RESET for 2/27/2020 at 01:30 PM (CST) in Courtroom 643, U.S. Courthouse, 500 State Ave., Kansas City, Kansas. Counsel will appear in person for the conference. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 01/08/2020) |
| 01/13/2020 | 171 | | NOTICE OF CHANGE OF FIRM NAME OR ADDRESS by Michael J. Abrams (Abrams, Michael) (Entered: 01/13/2020) |
| 01/13/2020 | 172 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Edwardsville Police Department (Attachments: # 1 Exhibit 1)(Abrams, Michael) (Entered: 01/13/2020) |
| 01/13/2020 | 173 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Kansas City, Kansas Housing Authority (Attachments: # 1 Exhibit 1)(Abrams, Michael) (Entered: 01/13/2020) |
| 01/13/2020 | 174 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Providence Medical Center |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Exhibit 1)(Abrams, Michael) (Entered: 01/13/2020) |
| 01/13/2020 | 175 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Walgreens Human Resources (Attachments: # 1 Exhibit 1)(Abrams, Michael) (Entered: 01/13/2020) |
| 01/22/2020 | 176 | | NOTICE OF SERVICE by Clyde Blood, James L. Brown, Daphne R. Halderman(as Special Administrator of), W. K. Smith, Dennis Ware of Defendant Officers Discovery Responses (Hayes, Tracy) (Entered: 01/22/2020) |
| 01/22/2020 | 177 | | NOTICE OF SERVICE by Roger Golubski of Discovery Responses (Roach, Morgan) (Entered: 01/22/2020) |
| 01/22/2020 | 178 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Responses to Plaintiff's 1st Discovery Requests (Cooper, David) (Entered: 01/22/2020) |
| 01/24/2020 | 179 | | ENTRY OF APPEARANCE by Jacob Donald Bielenberg on behalf of Clyde Blood, James L. Brown, Steven Culp, Daphne R. Halderman(as Special Administrator of), Michael Shomin, W. K. Smith, Dennis Ware. (Bielenberg, Jacob) (Entered: 01/24/2020) |
| 02/11/2020 | 180 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiff Lamonte McIntyre executed upon Walgreens on 2/6/2020 by Facsimile Service (Pilate, Cheryl) (Entered: 02/11/2020) |
| 02/11/2020 | 181 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiff Lamonte McIntyre executed upon Edwardsville Police Department on 2/7/2020 by Personal Service (Pilate, Cheryl) (Entered: 02/11/2020) |
| 02/11/2020 | 182 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiff Lamonte McIntyre executed upon Kansas City, Kansas Housing Authority on 2/7/2020 by Personal Service (Pilate, Cheryl) (Entered: 02/11/2020) |
| 02/11/2020 | 183 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiff Lamonte McIntyre executed upon Providence Medical Center on 2/7/2020 by Personal Service (Pilate, Cheryl) (Entered: 02/11/2020) |
| 02/19/2020 | 184 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of First Supplemental Responses to Plaintiff's First Set of Requests for Production of Documents (Cooper, David) (Entered: 02/19/2020) |
| 02/21/2020 | 185 | | Joint MOTION for extension of time *to File a Motion to Compel* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Abrams, Michael) (Entered: 02/21/2020) |
| 02/24/2020 | 186 | | ORDER granting, for good cause shown, 185 Joint Motion for Extension of Time to File Motion to Compel. Any such motion, if deemed necessary, shall be filed on or before March 23, 2020. Signed by Magistrate Judge Kenneth G. Gale on 2/24/20. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 02/24/2020) |
| 02/26/2020 | 187 | | NOTICE OF ADDITIONAL AUTHORITIES by Lamonte McIntyre, Rose Lee McIntyre re 135 Response to Motion, 162 Response to Motion, 155 Response to Motion, 143 Response to Motion, 158 Response to Motion, 168 |

| | | | |
|---|---|---|---|
| | | | Response to Motion, <u>140</u> Response to Motion (Attachments: # <u>1</u> Ex A–Journal Entry of Judgment, # <u>2</u> Ex B–Certificate of Innocence, # <u>3</u> Ex C–Order for Expungement)(Abrams, Michael) (Entered: 02/26/2020) |
| 02/27/2020 | 188 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: STATUS CONFERENCE held on 2/27/2020. Plaintiffs appeared through counsel, Cheryl Pilate and Landsay Runnels. Defendant, Unified Government Wyandotte County appeared through counsel, David Cooper and Edward Bain. Defendant, Golubski appeared through counsel, Morgan Roach. All other defendants appeared through counsel, Sean Sturdivan. Telephone Conference set for May 4, 2020 at 10:00 a.m. Dial–in information will be sent separately. (Court Reporter Kelli Stewart.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (yh) (Entered: 02/27/2020) |
| 02/27/2020 | 189 | | NOTICE of Hearing:  <span style="color:red">THIS IS AN OFFICIAL NOTICE FOR THIS HEARING</span> Telephone Status Conference set for <u>5/4/2020 at 10:00 AM</u> before Magistrate Judge Kenneth G. Gale. Counsel who plan to participate should call 888–363–4749 and enter access code 5407703 for the conference. (aw) (Entered: 02/27/2020) |
| 03/03/2020 | <u>190</u> | | MEMORANDUM AND ORDER sustaining in part and overruling in part <u>78</u> Motion to Dismiss for Failure to State a Claim; sustaining in part and overruling in part <u>86</u> Motion to Dismiss; sustaining in part and overruling in part <u>103</u> Motion to Dismiss Plaintiff's Second Amended Complaint. See Order for further details. Signed by District Judge Kathryn H. Vratil on 3/3/2020. (smc) (Entered: 03/03/2020) |
| 03/11/2020 | <u>191</u> | | Joint MOTION for Extension of Time to File Answer by Defendants Clyde Blood, James L. Brown, Steven Culp, W. K. Smith, Dennis Ware (referred to Magistrate Judge Kenneth G. Gale) (Hayes, Tracy) (Entered: 03/11/2020) |
| 03/11/2020 | 192 | | ORDER granting for good cause <u>191</u> Defendants' Joint Unopposed Motion for Extension of Time to Answer re <u>74</u> Second Amended Complaint. Clyde Blood answer due 4/16/2020; James L. Brown answer due 4/16/2020; Roger Golubski answer due 4/16/2020; Daphne R. Halderman(as Special Administrator of) answer due 4/16/2020; W. K. Smith answer due 4/16/2020; Unified Government of Wyandotte County and Kansas City, Kansas answer due 4/16/2020; Dennis Ware answer due 4/16/2020. Signed by Magistrate Judge Kenneth G. Gale on 3/11/20. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 03/11/2020) |
| 03/20/2020 | <u>193</u> | | Second MOTION for extension of time *(jointly filed) to file a motion to compel* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Abrams, Michael) (Entered: 03/20/2020) |
| 03/20/2020 | 194 | | ORDER granting <u>193</u> Second Joint Motion for Extension of Time to File Motion to Compel. Any such motion, if deemed necessary, shall be filed on or before April 23, 2020. Signed by Magistrate Judge Kenneth G. Gale on 3/20/20. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 03/20/2020) |
| 03/30/2020 | <u>195</u> | | CERTIFICATE OF SERVICE of Documents Produced by Plaintiffs by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 03/30/2020) |

| 04/13/2020 | 196 | | Joint MOTION for extension of time *to extend deadlines for discovery and trial* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Abrams, Michael) (Entered: 04/13/2020) |
|---|---|---|---|
| 04/14/2020 | 197 | | Unopposed MOTION for Extension of Time to File Answer by Defendants Clyde Blood, James L. Brown, Steven Culp, W. K. Smith, Dennis Ware (referred to Magistrate Judge Kenneth G. Gale) (Hayes, Tracy) (Entered: 04/14/2020) |
| 04/14/2020 | 198 | | ORDER granting 197 Unopposed Motion for Extension of Time to Answer re 74 Amended Complaint. Answer of all Defendants due on or before 4/30/2020. Signed by Magistrate Judge Kenneth G. Gale on 4/14/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 04/14/2020) |
| 04/21/2020 | | | MINUTE ENTRY to Reset Hearings: Due to the high volume of calls on the AT&T nationwide conference bridge used by the U.S. Courts, the Telephone Status Conference is reset from 10:00 AM to 10:20 AM on 5/4/2020 before Magistrate Judge Kenneth G. Gale. Counsel should call CONFERENCE LINE 1–888–363–4749, enter ACCESS CODE 5407703. PLEASE NOTE THIS IS A CHANGE IN THE TIME ONLY. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 04/21/2020) |
| 04/21/2020 | 199 | | Third MOTION for extension of time *(jointly filed) to file a motion to compel* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Abrams, Michael) (Entered: 04/21/2020) |
| 04/22/2020 | 200 | | ORDER granting, for good cause shown, 199 Joint Motion for Extension of time for Plaintiffs to file a Motion to Compel documents from Defendant Unified Government. Any such motion, if deemed necessary, shall be filed on or before June 15, 2020. Signed by Magistrate Judge Kenneth G. Gale on 4/22/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 04/22/2020) |
| 04/22/2020 | 201 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Second Supplemental Response to Plaintiff's First Set of Requests for Production of Documents (Cooper, David) (Entered: 04/22/2020) |
| 04/28/2020 | 202 | | Joint MOTION for Extension of Time to File Answer re 74 Amended Complaint *(Third Joint Motion)* by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (referred to Magistrate Judge Kenneth G. Gale) (Cooper, David) (Entered: 04/28/2020) |
| 04/28/2020 | 203 | | ORDER granting, as unopposed, 202 Motion for Extension of Time to Answer re 74 Amended Complaint. Deadline for all Defendants to file their responsive pleadings is hereby extended until May 14, 2020. Signed by Magistrate Judge Kenneth G. Gale on 4/28/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 04/28/2020) |
| 05/04/2020 | 204 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: TELEPHONE CONFERENCE held on 5/4/2020. (Court Reporter Jo Wilkinson.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 05/04/2020) |

| 05/04/2020 | 205 | | REVISED SCHEDULING ORDER: Discovery deadline 5/28/2021. Dispositive motion deadline 7/16/2021. Supplemental Confidential Settlement Reports Due to Magistrate Judge on 10/30/2020. Proposed Pretrial Order due by 6/16/2021. Jury Trial reset for 3/7/2022 at 09:00 AM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. Final Pretrial Conference reset for 6/22/2021 at 02:00 PM before Magistrate Judge Kenneth G. Gale. Status Conference set for 8/20/2020 at 11:00 AM by telephone before Magistrate Judge Kenneth G. Gale. Granting 196 Joint Motion to Extend Deadlines for Discovery and Trial. See attached Order for additional deadlines. Signed by Magistrate Judge Kenneth G. Gale on 5/4/20. (aw) (Entered: 05/04/2020) |
| --- | --- | --- | --- |
| 05/14/2020 | 206 | | ANSWER to 74 Amended Complaint *(Second Amended Complaint), with Jury Demand and Designation of Place of Trial* by Unified Government of Wyandotte County and Kansas City, Kansas.(Cooper, David) (Entered: 05/14/2020) |
| 05/14/2020 | 207 | | ANSWER to 74 Amended Complaint by Clyde Blood, James L. Brown, Daphne R. Halderman(as Special Administrator of), W. K. Smith, Dennis Ware.(Hayes, Tracy) (Entered: 05/14/2020) |
| 05/14/2020 | 208 | | ANSWER to 74 Amended Complaint by Roger Golubski.(Roach, Morgan) (Entered: 05/14/2020) |
| 05/26/2020 | 209 | | ENTRY OF APPEARANCE by Jeffrey S. Kratofil on behalf of Roger Golubski (Kratofil, Jeffrey) (Entered: 05/26/2020) |
| 06/11/2020 | 210 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Third Supplemental Response to Plaintiff's First Set of Requests for Production of Documents (Cooper, David) (Entered: 06/11/2020) |
| 06/12/2020 | 211 | | Fourth MOTION for extension of time *(jointly filed) to file a motion to compel* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Abrams, Michael) (Entered: 06/12/2020) |
| 06/15/2020 | 212 | | ORDER granting 211 Joint Motion for Extension of Time to File Motion to Compel. Any such motion, if deemed necessary, shall be filed on or before June 26, 2020. Signed by Magistrate Judge Kenneth G. Gale on 6/15/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 06/15/2020) |
| 06/24/2020 | 213 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Fourth Supplemental Response to Plaintiff's First Set of Requests for Production of Documents (Cooper, David) (Attachment added: # 1 Correct Document) (mls) (Entered: 06/24/2020) |
| 07/02/2020 | 214 | | CERTIFICATE OF SERVICE of Additional Documents Disclosed Under Rule 26 by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 07/02/2020) |
| 07/17/2020 | 215 | | CERTIFICATE OF SERVICE of Additional Documents Disclosed Under Rule 26 by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 07/17/2020) |
| 07/23/2020 | 216 | | CERTIFICATE OF SERVICE of Plaintiffs' Second Set of Requests for Production of Documents and Things to All Defendants by Lamonte McIntyre, |

| | | | |
|---|---|---|---|
| | | | Rose Lee McIntyre. (Abrams, Michael) (Entered: 07/23/2020) |
| 08/13/2020 | 217 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Fifth Supplemental Response to Plaintiff's First Set of Requests for Production of Documents (Cooper, David) (Entered: 08/13/2020) |
| 08/20/2020 | | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: STATUS CONFERENCE held by telephone on 8/20/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 08/20/2020) |
| 08/24/2020 | 218 | | CERTIFICATE OF SERVICE of Defendant Officers' Responses To Plaintiff's Second Set of Request For Production of Docments by Clyde Blood, James L. Brown, Steven Culp, W. K. Smith, Dennis Ware. (Hayes, Tracy) (Entered: 08/24/2020) |
| 08/24/2020 | 219 | | NOTICE OF SERVICE by Roger Golubski of Defendant Golubski's Responses To Plaintiffs' Second Set of Requests For Production of Documents (Roach, Morgan) (Entered: 08/24/2020) |
| 08/25/2020 | 220 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Response to Plaintiffs' Second Request for Production of Documents (Cooper, David) (Entered: 08/25/2020) |
| 08/28/2020 | 221 | | CERTIFICATE OF SERVICE of Documents Produced by Plaintiffs by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 08/28/2020) |
| 09/03/2020 | 222 | | MOTION for attorney Yasmin Dagne to appear pro hac vice ( Pro hac vice fee $50, Internet Payment Receipt Number AKSDC–5246574.) by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Attachments: # 1 Affidavit of Yasmin Dagne, # 2 ECF Registration Form)(Abrams, Michael) (Entered: 09/03/2020) |
| 09/03/2020 | 223 | | ORDER granting 222 Motion to Appear Pro Hac Vice of attorney Yasmin Dagne as counsel for Lamonte McIntyre and Rose Lee McIntyre pursuant to D. Kan. Rule 83.5.4 for purposes of this case only. Signed by Magistrate Judge Kenneth G. Gale on 9/3/20. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (aw) (Entered: 09/03/2020) |
| 11/04/2020 | 224 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Responses to Plaintiffs' Discovery Requests (Cooper, David) (Entered: 11/04/2020) |
| 11/06/2020 | 225 | | CERTIFICATE OF SERVICE of Documents Produced by Plaintiffs by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 11/06/2020) |
| 11/09/2020 | 226 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Roger Golubski on November 19, 2020 (Abrams, Michael) (Entered: 11/09/2020) |
| 11/11/2020 | 227 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Ophelia Williams on November 18, 2020 (Abrams, Michael) (Entered: 11/11/2020) |

| 11/11/2020 | 228 | | CERTIFICATE OF SERVICE of Plaintiff's First Amended Rule 26 Disclosures to All Defendants by Lamonte McIntyre, Rose Lee McIntyre (Pilate, Cheryl) (Entered: 11/11/2020) |
|---|---|---|---|
| 11/12/2020 | 229 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Third Supplemental Response to Plaintiff's Second Requests for Production of Documents and Things (Cooper, David) (Entered: 11/12/2020) |
| 11/17/2020 | 230 | | CERTIFICATE OF SERVICE of Documents Produced by Plaintiffs by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 11/17/2020) |
| 11/20/2020 | 231 | | MINUTE ORDER. The Magistrate Judge has reviewed the parties' confidential settlement statements. No alternative dispute process is ordered at this time. Counsel should confer and be prepared to discuss ADR at the Pretrial Conference. Signed by Magistrate Judge Kenneth G. Gale on November 20, 2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(Gale, Kenneth) (Entered: 11/20/2020) |
| 11/25/2020 | 232 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Fourth Supplemental Response to Plaintiffs Second Set of Requests for Production of Documents (Cooper, David) (Entered: 11/25/2020) |
| 12/02/2020 | 233 | | WITHDRAWAL OF COUNSEL by Jacob D. Bielenberg and ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL by Tracy M. Hayes on behalf of Clyde Blood, James L. Brown, W. K. Smith, Dennis Ware (Hayes, Tracy) (Entered: 12/02/2020) |
| 12/04/2020 | 234 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Shanaya Kane on December 18, 2020 (Abrams, Michael) (Entered: 12/04/2020) |
| 12/07/2020 | 235 | | NOTICE OF SERVICE by Lamonte McIntyre, Rose Lee McIntyre of Plaintiffs' Second Amended Rule 26(a) Disclosures (Pilate, Cheryl) (Entered: 12/07/2020) |
| 12/08/2020 | 236 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Fifth Supplemental Response to Plaintiffs Second Set of Requests for Production of Documents and Eighth Supplemental Response to Plaintiff's First Set of Requests for Production of Documents (Cooper, David) (Entered: 12/08/2020) |
| 12/10/2020 | 237 | | AMENDED NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Shanaya Kane on December 18, 2020 (Abrams, Michael) (Entered: 12/10/2020) |
| 12/15/2020 | 238 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Wyandotte County District Attorney's Office (Attachments: # 1 Exhibit 1)(Abrams, Michael) (Entered: 12/15/2020) |
| 12/16/2020 | 239 | | NOTICE OF SERVICE by Roger Golubski of Defendant Golubski's First Requests For Production of Documents and Things (Roach, Morgan) (Entered: 12/16/2020) |

| | | | |
|---|---|---|---|
| 12/23/2020 | 240 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: United States Attorney for the District of Kansas (Attachments: # 1 Exhibit 1)(Runnels, Lindsay) (Entered: 12/23/2020) |
| 01/05/2021 | 241 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Wyandotte County District Attorney's Office on 2021–01–04 by Personal (Runnels, Lindsay) (Entered: 01/05/2021) |
| 01/05/2021 | 242 | | Consent MOTION for extension of time *On All Discovery Deadlines* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Pilate, Cheryl) (Entered: 01/05/2021) |
| 01/08/2021 | 243 | | SECOND REVISED SCHEDULING ORDER: Discovery deadline 8/27/2021. Dispositive motion deadline 11/5/2021. Mediation deadline 5/28/2021. Mediation Notice or Confidential Settlement Report Due to Magistrate Judge on 4/23/2021. Proposed Pretrial Order due by 9/13/2021. Jury Trial set for 6/27/2022 at 09:00 AM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. Final Pretrial Conference set for 9/23/2021 at 10:00 AM before Magistrate Judge Kenneth G. Gale. Granting 242 Consent Motion to Extend Deadlines. See attached Order. Signed by Magistrate Judge Kenneth G. Gale on 1/7/21. (aw) (Entered: 01/08/2021) |
| 01/15/2021 | 244 | | CERTIFICATE OF SERVICE of Plaintiffs' Responses and Objections to Defendant Golubski's First Requests for Production of Documents and Things by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 01/15/2021) |
| 01/22/2021 | 245 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Clyde Blood on February 3, 2021 (Abrams, Michael) (Entered: 01/22/2021) |
| 01/28/2021 | 246 | | NOTICE OF CHANGE OF ADDRESS by Tracy M. Hayes (Hayes, Tracy) (Entered: 01/28/2021) |
| 02/02/2021 | 247 | | NOTICE OF SERVICE by Lamonte McIntyre, Rose Lee McIntyre of Plaintiffs' Third Amended Rule 26 Disclosures to All Defendants (Abrams, Michael) (Entered: 02/02/2021) |
| 02/02/2021 | 248 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Dennis Ware on February 12, 2021 (Abrams, Michael) (Entered: 02/02/2021) |
| 02/02/2021 | 249 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of W.K. Smith on February 25, 2021 (Abrams, Michael) (Entered: 02/02/2021) |
| 02/02/2021 | 250 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of James Brown on March 29, 2021 (Abrams, Michael) (Entered: 02/02/2021) |
| 02/10/2021 | 251 | | Consent MOTION for extension of time *to file a motion to compel* by Defendant Roger Golubski (referred to Magistrate Judge Kenneth G. Gale) (Roach, Morgan) (Entered: 02/10/2021) |
| 02/11/2021 | 252 | | |

| | | | ORDER granting, for good cause shown and as uncontested, 251 Motion extending time to file a Motion to Compel Discovery from Plaintiffs until March 16, 2021. Signed by Magistrate Judge Kenneth G. Gale on 2/11/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 02/11/2021) |
|---|---|---|---|
| 02/16/2021 | 253 | | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Rick Sawyer as to All Plaintiffs (Abrams, Michael) (Entered: 02/16/2021) |
| 02/16/2021 | 254 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: FBI (Attachments: # 1 Exhibit 1 – Subpoena to Federal Bureau of Investigation)(Pilate, Cheryl) (Entered: 02/16/2021) |
| 02/18/2021 | 255 | | CERTIFICATE OF SERVICE of Plaintiffs' Third Set of Requests for Production of Documents and Things to All Defendants and Plaintiffs' Second Set of Interrogatories to Defendant Golubski by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 02/18/2021) |
| 02/19/2021 | 256 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Kansas City, Kansas Housing Authority (Attachments: # 1 Exhibit 1)(Abrams, Michael) (Entered: 02/19/2021) |
| 03/05/2021 | 257 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Kansas City, Kansas Housing Authority on March 5, 2021 by Personal Service (Pilate, Cheryl) (Entered: 03/05/2021) |
| 03/09/2021 | 258 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Federal Bureau of Investigation on 3/3/2021 by Personal Service (Abrams, Michael) (Entered: 03/09/2021) |
| 03/10/2021 | 259 | | CERTIFICATE OF SERVICE of Additional Documents Disclosed Under Rule 26 and Documents Obtained Via Subpoena by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 03/10/2021) |
| 03/11/2021 | 260 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Michael Kobe on April 19, 2021 (Abrams, Michael) (Entered: 03/11/2021) |
| 03/12/2021 | 261 | | Second MOTION for extension of time *to file a motion to compel* by Defendant Roger Golubski (referred to Magistrate Judge Kenneth G. Gale) (Roach, Morgan) (Entered: 03/12/2021) |
| 03/12/2021 | 262 | | ORDER granting, as unopposed and for good cause shown, 261 Motion for extension of time to file a motion to compel discovery from Plaintiffs until April 15, 2021. Signed by Magistrate Judge Kenneth G. Gale on 3/12/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 03/12/2021) |
| 03/17/2021 | 263 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Michael Kobe on 3/15/2021 by Personal Service (Abrams, Michael) (Entered: 03/17/2021) |
| 03/24/2021 | 264 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Wyandotte County District Court, |

| | | | |
|---|---|---|---|
| | | | Juvenile Division (Attachments: # 1 Exhibit 1 – Subpoena to Wyandotte County District Court, Juvenile Division)(Abrams, Michael) (Entered: 03/24/2021) |
| 03/26/2021 | 265 | | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Nicholas S. Ruble as to Roger Golubski (Ruble, Nicholas) (Entered: 03/26/2021) |
| 03/26/2021 | 266 | | CERTIFICATE OF SERVICE of documents obtained via subpoena from KCKHA by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 03/26/2021) |
| 03/29/2021 | 267 | | ENTRY OF APPEARANCE by Charles Edward Branson on behalf of Unified Government of Wyandotte County and Kansas City, Kansas. (Branson, Charles) (Entered: 03/29/2021) |
| 03/29/2021 | 268 | | ENTRY OF APPEARANCE by Matthew J. Gist on behalf of Roger Golubski (Gist, Matthew) (Entered: 03/29/2021) |
| 04/05/2021 | 269 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Shanaya Kane on April 14, 2021 (Abrams, Michael) (Entered: 04/05/2021) |
| 04/05/2021 | 270 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Dennis Ware on April 23, 2021 (Abrams, Michael) (Entered: 04/05/2021) |
| 04/05/2021 | 271 | | AMENDED NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Shanaya Kane on April 14, 2021 (Abrams, Michael) (Entered: 04/05/2021) |
| 04/05/2021 | 272 | | CERTIFICATE OF SERVICE of Responses to Third Set of Requests for Production by Clyde Blood, James L. Brown, Steven Culp, W. K. Smith, Dennis Ware. (Hayes, Tracy) (Entered: 04/05/2021) |
| 04/05/2021 | 273 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Unified Gov't Response to Third Request for Production (Cooper, David) (Entered: 04/05/2021) |
| 04/06/2021 | 274 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Terra Morehead on April 27, 2021 (Abrams, Michael) (Entered: 04/06/2021) |
| 04/06/2021 | 275 | | NOTICE OF SERVICE by Roger Golubski of Responses to Third Set of Requests For Production and Second Set of Interrogatories (Roach, Morgan) (Entered: 04/06/2021) |
| 04/06/2021 | 276 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of 30(b)(6) of Unified Government of Wyandotte County and Kansas City, Kansas on April 26, 2021 (Abrams, Michael) (Entered: 04/06/2021) |
| 04/07/2021 | 277 | | CERTIFICATE OF SERVICE of Additional Documents Disclosed Under Rule 26 by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 04/07/2021) |
| 04/13/2021 | 278 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Roger Golubski on April 20, 2021 (Abrams, Michael) (Entered: |

| | | | |
|---|---|---|---|
| | | | 04/13/2021) |
| 04/13/2021 | 279 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Niko Quinn on June 2, 2021 (Abrams, Michael) (Entered: 04/13/2021) |
| 04/13/2021 | 280 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Ruby Mitchell on June 3, 2021 (Abrams, Michael) (Entered: 04/13/2021) |
| 04/14/2021 | 281 | | Consent MOTION for extension of time *to file a motion to compel* by Defendant Roger Golubski (referred to Magistrate Judge Kenneth G. Gale) (Roach, Morgan) (Entered: 04/14/2021) |
| 04/14/2021 | 282 | | ORDER granting, for good cause and as unopposed, 281 Motion extending deadline to file a Motion to Compel Discovery from Plaintiffs until May 15, 2021. Signed by Magistrate Judge Kenneth G. Gale on 4/14/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 04/14/2021) |
| 04/16/2021 | 283 | | Consent MOTION to Amend Scheduling Order *(Second Revised) – Extend Deadlines to Discovery* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Abrams, Michael) (Entered: 04/16/2021) |
| 04/20/2021 | 284 | | REVISED SCHEDULING ORDER: Discovery deadline 9/24/2021. Dispositive motion deadline 12/3/2021. Mediation deadline 6/25/2021. Mediation Notice or Confidential Settlement Report Due to Magistrate Judge on 5/21/2021. Proposed Pretrial Order due by 10/15/2021. Jury Trial reset for 8/1/2022 at 09:00 AM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil., Final Pretrial Conference reset for 10/26/2021 at 02:00 PM (CDT) before Magistrate Judge Kenneth G. Gale. Granting 283 Consent Motion to Extend Deadlines for Discovery. See attached Order. Signed by Magistrate Judge Kenneth G. Gale on 4/20/21. (aw) (Entered: 04/20/2021) |
| 04/21/2021 | 285 | | AMENDED NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Michael Kobe on May 12, 2021 (Abrams, Michael) (Entered: 04/21/2021) |
| 04/22/2021 | 286 | | JOINT MEDIATION NOTICE – Mediation to be held 5/13/2021 by Clyde Blood, James L. Brown, Daphne R. Halderman(as Special Administrator of), W. K. Smith, Dennis Ware (Hayes, Tracy) (Entered: 04/22/2021) |
| 04/22/2021 | 287 | | NOTICE OF SERVICE by Roger Golubski of First Supplement to Responses and Objections to Third Requests For Production (Roach, Morgan) (Entered: 04/22/2021) |
| 04/29/2021 | 288 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Terra Morehead on 3/24/2021 by Personal Service (Abrams, Michael) (Entered: 04/29/2021) |
| 04/29/2021 | 289 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Wyandotte County District Court, Juvenile Division on 3/26/2021 by Personal Service (Abrams, Michael) (Entered: 04/29/2021) |

| 04/30/2021 | 290 | | Consent MOTION for extension of time *to file a motion to compel* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Abrams, Michael) (Entered: 04/30/2021) |
|---|---|---|---|
| 04/30/2021 | 291 | | ORDER granting, for good cause shown, 290 Consent Motion for extension of time for Plaintiffs to file a Motion to Compel until June 4, 2021. Signed by Magistrate Judge Kenneth G. Gale on 4/30/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 04/30/2021) |
| 05/03/2021 | 292 | | AGREED ORDER for Juvenile Court Records. Signed by Magistrate Judge Kenneth G. Gale on 5/3/21. (df) (Entered: 05/03/2021) |
| 05/03/2021 | 293 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of (1) Sixth Supplemental Response to Plaintiff's Second Set of Requests for Production of Documents and Things to All Defendants; (2) Ninth Supplemental Response to Plaintiff's First Set of Requests for Production of Documents; and, (3) a Supplemental Rule 26 Disclosure (Cooper, David) (Entered: 05/03/2021) |
| 05/10/2021 | 294 | | CERTIFICATE OF SERVICE of Documents Produced by Plaintiffs by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 05/10/2021) |
| 05/11/2021 | 295 | | CERTIFICATE OF SERVICE of Defendant Golubski's First Interrogatories to Plaintiff Lamonte McIntyre and Second Requests for Production to Plaintiffs by Roger Golubski. (Gist, Matthew) (Entered: 05/11/2021) |
| 05/13/2021 | 296 | | Consent MOTION for extension of time *to file motion to compel* by Defendant Roger Golubski (referred to Magistrate Judge Kenneth G. Gale) (Roach, Morgan) (Entered: 05/13/2021) |
| 05/14/2021 | 297 | | ORDER granting, for good cause shown and as unopposed, 296 Motion for Extension of Time to File Motion to Compel. Any such motion, if deemed necessary, shall be filed on or before June 14, 2021. Signed by Magistrate Judge Kenneth G. Gale on 5/14/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 05/14/2021) |
| 05/17/2021 | 298 | | AMENDED NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Rule 30(b)(6) of Unified Government of Wyandotte County and Kansas City, Kansas on May 25, 2021 (Abrams, Michael) (Entered: 05/17/2021) |
| 05/19/2021 | 299 | | Consent MOTION for extension of time *to disclose plaintiffs' expert report* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Abrams, Michael) (Entered: 05/19/2021) |
| 05/19/2021 | 300 | | ORDER granting, for good cause shown, 299 Consent Motion for Extension (one week) of deadline to serve Plaintiffs' expert disclosure and report of Dr. Woods until May 27, 2021. Signed by Magistrate Judge Kenneth G. Gale on 5/19/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 05/19/2021) |
| 05/20/2021 | 301 | | EXPERT WITNESS DESIGNATION by Lamonte McIntyre, Rose Lee McIntyre.(Abrams, Michael) (Entered: 05/20/2021) |

| 05/25/2021 | 302 | | ADR REPORT by Unified Government of Wyandotte County and Kansas City, Kansas. ADR session held on: May 13, 2021 and conducted by Dennis Gillen. Results of ADR: Case did not settle. Status of litigation at time of ADR: Partial Discovery(Cooper, David) (Entered: 05/25/2021) |
| 05/27/2021 | 303 | | Supplemental EXPERT WITNESS DESIGNATION by Lamonte McIntyre, Rose Lee McIntyre.(Abrams, Michael) (Entered: 05/27/2021) |
| 06/04/2021 | 304 | | Second MOTION for extension of time *to File a Motion to Compel* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (McMullin, Alana) (Entered: 06/04/2021) |
| 06/04/2021 | 305 | | ORDER granting, for good cause and as unopposed, 304 Motion for Extension of Time extending the deadline for Plaintiffs to file, if deemed necessary, a Motion to Compel responses to Plaintiffs' Third Request for Production and Second Interrogatories up to and including July 6, 2021. Signed by Magistrate Judge Kenneth G. Gale on 6/4/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 06/04/2021) |
| 06/04/2021 | 306 | | NOTICE by Defendant Roger Golubski of taking deposition of Lamonte McIntyre on June 16, 2021 (Roach, Morgan) (Entered: 06/04/2021) |
| 06/04/2021 | 307 | | NOTICE by Defendant Roger Golubski of taking deposition of Rose Lee McIntyre on June 17, 2021 (Roach, Morgan) (Entered: 06/04/2021) |
| 06/04/2021 | 308 | | MOTION to Compel *Production of Documents from Defendant Unified Government of Wyandotte County and Kansas City, Kansas* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (McMullin, Alana) (Entered: 06/04/2021) |
| 06/04/2021 | 309 | | MEMORANDUM IN SUPPORT of 308 MOTION to Compel *Production of Documents from Defendant Unified Government of Wyandotte County and Kansas City, Kansas* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(McMullin, Alana) (Entered: 06/04/2021) |
| 06/07/2021 | 310 | | AMENDED NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Rule 30(b)(6) of Unified Government of Wyandotte County and Kansas City, Kansas on June 15, 2021 (Abrams, Michael) (Entered: 06/07/2021) |
| 06/10/2021 | 311 | | CERTIFICATE OF SERVICE of Plaintiffs' Discovery Responses by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 06/10/2021) |
| 06/15/2021 | 312 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Kansas Commission on Peace Officers' Standards and Training (Attachments: # 1 Exhibit 1)(Pilate, Cheryl) (Entered: 06/15/2021) |
| 06/16/2021 | 313 | | ENTRY OF APPEARANCE by Christopher M. Napolitano on behalf of Roger Golubski (Napolitano, Christopher) (Entered: 06/16/2021) |
| 06/16/2021 | 314 | | CERTIFICATE OF SERVICE of Defendant Golubski's First Interrogatories to Plaintiff Rose McIntyre and Third Requests for Production to Plaintiffs by Roger Golubski. (Napolitano, Christopher) (Entered: 06/16/2021) |

| 06/17/2021 | 315 | | Unopposed MOTION for Extension of Time to File Response as to 308 MOTION to Compel *Production of Documents from Defendant Unified Government of Wyandotte County and Kansas City, Kansas* by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (referred to Magistrate Judge Kenneth G. Gale) (Cooper, David) (Entered: 06/17/2021) |
| 06/21/2021 | 316 | | ORDER granting 315 Motion for Extension of Time to File Response re 308 MOTION to Compel. Response deadline 6/25/2021. Signed by Magistrate Judge Kenneth G. Gale on 6/21/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 06/21/2021) |
| 06/25/2021 | 317 | | RESPONSE by Defendant Unified Government of Wyandotte County and Kansas City, Kansas re 308 Motion to Compel (Cooper, David) (Entered: 06/25/2021) |
| 06/28/2021 | 318 | | NOTICE by Defendant Roger Golubski of taking deposition of Kristine Skahan on July 28, 2021 (Gist, Matthew) (Entered: 06/28/2021) |
| 06/28/2021 | 319 | | NOTICE by Defendant Roger Golubski of taking deposition of Kurt Krueger on July 20, 2021 (Gist, Matthew) (Entered: 06/28/2021) |
| 06/28/2021 | 320 | | NOTICE by Defendant Roger Golubski of taking deposition of Blackberry Corporation on August 17, 2021 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Napolitano, Christopher) (Entered: 06/28/2021) |
| 06/29/2021 | 321 | | AMENDED NOTICE by Defendant Roger Golubski of taking deposition of Blackberry Corporation on August 17, 2021 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Napolitano, Christopher) (Entered: 06/29/2021) |
| 06/29/2021 | 322 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Roger Golubski Subpoena to be issued to: Centurion Ministries, Inc. (Attachments: # 1 Exhibit A)(Napolitano, Christopher) (Entered: 06/29/2021) |
| 06/29/2021 | 323 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Roger Golubski Subpoena to be issued to: Kansas City Kansas Public Schools (Attachments: # 1 Exhibit A)(Napolitano, Christopher) (Entered: 06/29/2021) |
| 06/29/2021 | 324 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Roger Golubski Subpoena to be issued to: Kansas Department for Children and Families (Attachments: # 1 Exhibit A)(Napolitano, Christopher) (Entered: 06/29/2021) |
| 06/29/2021 | 325 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Roger Golubski Subpoena to be issued to: Sisters of Charity of Leavenworth (Attachments: # 1 Exhibit A)(Napolitano, Christopher) (Entered: 06/29/2021) |
| 07/01/2021 | 326 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Roger Golubski Subpoena to be issued to: SCL Health (Attachments: # 1 Exhibit A)(Napolitano, Christopher) (Entered: 07/01/2021) |
| 07/01/2021 | 327 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Dave & Buster's of Kansas, Inc. (Attachments: # 1 Exhibit 1)(Pilate, Cheryl) (Entered: 07/01/2021) |
| 07/02/2021 | 328 | | NOTICE OF SERVICE by Roger Golubski of Supplements to Second Interrogatories and Third Requests For Production (Roach, Morgan) (Entered: 07/02/2021) |

| 07/06/2021 | 329 | | Consent MOTION for extension of time *to file a motion to compel* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Abrams, Michael) (Entered: 07/06/2021) |
|---|---|---|---|
| 07/06/2021 | 330 | | ORDER granting, for good cause, 329 Consent Motion for Extension of Time to File Motion to Compel. Any such motion, if deemed necessary, shall be filed on or before August 3, 2021. Signed by Magistrate Judge Kenneth G. Gale on 7/6/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 07/06/2021) |
| 07/07/2021 | 331 | | Unopposed MOTION for extension of time *to file a Motion to Compel* by Defendant Roger Golubski (referred to Magistrate Judge Kenneth G. Gale) (Napolitano, Christopher) (Entered: 07/07/2021) |
| 07/07/2021 | 332 | | ORDER granting in part, for good cause, 331 Unopposed Motion for Extension of Time to File Motion to Compel. Any such motion, if deemed necessary, shall be filed on or before August 12, 2021. Signed by Magistrate Judge Kenneth G. Gale on 7/7/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 07/07/2021) |
| 07/08/2021 | 333 | | AMENDED NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Ruby Mitchell on July 21, 2021 (Abrams, Michael) (Entered: 07/08/2021) |
| 07/09/2021 | 334 | | Unopposed MOTION for extension of time *for seven days to File Reply in Support of Plaintiffs' Motion to Compel the Production of Documents from Defendant Unified Government [Doc 308]* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Pilate, Cheryl) (Entered: 07/09/2021) |
| 07/09/2021 | 335 | | ORDER granting, for good cause shown and as unopposed, 334 Motion for Extension of Time until July 16, 2021, for Plaintiffs to file their Reply in support of their 308 Motion to Compel the Production of Documents from Defendant Unified Government. Signed by Magistrate Judge Kenneth G. Gale on 7/9/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 07/09/2021) |
| 07/12/2021 | 336 | | AMENDED NOTICE by Defendant Roger Golubski of taking deposition of Kurt Krueger on July 20, 2021 (Gist, Matthew) (Entered: 07/12/2021) |
| 07/13/2021 | 337 | | OBJECTION(S) to 322 Notice of Intent to Issue Subpoena *to Centurion Ministries, Inc.* by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 07/13/2021) |
| 07/14/2021 | 338 | | NOTICE by Defendant Roger Golubski of taking deposition of Niko Quinn on August 31, 2021 (Gist, Matthew) (Entered: 07/14/2021) |
| 07/14/2021 | 339 | | MOTION for Leave to file Issue Subpoena and Take the Deposition of Cecil Brooks by Defendant Roger Golubski (referred to Magistrate Judge Kenneth G. Gale) (Attachments: # 1 Exhibit 1)(Napolitano, Christopher) (Entered: 07/14/2021) |
| 07/14/2021 | 340 | | Consent MOTION to Modify *(Joint Motion)* by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (referred to Magistrate Judge Kenneth G. Gale) (Cooper, David) (Entered: 07/14/2021) |

| 07/15/2021 | 341 | | NOTICE OF SERVICE by Roger Golubski of Subpoena to Produce Documents on SCL Health (Napolitano, Christopher) (Entered: 07/15/2021) |
| 07/15/2021 | 342 | | NOTICE OF SERVICE by Roger Golubski of Subpoena to Produce Documents on Centurion Ministries, Inc. (Napolitano, Christopher) (Entered: 07/15/2021) |
| 07/15/2021 | 343 | | NOTICE OF SERVICE by Roger Golubski of Subpoena to Produce Documents on Kansas City Kansas Public Schools (Napolitano, Christopher) (Entered: 07/15/2021) |
| 07/15/2021 | 344 | | NOTICE of Hearing:  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. 340 MOTION to Amend Scheduling Order. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 8/20/2021 at 10:00 AM in KC Courtroom (to be determined) before Magistrate Judge Kenneth G. Gale. (df) (Entered: 07/15/2021) |
| 07/15/2021 | 345 | | ORDER granting 339 Motion for leave to issue subpoena and depose Cecil Brooks. Signed by Magistrate Judge Kenneth G. Gale on 7/15/21. (df) (Entered: 07/15/2021) |
| 07/15/2021 | 346 | | NOTICE by Defendant Roger Golubski of taking deposition of Cecil Brooks on August 12, 2021 (Napolitano, Christopher) (Entered: 07/15/2021) |
| 07/16/2021 | 347 | | EXHIBIT(S) IN SUPPORT of 340 MOTION to Amend Scheduling Order by Defendant Unified Government of Wyandotte County and Kansas City, Kansas *(CORRECTION)* (Cooper, David) (Entered: 07/16/2021) |
| 07/16/2021 | 348 | | JOINT MOTION to Modify Scheduling Order by Defendant Unified Government of Wyandotte County and Kansas City, Kansas. (referred to Magistrate Judge Kenneth G. Gale) (Cooper, David) Modified on 7/16/2021 to remove the second motion type. (mam) (Entered: 07/16/2021) |
| 07/16/2021 | 349 | | ORDER finding as moot 340 Motion to Amend 284 Scheduling Order. An amended motion has been filed. Signed by Magistrate Judge Kenneth G. Gale on 7/16/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 07/16/2021) |
| 07/16/2021 | 350 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Kansas Commission on Peace Officers' Standards and Training on 7/9/2021 by Personal Service (Abrams, Michael) (Entered: 07/16/2021) |
| 07/16/2021 | 351 | | Consent MOTION for extension of time *to answer, object, or otherwise respond to Defendant Golubski's discovery requests* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (McMullin, Alana) (Entered: 07/16/2021) |
| 07/16/2021 | 352 | | REPLY TO RESPONSE TO MOTION by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re: 308 Motion to Compel (McMullin, Alana) (Entered: 07/16/2021) |
| 07/16/2021 | 353 | | ORDER granting 351 Motion for Extension of Time to Answer, Object, or Otherwise Respond to Discovery. Deadline extended until and including July 30, 2021. Signed by Magistrate Judge Kenneth G. Gale on 7/16/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) |

| | | | |
|---|---|---|---|
| | | | (df) (Entered: 07/16/2021) |
| 07/19/2021 | 354 | | NOTICE of Hearing:  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 348 MOTION to Amend Scheduling Order: (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 8/20/2021 at 10:00 AM in KC Courtroom 440 before Magistrate Judge Kenneth G. Gale. The Court notes that this hearing date/time was previously set for the original 340 Joint Motion to Amend Scheduling Order. That motion was found moot upon the filing of 348 the revised motion. The hearing will, however, still be necessary as originally scheduled. (df) (Entered: 07/19/2021) |
| 07/19/2021 | 355 | | NOTICE of Deposition Duces Tecum by Unified Government of Wyandotte County and Kansas City, Kansas (Cooper, David) (Attachment added: # 1 Subpoena to Testify at Deposition – Russell Fischer) (mls). (Entered: 07/19/2021) |
| 07/20/2021 | 356 | | Amended NOTICE of Deposition Duces Tecum of Russell Fischer by Unified Government of Wyandotte County and Kansas City, Kansas (Attachments: # 1 Subpoena – Russell Fischer)(Cooper, David) (Entered: 07/20/2021) |
| 07/21/2021 | 357 | | RESPONSE to 337 Objection(s) *by Plaintiffs to Non–Party Subpoena to Centurion Ministries* by Defendant Roger Golubski. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Napolitano, Christopher) (Entered: 07/21/2021) |
| 07/22/2021 | 358 | | AMENDED NOTICE by Defendant Roger Golubski of taking deposition of Kristine Skahan on July 28, 2021 (Gist, Matthew) (Entered: 07/22/2021) |
| 07/23/2021 | 359 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Joe Robinson on August 30, 2021 (Pilate, Cheryl) (Entered: 07/23/2021) |
| 07/23/2021 | 360 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Terry Zeigler on September 10, 2021 (Pilate, Cheryl) (Entered: 07/23/2021) |
| 07/26/2021 | 361 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Unified Government of Wyandotte County and Kansas City, Kansas Subpoena to be issued to: Custodian of Records, Wyandotte County District Attorneys Office (Cooper, David) (Entered: 07/26/2021) |
| 07/26/2021 | 362 | | NOTICE of Deposition Duces Tecum of Dr. Jennifer Dysart and Notice of Intent to Issue Subpoena Duces Tecum by Unified Government of Wyandotte County and Kansas City, Kansas (Branson, Charles) (Entered: 07/26/2021) |
| 07/26/2021 | 363 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Rockhurst University (Attachments: # 1 Exhibit 1)(Pilate, Cheryl) (Entered: 07/26/2021) |
| 07/27/2021 | 364 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Neil Edgar, Jr. on September 13, 2021 (Pilate, Cheryl) (Entered: 07/27/2021) |
| 07/28/2021 | 365 | | MEMORANDUM AND ORDER granting in part and denying in part 308 Motion to Compel. Signed by Magistrate Judge Kenneth G. Gale on 7/28/21. |

| | | | |
|---|---|---|---|
| | | | (df) (Entered: 07/28/2021) |
| 07/30/2021 | 366 | | AMENDED NOTICE by Defendant Roger Golubski of taking deposition of Kurt Krueger on August 26, 2021 (Attachments: # 1 Exhibit A)(Napolitano, Christopher) (Entered: 07/30/2021) |
| 07/30/2021 | 367 | | NOTICE by Defendant Roger Golubski of taking deposition of Rose McIntyre on August 25, 2021 (Gist, Matthew) (Entered: 07/30/2021) |
| 07/30/2021 | 368 | | NOTICE OF SERVICE by Lamonte McIntyre, Rose Lee McIntyre of Fourth Amended Rule 26 Disclosures (Pilate, Cheryl) (Entered: 07/30/2021) |
| 07/30/2021 | 369 | | CERTIFICATE OF SERVICE of Plaintiffs' Discovery Responses by Lamonte McIntyre, Rose Lee McIntyre. (Abrams, Michael) (Entered: 07/30/2021) |
| 08/02/2021 | 370 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Savior of the World Seminary (Attachments: # 1 Exhibit 1)(Pilate, Cheryl) (Entered: 08/02/2021) |
| 08/03/2021 | 371 | | NOTICE by Defendant Roger Golubski of taking deposition of Dr. George Woods on August 11, 2021 (Attachments: # 1 Exhibit A)(Napolitano, Christopher) (Entered: 08/03/2021) |
| 08/03/2021 | 372 | | Consent MOTION for extension of time *to file a motion to compel* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Abrams, Michael) (Entered: 08/03/2021) |
| 08/03/2021 | 373 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Dave & Buster's of Kansas, Inc. on July 26, 2021 by Personal Service (Abrams, Michael) (Entered: 08/03/2021) |
| 08/03/2021 | 374 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Overland Park Police Department (Attachments: # 1 Exhibit 1)(Pilate, Cheryl) (Entered: 08/03/2021) |
| 08/03/2021 | 375 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Wyandotte County District Attorney's Office (Attachments: # 1 Exhibit 1)(Pilate, Cheryl) (Entered: 08/03/2021) |
| 08/04/2021 | 376 | | ORDER granting, for good cause shown, 372 Consent Motion for Extension of Time to File Motion to Compel. Any such motion, if deemed necessary, shall be filed on or before August 13, 2021. Signed by Magistrate Judge Kenneth G. Gale on 8/4/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 08/04/2021) |
| 08/04/2021 | 377 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Edwardsville Police Department (Attachments: # 1 Exhibit 1)(Pilate, Cheryl) (Entered: 08/04/2021) |
| 08/04/2021 | 378 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Lamonte McIntyre, Rose Lee McIntyre Subpoena to be issued to: Kansas Department of Labor (Attachments: # 1 Exhibit 1)(Pilate, Cheryl) (Entered: 08/04/2021) |
| 08/05/2021 | 379 | | RETURN OF SERVICE of subpoena(s) filed by Defendant Unified Government of Wyandotte County and Kansas City, Kansas executed upon Wyandotte County District Attorney's Office on August 2, 2021 by Certified Mail (Branson, Charles) (Entered: 08/05/2021) |

| 08/05/2021 | 380 | | RETURN OF SERVICE of subpoena(s) filed by Defendant Unified Government of Wyandotte County and Kansas City, Kansas executed upon Russell Fischer, c/o Emma Freudenberger on July 26, 2021 by Certified Mail (Branson, Charles) (Entered: 08/05/2021) |
|---|---|---|---|
| 08/09/2021 | 381 | | NOTICE by Defendant Roger Golubski of taking deposition of Dan Clark on September 9, 2021 (Napolitano, Christopher) (Entered: 08/09/2021) |
| 08/09/2021 | 382 | | Unopposed MOTION for extension of time *to file a Motion to Compel Discovery* by Defendant Roger Golubski (referred to Magistrate Judge Kenneth G. Gale) (Napolitano, Christopher) (Entered: 08/09/2021) |
| 08/09/2021 | 383 | | ORDER granting, for good cause shown, 382 Unopposed Motion for Extension of Time to File Motion to Compel Discovery. Any such motion, if deemed necessary, shall be filed on or before September 12, 2021. Signed by Magistrate Judge Kenneth G. Gale on 8/9/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 08/09/2021) |
| 08/13/2021 | 384 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Joe D. Robinson on August 5, 2021 by Personal Service (Abrams, Michael) (Entered: 08/13/2021) |
| 08/13/2021 | 385 | | Consent MOTION for extension of time *to file a motion to compel* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Abrams, Michael) (Entered: 08/13/2021) |
| 08/13/2021 | 386 | | ORDER granting, for good cause and as unopposed, 385 Motion for Extension of Time to File Motion to Compel. Any such motion, if deemed necessary, shall be filed on or before August 30, 2021. Signed by Magistrate Judge Kenneth G. Gale on 8/13/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 08/13/2021) |
| 08/13/2021 | 387 | | CERTIFICATE OF SERVICE of Rule 26 Disclosures by Clyde Blood, James L. Brown, Daphne R. Halderman(as Special Administrator of), W. K. Smith, Dennis Ware. (Hayes, Tracy) (Entered: 08/13/2021) |
| 08/13/2021 | 388 | | NOTICE OF SERVICE by Lamonte McIntyre, Rose Lee McIntyre of Plaintiffs' Fifth Amended Rule 26 Disclosures (Pilate, Cheryl) (Entered: 08/13/2021) |
| 08/17/2021 | 389 | | NOTICE OF SERVICE by Roger Golubski of Fourth Requests for Production of Documents to Plaintiffs (Napolitano, Christopher) (Entered: 08/17/2021) |
| 08/17/2021 | 390 | | NOTICE OF SERVICE by Lamonte McIntyre, Rose Lee McIntyre of Plaintiffs' Sixth Amended Rule 26 Disclosures (Pilate, Cheryl) (Entered: 08/17/2021) |
| 08/19/2021 | 391 | | NOTICE by Defendant Roger Golubski of taking deposition of Cecil Brooks on September 7, 2021 (Napolitano, Christopher) (Entered: 08/19/2021) |
| 08/19/2021 | 392 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 348 Motion to Modify, Motion to Amend Scheduling Order (Abrams, Michael) (Entered: 08/19/2021) |
| 08/19/2021 | 393 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Writ of Habeas Corpus ad testificandum by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Attachments: # 1 Ex. 1)(Pilate, Cheryl) (Entered: 08/19/2021) |
| 08/20/2021 | 394 | | MOTION for Order *Directing United States Marshalls to Serve Subpoena* by Defendant Roger Golubski (referred to Magistrate Judge Kenneth G. Gale) (Napolitano, Christopher) (Entered: 08/20/2021) |
| 08/20/2021 | 395 | | ORDER granting 394 Motion for Order Directing Service. Signed by Magistrate Judge Kenneth G. Gale on 8/20/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 08/20/2021) |
| 08/20/2021 | | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: MOTION HEARING held on 8/20/2021 re 348 Joint MOTION to Modify Scheduling Order filed by Unified Government of Wyandotte County and Kansas City, Kansas. (Court Reporter Nancy Wiss.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 08/20/2021) |
| 08/20/2021 | 396 | | *** PLEASE DISREGARD. SEE 397 FOR COMPLETE FILING*** SUPPLEMENT to 394 MOTION for Order *Directing United States Marshalls to Serve Subpoena* by Defendant Roger Golubski. (Napolitano, Christopher) Modified on 8/20/2021 (ca). (Entered: 08/20/2021) |
| 08/20/2021 | 397 | | SUPPLEMENT to 394 MOTION for Order *Directing United States Marshalls to Serve Subpoena* by Defendant Roger Golubski. (Napolitano, Christopher) (Entered: 08/20/2021) |
| 08/20/2021 | 398 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: MOTION HEARING held on 8/20/2021 re 394 MOTION for Order *Directing United States Marshalls to Serve Subpoena* filed by Roger Golubski. (Court Reporter Nancy Wiss.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (yh) (Entered: 08/20/2021) |
| 08/23/2021 | 399 | | FOURTH REVISED SCHEDULING ORDER: Estimated trial time 20 days. Jury Trial set for 11/7/2022 at 09:00 AM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. Final Pretrial Conference set for 1/13/2022 at 11:00 AM by telephone (KGG – CONFERENCE LINE 1–888–363–4749 ACCESS CODE 5407703) before Magistrate Judge Kenneth G. Gale. Status Conference set for 11/18/2021 at 11:00 AM by telephone (KGG – CONFERENCE LINE 1–888–363–4749 ACCESS CODE 5407703) before Magistrate Judge Kenneth G. Gale). ORDER granting in part 348 Motion to Amend Scheduling Order. Signed by Magistrate Judge Kenneth G. Gale on 8/23/21. (df) (Entered: 08/23/2021) |
| 08/23/2021 | 400 | | CERTIFICATE OF SERVICE of documents identified as GOLUBSKI000294–298 by Roger Golubski. (Napolitano, Christopher) (Entered: 08/23/2021) |
| 08/24/2021 | 401 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of W.K. Smith on September 15, 2021 (Abrams, Michael) (Entered: 08/24/2021) |
| 08/25/2021 | 402 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF SERVICE by Roger Golubski of Blackberry Corporation (Napolitano, Christopher) (Entered: 08/25/2021) |
| 08/25/2021 | 403 | | NOTICE OF SERVICE by Roger Golubski of Kansas Department for Children and Families (Napolitano, Christopher) (Entered: 08/25/2021) |
| 08/25/2021 | 404 | | NOTICE OF SERVICE by Roger Golubski of Dan Clark (Napolitano, Christopher) (Entered: 08/25/2021) |
| 08/25/2021 | 405 | | RETURN OF SERVICE of subpoena(s) filed by Defendant Unified Government of Wyandotte County and Kansas City, Kansas executed upon Dr. Jennifer E. Dysart, c/o Yasmin Dagne on August 2, 2021 by Certified Mail (Branson, Charles) (Entered: 08/25/2021) |
| 08/25/2021 | 406 | | AMENDED NOTICE by Defendant Unified Government of Wyandotte County and Kansas City, Kansas of taking deposition of Dr. Jennifer E. Dysart on September 23, 2021 (Branson, Charles) (Entered: 08/25/2021) |
| 08/26/2021 | 407 | | Consent MOTION for extension of time *to file a motion to compel* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Abrams, Michael) (Entered: 08/26/2021) |
| 08/26/2021 | 408 | | ORDER granting, for good cause shown, 407 Consent Motion for Extension of Time to File Motion to Compel. Any such motion, if deemed necessary, shall be filed on or before September 13, 2021. Signed by Magistrate Judge Kenneth G. Gale on 8/26/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 08/26/2021) |
| 08/27/2021 | 409 | | RETURN OF SERVICE of subpoena(s) filed by Defendant Roger Golubski. Executed upon Cecil A. Brooks on 8/25/2021 by Personal Service (USM 285). (lb) (Entered: 08/27/2021) |
| 08/27/2021 | 410 | | MOTION to Seal Document 409 Return of Service of Subpoena by Defendant Roger Golubski (referred to Magistrate Judge Kenneth G. Gale) (Napolitano, Christopher) (Entered: 08/27/2021) |
| 08/27/2021 | 411 | | NOTICE by Defendant Roger Golubski of taking deposition of Centurion Ministries, Inc. on October 7, 2021 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Napolitano, Christopher) (Entered: 08/27/2021) |
| 08/27/2021 | 412 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Roger Golubski Subpoena to be issued to: James McCloskey (Attachments: # 1 Exhibit A)(Napolitano, Christopher) (Entered: 08/27/2021) |
| 08/27/2021 | 413 | | NOTICE by Defendant Roger Golubski of taking deposition of James McCloskey on October 8, 2021 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Napolitano, Christopher) (Entered: 08/27/2021) |
| 08/30/2021 | 414 | | ORDER denying 393 Motion for Writ of Habeas Corpus ad testificandum. The requested relief is beyond the authority of this Court. 28 U.S.C. 2241. Signed by Magistrate Judge Kenneth G. Gale on 8/30/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 08/30/2021) |
| 08/30/2021 | 415 | | ORDER granting 410 Motion to Seal Document 409 Return of Service of Subpoena. Signed by Magistrate Judge Kenneth G. Gale on 8/30/21. (This is a |

| | | | |
|---|---|---|---|
| | | | TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 08/30/2021) |
| 08/30/2021 | 416 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Roger Golubski Subpoena to be issued to: Blackberry Corporation (Attachments: # 1 Exhibit A)(Napolitano, Christopher) (Entered: 08/30/2021) |
| 08/30/2021 | 417 | | AMENDED NOTICE by Defendant Roger Golubski of taking deposition of Blackberry Corporation on September 8, 2021 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Napolitano, Christopher) (Entered: 08/30/2021) |
| 09/01/2021 | 418 | | CERTIFICATE OF SERVICE of Defendant Golubski's 5th Request for Production to Plaintiffs, Golubski's documents GOLUBSKI000299–300, and documents provided by Blackberry by Roger Golubski. (Napolitano, Christopher) (Entered: 09/01/2021) |
| 09/01/2021 | 419 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Rockhurst University on 8/23/2021 by Personal Service (Abrams, Michael) (Entered: 09/01/2021) |
| 09/01/2021 | 420 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Savior of the World Seminary on 8/24/2021 by Personal Service (Abrams, Michael) (Entered: 09/01/2021) |
| 09/01/2021 | 421 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Overland Park Police Department on 8/24/2021 by Personal Service (Abrams, Michael) (Entered: 09/01/2021) |
| 09/01/2021 | 422 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Wyandotte County District Attorney's Office on 8/24/2021 by Personal Service (Abrams, Michael) (Entered: 09/01/2021) |
| 09/01/2021 | 423 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Edwardsville Police Department on 8/24/2021 by Personal Service (Abrams, Michael) (Entered: 09/01/2021) |
| 09/01/2021 | 424 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Kansas Department of Labor on 8/24/2021 by Personal Service (Abrams, Michael) (Entered: 09/01/2021) |
| 09/03/2021 | 425 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Roger Golubski Subpoena to be issued to: Blackberry Corporation (Attachments: # 1 Exhibit A)(Napolitano, Christopher) (Entered: 09/03/2021) |
| 09/03/2021 | 426 | | AMENDED NOTICE by Defendant Roger Golubski of taking deposition of Blackberry Corporation on September 8, 2021 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Napolitano, Christopher) (Entered: 09/03/2021) |
| 09/13/2021 | 427 | | MOTION to Compel *Production of Documents and Answers from Defendant Roger Golubski* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (McMullin, Alana) (Entered: 09/13/2021) |
| 09/13/2021 | 428 | | MEMORANDUM IN SUPPORT of 427 MOTION to Compel *Production of Documents and Answers from Defendant Roger Golubski* by Plaintiffs |

| | | | |
|---|---|---|---|
| | | | Lamonte McIntyre, Rose Lee McIntyre (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(McMullin, Alana) (Additional attachment(s) added on 9/14/2021: # 8 Exhibit 1 – Redacted, # 9 Exhbit 3 – Redacted, # 10 Exhibit 6 – Redacted) (msb). (Entered: 09/13/2021) |
| 09/14/2021 | 429 | | DOCKET ANNOTATION: Please be advised that the redacted exhibits were attached to docket entry 428 Memorandum in Support of Motion and to this entry for noticing purposes only. (Attachments: # 1 Exhibit, # 2 Exhibit) (msb) (Entered: 09/14/2021) |
| 09/15/2021 | 430 | | CERTIFICATE OF SERVICE of Plaintiffs' Responses and Objections to Defendant Golubski's Fourth Requests for Production of Documents by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 09/15/2021) |
| 09/24/2021 | 431 | | Consent MOTION for Extension of Time to File Response as to 427 MOTION to Compel *Production of Documents and Answers from Defendant Roger Golubski* by Defendant Roger Golubski (referred to Magistrate Judge Kenneth G. Gale) (Roach, Morgan) (Entered: 09/24/2021) |
| 09/24/2021 | 432 | | ORDER granting 431 Consent Motion for Extension of Time to File Response re 427 MOTION to Compel Production of Documents and Answers from Defendant Roger Golubski. Response deadline extended to 10/11/2021. Signed by Magistrate Judge Kenneth G. Gale on 9/24/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 09/24/2021) |
| 09/27/2021 | 433 | | AMENDED NOTICE by Defendant Roger Golubski of taking deposition of James McCloskey on October 7, 2021 (Attachments: # 1 Exhibit A)(Napolitano, Christopher) (Entered: 09/27/2021) |
| 09/28/2021 | 434 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Roger Golubski Subpoena to be issued to: James McCloskey (Attachments: # 1 Exhibit A)(Napolitano, Christopher) (Entered: 09/28/2021) |
| 09/28/2021 | 435 | | AMENDED NOTICE by Defendant Roger Golubski of taking deposition of James McCloskey on October 13, 2021 (Attachments: # 1 Exhibit A)(Napolitano, Christopher) (Entered: 09/28/2021) |
| 09/28/2021 | 436 | | AMENDED NOTICE by Defendant Roger Golubski of taking deposition of Centurion Ministries, Inc. on October 13, 2021 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Napolitano, Christopher) (Entered: 09/28/2021) |
| 09/29/2021 | 437 | | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Yasmin Dagne as to All Plaintiffs (Abrams, Michael) (Entered: 09/29/2021) |
| 10/01/2021 | 438 | | NOTICE OF SERVICE by Lamonte McIntyre, Rose Lee McIntyre of Plaintiffs' Seventh Amended Rule 26(a) Disclosures (Pilate, Cheryl) (Entered: 10/01/2021) |
| 10/04/2021 | 439 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Neil Edgar, Jr. on October 26, 2021 (Pilate, Cheryl) (Entered: 10/04/2021) |
| 10/04/2021 | 440 | | |

| | | | |
|---|---|---|---|
| | | | AMENDED NOTICE by Defendants Clyde Blood, James L. Brown, John Does 1–10, Roger Golubski, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, Roger Roe 1–10, W. K. Smith, Unified Government of Wyandotte County and Kansas City, Kansas, Dennis Ware of taking deposition of Niko Quinn on October 19, 2021 (Napolitano, Christopher) (Entered: 10/04/2021) |
| 10/05/2021 | 441 | | AMENDED NOTICE by Defendants Clyde Blood, James L. Brown, John Does 1–10, Roger Golubski, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, Roger Roe 1–10, W. K. Smith, Unified Government of Wyandotte County and Kansas City, Kansas, Dennis Ware of taking deposition of Niko Quinn on October 19, 2021 (Napolitano, Christopher) (Entered: 10/05/2021) |
| 10/06/2021 | 442 | | NOTICE OF SERVICE by Roger Golubski of Niko Quinn (aka Niko Jackson) (Napolitano, Christopher) (Entered: 10/06/2021) |
| 10/08/2021 | 443 | | CERTIFICATE OF SERVICE of Plaintiffs' Discovery Responses by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 10/08/2021) |
| 10/11/2021 | 444 | | MOTION to Compel by Defendant Roger Golubski (referred to Magistrate Judge Kenneth G. Gale) (Napolitano, Christopher) (Entered: 10/11/2021) |
| 10/11/2021 | 445 | | MEMORANDUM IN SUPPORT of 444 MOTION to Compel by Defendant Roger Golubski (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Napolitano, Christopher) (Entered: 10/11/2021) |
| 10/12/2021 | 446 | | RESPONSE by Defendant Roger Golubski re 427 Motion to Compel (Roach, Morgan) (Entered: 10/12/2021) |
| 10/13/2021 | 447 | | AMENDED NOTICE by Defendants Clyde Blood, James L. Brown, John Does 1–10, Roger Golubski, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, Roger Roe 1–10, W. K. Smith, Unified Government of Wyandotte County and Kansas City, Kansas, Dennis Ware of taking deposition of Niko Quinn on November 5, 2021 (Napolitano, Christopher) (Entered: 10/13/2021) |
| 10/14/2021 | 448 | | CERTIFICATE OF SERVICE of Defendant Golubski's documents identified as GOLUBSKI000301–384 by Roger Golubski. (Napolitano, Christopher) (Entered: 10/14/2021) |
| 10/14/2021 | 449 | | AMENDED NOTICE by Defendants Clyde Blood, James L. Brown, John Does 1–10, Roger Golubski, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, Roger Roe 1–10, W. K. Smith, Unified Government of Wyandotte County and Kansas City, Kansas, Dennis Ware of taking deposition of Niko Quinn on November 3, 2021 (Napolitano, Christopher) (Entered: 10/14/2021) |
| 10/15/2021 | 450 | | NOTICE by Defendant Roger Golubski of taking deposition of Freda Quinn on November 2, 2021 (Napolitano, Christopher) (Entered: 10/15/2021) |
| 10/15/2021 | 451 | | CERTIFICATE OF SERVICE of Defendant Golubski's 6th Requests for Production to Plaintiffs by Roger Golubski. (Napolitano, Christopher) (Entered: 10/15/2021) |

| 10/18/2021 | 452 | | NOTICE OF SERVICE by Lamonte McIntyre, Rose Lee McIntyre of Eighth Amended Rule 26 Disclosures (Pilate, Cheryl) (Entered: 10/18/2021) |
|---|---|---|---|
| 10/18/2021 | 453 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Defendant's First Discovery Requests to Plaintiff (Branson, Charles) (Entered: 10/18/2021) |
| 10/19/2021 | 454 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Neil E. Edgar, Jr. on 10/13/2021 by Personal Service (Abrams, Michael) (Entered: 10/19/2021) |
| 10/19/2021 | 455 | | MOTION for attorney Grace Ann Paras to appear pro hac vice ( Pro hac vice fee $50, Internet Payment Receipt Number AKSDC–5614272.) by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Attachments: # 1 Affidavit of Grace Ann Paras, # 2 ECF Registration Form)(Abrams, Michael) (Entered: 10/19/2021) |
| 10/19/2021 | 456 | | ORDER granting 455 Motion to Appear Pro Hac Vice of Grace Ann Paras for Lamonte McIntyre and Rose Lee McIntyre pursuant to D. Kan. Rule 83.5.4 for purposes of this case only. Signed by Magistrate Judge Kenneth G. Gale on 10/19/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 10/19/2021) |
| 10/19/2021 | 457 | | NOTICE OF SERVICE by Roger Golubski of Freda Quinn (Napolitano, Christopher) (Entered: 10/19/2021) |
| 10/21/2021 | 458 | | CERTIFICATE OF SERVICE of Defendant Officers' First Request for Production of Documents to Plaintiffs by Clyde Blood, James L. Brown, Steven Culp, Daphne R. Halderman(as Special Administrator of), W. K. Smith, Dennis Ware. (Hayes, Tracy) (Entered: 10/21/2021) |
| 10/22/2021 | 459 | | Consent MOTION for Extension of Time to File Reply as to 427 MOTION to Compel *Production of Documents and Answers from Defendant Roger Golubski* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (McMullin, Alana) (Entered: 10/22/2021) |
| 10/22/2021 | 460 | | Consent MOTION for Extension of Time to File Response as to 444 MOTION to Compel by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (McMullin, Alana) (Entered: 10/22/2021) |
| 10/22/2021 | 461 | | MOTION for attorney Sona R. Shah to appear pro hac vice ( Pro hac vice fee $50, Internet Payment Receipt Number AKSDC–5617785.) by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (Attachments: # 1 Affidavit of Sona R. Shah, # 2 ECF Registration Form)(Abrams, Michael) (Entered: 10/22/2021) |
| 10/25/2021 | 462 | | ORDER granting, for good cause and as unopposed, 459 Motion for Extension of Time to File Reply as to 427 MOTION to Compel Production of Documents (extended to 11/9/21) and 460 Consent MOTION for Extension of Time to File Response as to 444 MOTION to Compel (extended to 11/8/21). ORDER also granting 461 MOTION for attorney Sona R. Shah to appear pro hac vice (pro hac vice fee $50, Internet Payment Receipt Number AKSDC–5617785) for Lamonte McIntyre and Rose Lee McIntyre pursuant to D. Kan. Rule 83.5.4 for purposes of this case only. Signed by Magistrate Judge Kenneth G. Gale on 10/25/21. (This is a TEXT ENTRY ONLY. There is |

| | | | |
|---|---|---|---|
| | | | no.pdf document associated with this entry.) (df) (Entered: 10/25/2021) |
| 10/25/2021 | 463 | | Unopposed MOTION to Modify *Scheduling Order (Unopposed)* by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (referred to Magistrate Judge Kenneth G. Gale) (Cooper, David) Modified motion event on 10/25/2021 (msb). (Entered: 10/25/2021) |
| 10/25/2021 | 464 | | EXPERT WITNESS DESIGNATION *of Defendant Officers Non−Retained Experts* by Clyde Blood, James L. Brown, Daphne R. Halderman(as Special Administrator of), W. K. Smith, Dennis Ware.(Hayes, Tracy) (Entered: 10/25/2021) |
| 10/25/2021 | 465 | | EXPERT WITNESS DESIGNATION by Roger Golubski.(Napolitano, Christopher) (Entered: 10/25/2021) |
| 10/25/2021 | 466 | | CERTIFICATE OF SERVICE of documents related to expert witness disclosures by Roger Golubski. (Napolitano, Christopher) (Entered: 10/25/2021) |
| 10/25/2021 | 467 | | EXPERT WITNESS DESIGNATION by Unified Government of Wyandotte County and Kansas City, Kansas.(Cooper, David) (Entered: 10/25/2021) |
| 10/26/2021 | 468 | | CERTIFICATE OF SERVICE of Additional Documents Disclosed Under Rule 26 by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 10/26/2021) |
| 10/28/2021 | 469 | | NOTICE of Hearing:  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING regarding 463 Unopposed MOTION to Amend Scheduling Order. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 11/4/2021 at 03:00 PM by telephone (KGG − CONFERENCE LINE 1−888−363−4749 ACCESS CODE 5407703) before Magistrate Judge Kenneth G. Gale. (df) (Entered: 10/28/2021) |
| 11/02/2021 | 470 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Ronald Miller on November 24, 2021 (Pilate, Cheryl) (Entered: 11/02/2021) |
| 11/02/2021 | 471 | | AMENDED NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Terry Zeigler on November 22, 2021 (Pilate, Cheryl) (Entered: 11/02/2021) |
| 11/04/2021 | 472 | | CERTIFICATE OF SERVICE of Plaintiffs' Discovery Requests by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 11/04/2021) |
| 11/04/2021 | 473 | | NOTICE OF CANCELLED HEARING: Status Conference cancelled. On 11/4/21, the Court held a telephone hearing on the pending motion to amend the Scheduling Order. Issues relating to the status of the case were address and discussed at that time, making the 11/18/21 status conference unnecessary. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 11/04/2021) |
| 11/04/2021 | | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: MOTION HEARING held on 11/4/2021 re 463 MOTION to Amend Scheduling Order filed by Unified Government of Wyandotte County and Kansas City, Kansas. (Tape #2:59 − 3:51 p.m.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: |

| | | | |
|---|---|---|---|
| | | | 11/04/2021) |
| 11/05/2021 | 474 | | SCHEDULING ORDER: Estimated trial time 4 weeks. Discovery deadline 1/31/2022. Dispositive motion deadline 3/11/2022. Proposed Pretrial Order due by 2/1/2022. Jury Trial set for 11/7/2022 at 09:00 AM in KC Room 529 (KHV) before District Judge Kathryn H. Vratil. Final Pretrial Conference set for 2/8/2022 at 02:00 PM by telephone (KGG – CONFERENCE LINE 1–888–363–4749 ACCESS CODE 5407703) before Magistrate Judge Kenneth G. Gale. ORDER granting 463 Motion to Amend Scheduling Order. Signed by Magistrate Judge Kenneth G. Gale on 11/5/21. (df) (Entered: 11/05/2021) |
| 11/08/2021 | 475 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 444 Motion to Compel (McMullin, Alana) (Entered: 11/08/2021) |
| 11/08/2021 | 476 | | AMENDED NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Rule 30(b)(6) of Unified Government of Wyandotte County and Kansas City, Kansas on December 8, 2021 and December 9, 2021 (McMullin, Alana) (Entered: 11/08/2021) |
| 11/09/2021 | 477 | | NOTICE by Defendant Roger Golubski of taking deposition of Cricket Wireless, LLC on December 13, 2021 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Napolitano, Christopher) (Entered: 11/09/2021) |
| 11/09/2021 | 478 | | REPLY TO RESPONSE TO MOTION by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re: 427 Motion to Compel (Attachments: # 1 Exhibit 8)(McMullin, Alana) (Entered: 11/09/2021) |
| 11/15/2021 | 479 | | CERTIFICATE OF SERVICE of documents provided by Centurion Ministries, Inc. identified as CENTURION MINISTRIES 000001–002343 by Roger Golubski. (Napolitano, Christopher) (Entered: 11/15/2021) |
| 11/15/2021 | 480 | | CERTIFICATE OF SERVICE of Plaintiffs' Discovery Response to Defendant Golubski's Sixth Request for Production of Documentss by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 11/15/2021) |
| 11/16/2021 | 481 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Terry Zeigler on 11/8/2021 by Personal Service (Abrams, Michael) (Entered: 11/16/2021) |
| 11/16/2021 | 482 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Ronald Miller on 11/8/2021 by Personal Service (Abrams, Michael) (Entered: 11/16/2021) |
| 11/17/2021 | 483 | | CERTIFICATE OF SERVICE of Plaintiffs' Discovery Responses to Defendant Unified Government's Discovery Requests by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 11/17/2021) |
| 11/19/2021 | 484 | | AMENDED NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Ronald Miller on 12/20/2021 (McMullin, Alana) (Entered: 11/19/2021) |
| 11/19/2021 | 485 | | AMENDED NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Terry Zeigler on 12/6/2021 (McMullin, Alana) (Entered: 11/19/2021) |

| 11/19/2021 | 486 | | CERTIFICATE OF SERVICE of Plaintiffs' Discovery Responses by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 11/19/2021) |
|---|---|---|---|
| 11/22/2021 | 487 | | REPLY TO RESPONSE TO MOTION by Defendant Roger Golubski re: 444 Motion to Compel (Napolitano, Christopher) (Entered: 11/22/2021) |
| 11/24/2021 | 488 | | MEMORANDUM AND ORDER granting in part and denying in part 427 Motion to Compel. Signed by Magistrate Judge Kenneth G. Gale on 11/24/21. (df) (Entered: 11/24/2021) |
| 11/24/2021 | 489 | | NOTICE OF SERVICE by Lamonte McIntyre, Rose Lee McIntyre of Ninth Amended Rule 26 Disclosures (Pilate, Cheryl) (Entered: 11/24/2021) |
| 11/29/2021 | 490 | | EXPERT WITNESS DESIGNATION by Clyde Blood, James L. Brown, Daphne R. Halderman(as Special Administrator of), W. K. Smith, Dennis Ware.(Hayes, Tracy) (Entered: 11/29/2021) |
| 11/29/2021 | 491 | | CERTIFICATE OF SERVICE of Defendant Officers' Responses and Objections to Plaintiffs' Fourth Request for Production by Clyde Blood, James L. Brown, Daphne R. Halderman(as Special Administrator of), W. K. Smith, Dennis Ware. (Hayes, Tracy) (Entered: 11/29/2021) |
| 11/29/2021 | 492 | | Unopposed MOTION to Amend Scheduling Order *to Modify the Expert Disclosure Deadline* by Defendant Roger Golubski (referred to Magistrate Judge Kenneth G. Gale) (Napolitano, Christopher) (Entered: 11/29/2021) |
| 11/29/2021 | 493 | | ORDER granting 492 Unopposed Motion to Modify Expert Disclosure Deadline contained in 474 Scheduling Order. Defendant Golubski's expert disclosure deadline is hereby extended from November 29, 2021, to December 1, 2021. **All other deadlines remain unchanged.** Signed by Magistrate Judge Kenneth G. Gale on 11/29/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 11/29/2021) |
| 11/29/2021 | 494 | | Supplemental EXPERT WITNESS DESIGNATION by Unified Government of Wyandotte County and Kansas City, Kansas.(Cooper, David) (Entered: 11/29/2021) |
| 12/01/2021 | 495 | | Amended EXPERT WITNESS DESIGNATION by Roger Golubski.(Napolitano, Christopher) (Entered: 12/01/2021) |
| 12/02/2021 | 496 | | NOTICE OF INTENT TO ISSUE SUBPOENA by Roger Golubski Subpoena to be issued to: Office of the District Attorney, 29th Judicial District of Kansas (Attachments: # 1 Exhibit A)(Napolitano, Christopher) (Entered: 12/02/2021) |
| 12/02/2021 | 497 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Terry Zeigler on 11/23/2021 by Personal Service (Abrams, Michael) (Entered: 12/02/2021) |
| 12/02/2021 | 498 | | RETURN OF SERVICE of subpoena(s) filed by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre executed upon Ronald Miller on 11/23/2021 by Personal Service (Abrams, Michael) (Entered: 12/02/2021) |
| 12/03/2021 | 499 | | AMENDED NOTICE by Defendant Roger Golubski of taking deposition of Cricket Wireless, LLC on January 10, 2022 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Napolitano, Christopher) (Entered: 12/03/2021) |
| 12/03/2021 | 500 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Tarik Khatib on December 14, 2021 (McMullin, Alana) (Entered: 12/03/2021) |
| 12/05/2021 | 501 | | MOTION for Protective Order *re 30(b)(6) Deposition and*, MOTION to Quash *same* ( Response deadline 12/20/2021) by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (referred to Magistrate Judge Kenneth G. Gale) (Attachments: # 1 Emails setting Meet & Confer, # 2 Email with Objection & Analysis)(Cooper, David) (Entered: 12/05/2021) |
| 12/07/2021 | 502 | | AMENDED NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Rule 30(b)(6) of Unified Government of Wyandotte County and Kansas City, Kansas on December 9, 2021 (McMullin, Alana) (Entered: 12/07/2021) |
| 12/15/2021 | 503 | | NOTICE OF SERVICE by Roger Golubski of Deposition Notice and Subpoena to Cricket Wireless, LLC (Napolitano, Christopher) (Entered: 12/15/2021) |
| 12/15/2021 | 504 | | MEMORANDUM AND ORDER granting in part and denying in part 444 Motion to Compel. Signed by Magistrate Judge Kenneth G. Gale on 12/15/21. (df) (Entered: 12/15/2021) |
| 12/15/2021 | 505 | | NOTICE OF SERVICE by Roger Golubski of Subpoena on Wyandotte County District Attorney (Napolitano, Christopher) (Entered: 12/15/2021) |
| 12/17/2021 | 506 | | CERTIFICATE OF SERVICE of Defendant Golubski's First Amended Rule 26(a)(1) Disclosures and Second Interrogatories to Plaintiffs by Roger Golubski. (Napolitano, Christopher) (Entered: 12/17/2021) |
| 12/17/2021 | 507 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Discovery Responses (Branson, Charles) (Entered: 12/17/2021) |
| 12/20/2021 | 508 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 501 Motion for Protective Order,, Motion to Quash, (McMullin, Alana) (Entered: 12/20/2021) |
| 12/22/2021 | 509 | | CERTIFICATE OF SERVICE of Second Supplemental Rule 26 Disclosures by Clyde Blood, James L. Brown, Steven Culp, W. K. Smith, Dennis Ware. (Hayes, Tracy) (Entered: 12/22/2021) |
| 12/22/2021 | 510 | | NOTICE OF SERVICE by Lamonte McIntyre, Rose Lee McIntyre of Plaintiffs' Tenth Amended Rule 26(a) Disclosures (Pilate, Cheryl) (Entered: 12/22/2021) |
| 12/22/2021 | 511 | | NOTICE OF SERVICE by Unified Government of Wyandotte County and Kansas City, Kansas of Third Supplemental Rule 26(a)(1) Disclosures (Cooper, David) (Entered: 12/22/2021) |
| 12/23/2021 | 512 | | NOTICE OF SERVICE by Roger Golubski of Responses and Objections to Plaintiffs' Third Interrogatories and Fourth Requests for Production, et. al. (Napolitano, Christopher) (Entered: 12/23/2021) |
| 12/28/2021 | 513 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF SERVICE by Lamonte McIntyre, Rose Lee McIntyre of Plaintiffs' Fifth Requests for Production to All Defendants (Pilate, Cheryl) (Entered: 12/28/2021) |
| 12/30/2021 | 514 | | NOTICE OF SERVICE by Lamonte McIntyre, Rose Lee McIntyre of Request to Enter and Inspect Premises (Pilate, Cheryl) (Entered: 12/30/2021) |
| 01/03/2022 | 515 | | REPLY TO RESPONSE TO MOTION by Defendant Unified Government of Wyandotte County and Kansas City, Kansas re: 501 Motion for Protective Order, Motion to Quash (Attachments: # 1 Excerpts of Ruby Mitchell Deposition, # 2 Excerpts N. Quinn Dep. (Cooper, David) Modified on 1/4/2022 to correct title of second exhibit (kas). (Entered: 01/03/2022) |
| 01/05/2022 | 516 | | NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Robert Blake McConnell on January 14, 2022 (McMullin, Alana) (Entered: 01/05/2022) |
| 01/05/2022 | 517 | | AMENDED NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of 30(b)(6) Deposition of Unified Government of Wyandotte County and Kansas City, Kansas on January 31, 2022 (McMullin, Alana) (Entered: 01/05/2022) |
| 01/05/2022 | 518 | | ORDER finding as moot 501 Motion for Protective Order and to Quash. The Court notes that an amended deposition notice has been filed. Thus, the deposition notice that was the subject of this motion is no longer operative. Any objections to the amended notice will need to be raised in a new motion. Signed by Magistrate Judge Kenneth G. Gale on 1/5/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 01/05/2022) |
| 01/07/2022 | 519 | | AMENDED NOTICE by Defendant Roger Golubski of taking deposition of Cricket Wireless, LLC on January 10, 2022 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Napolitano, Christopher) (Entered: 01/07/2022) |
| 01/11/2022 | 520 | | AMENDED NOTICE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre of taking deposition of Robert Blake McConnell on January 18, 2022 (McMullin, Alana) (Entered: 01/11/2022) |
| 01/12/2022 | 521 | | NOTICE by Defendant Roger Golubski of taking deposition of M'Sherie Johnson on January 26, 2022 (Gist, Matthew) (Entered: 01/12/2022) |
| 01/12/2022 | 522 | | NOTICE by Defendant Roger Golubski of taking deposition of Yolanda Johnson on January 26, 2022 (Gist, Matthew) (Entered: 01/12/2022) |
| 01/12/2022 | 523 | | NOTICE by Defendant Roger Golubski of taking deposition of Bernard Crawford, Sr. on January 27, 2022 (Gist, Matthew) (Entered: 01/12/2022) |
| 01/13/2022 | 524 | | NOTICE by Defendant Roger Golubski of taking deposition of Glasia Lee on January 25, 2022 (Gist, Matthew) (Entered: 01/13/2022) |
| 01/13/2022 | 525 | | NOTICE by Defendant Roger Golubski of taking deposition of Reggie McIntyre on January 26, 2022 (Gist, Matthew) (Entered: 01/13/2022) |
| 01/13/2022 | 526 | | NOTICE by Defendant Roger Golubski of taking deposition of Jermaine McIntyre on January 26, 2022 (Gist, Matthew) (Entered: 01/13/2022) |
| 01/13/2022 | 527 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE by Defendant Roger Golubski of taking deposition of Dion Martin on January 31, 2022 (Gist, Matthew) (Entered: 01/13/2022) |
| 01/13/2022 | 528 | | NOTICE OF SERVICE by Lamonte McIntyre, Rose Lee McIntyre of Eleventh Amended Rule 26 Disclosures (Pilate, Cheryl) (Entered: 01/13/2022) |
| 01/14/2022 | 529 | | AMENDED NOTICE by Defendant Roger Golubski of taking deposition of Glasia Lee on January 25, 2022 (Gist, Matthew) (Entered: 01/14/2022) |
| 01/14/2022 | 530 | | NOTICE OF SERVICE by Lamonte McIntyre, Rose Lee McIntyre of Plaintiffs' Supplemental Answers and Objections to Golubski's First Set of Interrogatories to Plaintiff Lamonte McIntyre (Pilate, Cheryl) (Entered: 01/14/2022) |
| 01/17/2022 | 531 | | CERTIFICATE OF SERVICE of Defendant Officers' Responses to Plaintiffs' Fifth Request for Production of Documents by Clyde Blood, James L. Brown, Steven Culp, W. K. Smith, Dennis Ware. (Hayes, Tracy) Modified on 1/18/2022 to restrict the document due to personal identifiers(kas). (Entered: 01/17/2022) |
| 01/17/2022 | 532 | | CERTIFICATE OF SERVICE of Plaintiffs' Discovery Responses by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 01/17/2022) |
| 01/18/2022 | 533 | | CERTIFICATE OF SERVICE of Defendant Officers' Responses to Plaintiffs' Fifth Request for Production of Documents by Clyde Blood, James L. Brown, Steven Culp, W. K. Smith, Dennis Ware. (Hayes, Tracy) (Entered: 01/18/2022) |
| 01/18/2022 | 534 | | NOTICE by Defendant Roger Golubski of taking deposition of Michael Redmon on January 24, 2022 (Gist, Matthew) (Entered: 01/18/2022) |
| 01/18/2022 | 535 | | Joint MOTION to Amend Scheduling Order by Defendant Roger Golubski (referred to Magistrate Judge Kenneth G. Gale) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Gist, Matthew) (Entered: 01/18/2022) |
| 01/18/2022 | 536 | | NOTICE by Defendant Roger Golubski of taking deposition of Gary Long on January 27, 2022 (Gist, Matthew) (Entered: 01/18/2022) |
| 01/18/2022 | 537 | | NOTICE OF SERVICE by Lamonte McIntyre, Rose Lee McIntyre of Plaintiffs' Supplemental Answers and Objections to the Unified Government's First Set of Interrogatories (Pilate, Cheryl) (Entered: 01/18/2022) |
| 01/19/2022 | 538 | | MOTION to Quash *Deposition Notice, Doc. 517* by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (referred to Magistrate Judge Kenneth G. Gale) (Attachments: # 1 Email re Meet & Confer)(Cooper, David). Added MOTION for Protective Order on 1/20/2022 (msb). (Entered: 01/19/2022) |
| 01/20/2022 | 539 | | NOTICE OF SERVICE by Roger Golubski of Subpoena to Gary Long (Gist, Matthew) (Entered: 01/20/2022) |
| 01/21/2022 | 540 | | CERTIFICATE OF SERVICE of Plaintiffs' Supplemental Documents *Disclosed Under Rule 26* by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 01/21/2022) |
| 01/21/2022 | 541 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 538 Motion to Quash,, Motion for Protective Order, (McMullin, Alana) (Entered: |

| | | | 01/21/2022) |
|---|---|---|---|
| 01/24/2022 | 542 | | NOTICE OF SERVICE by Roger Golubski of subpoena to Bernard Crawford Sr. (Gist, Matthew) (Entered: 01/24/2022) |
| 01/25/2022 | 543 | | CERTIFICATE OF SERVICE of Plaintiffs' Additional Documents Disclosed Under Rule 26 by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 01/25/2022) |
| 01/25/2022 | 544 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 535 Motion to Amend Scheduling Order (McMullin, Alana) (Entered: 01/25/2022) |
| 01/26/2022 | 545 | | NOTICE OF SERVICE by Roger Golubski of Defendant Roger Golubski's Objections and Responses to Fifth Set of Requests For Production of Documents and Things (Roach, Morgan) (Entered: 01/26/2022) |
| 01/27/2022 | 546 | | NOTICE OF TELEPHONE CONFERENCE: (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) A pre−motion telephone conference is set for 2/1/2022 at 02:00 PM by telephone (KGG − CONFERENCE LINE 1−888−363−4749 ACCESS CODE 5407703) before Magistrate Judge Kenneth G. Gale to discuss discovery issues between Plaintiffs and Defendant Unified Government. Counsel for other Defendants may participate in the telephone conference but are not required to do so. (df) (Entered: 01/27/2022) |
| 01/27/2022 | 547 | | (WITHDRAWN per 548) –– MEMORANDUM AND ORDER granting 535 Motion to Amend 474 Scheduling Order. The discovery deadline and the deadline to provide a joint draft of the Pretrial Order are suspended. The Pretrial Conference and the trial date are cancelled. The undersigned Magistrate Judge will hold an in−person status conference in Kansas City, Kansas, on February 24, 2022, at 10:00 a.m. The Court will subsequently set this status conference and a notice will be generated and sent to counsel via the Court's docketing system. Signed by Magistrate Judge Kenneth G. Gale on 1/27/22. (df) Modified on 1/27/2022. (mam) (Entered: 01/27/2022) |
| 01/27/2022 | 548 | | ORDER withdrawing 547 Memorandum and Order on Defendants' Motion to Modify Scheduling Order. Hearing on the underlying motion will be subsequently set. Signed by Magistrate Judge Kenneth G. Gale on 1/27/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mam) (Entered: 01/27/2022) |
| 01/27/2022 | 549 | | NOTICE of Hearing:  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 535 Joint MOTION to Amend Scheduling Order: (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 2/8/2022 at 09:00 AM in KC Courtroom (Unknown –– to be subsequently noticed) before Magistrate Judge Kenneth G. Gale. (df) (Entered: 01/27/2022) |
| 01/28/2022 | 550 | | NOTICE of Hearing:  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 538 MOTION to Quash/MOTION for Protective Order re: 517 Deposition Notice. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 2/8/2022 at 09:00 AM in KC Courtroom (Unknown –– to be subsequently set) before Magistrate Judge Kenneth G. Gale. (df) (Entered: 01/28/2022) |

| 01/28/2022 | 551 | | NOTICE OF COURTROOM CHANGE. Hearing (re 550 Notice of Hearing on Motion, 549 Notice of Hearing on Motion) will be held in Courtroom 440 in the Kansas City Courthouse on 2/8/22 at 9:00 a.m. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 01/28/2022) |
|---|---|---|---|
| 01/31/2022 | 552 | | MOTION to Enforce *Subpoena Against Non−Party Bernard Crawford, Sr.* by Defendant Roger Golubski (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Gist, Matthew) (Entered: 01/31/2022) |
| 01/31/2022 | 553 | | CERTIFICATE OF SERVICE of Amendments to Plaintiffs' Expert Reports of Russell Fischer and Jennifer Dysart by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 01/31/2022) |
| 02/01/2022 | 554 | | NOTICE of Hearing:  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 552 MOTION to Enforce *Subpoena Against Non−Party Bernard Crawford, Sr.* (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 2/8/2022 at 09:00 AM in KC Courtroom 440 (JWL/KHV) before Magistrate Judge Kenneth G. Gale. **Responses to 552 Motion to Enforce due on or before 2/4/22. Reply briefing will not be permitted.** (df) (Entered: 02/01/2022) |
| 02/01/2022 | 555 | | NOTICE OF CHANGE OF FIRM NAME OR ADDRESS by Tracy M. Hayes (Hayes, Tracy) (Entered: 02/01/2022) |
| 02/01/2022 | | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: TELEPHONE CONFERENCE held on 2/1/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 02/09/2022) |
| 02/04/2022 | 556 | | CERTIFICATE OF SERVICE of Documents LMKSDC 0028050 − LMKSDC 0028265 via Box to Defendants by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 02/04/2022) |
| 02/04/2022 | 557 | | CERTIFICATE OF SERVICE of Ptfs' 2nd Supplemental Responses and Objections to Def Unified Government's 1st ROGs by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 02/04/2022) |
| 02/08/2022 | | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: MOTION HEARING held on 2/8/2022 re 538 MOTION to Quash *Deposition Notice, Doc. 517* filed by Defendant Unified Government of Wyandotte County and Kansas City, Kansas. ( 535 Motion to Amend Scheduling Order and 552 Motion to Enforce Subpoena also discussed.) (Court Reporter Kim Greiner.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) Modified on 2/9/2022, hearing held 2/8, not 2/9. (mam) (Entered: 02/09/2022) |
| 02/09/2022 | | | NOTICE OF DOCKET TEXT MODIFICATION by Deputy Clerk re Motion Hearing: Motion Hearing was held 2/8/2021. (mam) (Entered: 02/09/2022) |
| 02/09/2022 | 558 | | MEMORANDUM AND ORDER granting in part and denying in part 535 Defendants' Joint Motion to Amend 474 Scheduling Order. Scheduling Order amended as follows: Dispositive motion deadline 4/1/2022. Proposed Pretrial Order due by 2/24/2022. Jury Trial **unchanged** and set for 11/7/2022 at 09:00 AM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. |

| | | | |
|---|---|---|---|
| | | | Vratil. Final Pretrial Conference set for 3/10/2022 at 11:00 AM by telephone (KGG – CONFERENCE LINE 1–888–363–4749 ACCESS CODE 5407703) before Magistrate Judge Kenneth G. Gale. ORDER granting 538 Motion to Quash. Signed by Magistrate Judge Kenneth G. Gale on 2/9/22. (df) (Entered: 02/09/2022) |
| 02/28/2022 | 559 | | AMENDED NOTICE by Defendant Roger Golubski of taking deposition of Bernard Crawford Sr. on March 16, 2022 (Gist, Matthew) (Entered: 02/28/2022) |
| 03/09/2022 | 560 | | AMENDED NOTICE by Defendant Roger Golubski of taking deposition of Bernard Crawford, Sr. on March 16, 2022 (Gist, Matthew) (Entered: 03/09/2022) |
| 03/10/2022 | 561 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: INTERIM PRETRIAL CONFERENCE held on 3/10/2022. (Tape #11:00 – 11:40.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 03/10/2022) |
| 03/17/2022 | 562 | | PRETRIAL ORDER ENTERED Estimated trial time 4 weeks. Dispositive motion deadline 4/1/2022. Jury Trial set for 11/7/2022 at 09:00 AM in KC Room 529 (KHV) before District Judge Kathryn H. Vratil. Signed by Magistrate Judge Kenneth G. Gale on 3/17/22. (df) Modified on 3/17/2022 to correct Jury Trial date (ca). (Entered: 03/17/2022) |
| 03/17/2022 | 563 | | ORDER finding as moot 552 Motion to Enforce Third–Party Subpoena. The Court has been advised that the deposition occurred and no issues remain relating thereto. Signed by Magistrate Judge Kenneth G. Gale on 3/17/22. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 03/17/2022) |
| 03/17/2022 | | | **Set/Reset Hearings: Jury Trial set for 11/7/2022 at 09:00 AM in KC Room 529 (KHV) before District Judge Kathryn H. Vratil.(ca)** (Entered: 03/17/2022) |
| 03/24/2022 | 564 | | ORDER – On its own motion, the Court hereby orders that trial in this case be advanced from November 7, 2022 to **October 17, 2022**. This change is necessary to allow 20 consecutive trial days, consistent with the Pretrial Order 562 filed on March 17, 2022, and to afford the parties a #1 trial setting. Signed by District Judge Kathryn H. Vratil on 03/24/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(ses) (Entered: 03/24/2022) |
| 03/24/2022 | 565 | | NOTICE OF VOLUNTARY DISMISSAL by All Plaintiffs *of Count VI as to Daphne R. Halderman, as the Special Administrator of the Estate of Defendant Dennis Otto Barber, without prejudice* (McMullin, Alana) (Entered: 03/24/2022) |
| 03/24/2022 | 566 | | NOTICE OF VOLUNTARY DISMISSAL by All Plaintiffs *of all claims against Defendant Clyde Blood, without prejudice* (McMullin, Alana) (Entered: 03/24/2022) |
| 03/29/2022 | 567 | | STIPULATION OF DISMISSAL *as to only Defendant Blood* by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 03/29/2022) |
| 03/29/2022 | 568 | | |

| | | | |
|---|---|---|---|
| | | | STIPULATION OF DISMISSAL *of Count VI of this action against only Defendant Barber* by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 03/29/2022) |
| 03/30/2022 | 569 | | MOTION for Leave to File Excess Pages *as it relates to his forthcoming Memorandum in Support of his Motion for Summary Judgment* by Defendant Roger Golubski (Napolitano, Christopher) (Entered: 03/30/2022) |
| 03/30/2022 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 569 MOTION for Leave to File Excess Pages *as it relates to his forthcoming Memorandum in Support of his Motion for Summary Judgment*. The motion will be resolved by the District Judge. (df)** (Entered: 03/30/2022) |
| 03/30/2022 | 570 | | MOTION for Leave to file Excess Pages in Support of Motion for Summary Judgment by Defendants James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware (Hayes, Tracy) (Entered: 03/30/2022) |
| 03/30/2022 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 570 MOTION for Leave to file Excess Pages in Support of Motion for Summary Judgment . The motion will be resolved by the District Judge. (df)** (Entered: 03/30/2022) |
| 03/30/2022 | 571 | | MOTION for Leave to File Excess Pages by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (Cooper, David) (Entered: 03/30/2022) |
| 03/30/2022 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 571 MOTION for Leave to File Excess Pages. The motion will be resolved by the District Judge. (df)** (Entered: 03/30/2022) |
| 03/31/2022 | 572 | | ORDER **denying** 569 Defendant Roger Golubski's Motion To Exceed Page Limit; **denying** 570 Defendants' Motion To Exceed Page Limitations; **denying** 571 Motion for Leave to Exceed Page Limitations. The Court is confident that with proper editing and organization, the relevant arguments can be addressed in the number of pages allotted by local rules. Signed by District Judge Kathryn H. Vratil on 3/31/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 03/31/2022) |
| 04/01/2022 | 573 | | MOTION to Exclude *Plaintiffs' Expert Jennifer Dystart Ph.D. and Memorandum of Law in Support* by Defendant Roger Golubski (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Gist, Matthew) (Entered: 04/01/2022) |
| 04/01/2022 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 573 MOTION to Exclude Plaintiffs' Expert Jennifer Dystart Ph.D. and Memorandum of Law in Support. The motion will be resolved by the District Judge. (df)** (Entered: 04/01/2022) |
| 04/01/2022 | 574 | | MOTION for Summary Judgment by Defendants James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware (Hayes, Tracy) (Entered: 04/01/2022) |
| 04/01/2022 | 575 | | MEMORANDUM IN SUPPORT of 574 MOTION for Summary Judgment by Defendants James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware (Attachments: # 1 Exhibit |

| | | | |
|---|---|---|---|
| | | | Part 1 of Exhibit 1, # 2 Exhibit Part 2 of Exhibit 1, # 3 Exhibit Part 3 of Exhibit 1, # 4 Exhibit Part 4 of Exhibit 1, # 5 Exhibit Part 5 of Exhibit 1, # 6 Exhibit Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5, # 10 Exhibit 6, # 11 Exhibit 7, # 12 Exhibit 8, # 13 Exhibit 9, # 14 Exhibit 10, # 15 Exhibit 11, # 16 Exhibit 12, # 17 Exhibit 13, # 18 Exhibit 14, # 19 Exhibit 15, # 20 Exhibit 16, # 21 Exhibit 17, # 22 Exhibit 18, # 23 Exhibit 19, # 24 Exhibit 20, # 25 Exhibit 21, # 26 Exhibit 22, # 27 Exhibit 23, # 28 Exhibit 24, # 29 Exhibit 25, # 30 Exhibit 26, # 31 Exhibit 27, # 32 Exhibit 28, # 33 Exhibit 29, # 34 Exhibit 30, # 35 Exhibit 31, # 36 Exhibit 32, # 37 Exhibit 33, # 38 Exhibit 34, # 39 Exhibit 35, # 40 Exhibit 36, # 41 Exhibit 37, # 42 Exhibit 38, # 43 Exhibit 39, # 44 Exhibit 40, # 45 Exhibit 41, # 46 Exhibit 42, # 47 Exhibit 43, # 48 Exhibit 44, # 49 Exhibit 45, # 50 Exhibit 46, # 51 Exhibit 47, # 52 Exhibit 48, # 53 Exhibit 49, # 54 Exhibit 50, # 55 Exhibit 51, # 56 Exhibit 52, # 57 Exhibit 53, # 58 Exhibit 54, # 59 Exhibit 55, # 60 Exhibit 56, # 61 Exhibit 57, # 62 Exhibit 58, # 63 Exhibit 59, # 64 Exhibit 60, # 65 Exhibit 61, # 66 Exhibit 62, # 67 Exhibit 63, # 68 Exhibit 64, # 69 Exhibit 65, # 70 Exhibit 66, # 71 Exhibit 67, # 72 Exhibit 68, # 73 Exhibit 69, # 74 Exhibit 70, # 75 Exhibit 71)(Hayes, Tracy) Modified on 4/4/2022 to remove repeated word (ca). (Entered: 04/01/2022) |
| 04/01/2022 | 576 | | MOTION to Exclude *Testimony of Robert Blake McConnell* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (referred to Magistrate Judge Kenneth G. Gale) (McMullin, Alana) (Entered: 04/01/2022) |
| 04/01/2022 | 577 | | MEMORANDUM IN SUPPORT of 576 MOTION to Exclude *Testimony of Robert Blake McConnell* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (Attachments: # 1 Declaration of Sona Shah, # 2 Index of Exhibits, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E)(McMullin, Alana) (Entered: 04/01/2022) |
| 04/01/2022 | 578 | | MOTION for Order *to Limit Testimony of Tarik Khatib* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 04/01/2022) |
| 04/01/2022 | 579 | | MEMORANDUM IN SUPPORT of 578 MOTION for Order *to Limit Testimony of Tarik Khatib* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (Attachments: # 1 Declaration of Sona Shah, # 2 Index of Exhibits, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(McMullin, Alana) (Entered: 04/01/2022) |
| 04/01/2022 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 578 MOTION for Order *to Limit Testimony of Tarik Khatib* and 576 MOTION to Exclude *Testimony of Robert Blake McConnell*. The motions will be resolved by the District Judge. (df)** (Entered: 04/01/2022) |
| 04/01/2022 | 580 | | MOTION for Summary Judgment by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (Attachments: # 1 Ex Police File 1 of 5, # 2 Ex Police File 2 of 5, # 3 Ex Police File 3 of 5, # 4 Ex Police File 4 of 5, # 5 Ex Police File 5 of 5, # 6 Ex Trial Transcript Vol. I, 1 of 2, # 7 Ex Trial Transcript Vol. I, 2 of 2, # 8 Ex Trial Transcript Vol. II, 1 of 2, # 9 Ex Trial Transcript Vol. II, 2 of 2, # 10 Ex Trial Transcript Vol. III, 1 of 2, # 11 Ex Trial Transcript Vol. III, 2 of 2, # 12 Ex Receipt for Prosecution Report, # 13 Ex Dennis Ware deposition, # 14 Ex 94JV489 Complaint, # 15 Ex Waiver/Preliminary Hearing Transcript 1 of 5, # 16 Ex Waiver/Preliminary Hearing Transcript 2 of 5, # 17 Ex Waiver/Preliminary Hearing Transcript 3 of |

| | | | |
|---|---|---|---|
| | | | 5, # 18 Ex Waiver/Preliminary Hearing Transcript 4 of 5, # 19 Ex Waiver/Preliminary Hearing Transcript 5 of 5, # 20 Ex Journal Entry of Waiver/Preliminary Hearing, # 21 Ex Ruby Mitchell deposition, # 22 Ex State's Exhibits 28–32, # 23 Ex Niko Quinn deposition, # 24 Ex Motion for New Trial Transcript, # 25 Ex Smith deposition, # 26 Ex Answer to Interrogatory 7, # 27 Ex Armstrong Declaration, # 28 Ex Miller Declaration, # 29 Ex General Order 01–93, # 30 Ex General Order 05–94, # 31 Ex Fischer deposition, # 32 Ex Armstrong deposition, # 33 Ex Code of Ethics, # 34 Ex York deposition, # 35 Ex Index of Exhibits)(Cooper, David) (Entered: 04/01/2022) |
| 04/01/2022 | 581 | | MOTION for Summary Judgment by Defendant Roger Golubski (Gist, Matthew) (Entered: 04/01/2022) |
| 04/01/2022 | 582 | | MEMORANDUM IN SUPPORT of 581 MOTION for Summary Judgment by Defendant Roger Golubski (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 6A, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32)(Gist, Matthew) (Entered: 04/01/2022) |
| 04/01/2022 | 583 | | MOTION to Dismiss *Plaintiff Rose McIntyre's Claim for Failure to Follow the Rule Of Civil Procedure and this Court's Orders with Memorandum of Law In Support* by Defendant Roger Golubski (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19)(Gist, Matthew) (Entered: 04/01/2022) |
| 04/04/2022 | 584 | | MOTION for Leave to file submit audio exhibits to the court via thumb drive by Defendant Roger Golubski (Napolitano, Christopher) Modified on 4/4/2022 to remove referral information (sz). (Entered: 04/04/2022) |
| 04/04/2022 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 584 MOTION for Leave to file submit audio exhibits to the court via thumb drive. The motion will be resolved by the District Judge. (df)** (Entered: 04/04/2022) |
| 04/06/2022 | 585 | | Joint MOTION to Continue Trial Setting by Defendant Roger Golubski (referred to Magistrate Judge Kenneth G. Gale) (Napolitano, Christopher) (Entered: 04/06/2022) |
| 04/06/2022 | 586 | | ORDER **sustaining**, for substantially the reasons stated in the motion, 584 Defendant Roger Golubski's Motion For Leave To Submit Audio Exhibits 11, 22, and 23 To Defendant Golubski's Memorandum In Support To Motion For Summery Judgment [Doc No. 582] Via Thumb Drive To The Court. Defendant Golbski shall submit his audio exhibits 11, 22, and 23 to the court via thumb drive. Signed by District Judge Kathryn H. Vratil on 4/6/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with |

| | | | |
|---|---|---|---|
| | | | this entry.) (as) (Entered: 04/06/2022) |
| 04/06/2022 | 587 | | Unopposed MOTION for Extension of Time to File Response as to 574 MOTION for Summary Judgment , 583 MOTION to Dismiss *Plaintiff Rose McIntyre's Claim for Failure to Follow the Rule Of Civil Procedure and this Court's Orders with Memorandum of Law In Support*, 581 MOTION for Summary Judgment , 580 MOTION for Summary Judgment by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (McMullin, Alana) (Entered: 04/06/2022) |
| 04/06/2022 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 587 Unopposed MOTION for Extension of Time to File Response as to 574 MOTION for Summary Judgment , 583 MOTION to Dismiss *Plaintiff Rose McIntyre's Claim for Failure to Follow the Rule Of Civil Procedure and this Court's Ord*, 585 *Joint MOTION to Continue Trial Setting . The motion will be resolved by the District Judge. (df)* (Entered: 04/06/2022)** |
| 04/06/2022 | 588 | | CONVENTIONALLY FILED EXHIBIT IN SUPPORT of 582 Memorandum in Support of Motion. One thumb drive received in the Clerk's Office on 4/6/2022 and will be provided to Chambers. A second copy of the thumb drive has been requested from counsel. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (kas) (Entered: 04/07/2022) |
| 04/06/2022 | 589 | | NOTICE OF DEFICIENCY – Item was filed conventionally and no courtesy copy was provided per D.Kan. 7.1(d)(2). The filing attorney is directed to correct the deficiency immediately.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (kas) (Entered: 04/07/2022) |
| 04/07/2022 | 590 | | ORDER granting in part and denying in part 587 Unopposed Motion For Extension of Time To Respond To Defendants' Dispositive Motions. The Court sets the following briefing schedule: Plaintiffs' response to 574 Defendant Officers' Motion for Summary Judgment is due on or before April 27, 2022; Plaintiffs' response to 580 Defendant Unified Government's Motion for Summary Judgment is due on or before May 2, 2022; Plaintiffs' response to 581 Defendant Golubski's Motion for Summary Judgment is due on or before April 22, 2022; Plaintiffs' response to 583 Defendant Golubski's Motion to Dismiss Plaintiff Rose McIntyre's Claim is due on or before May 6, 2022. Signed by District Judge Kathryn H. Vratil on 4/7/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 04/07/2022) |
| 04/11/2022 | 591 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 585 Motion to Continue (Attachments: # 1 Exhibit 1)(McMullin, Alana) (Entered: 04/11/2022) |
| 04/11/2022 | 592 | | ORDER REFERRING MOTION. The Court hereby refers to Magistrate Judge Kenneth G. Gale, for report and recommendation, Defendant Golubski's Motion To Dismiss Plaintiff Rose McIntyre's Claim For Failure To Follow The Rules Of Civil Procedure And This Court's Orders (Doc. # 583 ) filed April 1, 2022. Judge Gale has superior knowledge of the history of discovery in this case, which is important because defendant Golubski apparently has never filed a motion to compel a further deposition by Rose McIntyre. Moreover, defendant Golubski may not have timely sought relief for speaking objections and other alleged grievances by plaintiffs' counsel. Moreover, the |

| | | | |
|---|---|---|---|
| | | | subject brief does not address critical factors such as whether sanctions less drastic than dismissal will meet all objectives of the Federal Rules of Civil Procedure or whether the alleged prejudice to defendant Golubski can be mitigated by an order that Rose McIntyre complete her deposition by a date certain. Signed by District Judge Kathryn H. Vratil on 4/11/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(as) (Entered: 04/11/2022) |
| 04/15/2022 | 593 | | RESPONSE by Defendant Roger Golubski re 576 Motion to Exclude (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Roach, Morgan) (Entered: 04/15/2022) |
| 04/15/2022 | 594 | | MOTION to Bifurcate/Separate Trial by Defendant Roger Golubski. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Napolitano, Christopher) (Entered: 04/15/2022) |
| 04/15/2022 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 594 MOTION to Bifurcate. The motion will be resolved by the District Judge. (df)** (Entered: 04/15/2022) |
| 04/15/2022 | 595 | | MEMORANDUM IN OPPOSITION by Defendants James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware re 578 MOTION for Order *to Limit Testimony of Tarik Khatib* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Hayes, Tracy) (Entered: 04/15/2022) |
| 04/15/2022 | 596 | | MOTION for Separate Trial by Defendants Daphne R. Halderman (as Special Administrator of estates of James Michael Krstolich, Dennis Otto Barber and Steve Culp), Dennis Ware, James L. Brown, W. K. Smith. (Hayes, Tracy) Modified on 5/13/2022 to correct the filers. (mam) (Entered: 04/15/2022) |
| 04/15/2022 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 596 MOTION to Bifurcate & *Memorandum in Support*. The motion will be resolved by the District Judge. (df)** (Entered: 04/15/2022) |
| 04/15/2022 | 597 | | Joint MOTION to Transfer Case *to Wichita on behalf of all Defendants* by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (Attachments: # 1 Appendix Index of Exhibits, # 2 Appendix PDF Articles Part 1, # 3 Appendix PDF Articles Part 2, # 4 Appendix List of 370 KC Media)(Cooper, David) (Entered: 04/15/2022) |
| 04/15/2022 | 598 | | MOTION FOR LEAVE to File Exhibits–digital media Conventionally *re Doc. 597* by Defendant Unified Government of Wyandotte County and Kansas City, Kansas. (Cooper, David) (Entered: 04/15/2022) |
| 04/15/2022 | 599 | | MOTION to Bifurcate by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (Cooper, David) (Entered: 04/15/2022) |
| 04/15/2022 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 599 MOTION to Bifurcate and 598 MOTION FOR LEAVE to File Exhibits–digital media Conventionally (re Doc. 597). The motions will be resolved by the District Judge. (df)** (Entered: 04/15/2022) |
| 04/15/2022 | 600 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 573 Motion to Exclude, *Plaintiffs' Expert Jennifer Dysart, Ph.D.* (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Index of Exhibits, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit I)(McMullin, Alana) (Entered: 04/15/2022) |
| 04/19/2022 | 601 | | ORDER **sustaining**, for substantially the reasons stated in the motion, 598 Motion for Leave to File Exhibits Conventionally. Signed by District Judge Kathryn H. Vratil on 4/19/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 04/19/2022) |
| 04/19/2022 | 602 | | NOTICE of Hearing:  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. The Court sets Oral Argument as to the following motions to be heard on 5/23/2022 at 09:00 AM and 5/24/2022 at 10:00 AM in KC Courtroom 440 (JWL/KHV): 573 Defendant Roger Golubski's Motion To Exclude Plaintiffs' Expert Jennifer Dysart Ph.D., 574 Defendant Officers' Motion For Summary Judgment, 581 Defendant Roger Golubski's Motion For Summary Judgment, 585 Defendants Roger Golubski's And James Brown's Joint Motion To Continue Trial Setting, 594 Defendant Roger Golubski's Motion For Bifurcated/Separate Trial, 596 Defendant Officers' Motion For Separate Trial, 597 Joint Motion to Transfer Trial to Wichita and 599 Motion to Bifurcate Trials. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 04/19/2022) |
| 04/20/2022 | 603 | | ORDER. In DEFENDANT OFFICERS' MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (Doc. # 575 ) filed April 1, 2022, the Court notes a Section VI on page 56, entitled "ADOPTION OF DEFENDANTS' ARGUMENTS." It states as follows: "In the interest of judicial economy, and pursuant to FRCP 10(c), the Defendant Officers adopt and incorporate by reference Unified Government of Wyandotte County and Kansas City, Kansas, and Golubski's Memorandums [sic] in Support of their Motions for Summary Judgment." Rule 10(c), which provides that statements in pleadings may be adopted by reference, does not authorize such incorporation. See Rule 7(a), Fed. R. Civ. P. (defining "pleadings"). The "incorporated" briefing totals nearly 3,000 pages and the purported incorporation can only be construed as a legally insufficient maneuver to avoid page limits which the Court has previously imposed. Section VI of defendants' brief is therefore **stricken**. The Court will not consider any of the "incorporated" briefs or any exhibits in support thereof. Signed by District Judge Kathryn H. Vratil on 4/20/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(as) (Entered: 04/20/2022) |
| 04/22/2022 | 604 | | ORDER. The Court hereby notifies the parties of the expectation that the counsel that drafted their respective briefs will be the ones primarily responsible for conducting oral argument at the motions hearing set for May 23–24, 2022. Signed by District Judge Kathryn H. Vratil on 4/22/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(as) (Entered: 04/22/2022) |
| 04/22/2022 | 605 | | MEMORANDUM IN OPPOSITION by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 581 MOTION for Summary Judgment (Attachments: # 1 Index of Exhibits, # 2 Ex 33, # 3 Ex 34, # 4 Ex 35, # 5 Ex 36, # 6 Ex 37, # 7 Ex 38, # 8 Ex 39, # 9 Ex 40, # 10 Ex 41 part 1, # 11 Ex 41 part 2, # 12 Ex 42, # 13 Ex 43, # 14 Ex 44, # 15 Ex 45, # 16 Ex 46, # 17 Ex 47, # 18 Ex 48, # 19 Ex. 49, # 20 Ex 50, # 21 Ex 51, # 22 Ex 52, # 23 Ex 53, # 24 Ex 54, # 25 Ex |

| | | | |
|---|---|---|---|
| | | | 55, # <u>26</u> Ex 56, # <u>27</u> Ex 57, # <u>28</u> Ex 58, # <u>29</u> Ex 59, # <u>30</u> Ex 60, # <u>31</u> Ex 61, # <u>32</u> Ex 62, # <u>33</u> Ex 63, # <u>34</u> Ex 64, # <u>35</u> Ex 65, # <u>36</u> Ex 66, # <u>37</u> Ex 67, # <u>38</u> Ex 68, # <u>39</u> Ex 69, # <u>40</u> Ex 70, # <u>41</u> Ex 71 part 1, # <u>42</u> Ex 71 part 2, # <u>43</u> Ex 72, # <u>44</u> Ex 73, # <u>45</u> Ex 74, # <u>46</u> Ex 75, # <u>47</u> Ex 76 part 1, # <u>48</u> Ex 76 part 2, # <u>49</u> Ex 77, # <u>50</u> Ex 78, # <u>51</u> Ex 79, # <u>52</u> Ex 80, # <u>53</u> Ex 81, # <u>54</u> Ex 82, # <u>55</u> Ex 83, # <u>56</u> Ex 84, # <u>57</u> Ex 85, # <u>58</u> Ex 86, # <u>59</u> Ex 87, # <u>60</u> Ex 88, # <u>61</u> Ex 89, # <u>62</u> Ex 90, # <u>63</u> Ex 91)(Abrams, Michael) (Entered: 04/22/2022) |
| 04/22/2022 | <u>606</u> | | MOTION FOR LEAVE to File Audio Exhibit 91 on Flash Drive Conventionally by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (Abrams, Michael) (Entered: 04/22/2022) |
| 04/25/2022 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: <u>606</u> MOTION FOR LEAVE to File Audio Exhibit 91 on Flash Drive Conventionally . The motion will be resolved by the District Judge. (df)** (Entered: 04/25/2022) |
| 04/25/2022 | <u>607</u> | | REPLY TO RESPONSE TO MOTION by Defendant Roger Golubski re: <u>585</u> Motion to Continue *trial setting* (Napolitano, Christopher) (Entered: 04/25/2022) |
| 04/25/2022 | <u>608</u> | | REPLY TO RESPONSE TO MOTION by Defendant Roger Golubski re: <u>585</u> Motion to Continue *trial setting (Amended)* (Napolitano, Christopher) (Entered: 04/25/2022) |
| 04/26/2022 | 609 | | ORDER. In Plaintiffs' Memorandum Of Law In Support Of Plaintiffs' Motion To Limit Testimony Of Tarik Khatib (Doc. #579) filed April 1, 2022, plaintiffs correctly note that the expert report of Tarik Khatib "is largely a narrative that recounts the Officer Defendants' version of events, and then resolves disputed facts in their favor," and "does not include any sections that properly identify or label his opinions and conclusions." They also correctly observe that "conclusions" are "inextricably interwoven" with his factual narrative. The Court is not inclined to go through all 45 pages of Khatib's single–spaced report to try to identify opinions, and it would be time–consuming and wasteful to dedicate time to do so in open court on May 23 and 24, 2022. The Court therefore orders that no later than **5:00 p.m. on Monday, May 2, 2022**, Defendant Officers file a highlighted copy of Khatib's expert report. In red, defendants shall highlight each statement in which Khatib opines on (1) credibility of witnesses, (2) resolution of factual disputes, and (3) speculation (including opinions phrased in term of what "could" have happened, whether Khatib "finds evidence" or information of certain matters, what officers or others knew, whether positions have been "abandoned," presumptions, assumptions, factual plausibility, weight of the evidence or other matters that are typically questions for the jury). In yellow, defendants shall highlight other "opinions" to which Khatib proposes to testify. Plaintiffs are allowed but not required to file their own highlighted version by the same deadline. Signed by District Judge Kathryn H. Vratil on 4/26/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(as) (Entered: 04/26/2022) |
| 04/26/2022 | 610 | | ORDER **sustaining**, for substantially the reasons stated in the motion, <u>606</u> Plaintiffs' Motion For Leave To Submit Audio Exhibit 91 To Plaintiffs' Memorandum Of Law In Opposition To Roger Golubski's Motion For Summary Judgment Via Flash Drive To The Court. Exhibit 91 shall be |

| | | | |
|---|---|---|---|
| | | | provided to the Clerk's Office on a flash drive for filing along with a copy to chambers pursuant to local rules. Signed by District Judge Kathryn H. Vratil on 4/26/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 04/26/2022) |
| 04/27/2022 | 611 | | MEMORANDUM IN OPPOSITION by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 574 Motion for Summary Judgment of Officer Defendants. (Attachments: # 1 Index of Exhibits, # 2 Ex 72, # 3 Ex 73, # 4 Ex 74, # 5 Ex 75, # 6 Ex 76, # 7 Ex 77, # 8 Ex 78, # 9 Ex 79, # 10 Ex 80 part 1, # 11 Ex 80 part 2, # 12 Ex 81, # 13 Ex 82, # 14 Ex 83, # 15 Ex 84, # 16 Ex 85, # 17 Ex 86, # 18 Ex 87, # 19 Ex 88, # 20 Ex 89, # 21 Ex 90, # 22 Ex 91, # 23 Ex 92, # 24 Ex 93, # 25 Ex 94, # 26 Ex 95, # 27 Ex 96, # 28 Ex 97, # 29 Ex 98, # 30 Ex 99, # 31 Ex 100, # 32 Ex 101, # 33 Ex 102, # 34 Ex 103, # 35 Ex 104, # 36 Ex 105, # 37 Ex 106, # 38 Ex 107, # 39 Ex 108, # 40 Ex 109, # 41 Ex 110 part 1, # 42 Ex 110 part 2, # 43 Ex 111, # 44 Ex 112, # 45 Ex 113, # 46 Ex 114, # 47 Ex 115 part 1, # 48 Ex 115 part 2, # 49 Ex 116, # 50 Ex 117, # 51 Ex 118, # 52 Ex 119, # 53 Ex 120, # 54 Ex 121, # 55 Ex 122, # 56 Ex 123, # 57 Ex 124, # 58 Ex 125, # 59 Ex 126, # 60 Ex 127, # 61 Ex 128, # 62 Ex 129, # 63 Ex 130, # 64 Ex 131 part 1, # 65 Ex. 131 part 2, # 66 Ex 131 part 3, # 67 Ex 132, # 68 Ex 133, # 69 Ex 134, # 70 Ex 135, # 71 Ex 136, # 72 Ex 137, # 73 Ex 138, # 74 Ex 139, # 75 Ex 140, # 76 Ex 141, # 77 Ex 142, # 78 Ex 143, # 79 Ex 144, # 80 Ex 145, # 81 Ex 146, # 82 Ex 147)(Abrams, Michael) (Entered: 04/27/2022) |
| 04/28/2022 | 612 | | CONVENTIONALLY FILED EXHIBITS IN SUPPORT of 597 Motion to Transfer Case. Two thumb drives received in the Kansas City Clerk's office on 4/27/2022. One copy provided to chambers and one copy maintained in the clerk's office. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.). (hw) (Entered: 04/28/2022) |
| 04/29/2022 | 613 | | ORDER. Defendants Roger Golubski's And James Brown's Joint Motion To Continue Trial Setting (Doc. # 585 ) is **overruled as moot** and removed from the argument calendar for May 23 and 24, 2022. The Court has conferred with the Honorable Brian Wimes, who has graciously agreed to remove Erwin v. Barry County, Missouri et al, Case No: 3:21–CV–05030–BCW from his trial docket for October 17, 2022. Consequently, scheduling conflicts which resulted from advancing the case from November 7, 2022 no longer exist. Signed by District Judge Kathryn H. Vratil on 4/29/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 04/29/2022) |
| 04/29/2022 | 614 | | AMENDED NOTICE of Hearing:  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. The Court amends its 602 Notice of Hearing from April 19, 2022 as follows: 576 Plaintiffs' Motion To Exclude Testimony Of Robert Blake McConnell and 578 Plaintiffs' Motion To Limit Testimony of Tarik Khatib are added to the list of motions that will be heard during oral arguments on May 23 and 24, 2022. 585 Defendants Roger Golubski's And James Brown's Joint Motion To Continue Trial Setting has been removed from the argument calendar. All other motions from the original notice remain on the argument calendar. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 04/29/2022) |
| 04/29/2022 | 615 | | REPLY TO RESPONSE TO MOTION by Defendant Roger Golubski re 573 |

| | | | |
|---|---|---|---|
| | | | Motion to Exclude Plaintiffs' Expert Jennifer Dystart Ph.D. (Gist, Matthew) (Entered: 04/29/2022) |
| 04/29/2022 | 616 | | MEMORANDUM IN OPPOSITION by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 594 Motion to Bifurcate/Separate Trial. (McMullin, Alana) (Entered: 04/29/2022) |
| 04/29/2022 | 617 | | MEMORANDUM IN OPPOSITION by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 596 Motion for Separate Trial. (McMullin, Alana) (Entered: 04/29/2022) |
| 04/29/2022 | 618 | | MEMORANDUM IN OPPOSITION by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 599 Motion to Bifurcate Trials. (McMullin, Alana) (Entered: 04/29/2022) |
| 04/29/2022 | 619 | | REPLY TO RESPONSE TO MOTION by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 578 Motion to Limit Testimony of Tarik Khatib. (Attachments: # 1 Exhibit E)(Abrams, Michael) (Entered: 04/29/2022) |
| 04/29/2022 | 620 | | REPLY TO RESPONSE TO MOTION by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re: 576 Motion to Exclude Testimony of Robert Blake McConnell. (Attachments: # 1 Exhibit F, # 2 Exhibit G, # 3 Exhibit H)(Abrams, Michael) (Entered: 04/29/2022) |
| 04/29/2022 | 621 | | MEMORANDUM IN OPPOSITION by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 597 Joint Motion to Transfer Case to Wichita on behalf of all Defendants. (Abrams, Michael) (Entered: 04/29/2022) |
| 05/02/2022 | 622 | | RESPONSE by Defendants W. K. Smith, Dennis Ware, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, James L. Brown re 609 Order. (Hayes, Tracy) (Entered: 05/02/2022) |
| 05/02/2022 | 623 | | ORDER. On review of the Pretrial Order (Doc. # 562 ) filed March 17, 2022, the Court orders that plaintiffs file a supplemental statement of their legal claims. Specifically, plaintiffs shall supplement section 4.a beginning on page 40 by very briefly describing the factual theory which corresponds to each legal theory. Plaintiffs shall separately state for each defendant and each count the factual basis for each legal theory. In the pretrial order, plaintiffs' factual contentions are 22 pages long, single spaced, and they do not explicitly correspond to plaintiffs' legal theories. Accordingly, the Court is forced to speculate about the precise factual basis for each legal theory against each defendant. Said supplement shall be filed no later than **5:00 p.m. on Friday, May 6, 2022**. Signed by District Judge Kathryn H. Vratil on 5/2/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(as) (Entered: 05/02/2022) |
| 05/02/2022 | 624 | | MEMORANDUM IN OPPOSITION by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 580 MOTION for Summary Judgment (Attachments: # 1 Index of Exhibits, # 2 Ex 24, # 3 Ex 25, # 4 Ex 26, # 5 Ex 27, # 6 Ex 28, # 7 Ex 29, # 8 Ex 30, # 9 Ex 31, # 10 Ex 32, # 11 Ex 33, # 12 Ex 34, # 13 Ex 35, # 14 Ex 36, # 15 Ex 37, # 16 Ex 38, # 17 Ex 39, # 18 Ex 40, # 19 Ex 41, # 20 Ex 42, # 21 Ex 43, # 22 Ex. 44, # 23 Ex 45, # 24 Ex 46, # 25 Ex 47, # 26 Ex 48, # 27 Ex. 49, # 28 Ex 50, # 29 Ex 51 part 1, # 30 Ex 51 part 2, # 31 Ex 52, # 32 Ex. 53, # 33 Ex. 54, # 34 Ex 55, # 35 Ex 56, # 36 Ex 57, # 37 Ex 58, # 38 Ex 59, # 39 Ex 60, # 40 Ex 61, # 41 Ex. 62, # 42 Ex 63 part 1, # 43 Ex 63 part 2, # |

| | | |
|---|---|---|
| | | 44 Ex 64, # 45 Ex 65, # 46 Ex 66, # 47 Ex 67, # 48 Ex 68, # 49 Ex 69, # 50 Ex 70, # 51 Ex. 71, # 52 Ex. 72, # 53 Ex 73, # 54 Ex 74, # 55 Ex 75, # 56 Ex 76, # 57 Ex. 77, # 58 Ex. 78, # 59 Ex 79, # 60 Ex 80, # 61 Ex. 81, # 62 Ex 82, # 63 Ex 83, # 64 Ex 84, # 65 Ex 85, # 66 Ex 86, # 67 Ex 87, # 68 Ex 88, # 69 Ex 89, # 70 Ex 90, # 71 Ex 91, # 72 Ex 92, # 73 Ex 93, # 74 Ex 94, # 75 Ex 95, # 76 Ex 96, # 77 Ex 97, # 78 Ex 98 part 1, # 79 Ex 98 part 2, # 80 Ex 99, # 81 Ex 100, # 82 Ex 101, # 83 Ex. 102, # 84 Ex 103, # 85 Ex 104)(Abrams, Michael) (Entered: 05/02/2022) |
| 05/02/2022 | 625 | SEALED MOTION for Leave to File Under Seal by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre. (Attachments: # 1 Ex. 27A Shonda Nichols Aff, # 2 Ex. 29A Siobaughn Nichols Aff, # 3 Ex. 31A Dean–Martin 2013 Aff., # 4 Ex. 33A Wilson Aff, # 5 Ex. 34A N.F. Aff, # 6 Ex. 35A Dean–Martin 2015 Aff, # 7 Ex. 40A McIntyre Aff, # 8 Ex. 41A Johnson Aff, # 9 Ex. 75A D.L. Aff, # 10 Ex. 91A Abbott Aff, # 11 Ex. 96A N.H. Aff, # 12 Ex. 98A S.K. Depo Tr. Vol 2, # 13 Ex. 98A S.K. Depo Tr. Vol I, # 14 Ex. 100A O.W. Depo Tr., # 15 Ex. 74A C.S.R. Aff, # 16 Ex. 101A Hobbs Decl, # 17 Ex. 103A Veracity Discl. List)(Runnels, Lindsay) (Additional attachment added on 5/3/2022: # 18 Corrected Main Document) (mam) (Entered: 05/02/2022) |
| 05/03/2022 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 625 SEALED MOTION for Leave to File Under Seal . The motion will be resolved by the District Judge. (df)** (Entered: 05/03/2022) |
| 05/03/2022 | | DOCKET ANNOTATION re 625 : The wrong PDF was attached as the main document. The corrected document, the sealed motion has been added to 625 . Counsel has already provided this information to opposing counsel. (mam) (Entered: 05/03/2022) |
| 05/03/2022 | 626 | ORDER. Defendants in this case have filed three motions to bifurcate or for separate trials (Docs. #594, 596 and 599). None of the parties, however, have addressed the fact that Count V alleges conspiracy and that at least as to Golubski, Krstolich, Ware, Barber and Culp, the Court's rulings on that claim in the pending summary judgment motions (Docs. #581 and 584) may impact the decision whether to bifurcate. In addition, in the summary judgment briefing, the parties do not address how the presence of the conspiracy claims impacts their arguments. Specifically, in determining whether the alleged conspiracy existed, the jury might consider the actions and statements of any of the alleged participants, and the agreement or understanding could be inferred from all the circumstances and the conduct of the alleged participants; it might not be necessary that all acts done in furtherance of the conspiracy be in themselves unlawful; it might not be necessary that defendants have personally committed each act, known about it or witnessed it; and it might make no difference which of the conspirators did the act, because each member of a conspiracy would an agent or partner of every other member and each member would be bound by or responsible for the acts of every other conspirator done to further their scheme. Furthermore, it might not be necessary that the alleged conspirators actually succeed in accomplishing their unlawful plan. Finally, under Rule 801(d)(2), Fed. R. Evid., certain out–of–court statements of the conspirators would not be hearsay. The Court therefore **ORDERS** that no later than **5:00 PM on Monday, May 9, 2022**, Golubski, Krstolich, Ware, Barber and Culp file supplemental authorities and argument in support of their motions for summary judgment, which address |

| | | | |
|---|---|---|---|
| | | | how the presence of the conspiracy claims impacts their arguments. **By the same deadline**, all defendants shall file supplemental authorities and argument with regard to how the presence of conspiracy claims might be handled in bifurcated trials. No later than **5:00 PM on Monday, May 16, 2022**, plaintiffs shall respond. Signed by District Judge Kathryn H. Vratil on 5/3/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(as) (Entered: 05/03/2022) |
| 05/03/2022 | 627 | | CONVENTIONALLY FILED EXHIBIT 91 IN SUPPORT of 605 Memorandum in Opposition to Motion, received in KC clerk's office 5/3/22. Two flash drives received; one copy will be maintained in KC clerk's office and one copy provided to KHV chambers. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.). (heo) (Entered: 05/03/2022) |
| 05/04/2022 | 628 | | ENTRY OF APPEARANCE by Brian Mauldin on behalf of Unified Government of Wyandotte County and Kansas City, Kansas. (Mauldin, Brian) (Entered: 05/04/2022) |
| 05/06/2022 | 629 | | ORDER. Plaintiffs seek to exclude Khatib's testimony "to the extent that he makes credibility findings or proffers opinions that are beyond his qualifications." Plaintiffs admit that some of his opinions are admissible, and presumably they have identified all of his opinions –– admissible and inadmissible –– in Exhibit E to their reply brief. On this record, however, other than opinions which are highlighted in red, the Court cannot tell which expert opinions plaintiffs seek to exclude. Therefore, no later than **5 PM on Tuesday, May 10, 2022**, plaintiffs shall file a supplemental copy of Khatib's highlighted expert report, indicating the opinions to which they do not object, and separately identifying those which they ask the Court to exclude. Signed by District Judge Kathryn H. Vratil on 5/6/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(as) (Entered: 05/06/2022) |
| 05/06/2022 | 630 | | RESPONSE by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre re 583 Motion to Dismiss. (Attachments: # 1 Index of Exhibits, # 2 Ex A, # 3 Ex B, # 4 Ex C, # 5 Ex D, # 6 Ex E)(McMullin, Alana) (Entered: 05/06/2022) |
| 05/06/2022 | 631 | | REPLY TO RESPONSE TO MOTION by Defendant Roger Golubski re: 581 Motion for Summary Judgment (Napolitano, Christopher) (Entered: 05/06/2022) |
| 05/06/2022 | 632 | | SUPPLEMENT *of Legal Claims to the Parties' Pretrial Order* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 05/06/2022) |
| 05/09/2022 | 633 | | MOTION for Order to appear remotely by Emma Freudenberger, PHV Counsel for Plaintiffs. (referred to Magistrate Judge Kenneth G. Gale) (ca) (Entered: 05/09/2022) |
| 05/09/2022 | 634 | | ORDER. 633 MOTION for Order by Emma Freudenberger, PHV Counsel for Plaintiffs is **sustained in part**. Two weeks ago, counsel contacted the court informally to inquire about scheduling the oral arguments around her daughter's birthday, which is apparently May 24. The Court responded that it could not accommodate that request but that if she did not want to handle the oral argument, other counsel could do so. The Court never "ordered" that |

| | | | counsel personally handle the argument. As stated earlier, the Court is willing to excuse counsel and allow others to argue for plaintiffs. Also, the Unified Government's motion for summary judgment is not scheduled for argument. Therefore 633 MOTION for Order by Emma Freudenberger, PHV Counsel is sustained to the extent that the Court excuses counsel from argument on the motion for summary judgment of the individual officers. Otherwise it is **overruled**. Signed by District Judge Kathryn H. Vratil on 5/9/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 05/09/2022) |
|---|---|---|---|
| 05/09/2022 | 635 | | NOTICE OF SUPPLEMENTAL AUTHORITY by Unified Government of Wyandotte County and Kansas City, Kansas re: MOTION to Bifurcate 599 filed by Defendant Unified Government of Wyandotte County and Kansas City, Kansas (Mauldin, Brian) (Entered: 05/09/2022) |
| 05/09/2022 | 636 | | RESPONSE by Defendants Dennis Ware, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman re 626 Order *Additional Briefing regarding Count V Conspiracy* (Hayes, Tracy) (Entered: 05/09/2022) |
| 05/09/2022 | 637 | | RESPONSE by Defendants Dennis Ware, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman re 626 Order *Additional Briefing regarding Request for Separate Trials and Count V Conspiracy* (Hayes, Tracy) (Entered: 05/09/2022) |
| 05/09/2022 | 638 | | RESPONSE by Defendant Roger Golubski re 626 Order *additional briefing pursuant to Court Order regarding Count V for Conspiracy* (Napolitano, Christopher) (Entered: 05/09/2022) |
| 05/09/2022 | 639 | | RESPONSE by Defendant Roger Golubski re 626 Order *additional briefing pursuant to Court Order regarding Request for Separate Trials* (Napolitano, Christopher) (Entered: 05/09/2022) |
| 05/10/2022 | 640 | | UNOPPOSED MOTION for Extension of Time to File a Reply as to 574 Motion for Summary Judgment by Defendants James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware. (Hayes, Tracy) Modified on 5/10/2022, removed the link to 575 . (mam) (Entered: 05/10/2022) |
| 05/10/2022 | | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 640 Unopposed MOTION for Extension of Time to File Reply as to 574 MOTION for Summary Judgment , 575 Memorandum in Support of Motion. The motion will be resolved by the District Judge. (df)** (Entered: 05/10/2022) |
| 05/10/2022 | 641 | | ORDER **overruling** 640 Defendant Officers' Unopposed Motion For Extension Of Time To File A Reply In Support Of Motion For Summary Judgment. 574 Defendant Officers' Motion For Summary Judgment is set to be heard at the oral argument scheduled for May 23 & 24, 2022. The Court will need the reply brief in order to make meaningful preparations for oral argument and thus will not extend the reply deadline. Signed by District Judge Kathryn H. Vratil on 5/10/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 05/10/2022) |
| 05/10/2022 | 642 | | NOTICE OF SERVICE by Lamonte McIntyre, Rose Lee McIntyre of Letter to Judge Vratil responding to Court's Order dated 5−6−22 (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Exhibit Supplemental Copy of Tarik Khatib's highlighted expert report)(McMullin, Alana) (Entered: 05/10/2022) |
| 05/11/2022 | 643 | | ORDER. On May 2, 2022, the Court ordered plaintiffs to "very briefly" provide a supplemental statement of their legal claims. Instead, plaintiffs have filed a supplement that is more than twice as long as the fact section that was contained in the pretrial order. Counsel is advised that for purposes of the pending motions for summary judgment, the Court will disregard Plaintiffs' Supplemental Legal Claims To The Parties' Pretrial Order (Doc. # 632 ) and in filing their reply brief, defendants should likewise do so. The Pretrial Order (Doc. # 562 ) continues to be controlling. Signed by District Judge Kathryn H. Vratil on 5/11/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(as) (Entered: 05/11/2022) |
| 05/11/2022 | 644 | | ORDER **sustaining**, for substantially the reasons stated in the motion, 625 Plaintiffs' Motion For Leave To File Exhibits Under Seal. Plaintiffs shall file the document(s) with an event from the SEALED DOCUMENTS category. The clerk shall grant access to sealed document(s) to counsel of record. Pro hac vice attorneys must obtain sealed document(s) from local counsel. Signed by District Judge Kathryn H. Vratil on 5/11/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 05/11/2022) |
| 05/11/2022 | 645 | | REPLY TO RESPONSE TO MOTION by Defendants James L. Brown, Daphne R. Halderman, Daphne R. Halderman, Daphne R. Halderman, W. K. Smith, Dennis Ware re: 574 Motion for Summary Judgment (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Hayes, Tracy) (Entered: 05/11/2022) |
| 05/12/2022 | 646 | | NOTICE of Letter in response to Court's order, Doc 643 by Lamonte McIntyre, Rose Lee McIntyre (Pilate, Cheryl) (Entered: 05/12/2022) |
| 05/13/2022 | 647 | | REPLY TO RESPONSE TO MOTION by Defendants Daphne R. Halderman (as Special Administrator of estates of James Michael Krstolich, Dennis Otto Barber and Steve Culp), James L. Brown, W. K. Smith, Dennis Ware re 596 Motion for Separate Trials. (Hayes, Tracy) Modified on 5/13/2022 to correct the filers. (mam) (Entered: 05/13/2022) |
| 05/13/2022 | 648 | | REPLY TO RESPONSE TO MOTION by Defendant Roger Golubski re: 594 Motion to Bifurcate (Napolitano, Christopher) (Entered: 05/13/2022) |
| 05/13/2022 | 649 | | REPLY TO RESPONSE TO MOTION by Defendant Unified Government of Wyandotte County and Kansas City, Kansas re: 597 Motion to Transfer Case, (Attachments: # 1 Exhibit October round trip bus ticket from KCMO to Wichita, # 2 Exhibit May round trip bus ticket from KCMO to Wichita, # 3 Exhibit Oct 15–Nov 12 round trip flights from New York to Wichita, # 4 Exhibit Office Rental Costs, # 5 Exhibit List)(Cooper, David) (Entered: 05/13/2022) |
| 05/13/2022 | 650 | | REPLY TO RESPONSE TO MOTION by Defendant Unified Government of Wyandotte County and Kansas City, Kansas re: 599 Motion to Bifurcate (Cooper, David) (Entered: 05/13/2022) |
| 05/16/2022 | 651 | | SEALED EXHIBIT(S) IN SUPPORT of 624 Memorandum in Opposition to Motion by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Ex. 29−A, # <u>2</u> Ex. 31−A, # <u>3</u> Ex. 33−A, # <u>4</u> Ex. 34−A, # <u>5</u> Ex. 35−A, # <u>6</u> Ex. 40−A, # <u>7</u> Ex. 41−A, # <u>8</u> Ex. 74−A, # <u>9</u> Ex. 75−A, # <u>10</u> Ex. 91−A, # <u>11</u> Ex. 96−A, # <u>12</u> Ex. 98−A Part 1, # <u>13</u> Ex. 98−A Part 2, # <u>14</u> Ex. 100−A, # <u>15</u> Ex. 101−A, # <u>16</u> Ex. 103−A)(Runnels, Lindsay) (Entered: 05/16/2022) |
| 05/16/2022 | <u>652</u> | | RESPONSE to <u>637</u> Response to Order, <u>639</u> Response to Order, <u>635</u> Notice of Supplemental Authority *Consolidated Response to Defendants' Additional Briefing Pursuant to Court Order Regarding Bifurcation* by Plaintiffs Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 05/16/2022) |
| 05/16/2022 | <u>653</u> | | RESPONSE by Plaintiffs Rose Lee McIntyre, Lamonte McIntyre re 626 Order, *Plaintiffs' Response to Defendant Golubski's Additional Briefing Pursuant to Court Order Regarding Count V for Conspiracy* (Abrams, Michael) (Entered: 05/16/2022) |
| 05/16/2022 | <u>654</u> | | RESPONSE by Plaintiffs Rose Lee McIntyre, Lamonte McIntyre re 626 Order, *Plaintiffs' Response to Defendant Officers' Additional Briefing Pursuant to Court Order Regarding Count V for Conspiracy* (Abrams, Michael) (Entered: 05/16/2022) |
| 05/16/2022 | <u>655</u> | | REPLY TO RESPONSE TO MOTION by Defendant Unified Government of Wyandotte County and Kansas City, Kansas re: <u>580</u> Motion for Summary Judgment,,,,, (Attachments: # <u>1</u> Exhibit List, # <u>2</u> Ex. Ellington obituary, # <u>3</u> Ex. Maskill obituary)(Cooper, David) (Entered: 05/16/2022) |
| 05/17/2022 | <u>656</u> | | NOTICE of SCHEDULE for HEARING:  <span style="color:red">THIS IS AN OFFICIAL NOTICE FOR THIS HEARING.</span> See Notice for oral argument schedule as to hearings set for 5/23/2022 at 09:00 AM and 5/24/2022 at 10:00 AM in KC Courtroom 440 (JWL/KHV). (as) (Entered: 05/17/2022) |
| 05/20/2022 | <u>657</u> | | REPLY TO RESPONSE TO MOTION by Defendant Roger Golubski re: <u>583</u> Motion to Dismiss,, *Plaintiff Rose McIntyre's Claim* (Attachments: # <u>1</u> Exhibit 1)(Gist, Matthew) (Entered: 05/20/2022) |
| 05/23/2022 | <u>658</u> | | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: MOTION HEARING held on 5/23/2022. See Minute Sheet for rulings. Oral arguments to continue on <u>5/24/2022 at 10:00 AM</u> in KC Courtroom 643 before District Judge Kathryn H. Vratil. (Court Reporter Kim Greiner.) (as) (Entered: 05/23/2022) |
| 05/24/2022 | <u>659</u> | | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: MOTION HEARING held on 5/24/2022. See Minute Sheet for rulings. (Court Reporter Kelli Stewart.) (as) (Entered: 05/24/2022) |
| 05/31/2022 | <u>660</u> | | MEMORANDUM AND ORDER sustaining and overruling <u>573</u> Motion to Exclude. Sustaining Dysart's opinion that the identification procedures used in this case "likely led to the wrongful prosecution and conviction of Lamonte McIntyre." Defendant's motion is otherwise overruled. Signed by District Judge Kathryn H. Vratil on 5/31/2022. (sz) (Entered: 05/31/2022) |
| 05/31/2022 | <u>661</u> | | MEMORANDUM AND ORDER sustaining <u>578</u> Motion for Order. The reasons articulated by the Court at oral argument on May 23, 2022, the Court sustains in part plaintiffs' motion to exclude Khatib's testimony. Signed by District Judge Kathryn H. Vratil on 5/31/2022. (sz) (Entered: 05/31/2022) |

| 05/31/2022 | 662 | | MEMORANDUM AND ORDER sustaining 576 Motion To Exclude Testimony of Robert Blake McConnel. See Order for details. Signed by District Judge Kathryn H. Vratil on 5/31/2022. (sz) (Entered: 05/31/2022) |
|---|---|---|---|
| 06/02/2022 | 663 | | REPORT AND RECOMMENDATIONS to deny 583 MOTION to Dismiss Plaintiff Rose McIntyre's Claim filed by Defendant Roger Golubski. Objections to R&R due 6/16/2022. Signed by Magistrate Judge Kenneth G. Gale on 6/2/22. (df) (Entered: 06/02/2022) |
| 06/06/2022 | 664 | | TRANSCRIPT (EXCERPT) OF MOTIONS HEARING (Motion to Bifurcate/Separate Trial; Motion to Transfer) (46 pgs) held 05/24/2022 before Judge Kathryn H. Vratil, Court Reporter Kelli Stewart, 913–735–2334, kelli_stewart@ksd.uscourts.gov. Transcript purchased by: Mr. Michael Abrams. <br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.** <br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 9/6/2022. (ks) (Entered: 06/06/2022) |
| 06/06/2022 | 665 | | STIPULATION OF DISMISSAL *of Count IV and Count II of this action as to Defendant Dennis Otto Barber only* by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 06/06/2022) |
| 06/06/2022 | 666 | | STIPULATION OF DISMISSAL *of Count II of this action as to Defendant W.K. Smith only* by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 06/06/2022) |
| 06/06/2022 | 667 | | STIPULATION OF DISMISSAL *of Count II of this action as to Defendant James L. Brown only* by Lamonte McIntyre, Rose Lee McIntyre. (McMullin, Alana) (Entered: 06/06/2022) |
| 06/09/2022 | 668 | | MEMORANDUM AND ORDER – Defendant Roger Golubski's Motion For Summary Judgment (Doc. #581) filed April 1, 2022 is SUSTAINED in part. The Court sustains defendant's motion as to plaintiff's First Amendment claim for loss of familial association. Defendant's motion is otherwise overruled. Signed by District Judge Kathryn H. Vratil on 6/9/2022. (ca) (Entered: 06/09/2022) |
| 06/13/2022 | 669 | | ORDER SETTING PRETRIAL FILING DEADLINES. This case is set for jury trial beginning 10/17/2022 at 09:00 AM in KC Courtroom 643. On 10/4/2022 at 10:00 AM, the Court will hold a status conference in KC Courtroom 643. On 7/28/2022 at 09:00 AM in KC Courtroom 643, the Court will conduct oral arguments on the Unified Government's Motion for Summary Judgment (Doc. 580 ) filed 4/1/2022 as well as on any motions in limine that are pending at that time. At that time the Court will also hold a |

| | | | |
|---|---|---|---|
| | | | hearing as to the parties' trial plan. See attached order for additional deadline information. Signed by District Judge Kathryn H. Vratil on 6/13/2022. (mam) (Additional attachment(s) added on 6/13/2022: # 1 Exhibit Sheet, # 2 Trial Agreements) (mam). (Entered: 06/13/2022) |
| 06/13/2022 | 670 | | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Henry E. Couchman Jr. as to Unified Government of Wyandotte County and Kansas City, Kansas (Couchman, Henry) (Entered: 06/13/2022) |
| 06/13/2022 | | | NOTICE OF DOCKET MODIFICATION by Deputy Clerk re 669 : Attachments added and NEF regenerated. (mam) (Entered: 06/13/2022) |
| 06/17/2022 | 671 | | TRANSCRIPT of Motion Hearing Volume 1 (pgs 1–104) held May 23, 2022 before Judge Kathryn H. Vratil, Court Reporter Kim Greiner, 913–735–2314, kim_greiner@ksd.uscourts.gov. Transcript purchased by: David Cooper and Charles Branson.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 9/15/2022. (kg) (Entered: 06/17/2022) |
| 06/17/2022 | 672 | | NOTICE OF INTERLOCUTORY APPEAL by Defendant Roger Golubski Filing fee $ 505, Internet Payment Receipt Number AKSDC–5804548. (Gist, Matthew) (Entered: 06/17/2022) |
| 06/17/2022 | 673 | | NOTICE of Change in Date for Oral Arguments/Hearing.  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. The In Court Hearing previously set for 7/28/2022 has been **reset to** 7/27/2022 at 10:00 AM in KC Courtroom 427 (JAR)before District Judge Kathryn H. Vratil. The Court will conduct oral arguments on the Unified Government's Motion for Summary Judgment (Doc. # 580 ) filed April 1, 2022 as well as on any motions in limine that are pending at that time. At that time the Court will also hold a hearing as to the parties' trial plan. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(as) (Entered: 06/17/2022) |
| 06/17/2022 | 674 | | ORDER TO SHOW CAUSE. On or before June 22, 2022, the parties shall show good cause in writing why, in light of the pending notice of appeal, the Court should not bifurcate the federal and state law claims and proceed to trial on the state law claims on October 17, 2022, as scheduled. See order for details. (Show Cause Response due by 6/22/2022.) Signed by District Judge Kathryn H. Vratil on 6/17/22. (bg) (Entered: 06/17/2022) |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LAMONTE MCINTYRE and | ) | |
| ROSE LEE MCINTYRE, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 18-2545-KHV |
| | ) | |
| UNIFIED GOVERNMENT OF WYANDOTTE | ) | |
| COUNTY AND KANSAS CITY, KANSAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Lamonte McIntyre and Rose Lee McIntyre filed suit against the Unified Government of Wyandotte County and Kansas City, Kansas ("Unified Government"), Roger Golubski, Dennis Ware, James Brown, Clyde Blood, W.K. Smith and Daphne Halderman (as special administrator of the estates of James Michael Krstolich, Dennis Otto Barber and Steve Culp, who are deceased). Plaintiffs allege that defendants arrested, prosecuted and imprisoned Lamonte McIntyre for murders that he did not commit, and they bring various claims under 42 U.S.C § 1983 and state law.[1] This matter is before the Court on Defendant Roger Golubski's Motion For Summary Judgment (Doc. #581) filed April 1, 2022. For reasons stated below, the Court sustains in part defendant's motion for summary judgment.[2]

---

[1]    To avoid confusion, the Court refers to Lamonte McIntyre as "McIntyre" and his mother, Rose Lee McIntyre, as "Ms. McIntyre."

[2]    To expedite a ruling on this motion, because this case is set for trial commencing October 17, 2022, the Court held oral argument on May 24, 2022 and communicated the reasons for its decision without attempting to draft a legal treatise or cite extensive case law. The law in this area is clear and the Court has taken into account the authorities which are cited in the parties' briefs, along with other authorities. If necessary for future proceedings, the Court may supplement this order with additional findings of fact or legal citations.

## Summary Judgment Standards

Summary judgment is appropriate if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law. See Fed. R. Civ. P. 56(c); Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 247 (1986); Hill v. Allstate Ins. Co., 479 F.3d 735, 740 (10th Cir. 2007). A factual dispute is "material" only if it "might affect the outcome of the suit under the governing law." Liberty Lobby, 477 U.S. at 248. A "genuine" factual dispute requires more than a mere scintilla of evidence in support of a party's position. Id. at 252.

The moving party bears the initial burden of showing the absence of any genuine issue of material fact. Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986); Nahno-Lopez v. Houser, 625 F.3d 1279, 1283 (10th Cir. 2010). Once the moving party meets this burden, the burden shifts to the nonmoving party to demonstrate that genuine issues remain for trial as to those dispositive matters for which the nonmoving party carries the burden of proof. Applied Genetics Int'l, Inc. v. First Affiliated Sec., Inc., 912 F.2d 1238, 1241 (10th Cir. 1990); see also Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 586–87 (1986). To carry this burden, the nonmoving party may not rest on the pleadings but must instead set forth specific facts supported by competent evidence. Nahno-Lopez, 625 F.3d at 1283.

In applying these standards, the Court views the factual record in the light most favorable to the party opposing the motion for summary judgment. Dewitt v. Sw. Bell Tel. Co., 845 F.3d 1299, 1306 (10th Cir. 2018). The Court may grant summary judgment if the nonmoving party's evidence is merely colorable or not significantly probative. Liberty Lobby, 477 U.S. at 250–51. Essentially, the inquiry is "whether the evidence presents a sufficient disagreement to require submission to the jury or whether it is so one-sided that one party must prevail as a matter of law."

-2-

Id. at 251–52.

## Factual Background

Initially, the Court addresses the form of the parties' briefing and their compliance with D. Kan. Rule 56.1.  The parties have submitted lengthy memoranda—a total of 488 pages of facts and argument.  The factual sections of the parties' briefing encompass more than 400 pages which address 377 separate factual statements.  In the parties' responses to the opposing party's statement of facts, neither side has complied with the local rule on motions for summary judgment.[3]  The Court is therefore hesitant to dive too deeply into the futile exercise of addressing the parties' numerous arguments in the fact sections of their memoranda and attempting to distinguish disputed from undisputed facts, facts from inferences and facts from argument.  In any event, from the voluminous briefing on the motion and counsel's statements at the hearing, the parties presented two diametrically opposed version of the facts with supporting record evidence.  On this record, it is clear that Golubski's narrative can only be characterized as "factual" if it is tested against a narrow slice of the record evidence and if he—rather than plaintiffs—receives the benefit of all favorable inferences.

Fairly viewed in light of the relevant summary judgment standards, the record reveals

---

[3]  See D. Kan. Rule 56.1(a) (factual section in supporting memorandum must include "concise" statement of material facts); (b)(1) (factual section in opposition memorandum must include "concise" statement of material facts); (b)(2) (additional facts in opposition memorandum also shall comply with subsection (a)); (c) (in reply brief, moving party must respond to additional material facts in manner prescribed in subsection (b)(1)); (e) (all responses must fairly meet substance of matter asserted); see also Burch v. Regents of Univ. of Cal., 433 F. Supp. 2d 1110, 1119 (E.D. Cal. 2006) (in responding to summary judgment facts, counsel should challenge sufficiency of evidence, not admissibility based on objections such as lack of materiality or relevance); Black & Veatch Corp. v. Aspen Ins. (UK) Ltd., No. 12-2350-SAC, 2016 WL 6804894, at *2 (D. Kan. Nov. 17, 2016) (under D. Kan. Rule 56.1(e), party should not dispute fact because it disputes relevance or force of legal argument for which fact may be offered), vacated on other grounds, 882 F.3d 952 (10th Cir. 2018).

-3-

critical issues of material fact which defeat Golubski's motion. Stated most generally, these issues include (1) whether—independent of individual wrongdoing—defendants had probable cause to arrest, confine and prosecute McIntyre; (2) whether defendants fabricated inculpatory evidence and intentionally withheld exculpatory evidence; (3) whether defendants proximately caused McIntyre's wrongful prosecution and conviction; (4) whether Golubski violated plaintiffs' rights to familial association by framing McIntyre for murders that he did not commit and (5) whether Golubski conspired with other officers to wrongfully arrest, confine and prosecute McIntyre. This list is by no means exhaustive, and no fair reading of the summary judgment record would entitle Golubski to summary judgment on any of plaintiffs' claims in their entirety.

McIntyre claims as follows: (1) under Section 1983, Count 1 asserts Fourth and Fourteenth Amendment malicious prosecution claims against Golubski, Krstolich, Ware, Brown, Barber, Culp and Smith; (2) under Section 1983, Count 2 asserts Fourth and Fourteenth Amendment evidence fabrication claims against Golubski, Krstolich, Ware, Brown and Barber and violations of Brady v. Maryland, 373 U.S. 83 (1963) against Golubski, Krstolich and Ware; (3) under Section 1983, Count 3 asserts First and Fourteenth Amendment familial association claims against Golubski; (4) under Section 1983, Count 4 asserts Fourth and Fourteenth Amendment failure to intervene claims against Krstolich, Ware and Culp; (5) under Section 1983, Count 5 asserts First, Fourth, Fifth and Fourteenth Amendment conspiracy claims against Golubski, Krstolich, Ware, Barber and Culp; (6) under Section 1983, Count 6 asserts Fourth and Fourteenth Amendment supervisory liability claims against Culp; (7) under Section 1983, Count 7 asserts claims under Monell v. Dep't of Soc. Servs. of City of New York, 436 U.S. 658 (1978) against the Unified Government; (8) under state law, Count 8 asserts malicious prosecution claims against Golubski, Krstolich, Ware, Brown, Barber, Culp and Smith; and (9) under state law, Count 9 asserts

-4-

respondeat superior liability against Unified Government for the state-level malicious prosecution claims. See Pretrial Order (Doc. #562) filed March 17, 2022 at 40–41.[4] Ms. McIntyre joins in Count 3 (loss of familial association) and Count 7 (Monell liability).

**Analysis**

**I.      Probable Cause To Arrest McIntyre (Counts 1 and 8)**

In Count 1, McIntyre asserts claims for malicious prosecution under the Fourth and Fourteenth Amendments, alleging that Golubski fabricated inculpatory evidence and intentionally withheld and misrepresented exculpatory facts that would have vitiated probable cause to believe that he committed the murders.  In Count 8, McIntyre asserts claims for malicious prosecution under state law.  Defendant argues that he is entitled to summary judgment on plaintiff's malicious prosecution claims because the officers had sufficient probable cause, or at least a reasonable official would have believed that probable cause existed, to arrest, detain and prosecute McIntyre.

An essential element of a malicious prosecution claim under both federal and state law is that probable cause did not support the original arrest, continued confinement or prosecution. Montoya v. Vigil, 898 F.3d 1056, 1066 (10th Cir. 2018); Lindenman v. Umscheid, 255 Kan. 610, 624, 875 P.2d 964, 974 (1994).  Probable cause exists if "the facts and circumstances are sufficient to warrant a person of reasonable caution to believe" that an individual committed a crime. McCarty v. Gilchrist, 646 F.3d 1281, 1286 (10th Cir. 2011); see Mink v. Knox, 613 F.3d 995, 1003 (10th Cir. 2010).  If evidence is falsified or withheld, "the probable cause determination is

---

[4]      In the Pretrial Order (Doc. #562), plaintiffs also assert a failure to intervene claim (Count 4) against Barber, a fabrication claim (Count 2) against Smith and a Brady claim (Count 2) against Smith, Barber and Brown.  On June 6, 2022, the parties stipulated to the dismissal of these claims.  See Stipulation Of Dismissal (Doc. #665) filed June 6, 2022 (Barber); Stipulation Of Dismissal (Doc. #666) filed June 6, 2022 (Smith); Stipulation Of Dismissal (Doc. #665) filed June 6, 2022 (Brown).

-5-

made by considering whether, excluding the falsified inculpatory evidence or including the withheld exculpatory evidence, probable cause existed to prosecute." <u>McCarty</u>, <u>646 F.3d at 1286</u>. In other words, the Court asks whether—considering the exculpatory evidence and ignoring the falsified evidence—a person of reasonable caution would believe that the individual committed a crime. <u>See</u> <u>id.</u>

Golubski notes that throughout the years, Niko Quinn and Ruby Mitchell gave inconsistent statements about his influence on their identifications and whether McIntyre was the shooter. Even so, McIntyre has presented evidence that (1) Golubski knew that Mitchell did not have a vantage point to see the shooter's face; (2) Mitchell's identification of "Lamont" who dated her niece was not McIntyre; (3) Mitchell identified the shooter as an individual who was five feet six or seven inches with French braids but Golubski and other officers knew that McIntyre was five feet eleven inches and before the shooting, had his hair cut near his scalp; and (4) both Niko Quinn and Stacy Quinn identified someone other than McIntyre as the shooter and provided detailed evidence of that individual's motive and past assaults on the victim. Viewing the evidence in a light most favorable to plaintiff, a reasonable jury could find that based on this exculpatory evidence and ignoring the evidence that Golubski falsified, a reasonable officer would not believe that probable cause existed to arrest, detain and prosecute McIntyre. The Court therefore overrules defendant's motion for summary judgment on this ground.

## II. Causation (Counts 1, 2, 3, 5 and 8)

Golubski argues that he is entitled to summary judgment on various counts because plaintiff has not presented evidence that he caused McIntyre's prosecution. Specifically, defendant argues that the chain of causation was broken because (1) Terra Morehead, the prosecutor, coerced Niko Quinn to identify McIntyre and (2) at trial, months after the alleged wrongdoing, Mitchell

and Niko Quinn still identified McIntyre as the perpetrator.

Under Section 1983, a government actor is liable if he "set in motion a series of events" that he knew or reasonably should have known would cause others to deprive plaintiff of his constitutional rights. Martinez v. Carson, 697 F.3d 1252, 1255 (10th Cir. 2012) (citations omitted); see also Russell v. May, 306 Kan. 1058, 1078, 400 P.3d 647, 662 (2017) (if first actor could reasonably foresee intervening cause, his negligence may be considered proximate cause, notwithstanding intervening cause). In other words, defendant is liable for the harm that his conduct proximately causes. Martinez, 697 F.3d at 1255. Accordingly, an officer can be liable for the violation of plaintiff's constitutional rights if the violation would not have occurred but for defendant's conduct and if no unforeseeable intervening acts superseded defendant's liability. Id. The fact that people other than defendant "may have concurrently caused the harm does not change the outcome as to [defendant]." Id. (citations omitted). Causation generally is a question of fact for the jury. Schneider v. City of Grand Junction Police Dep't, 717 F.3d 760, 778 (10th Cir. 2013).

Golubski has presented evidence that Morehead coerced Niko Quinn to continue to identify McIntyre as the perpetrator and that at trial, Mitchell and Niko Quinn re-identified McIntyre. Even so, plaintiff has presented evidence that Golubski never revealed his misconduct to Morehead and that his misconduct tainted the in-court identifications by Mitchell and Niko Quinn. This evidence, combined with the natural inclination of a witness not to change his or her story, creates a genuine issue of material fact whether Golubski's misconduct caused McIntyre's prosecution and conviction. The Court therefore overrules defendant's motion for summary judgment on this ground.

### III.   Adequacy Of State Law Remedies – 14th Amendment Claims (Counts 1, 2 and 3)

In a single sentence, Golubski argues that because Kansas provides adequate state

remedies, he is entitled to summary judgment on all of McIntyre's Fourteenth Amendment claims. See Defendant Roger Golubski's Memorandum In Support Of His Motion For Summary Judgment (Doc. #582) filed April 1, 2022 at 45–46. Golubski does not address the Court's prior ruling on this same issue. See Memorandum And Order (Doc. #190) filed March 3, 2020 at 17–19. For substantially the reasons stated in the order on Golubski's motion to dismiss, the Court overrules defendant's motion for summary judgment on this ground. See id.

## IV. Fourth Amendment Claim For Malicious Prosecution (Count 1)

Golubski argues that McIntyre cannot assert a Fourth Amendment claim under 42 U.S.C. § 1983 for malicious prosecution. McIntyre correctly notes that the Supreme Court has explicitly recognized such a claim. See Thompson v. Clark, 142 S. Ct. 1332 (2022). In reply, defendant does not dispute that plaintiff's Fourth Amendment claim is viable under Thompson. The Court therefore overrules defendant's motion for summary judgment on this ground.

## V. Due Process Claim Based On Fabrication Of Evidence (Count 2)

Golubski argues that he is entitled to qualified immunity on McIntyre's due process claim based on fabrication of evidence because (1) McIntyre has not shown that Golubski fabricated evidence and (2) in 1994, the law was not clearly established that Golubski's conduct constituted fabrication. In support of both arguments, Golubski argues that McIntyre has not presented evidence that Golubski knew that the evidence which incriminated him was false.

To establish a due process violation based on fabrication of evidence, plaintiff must show that Golubski knowingly fabricated evidence, i.e. that he necessarily knew that the evidence was false. Truman v. Orem City, 1 F.4th 1227, 1236 (10th Cir. 2021). Golubski argues that at most, McIntyre has presented evidence of coercion, not fabrication. Viewed in a light most favorable to McIntyre, however, a reasonable jury could infer that Golubski fabricated a narrative which

-8-

implicated McIntyre and coerced witnesses to give statements that corroborated a narrative that Golubski knew was false. The Court cannot come close to conclusively resolving this issue in Golubski's favor, or find that McIntyre's case is devoid of evidence which supports his claim that Golubski knowingly fabricated false evidence against McIntyre. McIntyre has presented sufficient evidence to create a genuine issue of material fact whether Golubski violated his due process rights by fabrication of evidence.

Golubski asserts that in 1994, no due process right prohibiting fabrication of evidence was clearly established. A constitutional right is clearly established when it is "sufficiently clear that every reasonable official would have understood that what he is doing violates that right." Estate of Ceballos v. Husk, 919 F.3d 1204, 1215 (10th Cir. 2019) (citations omitted). The Supreme Court has warned against defining a clearly established right "at a high level of generality" and that the law must be "particularized to the facts of the case," but this does not mean that a right is only clearly established if a case exists that is factually identical. Id. (citations omitted). In other words, the "clearly established" prong does not require plaintiff to show that "the very act in question previously was held unlawful." Weigel v. Broad, 544 F.3d 1143, 1153 (10th Cir. 2008) (citations omitted). This makes good sense: if a right is only clearly established when a prior case presents identical facts, qualified immunity would apply whenever a different fact pattern arises. Under this standard, officials would always be entitled to qualified immunity so long as their actions— no matter how outrageous or harmful—were sufficiently novel. The Tenth Circuit has therefore explained that the "more obviously egregious the conduct in light of prevailing constitutional principles, the less specificity is required from prior case law to clearly establish the violation." Stetzel v. Holubek, 661 F. App'x 920, 922 (10th Cir. 2016); see Duran v. Sirgedas, 240 F. App'x 104, 127 (7th Cir.) ("It would create perverse incentives indeed if a qualified immunity defense

could succeed against those types of claims that have not previously arisen because the behavior alleged is so egregious that no like case is on the books.") (citations omitted), vacated in part on reh'g (July 17, 2007).

In 1994, the law was clearly established that Golubski's conduct—when the evidence is viewed in the light most favorable to plaintiff—constituted fabrication.  See Truman, 1 F.4th at 1236 (long recognized that individuals have right not to be deprived of liberty as result of fabrication of evidence by government officer) (citing Pyle v. Kansas, 317 U.S. 213, 216 (1942)); see also Pierce v. Gilchrist, 359 F.3d 1279, 1299 (10th Cir. 2004) ("Long before the events in question, the Supreme Court held that a defendant's due process rights are implicated when the state knowingly uses false testimony to obtain a conviction") (citing Pyle, 317 U.S. at 216); id. ("Even if there were no case directly on point imposing liability on officials whose falsification of evidence occurred at the post-arrest stage, an official in [defendant's] position could not have labored under any misapprehension that the knowing or reckless falsification and omission of evidence was objectively reasonable.").  The Court therefore overrules Golubski's motion for summary judgment on McIntyre's due process claim based on fabrication of evidence.

## VI.    Due Process Claims Based On Withholding Evidence

Golubski argues that he is entitled to qualified immunity on McIntyre's due process claim based on violations of obligations set forth in Brady.  Specifically, Golubski argues that in 1994, the law did not clearly establish that (1) an officer—as opposed to the prosecutor—had an affirmative duty to disclose Brady material or (2) an officer had a duty to disclose his own misconduct (related or unrelated to the subject investigation) or otherwise inadmissible evidence.

In Brady, the Supreme Court held that "suppression by the prosecution of evidence favorable to an accused upon request violates due process where the evidence is material either to

-10-

guilt or to punishment." 373 U.S. at 87. To succeed on a Brady claim, plaintiff must show (1) the evidence at issue is favorable to him either because it is exculpatory, or because it is impeaching, (2) the state suppressed that evidence, either willfully or inadvertently and (3) he was prejudiced. Powell v. Miller, 104 F. Supp. 3d 1298, 1309 (W.D. Okla. 2015).

Golubski argues that in 1994, the law was not clearly established that an officer—as opposed to the prosecutor—had an affirmative duty to disclose Brady material. Since well before 1986, however, the law has established that due process prohibits the state—including one of its investigators—from withholding exculpatory evidence. Pierce, 359 F.3d at 1299 (long before 1986, Supreme Court held that "defendant's due process rights are implicated when the state . . . withholds exculpatory evidence from the defense.") (citing Newsome v. McCabe, 256 F.3d 747, 752–53 (7th Cir. 2001) for proposition that "Brady clearly established that officers could not withhold information that plaintiff's fingerprints did not match those found at the crime scene or that officers influenced witnesses to pick plaintiff out of police lineup"); see also United States v. Buchanan, 891 F.2d 1436, 1442 (10th Cir. 1989) (because investigative officers are part of prosecution, taint on trial no less if they, rather than prosecutors, were guilty of nondisclosure; knowledge by police or investigators therefore imputed to prosecution under Brady).

Next, Golubski argues that in 1994, the law was not clearly established that an officer had a duty to disclose his own misconduct (related or unrelated to the subject investigation) or otherwise inadmissible evidence. In 1994, Brady unquestionably required the prosecution to disclose an officer's misconduct and other impeachment evidence. See Ballinger v. Kerby, 3 F.3d 1371, 1376 (10th Cir. 1993) (Brady violation based on suppression of impeachment evidence); Bowen v. Maynard, 799 F.2d 593, 613 (10th Cir. 1986) (Brady violation based on suppression of evidence which impeached identifications of eyewitnesses, evidence pointing to a credible

-11-

alternate suspect, as well as evidence which "raises serious questions about the manner, quality, and thoroughness of the [police] investigation"); see also Buchanan, 891 F.2d at 1443–45 (evidence of sexual relationship between investigating officer and witness, known only to officer, was impeachment that should have been disclosed). Golubski argues that Ballinger and Bowen do not address a police officer's specific role in the Brady violation and Buchanan did not address whether the individual officer had a duty to disclose as opposed to the prosecution's duty to ensure that officers turn over evidence against them. Even so, Brady was decided in 1963, and it "clearly established that officers could not withhold information that plaintiff's fingerprints did not match those found at the crime scene or that officers influenced witnesses to pick plaintiff out of police lineup." Pierce, 359 F.3d at 1299 (citing Newsome, 256 F.3d at 752–53). Accordingly, in 1994, a reasonable official in Golubski's position could not have labored under any misapprehension that the knowing suppression of exculpatory and impeachment evidence involving his prior misconduct (both related and unrelated to the investigation) violated McIntyre's due process rights. See id. ("Even if there were no case directly on point imposing liability on officials whose falsification of evidence occurred at the post-arrest stage, an official in [defendant's] position could not have labored under any misapprehension that the knowing or reckless falsification and omission of evidence was objectively reasonable."). The Court therefore overrules defendant's motion for summary judgment claim on McIntyre's due process claims based on withholding evidence.

## VII.    Familial Association Claims (Count 3)

Under Section 1983, McIntyre and Ms. McIntyre assert First and Fourteenth Amendment familial association claims against Golubski. Defendant argues that he is entitled to qualified immunity on plaintiffs' familial association claims.

-12-

On defendant's motion to dismiss, the Court stated as follows:

> In 1994, the right to familial association was sufficiently clear that every reasonable official would have understood that what Golubski was doing violates that right. By 1985, the Tenth Circuit had made clear that intentionally and unlawfully interfering with familial relations is unconstitutional. See Trujillo, 768 F.2d at 1190. According to plaintiffs' allegations, which the Court accepts as true for purposes of the motion to dismiss, Golubski sexually assaulted Rose and continually harassed her, pressuring her for a long-term relationship and offering to pay for sex. Rose repeatedly rejected his advances, changed her phone number and moved to a new home to hide from Golubski. To punish Rose for her rejections, Golubski took away her son by framing him for murder—coercing identifications, fabricating police reports and suppressing exculpatory evidence. Golubski's plot succeeded: Lamonte was wrongfully convicted and spent 23 years in prison. As a result, Rose suffered extreme emotional and psychological devastation.

> Golubski is correct that in 1994, no Tenth Circuit court had held that an officer violates the clearly established right to familial association by framing a son for murder in retaliation for the mother's rejection of sexual advances. But every reasonable officer would have understood that this egregious conduct violates that right.

Memorandum And Order (Doc. #190) at 25.

Golubski first argues that plaintiffs cannot assert a First Amendment claim for loss of familial association. Golubski did not raise this issue in his motion to dismiss. Familial association claims are "grounded in the shocks-the-conscience approach to substantive due process claims challenging executive action." Halley v. Huckaby, 902 F.3d 1136, 1155 (10th Cir. 2018); see also Thomas v. Kaven, 765 F.3d 1183, 1196 (10th Cir. 2014) (familial association claim grounded in "substantive due process"); id. at 1190 n.4 (noting that plaintiffs also brought First Amendment associational claim, but district court dismissed it without objection); Griffin v. Strong, 983 F.2d 1544, 1547 (10th Cir. 1993) (familial right of association properly based on concept of liberty in Fourteenth Amendment). In their response, plaintiffs do not dispute that their familial association claims arise only under the Fourteenth Amendment. The Court therefore sustains defendant's motion for summary judgment on plaintiffs' First Amendment claim for loss of familial

-13-

association.

Defendant next argues that in 1994, the Tenth Circuit had not made clear that the right to familial association protects against the wrongful incarceration of a child or that any such right applies to both parent and child.  Defendant does not address the Court's reasoning in overruling his motion to dismiss on substantially the same issues.   See Defendant Roger Golubski's Memorandum In Support Of His Motion For Summary Judgment (Doc. #582) at 57–61.  Plaintiffs have presented evidence that after Ms. McIntyre rejected Golubski's sexual advances, he sought to punish her by framing McIntyre for the murders of Doniel Quinn and Donald Ewing.  At this stage, viewing the evidence in a light most favorable to plaintiffs, a jury could reasonably infer that Golubski intended to interfere with the familial association rights of both McIntyre and his mother.  For substantially the reasons stated in the Court's order on defendants' motions to dismiss, every reasonable officer would have understood that Golubski's egregious conduct violated the rights to familial association of McIntyre and his mother.[5]

---

[5]        Defendant argues that even if plaintiffs' rights to familial association were well established in 1994, the law was not clearly established that any such right extended to a 17-year old child who was mature and competent enough to stand trial as an adult.  Defendant cites authorities which suggest that the right to familial association does not extend to adult children unless they are unemancipated.  See McCurdy v. Dodd, 352 F.3d 820, 830 (3d Cir. 2003); Butera v. D.C., 235 F.3d 637, 654 (D.C. Cir. 2001) (no claim of constitutional right to companionship of 31–year–old son who had moved out of parent's house and was married).  Defendant ignores the fact that adulthood ordinarily is established by reference to the presumed age of majority, which is 18 in Kansas.  See McCurdy, 352 F.3d at 830 ("in some (probably rare) cases, the presumption of adulthood may be rebutted by clear and convincing evidence of lack of emancipation" after age of majority).  Because officers arrested McIntyre when he was 17 and living at his mother's house, he presumably was unemancipated.  Golubski has presented no evidence which establishes as a matter of law that McIntyre was not a child for the purposes of a familial association claim.

Golubski argues that even if McIntyre had a right to familial association with his mother, it was not clearly established in 1994 that any such right would continue beyond his eighteenth birthday.  At trial, Golubski may be able to establish as a factual matter that based on McIntyre's relationship with his mother, McIntyre cannot recover damages beyond the age of 18.  Even so, Golubski does not explain how any such limitation on damages extinguishes McIntyre's claim in its entirety.

Defendant cites <u>Reasonover v. St. Louis County</u>, <u>447 F.3d 569</u> (8th Cir. 2006) for the proposition that even in 2006 a police officer would not be on notice that the right to familial association could be violated by wrongfully incarcerating a family member.  In <u>Reasonover</u>, the Eighth Circuit affirmed the district court's order which granted summary judgment for defendants on a familial association claim because (1) plaintiffs presented no evidence that defendants intended to interfere with the familial relationship between a wrongfully convicted individual and her daughter and (2) neither the Supreme Court nor the Eighth Circuit had clearly held that wrongful prosecution and incarceration of a family member violates a right to familial association. <u>447 F.3d at 585</u>.  Here, as explained above, a reasonable jury could infer from Golubski's conduct that he intended to interfere with the familial association rights of both McIntyre and his mother. <u>Reasonover</u> did not directly address the viability of a familial association claim where an officer procures a wrongful conviction of one family member with the specific intent to punish another family member who has rejected the officer's sexual advances.  In 1994, it was established that conduct of such an egregious nature would violate the rights to familial association of both the wrongfully convicted individual and his family member.[6]  <u>See</u> <u>Trujillo</u>, <u>768 F.2d at 1190</u> (in 1985, clarifying that intentionally and unlawfully interfering with familial relations is unconstitutional); <u>see also</u> <u>Stetzel</u>, <u>661 F. App'x at 922</u> (the "more obviously egregious the conduct in light of

---

[6]     In passing, defendant argues that the Court should dismiss McIntyre's claim for loss of familial association because he has an adequate remedy under Section 1983 for Fourth Amendment violations.  <u>See</u> <u>Defendant Roger Golubski's Memorandum In Support Of His Motion For Summary Judgment</u> (<u>Doc. #582</u>) at 60 (citing <u>Manuel v. City of Joliet, Ill.</u>, <u>137 S. Ct. 911</u> (2017)).  In <u>Manuel</u>, the Supreme Court held that the Fourth Amendment—not the Fourteenth Amendment—governs a Section 1983 claim for unlawful pretrial detention even beyond the start of legal process.  <u>137 S. Ct. at 919</u>–20.  <u>Manuel</u> did not address whether Section 1983 claims which assert violations of rights beyond unlawful pretrial detention—such as loss of familial association—are limited to the Fourth Amendment.  Absent explanation why the Court should extend <u>Manuel</u> to bar McIntyre's claim for loss of familial association which alleges more than unlawful pretrial detention, the Court must overrule defendant's argument.

-15-

prevailing constitutional principles, the less specificity is required from prior case law to clearly establish the violation"). The Court therefore overrules Golubski's motion for summary judgment on plaintiffs' Fourteenth Amendment claim for loss of familial association.

## VIII. Conspiracy Claim (Count 5)

In Count 5, McIntyre asserts conspiracy, alleging that Golubski—along with other defendants—acted in concert to deprive him of rights under the Fourth, Fifth and Fourteenth Amendments to be free from unreasonable searches and seizures, malicious prosecution, coercion, deprivation of liberty without due process of law and to a fair trial. Golubski argues that he is entitled to qualified immunity on McIntyre's conspiracy claims because (1) McIntyre has not established a constitutional violation and (2) McIntyre has not raised a genuine issue of material fact whether Golubski agreed with others to violate his constitutional rights.

To succeed on a conspiracy claim under Section 1983, McIntyre must show (1) an actual deprivation of a constitutional right, (2) a combination of two or more persons acting in concert and (3) a meeting of the minds, an agreement among defendants or a general conspiratorial objective. Brooks v. Gaenzle, 614 F.3d 1213, 1227–28 (10th Cir. 2010), abrogated on other grounds by Torres v. Madrid, 141 S. Ct. 989 (2021). Because direct evidence of an agreement rarely is available, a plaintiff can rely solely on circumstantial evidence to establish a conspiracy. Snell v. Tunnell, 920 F.2d 673, 702 (10th Cir. 1990). Proof of an agreement among defendants need not be express. Frasier v. Evans, 992 F.3d 1003, 1025 (10th Cir. 2021). Parallel action may or may not indicate an agreement to act in concert. Id.

For substantially the reasons stated above, McIntyre has raised a genuine issue of material fact whether he suffered an actual deprivation of a constitutional right. As to Golubski's agreement with others, plaintiff has presented evidence that several officers worked in tandem with Golubski

-16-

to create false evidence, hide exculpatory evidence and not investigate the true perpetrator of the murders, all in a successful attempt to deprive McIntyre of his constitutional rights. Specifically, plaintiff has presented evidence that (1) Culp assigned the case to Smith and Golubski, a non-homicide detective, in the interest of closing the case quickly; (2) Ware and Golubski used suggestion and coercion during a photo identification procedure with Niko Quinn; (3) Golubski created a report on the improper identification by Quinn which omits his and Ware's suggestion; (4) Ware, Smith and all detectives on the case ignored evidence that the homicides were drug-motivated; (5) Golubski and Krstolich failed to compile photos and a composite which matched Ruby Mitchell's description of the shooter; (6) Golubski and Krstolich used suggestion during a photo identification procedure with Mitchell; (7) Golubski and Krstolich fed Mitchell the last name "McIntyre;" (8) all officers failed to interview Mitchell's niece in a timely manner; (9) Golubski and other officers failed to document any encounters with Stacy Quinn; (10) all officers failed to investigate McIntyre's alibi that he had placed calls to a cab company; (11) Brown, Barber and Golubski jointly fabricated inconsistent alibi statements by McIntyre and Ms. McIntyre; (12) all officers failed to conduct basic forensic testing; (13) Golubski participated with Barber in fabricating a false statement from Ms. McIntyre to undermine McIntyre's truthful alibi; (14) Golubski recorded a statement of Barber falsely alleging that Ms. McIntyre had made a "totally unsolicited" statement suggesting both that she knew McIntyre was guilty of the murders and that she lied about his alibi to protect him; and (15) Golubski reported Barber's false statements in his report and represented to the prosecutor that "inconsistent alibis" existed, bolstering the evidence against McIntyre. Viewing the circumstantial evidence in a light most favorable to McIntyre, a reasonable jury could find a conspiratorial agreement. See Frasier, 992 F.3d at 1025 (proof of agreement need not be express); Snell, 920 F.2d at 702 (plaintiff can

-17-

establish conspiracy based solely on circumstantial evidence).  The Court therefore overrules Golubski's motion for summary judgment on McIntyre's conspiracy claim.

**IT IS THEREFORE ORDERED** that <u>Defendant Roger Golubski's Motion For Summary Judgment</u> (<u>Doc. #581</u>) filed April 1, 2022 is **SUSTAINED in part.  The Court sustains defendant's motion as to plaintiff's First Amendment claim for loss of familial association. Defendant's motion is otherwise overruled.**

Dated this 9th day of June, 2022 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge

-18-

# UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LAMONTE MCINTYRE and | ) | |
| ROSE LEE MCINTYRE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 2:18-CV-02545-KHV-KGG |
| v. | ) | **NOTICE OF APPEAL** |
| | ) | |
| UNIFIED GOVERNMENT OF | ) | |
| WYANDOTTE COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT ROGER GOLUBSKI'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant Roger Golubski hereby appeals to the United States District Court of Appeals for the Tenth Circuit from the District Court's Order (Doc. 668), entered on June 9, 2022, denying Defendant Golubski's Motion for Summary Judgment based on qualified immunity.

Respectfully submitted,

**ENSZ & JESTER, P.C.**


/s/ Matthew J. Gist

| | |
|---|---|
| MATTHEW J. GIST | KS #20829 |
| CHRIS M. NAPOLITANO | KS #25499 |

1100 Main Street, Suite 2121
Kansas City, Missouri  64105
Telephone: 816-474-8010
Facsimile:  816-471-7910
E-mails:     mgist@enszjester.com
                  cnapolitano@enszjester.com

**and**

| | |
|---|---|
| MORGAN L. ROACH | KS #23060 |
| SEAN P. McCAULEY | KS #20174 |
| NICHOLAS S. RUBLE | KS #25636 |
| JEFFREY S. KRATOFIL | KS #23983 |

McCAULEY & ROACH, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri  64111
Telephone: 816-523-1700
Facsimile:  816-523-1708
E-mails:     morgan@mccauleyroach.com
                  sean@mccauleyroach.com
                  nick@mccauleyroach.com
                  jeff@mccauleyroach.com
**ATTORNEYS FOR DEFENDANT
DETECTIVE ROGER GOLUBSKI**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 17, 2022, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

MICHAEL J. ABRAMS     KS #15407
WILLIAM G. BECK     KS #77974
ALEXANDER T. BROWN     KS #78891
ALANA M. McMULLIN     KS #78948
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Telephone: 816-292-2000
Facsimile: 816-292-2001
E-mail(s): michael.abrams@lathropgmp.com
william.beck@lathropgpm.com
alexander.brown@lathropgpm.com
alana.mcmullin@lathropgpm.com
**and**

CHERYL A. PILATE     KS #14601
LINDSAY RUNNELS     KS #78822
MORGAN PILATE, LLC
926 Cherry Street
Kansas City, Missouri 64106
Telephone: 816-471-6694
Facsimile: 816-472-3516
E-mail(s): cpilate@morganpilate.com
lrunnels@morganpilate.com
**and**

BARRY SCHECK     *Pro Hac Vice*
EMMA FREUDENBERGER *Pro Hac Vice*
AMELIA GREEN     *Pro Hac Vice*
SONA R. SHAH     *Pro Hac Vice*
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, New York 10013
Telephone: 212-965-9081
Facsimile: 212-965-9084
E-mail(s): barry@nsbcivilrights.com

3

emma@nsbcivilrights.com
amelia@nsbcivilrights.com
sona@nsbcivilrights.com

**ATTORNEYS FOR PLAINTIFFS**

DAVID R. COOPER          KS #16690
CHARLES E. BRANSON       KS #17376
BRIAN C. MAULDIN         KS #28636
FISHER, PATTERSON, SAYLER & SMITH,
LLP
3550 SW 5th Street
Topeka, Kansas  66606
Telephone:  785-232-7761
Facsimile:  785-286-6609
E-mail(s):  dcooper@fpsslaw.com
            cbranson@fpsslaw.com
            bmauldin@fpsslaw.com

**and**

HENRY E. COUCHMAN, JR. KS #12842
EDWARD JAMES BAIN       KS #26442
UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY
KANSAS CITY, KANSAS LEGAL
DEPARTMENT
701 North 7th Street, Suite 961
Kansas City, Kansas  66101
Telephone:  913-573-5060
Facsimile:  913-573-5243
E-mail(s):  hcouchman@wycokck.org
            jbain@wycokck.org

**ATTORNEYS FOR DEFENDANT
UNIFIED GOVERNMENT OF**

4

**WYANDOTTE COUNTY AND
KANSAS CITY, KANSAS**


SEAN M. STURDIVAN        KS #21286
ELIZABETH A. EVERS       KS #22580
TRACY M. HAYES           KS #23119
SANDERS WARREN RUSSELL LLP
11225 College Boulevard, Suite 450
Overland Park, Kansas  66210
Telephone: 913-234-6100
Facsimile:  913-234-6199
E-mail(s):   s.sturdivan@swrllp.com
             e.evers@swrllp.com
             t.hayes@swrllp.com
**ATTORNEYS FOR THE ESTATE OF
DETECTIVE JAMES MICHAEL
KRSTOLICH, DETECTIVE DENNIS
WARE, OFFICER JAMES L. BROWN,
THE ESTATE OF LIEUTENANT
DENNIS OTTO BARBER,
DETECTIVE CYLDE BLOOD,
DETECTIVE WK SMITH, AND THE
ESTATE OF LIEUTENANT STEVE
CULP**


/s/ Matthew J. Gist
_____
**ATTORNEYS FOR DEFENDANT
DETECTIVE ROGER GOLUBSKI**

5