UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

June 22, 2022

Matthew J. Gist
Christopher M. Napolitano
1100 Main Street, Suite 2121
Kansas City, MO 64105-0000

Jeffrey S. Kratofil
Sean P. McCauley
Morgan Lehi Roach
527 West 39th Street, Suite 200
Kansas City, MO 64111

**RE:** 22-3115, McIntyre, et al v. Golubski, et al
Dist/Ag docket: 2:18-CV-02545-KHV-KGG

Dear Counsel:

Your appeal has been docketed, and the appeal number is above. **Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance** per 10th Cir. R. 46.1(A).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:	Michael Jay Abrams
	Edward James Bain III
	William G. Beck
	Charles Edward Branson
	Alexander T. Brown
	David R. Cooper
	Elizabeth Ann Evers Guerra
	Emma Freudenberger
	Amelia B. Green
	Tracy M. Hayes
	Brian Mauldin
	Alana M. McMullin
	Grace Ann Paras
	Cheryl Ann Pilate
	Lindsay J. Runnels
	Barry Scheck
	Sona R. Shah
	Sean M. Sturdivan

CMW/jm