IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE and ) <br> ROSE LEE MCINTYRE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNIFIED GOVERNMENT OF WYANDOTTE ) <br> COUNTY AND KANSAS CITY, KANSAS, et al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br><br> No. 18-2545-KHV |

**ORDER**

On April 1, 2022, Roger Golubski filed a motion to dismiss Rose McIntyre's claim. See Defendant Golubski's Motion To Dismiss Plaintiff Rose McIntyre's Claim For Failure To Follow The Rules Of Civil Procedure And This Court's Orders With Memorandum Of Law In Support (Doc. #583). On June 2, 2022, Magistrate Judge Kenneth G. Gale recommended that the Court deny Golubski's motion. Report & Recommendation Of Denial Of Defendant's Motion To Dismiss The Claims Of Plaintiff Rose McIntyre (Doc. #663).

The deadline for objections to Judge Gale's report and recommendation was June 16, 2022. No party has objected. For this reason and for substantially the reasons stated in the Report & Recommendation Of Denial Of Defendant's Motion To Dismiss The Claims Of Plaintiff Rose McIntyre (Doc. #663), the Court adopts the report and recommendation in its entirety.

**IT IS THEREFORE ORDERED** that the Court adopts the Report & Recommendation Of Denial Of Defendant's Motion To Dismiss The Claims Of Plaintiff Rose McIntyre (Doc. #663) filed June 2, 2022 in its entirety.

**IT IS FURTHER ORDERED** that Defendant Golubski's Motion To Dismiss Plaintiff

-2-

<u>Rose McIntyre's Claim For Failure To Follow The Rules Of Civil Procedure And This Court's Orders With Memorandum Of Law In Support</u> (Doc. #583) filed April 1, 2022 is **OVERRULED**.

Dated this 23rd day of June, 2022 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge

Case 2:18-cv-02545-KHV-KGG   Document 683   Filed 06/23/22   Page 2 of 2