IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE and ROSE LEE MCINTYRE,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS, et al.<br><br>        Defendants. | No. 18-2545-KHV |

## MOTION OF THE MCCLATCHY COMPANY, LLC
## TO INTERVENE FOR LIMITED PURPOSE

Comes now The McClatchy Company, LLC d/b/a The Kansas City Star (the Star), and moves the Court for an order allowing it to intervene in this action for the limited purpose of seeking the removal of obstacles to the access of information regarding the matter. If allowed to intervene, the Star intends to file a motion to vacate the Court's order of May 11, 2022 (Doc. 644) which allowed certain documents to be filed under seal, and to modify the protective order that was entered on November 8, 2019 (Doc. 124).

In accordance with D. Kan. R. 7.1(a), the Star has filed, contemporaneously herewith, a separate memorandum supporting its motion.

                                          Respectfully submitted,

                                          /s Lyndon W. Vix
                                          Lyndon W. Vix - #12375

>F>leeson>, G>ooing>, C>oulson> & K>itch>, l.l.c.
> 1900 Epic Center, 310 N. Main
> Wichita, Kansas 67202
> (316) 267-7361
> lvix@fleeson.com
> *Attorneys for Movant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2022, I submitted the above and foregoing motion to the Clerk of the Court for filing through the CM/ECF System, which will provide service to all counsel of record.

>  /s/ Lyndon W. Vix
> Lyndon W. Vix