## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LAMONTE MCINTYRE &,
ROSE LEE MCINTYRE,

                Plaintiffs,

v.                                        Case No. 2:18-cv-02545-KHV-KGG

UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY AND KANSAS CITY, KS, et al.,

                Defendants.

### Stipulation of Dismissal with Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties who have appeared hereby stipulate that all claims by plaintiffs against defendants, including those previously dismissed without prejudice, are hereby dismissed with prejudice. The parties shall bear their own costs and fees.

DATED July 21, 2022.

                Respectfully submitted,

                /s/ *Michael J. Abrams*
                Michael J. Abrams #15407
                Alana M. McMullin #78948
                LATHROP GPM LLP
                2345 Grand Boulevard, Suite 2200
                Kansas City, MO 64108
                (816) 292-2000 / (816) 292-2001 FAX
                michael.abrams@lathropgpm.com
                alana.mcmullin@lathropgpm.com

Cheryl A. Pilate #14601
Lindsay Runnels #78822
Morgan Pilate, LLC
926 Cherry Street
Kansas City, MO 64106
Telephone: (816) 471-6694
Facsimile: (816) 472-3516
cpilate@morganpilate.com

Barry Scheck (admitted pro hac vice)
Emma Freudenberger (admitted pro hac vice)
Sona R. Shah (admitted pro hac vice)
Grace Paras (admitted pro hac vice)
Neufeld Scheck & Brustin, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
Telephone: (212) 965-9081
Facsimile: (212) 965-9084
emma@nsbcivilrights.com
*Attorneys for Plaintiffs*

/s/ *David R. Cooper*

| | |
|---|---|
| David R. Cooper | #16690 |
| Charles E. Branson | #17376 |
| Brian C. Mauldin | #28636 |

Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 286-6609
dcooper@fpsslaw.com | cbranson@fpsslaw.com
*-and-*
Edward James Bain, #26442
Unified Government of Wyandotte
County/Kansas City, Kansas
Legal Department
701 N. 7th Street, Suite 961
Kansas City, Kansas 66101
Tel: (913) 573-5060 | Fax: (913) 573-5243
jbain@wycokck.org

*Attorneys for Defendant Unified Government of Wyandotte County and Kansas City, Kansas*

/s/ *Morgan L. Roach*
MCCAULEY & ROACH,
Morgan L. Roach KS #23060
Sean P. McCauley KS #20174
Jeffrey S. Kratofil KS #23983
527 W. 39th Street, Suite 200
Kansas City, Missouri 64111
Telephone: 816-523-1700
Facsimile: 816-523-1708
morgan@mccauleyroach.com
sean@mccauleyroach.com
jeff@mccauleyroach.com
and
ENSZ & JESTER, P.C. LLC
Matthew J. Gist KS #20829
Christopher M. Napolitano KS #25499
Kansas City, Missouri 64105
Telephone: 816-474-8010
Facsimile: 816-471-7910
mgist@enszjester.com
cnapolitano@enszjester.com
*Attorneys for Defendant Roger Golubski*

/s/ *Tracy M. Hayes*
Sean M. Sturdivan KS #21286
Tracy M. Hayes KS #23119
Elizabeth A. Evers KS #22580
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, KS 66210
Phone: 913-234-6100
Fax: 913-234-6199
s.sturdivan@swrllp.com
e.evers@swrllp.com
t.hayes@swrllp.com
*Attorneys for The Estate of Detective James Michael Krstolich, Detective Dennis Ware, Officer James L. Brown, The Estate of Lieutenant Dennis Otto Barber, Detective Clyde Blood, Detective, W.K. Smith, Detective Michael Shomin, and The Estate of Lieutenant Steve Culp*

{T0475597}
49309838v1

3