FILED
United States Court of Appeals
Tenth Circuit

July 25, 2022

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

———————————————————

LAMONTE MCINTYRE; ROSE LEE MCINTYRE,

    Plaintiffs - Appellees,

v.

ROGER GOLUBSKI, Detective,

    Defendant - Appellant,

and

UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS; DENNIS WARE, Detective; JAMES L. BROWN, Officer; W.K. SMITH, Detective; JOHN DOES 1-10, Officers; ROGER ROE 1-10, Supervisors; DAPHNE R. HALDERMAN, as Special Administrator of the estates of James Michael Krstolich, Dennis Otto Barber, and Steve Culp,

    Defendants.

No. 22-3115
(D.C. No. 2:18-CV-02545-KHV-KGG)
(D. Kan.)

———————————————————

**ORDER**

———————————————————

This matter is before the court on the parties' *Agreed Dismissal with Prejudice*.

The court construes the document as a motion to voluntarily dismiss this appeal pursuant to Fed. R. App. P. 42(b). The motion, as construed, is granted. Each party will bear its own costs.

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk