IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE and ROSE LEE MCINTYRE,<br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS, et al. | )<br>)<br>)<br>)<br>)  Case No. 18-2545-KHV<br>)<br>)<br>)<br>) |

**<u>MOTION OF KCUR 89.3 FM TO INTERVENE FOR A LIMITED PURPOSE</u>**

Movant KCUR 89.3 FM, a unit of the University of Missouri System (hereinafter "KCUR"), by and through counsel Maxwell E. Kautsch of Kautsch Law, LLC, hereby moves this Court for an order permitting it to intervene in this action for the limited purpose of filing and arguing its motions to vacate the order to seal entered on May 11, 2022 (Doc. 644) and to modify the protective order entered on November 8, 2019 (Doc. 124).

Pursuant to D. Kan. R. 7.1(a), KCUR has filed, contemporaneously herewith, a separate memorandum supporting its motion.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　/s/Maxwell E. Kautsch
　　　　　　　　　　　　_____
　　　　　　　　　　　　Kautsch Law, L.L.C.
　　　　　　　　　　　　By Maxwell E. Kautsch, #21255
　　　　　　　　　　　　810 Pennsylvania Street, Ste. 207
　　　　　　　　　　　　Lawrence, KS  66044
　　　　　　　　　　　　(785) 840-0077

                                                    Fax (785) 842-3039
                                                    maxk@kautschlaw.com
                                        Attorney for Movant KCUR 89.3 FM

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of August, 2022, I submitted the above and foregoing motion to the Clerk of the Court for filing through the CM/ECF System, which will provide service to all counsel of record.

                                                   /s/Maxwell E. Kautsch
                                                 _____
                                                 Maxwell E. Kautsch