IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LAMONTE MCINTYRE and** <br> **ROSE LEE MCINTYRE,** <br><br> Plaintiff(s), <br><br> v. <br><br> **UNIFIED GOVERNMENT OF** <br> **WYANDOTTE COUNTY AND** <br> **KANSAS CITY, KANSAS, et al.** <br><br> Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) CASE NO.  18-2545-KHV <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Tricia Rojo Bushnell be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion.  I have verified that the information contained in the affidavit is true and accurate.

Dated this 26th of August 2022

By: _____
/s/Jean K. Gilles Phillips
Jean K. Gilles Phillips, #14540
Project for Innocence
  and Post Conviction Remedies
1535 W. 15th, Room 409
University of Kansas School of Law
Lawrence, Kansas 66045
Telephone: (785) 864-5571
FAX: (785) 864-5054
Email: phillips@ku.edu

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th of August 2022, a true and correct copy of the above and foregoing was filed with the Court via its CM/ECF system.

/s/Jean K. Gilles Phillips
Jean K. Gilles Phillips, #14540

Case 2:18-cv-02545-KHV   Document 701   Filed 08/26/22   Page 3 of 3