# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LAMONTE MCINTYRE** and **ROSE LEE MCINTYRE,** | ) ) ) |
| Plaintiff(s), | ) ) ) CASE NO.  18-2545-KHV ) |
| v. | ) ) |
| **UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS, et al.** | ) ) ) ) |
| Defendant(s). | ) |

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information, and belief:

1. My full name is:    Tricia Rojo Bushnell

2. I practice under the following firm name or letterhead:

    Name:    Midwest Innocence Project
    Address:   3619 Broadway Blvd., #2
                Kansas City, MO 64111
    Telephone Number:  (816) 221-2166
    Fax:  (816) 325-3107
    Email address:  trojobushnell@themip.org

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

1

| Court | Date of Admission | Bar Number |
|---|---|---|
| United States Supreme Court | 2013 | |
| Eight Circuit Court of Appeals | 2015 | |
| Missouri | 2014 | 66818 |
| Iowa | 2017 | AT0013307 |
| Wisconsin | 2011 (Inactive) | 1080889 |
| Alabama | 2008 (Inactive) | T54B-1447 |
| California | 2007 (Inactive) | 252945 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                 Tricia Rojo Bushnell
                                                 trojobushnell@themip.org
                                                 3619 Broadway Blvd., #2
                                                 Kansas City, MO 64111
                                                 Telephone: (816) 221-2166
                                                 Fax: (816) 325-3107