IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE and ROSE LEE MCINTYRE, Plaintiffs, | ) ) ) ) |
| Vs. | ) Case No. 18-2545-KHV |
| UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS, et al. | ) ) ) ) |

## MOTION OF THE MIDWEST INNOCENCE PROJECT TO INTERVENE FOR A LIMITED PURPOSE

Movant the Midwest Innocence Project, a nonprofit dedicated to correcting wrongful convictions within its region and changing the system to prevent such convictions in the first place (hereinafter "MIP"), hereby moves this Court for an order permitting it to intervene in this action for the limited purpose of filing and arguing its motions to vacate the order to seal entered on May 11, 2022 (Doc. 644) and to modify the protective order entered on November 8, 2019 (Doc. 124).

Pursuant to D. Kan. R. 7.1(a), MIP has filed, contemporaneously herewith, a separate memorandum supporting its motion.

Respectfully submitted,
/s/Jean K. Gilles Phillips
Jean K. Gilles Phillips, #14540
Project for Innocence
    and Post Conviction Remedies
1535 W. 15th, Room 409
University of Kansas School of Law
Lawrence, Kansas 66045
Telephone: (785) 864-5571
FAX: (785) 864-5054
Email: phillips@ku.edu

*Tricia J. Rojo Bushnell\**
Tricia J. Rojo Bushnell, Missouri Bar #66818
**MIDWEST INNOCENCE PROJECT**
3619 Broadway Blvd., #2
Kansas City, MO 64111
Phone: (816) 221-2166
[trojobushnell@themip.org](mailto:trojobushnell@themip.org)
*Counsel for Midwest Innocence Project*
*\* Pending admission pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2022, I submitted the above and foregoing motion to the Clerk of the Court for filing through the CM/ECF System, which will provide service to all counsel of record.

/s/Jean K. Gilles Phillips
Jean K. Gilles Phillips, #14540
