**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **LAMONTE MCINTYRE, et al.,** <br><br> Plaintiff, <br><br> v. <br><br> **UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, et al.,** <br><br> Defendants. | Case No. 2:18-cv-02545-KHV-KGG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Grace Paras of the law firm Neufeld Scheck & Brustin, LLP hereby withdraws as counsel of record in this matter for Plaintiffs pursuant to D. Kan. Rule 83.5.5(b). Attorneys Michael J. Abrams, William G. Beck, Alexander T. Brown, and Alana M. McMullin of the law firm Lathrop GPM LLP, Cheryl A. Pilate and Lindsay Runnels of the law firm Morgan Pilate, LLC, and Barry Scheck, Emma Freudenberger, and Sona R. Shah, of the law firm Neufeld Scheck & Brustin, LLP, who have previously entered their appearance, will remain as counsel for Plaintiffs.

This notice of withdrawal will be served pursuant to Fed. R. Civ. P. 5(b) on the clients and all attorneys of record.

Dated: August 29, 2022                    Respectfully submitted,

                                                LATHROP GPM LLP

                                                By: /s/  *Michael J. Abrams*
                                                Michael J. Abrams #15407
                                                Alexander T. Brown #78891
                                                Alana McMullin #78948
                                                2345 Grand Boulevard, Suite 2200
                                                Kansas City, MO 64108
                                                Telephone: (816) 292-2000
                                                Facsimile: (816) 292-2001
                                                michael.abrams@lathropgpm.com

                                                /s/ *Grace Paras*
                                                Barry Scheck (admitted *pro hac vice*)
                                                Emma Freudenberger (admitted *pro hac vice*)
                                                Sona R. Shah (admitted *pro hac vice*)
                                                Grace Paras (admitted *pro hac vice*)
                                                NEUFELD SCHECK & BRUSTIN, LLP
                                                99 Hudson Street, Eighth Floor
                                                New York, NY 10013
                                                Telephone: (212) 965-9081
                                                Facsimile: (212) 965-9084
                                                emma@nsbcivilrights.com

                                                Cheryl A. Pilate #14601
                                                Lindsay Runnels #78822
                                                MORGAN PILATE, LLC
                                                926 Cherry Street
                                                Kansas City, MO 64106
                                                Telephone: (816) 471-6694
                                                Facsimile: (816) 472-3516
                                                cpilate@morganpilate.com
                                                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 29, 2022 a copy of the foregoing was served on all counsel via CM/ECF.

                                                    /s/ *Michael J. Abrams*
                                                    An Attorney for Plaintiffs