**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **LAMONTE MCINTYRE, et al.,**       **Plaintiff,** <br><br> v. <br><br> **UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, et al.,** <br><br>      **Defendants.** | Case No. 2:18-cv-02545-KHV-KGG |

## PLAINTIFFS' RESPONSE TO MIDWEST INNOCENCE PROJECT'S MOTION TO INTERVENE FOR A LIMITED PURPOSE

On August 26, 2022 the Midwest Innocence Project ("MIP"), a nonprofit law firm, filed a motion to intervene in this action for the limited purpose of seeking the removal of obstacles to access information regarding the above-captioned matter. Docs. 702; 703. Plaintiffs understand that the MIP's objectives in intervening are two-fold: (1) to file a motion to vacate the Court's order allowing certain documents to be filed under seal (Doc. 644); and (2) to file a motion to modify the Court's protective order that created certain categories of Confidential Information and allowed certain documents to be marked "Attorneys Eyes Only" (Doc. 124). *See* Docs. 702; 703 at 1. Similar to Plaintiffs' responses to the July 19, 2022 and August 4, 2022 Motions to Intervene filed by KCUR 89.3 FM and the McClatchy Company LLC, Plaintiffs do not oppose MIP's intervention in the present matter for these purposes.[1]

---

[1] Plaintiffs' Response should not be read to support the complete vacatur of the Court's order allowing the sealing of certain documents nor to support the complete modification of the protective order, Docs. 644 and 124, respectively. If MIP's Motion to Intervene (Docs. 702; 703) is successful and it subsequently submits the motions to vacate and modify as described, Plaintiffs will provide their arguments in regard to the unsealing or disclosure of specific documents at that time.

1

Plaintiffs agree that MIP, as a nonprofit dedicated to correcting wrongful convictions within its region and as a participant in other litigation concerning the Unified Government and the Kansas City, Kansas Police Department, may intervene in this case for the limited purpose of obtaining information about the facts underlying the case. *See United Nuclear Corp. v. Cranford Ins. Co.*, 905 F.2d 1424, 1427 (10th Cir. 1990); *see also Barnwell v. Corrs. Corp. of Am.*, No. 08-2151-JWL, 2009 WL 10645266, at *3 (D. Kan. Aug. 27, 2009). Additionally, Plaintiffs agree with MIP that its intervention is timely. *United Nuclear Corp.*, 905 F.2d at 1426 (allowing third-party intervention to challenge a protective order still in effect for a case that settled three years prior). Lastly, in brief response to MIP's argument regarding prong three of the test for standing—redressability—Plaintiffs confirm they may be willing to provide certain information if they are no longer restrained by the protective order. *See* Doc. 703, at 9, 10.

For the reasons stated above, Plaintiffs do not oppose MIP's intervention in this matter for the above-described limited purposes.

Dated: September 1, 2022

Respectfully submitted,
MORGAN PILATE, LLC
By: _/s/ Cheryl A. Pilate_
Cheryl A. Pilate #14601
Lindsay Runnels #78822
MORGAN PILATE, LLC
926 Cherry Street
Kansas City, MO 64106
Telephone: (816) 471-6694
Facsimile: (816) 472-3516
cpilate@morganpilate.com

Barry Scheck (admitted *pro hac vice*)
Emma Freudenberger (admitted *pro hac vice*)
Sona R. Shah (admitted *pro hac vice*)
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
Telephone: (212) 965-9081

Facsimile: (212) 965-9084
emma@nsbcivilrights.com


Michael J. Abrams #15407
Alexander T. Brown #78891
Alana McMullin #78948
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
michael.abrams@lathropgpm.com

*Attorneys for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I, Cheryl A. Pilate, hereby certify that on September 1, 2022, true and correct copies of the foregoing document was electronically filed and served via the Court's electronic filing system on the following counsel of record:

David R. Cooper
dcooper@fpsslaw.com

Charles E. Branson
cbranson@fpsslaw.com

Henry E. Couchman, Jr.
hcouchman@wycokck.org

Edward James Bain, III
jbain@wycokck.org

Morgan L. Roach
morgan@mccauleyroach.com

Sean P. McCauley
sean@mccauleyroach.com

Jeffrey S. Kratofil
jeff@mccauleyroach.com

Matthew J. Gist
mgist@enszjester.com

Christopher M. Napolitano
cnapolitano@enszjester.com

Sean M. Sturdivan
s.sturdivan@swrsllp.com

Tracy M. Hayes
t.hayes@swrsllp.com

Elizabeth Ann Evers Guerra
e.evers@swrsllp.com

Lyndon W. Vix
lvix@fleeson.com

Maxwell E. Kautsch
maxk@kautschlaw.com

Jean K. Gilles Phillips
phillips@ku.edu

Tricia J. Rojo Bushnell
trojobushnell@themip.org

 /s/ *Cheryl A. Pilate*
An Attorney for Plaintiffs