In the United States District Court
For the District of Kansas

| | |
|---|---|
| Lamonte McIntyre, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:18-cv-02525-KHV-KGG |
| ) | |
| Unified Government of Wyandotte ) | |
| County and Kansas City, KS, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

# Affidavit of Richard Harris

I, Richard Harris, having been sworn under oath, state as follows:

1. I am currently the Major assigned to the Criminal Investigations Division and I am covering as Major over the Special Investigations Division of the Kansas City, Kansas Police Department. The Cold Case Unit is within the Special Investigations Division.

2. The Cold Case Unit will investigate any missing person case, equivocal death or sexual assault case or unsolved homicide case or homicide case that was originally declined for charging because of insufficient evidence. A cold case may be resolved even if the suspect is deceased.

3. The Kansas City, Kansas Police Department considers the records related to any case that falls within one of the above categories an open investigation, the disclosure of which would interfere with any prospective law enforcement action, criminal investigation or prosecution.

4. The Department reviewed a list of victim names provided in the discovery of the above captioned matter and recorded the status. Attachment A includes a list of open investigation cases.

[The remainder of this page is intentionally left blank.]

1

Further Affiant saith naught.

State of Kansas           )
                          ) ss.
County of Wyandotte       )

_____
Richard Harris

Subscribed and sworn to before me this __23__ day of September 2022.

_____
Notary Public

My commission expires:

__8-23-25__

REBECCA BAUTISTA
My Appointment Expires
August 23, 2025

2

Attachment A

This list is based on victim name provided in McIntyre discovery. The following cases are still open.

Clarence Grant OPEN
Rose Calvin OPEN
Brandon Bryant OPEN
Reginald Thompson OPEN
Adrian Caldwell OPEN
Aderyl Caldwell OPEN
Delvin Matthews OPEN
Diane Edwards OPEN
Warren Shields OPEN
Rhonda Tribue OPEN
Vicki Hollinshed OPEN
Kenny Cheffen OPEN
Rosemary Baker-Powers OPEN
Sandra Wilson OPEN
Pearl Barnes OPEN
Sandra Glover OPEN
Monique Allen OPEN
Anita Webb OPEN
Kia Vang OPEN
Eliza Michie OPEN
Barbara Finch OPEN
Trina Harris OPEN
Pearline Henderson OPEN
Kimyonis Palmer OPEN
Gwinn Green OPEN