#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE and, ) <br> ROSE LEE MCINTYRE ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> UNIFIED GOVERNMENT OF ) <br> WYANDOTTE COUNTY AND ) <br> KANSAS CITY, KANSAS, et al. ) <br> Defendants. ) | Case No. 18-CV-02545-KHV |

### MOTION OF BRIAN E. BETTS TO INTERVENE FOR A LIMITED PURPOSE

**COMES NOW,** Brian E. Betts, by and through his attorney Kevin P. Shepherd of Ralston, Pope & Diehl, LLC, hereby moves the Court permitting him to intervene in this action for the limited purpose of filing and arguing a motion to vacate the order to seal entered on May 11, 2022, (Doc. 644) and a motion to modify the protective order entered on November 8, 2019, (Doc. 124).

Pursuant to D. Kan R. 7.1(a), Mr. Betts filed, contemporaneously herewith, a separate memorandum supporting his motion.

/s/Kevin P. Shepherd
Kevin P. Shepherd, #19947
RALSTON, POPE & DIEHL, LLC
2913 SW Maupin Lane
Topeka, Kansas 66614
Phone: (785) 273-8002
Fax: (785) 273-0744
kevinshepherd@ralstonpope.com
*Attorney for Brian E. Betts*

**CERTIFICATE OF SERVICE**

  The undersigned does hereby certify that a copy of the above and forgoing was electronically filed with the Clerk of the Court using the CM/ECF system on this 3rd day of October 2022, which provides an electronic copy to all counsel of record.

              Respectfully Submitted By:

              */s/Kevin P. Shepherd*
              Kevin P. Shepherd, #19947
              RALSTON, POPE & DIEHL, LLC
              2913 SW Maupin Lane
              Topeka, Kansas 66614
              Phone: (785) 273-8002
              Fax: (785) 273-0744
              ron@ralstonpope.com
              *Attorney for Brian E. Betts*