IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LAMONTE MCINTYRE &,
ROSE LEE MCINTYRE,

                Plaintiffs,

    v.                                      Case No. 2:18-cv-02545-KHV-KGG

UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY AND KANSAS CITY, KS, et al.,

                Defendants.

**Unopposed Joint Motion for Extension of Time**

Defendants jointly move the court for an extension of time to and including October 28, 2022, to file a response to the Motion to Modify Protective Order filed by The Midwest Innocence Project. Doc. 722. The response is presently due October 21, 2022. Defendants intend to file a joint response and counsel have been involved in other matters and will be unable to complete the response by the current response deadline. Counsel for The Midwest Innocence Project have been consulted about this motion and do not object to the requested extension of time.

                Respectfully submitted,

                Fisher, Patterson, Sayler & Smith, LLP
                3550 S.W. 5th Street | Topeka, Kansas 66606
                Tel: (785) 232-7761 | Fax: (785) 286-6609
                dcooper@fpsslaw.com | cbranson@fpsslaw.com |
                bmauldin@fpsslaw.com

                **s/Brian C. Mauldin**

| | |
|---|---:|
| David R. Cooper | #16690 |
| Charles E. Branson | #17376 |
| Brian C. Mauldin | #28636 |

                *-and-*

Edward James Bain, #26442
Unified Government of Wyandotte
County/Kansas City, Kansas
Legal Department
701 N. 7th Street, Suite 961
Kansas City, Kansas 66101
Tel: (913) 573-5060 | Fax: (913) 573-5243
jbain@wycokck.org

Attorneys for Defendant Unified Government of Wyandotte County and Kansas City, Kansas


APPROVED BY:

*/s/      Tracy M. Hayes*
| | |
|---|---|
| Sean M. Sturdivan | KS #21286 |
| Tracy M. Hayes | KS #23119 |
| Elizabeth A. Evers | KS #22580 |

Sanders Warren & Russell LLP
Compass Corporate Centre
11225 College Boulevard, Suite 450
Overland Park, KS  66210
Tel:  913-234-6100 | Fax:  913-234-6199
s.sturdivan@swrllp.com
e.eversguerra@swrllp.com
t.hayes@swrllp.com
***Attorneys for The Estate of Detective James Michael Krstolich, Detective Dennis Ware, Officer James L. Brown, The Estate of Lieutenant Dennis Otto Barber, Detective W.K. Smith, and The Estate of Lieutenant Steve Culp***

APPROVED BY:

Ensz & Jester, P.C.
1100 Main Street, Suite 2121
Kansas City, MO  64105
Tel: (816) 474-8010 | Fax: (816) 471-7910
mgist@enszjester.com | cnapolitano@enszjester.com

**s/Christopher M. Napolitano**

| Matthew J. Gist | KS #20829 |
| Christopher M. Napolitano | KS #25499 |

and

| Morgan L. Roach | KS #23060 |
| Sean P. McCauley | KS #20174 |
| Nicholas S. Ruble | KS #25636 |
| Jeffrey S. Kratofil | KS #23983 |

McCauley & Roach, LLC
527 W. 39th Street, Suite 200
Kansas City, MO  64111
Tel: (816) 481-2663 | Fax: (816) 523-1708
morgan@mccauleyroach.com | sean@mccauleyroach.com
nick@mccauleyroach.com | jeff@mccauleyroach.com
**Attorneys for Defendant Roger Golubski**

## Certificate of Service

I hereby certify on the 21st day of October, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record:

Michael J. Abrams – Michael.Abrams@LathropGPM.com
William G. Beck – William.Beck@LathropGPM.com
Alexander T. Brown – Alexander.Brown@LathropGPM.com
Alana M. McMullin – Alana.McMullin@LathropGPM.com
Cheryl A. Pilate – cpilate@morganpilate.com
Lindsay J. Runnels – lrunnels@morganpilate.com
Barry Scheck – barry@nsbcivilrights.com
Emma Freudenberger – emma@nsbcivilrights.com
Amelia B. Green – amelia@nsbcivilrights.com
Sona Shah – sona@nsbcivilrights.com
**Attorneys for Plaintiffs**

Lyndon W. Vix, #12375
FLEESON, GOOING, COULSON & KITCH, LLC
1900 Epic Center, 310 N. Main
Wichita, Kansas 67202
Tel: (316) 267-7361 | lvix@fleeson.com
**Attorneys for The McClatchy Company, LLC d/b/a The Kansas City Star**

Jean K. Gilles Phillips, #14540
Project for Innocence and Post Conviction Remedies
UNIVERSITY OF KANSAS SCHOOL OF LAW
1535 West 15th, Room 409
Lawrence, Kansas 66045
Tel: (785) 864-5571 | Fax: (785) 864-5054 | phillips@ku.edu

Tri Rojo Busjnell, MO #66818, *Pro Hac Vice*
MIDWEST INNOCENCE PROJECT
3619 Broadway Boulevard, #2
Kansas City, Missouri 64111
Tel: (816) 221-2166 | Fax: (816) 325-3107 | trojobushnell@themip.org
**Attorneys for Midwest Innocence Project**

Maxwell E. Kautsch, #21255
KAUTSCH LAW, L.L.C.
810 Pennsylvania Street, Suite 207
Lawrence, Kansas 66044
Tel: (785) 840-0077 | Fax: (785) 842-3039 | maxk@kautschlaw.com
**Attorney for KCUR 89.3 FM**

s/Brian C. Mauldin