**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**LAMONTE MCINTYRE, et al.,**

      **Plaintiff,**

**v.**

**UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, et al.,**

      **Defendants.**

Case No. 2:18-cv-02545-KHV-KGG

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER REGARDING DISCLOSURE OF DOCUCMENTS UNDER MODIFIED PROTECTIVE ORDER**

Plaintiffs Lamonte McIntyre and Rose Lee McIntyre, by and through counsel, move this Honorable Court for an extension of time to comply with a portion of the Court's October 18, 2022 Orders requiring any party "intend[ing]" to produce documents to any intervenor to provide to the Court "physical copies of all [such] documents" so that the documents may be reviewed in advance. (Docs 726, 727)   Plaintiffs have not yet received any requests for documents that are sufficiently specific that Plaintiffs may readily comply with this request.  Intervenors KCUR89.3 and the McClatchy Company (publisher of the Kansas City Star) have broadly requested all homicide investigation files produced in discovery as well as police personnel records but have not narrowed their requests to specific documents or files. Therefore, Plaintiffs request an additional three weeks to comply with this Court's requirement to produce physical copies to the Court of any documents that may be provided to KCUR89.3 or the McClatchy Company.

Plaintiffs contacted defense counsel with respect to this Motion and were informed that Defendants oppose this request for extension.

1

In further support of this Motion, Plaintiffs state as follows:

1. This Court granted the motions of KCUR89.3 and the McClatchy Company to intervene in this case and, further, granted in part and denied in part the media companies' request to modify the Protective Order to permit the production to Intervenors of confidential documents produced during discovery in this case. (Docs 726, 727)

2. As required by this Court, the parties have timely submitted, via email, a proposed Joint Amended Protective Order to this Court for review.

3. In addition to requiring amendment of the Protective Order, the Court also required any party intending to disclose any confidential documents to an intervenor to provide in advance physical copies of the documents to this Court for review.

4. In light of this requirement, Plaintiffs' counsel last week contacted counsel for the media companies regarding their intent to request any documents. Both media companies responded via correspondence, stating they were broadly seeking the homicide investigation files produced in discovery as well police personnel files. (*See* attached Exs 1, 2).

5. These documents, if produced in full, comprise many thousands of pages. Plaintiffs cannot readily print this amount of material for delivery to the Court, nor do Plaintiffs believe that the entirety of these materials are reasonably sought by Intervenors.

6. Plaintiffs await more specific requests from Intervenors, which should be promptly provided. Once those requests have been narrowed, Plaintiffs will be able to consider them and readily comply with the requirement to produce physical copies of the documents to this Court.

7. Plaintiffs believe it benefits both the parties and the Intervenors if any requests for documents can be specifically tailored to the public interest and the needs of the Intervenors.

WHEREFORE, for all of the reasons stated above, Plaintiffs request an extension of time of three weeks, up to and including November 15, 2022, to comply with this Court's requirement of producing physical copies to the Court of all confidential documents that may be produced to any Intervenor.

Dated: October 25, 2022   Respectfully submitted,

    MORGAN PILATE LLC

By: /s/ Cheryl A. Pilate
    Cheryl A. Pilate #14601
    MORGAN PILATE, LLC
    926 Cherry Street
    Kansas City, MO 64106
    Telephone: (816) 471-6694
    Facsimile: (816) 472-3516
    cpilate@morganpilate.com

    Michael J. Abrams #15407
    Alana McMullin #78948
    LATHROP GPM LLP
    2345 Grand Boulevard, Suite 2200
    Kansas City, MO 64108
    Telephone: (816) 292-2000
    Facsimile: (816) 292-2001
    michael.abrams@lathropgpm.com

    Barry Scheck (admitted *pro hac vice*)
    Emma Freudenberger (admitted *pro hac vice*)
    Sona R. Shah (admitted *pro hac vice*)
    NEUFELD SCHECK & BRUSTIN, LLP
    99 Hudson Street, Eighth Floor
    New York, NY 10013

Telephone: (212) 965-9081
Facsimile: (212) 965-9084
emma@nsbcivilrights.com

*Attorneys for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I, Cheryl A. Pilate, hereby certify that on October 25, 2022, true and correct copies of the foregoing document was electronically filed and served via the Court's electronic filing system on the following counsel of record:

| | |
|---|---|
| David R. Cooper<br>dcooper@fpsslaw.com | Christopher M. Napolitano<br>cnapolitano@enszjester.com |
| Charles E. Branson<br>cbranson@fpsslaw.com | Sean M. Sturdivan<br>s.sturdivan@swrsllp.com |
| Henry E. Couchman, Jr.<br>hcouchman@wycokck.org | Tracy M. Hayes<br>t.hayes@swrsllp.com |
| Edward James Bain, III<br>jbain@wycokck.org | Elizabeth Ann Evers Guerra<br>e.evers@swrsllp.com |
| Morgan L. Roach<br>morgan@mccauleyroach.com | Lyndon W. Vix<br>lvix@fleeson.com |
| Sean P. McCauley<br>sean@mccauleyroach.com | Maxwell E. Kautsch<br>maxk@kautschlaw.com |
| Jeffrey S. Kratofil<br>jeff@mccauleyroach.com | Jean K. Gilles Phillips<br>phillips@ku.edu |
| Matthew J. Gist<br>mgist@enszjester.com | Tricia J. Rojo Bushnell<br>trojobushnell@themip.org |

      /s/ Cheryl A. Pilate_____
    An Attorney for Plaintiffs