| | |
|---|---|
| **From:** | Lyndon W. Vix |
| **To:** | Cheryl Pilate |
| **Subject:** | McIntyre v. UG Documents |
| **Date:** | Friday, October 21, 2022 3:57:35 PM |

Hi Cheryl. Thanks for calling today to talk about the documents the Star would like to have from the McIntyre discovery.

I have spoken to Luke and his editor. As I suspected, his investigation – and therefore his interest in these documents – is very broad. He understands, partly from conversations with you, that there a lot of things in the personnel and criminal investigation documents that need to be given public exposure and he is willing to sift through as many documents as necessary to put together a solid report. So it is fair to say that the Star would like to have access to any and all personnel files and criminal investigation records exchanged in discovery, since the protective order has now been modified to remove protection for those categories. As for the Attorney Eyes Only documents, plaintiffs indicated in their response to our motion to modify that the only information given this designation by plaintiffs was identifying information for victims and witnesses. Although Judge Vratil has lifted the protection for this type of information, we certainly understand that you will continue to want to shield that information (and, quite frankly, the Star is not looking to publish victims' names). If there are any Attorney Eyes Only documents, designated either by plaintiffs or defendants, that you *would* be willing to disclose, the Star would like to have those as well.

Happy to discuss this further if you would like. But really, if you want to discuss specific documents or categories, it would be more efficient if you would do so directly with Luke. To the extent you are reluctant to do so because I am representing a limited-purpose party and he is an employee of that party, you certainly have my permission to communicate directly with him.

Thanks again. We appreciate your assistance in getting this stuff out in the open.

Lyndon

**Lyndon W. Vix**
**Attorney at Law**
Fleeson, Gooing, Coulson & Kitch L.L.C.
1900 Epic Center, 301 N. Main
Wichita, KS 67202
Voice: 316.267.7361 | Fax: 316.267.1754
lvix@fleeson.com
www.fleeson.com



**CONFIDENTIALITY**: This email may be legally PRIVILEGED.  If you are not an intended recipient, the dissemination, distribution or copying of this message is strictly prohibited. Please delete it from your system, and notify sender of the error by reply e-mail or by calling (316) 267-7361.  Thank you.