UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**LAMONTE MCINTYRE, et al.,**

      **Plaintiff,**

**v.**

**UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, et al.,**

      **Defendants.**

Case No. 2:18-cv-02545-KHV-KGG

**INDEX OF DOCUMENTS PROVIDED TO COURT FOR REVIEW
PURSUANT TO ORDERS OF OCTOBER 18 and 26, 2022**

Plaintiffs hereby provide an index of documents produced to this Court for review following its rulings granting in part motions by KCUR89.3 and the McClatchy Company (publisher of the Kansas City Star) to modify the Protective Order to permit media companies to request, and the parties to provide, documents produced during discovery and designated as "confidential."

The documents have now been produced, as requested by this Court, in hard copy form for this Court's review. (Docs 726, 727, 732)   The same documents have been produced electronically for review by Defendants' counsel.

Counsel for the media companies indicated to Plaintiffs that their clients were interested in reviewing homicide investigation files (particularly, but not solely, older unsolved cases) and certain personnel records.  Counsel for Plaintiffs has produced to this Court files that are consistent with these expressed areas of interest.  To avoid repeat trips to the Court, counsel has

attempted to broadly anticipate the specific files or documents that may be requested and to provide them to the Court at this time. (Docs 726, 727 and 732).

To aid the parties and the Court, Plaintiffs file this Index of documents provided to the Court for its review. If and when any such documents are provided to the media companies, Plaintiffs are prepared to redact documents as necessary, as described in this Court's orders of October 18, 2022. (Docs. 726, 727).

| Bates Range | Description |
| --- | --- |
| FPSS 028554 - 028560 | R. Golubski - FTO application |
| FPSS 028607 - 028615 | R. Golubski - Employment Application |
| FPSS 028629 - 028655 | R. Golubski - Commendations |
| FPSS 028665 - 028672 | Documents on R. Golubski in-custody death |
| FPSS 028666 - 028675 | R. Golubski - Discipline |
| FPSS 028926 - 028931 | R. Golubski – Jacket |
| FPSS 093627 | Clyde Blood photograph |
| FPSS 093628 | Steven Culp photograph |
| FPSS 093629 | Dennis Ware photograph |
| FPSS 093630 | James Brown photograph |
| FPSS 093631 | James Krstolich photograph |
| FPSS 093632 | Roger Golubski photograph |
| FPSS 093633 | William K Smith photograph |
| FPSS 093634 - 093684 | Aaron Robinson homicide |
| FPSS 093954 - 094105 | Stacy Quinn homicide |
| FPSS 095705 - 095717 | Giglio & Brady issues 2014 |
| FPSS 095785 | Zeigler Materials - Brady list |
| FPSS 097184 - 097186 | 2017 Veracity Disclosure List excerpt |
| FPSS 097231 - 097233 | 2020 Employee Veracity Disclosure List |
| FPSS 097720 - 097722 | Cecil Brooks - 1995.08.07 agg kidnap - Daniel Marks |
| FPSS 097732 - 097737 | Cecil Brooks - 2000.10.15 kidnap - D Brown |
| FPSS 098105 - 098112 | Neil Edgar Jr – police reports |
| FPSS 098204 - 098205 | Cecil Brooks Arrest - 1992.03.17 - possession of deadly weapon |
| FPSS 098221 - 098223 | Cecil Brooks Arrest - 1992.09.11 - drug arrest |
| FPSS 098345 - 098347 | Cecil Brooks Jail Records - expungement order |
| FPSS 099425 - 099459 | Cecil Brooks Arrest - Ford & Burnett |
| FPSS 099460 - 099537 | Aaron Robinson homicide (M. Williams) |
| FPSS 099538 - 099607 | Stacy Quinn homicide |
| FPSS 100988 - 101092 | Rose Calvin homicide |
| FPSS 101327 - 101507 | Beatrice Russell homicide |

| | |
|---|---|
| FPSS 101700 - 101866 | Adrian Caldwell homicide |
| FPSS 101867 - 102101 | Aderyl Caldwell and Delvin Mathews - homicides |
| FPSS 102817 - 103034 | Warren Shields homicide |
| FPSS 103035 - 103192 | Rhonda Tribue homicide |
| FPSS 103474 - 103805 | Reginald Allen homicide |
| FPSS 103806 - 104233 | Robert Diaz homicide |
| FPSS 104234 - 104586 | Vickie Hollinshed homicide |
| FPSS 104760 - 104912 | Tommy Benson homicide |
| FPSS 106043 - 106044 | Neil Edgar - #3 11.17.97 |
| FPSS 106045 - 106046 | Neil Edgar - #3 11.17.97 |
| FPSS 106047 - 106055 | Neil Edgar Jr - Jail Record |
| FPSS 106056 - 106062 | Diane Edwards homicide |
| FPSS 106973 - 107023 | Brook and Robinson - 1995.08.07 investigation |
| FPSS 110395 - 110400 | Rose Calvin homicide |
| FPSS 110401 | Sandra Glover photograph |
| FPSS 110402 - 110407 | Beatrice Russell homicide |
| FPSS 110408 | Rhonda Tribue photograph |
| FPSS 110409 - 110427 | Rhonda Tribue homicide |
| FPSS 110428 | Anita Webb photograph |
| FPSS 110430 - 110532 | Vickie Hollinshed homicide |
| FPSS 111464 - 111735 | Pearl Davis homicide |
| FPSS 111736 - 111864 | Sandra Glover homicide |
| FPSS 111865 - 112151 | Sandra Glover homicide |
| FPSS 112152 - 112223 | Monique Allen homicide |
| FPSS 112224 - 112374 | Monique Allen homicide |
| FPSS 112375 - 112375 | Anita Webb homicide |
| FPSS 112858 - 114498 | Eliza Michie homicide |
| FPSS 114505 - 114608 | Barbara Finch homicide |
| FPSS 114609 - 115301 | Barbara Finch homicide |
| FPSS 115783 - 116484 | Trina Harris homicide |
| FPSS 116489 - 117897 | Pearline Henderson homicide |
| FPSS 119408 - 119615 | Vickie Hollinshed homicide |
| FPSS 125902 | Barbara Finch photograph |
| FPSS 125903 | Trina Harris photograph |
| FPSS 125904 | Pearlina Henderson photograph |
| FPSS 129021 - 129189 | Corey Welch homicide |
| FPSS 129190 - 129281 | Christina King homicide |
| FPSS 129927 - 129930 | Kenneth Borg death |

Dated: October 28, 2022                    Respectfully submitted,

                                              MORGAN PILATE LLC

                                     By:  /s/ Cheryl A. Pilate\_\_\_
                                                Cheryl A. Pilate #14601
                                                MORGAN PILATE, LLC
                                                926 Cherry Street
                                                Kansas City, MO 64106
                                                Telephone: (816) 471-6694
                                                Facsimile: (816) 472-3516
                                                cpilate@morganpilate.com

                                                Michael J. Abrams #15407
                                                Alana McMullin #78948
                                                LATHROP GPM LLP
                                                2345 Grand Boulevard, Suite 2200
                                                Kansas City, MO 64108
                                                Telephone: (816) 292-2000
                                                Facsimile: (816) 292-2001
                                                michael.abrams@lathropgpm.com


                                                Barry Scheck (admitted *pro hac vice*)
                                                Emma Freudenberger (admitted *pro hac vice*)
                                                Sona R. Shah (admitted *pro hac vice*)
                                                NEUFELD SCHECK & BRUSTIN, LLP
                                                99 Hudson Street, Eighth Floor
                                                New York, NY 10013
                                                Telephone: (212) 965-9081
                                                Facsimile: (212) 965-9084
                                                emma@nsbcivilrights.com

                                                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Cheryl A. Pilate, hereby certify that on October 28, 2022, true and correct copies of the foregoing document was electronically filed and served via the Court's electronic filing system on the following counsel of record:

David R. Cooper
dcooper@fpsslaw.com

Charles E. Branson
cbranson@fpsslaw.com

Henry E. Couchman, Jr.
hcouchman@wycokck.org

Edward James Bain, III
jbain@wycokck.org

Morgan L. Roach
morgan@mccauleyroach.com

Sean P. McCauley
sean@mccauleyroach.com

Jeffrey S. Kratofil
jeff@mccauleyroach.com

Matthew J. Gist
mgist@enszjester.com

Christopher M. Napolitano
cnapolitano@enszjester.com

Sean M. Sturdivan
s.sturdivan@swrsllp.com

Tracy M. Hayes
t.hayes@swrsllp.com

Elizabeth Ann Evers Guerra
e.evers@swrsllp.com

Lyndon W. Vix
lvix@fleeson.com

Maxwell E. Kautsch
maxk@kautschlaw.com

Jean K. Gilles Phillips
phillips@ku.edu

Tricia J. Rojo Bushnell
trojobushnell@themip.org

    /s/ Cheryl A. Pilate_____
An Attorney for Plaintiffs