IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LAMONTE MCINTYRE &,
ROSE LEE MCINTYRE,

               Plaintiffs,

v.                                                                                      Case No. 18-cv-2545-KHV-KGG

UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY AND KANSAS CITY, KS, et al.,

               Defendants.

## AMENDMENT TO PROTECTIVE ORDER

The Protective Order (Doc. #124) filed November 8, 2019, is hereby modified as follows:

**1. Scope.** The Court reiterates the presumption in favor of open and public judicial proceedings in the federal courts, so this Order will be strictly construed in favor of public disclosure and open proceedings.

**2. Definition of Confidential Information.** As used in the Protective Order, "Confidential Information" shall not include:

(a) Information about civilian witnesses;

(b) Personnel files or records of current or former employees of the Unified Government of Wyandotte County and Kansas City, Kansas or its predecessor(s); and

(c) Criminal investigation records bearing on the performance of official duties of employees of the Unified Government of Wyandotte County and Kansas City, Kansas or its predecessor(s).

1

3. **Information Which is Not Defined as Confidential.** Information which is not defined as Confidential Information may be disclosed to any person and used for any purpose.

4. **Attorney Eyes Only Designation.** Notwithstanding any prior designation as "Attorneys Eyes Only," non-public information about civilian witnesses may be disclosed to third parties. Personnel records of government employees and criminal investigation records bearing on performance of public duties may also be disclosed.

5. **Control of Documents.** Counsel for the parties must maintain a record of those persons who have reviewed or received copies of documents previously designated as confidential, along with a log of documents reviewed or received.

6. **Redaction.** Any party who discloses information previously designated as confidential shall redact the following personal identifying information: Social Security numbers to the last four digits, financial account numbers to the last four digits, names of minor children to the initials, dates of birth to the year and home addresses to the city and state.

7. **Enforcement of Protective Order.** Unless other parties or persons with standing concerning this subject matter seek modifications to the Protective Order that are beyond the scope of this amendment, further litigation on motions to intervene and modify is not necessary. The parties to this litigation may share information outside the group of parties who have formally intervened.

8. Nothing in these provisions should be construed as requiring disclosure of information which was produced subject to the protective order.

**IT IS SO ORDERED.**

Dated: October 31, 2022

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Court Judge