IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LAMONTE MCINTYRE, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 18-2545-KHV |
| | ) | |
| UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS, et al., | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**ORDER**

This matter is before the Court on the Memorandum in Opposition of Motion to Modify Protective Order (Doc. #733) which Defendants filed October 28, 2022. The memorandum is not docketed as a motion seeking any relief, but it nonetheless asks the Court to further amend the Protective Order (Doc. #124) entered November 8, 2019. Specifically, Defendants request "an explicit order that all documents presented to the Court by the plaintiff's [sic] in accordance with the Court's October 18, 2022 order concurrently be provided to the Unified Government so that all parties may participate in the ongoing review of documents contemplated by the Order."

Several points bear mention: First, it is way too late for Plaintiffs to "concurrently" provide copies to Defendants. Second, the Court never represented that sua sponte, it planned to "review and approve" each and every document that Plaintiffs intend to disclose. Third, because Defendants have not delivered to the Court physical copies of any documents which it intends to disclose or lodged specific objections to disclosure of any documents which Plaintiffs propose to disclose, they have become bystanders in the disclosure process. Fourth, the Court has had a chance to review the documents which Plaintiffs delivered and has entered an amended protective order.

-2-

Defendants have shown no reason to conduct further inquiry on a document-specific basis.  Indeed, the parties' proposed amendment to the Protective Order forfeited the opportunity to suggest a procedure for such inquiry and review. Therefore, the record suggests no reason for further delay and disclosure may commence immediately. That said, if Defendants want copies of the documents which Plaintiffs propose to disclose, Plaintiffs shall arrange for copies to be provided no later than November 10, 2022 on specific written request by Defendants and at Defendants' expense.[1]

Dated this 2nd day of November, 2022 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

---

[1] Defendants' request for copies is mystifying because plaintiffs have apparently provided digital copies of the relevant documents, along with a document log of the documents, to defendants.