IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **LAMONTE MCINTYRE,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 18-2545-KHV |
| | ) | |
| **UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO SHOW CAUSE

On November 8, 2019, the Court entered a Protective Order (Doc. #124) to protect identified categories of disclosures and documents that were likely to involve "private, confidential information relating to personnel records of defendants, criminal investigation records in open investigations and medical, mental health and financial records of Plaintiffs." On October 31, 2022, the Court modified the protective order to expressly exclude information about civilian witnesses; personnel files or records of current or former employees of defendant and its predecessors; and criminal investigation records bearing on the performance of official duties of employees of defendant and its predecessors. See Doc. #735. The Court is mindful of the presumption in favor of open and public judicial proceedings in the federal courts, and that the purposes of the protective order in this case may have been achieved or mooted by subsequent events. **Pursuant to paragraph 11 of the Protective Order (Doc. #124), the Court therefore orders all parties to show cause in writing no later than 5:00 PM on Monday, February 12, 2024, why the Court should not vacate the Protective Order (Doc. #124) and allow disclosure of the previously protected information and documents to any person and for any purpose.**

-2-

Dated this 5th day of February, 2024 at Kansas City, Kansas.

                                                s/ Kathryn H. Vratil
                                                KATHRYN H. VRATIL
                                                United States District Judge