# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| LAMONTE MCINTYRE and ROSE LEE MCINTYRE, <br><br> Plaintiffs, <br><br> v. <br><br> UNIFIED GOVERNMENT OF WYANDOTTE COUNTY, *et al.*, <br><br> Defendants. | Case No. 2:18-CV-02545-KHV-KGG |

## DEFENDANT GOLUBSKI'S RESPONSE TO SHOW CAUSE ORDER

COMES NOW Defendant Roger Golubski, by and through his attorneys of record, and in response to the Court's Show Cause Order (Doc. 739), states that he has no opposition to the Court vacating the Protective Order (Doc. 124) to allow disclosure of the previously protected information and documents to any person and for any person. Additionally, Defendant Golubski asks for confirmation that such an order would necessarily vacate all amendments to Doc. 124, such as Docs. 726-727 and 735. The redaction requirement in Doc. 735 has created issues because Defendant Golubski's civil defense team is not able to efficiently transfer custody of documents covered by Doc. 735 to his criminal defense team for use in criminal cases No. 22-40055-TC and No. 22-40086-TC, both of which are currently pending in this Court. While a long and expensive redaction process is underway, being relieved of the redaction requirement (whether by these orders being vacated as suggested in the Show Cause Order or by the Court granting separate permission to do so), would significantly improve the economy of Defendant Golubski's criminal defense, and potentially alleviate the taxpayers of future expenses relating to such processes.

Respectfully submitted,

/s/ Morgan L. Roach
MORGAN L. ROACH           KS #23060
SEAN P. McCAULEY          KS #20174
JEFFREY S. KRATOFIL       KS #23983
MCCAULEY & ROACH, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri  64111
Telephone:  816-523-1700
Facsimile:  816-523-1708
E-mails:    morgan@mccauleyroach.com
            sean@mccauleyroach.com
            jeff@mccauleyroach.com

ENSZ & JESTER, P.C.
MATTHEW J. GIST           KS #20829
CHRISTOPHER M. NAPOLITANO KS #25499
1100 Main Street, Suite 2121
Kansas City, Missouri  64105
Telephone:  816-474-8010
Facsimile:  816-471-7910
E-mails:    mgist@enszjester.com
            cnapolitano@enszjester.com

ATTORNEYS FOR DEFENDANT
DETECTIVE ROGER GOLUBSKI

**CERTIFICATE OF SERVICE**

      I hereby certify that, on February 12, 2024, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                  /s/ Morgan L. Roach