THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LAMONTE MCINTYRE, et al.,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KS, et al.,**<br><br>      **Defendants.** | Case No. 2:18-cv-02545-KHV-KGG |

**RESPONSE TO COURT'S SHOW CAUSE ORDER**

Plaintiffs Lamonte McIntyre and Rose McIntyre, by and through their counsel, hereby respond to the Order to Show Cause entered by this Court on February 5, 2024, requiring the parties "to show cause in writing no later than 5:00 PM on Monday, February 12, 2024, why the Court should not vacate the Protective Order (Doc. #124) and allow disclosure of the previously protected information and documents to any person and for any purpose." (Doc. 739).

Plaintiffs understand and agree with the Court's recognition of the "presumption in favor of open and public judicial proceedings in federal court."

Plaintiffs generally do not oppose fully opening the discovery and other documents exchanged by the parties in the *McIntyre* case, with the one exception stated in the following paragraph. Plaintiffs are aware of the ongoing litigation continuing in both federal and state courts relating to the Kansas City, Kansas Police Department and Roger Golubski. Plaintiffs understand that many parties in these cases, or elsewhere, may have an interest in the documents produced in the *McIntyre* case.

Plaintiffs *do not oppose* the removal of protections on these documents, as described in the Court's Show Cause Order, with one exception: Plaintiffs Lamonte McIntyre and Rose McIntyre do not see any reason to open and make available to litigants or to the public the sensitive and private records that pertain only to them -- the McIntyres' medical, mental health, health care, financial, and Social Security records and Lamonte's prison records. There is no reason for anyone to seek these records now that the McIntyres' litigation has concluded. Therefore, they request that the Court keep in place the protections that apply to these limited documents pertaining solely to the McIntyres. These documents are relatively small in number, and protecting the McIntyres from any further harm must remain at the forefront.

Dated: February 12, 2024                                Respectfully submitted,

                                            MORGAN PILATE LLC

                                By:  /s/ Cheryl A. Pilate
                                       Cheryl A. Pilate #14601
                                       MORGAN PILATE, LLC
                                       926 Cherry Street
                                       Kansas City, MO 64106
                                       Telephone: (816) 471-6694
                                       Facsimile: (816) 472-3516
                                       cpilate@morganpilate.com

                                       Michael J. Abrams #15407
                                       Alana McMullin #78948
                                       LATHROP GPM LLP
                                       2345 Grand Boulevard, Suite 2200
                                       Kansas City, MO 64108
                                       Telephone: (816) 292-2000
                                       Facsimile: (816) 292-2001
                                       michael.abrams@lathropgpm.com

                                       Barry Scheck (admitted *pro hac vice*)
                                       Emma Freudenberger (admitted *pro hac vice*)

Sona R. Shah (admitted *pro hac vice*)
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
Telephone: (212) 965-9081
Facsimile: (212) 965-9084
emma@nsbcivilrights.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Cheryl A. Pilate, hereby certify that on February 12, 2024, a true and correct copy of the foregoing document was electronically filed and served via the Court's electronic filing system on all counsel of record:

David R. Cooper
dcooper@fpsslaw.com

Charles E. Branson
cbranson@fpsslaw.com

Henry E. Couchman, Jr.
hcouchman@wycokck.org

Edward James Bain, III
jbain@wycokck.org

Morgan L. Roach
morgan@mccauleyroach.com

Sean P. McCauley
sean@mccauleyroach.com

Jeffrey S. Kratofil
jeff@mccauleyroach.com

Matthew J. Gist
mgist@enszjester.com

Christopher M. Napolitano
cnapolitano@enszjester.com

Sean M. Sturdivan
s.sturdivan@swrsllp.com

Tracy M. Hayes
t.hayes@swrsllp.com

Elizabeth Ann Evers Guerra
e.evers@swrsllp.com

Lyndon W. Vix
lvix@fleeson.com

Maxwell E. Kautsch
maxk@kautschlaw.com

Jean K. Gilles Phillips
phillips@ku.edu

Tricia J. Rojo Bushnell
trojobushnell@themip.org

                        /s/ Cheryl A. Pilate
                              An Attorney for Plaintiffs