IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LAMONTE MCINTYRE, et al.,** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | CIVIL ACTION |
| ) | |
| v.  ) | No. 18-2545-KHV |
| ) | |
| **UNIFIED GOVERNMENT OF WYANDOTTE**  ) | |
| **COUNTY AND KANSAS CITY, KANSAS, et al.,**  ) | |
| ) | |
| **Defendants.**  ) | |
| ) | |

## ORDER

On February 5, 2024, the Court ordered the parties to show cause in writing no later than 5:00 PM on Monday, February 12, 2024, why the Court should not vacate the Protective Order (Doc. #124) entered November 8, 2019, and allow disclosure of the previously protected information and documents to any person for any purpose. Except as to sensitive and private records which relate only to them, plaintiffs Lamonte McIntyre and Rose McIntyre do not oppose fully opening the discovery. Response to Court's Show Cause Order (Doc. #743) filed February 12, 2024. Defendant Roger Golubski has no opposition to vacating the protective order and all amendments thereto. Defendant Golubski's Response to Show Cause Order (Doc. #742) filed February 12, 2024. The Unified Government and other former officer defendants ask the Court to maintain the protective order to allow for "the free dissemination of records subject to redaction of personal identifying information." Defendants' Response to Order of Show Cause (Doc. #740) filed February 12, 2024.

The Court is mindful of the presumption in favor of open and public judicial proceedings in the federal courts, and finds that the purposes of the protective order in this case have largely

been achieved or mooted by subsequent events.  Furthermore, the Court finds that discovery will serve the public interest and promote efficient and inexpensive litigation in related cases in state and federal court.  Accordingly, **effective at 5:00 PM on February 20, 2024, subject to the following conditions, the Court hereby vacates the <u>Protective Order</u> (Doc. #124), and all amendments thereto (Doc. #735 and text entries Docs. #726 and #727)**:

**1.     Plaintiffs Lamonte McIntyre and Rose McIntyre may designate sensitive and private records that pertain only to them (their medical, mental health, health care, financial and Social Security records and Lamonte's prison records).  Plaintiffs shall file said designation no later than 5:00 PM on February 20, 2024 and subject to objection by other parties and appropriate rulings by the Court, need not produce documents so designated.**

**2.     Prior to disclosure, any other parties who produced discovery which they designated "Confidential Information" under the <u>Protective Order</u> shall redact personal identifying information: Social Security numbers to the last four digits, financial account numbers to the last four digits, names of minor children to the initials, dates of birth to the year and home addresses to the city and state.**

**IT IS SO ORDERED**.

Dated this 13th day of February, 2024 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
