IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LAMONTE MCINTYRE, et al.,

      Plaintiff,

v.   Case No. 2:18-cv-02545-KHV-KGG

UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY AND KANSAS CITY, KS, et al.,

      Defendants.

## RESPONSE TO COURT'S ORDER

Plaintiffs Lamonte McIntyre and Rose McIntyre, by and through their counsel, hereby respond to the Order entered by this Court on February 13, 2024, requesting the plaintiffs to designate sensitive and private records that pertain only to them.

Plaintiff Rose McIntyre designates the following portions of her deposition transcript as private and sensitive:

| Deposition page and line range | Reason |
|---|---|
| 19:5 – 36:1 | Mental health and disability award |
| 36:24 – 47:16 | Mental health and disability award |
| 58:8-10 | Date of birth |
| 62:11-20 | Mental health and disability award |
| 135:7-15 | Reference to Lamonte McIntyre juvenile case |
| 214:18-25 | Mental health and disability award |
| 240:2-9 | Disability award |
| 240:18-22 | Disability award |
| 241:3 – 242:16 | Mental health and disability award |
| 247:5-22 | Mental health |
| 248:5-15 | Mental health |
| 250:18-23 | Reference to Lamonte McIntyre juvenile case |
| 254:24 – 255:2 | Reference to Lamonte McIntyre juvenile case |
| 258:19-20 | Reference to mental health |
| 261:8-16 | Reference to mental health |
| Exhibit 55 | Dr. Woods' report re mental health |

Plaintiff <u>Lamonte McIntyre</u> designates the following portions of his deposition transcript as private and sensitive:

| Deposition page and line range | Reason |
|---|---|
| 8:19-20 | Date of birth |
| 21:20-24 | Reference to juvenile case |
| 48:23 – 49:2 | Reference to juvenile case |
| 67:4-9 | Reference to juvenile case |
| 109:18 – 114:25 | Reference to juvenile case |
| 115:20-24 | Reference to juvenile case |
| 116:15 – 118:11 | Reference to juvenile case |
| 119:18 – 120:23 | Reference to juvenile case |
| 120:1-23 | Reference to juvenile case |
| 121:8 – 122:4 | Reference to juvenile case |
| 122:15-18 | Reference to juvenile case |
| 123:17 – 124:17 | Reference to juvenile case |
| 129:4 – 130:4 | Reference to juvenile case |
| 132:16 – 133:1 | Reference to juvenile case |
| 136:12-21 | Reference to juvenile case |
| 146:11-14 | Reference to juvenile case |

Lamonte McIntyre and Rose McIntyre designate the following deposition transcripts and exhibits, in their entirety, as private and sensitive:

1. The deposition of Dr. George Woods and all exhibits used in that deposition, all of which pertain to mental health issues.

2. The deposition of Kristine Skahan and all exhibits used in that deposition, which pertain to confidential vocational and financial issues.

3. The deposition of Kurt Krueger and the exhibit used in that deposition, which pertain to financial issues.

Lamonte McIntyre and Rose McIntyre also designate the attached discovery documents as private and sensitive.  *See* Exhibit A.  These documents were produced by them in discovery and fall within the areas designated by the court (their medical, mental health, health care, financial and Social Security records, and Lamonte's prison records).

Respectfully submitted,

MORGAN PILATE LLC

By: */s/ Cheryl A. Pilate*
    Cheryl A. Pilate, #14601
    926 Cherry Street
    Kansas City, MO 64106
    Telephone: (816) 471-6694
    Facsimile: (816) 472-3516
    cpilate@morganpilate.com

    Michael J. Abrams #15407
    Alana McMullin #78948
    LATHROP GPM LLP
    2345 Grand Boulevard, Suite 2200
    Kansas City, MO 64108
    Telephone: (816) 292-2000
    Facsimile: (816) 292-2001
    michael.abrams@lathropgpm.com

    Barry Scheck (admitted *pro hac vice*)
    Emma Freudenberger (admitted *pro hac vice*)
    NEUFELD SCHECK & BRUSTIN, LLP
    99 Hudson Street, Eighth Floor
    New York, NY 10013
    Telephone: (212) 965-9081
    Facsimile: (212) 965-9084
    emma@nsbcivilrights.com

    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on February 20, 2024, a copy of this notice was electronically filed using the CM/ECF system, which will send notice to all parties.

                                                                     */s/ Cheryl A. Pilate*