| PROD-Beg (Civil) | PROD-End (Civil) | DATE-Chron | EDOC-File Name | PROD-Date (Civil) |
|---|---|---|---|---|
| LMKSDC_0005082 | LMKSDC_0005082 | 6/15/2016 | Exh. 107 Donnelly College ID card of Lamonte McIntyre.pdf | 11/19/2019 |
| LMKSDC_0005274 | LMKSDC_0005278 | 8/14/2019 | Exh. 128 Lamonte's PSI.pdf | 11/19/2019 |
| LMKSDC_0005333 | LMKSDC_0005338 | 8/14/2019 | Exh. 130 94JV225 cocaine case newest first.pdf | 11/19/2019 |
| LMKSDC_0006626 | LMKSDC_0006642 | 6/13/2016 | Exh. 021 WyCo Jail records.pdf | 11/19/2019 |
| LMKSDC_0007136 | LMKSDC_0007136 | 6/15/2016 | Exh. 107 Donnelly College ID card of Lamonte McIntyre.pdf | 11/19/2019 |
| LMKSDC_0007379 | LMKSDC_0007383 | 8/14/2019 | Exh. 128 Lamonte's PSI.pdf | 11/19/2019 |
| LMKSDC_0007438 | LMKSDC_0007443 | 8/14/2019 | Exh. 130 94JV225 cocaine case newest first.pdf | 11/19/2019 |
| LMKSDC_0009173 | LMKSDC_0009173 | 11/7/2019 | KDOC-EHR - McIntyre, Lamonte - Full 20190503. 1 of 2.pdf (Medical - Mental Health records) | 11/19/2019 |
| LMKSDC_0009174 | LMKSDC_0009237 | 4/22/2019 | KS Dept of Corrections offender program experience record - Mcintyre.pdf | 11/19/2019 |
| LMKSDC_0009238 | LMKSDC_0009238 | 4/22/2019 | KDOC Records - KS Certification of Time Served.pdf | 11/19/2019 |
| LMKSDC_0009239 | LMKSDC_0009248 | 4/19/2019 | KDOC Records - McIntyre - Inmate disposition and hearing record.pdf | 11/19/2019 |
| LMKSDC_0009249 | LMKSDC_0009249 | 4/19/2019 | KDOC Records - McIntyre Summary Judgment citation - inmate report.pdf | 11/19/2019 |
| LMKSDC_0009250 | LMKSDC_0009250 | 4/19/2019 | KDOC Records - McIntyre Inmate report.pdf | 11/19/2019 |
| LMKSDC_0009251 | LMKSDC_0009259 | 4/19/2019 | KDOC Records - Inmate disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009260 | LMKSDC_0009261 | 4/19/2019 | KDOC Records - Inmate disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009262 | LMKSDC_0009263 | 4/19/2019 | KDOC Records - Inmate disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009264 | LMKSDC_0009266 | 4/19/2019 | KDOC Records - Inmate disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009267 | LMKSDC_0009272 | 4/19/2019 | KDOC Records - Inmate report.pdf | 11/19/2019 |
| LMKSDC_0009273 | LMKSDC_0009277 | 4/19/2019 | KDOC Records - Inmate report.pdf | 11/19/2019 |
| LMKSDC_0009278 | LMKSDC_0009282 | 4/19/2019 | KDOC Records - Inmate disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009283 | LMKSDC_0009285 | 4/19/2019 | KDOC Records - Inmate disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009286 | LMKSDC_0009287 | 4/19/2019 | KDOC Records - Inmate disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009288 | LMKSDC_0009288 | 4/19/2019 | KDOC Records - Inmate daily segregation report.pdf | 11/19/2019 |
| LMKSDC_0009289 | LMKSDC_0009290 | 4/19/2019 | KDOC Records - Inmate disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009291 | LMKSDC_0009292 | 4/19/2019 | KDOC Records - Inmate disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009293 | LMKSDC_0009293 | 4/19/2019 | KDOC Records - Inmate report.pdf | 11/19/2019 |
| LMKSDC_0009294 | LMKSDC_0009294 | 4/19/2019 | KDOC Records - Inmate Summary judgment citation.pdf | 11/19/2019 |
| LMKSDC_0009295 | LMKSDC_0009296 | 4/19/2019 | KDOC Records - Inmate disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009297 | LMKSDC_0009298 | 4/19/2019 | KDOC Records - Inmate disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009299 | LMKSDC_0009300 | 4/19/2019 | KDOC Records - Inmate disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009301 | LMKSDC_0009302 | 4/19/2019 | KDOC Records - Inmate disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009303 | LMKSDC_0009303 | 4/19/2019 | KDOC Records - Inmate summary judgment citation.pdf | 11/19/2019 |
| LMKSDC_0009304 | LMKSDC_0009305 | 4/19/2019 | KDOC Records - Inmate disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009306 | LMKSDC_0009307 | 4/19/2019 | KDOC Records - Inmate disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009308 | LMKSDC_0009316 | 4/19/2019 | KDOC Records - Inmate disposition and hearing record.pdf | 11/19/2019 |
| LMKSDC_0009317 | LMKSDC_0009328 | 4/19/2019 | KDOC Records - Inmate Disposition of case.pdf | 11/19/2019 |
| LMKSDC_0009329 | LMKSDC_0009332 | 8/1/2016 | 2015-02-25 File Request for Lamonte's juvenile records - produce.pdf - Lamonte Juvenile Records Requests | 11/19/2019 |

**EXHIBIT A**

| PROD-Beg (Civil) | PROD-End (Civil) | DATE-Chron | EDOC-File Name | PROD-Date (Civil) |
|---|---|---|---|---|
| LMKSDC_0009333 | LMKSDC_0009334 | 8/1/2016 | Morgan Pilate Mail - Follow up to phone call - produce.pdf - Lamonte Juvenlie Records Request | 11/19/2019 |
| LMKSDC_0009335 | LMKSDC_0009336 | 8/1/2016 | Morgan Pilate Mail - Fwd_ KORA request - Lamonte McIntyre - produce.pdf - Lamonte Juvenile Record Requestes | 11/19/2019 |
| LMKSDC_0009337 | LMKSDC_0009339 | 8/1/2016 | Copies of hard to read originals.pdf - Lamonte WyCo Jail Records | 11/19/2019 |
| LMKSDC_0009340 | LMKSDC_0009379 | 8/1/2016 | Original records from Wyandotte Co. Jail.pdf - Lamonte WyCo Jail Records | 11/19/2019 |
| LMKSDC_0009381 | LMKSDC_0009388 | 7/17/2019 | 2019.07.09 SSA Earnings - Rosie.pdf | 11/19/2019 |
| LMKSDC_0009528 | LMKSDC_0009536 | | 2019.07.01 Lamonte Medical Records from SW Blvd Family Healthcare.pdf | 11/19/2019 |
| LMKSDC_0009537 | LMKSDC_0009631 | | 2018.06.06 (Original) Medical Record rcvd from Wyandot Center for Comm. Behavioral Healthcare for R. McIntyre.pdf | 11/19/2019 |
| LMKSDC_0009632 | LMKSDC_0009637 | | 2019.06.18 Rosie Records - KU Med Center.pdf | 11/19/2019 |
| LMKSDC_0025918 | LMKSDC_0025978 | | 92JV1757 Lamonte Juvenile Case Filings.pdf | 4/27/2021 |
| LMKSDC_0025979 | LMKSDC_0026030 | | 2019.05.09 KU Med - Rosie .pdf | 4/27/2021 |
| LMKSDC_0026143 | LMKSDC_0026154 | | Rosie letter and Notes.pdf | 5/7/2021 |
| LMKSDC_0026155 | LMKSDC_0026205 | | Rosie McIntyre combined correspondence seeking assistance for LM.pdf | 5/7/2021 |
| LMKSDC_0026206 | LMKSDC_0026226 | | Rosie McIntyre Notebook 1.pdf | 5/7/2021 |
| LMKSDC_0026227 | LMKSDC_0026245 | | Rosie McIntyre Notebook 2.pdf | 5/7/2021 |
| LMKSDC_0026727 | LMKSDC_0026758 | | 2019 Tax Return_Final.pdf | 8/3/2021 |
| LMKSDC_0026759 | LMKSDC_0026760 | | AEP_Bachelors.pdf | 8/3/2021 |
| LMKSDC_0026761 | LMKSDC_0026762 | | AEP_Barber_Hair.pdf | 8/3/2021 |
| LMKSDC_0026763 | LMKSDC_0026764 | | job aep - age earnings profile mcintrye barber.pdf | 8/3/2021 |
| LMKSDC_0026765 | LMKSDC_0026779 | | John Ward Economics - Married Person Injury_Redacted.pdf | 8/3/2021 |
| LMKSDC_0026780 | LMKSDC_0026780 | | JWE_McIntyre 19271.PDF | 8/3/2021 |
| LMKSDC_0026781 | LMKSDC_0026781 | | McIntyre, Lamonte - Abrams_Receipt.pdf | 8/3/2021 |
| LMKSDC_0026792 | LMKSDC_0026848 | | McIntyre DOC records digest.pdf | 8/3/2021 |
| LMKSDC_0026792 | LMKSDC_0026848 | | McIntyre DOC records digest.pdf | 8/3/2021 |